**MORRISON & FOERSTER LLP**
Michael A. Jacobs (pro hac vice pending)
Matthew I. Kreeger (pro hac vice pending)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Paul Goldstein (pro hac vice pending)
559 Nathan Abbot Way
Stanford, CA 94305
Telephone: (650) 723-0313

**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **MOTION TO DISMISS**<br><br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant Novell, Inc., by and through its attorneys of record, hereby moves this Court to dismiss The SCO Group, Inc.'s Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are more fully set forth in the Memorandum in Support, filed concurrently herewith.

DATED:     February 9, 2004.

ANDERSON & KARRENBERG

*[signature]*

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Defendant Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___9th___ day of February, 2004, I caused a true and correct copy of the foregoing **MOTION TO DISMISS** to be served via first class mail, postage prepaid, to the following:

> Brent O. Hatch
> Mark R. Clements
> HATCH JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

> Kevin P. McBride
> 1299 Ocean Avenue, Suite 900
> Santa Monica, California 90401

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

_____Heather M. Snedden_____