

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

FILED 10 FEB 04 PM 4:50
DISTRICT OF UTAH
BY: _____

|  |  |  |
|---|---|---|
| SCO Grp | : | CERTIFICATE OF SELECTION OF DISPUTE RESOLUTION OPTION UNDER DUCivR 16-2(d) |
| vs. | : | |
| Novell Inc | : | Case No. 2:04-cv-00139 Judge Kimball |

The Attorney in the above-captioned case hereby certifies that, having carefully discussed the Court's ADR program with the Parties listed below, the Parties elect to proceed as follows [check one]:

____ Refer case to arbitration;

____ Refer case to mediation;

__XX__ Retain case in Court's traditional litigation track.

Dated this __10__ day of __February__, 20__04__

_____
Signature of Attorney

The SCO Group, Inc.

Names of Parties represented by Attorney

Brent O. Hatch, Esq. (5715)

HATCH, JAMES & DODGE, P.C.

10 W. Broadway, Suite 400

Salt Lake City, Utah 84101

Name, Utah State Bar Number and Address of Attorney

5

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing be placed in the United States Mail first class postage prepaid on the  10  day of February, 2004 to the following:

    Michael A. Jacobs, Esq.
    Matthew I. Kreeger, Esq.
    MORRISON & FORESTER, LLP
    425 Market Street
    San Francisco, California 94105-2482

    Paul Goldstein, Esq.
    559 Nathan Abbot Way
    Stanford, California 94305

    Thomas R. Karrenberg, Esq.
    John P. Mullen, Esq.
    Heather M. Sneddon, Esq.
    ANDERSON & KARRENBERG
    700 Bank One Tower
    50 West Broadway
    Salt Lake City, Utah 84101

_/s/ [signature]_