FILED

10 FEB 04 PM 3:04

DISTRICT OF UTAH

RECEIVED CLERK

FEB - 9 2004

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| The SCO Group, Inc. | * | CASE NO. 2:04CV00139 DAK |
|---|---|---|
| Plaintiff | * | |
| | * | Appearing on behalf of: |
| v. | * | Defendant |
| | * | |
| Novell, Inc. | * | (Plaintiff/Defendant) |
| Defendant. | * | |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, John P. Mullen, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: 2/9, 2004    _(signature)_    Utah Bar #4097
       (Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Paul Goldstein, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ___ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates _____ as associate local counsel.

Date: 2·8·, 2004 . .    Check here ___ if petitioner is lead counsel.    FEE PAID

_(Signature of Petitioner)_

Name of Petitioner: Paul Goldstein     Office Telephone: (650) 723-0313
                                                         (Area Code and Main Office Number)

Business Address:
       (Firm/Business Name)
       559 Nathan Abbott Way,    Stanford,    CA    94305
       Street                     City         State  Zip

RECEIVED CLERK

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| The SCO Group, Inc. | * | CASE NO. 2:04CV00139 DK |
|---|---|---|
| Plaintiff | * | |
| | * | Appearing on behalf of: |
| v. | * | Defendant |
| | * | |
| Novell, Inc. | * | (Plaintiff/Defendant) |
| Defendant. | * | |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, John P. Mullen, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: 2/9, 2004   _____(Signature of Local Counsel)_____   Utah Bar #4097 (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Paul Goldstein, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ___ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates _____ as associate local counsel.

Date: 2·8·, 2004.   Check here ___ if petitioner is lead counsel.

_____(Signature of Petitioner)_____

**Name of Petitioner:** Paul Goldstein   Office Telephone: (650) 723-0313
(Area Code and Main Office Number)

Business Address:

| (Firm/Business Name) | | | |
|---|---|---|---|
| 559 Nathan Abbott Way, | Stanford, | CA | 94305 |
| Street | City | State | Zip |

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| See Attachment | | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| None | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 10th day of February, 2004.

_____
U.S. District Judge

**Attachment to Pro Hac Vice Application**
**United States District Court, District of Utah**
**List of Courts in Which**
**Paul Goldstein is Admitted**

| | |
|---|---|
| Supreme Court of the State of California, including admission to all courts in California (No. 79613) | June 7, 1978 |
| Admitted to practice in the State of New York (Second Department) | December 18, 1968 |
| U.S. District Court, Northern District of California | March 21, 1990 |
| U.S. District Court, Central District of California | December 18, 1991 |
| U.S. District Court, Eastern District of California | October 28, 1992 |
| U.S. Court of Appeals, Ninth Circuit | April 12, 1990 |
| U.S. Court of Appeals, Tenth Circuit | October 20, 1992 |
| U.S. Supreme Court | February 22, 1994 |

sf-1640439

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  9th  day of February, 2004, I caused a true and correct copy of the foregoing **MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL and APPLICATION FOR PRO HAC VICE** to be served via first class mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark R. Clements
>HATCH JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101


>Kevin P. McBride
>1299 Ocean Avenue, Suite 900
>Santa Monica, California 90401


>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

_____
Heather M. Snedden

```
                                                             blk
              United States District Court
                        for the
                   District of Utah
                  February 12, 2004



        * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Brent O. Hatch, Esq.
     HATCH JAMES & DODGE
     10 W BROADWAY STE 400
     SALT LAKE CITY, UT  84101
     EMAIL

     Mr. Kevin P McBride, Esq.
     299 S MAIN STE 1700
     SALT LAKE CITY, UT  84111

     Mr. Thomas R Karrenberg, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101
     EMAIL

     Goldstein Paul, Esq.
     559 NATHAN ABBOTT WAY
     STANFORD, CA  94305
```