FILED
10 FEB 04 PM 5:04
DISTRICT OF UTAH
BY:_____

RECEIVED CLERK
FEB - 9 2004
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The SCO Group, Inc. <br> Plaintiff | CASE NO. 2:04 CV 139 DAK <br><br> Appearing on behalf of: <br><br> Defendant <br> (Plaintiff/Defendant) |
| v. | |
| Novell, Inc. <br> Defendant. | |

### MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, John P. Mullen, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: 2/9/04, 20 04.    Utah Bar #4097
(Signature of Local Counsel)    (Utah Bar Number)

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Michael A. Jacobs, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates _____ as associate local counsel.

Date: February 5, 20 04.    Check here _X_ if petitioner is lead counsel.

FEE PAID

(Signature of Petitioner)

**Name of Petitioner:** Michael A. Jacobs    **Office Telephone:** (415) 268-7000
(Area Code and **Main** Office Number)

**Business Address:** Morrison & Foerster LLP
(Firm/Business Name)
425 Market Street, San Francisco, CA 94105
Street    City    State    Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| See Attachment to Pro Hac Vice Application | | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| None | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This __10th__ day of __February__, 20__04__.

_____
U.S. District Judge

## Attachment to Pro Hac Vice Application
## United States District Court, District of Utah
## List of Courts in Which
## Michael A. Jacobs is Admitted

| | |
|---|---|
| Supreme Court of the State of California, including admission to all courts in California (No. 111664) | December 12, 1983 |
| U.S. District Court, Northern District of California | December 12, 1983 |
| U.S. District Court, Southern District of California | October 9, 1991 |
| U.S. District Court, Central District of California | January 7, 1993 |
| U.S. District Court, District of Connecticut | January 21, 1998 |
| U.S. Court of Appeals, Fourth Circuit | December 5, 1988 |
| U.S. Court of Appeals, Ninth Circuit | March 11, 1991 |
| U.S. Court of Appeals for the Federal Circuit | March 11, 1992 |
| U.S. Court of Appeals, 2nd Circuit | May 17, 2001 |
| U.S. Supreme Court | September 10, 1993 |

sf-1639578

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___9th___ day of February, 2004, I caused a true and correct copy of the foregoing **MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL and APPLICATION FOR PRO HAC VICE** to be served via first class mail, postage prepaid, to the following:

> Brent O. Hatch
> Mark R. Clements
> HATCH JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

> Kevin P. McBride
> 1299 Ocean Avenue, Suite 900
> Santa Monica, California 90401

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

_____

```
                                                          blk
             United States District Court
                       for the
                  District of Utah
                 February 12, 2004


         * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. Kevin P McBride, Esq.
      299 S MAIN STE 1700
      SALT LAKE CITY, UT  84111

      Mr. Thomas R Karrenberg, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Goldstein Paul, Esq.
      559 NATHAN ABBOTT WAY
      STANFORD, CA  94305

      Michael A. Jacobs, Esq.
      MORRISON & FOERSTER LLP
      425 MARKET ST
      SAN FRANCISCO, CA  94105-2482
```