FILED

10 FEB 04 PM 5:04

DISTRICT OF UTAH

BY: _____

RECEIVED CLERK

FEB - 9 2004

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| The SCO Group, Inc. | * | CASE NO. 2:04cv 139DAK |
| Plaintiff | * | |
| | * | Appearing on behalf of: |
| v. | * | |
| | * | Defendant |
| Novell, Inc. | * | (Plaintiff/Defendant) |
| Defendant. | * | |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, John P. Mullen, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: February 9, 2004.  _____  Utah Bar 4097
                          (Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Matthew I. Kreeger, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates _____ as associate local counsel.

Date: February 5, 20 04.    Check here _____ if petitioner is lead counsel.

_____  FEE PAID
(Signature of Petitioner)

**Name of Petitioner:** Matthew I. Kreeger   Office Telephone: (415) 268-7000
                                                              (Area Code and Main Office Number)

**Business Address:** Morrison & Foerster LLP
                     (Firm/Business Name)
                     425 Market Street, San Francisco, CA 94105
                     Street                City            State   Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| See Attachment to Pro Hac Vice Application | | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| None | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 10th day of February, 2004.

_____
U.S. District Judge

**Attachment to Pro Hac Vice Application**
**United States District Court, District of Utah**
**List of Courts in Which**
**Matthew I. Kreeger is Admitted**

| | |
|---|---|
| Supreme Court of the State of California, including admission to all courts in California (No. 153793) | July 10, 1991 |
| U.S. District Court, Northern District of California | December 9, 1992 |
| U.S. District Court, Central District of California | September 14, 1993 |
| U.S. District Court, Eastern District of California | December 13, 1996 |
| U.S. District Court, Southern District of California | September 16, 1998 |
| U.S. Court of Appeals for the Federal Circuit | November 13, 1995 |
| U.S. Court of Appeals, Ninth Circuit | July 5, 1996 |

sf-1639588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___9th___ day of February, 2004, I caused a true and correct copy of the foregoing **MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL and APPLICATION FOR PRO HAC VICE** to be served via first class mail, postage prepaid, to the following:

> Brent O. Hatch
> Mark R. Clements
> HATCH JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

> Kevin P. McBride
> 1299 Ocean Avenue, Suite 900
> Santa Monica, California 90401

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

_____

```
                                                          blk
              United States District Court
                       for the
                   District of Utah
                 February 12, 2004


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Brent O. Hatch, Esq.
     HATCH JAMES & DODGE
     10 W BROADWAY STE 400
     SALT LAKE CITY, UT  84101
     EMAIL

     Mr. Kevin P McBride, Esq.
     299 S MAIN STE 1700
     SALT LAKE CITY, UT  84111

     Mr. Thomas R Karrenberg, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101
     EMAIL

     Goldstein Paul, Esq.
     559 NATHAN ABBOTT WAY
     STANFORD, CA  94305

     Michael A. Jacobs, Esq.
     MORRISON & FOERSTER LLP
     425 MARKET ST
     SAN FRANCISCO, CA  94105-2482
```