Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (pro hac vice)
Mark J. Heise (pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Attorneys for Plaintiff The SCO Group, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, Plaintiff, vs. NOVELL, INC., a Delaware corporation, Defendant. | **STIPULATION** Civil No.: 2:04CV00139 Judge Dale A. Kimball |

Plaintiff The SCO Group ("SCO"), by and through counsel, and Defendant Novell, Inc., by and through counsel, hereby stipulate that SCO may have up to and including March 5, 2004 in which to file a memorandum in opposition to Novell's Motion to Dismiss. The parties further stipulate that SCO will not file any further pleadings in the matter until it files its opposition memorandum as set forth herein.

DATED this 27th day of February, 2004.

By: _____
HATCH JAMES & DODGE
Brent O. Hatch
Mark R. Clements
*Attorneys for Plaintiff*

By: _____
ANDERSON & KARRENBERG
Thomas R. Karrenberg
John P. Mullen
Attorneys for Defendant