FILED
DISTRICT COURT
-1 MAR 04 PM 4:10
DISTRICT OF UTAH
BY:
DEPUTY CLERK

RECEIVED CLERK

U.S. DISTRICT COURT

Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (pro hac vice)
Mark J. Heise (pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Attorneys for Plaintiff The SCO Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NOVELL, INC., a Delaware corporation, <br><br> Defendant. | **ORDER** <br><br> Civil No.: 2:04CV00139 <br> Judge Dale A. Kimball |

Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that Defendant The SCO Group, Inc. may have up to and including March 5, 2004 in which to file a memorandum in opposition to Defendant's Motion to Dismiss.

DATED this 1st day of March, 2004.

By: _____
Honorable Dale A. Kimball
United States District Court Judge

Approved as to form:

By: _____
ANDERSON & KARRENBERG
Thomas R. Karrenberg
John P. Mullen
Attorneys for Defendant

```
                                                           blk
              United States District Court
                        for the
                   District of Utah
                    March 2, 2004


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. Kevin P McBride, Esq.
      1299 OCEAN AVE STE 900
      SANTA MONICA, CA  90401

      Stephen Neal Zack, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Mr. Thomas R Karrenberg, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. John P. Mullen, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Heather M. Sneddon, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101

      Paul Goldstein, Esq.
      559 NATHAN ABBOTT WY
      STANFORD, CA  94305

      Michael A. Jacobs, Esq.
      MORRISON & FOERSTER LLP
      425 MARKET ST
```

SAN FRANCISCO, CA  94105-2482

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL