**MORRISON & FOERSTER LLP**
Michael A. Jacobs, pro hac vice
Matthew I. Kreeger, pro hac vice
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Paul Goldstein, pro hac vice
559 Nathan Abbot Way
Stanford, CA 94305
Telephone: (650) 723-0313

**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **ORDER**<br><br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Novell, Inc. may have up to and including March 19, 2004 in which to file a reply memorandum in support of its Motion to Dismiss.

DATED:   March 7th, 2004.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Court Judge

Approved as to form:

_____
HATCH, JAMES & DODGE
Brent O. Hatch
Mark R. Clements
Attorneys for Defendant The SCO Group, Inc.

2

```
                                                              blk
                 United States District Court
                            for the
                       District of Utah
                       March 17, 2004



              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. Kevin P McBride, Esq.
      1299 OCEAN AVE STE 900
      SANTA MONICA, CA  90401

      Stephen Neal Zack, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Mr. Thomas R Karrenberg, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. John P. Mullen, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Heather M. Sneddon, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101

      Paul Goldstein, Esq.
      559 NATHAN ABBOTT WY
      STANFORD, CA  94305

      Michael A. Jacobs, Esq.
      MORRISON & FOERSTER LLP
      425 MARKET ST
```

SAN FRANCISCO, CA  94105-2482

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL