SCO Grp v. Novell Inc Doc. 17





FILED

19 MAR 04 AM 10:45

DISTRICT OF UTAH

BY: DEPUTY CLERK

MORRISON & FOERSTER LLP
Michael A. Jacobs, pro hac vice
Matthew I. Kreeger, pro hac vice
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Paul Goldstein, pro hac vice
559 Nathan Abbot Way
Stanford, CA 94305
Telephone: (650) 723-0313

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br>Plaintiff,<br>vs.<br>NOVELL, INC., a Delaware corporation,<br>Defendant. | **ORDER**<br><br>Case No. 2:04CV00139<br>Judge Dale A. Kimball |

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Novell, Inc. may have up to and including March 26, 2004 in which to file an opposition memorandum to Plaintiff's Motion to Remand.



Dockets.Justia.com

DATED: March 19th, 2004.

BY THE COURT:

Honorable Dale A. Kimball
United States District Court Judge

Approved as to form:

HATCH, JAMES & DODGE
Brent O. Hatch
Mark R. Clements
Attorneys for Plaintiff The SCO Group, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2004, I caused a true and correct copy of the foregoing **ORDER** to be served via first class mail, postage prepaid, to the following:

Brent O. Hatch
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Heather M. Sneddon

blk

United States District Court
for the
District of Utah
March 22, 2004

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:04-cv-00139

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA 90401

Stephen Neal Zack, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL 33131
EMAIL

Mr. Thomas R Karrenberg, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT 84101
EMAIL

Mr. John P. Mullen, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT 84101
EMAIL

Heather M. Sneddon, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT 84101

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA 94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST

SAN FRANCISCO, CA 94105-2482

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA 94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT 84606
EMAIL