

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

SCO Grp,

     Plaintiff,                                       NOTICE

        vs.

Novell Inc,

     Defendant.                        Case No.  2:04-cv-00139

TYPE OF CASE           CIVIL

PLEASE TAKE NOTICE that a proceeding in this case has been set for hearing before Honorable Dale A. Kimball at:

          Room 220
          350 South Main Street
          Salt Lake City, Utah

     On Tuesday, 5/11/04 at 3:00 p.m.

TYPE OF PROCEEDING: Hearing on Motion to Remand

                        MARKUS B. ZIMMER,
                        Clerk of Court

                    By:  Jennifer M. Richards
                        Deputy Clerk

DATE:      April 9, 2004

**23**

Dockets.Justia.com

jmr

United States District Court
for the
District of Utah
April 9, 2004


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Mr. Kevin P McBride, Esq.
    1299 OCEAN AVE STE 900
    SANTA MONICA, CA  90401

    Stephen Neal Zack, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
    EMAIL

    Mr. Thomas R Karrenberg, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    EMAIL

    Mr. John P. Mullen, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    EMAIL

    Heather M. Sneddon, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101

    Paul Goldstein, Esq.
    559 NATHAN ABBOTT WY
    STANFORD, CA  94305

    Michael A. Jacobs, Esq.
    MORRISON & FOERSTER LLP
    425 MARKET ST

SAN FRANCISCO, CA  94105-2482

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL