


IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

SCO Grp,

    Plaintiff,    AMENDED NOTICE

    vs.

Novell Inc,

    Defendant.    Case No.  2:04-cv-139-DAK

TYPE OF CASE    CIVIL

PLEASE TAKE NOTICE that a proceeding in this case has been set for hearing before Honorable Dale A. Kimball at:

    Room 220
    350 South Main Street
    Salt Lake City, Utah

  On Tuesday, 5/11/04 at 3:00 p.m.

TYPE OF PROCEEDING: Motion to Dismiss  and Motion to Remand

                    MARKUS B. ZIMMER,
                    Clerk of Court

                By:  Bonnie L. King
                    Deputy Clerk

  DATE:    April 12, 2004

```
blk
                    United States District Court
                              for the
                         District of Utah
                         April 12, 2004


               * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Brent O. Hatch, Esq.
     HATCH JAMES & DODGE
     10 W BROADWAY STE 400
     SALT LAKE CITY, UT  84101
     EMAIL

     Mr. Kevin P McBride, Esq.
     1299 OCEAN AVE STE 900
     SANTA MONICA, CA  90401

     Stephen Neal Zack, Esq.
     BOIES SCHILLER & FLEXNER
     100 SE 2ND ST STE 2800
     MIAMI, FL  33131
     EMAIL

     Mr. Thomas R Karrenberg, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101
     EMAIL

     Mr. John P. Mullen, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101
     EMAIL

     Heather M. Sneddon, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101

     Paul Goldstein, Esq.
     559 NATHAN ABBOTT WY
     STANFORD, CA  94305

     Michael A. Jacobs, Esq.
     MORRISON & FOERSTER LLP
     425 MARKET ST
```

```
SAN FRANCISCO, CA   94105-2482

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA   94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL
```