RECEIVED CLERK
APR 3 0 2004
U.S. DISTRICT COURT

-4 MAY 04
DIST...
DEPUTY

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

The SCO Group, Inc.  
Plaintiff

v.

Novell, Inc.  
Defendant.

CASE NO. 04-CV-00139

Appearing on behalf of:

The SCO Group, Inc.  
(Plaintiff/Defendant)

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Brent O. Hatch, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: April 30, 2004  
(Signature of Local Counsel)    5715 (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Scott E. Gant, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ✓ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Brent O. Hatch as associate local counsel.

Date: April 16, 2004.    Check here ___ if petitioner is lead counsel.

(Signature of Petitioner)    FEE PAID

**Name of Petitioner:** Scott E. Gant    Office Telephone: 202-237-2727  
(Area Code and **Main** Office Number)

**Business Address:** Boies, Schiller & Flexner LLP  
(Firm/Business Name)  
5301 Wisconsin Avenue, NW    Washington, DC    20015  
Street    City    State    Zip

25

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| [illegible handwriting] | | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| SCO v. IBM | 03-cv-0294 | 3/10/04 |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This ___30th___ day of ___April___, 20_04_.

___[signature]___
U.S. District Judge

## Scott E. Gant

| Court | Date of Admission | Bar # |
|---|---|---|
| Pennsylvania | 11/21/1995 | 76052 |
| District of Columbia | 7/7/1997 | 455392 |
| Supreme Court of the United States | 2/22/1999 | |
| U.S. Court of Appeals: 3rd Cir. | 6/11/1996 | |
| U.S. Court of Appeals: 6th Cir. | 11/21/2001 | |
| U.S. Court of Appeals: 8th Cir. | 5/14/1998 | |
| U.S. Court of Appeals: 9th Cir. | 3/16/1999 | |
| U.S. Court of Appeals: 10th Cir. | 5/22/2001 | |
| U.S. Court of Appeals: DC Cir. | 1/31/2002 | |
| D. Colorado | 1/25/2001 | |
| E.D. Michigan | 3/1/2001 | |
| D. D.C. | 4/5/2004 | 455392 |

```
                                                          blk
              United States District Court
                        for the
                    District of Utah
                     May 5, 2004


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Brent O. Hatch, Esq.
     HATCH JAMES & DODGE
     10 W BROADWAY STE 400
     SALT LAKE CITY, UT  84101
     EMAIL

     Mr. Kevin P McBride, Esq.
     1299 OCEAN AVE STE 900
     SANTA MONICA, CA  90401

     Stephen Neal Zack, Esq.
     BOIES SCHILLER & FLEXNER
     100 SE 2ND ST STE 2800
     MIAMI, FL  33131
     EMAIL

     Mr. Thomas R Karrenberg, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101
     EMAIL

     Mr. John P. Mullen, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101
     EMAIL

     Heather M. Sneddon, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101

     Paul Goldstein, Esq.
     559 NATHAN ABBOTT WY
     STANFORD, CA  94305

     Michael A. Jacobs, Esq.
     MORRISON & FOERSTER LLP
     425 MARKET ST
```

SAN FRANCISCO, CA  94105-2482

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL

Scott E. Gant, Esq.
BOIES SCHILLER & FLEXNER
5301 WISCONSIN AVE NW
WASHINGTON, DC 20015