# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Dale A. Kimball

COURT REPORTER: Kelly Hicken
COURTROOM DEPUTY: Kim Jones
INTERPRETER:

CASE NO. 2:04-cv-139 DAK

SCO Grp v Novell Inc

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Mark Clements |
| Pla | Ryan Tibbits |
| Pla | Brent Hatch |
| Dft | Michael Jacobs |
| Dft | John Mullen |

DATE: May 11, 2004

**MATTER SET:** Motion Hearing

**DOCKET ENTRY:**

Pla's motion to remand and dft's motion to dismiss were argued. The Court took the motions under advisement.