

RECEIVED CLERK

JUN 0 8 2004

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The SCO Group, Inc. <br> Plaintiff | CASE NO. 2:04cv139 DAK <br><br> Appearing on behalf of: |
| v. | |
| Novell, Inc. <br> Defendant. | Defendant <br> (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, John P. Mullen, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: 6/8, 2004   _(Signature of Local Counsel)_   #4097 (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Johnathan E. Mansfield, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates _____ as associate local counsel.

Date: June 8, 2004.   Check here ____ if petitioner is lead counsel.

_(Signature of Petitioner)_

Name of Petitioner: Johnathan E. Mansfield   Office Telephone: (415) 268-7000
(Area Code and Main Office Number)

Business Address: Morrison & Foerster, LLP
(Firm/Business Name)
425 Market Street   San Francisco   CA   94105
Street   City   State   Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| See Attachment to Pro Hac Vice Application | | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

FEE PAID

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 9th day of June, 2004.

_____
U.S. District Judge

**Attachment to Pro Hac Vice Application**
**United States District Court, District of Utah**
**List of Court in Which**
**Jonathan E. Mansfield is Admitted**

| | |
|---|---|
| Supreme Court of the State of California, including admission to all courts in Califronia (No. 22986) | November 19, 2001 |
| U.S. District Court, Northern District of California | April 12, 2002 |
| United States Court of Appeals for the Ninth District | November 19, 2001 |
| United States District Court, Western District of Washington | May 8, 1998 |
| District of Columbia Court of Appeals | December 2, 1994 |
| Washington State Bar (not active) | May 4, 1998 |
| Supreme Court of Pennsylvania Middle District (not active) | November 22, 1993 |

sf-1719224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __9th__ day of June, 2004, I caused a true and correct copy of the foregoing **APPLICATION FOR PRO HAC VICE ADMISSION OF JOHNATHAN E. MANSFIELD** to be served via first class mail, postage prepaid, to the following:

Brent O. Hatch
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

_____
[signature]

3

blk

United States District Court
for the
District of Utah
June 9, 2004

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:04-cv-00139

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Mr. Kevin P McBride, Esq.
    1299 OCEAN AVE STE 900
    SANTA MONICA, CA  90401
    EMAIL

    Stephen Neal Zack, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
    EMAIL

    Mr. Thomas R Karrenberg, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    EMAIL

    Mr. John P. Mullen, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    EMAIL

    Heather M. Sneddon, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101

    Paul Goldstein, Esq.
    559 NATHAN ABBOTT WY
    STANFORD, CA  94305

    Michael A. Jacobs, Esq.
    MORRISON & FOERSTER LLP

425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL