FILED
CLERK U.S. DISTRICT COURT
-9 JUN 04 PM 12:01
DISTRICT OF UTAH
BY:
DEPUTY CLERK

RECEIVED CLERK
JUN 0 8 2004
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

The SCO Group, Inc.
_____
    Plaintiff

        v.

Novell, Inc.
_____
    Defendant.

\*  CASE NO. 2:04cv139 DAK
\*
\*  Appearing on behalf of:
\*  Defendant
\*  _____
\*  (Plaintiff/Defendant)
\*

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, John P. Mullen_____, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: 6/8_____, 2004.   _____[signature]_____     #4097____
                        (Signature of Local Counsel)    (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Maame A.F. Ewusi-Mensah_____, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _x_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates _____ as associate local counsel.

Date: June 7_____, 20 04___.      Check here _____ if petitioner is lead counsel.

                                _____[signature]_____
                                (Signature of Petitioner)

**Name of Petitioner:** Maame A.F. Ewusi-Mensah    Office Telephone: (415) 268-7000
                                                   (Area Code and **Main** Office Number)

**Business Address:** Morrison & Foerster LLP
                    (Firm/Business Name)
                    425 Market Street    San Francisco    CA    94105-2482
                    Street              City             State   Zip

28

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| See Attachment to Pro Hac Vice Application | | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

FEE PAID

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 9th day of June, 2004.

_____
U.S. District Judge

**Attachment to Pro Hac Vice Application**
**United States District Court, District of Utah**
**List of Court in Which**
**Maame A.F. Ewusi-Mensah is Admitted**

| | |
|---|---|
| Supreme Court of the State of California, including admission to all courts in Califronia (No. 22986) | December 9, 2002 |
| U.S. District Court, Northern District of California | December 11, 2002 |

sf-1719086

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ____8th____ day of June, 2004, I caused a true and correct copy of the foregoing **APPLICATION FOR PRO HAC VICE ADMISSION OF MAAME A.F. EWUSI-MENSAH** to be served via first class mail, postage prepaid, to the following:

Brent O. Hatch
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101


Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California  90401


Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

_____

3

```
                                                             blk
                    United States District Court
                              for the
                         District of Utah
                          June 9, 2004


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT  84101
       EMAIL

       Mr. Kevin P McBride, Esq.
       1299 OCEAN AVE STE 900
       SANTA MONICA, CA  90401
       EMAIL

       Stephen Neal Zack, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL  33131
       EMAIL

       Mr. Thomas R Karrenberg, Esq.
       ANDERSON & KARRENBERG
       50 W BROADWAY STE 700
       SALT LAKE CITY, UT  84101
       EMAIL

       Mr. John P. Mullen, Esq.
       ANDERSON & KARRENBERG
       50 W BROADWAY STE 700
       SALT LAKE CITY, UT  84101
       EMAIL

       Heather M. Sneddon, Esq.
       ANDERSON & KARRENBERG
       50 W BROADWAY STE 700
       SALT LAKE CITY, UT  84101

       Paul Goldstein, Esq.
       559 NATHAN ABBOTT WY
       STANFORD, CA  94305

       Michael A. Jacobs, Esq.
       MORRISON & FOERSTER LLP
```

425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL