FILED
U.S. DISTRICT COURT
-7 JUL 04 PM 5:58

RECEIVED CLERK
JUL 0 6 2004
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

BY:
DEPUTY

| The SCO Group, Inc. | * | CASE NO. Civ. 040900936  2:04 cv 139 DAK |
| Plaintiff | * | |
| | * | Appearing on behalf of: |
| v. | * | |
| | * | Plaintiff |
| Novell, Inc. | * | (Plaintiff/Defendant) |
| Defendant. | * | |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, **Brent O. Hatch**, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: July 6, 2004     _____(signature)_____ (5715)
(Signature of Local Counsel)     (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, **Robert Silver**, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) **X** a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates **Brent O. Hatch** as associate local counsel.

Date: July 6, 2004.     Check here ___ if petitioner is lead counsel.

_____(signature)_____ FEE PAID / NO FEE REQUIRED
(Signature of Petitioner)

**Name of Petitioner:** Robert Silver     **Office Telephone:** 914-749-8200
(Area Code and **Main** Office Number)

**Business Address:** Boies, Schiller & Flexner LLP
(Firm/Business Name)
333 Main Street     Armonk     NY     10541
Street     City     State     Zip



## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| United States District Court | Southern District of New York | 1985 |
| United States District Court | Eastern District of New York | 1985 |
| First Department | State of New York | 1985 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| The SCO Group, Inc. v. IBM Corp. | 2:03cv-0294 DAK | May 28, 2004 |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 7th day of July, 2004.

_____
U.S. District Judge

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ROBERT B. SILVER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 14th day of January, 1985 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 28, 2004



Catherine O'Hagan Wolfe

Clerk

6625

blk

United States District Court
for the
District of Utah
July 8, 2004

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:04-cv-00139

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT  84101
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Stephen Neal Zack, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. Thomas R Karrenberg, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
EMAIL

Mr. John P. Mullen, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
EMAIL

Heather M. Sneddon, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
EMAIL

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL