MORRISON & FOERSTER LLP
Michael A. Jacobs, pro hac vice
Matthew I. Kreeger, pro hac vice
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Paul Goldstein, pro hac vice
559 Nathan Abbot Way
Stanford, CA 94305
Telephone: (650) 723-0313

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **STIPULATION**<br><br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant Novell, Inc., by and through its counsel, and Plaintiff The SCO Group, Inc., by and through its counsel, hereby stipulate that Novell may have up to and including August 6, 2004 in which to file an answer or otherwise respond to Plaintiff's Amended Complaint.

DATED:   July 21, 2004.

                          ANDERSON & KARRENBERG

                          _____
                          Thomas R. Karrenberg
                          John P. Mullen
                          Heather M. Sneddon
                          **Attorneys for Defendant Novell, Inc.**

DATED:   July 21, 2004.

                          HATCH, JAMES & DODGE

                          _____
                          Brent O. Hatch
                          Mark R. Clements
                          **Attorneys for Plaintiff The SCO Group, Inc.**