MORRISON & FOERSTER LLP
Michael A. Jacobs, pro hac vice
Matthew I. Kreeger, pro hac vice
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Paul Goldstein, pro hac vice
559 Nathan Abbot Way
Stanford, CA 94305
Telephone: (650) 723-0313

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **ORDER**<br><br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Novell, Inc. may have up to and including August 6, 2004 in which to file an answer or otherwise respond to Plaintiff's Amended Complaint.

DATED: July 26, 2004.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Court Judge


Approved as to form:

_____
HATCH, JAMES & DODGE
Brent O. Hatch
Mark R. Clements
Attorneys for Plaintiff The SCO Group, Inc.

2

jmr

United States District Court
for the
District of Utah
July 26, 2004

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:04-cv-00139

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT   84101
    EMAIL

    Mr. Kevin P McBride, Esq.
    1299 OCEAN AVE STE 900
    SANTA MONICA, CA   90401
    EMAIL

    Stephen Neal Zack, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL   33131
    EMAIL

    Robert Silver, Esq.
    BOIES SCHILLER & FLEXNER
    333 MAIN ST
    ARMONK, NY   10504

    Mr. Thomas R Karrenberg, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT   84101
    EMAIL

    Mr. John P. Mullen, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT   84101
    EMAIL

    Heather M. Sneddon, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT   84101
    EMAIL

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL