RECEIVED CLERK
CLERK, U.S. DISTRICT COURT
2004 JUL 29
U.S. DISTRICT COURT
DISTRICT OF UTAH
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The SCO Group, Inc. <br> Plaintiff <br> v. <br> Novell, Inc. <br> Defendant. | CASE NO. 2:04cv139 DAK <br><br> Appearing on behalf of: <br> Defendant <br><br> (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, John P. Mullen, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: July 29, 2004        _____ (4097)
                           (Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, David E. Melaugh, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) X a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates John P. Mullen as associate local counsel.

FEE PAID

Date: 7/28, 2004.   Check here ___ if petitioner is lead counsel.

_____
(Signature of Petitioner)

**Name of Petitioner:** David E. Melaugh   **Office Telephone:** 415-268-7000
                                                                (Area Code and Main Office Number)

**Business Address:** Morrison & Foerster, LLP
                      (Firm/Business Name)
                      425 Market Street    San Francisco    CA    94105
                      Street               City             State Zip

34

Dockets.Justia.com

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Supreme Court of the State of California | San Francisco, CA | June 4, 2002 |
| U.S. Court of Appeals for the Ninth Circuit | San Francisco, CA | July 2, 2002 |
| U.S. District Court, Northern District of California | San Francisco, CA | June 4, 2002 |
| U.S. District Court, Southern District of California | San Diego, CA | July 1, 2002 |
| U.S. District Court, Eastern District of California | Sacramento, CA | June 27, 2002 |
| U.S. District Court, Central District of California | Los Angeles, CA | July 1, 2002 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 29th day of July, 2004.

_Dale A. Kimball_
U.S. District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2004, I caused a true and correct copy of the foregoing **MOTION AND APPLICATION FOR PRO HAC VICE ADMISSION OF DAVID E. MELAUGH** to be served via first class mail, postage prepaid, to the following:

Brent O. Hatch
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Robert Silver
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

_____

```
                                                              blk
                  United States District Court
                           for the
                       District of Utah
                       July 30, 2004


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. Kevin P McBride, Esq.
      1299 OCEAN AVE STE 900
      SANTA MONICA, CA  90401
      EMAIL

      Stephen Neal Zack, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Robert Silver, Esq.
      BOIES SCHILLER & FLEXNER
      333 MAIN ST
      ARMONK, NY  10504

      Mr. Thomas R Karrenberg, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. John P. Mullen, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Heather M. Sneddon, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL
```

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL