MORRISON & FOERSTER, LLP
Michael A. Jacobs (pro hac vice)
Matthew I. Kreeger (pro hac vice)
David E. Melaugh (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | ORDER GRANTING NOVELL, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

This matter comes before the Court on Novell, Inc.'s *Ex Parte* Motion for Leave to File an Overlength Memorandum. The Court, having considered the matter, and good cause and exceptional circumstances appearing, hereby ORDERS that Novell, Inc. be granted leave to file an overlength Memorandum in Support of its Motion to Dismiss.

DATED: August 9th, 2004.

BY THE COURT:

_____
Judge Dale A. Kimball
United States District Court Judge

```
                                                                blk
                   United States District Court
                             for the
                        District of Utah
                       August 10, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. Kevin P McBride, Esq.
      1299 OCEAN AVE STE 900
      SANTA MONICA, CA  90401
      EMAIL

      Stephen Neal Zack, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Robert Silver, Esq.
      BOIES SCHILLER & FLEXNER
      333 MAIN ST
      ARMONK, NY  10504

      Mr. Thomas R Karrenberg, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. John P. Mullen, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Heather M. Sneddon, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL
```

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL