MORRISON & FOERSTER, LLP
Michael A. Jacobs (pro hac vice)
Matthew I. Kreeger (pro hac vice)
David E. Melaugh (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **NOTICE OF FILING OF ORIGINAL DECLARATIONS**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

On August 6, 2004, Defendant Novell, Inc. ("Novell") filed a scanned copy of the Declaration of David E. Melaugh ("Melaugh Declaration"), and a faxed copy of the Declaration of Bruce Lowry ("Lowry Declaration") in support of its Motion to Dismiss. Local counsel for



Novell has now received the original Melaugh Declaration and Lowry Declaration and, therefore, provides the originals to the Court by way of the attached Exhibits.

DATED:   August 11, 2004.

                              ANDERSON & KARRENBERG

                              Thomas R. Karrenberg
                              John P. Mullen
                              Heather M. Sneddon
                              **Attorneys for Defendant Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___11th___ day of August, 2004, I caused a true and correct copy of the foregoing **NOTICE OF FILING OF ORIGINAL DECLARATIONS** to be served via first class mail, postage prepaid, to the following:

Brent O. Hatch
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101


Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401


Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

_____

Exhibits/ Attachments to this document have **not** been scanned.

Please see the case file.