FILED
CLERK, U.S. DISTRICT COURT

2004 AUG 24 P 4: 28

DISTRICT OF UTAH

BY _____
DEPUTY CLERK

RECEIVED CLERK

AUG 23 2004

U.S. DISTRICT COURT

Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Attorneys for Plaintiff The SCO Group, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| THE SCO GROUP, INC., a Delaware corporation, Plaintiff, vs. NOVELL, INC., a Delaware corporation, Defendant. | ORDER<br><br>Civil No.: 2:04CV00139<br><br>Judge: Dale A. Kimball |
|---|---|

43

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff The SCO Group, Inc. may have up to and including September 7, 2004 in which to file a memorandum in opposition to Novell's Motion to Dismiss.

DATED this 24th day of August, 2004

BY THE COURT:

*[signature]*
Honorable Dale A. Kimball
United States District Court Judge


Approved as to form:

*[signature]*
ANDERSON & KARRENBERG
Heather M. Sneddon
Attorneys for Defendant Novell, Inc.

2

blk

United States District Court
for the
District of Utah
August 25, 2004


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:   2:04-cv-00139


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:


    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Mr. Kevin P McBride, Esq.
    1299 OCEAN AVE STE 900
    SANTA MONICA, CA  90401
    EMAIL

    Stephen Neal Zack, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
    EMAIL

    Robert Silver, Esq.
    BOIES SCHILLER & FLEXNER
    333 MAIN ST
    ARMONK, NY  10504

    Mr. Thomas R Karrenberg, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    EMAIL

    Mr. John P. Mullen, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    EMAIL

    Heather M. Sneddon, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    EMAIL

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL