

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

```
SCO Grp,

     Plaintiff,                                 NOTICE

        vs.

Novell Inc,

     Defendant.                         Case No.  2:04-cv-00139
```

```
TYPE OF CASE            CIVIL
```

PLEASE TAKE NOTICE that a proceeding in this case has been set for
hearing before Honorable Dale A. Kimball at:

```
        Room 220
        350 South Main Street
        Salt Lake City, Utah

    On Wednesday, 9/15/04 at 2:00 p.m.
```

TYPE OF PROCEEDING: Motion to Dismiss  and for partial summary jgm

```
                            MARKUS B. ZIMMER,
                             Clerk of Court


                       By:  Bonnie L. King
                            Deputy Clerk
```

DATE:    August 30, 2004

**44**

```
blk
                      United States District Court
                                for the
                            District of Utah
                           August 30, 2004


                 * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Mr. Kevin P McBride, Esq.
        1299 OCEAN AVE STE 900
        SANTA MONICA, CA  90401
        EMAIL

        Stephen Neal Zack, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        Robert Silver, Esq.
        BOIES SCHILLER & FLEXNER
        333 MAIN ST
        ARMONK, NY  10504

        Mr. Thomas R Karrenberg, Esq.
        ANDERSON & KARRENBERG
        50 W BROADWAY STE 700
        SALT LAKE CITY, UT  84101
        EMAIL

        Mr. John P. Mullen, Esq.
        ANDERSON & KARRENBERG
        50 W BROADWAY STE 700
        SALT LAKE CITY, UT  84101
        EMAIL

        Heather M. Sneddon, Esq.
        ANDERSON & KARRENBERG
        50 W BROADWAY STE 700
        SALT LAKE CITY, UT  84101
        EMAIL
```

```
Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL
```