Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Attorneys for Plaintiff The SCO Group, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NOVELL, INC., a Delaware corporation, <br><br> Defendant. | **STIPULATION** <br><br> Civil No.: 2:04CV00139 <br><br> Judge: Dale A. Kimball |

46

Plaintiff The SCO Group ("SCO"), by and through counsel, and Defendant Novell, Inc., by and through counsel, hereby stipulate that SCO may have up to and including September 24, 2004 in which to file a memorandum in opposition to Novell's Motion to Dismiss.

DATED this 7TH day of September, 2004.

By: *[signature]*
HATCH JAMES & DODGE
Brent O. Hatch
Mark R. Clements
*Attorneys for Plaintiff*

By: *[signature]*
ANDERSON & KARRENBERG
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
Attorneys for Defendant