Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Attorneys for Plaintiff The SCO Group, Inc.

**RECEIVED CLERK**

**SEP - 7 2004**

**U.S. DISTRICT COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,　　Plaintiff,　vs.　NOVELL, INC., a Delaware corporation,　　Defendant. | **ORDER**　　　　　　　　　　　　Civil No.: 2:04CV00139　Judge: Dale A. Kimball |

Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that ~~Defendant~~ plaintiff The SCO Group, Inc. may have up to and including September 24, 2004 in which to file a memorandum in opposition to Defendant's Motion to Dismiss.

DATED this 7th day of September, 2004.

By: _____
Honorable Dale A. Kimball
United States District Court Judge

Approved as to form:

By: _____
ANDERSON & KARRENBERG
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
Attorneys for Defendant

2

```
                                                    blk
            United States District Court
                       for the
                  District of Utah
               September 10, 2004


        * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Brent O. Hatch, Esq.
     HATCH JAMES & DODGE
     10 W BROADWAY STE 400
     SALT LAKE CITY, UT  84101
     EMAIL

     Mr. Kevin P McBride, Esq.
     1299 OCEAN AVE STE 900
     SANTA MONICA, CA  90401
     EMAIL

     Stephen Neal Zack, Esq.
     BOIES SCHILLER & FLEXNER
     100 SE 2ND ST STE 2800
     MIAMI, FL  33131
     EMAIL

     Robert Silver, Esq.
     BOIES SCHILLER & FLEXNER
     333 MAIN ST
     ARMONK, NY  10504

     Mr. Thomas R Karrenberg, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101
     EMAIL

     Mr. John P. Mullen, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101
     EMAIL

     Heather M. Sneddon, Esq.
     ANDERSON & KARRENBERG
     50 W BROADWAY STE 700
     SALT LAKE CITY, UT  84101
     EMAIL
```

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL