Brent O. Hatch (5715)
Mark F. James (5295)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Attorneys for Plaintiff The SCO Group, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, Plaintiff, vs. NOVELL, INC., a Delaware corporation, Defendant. | **STIPULATION** <br><br> Civil No.: 2:04CV00139 <br><br> Judge: Dale A. Kimball |



Plaintiff The SCO Group, Inc. ("SCO"), by and through its counsel, and Defendant Novell, Inc. ("Novell"), by and through its counsel, hereby stipulate that SCO may have up to and including October 1, 2004 in which to file a memorandum in opposition to Novell's Second Motion to Dismiss. A proposed Order is filed herewith.

Dated this 23rd day of September, 2004.    Dated this 24th day of September, 2004.

By: _____    By: _____
Heather M. Sneddon                        Mark F. James
ANDERSON & KARRENBERG                     HATCH, JAMES & DODGE

*Attorneys for Defendant*                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September 2004, I caused to be mailed a true and correct copy of the foregoing via first class U.S. Mail, postage prepaid, to the following:

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
ANDERSON & KARRENBERG
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101

Michael A. Jacobs
Matthew I. Kreeger
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482

*/s/ Alisa Campbell*

3