FILED
CLERK, U.S. DISTRICT COURT

2004 SEP 24 P 1: 43

DISTRICT OF UTAH

BY: _____ DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

RECEIVED CLERK

SEP 2 4 2004

U.S. DISTRICT COURT

Attorneys for Plaintiff The SCO Group, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC.,<br>a Delaware corporation,<br><br>Defendant. | **ORDER EXTENDING TIME**<br><br><br><br>Civil No.: 2:04CV00139<br><br>Judge: Dale A. Kimball |

**49**

Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that ~~Defendant~~ *Plaintiff* The SCO Group, Inc. may have up to and including October 1, 2004 in which to file a memorandum in opposition to Defendant's Second Motion to Dismiss.

DATED this 24th day of September, 2004.

By: _____
Honorable Dale A. Kimball
United States District Court Judge


Approved as to form:

By: _____
ANDERSON & KARRENBERG
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

Attorneys for Defendant

United States District Court
for the
District of Utah
September 27, 2004


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:04-cv-00139


**True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:**


Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT  84101
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Stephen Neal Zack, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. Thomas R Karrenberg, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
EMAIL

Mr. John P. Mullen, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
EMAIL

Heather M. Sneddon, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
EMAIL

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL