Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Attorneys for Plaintiff The SCO Group, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NOVELL, INC., a Delaware corporation, <br><br> Defendant. | **EXPARTE MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION MEMORANDUM** <br><br><br> Civil No.: 2:04CV00139 <br><br> Judge: Dale A. Kimball |



Plaintiff The SCO Group, Inc. ("SCO") hereby moves the Court pursuant to District Court Rule 7-1(e) for leave to file an over-length Memorandum in Opposition to Defendant Novell, Inc's Motion to Dismiss SCO's Amended Complaint.

Novell's second Motion to Dismiss seeks complete, dispositive relief at the beginning stage of this litigation. Given the importance of the issues to SCO, it is necessary for SCO to fully address, clarify and rebut IBM's arguments and explain to the Court why Novell's second Motion to Dismiss should be denied in its entirety.

To address these issues and place them in context for the Court, SCO respectfully requests leave to file an over-length memorandum. SCO's Opposition Memorandum now contains 40 pages exclusive of face sheet and table of contents. SCO respectfully submits that the excess length is necessary to fully address the issues.

DATED this 1st day of October, 2004.

By: _____
HATCH JAMES & DODGE
Brent O. Hatch
Mark R. Clements

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stephen N. Zack
Mark J. Heise

*Attorneys for Plaintiff*