Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Attorneys for Plaintiff The SCO Group, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| THE SCO GROUP, INC.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC.,<br>a Delaware corporation,<br><br>Defendant. | **ORDER**<br><br><br><br><br><br><br><br>Civil No.: 2:04CV00139<br><br>Judge: Dale A. Kimball |
|---|---|

This matter comes before the Court on the Ex Parte Motion of Plaintiff The SCO Group, Inc. ("SCO") for Leave to File an over-length Memorandum in Opposition to Novell, Inc.'s Motion to Dismiss. The Court, having considered the matter, hereby determines that good cause exists and ORDERS that SCO be granted leave to file its over-length Opposition Memorandum.

DATED this 4th day of October, 2004

BY THE COURT:

Honorable Dale A. Kimball
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October 2004, I caused to be mailed a true and correct copy of the foregoing via first class U.S. Mail, postage prepaid, to the following:

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
ANDERSON & KARRENBERG
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101

Michael A. Jacobs
Matthew I. Kreeger
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482

_____

                                                                    blk
                       United States District Court
                                for the
                            District of Utah
                            October 5, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. Kevin P McBride, Esq.
      1299 OCEAN AVE STE 900
      SANTA MONICA, CA  90401
      EMAIL

      Stephen Neal Zack, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Robert Silver, Esq.
      BOIES SCHILLER & FLEXNER
      333 MAIN ST
      ARMONK, NY  10504

      Mr. Thomas R Karrenberg, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. John P. Mullen, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Heather M. Sneddon, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL