FILED
CLERK, U.S. DISTRICT COURT
2004 OCT -6 P 4:20
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

MORRISON & FOERSTER LLP
Michael A. Jacobs, pro hac vice
Matthew I. Kreeger, pro hac vice
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Paul Goldstein, pro hac vice
559 Nathan Abbot Way
Stanford, CA 94305
Telephone: (650) 723-0313

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **STIPULATION**<br><br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant Novell, Inc., by and through its counsel, and Plaintiff The SCO Group, Inc., by and through its counsel, hereby stipulate that Novell may have up to and including November 8, 2004, in which to file a reply memorandum in support of its second Motion to Dismiss.

53

DATED:   October 6, 2004.

                        ANDERSON & KARRENBERG

                        */s/ Heather M. Sneddon*
                        Thomas R. Karrenberg
                        John P. Mullen
                        Heather M. Sneddon
                        **Attorneys for Defendant Novell, Inc.**

DATED:   October 6, 2004.

                        HATCH, JAMES & DODGE

                        */s/ Mark F. James*
                        Brent O. Hatch
                        Mark F. James
                        Mark R. Clements
                        **Attorneys for Plaintiff The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October, 2004, I caused a true and correct copy of the foregoing **STIPULATION** to be served via first class mail, postage prepaid, to the following:

Brent O. Hatch
Mark F. James
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101


Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401


Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131


Robert Silver
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

*/s/ Michelle Rezuto*