FILED
CLERK, U.S. DISTRICT COURT

2004 NOV -9 P 4: 10

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

**MORRISON & FOERSTER, LLP**
Michael A. Jacobs (pro hac vice)
David E. Melaugh (pro hac vice)
Maame A.F. Ewusi-Mensah (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING NOVELL, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

This matter comes before the Court on Novell, Inc.'s *Ex Parte* Motion for Leave to File an Overlength Reply Memorandum. The Court, having considered the matter, and good cause and exceptional circumstances appearing, hereby ORDERS that Novell, Inc. be granted leave to file an overlength Reply in Support of its Motion to Dismiss Amended Complaint.



DATED: November 9th, 2004.

BY THE COURT:

*Dale A. Kimball*
Judge Dale A. Kimball
United States District Court Judge

```
                                                              blk
            United States District Court
                       for the
                  District of Utah
                November 10, 2004


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT  84101
       EMAIL

       Mr. Kevin P McBride, Esq.
       1299 OCEAN AVE STE 900
       SANTA MONICA, CA  90401
       EMAIL

       Stephen Neal Zack, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL  33131
       EMAIL

       Robert Silver, Esq.
       BOIES SCHILLER & FLEXNER
       333 MAIN ST
       ARMONK, NY  10504

       Mr. Thomas R Karrenberg, Esq.
       ANDERSON & KARRENBERG
       50 W BROADWAY STE 700
       SALT LAKE CITY, UT  84101
       EMAIL

       Mr. John P. Mullen, Esq.
       ANDERSON & KARRENBERG
       50 W BROADWAY STE 700
       SALT LAKE CITY, UT  84101
       EMAIL

       Heather M. Sneddon, Esq.
       ANDERSON & KARRENBERG
       50 W BROADWAY STE 700
       SALT LAKE CITY, UT  84101
       EMAIL
```

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL