


IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

SCO Grp,

    Plaintiff,                                              AMENDED NOTICE

        vs.

Novell Inc,

    Defendant.                                              Case No. 2:04-cv-00139

TYPE OF CASE            CIVIL

PLEASE TAKE NOTICE that a proceeding in this case has been reset for hearing before Honorable Dale A. Kimball at:

        Room 220
        350 South Main Street
        Salt Lake City, Utah

    On Tuesday, 2/1/05 at 3:00 p.m.

TYPE OF PROCEEDING: Motion to Dismiss

                          MARKUS B. ZIMMER,
                          Clerk of Court

                         By:  Bonnie L. King
                            Deputy Clerk

   DATE:      December 28, 2004

```
blk
                      United States District Court
                              for the
                          District of Utah
                         December 28, 2004


               * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00139



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. Kevin P McBride, Esq.
      1299 OCEAN AVE STE 900
      SANTA MONICA, CA  90401
      EMAIL

      Stephen Neal Zack, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Robert Silver, Esq.
      BOIES SCHILLER & FLEXNER
      333 MAIN ST
      ARMONK, NY  10504

      Mr. Thomas R Karrenberg, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Mr. John P. Mullen, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL

      Heather M. Sneddon, Esq.
      ANDERSON & KARRENBERG
      50 W BROADWAY STE 700
      SALT LAKE CITY, UT  84101
      EMAIL
```

```
Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305
EMAIL

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL
```