FILED
CLERK, U S DISTRICT COURT

2005 JAN 25 P 1:03

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

*Attorneys for The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br>A Delaware corporation,<br><br>Plaintiff<br><br>vs.<br><br>NOVELL, INC.,<br>A Delaware corporation,<br><br>Defendant | **NOTICE OF AMENDED HEARING DATE**<br><br>Civil No. 2:04CV00139<br><br>Honorable Dale A. Kimball |

62

Pursuant to consultations with the Court, and all parties being in agreement, Novell, Inc.'s Motion to Dismiss, formerly scheduled to be heard February 1, 2005, will now be heard by Judge Kimball on March 8, 2005 at 3 p.m.

DATED this 25th day of January, 2005.

                                            Respectfully submitted,

                                            HATCH, JAMES & DODGE, P.C.
                                            Brent O. Hatch
                                            Mark F. James

                                            BOIES, SCHILLER & FLEXNER LLP
                                            Robert Silver
                                            Stephen N. Zack
                                            Edward Normand
                                            Sean Eskovitz

                                            By _____

*Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

Plaintiff The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Notice of Amended Hearing Date was served by mail on Defendant Novell on the __th day of January, 2005, by placing the same in U.S. Mail, postage prepaid to:

Thomas R. Karrenberg, Esq.
John P. Mullen, Esq.
Heather M. Sneddon, Esq.
ANDERSON & KARRENBERG
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101

Michael A. Jacobs, Esq.
Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

*Counsel for Novell, Inc.*

_____
Laura K. Chaves