```
                                          FILED
                                    CLERK, U.S. DISTRICT COURT

                                    2005 MAR -1  P 4: 03

                                    DISTRICT OF UTAH
                                    BY:_____
                                         DEPUTY CLERK
```

MORRISON & FOERSTER, LLP
Michael A. Jacobs (pro hac vice)
David E. Melaugh (pro hac vice)
Maame A.F. Ewusi-Mensah (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **STIPULATION FOR CONTINUANCE**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant Novell, Inc. ("Novell"), by and through its counsel, and Plaintiff The SCO Group, Inc. ("SCO"), by and through its counsel, based upon Novell's Motion for Continuance and the declarations filed in support thereof, and upon the availability of the Court, hereby stipulate to a continuance of the hearing on Novell's Motion to Dismiss Amended Complaint,

currently scheduled for March 8, 2005. Consistent with the schedules of counsel in this matter and the Court's available dates, the parties agree that the hearing may be rescheduled for May 25, 2005, at 3:00 p.m., and jointly submit the attached, proposed Order granting Novell's Motion for Continuance.

DATED:   March  1 , 2005.

        ANDERSON & KARRENBERG

        /s/ Heather M. Sneddon
        Thomas R. Karrenberg
        John P. Mullen
        Heather M. Sneddon
        **Attorneys for Defendant Novell, Inc.**

DATED:   March  1 , 2005.

        HATCH, JAMES & DODGE

        /s/ Mark F. James
        Brent O. Hatch
        Mark F. James
        Mark R. Clements
        **Attorneys for Plaintiff The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2005, I caused a true and correct copy of the foregoing **STIPULATION FOR CONTINUANCE**, to be served as indicated below:

*Via Hand-delivery, upon:*

>Brent O. Hatch
>Mark R. Clements
>HATCH JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

*Via Facsimile and U.S. Mail, postage prepaid, upon:*

>Kevin P. McBride
>1299 Ocean Avenue, Suite 900
>Santa Monica, California 90401

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

>Robert Silver
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

_/s/ Michelle Rezujta_