FILED
CLERK, U S DISTRICT COURT

2005 MAR -3 A II: 26

DISTRICT OF UTAH

BY:
DEPUTY CLERK

MORRISON & FOERSTER, LLP
Michael A. Jacobs (pro hac vice)
David E. Melaugh (pro hac vice)
Maame A.F. Ewusi-Mensah (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>        Defendant. | **ORDER GRANTING NOVELL, INC.'S MOTION FOR CONTINUANCE**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based upon Novell, Inc.'s Motion for Continuance, the Declaration of Michael A. Jacobs, the Declaration of Heather M. Sneddon, and the Stipulation for Continuance submitted by the parties, and good cause appearing, it is hereby ORDERED as follows:

67

1.      Novell, Inc.'s Motion for Continuance is granted; and

2.      The hearing on Novell, Inc.'s Motion to Dismiss Amended Complaint, currently

scheduled for March 8, 2005, is continued until 3:00 p.m. on May 25, 2005.

DATED:      March 2d, 2005.

BY THE COURT:

Honorable Dale A. Kimball
United States District Court Judge

Approved as to form:

HATCH, JAMES & DODGE
Brent O. Hatch
Mark F. Clements
Mark R. Clements
**Attorneys for Plaintiff The SCO Group, Inc.**

ANDERSON & KARRENBERG
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Defendant Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2005, I caused a true and correct copy of the foregoing **STIPULATION FOR CONTINUANCE,** to be served as indicated below:

***Via Hand-delivery, upon:***

Brent O. Hatch
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

***Via Facsimile and U.S. Mail, postage prepaid, upon:***

Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401


Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131


Robert Silver
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

blk

## United States District Court
### for the
### District of Utah
### March 4, 2005

## * * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:04-cv-00139

True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:

        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Mr. Kevin P McBride, Esq.
        1299 OCEAN AVE STE 900
        SANTA MONICA, CA  90401
        EMAIL

        Stephen Neal Zack, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        Robert Silver, Esq.
        BOIES SCHILLER & FLEXNER
        333 MAIN ST
        ARMONK, NY  10504

        Mr. Thomas R Karrenberg, Esq.
        ANDERSON & KARRENBERG
        50 W BROADWAY STE 700
        SALT LAKE CITY, UT  84101
        EMAIL

        Mr. John P. Mullen, Esq.
        ANDERSON & KARRENBERG
        50 W BROADWAY STE 700
        SALT LAKE CITY, UT  84101
        EMAIL

        Heather M. Sneddon, Esq.
        ANDERSON & KARRENBERG
        50 W BROADWAY STE 700
        SALT LAKE CITY, UT  84101
        EMAIL

Paul Goldstein, Esq.
559 NATHAN ABBOTT WY
STANFORD, CA  94305
EMAIL

Michael A. Jacobs, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482
EMAIL

Matthew I. Kreeger, Esq.
MORRISON & FOERSTER LLP
425 MARKET ST
SAN FRANCISCO, CA  94105-2482

Jim F Lundberg, Esq.
NOVELL INC
LEGAL DEPARTMENT
1800 S NOVELL PLACE
PROVO, UT  84606
EMAIL