RECEIVED CLERK

JUN - 7 2005

FILED
U.S. DISTRICT COURT
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| The SCO Group, Inc., a Delaware Corporation | * | CASE NO. 2:04 CV 00139 DAK |
| Plaintiff | * | BY: _____ DEPUTY CLERK |
| | * | Appearing on behalf of: |
| v. | * | Defendant |
| | * | |
| Novell, Inc., a Delaware Corporation | * | (Plaintiff/Defendant) |
| Defendant. | * | |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, John P. Mullen, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: June 7, 2005          _[signature]_          4097
                     (Signature of Local Counsel)     (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Kenneth W. Brakebill, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _x_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates John P. Mullen as associate local counsel.

Date: June 6, 2005.          Check here _____ if petitioner is lead counsel.

_[signature]_
(Signature of Petitioner)

**Name of Petitioner:** Kenneth W. Brakebill          **Office Telephone:** (415) 268-7000
                                                                            (Area Code and Main Office Number)

**Business Address:** Morrison & Foerster LLP
                                    (Firm/Business Name)
                     425 Market Street, San Francisco, CA 94105
                     Street                    City              State        Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| United States Court of Appeal for the Ninth Circuit | San Francisco, CA | July 25, 2002 |
| United States District Court for the Eastern District of California | Sacramento, CA | April 8, 2002 |
| United States District Court for the Northern District of California | San Francisco, CA | November 20, 1998 |
| Supreme Court of the State of California | California | October 20, 1998 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

FEE PAID

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 7th day of June, 2005.

Dale A. Kimball
U.S. District Judge