FILED
U.S. DISTRICT COURT

2005 JUL 12  P 1: 16

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
David E. Melaugh (pro hac vice)
Maame A. F. Ewusi-Mensah (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **STIPULATION**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant Novell, Inc. ("Novell"), by and through its counsel, and Plaintiff The SCO

Group, Inc. ("SCO"), by and through its counsel, hereby stipulate that Novell may have up to

and including July 29, 2005, to file its Answer and Counterclaims in response to SCO's

Amended Complaint.

DATED:      July __12__, 2005.

                                    ANDERSON & KARRENBERG


                                    _Thomas R. Karrenberg_
                                    Thomas R. Karrenberg
                                    John P. Mullen
                                    Heather M. Sneddon
                                    **Attorneys for Defendant Novell, Inc.**


DATED:      July __11__, 2005.


                                    HATCH, JAMES & DODGE


                                    _Mark F. James_
                                    Brent O. Hatch
                                    Mark F. James
                                    Mark R. Clements
                                    **Attorneys for Plaintiff The SCO Group, Inc.**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of July, 2005, I caused a true and correct

copy of the foregoing **STIPULATION** to be served via first class mail, postage prepaid, to the

following:

Brent O. Hatch
Mark F. James
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101


Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131


Robert Silver
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

3