FILED
U.S. DISTRICT COURT

2005 JUL 13 P 4: 02

DISTRICT OF UTAH

BY: ______________
DEPUTY CLERK

MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
David E. Melaugh (pro hac vice)
Maame A. F. Ewusi-Mensah (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant Novell, Inc.**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **ORDER**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Novell, Inc. may have up to and including July 29, 2005, to file its Answer and Counterclaims in response to Plaintiff The SCO Group's Amended Complaint.

DATED: July 12, 2005.

BY THE COURT:

Honorable Dale A. Kimball
United States District Court Judge

Approved as to form:

HATCH, JAMES & DODGE
Brent O. Hatch
Mark F. Clements
Mark R. Clements
**Attorneys for Plaintiff The SCO Group, Inc.**