

FILED

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant. | **STIPULATION** <br><br> Case No. 2:04CV00139 <br> Honorable Dale A. Kimball |

Plaintiff The SCO Group, Inc. ("SCO"), by and through its counsel, and Defendant Novell, Inc. ("Novell"), by and through its counsel, hereby stipulate that SCO may have up to and including September 12, 2005, to file its response to Novell's Answer and Counterclaims.

DATED:   August 17, 2005

                    HATCH, JAMES & DODGE

                    /s/ Brent O. Hatch

                    Brent O. Hatch
                    Mark F. James
                    *Attorneys for Plaintiff The SCO Group, Inc.*


DATED:   August 17, 2005

                    ANDERSON & KARRENBERG

                    /s/ Heather M. Sneddon

                    Thomas R. Karrenberg
                    John P. Mullen
                    Heather M. Sneddon
                    *Attorneys for Defendant Novell, Inc.*

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that on the 17th day of August, 2005, a true and correct copy of the foregoing Stipulation was served on Defendant Novell, Inc., by U.S. Mail to:

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
ANDERSON & KARRENBERG
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101


Michael A. Jacobs
Matthew I. Kreeger
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482

*Kelli Mehalic*