FILED
U.S. DISTRICT COURT

2005 AUG 18  P 12: 37

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant. | **ORDER** <br><br> Case No. 2:04CV00139 <br> Honorable Dale A. Kimball |

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff The SCO Group, Inc. may have up to and including September 12, 2005, to file its response to Defendant Novell, Inc.'s Answer and Counterclaims.

DATED: *August 18th*, 2005.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Court Judge


Approved as to form:


_____
ANDERSON & KARRENBERG
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
*Attorneys for Defendant Novell, Inc.*