MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

FILED
2005 DEC 30 A II: 48
U.S. DISTRICT COURT
DISTRICT OF UTAH

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>     Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>     Defendant & Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br>Novell, Inc.'s First Set of Interrogatories to The SCO Group, Inc.<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

I HEREBY CERTIFY that on December 30, 2005, I caused a true and correct copy of **NOVELL, INC.'S FIRST SET OF INTERROGATORIES TO THE SCO GROUP, INC.** to be served to the following:

**VIA HAND DELIVERY:**

        Brent O. Hatch
        Mark R. Clements
        HATCH JAMES & DODGE, P.C.
        10 West Broadway, Suite 400
        Salt Lake City, Utah 84101

**VIA FIRST CLASS MAIL POSTAGE PREPAID:**

        Kevin P. McBride
        1299 Ocean Avenue, Suite 900
        Santa Monica, California 90401

        Stephen N. Zack
        Mark J. Heise
        BOIES, SCHILLER & FLEXNER LLP
        100 Southeast Second Street, Suite 2800
        Miami, Florida 33131

        Robert Silver
        Edward J. Normand
        BOIES, SCHILLER & FLEXNER LLP
        333 Main Street
        Armonk, New York 10504

DATED:   December 30, 2005.

        ANDERSON & KARRENBERG

        */s/ Heather M. Sneddon*
        Thomas R. Karrenberg
        John P. Mullen
        Heather M. Sneddon
        **Attorneys for Novell, Inc.**