FILED
U.S DISTRICT COURT

2006 JAN 26  P 2: 48

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant & Counterclaim-Plaintiff. | **STIPULATION**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), by and through its counsel, and Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), by and through its counsel, hereby stipulate to the following:

1. SCO may file the Second Amended Complaint attached as Exhibit A to its Motion for Leave to File Second Amended Complaint.

2. Novell has fifty-five (55) days following the Court's entry of an Order granting SCO leave to file the Second Amended Complaint, to file a responsive pleading to SCO's Second Amended Complaint.

DATED: January 25, 2006.

ANDERSON & KARRENBERG

_____
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

DATED: January 26th, 2006.

HATCH, JAMES & DODGE

_____
Brent O. Hatch
Mark F. James
Mark R. Clements
**Attorneys for Plaintiff & Counterclaim-Defendant The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2006, I caused a true and correct copy of the foregoing **STIPULATION** to be served via first class mail, postage prepaid, to the following:

Brent O. Hatch
Mark F. James
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101


Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401


Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131


Robert Silver
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504