MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

FILED
U.S. DISTRICT COURT

2006 JAN 31 A 9:59

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>        Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>        Defendant & Counterclaim-Plaintiff. | **ORDER**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based on the Stipulation Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell") and Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), F.R.C.P. Rule 15, and for good cause showing, the Court hereby orders the following:

1. SCO's Motion to File the Second Amended Complaint attached as Exhibit A to its Motion for Leave to File Second Amended Complaint is GRANTED.

2. Novell shall have fifty-five (55) days following the Court's entry of this Order to file a responsive pleading to SCO's Second Amended Complaint.

DATED:    January 26th, 2006.

BY THE COURT

Honorable Dale A. Kimball
U.S. District Court Judge

Approved as to Form

HATCH, JAMES & DODGE
Brent O. Hatch
Mark F. James
**Attorneys for Plaintiff & Counterclaim-Defendant The SCO Group, Inc.**