MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant & Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br>Subpoena in a Civil Case (DataSafe, Inc.)<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

I HEREBY CERTIFY that on February 2, 2006, I caused a true and correct copy of the **SUBPOENA IN A CIVIL CASE (DATASAFE, INC.)** to be served to the following:

**VIA HAND DELIVERY:**

Brent O. Hatch
Mark R. Clements
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

**VIA FIRST CLASS MAIL**
**POSTAGE PREPAID:**

Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Robert Silver
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

DATED:   February 2, 2006.

ANDERSON & KARRENBERG

_/s/ Heather M. Sneddon_
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**