MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

FILED
U.S DISTRICT COURT
2006 FEB 10 P 4: 12
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>　　Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>　　Defendant & Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br>**Novell, Inc.'s Response to SCO Group, Inc.'s First Set of Requests for Production**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

I HEREBY CERTIFY that on February 10, 2006, I caused a true and correct copy of **NOVELL, INC.'S RESPONSE TO SCO GROUP, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION** and this **CERTIFICATE OF SERVICE** to be served to the following:

**VIA HAND DELIVERY:**

> Brent O. Hatch
> Mark R. Clements
> HATCH JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

**VIA FIRST CLASS MAIL POSTAGE PREPAID:**

> Kevin P. McBride
> 1299 Ocean Avenue, Suite 900
> Santa Monica, California 90401

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

> Robert Silver
> Edward J. Normand
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, New York 10504

DATED:   February 10, 2006.

ANDERSON & KARRENBERG

_____
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**