FILED
U.S. DISTRICT COURT

2006 APR 10 P 4: 43

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
David E. Melaugh (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, | |
| Plaintiff and Counterdefendant, | **ORDER** |
| vs. | |
| NOVELL, INC., a Delaware corporation, | Case No. 2:04CV00139 |
| Defendant and Counterclaimant. | Judge Dale A. Kimball |

Pursuant to the Stipulation between Defendant and Counterclaimant Novell, Inc. ("Novell") and Plaintiff and Counterdefendant The SCO Group, Inc. ("SCO"), and good cause appearing therefor, it is hereby

**ORDERED** that Novell may file the following confidential exhibits to its Motion to Stay under seal: (a) the Master Transaction Agreement, dated May 29, 2002, and (b) the UnitedLinux

Joint Development Contract, dated May 29, 2002.  The parties shall be permitted to file all documents that quote from said exhibits under seal, and to file redacted versions of any such documents as public records.

DATED:    April _10_, 2006

BY THE COURT:

Dale A. Kimball
U.S. District Court Judge

Approved as to form:

Brent O. Hatch
Mark F. James
**Attorneys for The SCO Group, Inc.**