SCO Grp v. Novell Inc                                                                                         Doc. 103

Case 2:04-cv-00139-DAK-BCW   Document 103   Filed 04/10/2006   Page 1 of 2



MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
David E. Melaugh (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaimdefendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | **STIPULATION**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell") and Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), hereby stipulate that this Court may enter an order permitting Novell to file the following confidential exhibits to Novell's Motion to Stay under seal: (a) the Master Transaction Agreement, dated May 29, 2002, and (b) the UnitedLinux Joint Development Contract, dated May 29, 2002. The parties further stipulate that

they may file documents quoting from these exhibits under seal, along with redacted versions of those documents as public records. The basis for this Stipulation is that no protective order has yet been entered in this matter, and the exhibits contain confidential commercial information subject to a confidentiality agreement.

DATED:     April 10, 2006

                                       ANDERSON & KARRENBERG

                                       Thomas R. Karrenberg
                                       John P. Mullen
                                       Heather M. Sneddon
                                       **Attorneys for Novell, Inc.**

DATED:     April 10, 2006

                                       HATCH, JAMES & DODGE

                                       Brent O. Hatch
                                       Mark F. James
                                       **Attorneys for The SCO Group, Inc.**