

**MORRISON & FOERSTER LLP**
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
David E. Melaugh (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>　　Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>　　Defendant and Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br>**Memorandum in Support of Novell, Inc.'s Motion to Stay Claims Raising Issues Subject to Arbitration [*FILED UNDER SEAL pursuant to this Court's April 10, 2006 Order*]**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

I HEREBY CERTIFY that on this __10th__ day of April, 2006, I caused a true and correct copy of the **MEMORANDUM IN SUPPORT OF NOVELL, INC.'S MOTION TO STAY CLAIMS RAISING ISSUES SUBJECT TO ARBITRATION [*FILED UNDER SEAL pursuant to this Court's April 10, 2006 Order*]** to be served via first class mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>Mark R. Clements
>HATCH JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Kevin P. McBride
>1299 Ocean Avenue, Suite 900
>Santa Monica, California 90401
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward J. Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

DATED:    April 10, 2006

>ANDERSON & KARRENBERG
>
>__/s/ Thomas R. Karrenberg__
>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>**Attorneys for Novell, Inc.**