FILED
U.S. DISTRICT COURT
2006 APR 28 P 3 04
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaimdefendant,<br><br>v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | **STIPULATION**<br><br>Case No. 2:04CV00139<br>Honorable Dale A. Kimball |

Plaintiff and Counterclaim Defendant The SCO Group, Inc. ("SCO") and Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), hereby stipulate that this Court may enter an order permitting SCO to file a response to Novell's Motion to Stay Claims Raising Issues Subject to Arbitration and Novell's Motion for a More Definite Statement of SCO's Unfair Competition Cause of Action on or before May 19, 2006.

DATED this 28th day of April, 2006.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> BOIES, SCHILLER & FLEXNER LLP
> Robert Silver
> Stuart H. Singer
> Stephen N. Zack
> Edward Normand
>
> By _/s/ Mark F. James_
>
> *Counsel for The SCO Group, Inc.*

DATED this 28th day of April, 2006.

> Thomas R. Karrenberg
> John P. Mullen
> Heather M. Sneddon
> ANDERSON & KARRENBERG
>
> Michael A. Jacobs
> Matthew I. Kreeger
> MORRISON & FOERSTER
>
> By _/s/ Heather M. Sneddon_
>
> *Counsel for Novell, Inc.*

2

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Stipulation and Proposed Order was served on Defendant, Novell, Inc., on the 28th day of April, 2006, by hand delivery to:

> Thomas R. Karrenberg
> John P. Mullen
> Heather M. Sneddon
> ANDERSON & KARRENBERG
> 700 Bank One Tower
> 50 West Broadway
> Salt Lake City, UT 84101

And by U.S. mail to:

> Michael A. Jacobs
> Matthew I. Kreeger
> MORRISON & FOERSTER
> 425 Market Street
> San Francisco, CA 94105-2482

*[signature]*