RECEIVED CLERK

APR 28 2006

U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT

2006 MAY -2  A 10:22

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaimdefendant,<br><br>v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | **ORDER**<br><br>Case No. 2:04CV00139<br>Honorable Dale A. Kimball |

Pursuant to the Stipulation between Plaintiff and Counterclaim Defendant The SCO Group, Inc. ("SCO") and Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), and good cause appearing therefore, it is hereby

**ORDERED** that SCO may file a response to Novell's Motion to Stay Claims Raising Issues Subject to Arbitration and Novell's Motion for a More Definite Statement of SCO's Unfair Competition Cause of Action on or before May 19, 2006.

DATED: May 1, 2006.

BY THE COURT:

Dale A. Kimball
U.S. District Court Judge

Approved as to form:

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
ANDERSON & KARRENBERG