

**BOIES, SCHILLER & FLEXNER LLP**

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

January 11, 2006

<u>Via Federal Express</u>

Ken W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   SCO v. Novell

Dear Ken:

Enclosed are 80 compact disks containing production documents and the corresponding source log. These documents are in response to Novell's First Request for Production.

Sincerely,

Patrick Silveira
Paralegal

Enclosures

NEW YORK   WASHINGTON DC   FLORIDA   CALIFORNIA   NEW HAMPSHIRE   NEW JERSEY
www.bsfllp.com

**BOIES, SCHILLER & FLEXNER LLP**

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

January 12, 2006

**Via Federal Express**

Ken W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   SCO v. Novell

Dear Ken:

Enclosed are 2 compact disks containing production documents bates-stamped SCON0000001-SCON0019151 and the corresponding source log. These are responsive documents requested in Novell's First Request for Production.

Sincerely,

Katherine O'Brien
Paralegal

Enclosures

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sashi Bach, Esq.
E-mail: sbach@bsfllp.com
Direct Dial: (954) 377-4213

February 7, 2006

**Via Federal Express**

Ken W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   SCO v. Novell

Dear Ken:

Enclosed are 37 compact disks, Volumes 1-12 and Volumes 16-40, containing production documents and the corresponding source log. These documents are in response to Novell's First Request for Production.

These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

Sincerely,

*Sashi C. Bach*

Sashi C. Bach

Enclosures

**BOIES, SCHILLER & FLEXNER LLP**

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sashi Bach, Esq.
E-mail: sbach@bsfllp.com
Direct Dial: (954) 377-4213

February 8, 2006

**Via Federal Express**

Ken W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   SCO v. Novell

Dear Ken:

    Enclosed are 41 compact disks, Volumes 13-15, volumes 41-49 and Volumes 52-80, containing production documents and the corresponding source log. These documents are in response to Novell's First Request for Production.

    These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

Sincerely,

*Sashi Bach /ko*

Sashi C. Bach

Enclosures

**BOIES, SCHILLER & FLEXNER LLP**

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH 954.356.0011 • FAX 954.356.0022

Sashi Bach, Esq.
E-mail: sbach@bsfllp.com
Direct Dial: (954) 377-4213

February 15, 2006

**Via Federal Express**

Ken W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re: SCO v. Novell

Dear Ken:

Enclosed are 4 compact disks, Volumes 92-95, containing production documents and the corresponding source log. These documents are responsive to Novell's Requests for Production.

These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

Sincerely,

Sashi C. Bach /jny
Sashi C. Bach

Enclosures

NEW YORK    WASHINGTON DC    FLORIDA    CALIFORNIA    NEW HAMPSHIRE    NEW JERSEY
www.bsfllp.com

February 28, 2006

**Via Federal Express**

Ken W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   SCO v. Novell

Dear Ken:

Enclosed are 3 compact disks, Volumes 101-103, pursuant to Ted Normand's Email of February 28, 2006.

These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

Sincerely,

*Sash. C. Bach /ts*

NEW YORK          WASHINGTON DC          FLORIDA          CALIFORNIA          NEW HAMPSHIRE

Sashi Bach, Esq.
E-mail: sbach@bsfllp.com
Direct Dial: (954) 377-4213

February 28, 2006

**Via Federal Express**

Ken W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

    Re:    SCO v. Novell

Dear Ken:

    Enclosed are 6 compact disks, Volumes 104-109, containing production documents and the corresponding source log. These documents are responsive to Novell's Requests for Production.

    These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

Sincerely,

*Sashi C. Bach/gnr*

Sashi C. Bach

Enclosures

Doc.#: 15417

300 S.E. 2ND STREET • SUITE 700 • FORT LAUDERDALE, FL 33301 • PH. 954 356.0011   FAX 954 356.0022

███████████████████████████████████████

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sashi Bach, Esq.<br>
E-mail: sbach@bsfllp.com<br>
Direct Dial: (954) 377-4213

March 6, 2006

**Via Federal Express**

Ken W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

    Re:   SCO v. Novell

Dear Ken:

    Enclosed are 3 compact disks, Volumes 50, 51, and 110, containing production documents and the corresponding source log. These documents are responsive to Novell's Requests for Production.

    These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

    Sincerely,

    *Sashi C. Bach*

    Sashi C. Bach

Enclosures

**BOIES, SCHILLER & FLEXNER LLP**

NEW YORK    WASHINGTON DC    FLORIDA    CALIFORNIA    NEW HAMPSHIRE

Sashi Bach, Esq.
E-mail: sbach@bsfllp.com
Direct Dial: (954) 377-4213

March 14, 2006

**Via Federal Express**

Kenneth W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   SCO v. Novell

Dear Ken:

Enclosed is 1 compact disk, Volume 111, pursuant to Ted Normand's Email of February 28, 2006.

SCO is producing these documents pursuant to your agreement to maintain the confidentiality of documents designated confidential in the IBM Litigation, pending completion of a protective order in this case. In addition, this production includes SCO work-product documents that SCO disclosed to IBM with its agreement that the disclosure of such documents did not effect a subject-matter waiver.

Sincerely,

*Sash C. Bach /ks*

Sashi C. Bach

Enclosures

Doc.#: 15461

300 S.E. 2ND STREET • SUITE 700 • FORT LAUDERDALE, FL 33301 • PH. 954.356.0011 FAX 954.356.0022

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sashi C. Bach, Esq.
E-mail: sbach@bsfllp.com
Direct Dial: (954) 377-4213

March 15, 2006

**Via Federal Express**

Kenneth W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re: SCO v. Novell

Dear Ken:

Enclosed are 3 compact disks, Volumes 112 - 114, containing production documents and the corresponding source log. These documents are responsive to Novell's Requests for Production.

These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

Sincerely,

*Sashi C. Bach/gmb*

Sashi C. Bach

Enclosures

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sashi C. Bach, Esq.
E-mail: sbach@bsfllp.com
Direct Dial: (954) 377-4213

March 21, 2006

**Via Federal Express**

Kenneth W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re: SCO v. Novell

Dear Ken:

Enclosed is 1 compact disk, Volume 115, containing production documents and the corresponding source log. This production contains the complete transcript of the deposition of William Broderick taken on May 11, 2004, which David Melaugh indicated was previously missing certain pages.

These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

Sincerely,

*Sashi C. Bach*

Sashi C. Bach

Enclosures

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sashi C. Bach, Esq.
E-mail: sbach@bsfllp.com
Direct Dial: (954) 377-4213

March 30, 2006

**Via Federal Express**

Kenneth W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   SCO v. Novell

Dear Ken:

Enclosed are 6 compact disks, Volumes 116 - 121, containing production documents and the corresponding source log. These documents are responsive to Novell's Request for Production.

These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

Sincerely,

*Sashi C. Bach*

Sashi C. Bach

Enclosures

Doc.#: 15705

NEW YORK    WASHINGTON DC    FLORIDA    CALIFORNIA    NEW HAMPSHIRE    NEW JERSEY
www.bsfllp.com

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sashi Bach Boruchow, Esq.
E-mail: sboruchow@bsfllp.com
Direct Dial: (954) 377-4213

May 2, 2006

**Via Federal Express**

Kenneth W. Brakebill
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   SCO v. Novell

Dear Ken:

Enclosed are 4 compact disks, Volumes 122 - 125, containing production documents and the corresponding source log. These documents are responsive to Novell's Request for Production.

These documents are being produced pursuant to your agreement to keep these documents confidential pending completion of a protective order.

Sincerely,

*Sashi Bach Boruchow*
Sashi Bach Boruchow

Enclosures

Doc.#: 16016v2

NEW YORK       WASHINGTON DC       FLORIDA       CALIFORNIA       NEW HAMPSHIRE       NEW JERSEY
www.bsfllp.com