**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

May 25, 2006

Writer's Direct Contact
415/268-7159
DMelaugh@mofo.com

*By Overnight Mail*

Edward J. Normand, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Re:   *The SCO Group, Inc. v. Novell, Inc.*,
      Case No. 2:04 CV 00139 DAK

Dear Ted:

Enclosed please find production from Novell marked NOV 000000001 - 000007474, as well as a chart identifying the custodians associated with this material. I will also send a copy of this chart to you electronically.

Portions of this material are confidential and are properly identified as such pursuant to the terms of the parties' stipulated protective order.

Thank you.

Sincerely,

David E. Melaugh

*Enclosure (chart; 1 CD)*

sf-2136429

The SCO Group, Inc. v. Novell, Inc.                                    Case No. 2:04 CV 00139 DAK

| Prefix | Bates Begin | Bates End | Custodian |
|---|---|---|---|
| NOV | 0000000001 | 0000000617 | DeFazio, Michael |
| NOV | 0000000618 | 0000001495 | Business Development |
| NOV | 0000001496 | 0000002881 | Levine, Burt |
| NOV | 0000002882 | 0000003716 | Business Development |
| NOV | 0000003717 | 0000003728 | License Management Services |
| NOV | 0000003729 | 0000003808 | Corporate Administration |
| NOV | 0000003809 | 0000003816 | Adams, Stew |
| NOV | 0000003817 | 0000003900 | WP Tax |
| NOV | 0000003901 | 0000004019 | Adams, Stew |
| NOV | 0000004020 | 0000004041 | Corporate Administration |
| NOV | 0000004042 | 0000004744 | License Management Services |
| NOV | 0000004745 | 0000004762 | Pincus, Sue |
| NOV | 0000004763 | 0000004900 | Tax |
| NOV | 0000004901 | 0000004907 | License Management Services |
| NOV | 0000004908 | 0000004988 | Finance |
| NOV | 0000004989 | 0000005065 | Sales |
| NOV | 0000005066 | 0000006660 | Adams, Stew |
| NOV | 0000006661 | 0000007399 | License Management Services |
| NOV | 0000007400 | 0000007462 | Corporate Administration |
| NOV | 0000007463 | 0000007474 | Levine, Burt |