Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>NOVELL, INC.,<br><br>  Defendant. | **MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No. 2:04cv00139<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff The SCO Group, Inc. hereby requests the Court to remove Mark R. Clements of the law firm of Hatch, James & Dodge, P.C. as counsel of record in the above captioned litigation.  Because of health problems, Mr. Clements is no longer practicing law and likely will

not return to law practice in the foreseeable future. Plaintiff retains other counsel from Hatch, James & Dodge, P.C., as counsel of record in this matter.

DATED this 9th day of June, 2006.

                                       HATCH, JAMES & DODGE, P.C.
                                       Brent O. Hatch
                                       Mark F. James

                                       BOIES, SCHILLER & FLEXNER LLP
                                       Robert Silver
                                       Stuart H. Singer
                                       Stephen N. Zack
                                       Edward Normand


By:    /s/ Brent O. Hatch_____

*Counsel for The SCO Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2006, I caused to be served a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL by CM/ECF to the following:

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
ANDERSON & KARRENBERG
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101

Michael A. Jacobs
Matthew I. Kreeger
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482


   /s/ Brent O. Hatch