Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant. | [PROPOSED] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** <br><br> Case No. 2:04cv00139 <br><br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

2

Having reviewed the Motion to Withdraw as Counsel and good cause appearing therefore,

IT IS HEREBY ORDERED that Mark R. Clements of the law firm of Hatch, James & Dodge, P.C. is granted leave to withdraw as counsel of record for The SCO Group, Inc. in the above-entitled matter.

SO ORDERED this ____ day of June, 2006.

_____
HONORABLE DALE A. KIMBALL

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2006, I caused to be served a true and correct copy of the foregoing by CM/ECF to the following:

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
ANDERSON & KARRENBERG
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101

Michael A. Jacobs
Matthew I. Kreeger
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482

　　　　　　　　　　　　　　　　　　　　　　/s/ Brent O. Hatch