SCO Grp v. Novell Inc                                                                                          Doc. 12

MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant & Counterclaim-Plaintiff. | **STIPULATION**<br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), by and through its counsel, and Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), by and through its counsel, hereby stipulate that Novell may have up to and including June 19, 2006, to file reply

Dockets.Justia.com

memoranda in support of its Motion for a More Definite Statement of SCO's Unfair Competition Cause of Action and Motion to Stay Claims Raising Issues Subject to Arbitration.

DATED: June 12, 2006.

ANDERSON & KARRENBERG

*/s/ Heather M. Sneddon*
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**

DATED: June 10, 2006.

HATCH, JAMES & DODGE

*/s/ Brent O. Hatch*
(*Signed by filing attorney with permission of Brent Hatch -- /s/ Heather M. Sneddon*)
Brent O. Hatch
Mark F. James
**Attorneys for The SCO Group, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2006, I caused a true and correct copy of the foregoing **STIPULATION** to be served via CM/ECF to the following:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

/s/  Heather M. Sneddon