SCO Grp v. Novell Inc                                                                                                     Doc. 127 Att.

MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant & Counterclaim-Plaintiff. | **ORDER**<br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |
|---|---|

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Defendant and Counterclaim-Plaintiff Novell, Inc., may have up to and including June 19, 2006, in which to file reply memoranda in support of its

Motion for a More Definite Statement of SCO's Unfair Competition Cause of Action and Motion to Stay Claims Raising Issues Subject to Arbitration.

DATED this _____ day of June, 2006.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Court Judge

Approved as to form:

_____/s/ Brent O. Hatch_____
(*Signed by filing attorney with permission of Brent Hatch  --  /s/  Heather M. Sneddon*)
HATCH, JAMES & DODGE
Brent O. Hatch
Mark F. James
**Attorneys for The SCO Group, Inc.**