SCO Grp v. Novell Inc                                                                                          Doc. 130 Att.

MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
Maame A.F. Ewusi-Mensah (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiff. | **ORDER GRANTING NOVELL INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

This matter comes before the Court on Novell, Inc.'s *Ex Parte* Motion for Leave to File an Overlength Reply Memorandum.  The Court, having considered the matter, and good cause and exceptional circumstances appearing, hereby ORDERS that Novell, Inc. be granted leave to

file an overlength Reply in Support of Novell, Inc.'s Motion to Stay Claims Raising Issues Subject to Arbitration.

DATED this _____ day of June, 2006.

                BY THE COURT:

                _____
                Judge Dale A. Kimball
                United States District Court Judge