Brent O. Hatch (5715)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower, Ste. 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff*

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**FEB - 4 2004**

MARKUS B. ZIMMER, CLERK
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff,<br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | **NOTICE OF FILING PLAINTIFF'S EXHIBITS FOR USE AT HEARING ON FEBRUARY 6, 2004**<br><br>Case No. 03-CV-0294<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke Wells |

Plaintiff/Counterclaim Defendant, The SCO Group ("SCO"), hereby files the following exhibits for the court's use and consideration at the hearing on the matters set for hearing on February 6th, 2004:

1. SCO's Source Log of documents that have been produced.

2. IBM's Response to SCO's Request for Admissions.

3. Spreadsheet listing documents sought in SCO's First Request for Production to IBM.

4. SCO's Notice of Compliance and attached Declaration dated January 12, 2004

DATED THIS 4th day of February, 2004

          Respectfully submitted,

          HATCH, JAMES & DODGE, P.C.
          Brent O. Hatch
          Mark F. James

          BOIES, SCHILLER & FLEXNER, L.L.P.
          Stephen N. Zack
          Mark J. Heise
          David K. Markarian

          By _____
          *Counsel for Plaintiff/Counterclaim defendant*

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, hereby certifies that a true and correct copy of the foregoing was served on Defendant International Business Machines Corporation on the 4th day of February 2004, by U.S. Mail to:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

and HAND-DELIVERED to:

Todd Shaughnessy, Esq.
Snell & Wilmer L.L.P.
15 West South Temple, Ste. 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004

SCON0002512

1

SCON0002513

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| CD1 | release: SystemV_3.0, SystemV_3.1 & SystemV_3.2 | Murray Hill | Image System | | 09/26/03 |
| CD2 | release: SystemV_3.2 & System_4.0_l | Murray Hill | Image System | | 09/26/03 |
| CD3 | release: SystemV_4.0_l & SystemV_4.0V2 | Murray Hill | Image System | | 09/26/03 |
| CD4 | release: SystemV_4.0V2 & SystemV_4.0V3 | Murray Hill | Image System | | 09/26/03 |
| CD5 | release: SystemV_4.0V3 & SystemV_R4.1ES3B2 | Murray Hill | Image System | | 09/26/03 |
| CD6 | release: SystemV_R4.1ES3B2 & SystemV_R4.1ES | Murray Hill | Image System | | 09/26/03 |
| CD7 | release: SystemV_R4.1ES | Murray Hill | Image System | | 09/26/03 |
| CD8 | release: SystemV_R4.1ES | Murray Hill | Image System | | 09/26/03 |
| CD9 | release: SystemV_R4.1ES & UnixWare_R1.1 | Murray Hill | Image System | | 09/26/03 |
| CD10 | release: UnixWare_R1.1 | Murray Hill | Image System | | 09/26/03 |
| CD11 | release: UnixWare_R1.1 | Murray Hill | Image System | | 09/26/03 |
| CD12 | release: UnixWare_R1.1 & UnixWare_R7.0.1 | Murray Hill | Image System | | 09/26/03 |
| CD13 | release: UnixWare_R7.0.1 | Murray Hill | Image System | | 09/26/03 |
| CD14 | release: UnixWare_R7.0.1 | Murray Hill | Image System | | 09/26/03 |
| CD15 | release: UnixWare_R7.0.1 | Murray Hill | Image System | | 09/26/03 |
| CD16 | release: UnixWare_R7.0.1 | Murray Hill | Image System | | 09/26/03 |
| CD17 | release: UnixWare_R7.0.1 & UnixWare_R7.0.3 | Murray Hill | Image System | | 09/26/03 |
| CD18 | release: UnixWare_R7.0.3 & UnixWare_R7.0 | Murray Hill | Image System | | 09/26/03 |
| CD19 | release: UnixWare_R7.0 | Murray Hill | Image System | | 09/26/03 |
| CD20 | release: UnixWare_R7.0 | Murray Hill | Image System | | 09/26/03 |
| CD21 | release: UnixWare_R7.0 | Murray Hill | Image System | | 09/26/03 |
| CD22 | release: UnixWare_R7.0 & UnixWare_R7.1.0 | Murray Hill | Image System | | 09/26/03 |

1

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| CD23 | release: UnixWare_R7.1.0 | Murray Hill | Image System | | 09/26/03 |
| CD24 | release: UnixWare_R7.1.0 | Murray Hill | Image System | | 09/26/03 |
| CD25 | release: UnixWare_R7.1.0 | Murray Hill | Image System | | 09/26/03 |
| CD26 | release: UnixWare_R7.1.0 | Murray Hill | Image System | | 09/26/03 |
| CD27 | release: UnixWare_R7.1.0 | Murray Hill | Image System | | 09/26/03 |
| CD28 | release: UnixWare_R7.1.0 & UnixWare_R7.1.1 | Murray Hill | Image System | | 09/26/03 |
| CD29 | release: UnixWare_R7.1.1 | Murray Hill | Image System | | 09/26/03 |
| CD30 | release: UnixWare_R7.1.1 | Murray Hill | Image System | | 09/26/03 |
| CD31 | release: UnixWare_R7.1.1 | Murray Hill | Image System | | 09/26/03 |
| CD32 | release: UnixWare_R7.1.1 | Murray Hill | Image System | | 09/26/03 |
| CD33 | release: UnixWare_R7.1.1 | Murray Hill | Image System | | 09/26/03 |
| CD34 | release: UnixWare_R7.1.1 & UnixWare_R7.1.2 | Murray Hill | Image System | | 09/26/03 |
| CD35 | release: UnixWare_R7.1.2 | Murray Hill | Image System | | 09/26/03 |
| CD36 | release: UnixWare_R7.1.2 | Murray Hill | Image System | | 09/26/03 |
| CD37 | release: UnixWare_R7.1.2 | Murray Hill | Image System | | 09/26/03 |
| CD38 | release: UnixWare_R7.1.2 | Murray Hill | Image System | | 09/26/03 |
| CD39 | release: UnixWare_R7.1.2 | Murray Hill | Image System | | 09/26/03 |
| CD40 | release: UnixWare_R7.1.2 & UnixWare_R7.1.3 | Murray Hill | Image System | | 09/26/03 |
| CD41 | release: UnixWare_R7.1.3 | Murray Hill | Image System | | 09/26/03 |
| CD42 | release: UnixWare_R7.1.3 | Murray Hill | Image System | | 09/26/03 |
| CD43 | release: UnixWare_R7.1.3 | Murray Hill | Image System | | 09/26/03 |
| CD44 | release: UnixWare_R7.1.3 | Murray Hill | Image System | | 09/26/03 |
| CD45 | release: UnixWare_R7.1.3 | Murray Hill | Image System | | 09/26/03 |

2

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| CD46 | release: UnixWare R7.1.3 | Murray Hill | Image System | | 09/26/03 |
| 1 of 3 | General Files | Murray Hill | Image System | | 10/01/03 |
| 2 of 3 | General Files | Murray Hill | Image System | | 10/01/03 |
| 3 of 3 | General Files | Murray Hill | Image System | | 10/01/03 |
| 50 of 53 | General Files | Murray Hill | Image System | | 10/03/03 |
| 51 of 53 | General Files | Murray Hill | Image System | | 10/03/03 |
| 52 of 53 | General Files | Murray Hill | Image System | | 10/03/03 |
| 53 of 53 | General Files | Murray Hill | Image System | | 10/03/03 |
| 54 of 59 | Open Desktop 3.0 source | Murray Hill | Colossus | | 10/17/03 |
| 55 of 59 | Xenix 2.3.4. Source | Murray Hill | Colossus | | 10/17/03 |
| 56 of 59 | OSR 5.0.6 Source Code - Operating | Murray Hill | Colossus | | 10/17/03 |
| 57 of 59 | OSR 5.0.6 Source Code | Murray Hill | Colossus | 1111432 | 01/12/04 |
| 58 of 59 | OSR 5.0.7 Source Code | Murray Hill | Colossus | | 10/17/03 |
| 59 of 59 | OSR 5.0.7 Restricted Scpt | Murray Hill | Colossus | 1111434 | 01/12/04 |
| 60 of 61 | General Files | Murray Hill | Image System | | 10/17/03 |
| 61 of 61 | General Files | Murray Hill | Image System | | 10/17/03 |
| 62 of 62 | General Files | Murray Hill | Image System | | 10/31/03 |
| 63 of 64 | General Files | Murray Hill & Lindon | Image System & File Room | 1166828-1181698 | 11/07/03 |
| 64 of 64 | General Files | Murray Hill & Lindon | Image System & File Room | 1181700-1186793 | 11/07/03 |
| 65 | Caldera Network Desktop 1.0 | Lindon | Raidzone | 1186794 | 11/14/03 |
| 66 | Caldera eServer 2.3.1 | Lindon | Raidzone | 1186795 | 11/14/03 |

3

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 67 | Caldera eServer 2.3.1 | Lindon | Raidzone | 1185796 | 11/14/03 |
| 68 | Open Linux 3.1 (64)bit Source | Lindon | Raidzone | 1186797 | 11/14/03 |
| 69 | Open Linux 3.1 (64)bit Source | Lindon | Raidzone | 1186798 | 11/14/03 |
| 70 | Open Linux 3.1 (64)bit Binary | Lindon | Raidzone | 1186799 | 11/14/03 |
| 71 | Open Linux 3.1 (64) bit Binary | Lindon | Raidzone | 1186800 | 11/14/03 |
| 72 | Open Linux 3.1 (64) bit Binary | Lindon | Raidzone | 1186801 | 11/14/03 |
| 73 | Open Linux 1.3 Source | Lindon | Raidzone | 1186802 | 11/14/03 |
| 74 | Open Linux 1.3 Installation | Lindon | Raidzone | 1186803 | 11/14/03 |
| 75 | Open Linux 1.1 | Lindon | Raidzone | 1186804 | 11/14/03 |
| 76 | Open Linux 1.1 | Lindon | Raidzone | 1186805 | 11/14/03 |
| 77 | Open Linux 1.2 | Lindon | Raidzone | 1186806 | 11/14/03 |
| 78 | Open Linux eServer 2.3 | Lindon | Raidzone | 1186807 | 11/14/03 |
| 79 | Open Linux eServer 2.3 Install/Binary | Lindon | Raidzone | 1186808 | 11/14/03 |
| 80 | Linux Technology Preview | Lindon | Raidzone | 1186809 | 11/14/03 |
| 81 | OpenLinux eDesktop 2.4 Source | Lindon | Raidzone | 1186810 | 11/14/03 |
| 82 | OpenLinux eDesktop 2.4 Binaries | Lindon | Raidzone | 1186811 | 11/14/03 |
| 83 | OpenLinux 2.3 Source | Lindon | Raidzone | 1186812 | 11/14/03 |
| 84 | OpenLinux 2.3 Linux Kernel | Lindon | Raidzone | 1186813 | 11/14/03 |
| 85 | UnixWare Release 7.1.3 VxFS & VxVM SCP | Murray Hill | Blizzard | 1186814 | 11/20/03 |
| 86 | SCO Linux Server Release 4.0 Powered by United Linux | Lindon | Raidzone | 1186815 | 11/20/03 |
| 87 | SCO Linux Server Release 4.0 Powered by United Linux Version 1.0, CD 1 | Lindon | Raidzone | 1186816 | 11/20/03 |

4

SCON0002517

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 88 | SCO Linux Server Release 4.0 Powered by United Linux Version 1.0, CD 2 | Lindon | Raidzone | 1186817 | 11/20/03 |
| 89 | Open Linux 2.2 Installation CD 1 | Lindon | Raidzone | 1186818 | 11/20/03 |
| 90 | Open Linux 2.2 Installation CD 2 | Lindon | Raidzone | 1186819 | 11/20/03 |
| 91 | SCO Skunkware Open Server 5.0.6 | Santa Cruz | Phoenix | 1186820 | 11/20/03 |
| 92 | OpenLinux 3.1 Server Installation & Binaries | Lindon | Raidzone | 1186821 | 11/20/03 |
| 93 | Open Linux 3.1 Server Installation & Binaries | Lindon | Raidzone | 1186822 | 11/20/03 |
| 94 | OpenLinux Server Supplemental Binary & Source Code | Lindon | Raidzone | 1186823 | 11/20/03 |
| 95 | System V Source Release 1.0, 1.1, 2.0 and 2.1 | Murray | Star | 1186824 | 11/20/03 |
| 96 | System V Release 3 & 4 | Murray | Star | 1186825 | 11/20/03 |
| 97 | SCO UnixWare 7.1.1 Source Code | Murray | Blizzard | 1186826 | 11/20/03 |
| 98 | SCO UnixWare 2.0.3 Source Code | Murray | Star | 1186827 | 11/20/03 |
| 99 | SCO UnixSystem Release 4.1 ES/3B2 | Murray | Star | 1186828 | 11/20/03 |
| 100 | SCO UnixSystem Release 4.1 ES | Murray | Star | 1186829 | 11/20/03 |
| 101 | OpenLinux Server 3.1.1 Installation & Binaries | Lindon | Raidzone | 1186830 | 11/20/03 |
| 102 | OpenLinux Server 3.1.1 Source Code | Lindon | Raidzone | 1186831 | 11/20/03 |
| 103 | OpenLinux Workstation 3.1.1 Installation & Binaries | Lindon | Raidzone | 1186832 | 11/20/03 |
| 104 | OpenLinux Workstation 3.1.1 Installation & Binaries | Lindon | Raidzone | 1186833 | 11/20/03 |
| 105 | OpenLinux Workstation 3.1.1 Source Code | Lindon | Raidzone | 1186834 | 11/20/03 |
| 106 | UnixWare 7.1.2 a/k/a OpenUnix 8 | Murray | Blizzard | 1186835 | 11/20/03 |
| 107 | Linux Technology Preview Source Code | Lindon | Raidzone | 1186836 | 11/20/03 |
| 108 | OpenLinux Workstation Installation Binary | Lindon | Raidzone | 1186837 | 11/20/03 |

5

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 109 | OpenLinux Workstation Source Code CD 2 | Lindon | Raidzone | 1186838 | 11/20/03 |
| 110 | SCO UnixWare 7.0.1 Source Code | Murray Hill | Blizzard | 1186839 | 11/20/03 |
| 111 | SCO UnixWare 1.1 Source Code | Murray Hill | Star | 1186840 | 11/20/03 |
| 112 | OpenLinux 3.1.1 Asia 118N CD & Localized | Lindon | Raidzone | 1186841 | 11/20/03 |
| 113 | Supplemental Open Source Software 3.1.1 Binaries and Source Code | Lindon | Raidzone | 1186842 | 11/20/03 |
| 114 | Skunkware for OpenUnix 8.00 Source Archives | Santa Cruz | Phoenix | 1186843 | 11/20/03 |
| 115 | Linux 4.0 Server Source | Lindon | Raidzone | 1186844 | 11/20/03 |
| 116 | UnixWare 7 | Murray Hill | Star/Blizzard | 1186845 | 11/20/03 |
| 117 | UnixWare 7.1.0 Source | Murray Hill | Star/Blizzard | 1186846 | 11/20/03 |
| 118 | Reliant HA Release 1.1.3 Source Code Product | Santa Cruz | Star/Blizzard | 1186847 | 01/12/04 |
| 119 | OpenServer UnixWare Merger 5.3.23a Source and Binary Distribution | Santa Cruz | Carbon | 1186848 | 01/12/04 |
| 120 | UnixWare Release 7.1.3 Platform | Murray Hill | Blizzard | 1186849 | 11/20/03 |
| 121 | AFPS 4.0.2 Source code | | | 1186850 | 01/12/04 |
| 122 | Open Unix 8 | Santa Cruz | Phoenix | 1186851 | 11/20/03 |
| 123 | Linux 4.0 Server Source | Lindon | Raidzone | 1186852 | 11/20/03 |
| 124 | Product Invoices | Lindon | Accounting | 1186853-12277921 | 12/03/03 |
| 124 | General Files | Santa Cruz | File Room | 1227922-1232975 | 12/03/03 |
| 124/125 | General Files | Murray Hill | File Room | 1232976-1245045 | 12/03/03 |
| 125/126 | General Files | Murray Hill | Image System | 1245047-1257107 | 12/03/03 |
| 126 | General Files | Murray Hill | Image System | 1257108-1260839 | 12/03/03 |
| 127 | Blake Stowell | Lindon | Stowell | 1260840-1268406 | 01/12/04 |

6

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 127 | Chris Sontag | Lindon | Sontag | 1268407-1269018 | 01/12/04 |
| 127 | Darl McBride | Lindon | McBride | 1269019-1276742 | 01/12/04 |
| 128 | Jeff Hunsaker | Lindon | Hunsaker | 1276743-1276974 | 01/12/04 |
| 129 | Reg Broughton | Lindon | Broughton | 1276975-1277072 | 01/12/04 |
| 129 | Sean Wilson | Lindon | Wilson | 1277073-1277208 | 01/12/04 |
| 130 | B. Bench | Lindon | Bench | 1277209-1279364 | 01/12/04 |
| 130 | Blake Stowell | Lindon | Stowell | 1279365-1284925 | 01/12/04 |
| 131 | Blake Stowell | Lindon | Stowell | 1284926-1286931 | 01/12/04 |
| 131 | Chris Sontag | Lindon | Sontag | 1286932-1287221 | 01/12/04 |
| 131 | Darl McBride | Lindon | McBride | 1287222-1287774 | 01/12/04 |
| 131 | Jeff Hunsaker | Lindon | Hunsaker | 1287775-1288068 | 01/12/04 |
| 131 | Reg Broughton | Lindon | Broughton | 1288059-1288156 | 01/12/04 |
| 131 | Sean Willson | Lindon | Wilson | 1288157-1288292 | 01/12/04 |
| 131 | General Files | Lindon | File Room | 1288293-1288614 | 01/12/04 |
| 132 | SCO Open Server Release 5.0.5 (EFG) | Murray Hill | Nimbus | 1288615 | 01/12/04 |
| 133 | SCO UnixWare Release 7.0.0 Beta Source | Murray Hill | Nimbus | 1288616 | 01/12/04 |
| 134 | UnixWare 7.1.1 NonStop Clusters - Binary Product | Murray Hill | Nimbus | 1288617 | 01/12/04 |
| 135 | SCO C++ Standard Components 3.0 Source Code, Reseller Version | Murray Hill | Nimbus | 1288618 | 01/12/04 |
| 136 | SCO UnixWare Release 7.1.3 Final Source Tree | Murray Hill | Nimbus | 1288619 | 01/12/04 |
| 137 | UnixWare 2.0.1 Full Source Tree | Murray Hill | Nimbus | 1288620 | 01/12/04 |
| 138 | SCO Webface Source and Binary | Lindon | Nimbus | 1288621 | 01/12/04 |
| 139 | UnixWare 2.0.3 Full Source Tree | Murray Hill | Nimbus | 1288622 | 01/12/04 |

7

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court – District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 140 | UNIX Sccms 4 Trees (Version 6, Version 7, Version 32V, System III) | Murray Hill | Nimbus | 1288623 | 01/12/04 |
| 141 | SCO Office Mail Server 2.0 - Binary Product | Santa Cruz | maelstrom | 1288624 | 01/12/04 |
| 142 | SCO OpenServer 5.0.4 [Restricted] Source Tree | Murray Hill | Nimbus | 1288625 | 01/12/04 |
| 143 | SCO C++ Language System Release 3.0.3 Source Code | Murray Hill | Nimbus | 1288626 | 01/12/04 |
| 144 | Unix Design Document Source Files - Troff Input | Murray Hill | Nimbus | 1288627 | 01/12/04 |
| 145 | AIX Merced Source Project | Murray Hill | Nimbus | 1288628 | 01/12/04 |
| 146 | SCO UnixWare Release 7.1.3 Update Pack 3 (SCOx, API Source, Full Source Tree) | Murray Hill | Nimbus | 1288629 | 01/12/04 |
| 147 | UnixWare 2.1 Full Source Tree | Murray Hill | Nimbus | 1288630 | 01/12/04 |
| 148 | UnixWare 1.1 Full Source Tree | Murray Hill | Nimbus | 1288631 | 01/12/04 |
| 149 | SCO UnixWare Release 7.1.1 Final Source Tree | Murray Hill | Nimbus | 1288632 | 01/12/04 |
| 150 | SCO Office Mail Server Full Source Tree | Santa Cruz | maelstrom | 1288633 | 01/12/04 |
| 151 | UnixWare 1.1 - Binary Product | Murray Hill | Library | 1288634 | 01/12/04 |
| 152 | UnixWare 2.1 - Binary Product | Murray Hill | Library | 1288635 | 01/12/04 |
| 153 | UnixWare 2.0.1 - Binary Product | Murray Hill | Library | 1288636 | 01/12/04 |
| 154 | SCO UnixWare Release 7.1.2 Final Source Tree | Murray Hill | Nimbus | 1288637 | 01/12/04 |
| 155 | UnixWare 7.1.1 NSC Full Source Tree | Murray Hill | Nimbus | 1288638 | 01/12/04 |
| 156 | SCO UnixWare Release 2.1.0 Platform Source Code | Murray Hill | Nimbus | 1288639 | 01/12/04 |
| 157 | SCO Unix System III | Murray Hill | Nimbus | 1288640 | 01/12/04 |
| 158 | SCO OpenServer Base Operating System Installation CD Release 5.0.7 | Murray Hill | Nimbus | 1288641 | 01/12/04 |

8

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 159 | SCO OpenServer Optional Services Release 5.0.7 | Murray Hill | Nimbus | 1288542 | 01/12/04 |
| 160 | SCO UnixWare and OpenServer Development Kit Release 7.1.3 | Murray Hill | Nimbus | 1288643 | 01/12/04 |
| 161 | SCO UnixWare Release 7.1.2 EAP (BL6) Source | Murray Hill | Nimbus | 1288644 | 01/12/04 |
| 162 | SCO UnixWare Release 7.1.1 EAP (BL5) Source | Murray Hill | Nimbus | 1288645 | 01/12/04 |
| 163 | SCO UnixWare Release 7.1.3 beta refresh (BL10) Source | Murray Hill | Nimbus | 1288646 | 01/12/04 |
| 164 | SCO OpenServer Release 5.0.5 Restricted Source | Murray Hill | Nimbus | 1288647 | 01/12/04 |
| 165 | SCO OpenServer Release 5.0.5 Source | Murray Hill | Nimbus | 1288648 | 01/12/04 |
| 166 | SCO OpenServer Release 5.0.6 | Murray Hill | Nimbus | 1288649 | 01/12/04 |
| 167 | SCO OpenServer Release 5.0.6a June 2001 | Murray Hill | Nimbus | 1288650 | 01/12/04 |
| 168 | SCO Skunkware Open Source Software Version 5.0.6 | Murray Hill | Library | 1288651 | 01/12/04 |
| 169 | UnixWare and OpenServer Development Kit 7.1.1a | Murray Hill | Nimbus | 1288652 | 01/12/04 |
| 170 | SCO OpenServer Optional Services June 2001 | Murray Hill | Nimbus | 1288653 | 01/12/04 |
| 171 | Tarantella Enterprise 3 Version 3.1.1 | Murray Hill | Library | 1288654 | 01/12/04 |
| 172 | UnixWare 7 Release 7.1.1 Installation CD-ROM Disk 1 of 3 | Murray Hill | Library | 1288655 | 01/12/04 |
| 173 | UnixWare 7 Release 7.1.1 Installation CD-ROM Disk 2 of 3 | Murray Hill | Library | 1288656 | 01/12/04 |
| 174 | UnixWare 7 Release 7.1.1 Installation CD-ROM Disk 3 of 3 | Murray Hill | Library | 1288657 | 01/12/04 |
| 175 | SCO Skunkware Open Source Software Version 7.1.1B | Murray Hill | Library | 1288658 | 01/12/04 |

9

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court – District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 176 | SCO Vision97 Version 1.3 | Murray Hill | Library | 1288659 | 01/12/04 |
| 177 | SCO Skunkware 7 Entertainment, Tools, Technology | Murray Hill | Library | 1288660 | 01/12/04 |
| 178 | UnixWare and OpenServer Development Kit 7.0 | Murray Hill | Library | 1288661 | 01/12/04 |
| 179 | UnixWare 7 Release 7.0.1 Installation CD-ROM Disk 1 of 3 | Murray Hill | Library | 1288662 | 01/12/04 |
| 180 | UnixWare 7 Release 7.0.1 Installation CD-ROM Disk 2 of 3 | Murray Hill | Library | 1288663 | 01/12/04 |
| 181 | UnixWare 7 Release 7.0.1 Installation CD-ROM Disk 3 of 3 | Murray Hill | Library | 1288664 | 01/12/04 |
| 182 | Caldera OpenUnix 8 Development Kit CD Release 8.0 | Murray Hill | Library | 1288665 | 01/12/04 |
| 183 | SCO OpenUnix Maintenance CD Release 8 | Murray Hill | Library | 1288666 | 01/12/04 |
| 184 | Caldera OpenUnix 8 Release 8.0 Base Operating System CD 1 of 4 | Murray Hill | Library | 1288667 | 01/12/04 |
| 185 | Caldera OpenUnix 8 Release 8.0 Base Operating System CD 2 of 4 | Murray Hill | Library | 1288668 | 01/12/04 |
| 186 | Caldera OpenUnix 8 Release 8.0 Base Operating System CD 3 of 4 | Murray Hill | Library | 1288669 | 01/12/04 |
| 187 | Caldera OpenUnix 8 Release 8.0; Open Unix 8 Caldera Skunkware 8.0.0 | Murray Hill | Library | 1288670 | 01/12/04 |
| 188 | SCO UnixWare Maintenance CD Release 7.1.3 | Murray Hill | Library | 1288671 | 01/12/04 |
| 189 | SCO UnixWare Base Operating System Release 7.1.3 Disk 1 of 4 | Murray Hill | Library | 1288672 | 01/12/04 |
| 190 | SCO UnixWare Base Operating System/Upgrade CD Release 7.1.3 Disk 2 of 4 | Murray Hill | Library | 1288673 | 01/12/04 |

10

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No. | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 191 | SCO UnixWare Optional Services CD Release 7.1.3 Disk 3 of 4 | Murray Hill | Library | 1288674 | 01/12/04 |
| 192 | SCO UnixWare LinuxRPM CD Release 7.1.3 Disk 4 of 4 | Murray Hill | Library | 1288675 | 01/12/04 |
| 193 | Caldera Solutions Showcase | Murray Hill | Library | 1288676 | 01/12/04 |
| 194 | SCO UnixWare Localized Documentation CD | Murray Hill | Library | 1288677 | 01/12/04 |
| 195 | General Files | Murray Hill | File Room | 1288678-1288869 | 01/12/04 |
| 195 | General Files | Lindon | File Room | 1288870-1290051 | 01/12/04 |
| 195 | General Files | Murray Hill | File Room | 1290052-1290664 | 01/12/04 |
| 195 | General Files | Santa Cruz | File Room | 1290665-1290872 | 01/12/04 |
| 195 | General Files | Murray Hill | File Room | 1290873-1291215 | 01/12/04 |
| 195 | General Files | Lindon | File Room | 1290768-1291215 | 01/12/04 |
| 195 | General Files | Murray Hill | File Room | 1291216-1291233 | 01/12/04 |
| 195 | General Files | Lindon | File Room | 1291234-1291415 | 01/12/04 |
| 195 | Darl McBride | Lindon | McBride | 1291416-1291780 | 01/12/04 |
| 195 | Chris Sontag | Lindon | Sontag | 1291781-1292068 | 01/12/04 |
| 195 | Darl McBride | Lindon | McBride | 1292069-1292182 | 01/12/04 |
| 195 | Sean Wilson | Lindon | Wilson | 1292183-1292197 | 01/12/04 |
| 195 | Reg Broughton | Lindon | Broughton | 1292198-1292235 | 01/12/04 |
| 195 | Ryan Tibbits | Lindon | Tibbits | 1292236-1292344 | 01/12/04 |
| 195 | Sean Wilson | Lindon | Wilson | 1292345-1292347 | 01/12/04 |
| 195 | Ryan Tibbits | Lindon | Tibbits | 1292348-1292678 | 01/12/04 |
| 195 | Robert Bench | Lindon | Bench | 1292679-1292742 | 01/12/04 |
| 195 | Reg Broughton | Lindon | Broughton | 1292679-1292742 | 01/12/04 |

11

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No. | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 195 | General Files | Lindon | File Room | 1292743-1292941 | 01/12/04 |
| 195 | General Files | Murray Hill | File Room | 1292942-1294137 | 01/12/04 |
| 195 | Duff Thompson | Utah | Thompson | 1294138-1294451 | 01/12/04 |
| 195 | Dan Campbell | Utah | Campbell | 1294452-1294477 | 01/12/04 |
| 195 | Duff Thompson | Utah | Thompson | 1294478-1294645 | 01/12/04 |
| 196 | General Files | Lindon | File Room | 1294646-1294670 | 01/12/04 |
| 196 | Robert Bench | Lindon | Bench | 1294671-1294785 | 01/12/04 |
| 196 | Chris Sontag | Lindon | Sontag | 1294786-1294834 | 01/12/04 |
| 196 | Darl McBride | Lindon | McBride | 1294835-1295276 | 01/12/04 |
| 196 | General Files | Lindon | File Room | 1295277-1295701 | 01/12/04 |
| 196 | Reg Broughton | Lindon | Broughton | 1295702-1295783 | 01/12/04 |
| 196 | Ryan Tibbits | Lindon | Tibbits | 1295784-1295841 | 01/12/04 |
| 196 | Sean Wilson | Lindon | Wilson | 1295842-1295845 | 01/12/04 |
| 196 | Ryan Tibbits | Lindon | Tibbits | 1295846-1295884 | 01/12/04 |
| 196 | Sean Wilson | Lindon | Wilson | 1295885-1295894 | 01/12/04 |
| 196 | General Files | Murray Hill | File Room | 1295895-1296292 | 01/12/04 |
| 196 | General Files | Lindon | File Room | 1296293-1300141 | 01/12/04 |
| 197 | Financials | Lindon | Website | SCO-0000001-7545 | 01/14/04 |
| 198 | Darl McBride | Lindon | McBride | 1300142-1300749 | 01/14/04 |
| 198 | Reg Broughton | Lindon | Broughton | 1300150-1300655 | 01/14/04 |
| 199 | Larry Gasparro | Lindon | Gasparro | 1300656-1301077 | 01/15/04 |
| 199 | Reg Broughton | Lindon | Broughton | 1301078-1301923 | 01/15/04 |
| 199 | Ryan Tibbits | Lindon | Tibbits | 1301924 | 01/15/04 |

12

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 199 | Sean Wilson | Lindon | Wilson | 1301925-1301940 | 01/15/04 |
| 200 | Rog Broughton | Lindon | Broughton | 1301941-1302529 | 01/19/04 |
| 201 | C/C++ Object Interface Library Release 1.1 | Murray Hill | Nimbus | 1302530 | 01/20/04 |
| 202 | UnixWare 7.0.1 | Murray Hill | Blizzard | 1302531 | 01/20/04 |
| 203 | UnixWare 7.1.1 | Murray Hill | Blizzard | 1302532 | 01/20/04 |
| 204 | Jeff Hunsaker | Lindon | Hunsaker | 1302533-1303110 | 01/20/04 |
| 204 | Larry Gasparro | Lindon | Gasparro | 1303111-1303974 | 01/20/04 |
| 204 | Rog Broughton | Lindon | Broughton | 1303975-1304157 | 01/20/04 |
| 204 | Ryan Tibbits | Lindon | Tibbits | 1304158-1304234 | 01/20/04 |
| 205 | OS 5.0.7 P: Source CODE PRD | Lindon | | 1304235 | 01/21/04 |
| 206 | OSR 5.0.6 Source Code PRD-PI Scripts | Lindon | | 1304236 | 01/21/04 |
| 207 | Jeff Hunsaker | Lindon | Hunsaker | 1304237-1305167 | 01/21/04 |
| 207 | Larry Gasparro | Lindon | Gasparro | 1305168-1305938 | 01/21/04 |
| 207 | Ryan Tibbits | Lindon | Tibbits | 1305938-1306147 | 01/21/04 |
| 207 | Sean Wilson | Lindon | Wilson | 1306148-1306337 | 01/22/04 |
| 208 | Andy Nagle | Murray Hill | Nagle | 1306338-1306500 | 01/22/04 |
| 208 | Jeff Hunsaker | Lindon | Hunsaker | 1306501-1306697 | 01/22/04 |
| 208 | Larry Gasparro | Lindon | Gasparro | 1306698-1306808 | 01/22/04 |
| 208 | Reg Broughton | Lindon | Broughton | 1306809-1307049 | 01/22/04 |
| 208 | Ryan Tibbits | Lindon | Tibbits | 1307050-1307100 | 01/22/04 |
| 208 | Sean Wilson | Lindon | Wilson | 1307101-1307624 | 01/22/04 |
| 209 | Andy Nagle | Murray Hill | Nagle | 1307625-1307887 | 01/23/04 |
| 209 | Biff Traber | Santa Cruz | Traber | 1307888-1308334 | 01/23/04 |

13

- 
- 
- 

SCON0002527

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court – District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 209 | Jeff Hunsaker | Lindon | Hunsaker | 1308335-1308640 | 01/23/04 |
| 209 | Larry Gasparro | Lindon | Gasparro | 1308641-1308654 | 01/23/04 |
| 209 | Reg Broughton | Lindon | Broughton | 1308655-1308869 | 01/23/04 |
| 209 | Ryan Tibbits | Lindon | Tibbits | 1308870-1308873 | 01/23/04 |
| 209 | Steve Cakebread | San Francisco | Cakebread | 1308874-1308971 | 01/23/04 |
| 209 | Sean Wilson | Lindon | Wilson | 1308972-1310322 | 01/23/04 |
| 210 | Biff Traber | Santa Cruz | Traber | 1310323-1311894 | 01/26/04 |
| 210 | Eric Hughes | Lindon | Hughes | 1311895-1312230 | 01/26/04 |
| 210 | Ed Iacobucci | Delray Beach | Iacobucci | 1312231-1312250 | 01/26/04 |
| 210 | Jeff Hunsaker | Lindon | Hunsaker | 1312251-1312351 | 01/26/04 |
| 210 | Larry Gasparro | Lindon | Gasparro | 1312352-1312429 | 01/26/04 |
| 210 | Reg Broughton | Lindon | Broughton | 1312430-1313084 | 01/26/04 |
| 210 | Steve Cakebread | San Francisco | Cakebread | 1313085-1313153 | 01/26/04 |
| 210 | Steve Spill | Santa Cruz | Spill | 1313154-1315110 | 01/26/04 |
| 210 | Sean Wilson | Lindon | Wilson | 1315111-1315534 | 01/26/04 |
| 211 | Biff Traber | Santa Cruz | Traber | 1315535-1316139 | 01/26/04 |
| 211 | Eric Hughes | Lindon | Hughes | 1316140-1316717 | 01/26/04 |
| 211 | Ed Iacobucci | Delray Beach | Iacobucci | 1316718-1318800 | 01/26/04 |
| 211 | Jeff Hunsaker | Lindon | Hunsaker | 1316809-1317402 | 01/26/04 |
| 211 | Larry Gasparro | Lindon | Gasparro | 1317403-1317551 | 01/26/04 |
| 211 | Reg Broughton | Lindon | Broughton | 1317552-1320569 | 01/26/04 |
| 211 | Ryan Tibbits | Lindon | Tibbits | 1320590-1320604 | 01/26/04 |
| 211 | Steve Cakebread | San Francisco | Cakebread | 1320605-1320614 | 01/26/04 |

14

The SCO Group
v.
International Business Machines Corp.

Civil Docket Case No. 03-CV-0294
The Honorable Dale A. Kimball
Magistrate Brooke C. Wells

U.S. District Court - District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

## The SCO Group Source Log

| CD No.: | Production | Geographic Location | Office | Bates Range | Production Date |
|---|---|---|---|---|---|
| 211 | Steve Spill | Santa Cruz | Spill | 1320915-1321023 | 01/26/04 |
| 211 | Sean Wilson | Lindon | Wilson | 1321024-1321862 | 01/26/04 |
| 212 | Biff Traber | Santa Cruz | Traber | 1321863-1322162 | 01/27/04 |
| 212 | Ed Iacobucci | Delray Beach | Iacobucci | 1322163-1322525 | 01/27/04 |
| 212 | Fred Skousen | Provo | Skousen | 1322526-1322563 | 01/27/04 |
| 212 | Jeff Hunsaker | Lindon | Hunsaker | 1322564-1323149 | 01/27/04 |
| 212 | Larry Gasparro | Lindon | Gasparro | 1323150-1324180 | 01/27/04 |
| 212 | Reg Broughton | San Francisco | Broughton | 1324191-1326901 | 01/27/04 |
| 212 | Steve Cakebread | Lindon | Cakebread | 1326902-1327084 | 01/27/04 |
| 212 | Sean Wilson | Lindon | Wilson | 1327085-1328493 | 01/27/04 |
| 212 | Tom Raimondi | Tustin, CA | Raimondi | 1328494-1328519 | 01/27/04 |
| 212 | General Files | Lindon | File Room | 1328520-1328817 | 01/27/04 |

15