MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522


ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Plaintiff/Counterclaim-Defendant The SCO Group, Inc. and Defendant/Counterclaim-Plaintiff Novell, Inc., pursuant to Federal Rule of Civil Procedure 26(c), hereby stipulate to and jointly move the Court for entry of the attached Protective Order in this matter, in view of the fact that this action may involve disclosure of trade secret, proprietary, technical, scientific, business, or financial information regarded as confidential.

Dated:     July 31, 2006                          HATCH, JAMES & DODGE, P.C.


By:  /s/ Brent O. Hatch

(Signed by filing attorney with permission of Brent O. Hatch)

Attorneys for The SCO Group
10 West Broadway, Suite 400
Salt Lake City, UT  84101


ANDERSON & KARRENBERG


By:  /s/ Heather M. Sneddon

Attorneys for Novell, Inc.
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2006, I caused a true and correct copy of the foregoing **STIPULATION AND JOINT MOTION FOR PROTECTIVE ORDER** to be served via CM/ECF to the following:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101


Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California  90401


Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131


/s/ Heather M. Sneddon