**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>      Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>      Defendant/Counterclaim-Plaintiff. | Civil No. 2:04CV-00139 DAK<br><br>**DECLARATION AND ACKNOWLEDGMENT OF**<br>_____ |

I, _____, state that:

1. My address is _____
_____.

2. My current employer is and the address of my present employment is
_____.

3. My current occupation or job description is _____
_____.

4. I have received a copy of the Stipulated Protective Order in the above-captioned action. I have carefully read and understand the provisions of the Stipulated Protective Order.

5. I will comply with all of the provisions of the Stipulated Protective Order. I will hold in confidence, will not disclose to anyone not qualified under the Stipulated

A-1

A-2

Protective Order, and will use only for purposes of this action any information marked **Confidential** that is disclosed to me.

6. Promptly upon termination of this action, I will return or destroy all materials containing information marked **Confidential** that came into my possession, and all documents and things that I have prepared relating thereto, to the outside attorneys for the party by whom I am employed or retained, or who noticed my deposition.

7. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Stipulated Protective Order in this action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Date:_____     _____

Place:_____