MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **STIPULATION AND MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS**<br><br><br>Case No. 2:04-CV-00139<br><br>Judge Dale A. Kimball |

Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), and Plaintiff and Counterclaim Defendant The SCO Group, Inc. ("SCO"), hereby stipulate to the filing and service of Novell's Amended Counterclaims in the form attached hereto.  Novell has amended its

counterclaims to clarify its claims based on recent discovery, and SCO does not oppose the amendment. Pursuant to the parties' stipulation, Novell respectfully moves the Court for an order permitting the requested amendment. SCO does not oppose the motion.

DATED: September 21, 2006.

                                                ANDERSON & KARRENBERG

                                                /s/ Heather M. Sneddon
                                                Thomas R. Karrenberg
                                                John P. Mullen
                                                Heather M. Sneddon
                                                **Attorneys for Novell, Inc.**

DATED: September 21, 2006.

                                                HATCH, JAMES & DODGE

                                                /s/ Brent O. Hatch
                                                (*Signed by filing attorney with written permission of Brent O. Hatch*)
                                                Brent O. Hatch
                                                Mark F. James
                                                **Attorneys for The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2006, I caused a true and correct copy of the foregoing **STIPULATION AND MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS** to be served via CM/ECF to the following:

> Brent O. Hatch
> Mark F. James
> HATCH JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

/s/ Heather M. Sneddon