**MORRISON & FOERSTER LLP**
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

FILED
DISTRICT COURT
2006 SEP 22 P 4: 28
DISTRICT OF UTAH
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiff. | **ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS**<br><br>Case No. 2:04-CV-00139<br><br>Judge Dale A. Kimball |

Based upon the Stipulation and Motion for Leave to File Amended Counterclaims,

IT IS HEREBY ORDERED that the Motion for Leave to File Amended Counterclaims is GRANTED, and Defendant and Counterclaim-Plaintiff Novell, Inc. may file and serve the requested Amended Counterclaims.

DATED this 22 day of September, 2006.

BY THE COURT:

_____
Judge Dale A. Kimball
United States District Court Judge

Approved as to form:

_____/s/ Brent O. Hatch_____
(Signed by filing attorney with written permission of Brent O. Hatch)
Brent O. Hatch
Mark R. Clements
**Attorneys for The SCO Group, Inc.**