MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City,  UT  84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

    I HEREBY CERTIFY that on this 27th day of September, 2006, I caused a true and correct copy of **NOVELL, INC.'S SECOND SET OF INTERROGATORIES TO THE SCO GROUP, INC.**, **NOVELL, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION TO**

**THE SCO GROUP, INC.**, and this **CERTIFICATE OF SERVICE** to be served to the following:

*Via hand delivery*:

Brent O. Hatch<br>
Mark F. James<br>
HATCH JAMES & DODGE, P.C.<br>
10 West Broadway, Suite 400<br>
Salt Lake City, Utah 84101

*Via first class U.S. mail, postage prepaid*:

Stephen N. Zack<br>
Mark J. Heise<br>
BOIES, SCHILLER & FLEXNER LLP<br>
100 Southeast Second Street, Suite 2800<br>
Miami, Florida 33131

DATED:   September 27, 2006.

ANDERSON & KARRENBERG<br><br>
_____/s/ Heather M. Sneddon_____<br>
Thomas R. Karrenberg<br>
John P. Mullen<br>
Heather M. Sneddon<br>
<b>Attorneys for Novell, Inc.</b>