MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City,  UT  84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

I HEREBY CERTIFY that on this 29th day of September, 2006, I caused a true and correct copy of **NOVELL, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS TO THE SCO GROUP, INC.** and this **CERTIFICATE OF SERVICE** to be served to the

following:

*Via hand delivery*:

>Brent O. Hatch
>Mark F. James
>HATCH JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah  84101

*Via first class U.S. mail, postage prepaid*:

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida  33131

DATED:   September 29, 2006.

>ANDERSON & KARRENBERG
>
>_/s/  Heather M. Sneddon_
>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>**Attorneys for Novell, Inc.**

2