MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522


ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Bank One Tower
50 West Broadway
Salt Lake City,  UT  84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

---

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, | |
| Plaintiff and Counterclaim-Defendant, | **CERTIFICATE OF SERVICE** |
| vs. | Case No. 2:04CV00139 |
| NOVELL, INC., a Delaware corporation, | Judge Dale A. Kimball |
| Defendant and Counterclaim-Plaintiff. | |

I HEREBY CERTIFY that on this 29th day of September, 2006, I caused a true and

correct copy of **NOVELL, INC.'S THIRD SET OF INTERROGATORIES TO THE SCO**

**GROUP, INC.** and this **CERTIFICATE OF SERVICE** to be served to the following:

Dockets.Justia.com

*Via hand delivery*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

*Via first class U.S. mail, postage prepaid*:

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

DATED:     September 29, 2006.

ANDERSON & KARRENBERG

_____*/s/  Heather M. Sneddon*_____
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**