MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>      Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>      Defendant and Counterclaim-Plaintiff. | **NOVELL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PRELIMINARY INJUNCTION**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Dockets.Justia.com

Novell, Inc. ("Novell") moves the Court for partial summary judgment as to its Sixth,

Seventh, Eighth, and Ninth Claims for Relief for constructive trust, breach of fiduciary duty,

conversion, and accounting, respectively.  In the alternative, Novell moves for a preliminary

injunction ordering an accounting and imposing a constructive trust over all monies wrongfully

held by The SCO Group, Inc. ("SCO") pursuant to its 2003 Agreements with Sun Microsystems,

Inc. ("Sun") and Microsoft Corporation ("Microsoft").  These monies – amounting to

approximately $25,846,000 plus interest – consist of royalties, fees, and other amounts that SCO

collected from these Agreements and then failed to remit to Novell pursuant to SCO's duties

under the Asset Purchase Agreement ("APA") between Novell and The Santa Cruz Operation

("Santa Cruz"), dated September 19, 1995.

Federal Rule of Civil Procedure 56(c) permits the Court to grant partial summary

judgment if the pleadings, discovery, and affidavits show that there is no genuine issue of

material fact and that Novell is entitled to judgment as a matter of law.  Here, the undisputed

facts show that SCO breached its fiduciary duties under the agency provisions of the APA, and

wrongfully converted SVRX Royalties by failing to account for and remit millions of dollars of

revenues to which Novell holds "all right, title and interest."  Moreover, these facts separately

give rise to constructive trust and accounting claims under California law.  Accordingly,

summary judgment should be granted for Novell as to each of these claims, with relief in the

form of an accounting and a constructive trust.

Even if the Court were to deny summary judgment, Federal Rule of Civil Procedure 65

permits the Court to grant a preliminary injunction where, as here, Novell can show: (1)

substantial likelihood of prevailing on the merits; (2) irreparable injury if the injunction is

denied; (3) greater injury to Novell absent the injunction than the injury SCO would suffer under

the injunction; and (4) lack of adverseness to the public interest.  The facts and law strongly

favor Novell on any one of its breach of fiduciary duty, conversion, or constructive trust claims,

and Novell can show irreparable injury outweighing any harm to SCO.  Therefore, Novell

requests that the Court issue a preliminary injunction that orders an accounting of the SVRX

Royalties flowing from SCO's 2003 Agreements with Sun and Microsoft and then imposes a

constructive trust thereon.

DATED:        September 29, 2006

ANDERSON & KARRENBERG


_____/s/ Heather M. Sneddon_____
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon


-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)

**Attorneys for Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2006, I caused a true and

correct copy of **NOVELL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR**

**PRELIMINARY INJUNCTION** to be served via CM/ECF to the following:


Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101


Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131


_____*/s/ Heather M. Sneddon*_____