SCO Grp v. Novell Inc                                                                                              Doc. 15

MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
David E. Melaugh (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>　　　Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>　　　Defendant and Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br>**Declaration of Michael A. Jacobs in Support of Novell, Inc.'s Motion for Partial Summary Judgment or Preliminary Injunction** *[Filed UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

I HEREBY CERTIFY that on this 2nd day of October, 2006, I caused a true and correct copy of the **DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF NOVELL'S, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PRELIMINARY INJUNCTION** *[Filed UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]* to be served to the following:

*Via hand delivery*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

*Via first class U.S. mail, postage prepaid*:

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

DATED:   October 2, 2006

ANDERSON & KARRENBERG

  */s/ Heather M. Sneddon*
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**