MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
David E. Melaugh (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING**<br><br>**Declaration of Michael A. Jacobs in Support of Novell, Inc.'s Motion for Partial Summary Judgment or Preliminary Injunction** *[REDACTED pursuant to the August 2, 2006 Stipulated Protective Order]*<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has conventionally filed the original and one copy of the **DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF NOVELL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PRELIMINARY INJUNCTION** *[REDACTED pursuant to the August 2, 2006 Stipulated Protective Order]*.

This declaration and its accompanying exhibits have not been filed electronically because

   \_\_\_\_   it cannot be converted to electronic format

   _X_   the electronic file size of this material exceeds 2 megabytes (MB)

   \_\_\_\_   the Court by order has excused electronic filing

   \_\_\_\_   it is exempt from electronic filing pursuant to § \_\_\_\_ of the ECF Policy & Procedures Manual *(specific list of documents including administrative records, ex parte submissions, etc.)*

The declaration and its accompanying exhibits have been conventionally served on all parties.

DATED:   October 2, 2006

                                         ANDERSON & KARRENBERG

                                          */s/ Heather M. Sneddon*
                                         Thomas R. Karrenberg
                                         John P. Mullen
                                         Heather M. Sneddon
                                         **Attorneys for Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2006, I caused a true and correct copy of the foregoing **NOTICE OF CONTENTIONAL FILING (Declaration of Michael A. Jacobs in Support of Novell, Inc.'s Motion for Partial Summary Judgment or Preliminary Injunction *[REDACTED pursuant to the August 2, 2006 Stipulated Protective Order]*)** to be served via CM/ECF to the following

>Brent O. Hatch
>Mark F. James
>HATCH JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah  84101


>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida  33131


  /s/ Heather M. Sneddon