MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **ERRATA TO MEMORANDUM IN SUPPORT OF NOVELL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PRELIMINARY INJUNCTION**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Novell, Inc. hereby submits this Errata to delete two sentences from the Memorandum in Support of Novell, Inc.'s Motion for Partial Summary Judgment or Preliminary Injunction ("Mem."): (1) the sentence and citation that comprise paragraph 31 of the Statement of Undisputed Facts (Mem. at 11); and (2) the second sentence and citation in paragraph 36 of the Statement of Undisputed Facts (Mem. at 12). Novell, Inc. does not cite these two sentences, or the paragraphs containing them, at any other portions in its Memorandum.

DATED: October 8, 2006

                                                      ANDERSON & KARRENBERG

                                                      _/s/ Heather M. Sneddon_
                                                      Thomas R. Karrenberg
                                                      John P. Mullen
                                                      Heather M. Sneddon

                                                      -and-

                                                      MORRISON & FOERSTER LLP
                                                      Michael A. Jacobs (*pro hac vice*)
                                                      Kenneth W. Brakebill (*pro hac vice*)

                                                      **Attorneys for Novell, Inc.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2006, I caused a true and correct copy of the foregoing **ERRATA TO MEMORANDUM IN SUPPORT OF NOVELL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PRELIMINARY INJUNCTION** to be served via CM/ECF to the following:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101


Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131


                /s/ Heather M. Sneddon