## Brakebill, Ken W.

**From:** Brakebill, Ken W.
**Sent:** September 19, 2006 6:52 PM
**To:** 'Ted Normand'
**Subject:** RE: SCO/Novell Case

Thanks, Ted. As we've done in the past, I'll ask our local counsel to get in touch with your local counsel and get a stipulation on file -- after which we'll file the amended counterclaims.

-Ken

-----Original Message-----
From: Ted Normand [mailto:TNormand@BSFLLP.com]
Sent: September 19, 2006 6:44 PM
To: Brakebill, Ken W.
Subject: RE: SCO/Novell Case

Ken --

Sorry about missing the call, I won't bore you with the details. We don't oppose the amendment. Regards,

Ted

_____

From: Brakebill, Ken W. [mailto:KBrakebill@mofo.com]
Sent: Mon 9/18/2006 5:18 PM
To: Ted Normand
Subject: RE: SCO/Novell Case

415-268-6943. I'll look forward to hearing from you.

-Ken

-----Original Message-----
From: Ted Normand [mailto:TNormand@BSFLLP.com]
Sent: September 18, 2006 2:17 PM
To: Brakebill, Ken W.
Subject: Re: SCO/Novell Case

Ken --

Let's plan on that time, that should work. What number should I call?

-----Original Message-----
From: Brakebill, Ken W. <KBrakebill@mofo.com>
To: Ted Normand
Sent: Mon Sep 18 14:39:22 2006

1

Subject: RE: SCO/Novell Case

Ted:

Let's schedule a time to talk tomorrow later in the day after your status call. I can be flexible on what time tomorrow, but for starters will propose 3pm pacifiic.  We'd like to get this resolved right away.

Thanks.
-Ken

-----Original Message-----
From: Ted Normand [mailto:TNormand@BSFLLP.com]
Sent: September 18, 2006 7:29 AM
To: Brakebill, Ken W.
Subject: RE: SCO/Novell Case


Ken -- I need until Tuesday night/Wednesday morning, as this issue in on the table (anew) for a status call we are having tomorrow.  Thanks,

Ted

---

From: Brakebill, Ken W. [mailto:KBrakebill@mofo.com]
Sent: Sat 9/16/2006 11:09 AM
To: Ted Normand
Subject: RE: SCO/Novell Case


Ok.  How about 3pm pacific on Monday?

-----Original Message-----
From: Ted Normand [mailto:TNormand@BSFLLP.com]
Sent: September 16, 2006 7:58 AM
To: Brakebill, Ken W.
Subject: RE: SCO/Novell Case


Ken --

Let me call you about this Monday/Tuesday, perhaps we can work something out.

Ted

---

From: Brakebill, Ken W. [mailto:KBrakebill@mofo.com]
Sent: Thu 9/14/2006 8:32 PM
To: Ted Normand
Subject: RE: SCO/Novell Case

Ted:

On what basis do you object to the proposed amendment?

Thanks.
-Ken

-----Original Message-----
From: Ted Normand [mailto:TNormand@BSFLLP.com]
Sent: September 14, 2006 5:29 PM
To: Brakebill, Ken W.
Subject: RE: SCO/Novell Case


Ken --

We have reviewed the proposed amendment, and SCO does not agree to stipulate thereto.  Regards,

Ted

> -----Original Message-----
> From: Brakebill, Ken W. [mailto:KBrakebill@mofo.com]
> Sent: Wed 9/13/2006 11:18 AM
> To: Ted Normand
> Cc:
> Subject: RE: SCO/Novell Case


> Thanks, Ted.

> -----Original Message-----
> From: Ted Normand [mailto:TNormand@BSFLLP.com]
> Sent: September 13, 2006 6:02 AM
> To: Brakebill, Ken W.
> Subject: Re: SCO/Novell Case


> Ken --

> I'm in a deposition today but will get back to you tonight or tomorrow.
> Regards,

> Ted

> -----Original Message-----
> From: Brakebill, Ken W. <KBrakebill@mofo.com>
> To: Ted Normand
> Sent: Tue Sep 12 20:03:11 2006
> Subject: FW: SCO/Novell Case

> Ted:  I'd appreciate it if you could please get back to me on this.
> We're seeking SCO's stipulation to file.  As we've done in the past, we

can have local counsel handle the stipulation.

Thanks in advance.
-Ken

-----Original Message-----
From: Brakebill, Ken W.
Sent: September 08, 2006 10:49 AM
To: 'Ted Normand'
Subject: RE: SCO/Novell Case


Attached is a copy of the amended counterclaims. I'll look forward to
hearing back from you. Thanks, Ted.

-Ken

-----Original Message-----
From: Ted Normand [mailto:TNormand@BSFLLP.com]
Sent: September 08, 2006 6:37 AM
To: Brakebill, Ken W.
Subject: RE: SCO/Novell Case


Ken --

Why don't you send me the draft and I can review with SCO. Thanks,

Ted

-----Original Message-----
From: Brakebill, Ken W. [mailto:KBrakebill@mofo.com]
Sent: Thursday, September 07, 2006 9:05 PM
To: Ted Normand
Subject: SCO/Novell Case

Hi Ted.

Novell has an amended counterclaim document that it would like to file.
It is a clarification of claims based on discovery we've received from
SCO. I wanted to seek your stipulation to file; I'd can send you a
draft if you'd like.

Thanks.
-Ken



To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice
concerning one or more U.S.

4