**Counsel Submitting and Utah State Bar Number:** Brent O. Hatch Utah Bar #5715
**Attorney For:** Plaintiff, THE SCO GROUP, INC.
**Address:** 10 West Broadway, Suite 400, Salt Lake City, Utah 84101
**Telephone:** 801-363-6363

# UNITED STATES DISTRICT COURT
## District of Utah _____ Division

| | | |
|---|---|---|
| The SCO Group, Inc. | * | Motion for *Pro Hac Vice* Admission and |
| Plaintiff | * | Consent of Local Counsel |
| | * | |
| v. | * | |
| Novell, Inc. | * | Case No.: 04-CV-00139 |
| Defendant. | * | |

    Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of  Stuart H. Singer as *pro hac vice* counsel for  Plaintiff, THE SCO GROUP, INC. and consent to serve as local counsel.  The application for *pro hac vice* admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated:

                                                                         Signature of local counsel:  Brent O. Hatch