# EXHIBIT A

Dockets.Justia.com

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: __Stuart H. Singer__   Telephone: _954-356.0011_
Firm Name: ____BOIES, SCHILLER & FLEXNER LLP____
Business Address:____401 East Las Olas Blvd,____
_____Suite 1200_____
_____Fort Lauderdale, Florida_____

Current bar memberships and date of admission:

| | |
|---|---|
| _U.S. Ct. of Appeals, 3rd Cir. Philadelphia, PA_ | Admitted on   10-20-03 |
| _U.S. District Ct., of Middle Dist. of Florida_ | Admitted on   4-23-86 |
| _U.S. District Ct., So. District of Florida_ | Admitted on   5-24-84 |
| _U.S. Ct. of Appeals, 11th Cir., Atlanta, GA_ | Admitted on   1-06-86 |
| _U.S. Supreme Court, Washington, D.C._ | Admitted on   7-17-92 |
| _Supreme Court of Florida, Tallahassee, FL_ | Admitted on   1983 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
_x_ No        ____ Yes ( provide additional information)

Prior *pro hac vice* admissions in the District of Utah: _Yes._        _____ none

Case Name: ___SCO v. IBM___  SCO GROUP et al v. Intl Bus Mach Inc.
Case Number: _2: 03-CV-0294_-DAK-BCW
Admission Date:___12/16/04_____

(Attach list of other cases separately if more space is needed.)

_____                    _10/16/2006_____
Signature                                     Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee.  All other attorneys must pay a fee of $15.00 concurrent with this application.  This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.



# The Florida Bar

**JOHN F. HARKNESS, JR.**
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon    )

In Re:  377325
Stuart Harold Singer
Boies Schiller & Flexner L L P
401 E Las Olas Blvd # FL12
Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 2, 1983.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 16TH day of October, 2006.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smm1/R10