UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

The Sco Group, Inc.,
    Plaintiff

: ORDER FOR PRO HAC VICE ADMISSION

v.

Novell, Inc.,
    Defendant

: Case Number: 04cv00139

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Stuart H. Singer in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this_____day of October, 2006.

                                           Dale A. Kimball
                                           U.S. District Judge

Dockets.Justia.com