Brent O. Hatch, Esq. (5715)
Hatch, James & Dodge
Counsel Submitting and Utah State Bar Number
Attorney For The SCO Group
10 West Broadway, Suite 400
Salt Lake City, UT 84101
Telephone (801) 363-6363

# UNITED STATES DISTRICT COURT
## District of Utah   Central Division

|  |  |
|---|---|
| THE SCO GROUP, INC., <br> Plaintiff <br><br> v. <br> NOVELL, INC. <br> Defendant. | Motion for Pro Hac Vice Admission and Consent of Local Counsel <br><br> Case No. 04-CV-00139 |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of William Dzurilla as pro hac vice counsel for Plaintiff, The SCO Group ( Plaintiff/Defendant) and consent to serve as local counsel.   The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated:

_____
Signature of local counsel