# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: William Dzurilla            Telephone: 954-356-0011
Firm Name: Boies, Schiller & Flexner LLP
Business Address: 401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

Current bar memberships and date of admission:

| Supreme Court of Florida | Admitted on | 9/20/2004 |
| USDC, S.D. of Florida | Admitted on | 4/28/2005 |
| USDC, M.D. of Florida | Admitted on | 4/4/2006 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
__X__ No            ____Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:            None

Case Name:_____
Case Number:_____
Admission Date:_____

(Attach list of other cases separately if more space is needed.)

_____            __10/20/06_____
Signature                                                       Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida      )

County of Leon      )

In Re: 757861
William Thomas Dzurilla
401 E Las Olas Blvd Fl 12
Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 20, 2004.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 17th day of October, 2006.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smm1/R10