UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br>Plaintiff<br><br>v.<br><br>NOVELL, INC.<br>Defendant | :<br>:<br>:<br>: ORDER FOR PRO HAC VICE ADMISSION<br>:<br>:<br>:<br>: Case Number 04-CV-00139 |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DU Civ R 83-1.1(d), the motion for the admission pro hac vice of William Dzurilla in the United States District Court, District of Utah in the subject case is GRANTED.


Dated: this_____day of_____, 2006.


_____
U.S. District Judge Dale Kimball