UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

2006 OCT 25  P 4:56

The Sco Group, Inc.,
    Plaintiff

: ORDER FOR PRO HAC VICE ADMISSION

v.

Novell, Inc.,
    Defendant

: Case Number: 04cv00139

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Stuart H. Singer in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 24th day of October, 2006.

Dale A. Kimball
U.S. District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

2006 OCT 25  P 4: 55

| | |
|---|---|
| THE SCO GROUP, INC., <br> Plaintiff | |
| v. | : ORDER FOR PRO HAC VICE ADMISSION |
| NOVELL, INC. <br> Defendant | Case Number 04-CV-00139 |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DU Civ R 83-1.1(d), the motion for the admission pro hac vice of William Dzurilla in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this _24th_ day of _October_, 2006.

U.S. District Judge Dale Kimball