# EXHIBIT A

Dockets.Justia.com

**Brakebill, Ken W.**

**From:** Ted Normand [TNormand@BSFLLP.com]
**Sent:** October 17, 2005 5:25 AM
**To:** Brakebill, Ken W.
**Subject:** RE:

Ken -- I meant to include those materials as well.

Ted

---

**From:** Brakebill, Ken W. [mailto:KBrakebill@mofo.com]
**Sent:** Sunday, October 16, 2005 6:13 PM
**To:** Ted Normand
**Subject:** RE:

Ted - Just a point of clarification on what you meant by "documents produced in the SCO-IBM litigation." Could you please confirm that SCO is fine with Novell having attorneys' eyes only access to depositions and under-seal briefs in the SCO-IBM case? I don't think you intended to preclude access to these latter two items, but I wanted to make sure. Thanks very much.

-Ken

-----Original Message-----
**From:** Ted Normand [mailto:TNormand@BSFLLP.com]
**Sent:** Friday, October 14, 2005 2:44 PM
**To:** Brakebill, Ken W.
**Subject:**

Ken - we are fine with Novell having attorneys' eyes only access to the documents produced in the SCO-IBM litigation. I will review the confidentiality order you sent around more closely and get back to you. Regards,

Ted Normand

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.