# EXHIBIT B

**Brakebill, Ken W.**

---

**From:** David Marriott [DMarriott@cravath.com]
**Sent:** February 08, 2006 2:18 PM
**To:** Brakebill, Ken W.
**Cc:** enormand@bsfllp.com
**Subject:** Re: IBM Confidential Information


winmail.dat (2 KB)

Ken,

IBM is willing to grant Novell access to depositions, deposition exhibits, under-seal briefings and discovery responses (including SCO's interim and final disclosures) on an attorneys-eyes only basis on the condition these material will be used only for the purpose of SCO's litigations with IBM and Novell. If Novell would like access to a broader set of materials, please let me know and I will raise the matter with IBM.

Regards,

Dave


```
"Brakebill, Ken
W."
<KBrakebill@mofo.                To
com>          dmarriott@cravath.com
                                 cc
02/07/2006 11:05    enormand@bsfllp.com
PM                     Subject
            IBM Confidential Information
```

Dave:

In connection with the SCO v. Novell case, SCO's counsel told us that they sought but did not receive permission from IBM to produce IBM confidential information from the SCO v. IBM case. We were asked to follow up directly with you on this subject. Could you please confirm that IBM authorizes Novell to have attorneys-eyes only access to IBM's confidential materials in the SCO v. IBM case, including document productions, depositions and deposition exhibits, under-seal briefings, and discovery responses, so that SCO may produce these materials to Novell right away?

Thanks very much.
-Ken

1

===============================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230.html

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
===============================================================================

(See attached file: winmail.dat)

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

2