# EXHIBIT 12

Dockets.Justia.com

SS-Soft. Corp. Supp. A-030184-070185

Licensee  **INTERNATIONAL BUSINESS MACHINES CORPORATION**

Agreement Number SOFT-00015

Supplement Number 170------

## AT&T INFORMATION SYSTEMS INC.

## SOFTWARE AGREEMENT SUPPLEMENT

The CPU(s) listed below are hereby made DESIGNATED CPUs for the following SOFTWARE PRODUCT: UNIX® System V, Release 3.2 (as an upgrade from UNIX System V, Release 3.1)------------------------------ subject to the referenced Agreement. A Schedule for such SOFTWARE PRODUCT is attached to this Supplement.

| Location | DESIGNATED CPUs Type | Serial No. | Source or Object | Fee |
|---|---|---|---|---|
| SEE ATTACHMENT A | | | | $6,000.00* |

*This fee covers use of UNIX System V, Release 3.2 on the DESIGNATED CPUs listed in Attachment A to this Supplement Number 170.

☐ This Supplement is attached to and made a part of the referenced Agreement. Execution and acceptance of such Agreement also constitutes execution and acceptance of this Supplement.

☒ Execution and acceptance of this Supplement follow.

Accepted by:

LICENSEE

By _____
   (Signature)      (Date)

_____
(Type or print name)

_____
(Title)

23731

AT&T INFORMATION SYSTEMS INC.

By _____ JAN 2 3 1989
   (Signature)      (Date)

O. L. WILSON
(Type or print name)

Manager, UNIX® Software Licensing
(Title)

SCON0000672

**001**

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX© System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170-------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM CORPORATION 11400 Burnet Road Austin, Texas 78758 | RT PC | 161 | SOURCE |
| | RT PC | 345 | SOURCE |
| | AT&T 3B5 | 001554 | SOURCE |
| | RT PC | 329 | SOURCE |
| IBM CORPORATION LAB 2H-16, Building 902 11400 Burnet Road Austin, Texas 78758 | IBM RT PC | 0000340 | SOURCE |
| | IBM RT PC | 0000332 | SOURCE |
| | IBM RT PC | 0001416 | SOURCE |
| | IBM RT PC | 0001417 | SOURCE |
| | IBM RT PC | 0002027 | SOURCE |
| IBM CORPORATION Cambridge Scientific Center 101 Main Street Cambridge, Massachusetts 02142 | 6150/20 | 0000077 | SOURCE |
| IBM CORPORATION Los Angeles Scientific Center 11601 Wilshire Boulevard Los Angeles, fornia 90025-1738 | 6150/25 | 0000600 | SOURCE |
| | 6150/25 | 0000846 | SOURCE |
| IBM CORPORATION ACIS Development, MS 36A 1510 Page Mill Road Palo Alto, California 94304 | 6151 | 0000153 | SOURCE |
| | 6150 | 0000141 | SOURCE |
| | 6150 | 0000130 | SOURCE |
| | 6150 | 0001165 | SOURCE |
| | 6150 | 0001164 | SOURCE |
| | 6150 | 0001252 | SOURCE |
| | 6150 | 0001161 | SOURCE |
| | 6150 | 0000349 | SOURCE |
| | 6150 | 0000318 | SOURCE |

1.

SCON0000673

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170------

LOCATION

IBM CORPORATION
ACIS Development, MS 35A
1510 Page Mill Road
Palo Alto, California 94304

| DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|
| 6150 | 0000317 | SOURCE |
| 6150 | 0000316 | SOURCE |
| 6150 | 0000315 | SOURCE |
| 6150 | 0000222 | SOURCE |
| 6150 | 0000221 | SOURCE |
| 6150 | 0000210 | SOURCE |
| 6150 | 0000209 | SOURCE |
| 6150 | 0000207 | SOURCE |
| 6150 | 0000191 | SOURCE |
| 6150 | 0000190 | SOURCE |
| 6150 | 0000189 | SOURCE |
| 6150 | 0000188 | SOURCE |
| 6150 | 0000169 | SOURCE |
| 6150 | 0000083 | SOURCE |
| 6150 | 0000082 | SOURCE |
| 6150 | 0000586 | SOURCE |
| 6150 | 0000585 | SOURCE |
| 6150 | 0000584 | SOURCE |
| 6150 | 0000583 | SOURCE |
| 6150 | 0000582 | SOURCE |
| 6150 | 0000581 | SOURCE |
| 6150 | 0000579 | SOURCE |
| 6150 | 0000577 | SOURCE |

2.

SCON0000674

INTERNATIONAL BUSINESS MACHINES
  CORPORATION
UNIXP System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM CORPORATION | 6150 | 0000576 | SOURCE |
| ACIS Development, MS 35A | 6150 | 0000574 | SOURCE |
| 1510 Page Mill Road | 6150 | 0000573 | SOURCE |
| Palo Alto, California 94304 | 6150 | 0000357 | SOURCE |
| | 6151 | 0000065 | SOURCE |
| | 6151 | 0000064 | SOURCE |
| | 6151 | 0000285 | SOURCE |
| ACIS Development, 6FR/D46 | 6151 | 0000193 | SOURCE |
| ACIS Development, 6FR/D46 | 6150 | 0000183 | SOURCE |
| ACIS Development, 6FR/D46 | 6150 | 0000142 | SOURCE |
| IBM CORPORATION Palo Alto Scientific Center MS 3F 1550 Page Mill Road Palo Alto, California 94304 | 6150/26 | 0000590 | SOURCE |
| ACSC-LOS ANGELES 3580 Wilshire Boulevard Suite 1910 Los Angeles, California 90010 | 6150/020 | 0003559 | SOURCE |
| | 6150/020 | 0003560 | SOURCE |
| | 6150/020 | 0003512 | SOURCE |
| ACSC-7FA | 6150/025 | 0000487 | SOURCE |
| ACSC-7FA | 6150/026 | 0001681 | SOURCE |
| ACSC-7FA | 6150/025 | 0000993 | SOURCE |
| IBM CORPORATION 11400 Burnet Road Building 802, Room 3E-71 Austin, Texas 78758 | RTPC | 26-0000157 | SOURCE |
| IBM 11400 Burnet Road, D73/802 Austin, TX 78758 | 6150 | 4444 | SOURCE |
| IBM CORPORATION 1322 Space Park Drive Houston, Texas 77058 | 4361 Model B | 60882 | SOURCE |

3.

- - - - - - -   - - - - - -

SCON0000675

004

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX© System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU | | SOURCE OR |
| | TYPE | SERIAL NO. | OBJECT |
| --- | --- | --- | --- |
| BROWN UNIVERSITY<br>355 George Street<br>IRIS P. O. Box 1946<br>Providence,<br>Rhode Island 02912 | 6150 | 0000854 | SOURCE |
| | 6150 | 0000854 | SOURCE |
| CAMBRIDGE SCIENTIFIC<br>CENTER<br>101 Main Street<br>Cambridge,<br>Massachusetts 02142 | 6150 | 0000192 | SOURCE |
| | 6150 | 0000321 | SOURCE |
| | 6150 | 0000594 | SOURCE |
| | 6150 | 0000598 | SOURCE |
| | 6150 | 0000852 | SOURCE |
| IBM CORPORATION<br>Department D77/802<br>11400 Burnet Road<br>Austin, Texas 78758 | 6150 | 26-0004344 | SOURCE |
| IBM EUROPEAN<br>NETWORKING CENTER<br>Wilckenstr. 1a<br>6900 Heidelberg<br>Federal Republic<br>of Germany | 6150 | S0000229 | SOURCE |
| IBM CORPORATION<br>T. J. Watson Research<br>Center<br>P. O. Box 218<br>Highway 134<br>Yorktown, Heights,<br>New York 10598 | 3081 | FF020B9330B10000 | SOURCE |

4.

SCON0000676

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170-------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM JAPAN, LTD.<br>5-19, Sanbancho<br>Chiyoda-ku<br>Tokyo 102, Japan | RT/PC 6150-D25 | 26-0001097 | SOURCE |
| SYSTEM/TECHNOLOGY<br>DEV. CORP.<br>Wean Hall 8123<br>Carnegie-Mellon University<br>Pittsburg, Pennsylvania 15213 | RT/PC Mod 25 | 26-0000708 | SOURCE ... |
| INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>Dept. 3378, Bldg. 7030-D4<br>Laboratory Boeblingen<br>Schoenaicher Strasse 220<br>7030 Boeblingen / Germany | AT&T<br>3B15/201 | WDD785 | SOURCE |
| IBM JAPAN, LTD.<br>Educational Systems/<br>Tokyo Scientific Center<br>Tokyo Research Laboratory<br>5-19, Sanbancho, Chiyoda-ku<br>Tokyo 102, Japan | 6150 | 26-0003995 | SOURCE |
| BROWN UNIVERSITY<br>155 George St.<br>IRIS P. O. Box 1946<br>Providence, RI 02912 | 6150 | 0000322 | SOURCE |
|  | 6150 | 0000395 | SOURCE |
| IBM<br>T. J. Watson Research Lab<br>Yorktown Heights, NY 10598 | 4381 | 12919 | SOURCE |
| IBM-FSD<br>MC 8206<br>3700 Bay Area Blvd.<br>Houston, TX 77058 | 6150 | 0006517 | SOURCE |

5.

SCON0000677

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX© System V. Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170-......

| LOCATION | DESIGNATED CPU | | SOURCE OR |
|---|---|---|---|
| | TYPE | SERIAL NO. | OBJECT |
| IBM CORPORATION | 6150 | 26-0009728 | SOURCE |
| Department 61/802 | | | |
| 11400 Burnet Road | 6150 | 26-0000210 | SOURCE |
| Austin, Texas 78758 | | | |
| | 6150 | 26-0000538 | SOURCE |
| | | | |
| | 6150 | 26-0000647 | SOURCE |
| IBM CORPORATION | 6150 | 26-0000480R | SOURCE |
| Department 79/802 | | | |
| 11400 Burnet Road | | | |
| Austin, Texas 78758 | | | |
| IBM CORPORATION | RT 6150 | C47 | SOURCE |
| Department D73 | | | |
| Building 802 | | | |
| 11400 Burnet Road | | | |
| Austin, Texas 78758 | 6150-D20 | C0133 | SOURCE |
| | RT 6150 | C256 | SOURCE |
| | RT 6150 | C525 | SOURCE |
| | RT 6150 | C1418 | SOURCE |
| | RT 6150 | C1425 | SOURCE |
| | RT 6150 | C1430 | SOURCE |
| | 6150-D20 | C3578 | SOURCE |
| | 6150-D20 | C3581 | SOURCE |
| | 6150-D20 | C4031 | SOURCE |
| | 6150-D20 | C4312 | SOURCE |
| | RT 6150 | C4316 | SOURCE |
| | 6150 | 4857 | SOURCE |

7.

SCON0000678

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX© System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170-······

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM CORPORATION Department D73 Building 802 11400 Burnet Road Austin, Texas 78758 | RT 6150 | C4652 | SOURCE |
| | RT 6150 | C4723 | SOURCE |
| | RT 6151 | 3004B | SOURCE |
| | RT 6151 | 578 | SOURCE |
| | 6151-010 | 5011D | SOURCE |
| | 6150 XT | 0085899 | SOURCE |
| | 6350 PC | 1369759 | SOURCE |
| | 6350 XT | 8589747 | SOURCE |
| | 6150-D20 | C4763 | SOURCE |
| | 6150-D20 | C8095 | SOURCE |
| IBM CORPORATION Department D67 Building 802 11400 Burnet Road Austin, Texas 78758 | 6150 | 26-0004791 | SOURCE |
| | 6150 | 26-0003670 | SOURCE |
| | 6150 | 26-0004047 | SOURCE |
| IBM CORPORATION JJ217/B002 Research Triangle Park Raleigh, NC | PC/RT | 001156 | SOURCE |
| | PC/RT | 001650 | SOURCE |
| IBM Bldg. 884/2F12 708 Quince Orchard Road Gaithersburg, Maryland 20878 | 8580-071 | 72-7020643 | SOURCE |
| | 8580-071 | 72-7018777 | SOURCE |
| | 8560-041 | 72-8043748 | SOURCE |
| 75/884/1044 | 8170-D99 | 7036514 | SOURCE |
| MITRE CORPORATION Room 3B251 Burlington Road Bedford, MA 01730 | 8170 | 7287382 | SOURCE |

B.

SCON0000679

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU | | SOURCE OR OBJECT |
| --- | --- | --- | --- |
| | TYPE | SERIAL NO. | |
| IBM CORPORATION<br>K52/803 - ARC<br>650 Harry Road<br>San Jose, California 95120 | RT/PC | 26-0004004 | SOURCE |
| IBM CORPORATION<br>K52/803 - ARC<br>650 Harry Road<br>San Jose, California 95120 | 3081 | 24195 | SOURCE |
| IBM CORPORATION<br>F66/802<br>11400 Burnet Road<br>Austin, Texas 78758 | 8150 | 3677 | SOURCE |
| IBM CORPORATION<br>D22/802<br>11400 Burnet Road<br>Austin, Texas 78758 | 8150 | 26-0004771 | SOURCE |
| IBM<br>D05/802<br>11400 Burnet Road<br>Austin, Texas 78758 | 6150 | 26-0003713 | SOURCE |
| | 6150 | 26-0004030 | SOURCE |
| | 6150 | 26-0004735 | SOURCE |
| | 6330 | 26-0004739 | SOURCE |
| | 6150 | 26-0004039 | SOURCE |
| IBM<br>E82/802<br>11400 Burnet Road<br>Austin, Texas 78758 | 6150 | 4148 | SOURCE |
| IBM<br>F82/802<br>11400 Burnet Road<br>Austin, Texas 78758 | 6150 | 26-0003955 | SOURCE |
| | 6150 | 26-0004038 | SOURCE |

9.

SCON0000680

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170------

LOCATION

| | DESIGNATED CPU | | SOURCE OR |
|---|---|---|---|
| LOCATION | TYPE | SERIAL NO. | OBJECT |
| IBM E50/B02 11400 Burnet Road Austin, Texas 78758 | 6151 | 26-0000059 | SOURCE |
| | 6151 | 26-0000640 | SOURCE |
| | 6151 | 26-0000548 | SOURCE |
| | 6150 | 26-0004741 | SOURCE |
| IBM F57/B02 11400 Burnet Road Austin, Texas 78758 | | | |
| IBM D61/B02 11400 Burnet Road Austin, Texas 78758 | 6150 | 26-0003891 | SOURCE |
| | 6150 | 26-0004759 | SOURCE |
| IBM D77/B02 11400 Burnet Road Austin, Texas 78758 | 6150 | 26-0004323 | SOURCE |
| | 6150 | 26-0003879 | SOURCE |
| | 6150 | 26-0004918 | SOURCE |
| | RT PC | 26-0005325 | SOURCE |
| IBM Dept. 535, H4-D4B 30 Saw Mill River Rd. Hawthorne, NY 10532 | | | |
| IBM CORPORATION 33 Sawmill River Road Hawthorne, New York 10532 | RT/PC | 26-0002135 | SOURCE |
| IBM F57/B02 11400 Burnet Road Austin, Texas 78758 | 6150 | 26-0004955 | SOURCE |

10.

SCON0000681

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU | | SOURCE OR |
| | TYPE | SERIAL NO. | OBJECT |
|---|---|---|---|
| IBM | Masscomp | 323 | SOURCE |
| T. J. Watson Research Center | | | |
| Room 04-222 | | | |
| Route 134 | | | |
| Yorktown Heights, New York  10598 | | | |
| IBM | 6150-26 | 0005234 | SOURCE |
| D98/803 | | | |
| 11400 Burnet Road | | | |
| Austin, TX 78758 | | | |
| IBM CORPORATION | RT/PC | 26-0000710 | SOURCE |
| Industry Systems Product | | | |
| ISP, Bldg. 04 | | | |
| P. O. Box 3332 | | | |
| Danbury, CT 06813 | | | |
| IBM CORPORATION | 6150 | C77 | SOURCE |
| Dept. D73 | 6150 | C214 | SOURCE |
| bldg. 802 | | | |
| 11400 Burnet Road | 6151 | S2112 | SOURCE |
| Austin, Texas 78758 | | | |
| Dept. F57/802 | 6151 | 2060 | SOURCE |
| Austin, TX 78578 | | | |
| | 6151 | 2062 | SOURCE |
| D61/802 | 6150 | 26-0006039 | SOURCE |
| 11400 Burnet Road | | | |
| Austin, TX | | | |
| 4-1B/802 | 6150 | C2675 | SOURCE |
| 11400 Burnet Road | | | |
| Austin, TX | | | |

11.

SCON0000682

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| YORKTOWN HEIGHTS RES. CTR. Bldg. 801, 35-375 Route 134 New York, NY 10598 | SUN 3/180S | 519C0743 | SOURCE |
| IBM - ACSC-7FA 3580 Wilshire Blvd. Suite 1930 Los Angeles, CA 90010 | 6150/020 | 0002876 | SOURCE |
| IBM CORPORATION 101 Main Street, 7th Floor Cambridge, Massachusetts 02142 | 6150 | 8767 | SOURCE |
| | 6151 | 898 | SOURCE |
| | 6151 | 897 | SOURCE |
| | 6151 | 492 | SOURCE |
| | 6151 | 693 | SOURCE |
| | 6151 | 495 | SOURCE |
| | 6150 | 8745 | SOURCE |
| | 6150 | 8475 | SOURCE |
| | 6150 | 6748 | SOURCE |
| IBM 11400 Burnet Road Austin, Texas 78758 | 6151 | 26-D002058 | SOURCE |
| | 6151 | 26-D000174 | SOURCE |
| | 6150 | 26-D005322 | SOURCE |
| | 6150 | 820 | SOURCE |
| | 6150 | 26-D004318 | SOURCE |
| | 6150 | 26-D004785 | SOURCE |
| | 6150 | 26-D008770 | SOURCE |

12.

SCON0000693

012

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM Room CG03 36 Apple Ridge Road Orchard Park Danbury, Connecticut 06810 | PS2/80 | 72-7001026 | SOURCE |
| | 8580-071 | 72-7024948 | SOURCE |
| | 8580-071 | 72-7038857 | SOURCE |
| | 6150-26 | 26-0007691 | SOURCE |
| | 6150-26 | 26-0007698 | SOURCE |
| | 8580-071 | 72-7037198 | SOURCE |
| | PS2/80 | 72-7001654 | SOURCE |
| IBM D74/992 11400 Burnet Road Austin, TX 78758 | 8580-071 | 72-7037755 | SOURCE |
| | 8580-071 | 72-7001503 | SOURCE |
| | 8580-111 | 72-6005819 | SOURCE |
| IBM 11400 Burnet Road Austin, Texas 78758 | 6150 | 26-0004441 | SOURCE |
| | 6150 | 26-0003674 | SOURCE |
| IBM JAPAN, LTD. 5-19, Sanbancho Chiyoda-Ku Tokyo 102, Japan | 6150 | 26-0001096 | SOURCE |
| | 6150 | 26-0003991 | SOURCE |
| IBM T. J. Watson Research Center 27-161 Kitchawan Road, Route 134 Yorktown, New York 10598 | 6150-D01 | 26-0001552 | SOURCE |
| IBM RESEARCH LAB 4 Saumerstr, 8803 Rueschlikon Switzerland | RT | 26-0002220 | SOURCE |

13.

SCON0000684

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIXD System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170-------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM JAPAN 5-19 San Bancho, Chiyod Tokyo, Japan | 6150 | 26-0000887 | SOURCE |
| IBM D73/802 11400 Burnet Road Austin, Teas 78758 | 6150 | 6041 | SOURCE |
| IBM T. J. Watson Research, Center 30 Saw Mill River Road Hawthorne, New York 10532 | 3084 | 024296 | SOURCE |
| IBM ALMADEN RESEARCH LAB 650 Harry Road San Jose, CA 95126 | 6150 6160 | 26-0004870 0000470 | SOURCE SOURCE |
| IBM D73/802 11400 Burnet Road Austin, TX 7575B | 6150 | 3728 | SOURCE |
| IBM JAPAN 5 - 19 San Bancho, Chiyoda-KU Tokyo, Japan | 6150 6150 6150 6150 | 26-0000686 26-0003893 26-0003981 26-0003996 | SOURCE SOURCE SOURCE SOURCE |
| IBM NETWORK SYSTEMS LAB Gaithersburg, MD 20878 | 6150 | 26-0004195 | SOURCE |
| IBM FORUM Box 23006 Isafjordsgaton 39, Kisha Stockholm, Sweden | 6150 | 53-01226 | SOURCE |
| IBM CORPORATION E50/802 11400 Burnet Road Austin, Texas 78758 | 6150 6150 6150 | 26-0005989 26-0003691 26-0006008 | SOURCE SOURCE SOURCE |
| D51/802 | 6150 | 4878 | SOURCE |
| IBM-FSD 708 Quince Orchard Rd. 884/2H20 Gaithersburg, MD 20878 | 6150 | 26-0005531 | SOURCE |

14.

SCON0000685

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX© System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170-·····-

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM CORPORATION F66/802 11400 Burnet Road Austin, Texas 78758 | 6150 | 1050 | SOURCE |
| IBM CORPORATION HO-J23 30 Saw Mill River Road Hawthorne, New York 10532 | SUN 3/180 | 627C0434 | SOURCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION D77/802 11400 Burnet Road Austin, TX 78758 | IBM 6150 | 76-D000046 | SOURCE |
| D73/802 11400 Burnet Road Austin, TX 78658 | IBM 6150 | 6652 | SOURCE |
| IBM FSD 700 Quince Orchard Road Gaithersburg, MD 20878 | IBM 6150 IBM 6150 IBM 6150 IBM 6150 IBM 6150 IBM 6150 | 3592 6640 6638 6148 6642 6639 | SOURCE SOURCE SOURCE SOURCE SOURCE SOURCE |
| IBM CORPORATION Building 803 11400 Burnet Road Austin, Texas 75758 | 332/300 | D003163 | SOURCE |

15.

SCON0000686

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170-------

| LOCATION | DESIGNATED CPU | | SOURCE OR |
| | TYPE | SERIAL NO. | OBJECT |
|---|---|---|---|
| IBM E50/B02 11400 Burnet Road Austin, Texas 76658 | 6150 | 26-0006676 | SOURCE |
| | 6150 | 26-0006649 | SOURCE |
| | 6150 | 26-0006024 | SOURCE |
| | 6150 | 26-0005072 | SOURCE |
| | 6150 | 26-0002434 | SOURCE |
| | 6150 | 26-0002263 | SOURCE |
| | 6150 | 26-0002017 | SOURCE |
| | 6150 | 26-0000342 | SOURCE |
| | 6150 | 26-0000049 | SOURCE |
| IBM 36 Apple Ridge Road Orchard Park Danbury, Connecticut D6B1D | PS/2 8580-071 | 72-7000165 | SOURCE |
| | 8580-071 | 72-7037200 | SOURCE |
| | PS2/80 | 72-7036612 | SOURCE |
| | 8580-071 | 72-7036620 | SOURCE |
| | PS/2 8580-071 | 72-7001619 | SOURCE |
| | PS2/80 | 72-7001648 | SOURCE |
| | 8580-111 | 72-6005512 | SOURCE |
| | PS2/80 | 72-7001738 | SOURCE |
| | 8580-111 | 72-6000054 | SOURCE |
| | PS/2 8580-041 | 72-8001005 | SOURCE |
| | RT PC | A1105007242 | SOURCE |
| | 8580-071 | 72-7037813 | SOURCE |
| | RT PC | A1105001710 | SOURCE |
| | RT PC | A1105004031 | SOURCE |
| | 8580-111 | 72-6005814 | SOURCE |
| | 6150 | 26-0007503 | SOURCE |
| | PS/2 8580-041 | 72-8001051 | SOURCE |
| | RT PC | A1105002618 | SOURCE |
| | PS/2 8580-041 | 72-8001094 | SOURCE |
| | PS2/80 | 72-7001722 | SOURCE |
| IBM D74/892 11400 Burnet Road Austin, TX 76758 | 8580-071 | 72-7038877 | SOURCE |
| | 8580-111 | 72-7001504 | SOURCE |
| | PS/2 8580-071 | 72-7001511 | SOURCE |
| | 6150 | 26-0007501 | SOURCE |
| | 8580 | 72-8001011 | SOURCE |
| | 8580-111 | 72-6000323 | SOURCE |

16.

SCON0000687



INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170-......

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM | 6150 | 0006423 | SOURCE |
| ACIS Development | 6150 | 0006285 | SOURCE |
| 1510 Page Mill Road | 6150 | 0006421 | SOURCE |
| Palo Alto, California 94304 | 6150 | 0006455 | SOURCE |
|  | 6150 | 0006485 | SOURCE |
|  | 6151 | 0000383 | SOURCE |
|  | PS/2 8560-041 | 72-8000336 | SOURCE |
|  | PS/2 8560-041 | 72-8000341 | SOURCE |
|  | PS/2 8560-041 | 72-8000823 | SOURCE |
| 6FR/046 | 8580 | 6008761 | SOURCE |
|  | PS/2 8560-041 | 72-8000634 | SOURCE |
|  | PS/2 8560-041 | 72-8000620 | SOURCE |
|  | PS/2 8560-041 | 72-8900646 | SOURCE |
|  | PS/2 8560-041 | 72-8000677 | SOURCE |
|  | PS/2 8560-041 | 72-8000681 | SOURCE |
|  | PS/2 8560-041 | 72-8000885 | SOURCE |
|  | PS/2 8560-041 | 72-8000700 | SOURCE |
| 6FR/046 | 8580 | 6008341 | SOURCE |
| 6FR/046 | PS/2 8560-041 | 72-8000740 | SOURCE |
|  | 8580 | 6008786 | SOURCE |
| IBM | 6150 | C219 | SOURCE |
| DSP/802 | 6150 | 555 | SOURCE |
| 11400 Burnet Road | 6151 | 106 | SOURCE |
| Austin, Texas 78758 | 6151 | 335 | SOURCE |
|  | 6150 | 0001043 | SOURCE |
|  | 6150 | 0002204 | SOURCE |
|  | 6150 | 0004315 | SOURCE |
|  | 6150 | 0004320 | SOURCE |
|  | 6150 | 0004773 | SOURCE |
|  | 6150 | 0004865 | SOURCE |
|  | 6150 | 0007256 | SOURCE |
|  | 6150 | 0007259 | SOURCE |
|  | 6150 | 0007280 | SOURCE |
|  | 6151 | 0000015 | SOURCE |
|  | 6151 | 0000020 | SOURCE |
|  | 6151 | 0050200 | SOURCE |
|  | 6151 | 0002068 | SOURCE |
|  | 6151 | 0002083 | SOURCE |

17.

SCON0000688

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX© System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 17D------

| LOCATION | TYPE | SERIAL NO. | SOURCE or OBJECT |
|---|---|---|---|
| IBM | S/370-4381 | 14872 | SOURCE |
| H5358 | S/370-3090 | 70853 | SOURCE |
| Palo Alto Scientific Ctr. | | | |
| 1530 Page Mill Road | | | |
| Palo Alto, CA 94304 | | | |
| IBM | MegaOne | PS 4B | SOURCE |
| Building 503-91A | | | |
| Route 52 | | | |
| Hopewell Junction, NY 12533 | | | |
| IBM JAPAN, LTD. | TOP1 | TOP1H001 | SOURCE |
| TRL/Workstation Software | TOP1 | TOP1H002 | SOURCE |
| 6-19, Sanbancho, Chiyoda-ku | TOP1 | TOP1H003 | SOURCE |
| Tokyo 102, Japan | | | |
| IBM | RT PC 6150 | 86-0000729 | SOURCE |
| Yorktown Heights Res. Ctr. | | | |
| Bldg. 801, 36-125 | | | |
| Route 134 | | | |
| New York, NY 10598 | | | |
| IBM CORPORATION | 6151 | 26-0002142 | SOURCE |
| D/355G, Danbury 4 | | | |
| Eagle Rd. & Finance Dr. | | | |
| Danbury, CT 06810 | | | |
| IBM CANADA LTD. | 6050 | 0004386 | SOURCE |
| Laboratory, Tower 1 | | | |
| 895 Don Mills Rd. | | | |
| North York, Ontario | | | |
| Canada M3C 1W3 | | | |
| IBM CORPORATION | PS2/80 | 72-7037824 | SOURCE |
| 36 Apple Ridge Road | PS2/80 | 72-7037822 | SOURCE |
| Danbury, CT 06810 | PS2/80 | 72-7001830 | SOURCE |
| | PS2/80 | 72-7001836 | SOURCE |
| | PS2/80 | 72-7001539 | SOURCE |
| | PS2/80 | 72-7001539 | SOURCE |

18.

SCON0000689

018

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.:  SOFT-00015
SUPPLEMENT NO.:  170------

| LOCATION | DESIGNATED CPU | | SOURCE OR OBJECT |
|---|---|---|---|
| | TYPE | SERIAL NO. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION ESD/BD2 11400 Burnet Road Austin, Texas 78658 | 6153 6153 | 26-0000165 26-0007263 | SOURCE SOURCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION 7th Floor 101 Main Street Cambridge, Massachusetts 02142 | 4067 4067 4067 4067 4067 | 8000-183 8000-213 8000-235 8000-260 8000-840 | SOURCE SOURCE SOURCE SOURCE SOURCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION D73/BD2 11400 Burnet Road Austin, Texas 7875B | 6150 | 26-0002805 | SOURCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION 7th Floor 101 Main Street Cambridge, Massachusetts 02142 | 6150 4067 | 218 8000-566 | SOURCE SOURCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION ACB/BB4 708 Quince Orchard Road Gaithersburg, Maryland 20878 | 6170 6170 6170 8580-071 | 7001533 7010369 7010301 72-7010837 | SOURCE SOURCE SOURCE SOURCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION ESD/BD2 11400 Burnet Road Austin, Texas 78658 | 6150 6150 | 26-0007658 26-0007659 | SOURCE SOURCE |

19.

SCON0000690

INTERNATIONAL BUSINESS MACHINES          ATTACHMENT A
      CORPORATION                        AGREEMENT NO.: SOFT-00016
UNIX® System V, Release 3.2              SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU | | SOURCE OR |
| | TYPE | SERIAL NO. | OBJECT |
|---|---|---|---|
| IBM D11/B02 11400 Burnet Road Austin, TX 78758 | 4341-P12 | 17408 | SOURCE |
| IBM D11/D41 11400 Burnet Road Austin, TX 78758 | 3081 | 021944 | SOURCE |
| IBM D42/B02 11400 Burnet Road Austin, TX 78758 | 6150 | 26-0007263 | SOURCE |
| IBM F66/B02 11400 Burnet Road Austin, TX 78758 | 6150 | 26-0009276 | SOURCE |
| IBM E92/B02 11400 Burnet Road Austin, TX 78758 | 6150 | 26-0004313 | SOURCE |
| IBM D73/B02 11400 Burnet Road Austin, TX 78758 | 6150 | 7475 | SOURCE |

20.

SCON0000691

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM ACIS Development, MS 35A 1510 Page Mill Road Palo Alto, CA 94304 | 6150 | 0001650 | SOURCE |
| IBM HAIFA RESEARCH GROUP Israel Scientific Center Haifa, Israel | 6150 | 53-D1174 | SOURCE |
| IBM B85/432 656 Quince Orchard Plaza Gaithersburg, MD 20878 | 6170 6170 | 6111742 0074725 | SOURCE SOURCE |
| LOCUS COMPUTING CO. 3330 Ocean Park Blvd. Santa Monica, CA 95304 | 6150 | 0001814 | SOURCE |
| IBM CORPORATION D36/802 11400 Burnet Road Austin, TX 78758 | 6150 | 26-0002034 | SOURCE |
| IBM CORPORATION F67/802 11400 Burnet Road Austin, TX 78758 | 6150 | 26-0007872 | SOURCE |
| IBM CORPORATION 28-D5-10 3503 LBJ Freeway Dallas, TX 75234 | 6150-25 | 26-0001203 | SOURCE |
| IBM CORPORATION 28-D5-10 3503 LBJ Freeway Dallas, TX 75234 | 6170 | 0001012 | SOURCE |
| IBM d85/445 656 Quince Orchard Plaza Gaithersburg, MD 20878 | 6150 | 72-80Z5822 | SOURCE |

21.

SCON0000692

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU | | SOURCE OR OBJECT |
|---|---|---|---|
| | TYPE | SERIAL NO. | |
| IBM CORPORATION<br>ACIS Development<br>1510 Page Mill Road<br>Palo Alto, CA 94304 | 6150 | 0005420 | SOURCE |
| IBM CORPORATION<br>26-05-10<br>1503 LBJ Freeway<br>Dallas, TX 75234 | DEC VAX† | BT15813 | SOURCE |
| METAWARE INC.<br>903 Pacific Ave.<br>Santa Cruz, CA 95060 | 6150 | 0001163 | SOURCE |
| INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>3700 Bay Area Boulevard<br>Houston, Texas 77058 | 6150 | 26-0000106 | SOURCE |
| INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>3700 Bay Area Boulevard<br>Houston, Texas 77058 | 6150 | 26-0000350 | SOURCE |
| INTERACTIVE SYSTEMS CORP.<br>441 Stuart Street<br>Boston, MA 02116 | 6150<br>6150<br>6151<br>6150<br>6150<br>6150 | 26-0000018<br>26-0000012<br>26-0000029<br>26-0000019<br>26-0000013<br>26-0000017 | SOURCE<br>SOURCE<br>SOURCE<br>SOURCE<br>SOURCE<br>SOURCE |
| IBM FSD<br>302/076<br>9500 Godwin Drive<br>Manassas, VA 22110 | RTPC | 889 | SOURCE |
| INTERACTIVE SYSTEMS CORP.<br>2950 Wilderness Place, Suite B<br>Boulder, Colorado 80301 | 6150<br>6150<br>6150<br>6150<br>6150 | 26-0000281<br>26-0000641<br>26-0000014<br>26-0000021<br>26-0000646 | SOURCE<br>SOURCE<br>SOURCE<br>SOURCE<br>SOURCE |
| INTERACTIVE SYSTEMS CORP.<br>2401 Colorado Blvd.<br>Santa Monica, CA 95404 | 6150<br>6150 | 26-0000282<br>26-0000645 | SOURCE<br>SOURCE |

†DEC VAX is a trademark of Digital Equipment Corporation.

22.

SCON0000693

022

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170......

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| INTERACTIVE SYSTEMS CORP. | 6150 | 2087 | SOURCE |
| 2950 Wilderness Place | 6150 | 6081 | SOURCE |
| Boulder, Colorado 80301 | 6150 | 6082 | SOURCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION Building DOS-3, Room F302 1000 NW 51st Street Boca Raton, Florida 33432 | PC/XT | 0000358170 | SOURCE |
| IBM H3-C26 30 Saw Mill Riv Rd., Rt 9A Hawthorne, NY 10532 | 6150-D20 | 26-D000370 | SOURCE |
| IBM | 4391 R13 | 8282698 | SOURCE |
| D74/922 | 5570 | 97-60008 | SOURCE |
| 11400 Burnet Road | 5570 | 97-D0089 | SOURCE |
| Austin, TX 78758 | 5570 | 97-D0191 | SOURCE |
|  | 5570 | 97-D0190 | SOURCE |
| IBM | 6150 | D007223 | SOURCE |
| ACIS Development, MS 36A | 6150 | D007569 | SOURCE |
| 1510 Page Mill Road | 6150 | D006971 | SOURCE |
| Palo Alto, CA 94304 | 6150 | D007587 | SOURCE |
|  | 6150 | D007226 | SOURCE |
|  | 6150 | D007221 | SOURCE |
| IBM | 6150 | D000142 | SOURCE |
| ACIS Development, 6FR/D46 | 6150 | D002424 | SOURCE |
| 1510 Page Mill Road | 6150 | D004608 | SOURCE |
| Palo Alto, Calif. 94304 | 6150 | D004820 | SOURCE |
|  | 6150 | D005554 | SOURCE |
|  | 6150 | D005669 | SOURCE |
|  | 6150 | D005844 | SOURCE |
|  | 6150 | D004203 | SOURCE |
| IBM | 6150 | 26-D007472 | SOURCE |
| 357/992 | 6150 | 26-D007585 | SOURCE |
| 11400 Burnet Road | 6150 | 26-D004695 | SOURCE |
| Austin, TX 78758 |  |  |  |

23.

SCON0000694

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00036
SUPPLEMENT NO.: 170-------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM<br>DS6/992<br>11400 Burnet Road<br>Austin, TX 78758 | RTPC | 327 | SOURCE |
| IBM<br>Cambridge Scientific Ctr<br>101 Main Street<br>Cambridge, MA 01778 | 3801 | 022664 | SOURCE |
| EDINBURGH UNIVERSITY COMP SVC<br>Kings Building, Mayfield Road<br>Edinburgh, Scotland | 6151-115 | 53-10206 | SOURCE |
| INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>CD-1D, Danbury 1<br>36 Apple Ridge Road<br>Danbury, Connecticut 06810 | 8580-111 | 72-8000323 | SOURCE |
| INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>D/355G, Danbury 4<br>Eagle Road & Finance Drive<br>Danbury, Connecticut 06810 | 6150 | 26-0000712 | SOURCE |
| INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>F13/992<br>Austin, Texas 78758 | 6150 | 26-0007466 | SOURCE |
| IBM<br>ACIS Development, 6FR/046<br>1510 Page Mill Road<br>Palo Alto, CA 94304 | 6150<br>6150<br>6150<br>8550<br>8560<br>8560 | 0006977<br>0007269<br>0007586<br>B071849<br>B000316<br>B000317 | SOURCE<br>SOURCE<br>SOURCE<br>SOURCE<br>SOURCE<br>SOURCE |
| IBM<br>D98/803<br>11400 Burnet Road<br>Austin, TX 78758 | 6150/26 | 0007429 | SOURCE |
| IBM<br>36 Apple Ridge Road<br>Danbury, CT 06810 | P52/80<br>P52/80 | 72-7037771<br>72-8001035 | SOURCE<br>SOURCE |

24.

SCON0000695

**024**

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIXO System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-D0016
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM CORP. Building 820 - Room W104 Boca Raton, Florida .33432 | PC AT | 51745115170 | SOURCE |
| IBM CORP. P. O. Box 1328 Dept. 6R6 Building 237/E128 Boca Raton, Florida 33429 | PC AT | 0001115 | SOURCE |
| IBM Canada, Ltd. 4th Floor 701 West Georgia Vancouver, BC V7Y1B1 | PS2/60 | 78-3010259 | SOURCE |
| IBM CORP. 708 Quince Orchard Road Gaithersburg, Maryland 20878 | 5170 5170 5170 | 5111907 5111948 5111750 | SOURCE SOURCE SOURCE |
| IBM CORP. Palo Alto Scientific Center 1530 Page Mill Road Palo Alto, California 94304 | 11/750 | BT07270 | SOURCE |
| IBM E1B/802 11400 Burnet Rd. Austin, TX 78758 | 6150 | 25-0008740 | SOURCE |

25.

SCON0000696

025

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM CORP.<br>11400 Burnet Road<br>Austin, Texas 78758 | AIWA<br>AIWA | 44<br>152 | SOURCE<br>SOURCE |
| IBM CORP.<br>Building 041<br>11400 Burnet Road<br>Austin, Texas 78758 | IBM 4381 | 11120 | SOURCE |
| IBM CORP.<br>D73/802<br>11400 Burnet Road<br>Austin, Texas 78758 | 6150 | 3859 | SOURCE |
| IBM CORP.<br>Building 803 - Room 4E-55<br>11400 Burnet Road<br>Austin, Texas 78758 | PC AT | 9575179 | SOURCE |
| IBM CORP.<br>3C-19, Building 802<br>11400 Burnet Road<br>Austin, Texas 78758 | PC/XT | 0042229 | SOURCE |
| IBM CORP.<br>Building 802<br>11400 Burnet Road<br>Austin, Texas 78758 | AIWA | MYT333 | SOURCE |
| IBM CORP.<br>11400 Burnet Road<br>Dept. 045<br>Office 3A5, Building 802<br>Austin, Texas 78758 | RT PC | 26-0002089 | SOURCE |
| IBM<br>D98/803<br>11400 Burnet Road<br>Austin, TX 87858 | 6150-25 | 0007677 | SOURCE |
| IBM<br>E18/802<br>11400 Burnet Rd.<br>Austin, TX 78758 | 6150 | 26-0004052 | SOURCE |

- 26 -

SCON0000697

026

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170-------

| LOCATION | DESIGNATED CPU TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| COMPUTERIZED OFFICE SERVICES, INC. 313 North 1st Street Ann Arbor, Michigan 48103 | IBM SERIES 1 IBM SERIES 1 | 2721059 2727987 | SOURCE SOURCE |
| LOCUS COMPUTING CORP. 3330 Ocean Park Blvd. Santa Monica, CA 95304 | 6150 | 0000B7W | SOURCE SOURCE |
| UNIVERSITY OF ZUERICH Institute of Informatics Winterthurerstr. 190 8057 Zuerich Switzerland | 4361 | 074205 | SOURCE |
| INTERACTIVE SYSTEMS CORP. 1212 Seventh Street Santa Monica, California 90401 | 4361 PC PC/XT | 10034 0011035 0007892 | SOURCE SOURCE SOURCE |
| IBM W/333/1D5/TOR 405 Westfield North York, Ontario M3B 3L9 Canada | 6150-115 | 53-00201 | SOURCE |
| IBM JAPAN, LTD. 5-18, Sanban-cho Chiyoda-ku Tokyo 3DZ, Japan | 3081-X3Z | 9770121 | SOURCE |
| IBM CORP. 30 Sawmill River Road Route 9A, Dept. 535, HR-D4B Hawthorne, New York 10532 | RT PC | 26-0002433 | SOURCE |
| IBM Japan 18-24 Tsukiji 7-chome Chuo-ku, Tokyo 104, Japan | 6150-125 | 20912330 | SOURCE |

27.

SCON0000698

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170-------

| LOCATION | TYPE | SERIAL NO. | SOURCE OR OBJECT |
|----------|------|------------|------------------|
| IBM JAPAN, LTD.<br>Alaska Twin Tower<br>Main Building<br>17022 Alaska 2-chome<br>Minato-ku, Tokyo, 107 Japan | 4956 | 0018992 | SOURCE |
| IBM JAPAN, LTD.<br>Science Institute<br>5-19, Sanban-cho<br>Chiyoda-ku, Tokyo 102, Japan | RT PC<br>6150-025 | 26-0001098 | SOURCE |
| IBM SCIENTIFIC CENTER<br>Tiergartenstrasse<br>D-6900<br>Heidelberg<br>Federal Republic of Germany | 3081 | 8101720 | SOURCE |
| IBM CORPORATION<br>1701 North Fort Myer Drive<br>Arlington, VA 22209 | PC AT | 0002592 | SOURCE |
| IBM CORPORATION<br>3208 Vestal Parkway East<br>Vestal, NY 13850 | 4381 | 11896 | SOURCE |
| IBM CORPORATION<br>D/43K/663-1 | FUN 2/120 | 523C069 | SOURCE |
| Hwy. 52nd & 32nd St.<br>Rochester, MI 55901 | RT PC | 385 | SOURCE |
| UNIVERSITY OF CALIFORNIA<br>BERKELEY<br>College of Engineering<br>Cory Hall, 5th Floor<br>Berkeley, CA 94720 | 6150 | 26-0008365 | SOURCE |
| IBM CORPORATION<br>Almaden Research Center<br>K52/82-411<br>650 Harry Rd.<br>San Jose, CA 95125 | 6150 | 0000817 | SOURCE |
| IBM<br>DOS/802 | 6150 | 26-0007634 | SOURCE |
| 11400 Burnet Rd.<br>Austin, TX 75758 | 6150 | 26-0002256 | SOURCE |

. 28.

SCON0000699

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170-------

| LOCATION | TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM CORPORATION<br>E92/802<br>11400 Burnet Rd.<br>Austin, TX 78758 | 6150 | 26-0003689 | SOURCE |
| MERIT, INC.<br>University of Michigan<br>1075 Beal Ave.<br>Ann Arbor, MI 48109 | 6150 | 000009080 | SOURCE |
| IBM CORPORATION<br>6FR/046<br>1510 Page Mill Rd.<br>Palo Alto, CA 94304 | 9370<br>8580<br>8580 | 0040403<br>6007130<br>6007708 | SOURCE<br>SOURCE<br>SOURCE |
| IBM CORPORATION<br>T. J. Watson Research Ctr.<br>N4-D48<br>30 Saw Mill River Rd.<br>Hawthorne, NY 10532 | 4341 | 010182 | SOURCE |
| INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>D94/802<br>11400 Burnet Road<br>Austin, Texas 78759 | 6150 | 0004910 | SOURCE |
| ARGONNE NATIONAL LAB<br>Bldg. 221, Room C-232<br>9700 South Cass Avenue<br>Argonne, Illinois 60439 | 6150 | 26-0003727 | SOURCE |
| IBM Japan<br>TS-556, Eng Sys<br>18-24, Tsukiji 7-chome<br>Chuo-ku, Tokyo 104<br>Japan | 6150 | E320027 | SOURCE |

30.

SCON0000700

029

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX© System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-D0015
SUPPLEMENT NO.: 170-......

| Location | DESIGNATED CPU, Type | Serial No. | Source or Object |
|----------|----------------------|------------|------------------|
| INTERNATIONAL BUSINESS MACHINES CORPORATION T. J. Watson Research Center 31-14D Kitchawan Road (Route 134) Yorktown Heights, NY 10598 | 6150 | 26-0000500 | SOURCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION 28-230, Building 801 Kitchawan Road (Route 134) Yorktown Heights, NY 10598 | 6150 | 26-0002337 | SOURCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION E-18/802 11400 Burnet Road Austin, Texas 78758 | 6150 | 26-0001422 | SOURCE |
| | 6150 | 26-0002034 | SOURCE |
| | 6150 | 26-0003881 | SOURCE |
| | 6150 | 26-0004843 | SOURCE |
| | 6150 | 26-0004875 | SOURCE |
| Address: IBM 6FL/Milford-Annex 48 Wellington Road Milford, CT 06460 | 6151-115 | 0000416 | SOURCE |
| Address: IBM 6FL/Milford-Annex 48 Wellington Road Milford, CT 06460 | 6151-115 | 0000417 | SOURCE |

31.

SCON0000701

030

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX© System V, Release 3.2



| Location | DESIGNATED CPU: Type | Serial No. | SOURCE OR OBJECT |
|---|---|---|---|
| Address:<br>IBM<br>6FL/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-115 | 0000594 | SOURCE |
| Address:<br>IBM<br>6FL/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-115 | 0004229 | SOURCE |
| Address:<br>IBM<br>6FL/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-115 | 0004395 | SOURCE |
| Address:<br>IBM<br>6FL/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-115 | 0004847 | SOURCE |

32.

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170------

| Location | DESIGNATED CPU: Type | Serial No. | Source or Object |
|---|---|---|---|
| Address: IBM 6FL/Milford-Annex 48 Wellington Road Milford, CT 06460 | 6151-115 | 0005921 | SOURCE |
| Address: IBM 6FL/Milford-Annex 48 Wellington Road Milford, CT 06460 | 6151-115 | 0005948 | SOURCE |
| Address: IBM 6FL/Milford-Annex 48 Wellington Road | 6151-115 | 0005975 | SOURCE |
| Address: IBM 48W34/Milford-Annex 48 Wellington Road Milford, CT 06460 | 6151-115 | 0000289 | SOURCE |



33.

SCON0000703

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170------

| Location | DESIGNATED CPU Type | Serial No. | SOURCE or OBJECT |
|---|---|---|---|
| Address: IBM 48W33/Milford-Annex 48 Wellington Road Milford, CT 06460 | 6151-115 | 0000290 | SOURCE |
| Address: IBM 48W37/Milford-Annex 48 Wellington Road Milford, CT 06460 | 6151-115 | 0003831 | SOURCE |
| Address: IBM 48W37/Milford-Annex 48 Wellington Road Milford, CT 06460 | 6151-115 | 0000030 | SOURCE |
| Address: IBM 58W31/Milford-Annex 48 Wellington Road Milford, CT 06460 | 6151-115 | 0000168 | SOURCE |

34.

SCON0000704

033

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170------

| Location | DESIGNATED CPUs | | SOURCE OR OBJECT |
| | Type | Serial No. | |
|----------|------|-----------|------|
| Address:<br>IBM<br>48W36/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-115 | 0000294 | SOURCE |
| Address:<br>IBM<br>48W39/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-115 | 0000296 | SOURCE |
| Address:<br>IBM<br>48W38/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-115 | 0000295 | SOURCE |
| Address:<br>IBM<br>6FL/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-115 | 0000320 | SOURCE |

35.

SCON0000705

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX System V, Release 3.2

AGREEMENT NO.: SOFT-D0018
SUPPLEMENT NO.: 170------

| Location | DESIGNATED CPUs Type | Serial No. | SOURCE OBJECT |
|---|---|---|---|
| Address:<br>IBM<br>6FL/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-315 | 0000419 | SOURCE |
| Address:<br>IBM<br>6FL/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-315 | 0000292 | SOURCE |
| Address:<br>IBM<br>4UN35/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-315 | 0000291 | SOURCE |
| Address:<br>IBM<br>4UN39/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-315 | 0000591 | SOURCE |
| Address:<br>IBM<br>4UN38/Milford-Annex<br>48 Wellington Road<br>Milford, CT 06460 | 6151-315 | 0000593 | SOURCE |

36.

SCON0000706

035

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00016
SUPPLEMENT NO.: 170-------

| Location | DESIGNATED CPU: | | SOURCE |
|---|---|---|---|
| | Type | Serial No. | OBJECT |
| **Address:** | | | |
| IBM Japan, Ltd. | 3081-KX3 | 0770788 | SOURCE |
| Tokyo Research Lab | | | |
| 5-19 Sanbancho, Chiyoda-ku | | | |
| Tokyo 102, Japan | | | |
| | | | |
| **Address:** | | | |
| LOCUS COMPUTING CORP. | PS2/8580 | 2067 | SOURCE |
| 9800 LaCienega Blvd. | | | |
| Inglewood, CA 90301 | | | |
| | 8580-071 | 72-7003510 | SOURCE |
| | 8580-071 | 72-7003513 | SOURCE |
| | 8580-041 | 72-8003023 | SOURCE |
| | 8580-041 | 72-8003031 | SOURCE |
| | 8580-041 | 72-8003320 | SOURCE |
| | | | |
| IBM | 8350 | 6681 | SOURCE |
| D29/902 | | | |
| 11400 Burnet Road | | | |
| Austin, TX 78758 | | | |



37.

SCON0000707

**036**

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX© System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170-------

| Location | DESIGNATED CPUs Type | Serial No. | Source or Object |
|---|---|---|---|
| IBM D59/802 11400 Burnet Road Austin, TX 78759 | 6150 | 7679 | SOURCE |
| Address: IBM D73/802 11400 Burnet Road Austin, TX 78758 | 6150 | 0008645 | SOURCE |
| IBM D38/802 11400 Burnet Road Austin, TX 78758 | 6150 | 7252 | SOURCE |
| IBM D29/802 11400 Burnet Road Austin, TX 78758 | 6150 | 6031 | SOURCE |



38.

SCON0000708

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170------

| Location | DESIGNATED CPUs Type | Serial No. | Source or Object |
|---|---|---|---|
| IBM D74/992 11400 Burnet Road Austin, TX 78758 | 8580-311 | 6503255 | SOURCE |
| | 8580-311 | 6503262 | SOURCE |
| | 8580-311 | 6503263 | SOURCE |
| | 8580-311 | 6503296 | SOURCE |
| | 8580 | 7037534 | SOURCE |
| | 8580 | 7037103 | SOURCE |
| | 8580 | 7038526 | SOURCE |
| | 8580 | 7038799 | SOURCE |
| Address: The Center of Mathmatics and Computer Science Kruislaan 413 Amsterdam 1098SJ Netherlands | 6150-325 | 6310313 | SOURCE |
| IBM F13/992 11400 Burnet Rd. Austin, TX 78758 | 6150 | 6675 | SOURCE |
| IBM WG3/BBE 656 Quince Orchard Plaza Gaithersburg, MD 20878 | 8580 | 72-8026704 | SOURCE |
| | 8580 | 72-7001787 | SOURCE |

39.

SCON0000709

038

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX System V, Release 3.2

| Location | DESIGNATED CPU | | SOURCE |
|---|---|---|---|
| | Type | Serial No. | OBJECT |
| IBM Japan, Ltd. (ACXB) | 6150/125 | 5300782 | SOURCE |
| Sumitomo Shibadaimon Bldg, 5-3 | 6150/135 | 5302323 | SOURCE |
| Shibadaimon 2-chome, Minato-ku | 6150/125 | 5302333 | SOURCE |
| Tokyo 105, Japan | 6150/125 | 5302097 | SOURCE |
| | 6150/125 | 5302893 | SOURCE |
| | 6150/125 | 5303045 | SOURCE |
| | 6150/135 | 5303066 | SOURCE |
| | 6150/125 | 5302894 | SOURCE |
| | 6150/125 | 5312406 | SOURCE |
| | 6150/125 | 5310611 | SOURCE |
| | 6150/125 | 5301910 | SOURCE |
| IBM Japan, Ltd | 8570 | 97-31069 | SOURCE |
| .kyo Research Lab | | | |
| 5-19, Sanbancho, Chiyoda-ku | | | |
| Tokyo 102, Japan | | | |
| IBM | 9580-111 | 72-6020308 | SOURCE |
| DT0/992 | 9580-111 | 73-6020307 | SOURCE |
| 11400 Burnet Road | 9580-111 | 72-6020620 | SOURCE |
| Austin, TX 78758 | 9580-111 | 72-6020464 | SOURCE |
| .YI | 8570 | 97-31301 | SOURCE |
| Japan, Ltd. | | | |
| Tokyo Research Laboratory | | | |
| 5-19 Sanbancho, Chiyoda-ku | | | |
| Tokyo 102, Japan | | | |
| Address: | 6150-125 | 26-0011495 | SOURCE |
| IBM | | | |
| Dept IAS B18 400/045 | | | |
| 9500 Godwin Drive | | | |
| Manassas, VA 22110 | | | |
| Address: | 6150 | 26-0001869 | SOURCE |
| IBM | | | |
| D554/B700 | | | |
| 30 Saw Mill River Road | | | |
| Hawthorne, NY 10590 | | | |

40.

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX® System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170-·····

| LOCATION | TYPE | SERIAL NO. | SOURCE OBJECT |
|---|---|---|---|
| IBM<br>D514/B79D<br>30 Saw Mill River Rd.<br>Hawthorne, NY 10598 | 6150 | 26-0001569 | SOURCE |
| IBM<br>D514/B79D<br>30 Saw Mill River Rd.<br>Hawthorne, NY 10598 | 6150 | 26-0002360 | SOURCE |
| IBM<br>D514/B79D<br>30 Saw Mill River Rd.<br>Hawthorne, NY 10598 | 6150 | 26-0006289 | SOURCE |
| IBM<br>D91/803<br>11400 Burnet Rd.<br>Austin, TX 78758 | B580-111 | 6012670 | SOURCE |
|  | B580-111 | 6000870 | SOURCE |
|  | 6150 | .4625 | SOURCE |
|  | 6150 | 173 | SOURCE |
|  | 6150 | 2246 | SOURCE |
|  | 6150 | 634 | SOURCE |
| INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>Department 765/615-3<br>3000 River Road<br>Essex Junction, Vermont 05452 | 6150-0002 | 26-0041240 | SOURCE |
| IBM-Japan, Ltd.<br>Tokyo Research Lab.<br>5-19 Sanbancho<br>Chiyoda-ku<br>Tokyo 102, Japan | P52/80<br>P52/80<br>P52/80<br>P555/5570 | 72-7016092<br>72-7018213<br>72-7016310<br>97-01529 | SOURCE<br>SOURCE<br>SOURCE<br>SOURCE |

41.

SCON0000711

INTERNATIONAL BUSINESS MACHINES
CORPORATION
UNIX System V, Release 3.2

ATTACHMENT A
AGREEMENT NO.: SOFT-00015
SUPPLEMENT NO.: 170-——

| LOCATION | TYPE | SERIAL NO. | SOURCE OR OBJECT |
|---|---|---|---|
| IBM<br>640/992<br>11400 Burnet Rd.<br>Austin, TX 78758 | 6150 | 09415 | SOURCE |
| IBM<br>F57/992<br>11400 Burnet Rd.<br>Austin, TX 78758 | 6150 | 7657 | SOURCE |
| IBM<br>F13/992<br>11400 Burnet Rd.<br>Austin, TX 78758 | 6150 | 6043 | SOURCE |
| IBM<br>D98/D20<br>11400 Burnet Rd.<br>Austin, TX 78758 | 6150 | D005185 | SOURCE |
| IBM<br>D98/B20<br>11400 Burnet Rd.<br>Austin, TX 78758 | P52/80 | 72-B001003 | SOURCE |
| IBM CORPORATION<br>ACIS Development, MS<br>36A<br>1510 Page Mill Road<br>Palo Alto, CA<br>94304 | 6151 | 0000201 | SOURCE |
| IBM<br>D61/B02<br>11400 Burnet Road<br>Austin, TX 78758 | 6150 | 2021 | SOURCE |

In addition to the terms and conditions set forth in the
Upgrade Schedule for Upgrades from UNIX System V, Release
3.1 to UNIX System V, Release 3.2 or from UNIX System V,
Release 3.1 International Edition to UNIX System V,
Release 3.2 International Edition, all the terms and
conditions of Supplement Number 47 to Software Agreement
Number SOFT-00015 are applicable to UNIX System V, Release
3.2, except that notwithstanding Section 4 to the Schedule
for UNIX System V, Release 3.0 or UNIX System V, Release 3.0
International Edition, no right to sublicense UNIX System V,
Release 3.2 is granted unless and until AT&T-IS confirms in
writing that the rights for such SOFTWARE PRODUCT are
extended to include sublicensing rights.

42.

SCON0000712

041

041489-092088

Upgrade Schedule for
Upgrades from UNIX* System V, Release 3.1
to UNIX System V, Release 3.2 or from
UNIX System V, Release 3.1 International Edition**
to UNIX System V, Release 3.2 International Edition**
September 20, 1988

1. Fees

   (a) Upgrade Fees

       From UNIX System V, Release 3.1 or UNIX System V,          US$ 6,000
       Release 3.1 International Edition

   (b) Distribution fee for each additional copy of this          US$ 2,000
       SOFTWARE PRODUCT

   (c) The fees specified in items 1(a) and (b) above are
       subject to change upon ninety (90) days notice.

2. Documentation Furnished

   (a) Printed Documentation

       AT&T 3B2 Computer UNIX System V Release 3.2

       - Release Notes
       - Update to System Administrator's Guide
       - Update to User's Reference Manual
       - Update to System Administrator's Reference Manual
       - Framed Access Command Environment User's Guide
       - User Interface Utilities Release Notes
       - Form and Menu Language Interpreter Programmer's Guide
       - 2K File System Utilities 1.2 Release Notes
       - Network Support Utilities Programmer's Guide
       - Update to the STREAMS Programmer's Guide
       - Remote File Sharing Utilities 1.2 Release Notes
       - Remote File Sharing Utilities Update to the System
         Administrator's Guide
       - Update to the User's Guide
       - Update to the Programmer's Guide
       - Update to the Programmer's Reference Manual
       - Update to System V Porting Rules
       - Addendum to System V Porting Rules
       - System Performance Analysis Utilities Guide

       AT&T UNIX System V, Release 3.2 Source Code Provision Release Notes

       *UNIX is a registered trademark of AT&T in the USA and other countries.
       **Furnished to LICENSEES outside the United States.

SCON0000713

Upgrade Schedule for
Upgrades from UNIX* System V, Release 3.1
to UNIX System V, Release 3.2 or from
UNIX System V, Release 3.1 International Edition**
to UNIX System V, Release 3.2 International Edition**
September 20, 1988

2. Documentation Furnished (Continued)

(b) LICENSEE may reproduce no more than two (2) copies of the printed documentation per DESIGNATED CPU. Additional copies may be reproduced only upon execution of a Supplement for UNIX System V, Release 3.2 - Documentation Reproduction Provisions and payment of the appropriate fees.

(c) AT&T UNIX System V, Release 3.2 Source Code Provisions Release Notes and AT&T 3B2 Computer UNIX System V, Release 3.2 - Addendum to System V Porting Rules are proprietary to AT&T and are only available to source code licensees for UNIX System V, Release 3.2 of UNIX System V, Release 3.2 International Edition.

3. COMPUTER PROGRAMS Furnished

The COMPUTER PROGRAMS listed in this section will be supplied on nine track, 1600 BPI magnetic tape or data cartridge for the AT&T 3B2/400.

Source code administration - includes the following directories and their associated files:

          /etc/syslist
          /etc/updlist
          /etc/rlist

4. Sublicensing (under a Sublicensing Agreement)

(a) The following documents are proprietary to AT&T and may not be distributed with a SUBLICENSED PRODUCT:

· AT&T UNIX System V, Release 3.2 Source Code Provision Release Notes

· AT&T 3B2 Computer UNIX System V, Release 3.2 - Addendum to System V Porting Rules

SCON0000714

043

041488-D92088

Upgrade Schedule for
Upgrades from UNIX® System V, Release 3.1
to UNIX System V, Release 3.2 or from
UNIX System V, Release 3.1 International Edition**
to UNIX System V, Release 3.2 International Edition**
September 20, 1988

(b)     Not more than two (2) copies of the permitted printed
documentation may be reproduced and distributed with each copy of
a SUBLICENSED PRODUCT without execution of a Supplement for UNIX
System V, Release 3.2 Documentation Reproduction Provision and
payment of the appropriate fees.

(c)     The sublicensing per-copy fee specified in Section 3 of the
Schedule for UNIX System V, Release 3.0 or UNIX System V, Release
3.1, as applicable, is waived if a SUBLICENSED PRODUCT based on
UNIX System V, Release 3.2 is provided as an upgrade to a
SUBLICENSED PRODUCT based on UNIX System V, Release 3.0 or UNIX
System V, Release 3.1 previously distributed and paid for.

SCON0000715

044

EXHIBIT 13

EXHIBIT E

INTERNATIONAL BUSINESS MACHINES CORPORATION
THE SANTA CRUZ OPERATION, INC.
NOVELL, INC.

Amendment No. X to Software Agreement SOFT-00015 as amended,
Sublicensing Agreement SUB-00015A as amended,
Software Agreement SOFT-00015 Supplement No. 170 as amended,
and Substitution Agreement XFER-00015B

This amendment ("Amendment No. X") is between International Business Machines Corporation, a New York corporation, with a place of business at Old Orchard Road, Armonk, New York 10504 ("IBM"), The Santa Cruz Operation, Inc. ("SCO") with a place of business at 400 Encinal Street, Santa Cruz, California 95061-1900, and Novell, Inc., a Delaware corporation, with a place of business at 2180 Fortune Drive, San Jose, California 95131 ("Novell"). This Amendment No. X becomes effective when executed by an authorized representative of Novell, SCO, and IBM (the "Effective Date").

RECITALS

AT&T Technologies, Inc. ("AT&T") and IBM entered into various software license agreements concerning the Software Product UNIX System V, Release 3.2, which are Software Agreement SOFT-00015 as amended, Sublicensing Agreement SUB-00015A as amended, Software Agreement SOFT-00015 Supplement No. 170 as amended (or any other Supplements that pertain to prior versions or releases of the Software Product), and Substitution Agreement XFER-00015B (the "Related Agreements"). Novell acquired AT&T's rights under the Related Agreements. In an agreement between Novell and SCO dated September 19, 1995 (the "Asset Purchase Agreement"), SCO purchased, and Novell retained, certain rights with respect to the Related Agreements. In an effort to simplify the royalty requirements contained in the Related Agreements, the following modifications to the terms and conditions of the Related Agreements have been mutually agreed by the parties. Capitalized terms in this Amendment will have the meanings assigned to them in this Amendment No. X. All capitalized terms not defined herein will have the meanings assigned to them in the Related Agreements and such defined terms in the Related Agreements appear in all capitalized letters.

AMENDMENT NO. X

Novell, SCO, and IBM agree as follows:

1    No Additional Royalty.  Upon payment to SCO of the consideration in the section entitled "Consideration", IBM will have the irrevocable, fully paid-up, perpetual right to exercise all of its rights under the Related Agreements beginning January 1, 1996 at no additional royalty fee.  However, if IBM requests delivery of additional copies of source code of the

CALEGALTRANSFERIBMTHREEWAYS                                     1

SCON0000657

001

Software Product, IBM will pay the fees listed under Section 1(b) of Soft-00015 Supplement No. 170. Notwithstanding the above, the irrevocable nature of the above rights will in no way be construed to limit Novell's or SCO's rights to enjoin or otherwise prohibit IBM from violating any and all of Novell's or SCO's rights under this Amendment No. X, the Related Agreements, or under general patent, copyright, or trademark law.

2    *Relief of 2.05(b) and 2.05(c) of SUB-00015A; Sublicensing of Software Products (Source).*

2.1    *Contractors.* Subject to the limitations set forth below in Section 3, Section 2.05(b) and the second sentence of Section 2.05(c) will not apply to contractors to whom IBM provides Software Products, provided that: (i) any use of such Software Products by such contractor is solely for Authorized Purposes in support of the contractor's distribution and support of Sublicensed Products; and (ii) if any such contractor is not a source code licensee for the relevant version of Software Product and previous releases, IBM will require such contractor to certify in writing to SCO, upon SCO's request, that any use by such contractor of such source code is as a contractor of IBM. For the purposes of this exemption, "Authorized Purpose" means making modifications to the Software Products, and furnishing such modifications to IBM and/or distribution of such modifications of Sublicensed Products in binary form by the contractor to customers directly or through other Distributors, provided that such modifications are not for purposes of adaptation of Sublicensed Products to other system manufacturers' hardware systems and are solely to: (i) adapt the Sublicensed Products to support unique hardware features or devices (e.g. specialized graphics, adapters, or displays) intended for use in vertical applications; or (ii) provide fixes to customers of the Sublicensed Product.

2.2    *Customers.* Subject to the limitations set forth below in Section 3, a customer to whom IBM provides a Software Product for use in support of the customer's use of the Sublicensed Product received from IBM directly or through IBM's Distributors shall be deemed to be a contractor of IBM. If the customer's use of the Software Product otherwise complies with the requirements of paragraph 3 of the February 1, 1985 amendment to SOFT-00015. This Section 2.2 neither expands or restricts such customers' right, if any, to distribute Software Products or Sublicensed Products.

3    *Source Code Library.* The following Section 3 of this Amendment applies to activities contemplated by Section 2 of this Amendment only and does not apply to or obligate IBM with respect to activities described elsewhere in the Related Agreements. IBM may license a Software Product in source code form to an eligible contractor or customer for such contractor's or customer's use in accordance with Section 2 (hereinafter referred to

CALEGALLYTRANSFERUBMYNOXEBWAY.S

2

as "Source Copy") subject to the following terms and conditions:

3.1 IBM's right to license or otherwise provide to contractors and/or customers copies of Software Products pursuant to Section 2 of this Amendment shall be limited to 50 Source Copies at any one point in time. For purposes of calculating the number of copies outstanding: (i) in the event that IBM provides more than one Source Copy to a single customer or contractor, such additional Source Copy or copies will be applied against the 50 copy limitation; (ii) however, multiple Source Copies licensed for use on the same CPU or multiple Source Copies on different CPUs within a scalable parallel or multiprocessor complex contained in a series of co-located cabinets will be counted as one Source Copy; and (iii) when a contractor or customer has completed its use of a Source Copy, and either returns the Source Copy to IBM or provides IBM with certification as described below that the Source Copy has been destroyed, the number of Source Copies then outstanding will be reduced by one.

3.2 IBM will maintain pertinent records regarding IBM's issuance of Source Copies and the return or certified destruction of Source Copies by contractors and customers.

3.3 SCO has the right to Audit (see definition in 3.6 below) IBM's pertinent records, at SCO's expense. However, IBM will pay for the cost of such Audit if the Audit reveals IBM's licensing of the Source Copies materially violates the terms and conditions of this Amendment. In addition, IBM agrees that IBM's contracts with contractors and customers for Source Copies distributed pursuant to Section 2.1 and 2.2 of this Amendment will contain a provision which allows SCO to conduct an Customer/Contractor Audit (see definition in 3.6 below) of such customer and/or contractor.

3.4 If IBM management acquires actual knowledge that a contractor or customer is using the Source Copy in material violation of the applicable use restrictions contained in its license agreement with IBM, IBM will within a reasonable time, but in no event later than thirty days of acquiring such knowledge, notify SCO of such violation; further, IBM will, as IBM may elect, either: (i) take appropriate action to remedy the violation; or (ii) IBM will at SCO's expense cooperate with SCO in SCO's action to remedy the violation.

3.5 IBM will require all contractors and customers to whom IBM licenses a Source Copy to enter into an agreement with IBM in which such customer or contractor agrees: (a) to comply with the applicable use restrictions set forth in Section 2 above; (b) upon termination of the contractor's or customer's use of the Source Copy, the customer or contractor will return the Source Copy to IBM or cause its representative to certify in writing that the Source Copy has been destroyed.

GALEGALYTRANSFER\IBM\THREEWAY.5                    3

SCON0000659

003

3.6    For purposes of Amendment No. X, "Audit" will mean:  an audit by an independent accounting firm chosen by SCO, the results of which, including the names of contractors and customers to whom IBM has licensed Source Copies, will remain confidential and only known to the selected independent auditor, unless such auditor concludes that there has been a material violation of the terms of this Amendment.  In the event such auditor determines that there has been a material violation of the terms of this Amendment, the auditor may provide to SCO information the auditor reasonably determines necessary for SCO to enforce its rights under this Amendment.  SCO's right to audit IBM shall be limited to one (1) Audit per year conducted during normal business hours and shall be contingent upon SCO reasonably and objectively believing that IBM has licensed Source Copies in material violation of the terms and conditions of this Amendment.  For purposes of Amendment No. X, "Customer/Contractor Audit" will mean:  an audit by an independent accounting firm chosen by SCO, the results of which will remain confidential and only known to the selected independent auditor, unless such auditor concludes that there has been a material violation of the terms of this Amendment.  In the event such auditor determines that there has been a material violation of the terms of this Amendment, the auditor may provide to SCO information the auditor reasonably determines necessary for SCO to enforce its rights under this Amendment.  SCO's right to audit an IBM customer or contractor shall be limited to one (1) Audit per year conducted during normal business hours and shall be contingent upon SCO reasonably and objectively believing that the IBM customer or contractor has used the Source Copies licensed from IBM pursuant to Sections 2.1 and/or 2.2 of this Amendment in material violation of the terms and conditions of this Amendment.

3.7    The following illustrations are intended to clarify and illustrate the relief provided in Subsection 2.1 of this Amendment.

Company A, sublicensee of the Sublicensed Product, is a general computer system manufacturing firm.  IBM may distribute Source Copies to Company A for the Authorized Purpose.

However, IBM may not distribute Source Copies to Company A for purposes of making modifications to adapt the Sublicensed Products as a general operating system for Company A's general computer hardware system.

Notwithstanding the foregoing, IBM may distribute Source Copies to a development organization of Company A that produces unique hardware devices (e.g., specialized graphics, adapters, or displays) intended for use in vertical applications, for the purpose of adapting the Sublicensed Products to support such unique hardware devices.

GALEGALATRANSFERUBENTHREEWAY.5

4    *Consideration.* As consideration for the above modifications to the terms and conditions of the Related Agreements, IBM agrees to pay SCO a nonrefundable fee of $10,125,000 per the following payment schedule: $4,860,000 due on the Effective Date of this Amendment No. X (net 30 days); and $5,265,000 due on January 1, 1997 (net 15 days).

5    *Authority.*

   5.1    Novell represents and warrants to IBM that it has the unrestricted right and authority to enter into and execute this Amendment.

   5.2    SCO represents and warrants to IBM that it has the unrestricted right and authority to enter into and execute this Amendment.

6    *Restriction on fully paid-up License.* For a period of five years from January 1, 1996, the royalty relief described in Section 1 of this Amendment No. X shall apply only to use or distribution of the Software Products and Sublicensed Products in the IBM operating system referred to currently as AIX, any prior version or releases of AIX and derivative or follow-on version to AIX on the Power or Power PC or Power2 architectures or derivative or follow-on architectures irrespective of the name of such versions. During such five year period, any IBM distribution of Software Products or Sublicensed Products not covered by the preceding sentence, shall be subject to a royalty pursuant to the Related Agreements, with such royalty to be calculated at the aggregate discount percentage (80% in the case of Sublicensed Products) in effect at the time of execution of this Amendment No. X. After such five year period, the royalty relief described in Section 1 of this Amendment No. X shall apply to any authorized use or distribution of the Software Products or Sublicensed Products. The second to last sentence of paragraph 9 of the February 1, 1985 amendment to SOFT-00015 is modified by deleting the words: "and employees of licensee shall not refer to the physical documents and materials comprising Software Products subject to this Agreement when they are developing any such products or services or providing any such service."

7    Notwithstanding anything to the contrary in the Related Agreements, with respect only to Software Products and Sublicensed Products to which the paid-up rights in Section 1 apply: (a) Designated CPUs are not required to be listed in a Supplement to SOFT-00015, and IBM may copy such Software Products as replacements or additions to Designated CPUs without notice to, or consent of, Novell or SCO; and (b) Section V of SUB-00015A shall not apply to such Sublicensed Products.

8    The Amendment dated April 26, 1996 between IBM and Novell, on behalf of itself and SCO, is hereby replaced in its entirety. Except as modified herein, all other terms and conditions of the Related Agreements will remain in effect. This Amendment No. X does not give IBM any additional rights to distribute the Software Product in source code form other than as modified in Section 2 and 3 of this Amendment No. X.

GA\LEGAL\TRANSFER\IBM\THREEWAY.5                          5

SCON0000661

9  *Confidentiality.* For a period of two (2) years, this Amendment No. X and the replaced amendment dated April 26, 1996 are confidential and each party will not issue press releases publicizing, and will use reasonable efforts not to otherwise disclose, the commercial and legal details of this Amendment No. X, the replaced amendment or their subject matters without the other parties' prior written approval. Notwithstanding the foregoing, each party shall be permitted to disclose to third parties non-financial information dealing with the commercial and legal details of this Amendment as part of a transaction authorized by this Amendment provided that such disclosure is subject to confidentiality terms consistent with the terms of this Agreement. Also, disclosure by any party of commercial and legal details of this Amendment shall not be restricted if such disclosure is:

9.1  in response to a valid order of a court or other governmental body or any political subdivision thereof, provided, however, that the party proposing to make such disclosure will first have made a reasonable effort to obtain a protective order requiring that the information so disclosed be used only for the purposes for which the order was issued; or

9.2  necessary to establish rights under this Amendment in a court or administrative proceeding.

10  Indemnification; Limitations on Liability.

10.1  Subject to the limitations on liability below, Novell agrees to indemnify and hold harmless IBM and IBM Subsidiaries from and against any and all losses, liabilities, judgments, and costs incurred as a result of any alleged or actual Novell breach of Novell's representation and warranty in Section 5.1 of this Amendment. Novell's indemnification of IBM shall be limited to the amount paid by IBM to SCO under this Amendment. In addition, provided that IBM has paid full consideration in accordance with this Amendment, Novell's indemnification to IBM shall also include the amount of any additional royalties paid to SCO by IBM if IBM would not have been obligated to pay such additional royalties absent such breach. Novell will defend at its sole expense any suits or proceedings related to the above indemnification provided that IBM gives Novell prompt notice and control of any claim of which it learns. Novell will have the right to choose legal counsel and IBM will have the right to participate in the defense of any such claim, provided that Novell will not be responsible for indemnifying IBM for the cost of IBM's attorney's fees. In no event will Novell be liable for any indirect, incidental, special, punitive or consequential damages, lost revenues, or profits, data, or use incurred by IBM however caused, no matter what theory of liability, even if Novell has been advised of the possibility of such damages.

GAL:BOALYTRANSFER\IEM\THREEWAY.5                                6

SCON0000652

006

10.2    Subject to the limitations on liability below, SCO agrees to indemnify and hold harmless IBM and IBM Subsidiaries from and against any and all losses, liabilities, judgments, and costs incurred as a result of any alleged or actual SCO breach of SCO's representation and warranty in Section 5.2 of this Amendment. SCO's indemnification of IBM shall be limited to the amount paid by IBM to SCO under this Amendment. In addition, provided that IBM has paid full consideration in accordance with this Amendment, SCO's indemnification to IBM shall also include the amount of any additional royalties paid to SCO by IBM if IBM would have not been obligated to pay such additional royalties absent such breach. SCO will defend at its sole expense any suits or proceedings related to the above indemnification provided that IBM gives SCO prompt notice and control of any claim of which it learns. SCO will have the right to choose legal counsel and IBM will have the right to participate in the defense of any such claim, provided that SCO will not be responsible for indemnifying IBM for the cost of IBM's attorney's fees. In no event will SCO be liable for any indirect, incidental, special, punitive, or consequential damages; lost revenues, or profits, data, or use incurred by IBM however caused no matter what theory of liability, even if SCO has been advised of the possibility of such damages.

11    Except as modified herein, all other terms and conditions of the Related Agreements will remain in effect.

INTERNATIONAL BUSINESS MACHINES

By: _Craig Schneider_ (signature)

_CRAIG SCHNEIDER_
(Print or Type Name)
_Sr. Program Administrator_
(Title)
_10-17-96_
(Date)

THE SANTA CRUZ OPERATION, INC.

By: _____

_____
(Print or Type Name):

_____
(Title)

_____
(Date)

NOVELL, INC.

By: _____

_____
(Print or Type Name)

_____

SCON0000663

007

10.2   Subject to the limitations on liability below, SCO agrees to indemnify and hold harmless IBM and IBM Subsidiaries from and against any and all losses, liabilities, judgments, and costs incurred as a result of any alleged or actual SCO breach of SCO's representation and warranty in Section 5.2 of this Amendment. SCO's indemnification of IBM shall be limited to the amount paid by IBM to SCO under this Amendment. In addition, provided that IBM has paid full consideration in accordance with this Amendment, SCO's indemnification to IBM shall also include the amount of any additional royalties paid to SCO by IBM if IBM would have not been obligated to pay such additional royalties absent such breach. SCO will defend at its sole expense any suits or proceedings related to the above indemnification provided that IBM gives SCO prompt notice and control of any claim of which it learns. SCO will have the right to choose legal counsel and IBM will have the right to participate in the defense of any such claim, provided that SCO will not be responsible for indemnifying IBM for the cost of IBM's attorney's fees. In no event will SCO be liable for any indirect, incidental, special, punitive, or consequential damages, lost revenues, or profits, data, or use incurred by IBM however caused no matter what theory of liability, even if SCO has been advised of the possibility of such damages.

11   Except as modified herein, all other terms and conditions of the Related Agreements will remain in effect.


INTERNATIONAL BUSINESS
MACHINES

By: _____


_____
(Print or Type Name)

_____
(Title)

_____
(Date)


THE SANTA CRUZ OPERATION, INC.

By: _____

Steven H. Sabbath
(Print or Type Name)

Vice President, Law & Corporate Affairs
(Title)

16 October 1991
(Date)


NOVELL, INC.

By: _____


_____
(Print or Type Name)


G:\LEGAL\TRANSFER\IBM\THREEWAY.3                    7

SCON0000664

10.2   Subject to the limitations on liability below, SCO agrees to indemnify and hold harmless IBM and IBM Subsidiaries from and against any and all losses, liabilities, judgments, and costs incurred as a result of any alleged or actual SCO breach of SCO's representation and warranty in Section 5.2 of this Amendment. SCO's indemnification of IBM shall be limited to the amount paid by IBM to SCO under this Amendment. In addition, provided that IBM has paid full consideration in accordance with this Amendment, SCO's indemnification to IBM shall also include the amount of any additional royalties paid to SCO by IBM if IBM would have not been obligated to pay such additional royalties absent such breach. SCO will defend at its sole expense any suits or proceedings related to the above indemnification provided that IBM gives SCO prompt notice and control of any claim of which it learns. SCO will have the right to choose legal counsel and IBM will have the right to participate in the defense of any such claim, provided that SCO will not be responsible for indemnifying IBM for the cost of IBM's attorney's fees. In no event will SCO be liable for any indirect, incidental, special, punitive, or consequential damages, lost revenues, or profits, data, or use incurred by IBM however caused no matter what theory of liability, even if SCO has been advised of the possibility of such damages.

11     Except as modified herein, all other terms and conditions of the Related Agreements will remain in effect.


INTERNATIONAL BUSINESS
MACHINES

By: _____


_____
(Print or Type Name)

_____
(Title)

_____
(Date)


THE SANTA CRUZ OPERATION, INC.

By: _____


_____
(Print or Type Name)

_____
(Title)

_____
(Date)


NOVELL, INC.

By: _____


_____
(Print or Type Name)

10/16/96


CALEGAL\TRANSFERIIBM\THREEWAY.5                    7

SCON0000665

009

EXHIBIT 14

## Revenue to Cash Reconciliation & Computation of Balances Due to SCO
for Nov-96

| Total SVRx Cash For Consideration for Period | | 5,635,352.59 |
|---|---|---|
| **Plus Other non-Cash Offsets & Adjustments** | | |
| Plus Bank Fees | 48.00 | |
| IBM Payment Retained by SCO | 750,000.00 | |
| Less Misdirected Payments | 0.00 | |
| Less Payments w/no Reports | (42,649.91) | |
| Total Adjustments to Cash | | 707,398.09 |

| **Basis of Administrative Fees** | | 6,342,750.68 |
|---|---|---|
| Total SVRx Revenue Booked for Period | 1,171,369.42 | |
| IBM Buyout | 4,860,000.00 | |
| Prior Period SVRx Balances Due | 1,830,644.12 | |

| Total Revenue for Administrative Consideration for Period | | 7,862,013.54 |
|---|---|---|
| **Adjustments to Revenue** | | |
| Less unpaid, fee administered revenue | (1,519,262.86) | |
| Less non-fee administered revenue | 0.00 | |
| Total Adjustments to Revenue | | (1,519,262.86) |

| **Total Adjusted Revenue for Period** | | 6,342,750.68 |
|---|---|---|
| Domestic Administrative Fee Calculation | 74,137.53 | |
| Administrative Fee for IBM | 243,000.00 | |
| Novell Open Invoices | 198,469.39 | |
| 3rd Party Royalty Reimbursement for Sep-96 | 57,012.00 | |
| Total Administrative Charges & 3rd Party Royalty Amounts | 572,618.92 | |

| **Total Payment due to Novell for Period** | | 5,062,733.66 |
|---|---|---|

Page 1

12/24/96



Confidential - Subject to Protective Order,
SCO v. Novell, Civil Case No. 2:04CV00139 DAK

NOV 000009958

Cash & Other Offsets

## SCO Administration of SVRx Revenue: Cash & Other Offsets

| Customer Name | Balance Due SCO Admin Fee | Balance Due for NO Fee | Total Binary Fees | Admin Fee (%) | Total Pay't w/ Admin | Total Pay't Admin Fee | Black Fees | NonClaim Offsets NO Admin Fee w/ tsd due to Nov | NonCash Offsets w/Others Admin Fee | NonCash Admin Fee | Novell Retained Cash NO Admin Fee | Novell Retained Cash w/ Admin Fee | End Balance Due-SCO Admin Fee | End Balance Due-SCO Admin Fee | Cash On Account | Admin Fee Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior Period Novell Invoice Balances Now Paid** | | | | | | | | | | | | | | | | |
| Concurrent Computers | 16,600.97 | 0.00 | 16,600.97 | 1.00% | | | | | | | | | 16,600.97 | 0.00 | 0.00 | 0.00 |
| Concurrent Computers Interlnt | 1,038.22 | 0.00 | 1,038.22 | 1.00% | | | | | | | | | 1,038.22 | 0.00 | 0.00 | 0.00 |
| Tatung | 6,223.36 | 0.00 | 6,223.36 | 1.00% | | | | | | | | | 6,223.36 | 0.00 | 0.00 | 0.00 |
| Tatung | 15,544.49 | 0.00 | 15,544.49 | 1.00% | | | | | | | | | 15,544.49 | 0.00 | 0.00 | 0.00 |
| Tatung | 1,697.28 | 0.00 | 1,697.28 | 1.00% | | | | | | | | | 1,697.28 | 0.00 | 0.00 | 0.00 |
| Prior Periods Balance Due | 41,104.32 | 0.00 | 41,104.32 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41,104.32 | 0.00 | 0.00 | 0.00 |
| **Prior Period SCO Administered Invoices** | | | | | | | | | | | | | | | | |
| AEG | 4,062.32 | 0.00 | 4,062.32 | 5.00% | 4,062.32 | | | | | | | | 0.00 | 0.00 | 0.00 | 202.82 |
| AEG AKTIENGESELLSCHAFT | 1,171.60 | 0.00 | 1,171.60 | 5.00% | | | | | | | | | 1,171.60 | 0.00 | 0.00 | 0.00 |
| ALCATEL | 34,676.18 | 0.00 | 34,676.18 | 5.00% | | | | | | | | | 34,676.18 | 0.00 | 0.00 | 1,408.14 |
| ALCATEL | 28,092.83 | 0.00 | 28,092.83 | 5.00% | 28,092.83 | | | | | | | | 0.00 | 0.00 | 0.00 | 2,638.36 |
| ALCATEL | 44,181.00 | 0.00 | 44,181.00 | 5.00% | 44,148.08 | | 16.00 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| ALCATEL | 2,984.56 | 0.00 | 2,984.56 | 5.00% | | | | | | | | | 2,984.56 | 0.00 | 0.00 | 0.00 |
| AMDAHL CORPORATION | 5,827.00 | 0.00 | 5,827.00 | 5.00% | | | | | | | | | 5,827.00 | 0.00 | 0.00 | 112.74 |
| AMDAHL CORPORATION | 84.89 | 0.00 | 84.89 | 5.00% | | | | | | | | | 84.89 | 0.00 | 0.00 | 0.00 |
| ATAT COMPUTER SYSTEMS DIVISION | 465.80 | 0.00 | 465.80 | 5.00% | | | | | | | | | 465.80 | 0.00 | 0.00 | 185.88 |
| ATAT COMPUTER SYSTEMS DIVISION | 1,137.83 | 0.00 | 1,137.83 | 5.00% | | | | | | | | | 1,137.83 | 0.00 | 0.00 | 660.00 |
| AUSPEX SYSTEMS, INC. | 355.48 | 0.00 | 355.48 | 5.00% | | | | | | | | | 355.48 | 0.00 | (17,343.23) | 1,099.34 |
| BULL AB | 689.84 | 0.00 | 689.84 | 5.00% | | | | | | | | | 689.84 | 0.00 | 0.00 | 0.00 |
| BULL AB | 1.00 | 0.00 | 1.00 | 5.00% | | | | | | | | | 1.00 | 0.00 | 0.00 | 6.22 |
| BULL SA | 1.00 | 0.00 | 1.00 | 5.00% | | | | | | | | | 1.00 | 0.00 | (48.29) | 3,734.76 |
| BULL SA | 1,669.00 | 0.00 | 1,669.00 | 5.00% | | | | | | | | | 1,669.00 | 0.00 | 0.00 | 0.00 |
| CETIA | 3,910.00 | 0.00 | 3,910.00 | 5.00% | 3,910.00 | | | | | | | | 3,910.00 | 0.00 | 0.00 | 0.00 |
| CETIA | 5,663.00 | 0.00 | 5,663.00 | 5.00% | | | | | | | | | 5,663.00 | 0.00 | 0.00 | 0.00 |
| CHORUS SYSTEMES | 5,663.00 | 0.00 | 5,663.00 | 5.00% | | | | | | | | | 5,663.00 | 0.00 | 0.00 | 0.00 |
| CHORUS SYSTEMES | 3,020.00 | 0.00 | 3,020.00 | 5.00% | | | | | | | | | 3,020.00 | 0.00 | 0.00 | 456.09 |
| CHORUS SYSTEMES | 19,906.82 | 0.00 | 19,906.82 | 5.00% | 9,921.73 | | | | | | | | 9,987.09 | 0.00 | 0.00 | 0.00 |
| CONCURRENT COMPUTER CORPORATIO | 188.37 | 0.00 | 188.37 | 5.00% | | | | | | | | | 726.04 | 0.00 | 0.00 | 112.74 |
| CONCURRENT COMPUTER CORPORATIO | 2,979.81 | 0.00 | 2,979.81 | 5.00% | 2,254.77 | | | | | | | | 9,683.42 | 0.00 | 0.00 | 0.00 |
| CONSENSYS COMPUTER | 9,683.42 | 0.00 | 9,683.42 | 5.00% | | | | | | | | | 0.00 | 0.00 | 0.00 | 185.88 |
| CONSENSYS COMPUTER | 3,717.66 | 0.00 | 3,717.66 | 5.00% | 3,717.66 | | | | | | | | 0.00 | 0.00 | 0.00 | 660.00 |
| DANSK DATA | 13,200.00 | 0.00 | 13,200.00 | 5.00% | 13,200.00 | | | | | | | | 0.00 | 0.00 | 0.00 | 1,099.34 |
| DATA GENERAL CORPORATION | 89,250.00 | 0.00 | 89,250.00 | 5.00% | 89,250.00 | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| GREEN HILLS SOFTWARE | 21,856.77 | 0.00 | 21,856.77 | 5.00% | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEL | 106.40 | 0.00 | 106.40 | 5.00% | 106.40 | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| MICRON | 3,972.10 | 0.00 | 3,972.10 | 5.00% | | | | | | | | | 3,972.10 | 0.00 | 0.00 | 0.00 |
| MOTOROLA | 74,695.27 | 0.00 | 74,695.27 | 5.00% | 74,743.56 | | | | | | | | 0.00 | 0.00 | (48.29) | 0.00 |
| NCR | 16,148.18 | 0.00 | 16,148.18 | 5.00% | | | | | | | | | 16,148.18 | 0.00 | 0.00 | 5,812.77 |
| NORTHERN TELECOM LIMITED | 110,670.08 | 0.00 | 110,670.08 | 5.00% | | | | | | | | | 110,670.08 | 0.00 | 0.00 | 0.00 |
| OLIVETTI | 319,394.38 | 0.00 | 319,394.38 | 5.00% | | 18.00 | | | | | | | 44,917.60 | 0.00 | 0.00 | 0.21 |
| OLIVETTI | 44,917.60 | 0.00 | 44,917.60 | 5.00% | | 15.00 | | | | | | | 0.00 | 0.00 | 0.00 | 0.04 |
| OLIVETTI | 11,794.00 | 0.00 | 11,794.00 | 5.00% | 11,798.00 | | | | | | | | 97.75 | 0.00 | (592.20) | 558.20 |
| ONSITE COMPUTER | 28.84 | 0.00 | 28.84 | 5.00% | 298.40 | | | | | | | | 28.84 | 0.00 | 0.00 | 4.07 |
| ONSITE COMPUTER | 379.15 | 0.00 | 379.15 | 5.00% | | | | | | | | | 379.15 | 0.00 | 0.00 | 16,615.66 |
| PLD ELECTRONICA SPA | 29.84 | 0.00 | 29.84 | 5.00% | | | | | | | | | 31.34 | 0.00 | 0.00 | 0.21 |
| PULSAR GMBH | 960.00 | 0.00 | 960.00 | 5.00% | | | | | | | | | 710.26 | 0.00 | 0.00 | 0.84 |
| PULSAR GMBH | 1,060.00 | 0.00 | 1,060.00 | 5.00% | | 4.20 | | | | | | | 129,160.00 | 0.00 | 0.00 | 0.00 |
| SCO/HP | 112,256.43 | 0.00 | 112,256.43 | 5.00% | 112,498.75 | | | | | | | | 8,793.61 | 0.00 | (249.32) | 0.00 |
| SEQUENT COMPUTER | 6,793.81 | 0.00 | 6,793.81 | 5.00% | | 212.72 | | | | | | | 10,283.75 | 0.00 | 0.00 | 0.00 |
| SEQUENT COMPUTER SYS | 922.97 | 0.00 | 922.97 | 5.00% | 312,217.62 | | | | | | | | 42,823.19 | 0.00 | 0.00 | 0.00 |
| SIEMENS INDUSTRIAL AUTOMATION | 129,160.00 | 0.00 | 129,160.00 | 5.00% | 129,160.00 | | | | | | | | 79,226.46 | 0.00 | 0.00 | 0.00 |
| STRATUS COMPUTER | 42,823.19 | 0.00 | 42,823.19 | 5.00% | | | | | | | | | 297,498.34 | 0.00 | 0.00 | 0.00 |
| SUN MICROSYSTEMS | 312,217.62 | 0.00 | 312,217.62 | 5.00% | | | | | | | | | 79,226.46 | 0.00 | 0.00 | 0.00 |
| TANDEM COMPUTERS | 297,498.34 | 0.00 | 297,498.34 | 5.00% | | | | | | | | | 3,609.47 | 0.00 | 0.00 | 0.00 |
| TELMAT INFORMATAXUE-read | 79,226.46 | 0.00 | 79,226.46 | 5.00% | | | | | | | | | 4,198.00 | 0.00 | 0.00 | 0.00 |
| UNISYS CORPORATION | 3,609.47 | 0.00 | 3,609.47 | 5.00% | | | | | | | | | 4,198.00 | 0.00 | 0.00 | 0.00 |
| VENTURCOM | 4,198.00 | 0.00 | 4,198.00 | 5.00% | | | | | | | | | | | | |
| XETACO, INC. | | | | | | | | | | | | | | | | |
| Revenue Balance for Prior Periods | 1,789,609.80 | 0.00 | 1,789,539.80 | 5.00% | 655,672.84 | | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161,145.80 | 0.00 | (15,228.54) | 31,919.70 |
| | Total Revenue for NO Fee | Total Binary Fees | | | | | | | | | | | | | | |
| **Nov 1996 Revenue Booked** | | | | | | | | | | | | | | | | |
| INTERGRAPH CORP | 11,738.97 | 0.00 | 11,738.97 | 5.00% | 11,738.97 | | | | | | | | | 0.00 | (0.02) | 588.95 |

Page 1

Confidential - Subject to Protective Order,
SCO v. Novell, Civil Case No. 2:04CV00139 DAK

NOV 000009959



Cash & Other Offsets

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEXT COMPUTER | 104,355.00 | 0.00 | 104,355.00 | 6.00% | 104,355.00 | | | | 0.00 | 0.00 | 5,217.75 |
| DATA GENERAL CORP | 183,596.72 | 0.00 | 183,596.72 | 6.00% | 197,877.94 | | | | 6,716.78 | 0.00 | 7,335.50 |
| CRAY RESEARCH | 359,650.95 | 0.00 | 359,650.95 | 6.00% | 359,650.95 | | | | 0.00 | 0.00 | 17,877.55 |
| SECURE COMPUTING | 2,226.00 | 0.00 | 2,226.00 | 6.00% | 2,226.00 | | | | 0.00 | 0.00 | 111.30 |
| CONCURRENT COMPUTER | 9,921.73 | 0.00 | 9,921.73 | 6.00% | | | | | 9,921.73 | 0.00 | 0.00 |
| MELILLO CONSULTING | 200.00 | 0.00 | 200.00 | 6.00% | 200.00 | | | | 0.00 | 0.00 | 10.00 |
| SIMON & SCHUSTER | 39,698.13 | 0.00 | 39,698.13 | 6.00% | 39,898.13 | | | | 0.00 | 0.00 | 1,984.91 |
| TEKTRONIX | 2,925.00 | 0.00 | 2,925.00 | 6.00% | | | | | 2,925.00 | 0.00 | 0.00 |
| TANDEM | 432,438.33 | 0.00 | 432,438.33 | 6.00% | 169,906.69 | | | | 263,526.64 | 0.00 | 8,446.48 |
| OLIVETTI | 44,917.59 | 0.00 | 44,917.59 | 5.00% | | | | | 44,917.59 | 0.00 | 0.00 |
| | | | | | | | | | | | |
| Nov 1998 Totals | 1,171,396.42 | 0.00 | 1,171,396.42 | | 844,356.68 | 0.00 | 0.00 | 46.00 | 327,012.74 | (0.02) | 42,217.88 |
| | | | | | | | | | | | |
| All Totals | 3,002,013.54 | 0.00 | 3,002,013.54 | | 1,500,976.52 | 0.00 | 0.00 | 46.00 | 1,519,262.86 | (19,226.84) | 74,137.53 |
| | | | | | | | | | | | |
| Less Overpayments | | | | | (19,226.84) | | | | | | |
| Misdirected Novell Cash | | | | | 0.00 | | | | | | |
| Payment Wout Admin Fee | | | | | 0.00 | | | | | | |
| Missing Reports | | | | | | | | | | | |
| Ncube | | | | | 200.00 | | | | | | |
| Bull HN | | | | | 630.10 | | | | | | |
| Addison Wesley | | | | | 226.92 | | | | | | |
| ICL | | | | | 30,771.90 | | | | | | |
| Apple | | | | | 10,918.89 | | | | | | |
| IBM BUY-OUT | | | | | 4,110,000.00 | | | | | | |
| | | | | | | | | | | | |
| Cash Payment to Novell | | | | | 5,855,392.59 | | | | | | |

Page 2

Confidential - Subject to Protective Order,
SCO v. Novell, Civil Case No. 2:04CV00139 DAK

NOV 000009960

EXHIBIT 15

SS-Soft. Corp.-020184-010385          Agreement Number  SOFT-000321

### AT&T TECHNOLOGIES, INC.
### SOFTWARE AGREEMENT

1.  AT&T TECHNOLOGIES, INC., a New York corporation ("AT&T"), having an office at 1 Oak Way, Berkeley Heights, New Jersey 07922, and   SEQUENT COMPUTER SYSTEMS, INC., a Delaware corporation having an office at  14360 N. W. Science Park Drive, Portland, Oregon 97229,

for itself and its SUBSIDIARIES (collectively referred to herein as "LICENSEE") agree that, after execution of this Agreement by LICENSEE and acceptance of this Agreement by AT&T, the terms and conditions set forth on pages 1 through 6 of this Agreement shall apply to use by LICENSEE of SOFTWARE PRODUCTS that become subject to this Agreement.

2.  AT&T makes certain SOFTWARE PRODUCTS available under this Agreement. Each such SOFTWARE PRODUCT shall become subject to this Agreement on acceptance by AT&T of a Supplement executed by LICENSEE that identifies such SOFTWARE PRODUCT and lists the DESIGNATED CPUs therefor. The first Supplement for a specific SOFTWARE PRODUCT shall have attached a Schedule for such SOFTWARE PRODUCT. Any additional terms and conditions set forth in such Schedule shall also apply with respect to such SOFTWARE PRODUCT. Initially, Supplement(s) numbered  1 -------------- ------------------- are included in and made part of this Agreement.

3.  Additional Supplements may be added to this Agreement to add additional SOFTWARE PRODUCTS (and DESIGNATED CPUs therefor) or to add or replace DESIGNATED CPUs for other SOFTWARE PRODUCTS covered by previous Supplements. Each such additional Supplement shall be considered part of this Agreement when executed by LICENSEE and accepted by AT&T.

4.  This Agreement and its Supplements set forth the entire agreement and understanding between the parties as to the subject matter hereof and merge all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings or representations with respect to such subject matter other than as expressly provided herein or as duly set forth on or subsequent to the date of acceptance hereof in writing and signed by a proper and duly authorized representative of the party to be bound thereby. No provision appearing on any form originated by LICENSEE shall be applicable unless such provision is expressly accepted in writing by an authorized representative of AT&T.

Accepted by:

SEQUENT COMPUTER SYSTEMS, INC.     AT&T TECHNOLOGIES, INC.

By_____  4/2/8_     By_____  APR 18 1985
   (Signature)      (Date)             (Signature)      (Date)

David P. Rodgers                    O. L. WILSON
(Type or print name)                (Type or print name)

Vice President of Engineering        Manager, Software Sales and Marketing.
(Title)                              (Title)

Page 1 of 6

SCON0019954

**001**

SS-Soft. Corp.  '184

# I.  DEFINITIONS

1.01  CPU means central processing unit.

1.02  COMPUTER PROGRAM means any instruction or instructions, in source-code or object-code format, for controlling the operation of a CPU.

1.03  DESIGNATED CPU means any CPU listed as such for a specific SOFTWARE PRODUCT in a Supplement to this Agreement.

1.04  SOFTWARE PRODUCT means materials such as COMPUTER PROGRAMS, information used or interpreted by COMPUTER PROGRAMS and documentation relating to the use of COMPUTER PROGRAMS. Materials available from AT&T for a specific SOFTWARE PRODUCT are listed in the Schedule for such SOFTWARE PRODUCT.

1.05  SUBSIDIARY of a company means a corporation or other legal entity (i) the majority of whose shares or other securities entitled to vote for election of directors (or other managing authority) is now or hereafter controlled by such company either directly or indirectly; or (ii) the majority of the equity interest in which is now or hereafter owned and controlled by such company either directly or indirectly; but any such corporation or other legal entity shall be deemed to be a SUBSIDIARY of such company only so long as such control or such ownership and control exists.

# II.  GRANT OF RIGHTS

2.01  AT&T grants to LICENSEE a personal, nontransferable and nonexclusive right to use in the United States each SOFTWARE PRODUCT identified in the one or more Supplements hereto, solely for LICENSEE'S own internal business purposes and solely on or in conjunction with DESIGNATED CPUs for such SOFTWARE PRODUCT. Such right to use includes the right to modify such SOFTWARE PRODUCT and to prepare derivative works based on such SOFTWARE PRODUCT, provided the resulting materials are treated hereunder as part of the original SOFTWARE PRODUCT.

2.02  A single back-up CPU may be used as a substitute for a DESIGNATED CPU without notice to AT&T during any time when such DESIGNATED CPU is inoperative because it is malfunctioning or undergoing repair, maintenance or other modification.

2.03  LICENSEE may at any time notify AT&T in writing of any changes, such as replacements or additions, that LICENSEE wishes to make to the DESIGNATED CPUs for a specific SOFTWARE PRODUCT. AT&T will prepare additional Supplements as required to cover such changes. Changes covered by a Supplement shall become effective after execution of such Supplement by LICENSEE, acceptance thereof by AT&T and, in the case of each additional CPU, receipt by AT&T of the appropriate fee.

Page 2 of 6

SCON0019955

002

SS-Soft. Corp.-029184

2.04  On AT&T'S request, but not more frequently than annually, LICENSEE shall furnish to AT&T a statement, certified by an authorized representative of LICENSEE, listing the location, type and serial number of all DESIGNATED CPUs hereunder and stating that the use by LICENSEE of SOFTWARE PRODUCTS subject to this Agreement has been reviewed and that each such SOFTWARE PRODUCT is being used solely on DESIGNATED CPUs (or temporarily on back-up CPUs) for such SOFTWARE PRODUCTS pursuant to the provisions of this Agreement.

2.05  No right is granted by this Agreement for the use of SOFTWARE PRODUCTS directly for others, or for any use of SOFTWARE PRODUCTS by others.

## III.  DELIVERY

3.01  Within a reasonable time after AT&T receives the fee specified in the first Supplement for a SOFTWARE PRODUCT, AT&T will furnish to LICENSEE one (1) copy of such SOFTWARE PRODUCT in the form identified in the Schedule for such SOFTWARE PRODUCT.

3.02 · Additional copies of SOFTWARE PRODUCTS covered by this Agreement will be furnished to LICENSEE after receipt by AT&T of the then-current distribution fee for each such copy.

## IV.  EXPORT

4.01  LICENSEE agrees that it will not, without the prior written consent of AT&T, export, directly or indirectly, SOFTWARE PRODUCTS covered by this Agreement to any country outside of the United States.

## V.  FEES AND TAXES

5.01  Within sixty (60) days after acceptance of this Agreement by AT&T, LICENSEE shall pay to AT&T the fees required by the Supplement(s) initially attached hereto for the DESIGNATED CPUs listed in such Supplement(s).

5.02  Within sixty (60) days after acceptance of each additional Supplement by AT&T, LICENSEE shall pay to AT&T any fee required by such additional Supplement for the DESIGNATED CPUs listed in such additional Supplement.

5.03  Payments to AT&T shall be made in United States dollars to AT&T at the address specified in Section 7.11(a).

5.04  LICENSEE shall pay all taxes, including any sales or use tax (and any related interest or penalty), however designated, imposed as a result of the existence or operation of this Agreement, except any income tax imposed upon AT&T by any governmental entity within the United States proper (the fifty (50) states and the District of Columbia). Fees specified in Supplement(s) to this Agreement and in Schedule(s) attached to Supplement(s) are exclusive of any taxes. If AT&T is required to collect a tax to be paid by LICENSEE, LICENSEE shall pay such tax to AT&T on demand.

Page 3 of 6

SS-Soft. Corp. ~~0184

## VI.  TERM

6.01  This Agreement shall become effective on and as of the date of acceptance by AT&T.

6.02  LICENSEE may terminate its rights under this Agreement by written notice to AT&T certifying that LICENSEE has discontinued use of and returned or destroyed all copies of SOFTWARE PRODUCTS subject to this Agreement.

6.03  If LICENSEE fails to fulfill one or more of its obligations under this Agreement, AT&T may, upon its election and in addition to any other remedies that it may have, at any time terminate all the rights granted by it hereunder by not less than two (2) months' written notice to LICENSEE specifying any such breach, unless within the period of such notice all breaches specified therein shall have been remedied; upon such termination LICENSEE shall immediately discontinue use of and return or destroy all copies of SOFTWARE PRODUCTS subject .to this Agreement.

6.04  'In the event of termination of rights under Sections 6.02 or 6.03, AT&T shall have no obligation to refund any amounts paid to it under this Agreement.

6.05  LICENSEE agrees that when a SUBSIDIARY'S relationship to LICENSEE changes so that it is no longer a SUBSIDIARY of LICENSEE, (i) all rights of such former SUBSIDIARY to use SOFTWARE PRODUCTS subject to this Agreement shall immediately cease, and (ii) such former SUBSIDIARY shall immediately discontinue use of and return to LICENSEE or destroy all copies of SOFTWARE PRODUCTS subject to this Agreement. No fees paid to AT&T for use of SOFTWARE PRODUCTS on DESIGNATED CPUs of such former SUBSIDIARIES shall be refunded; however, LICENSEE may substitute other CPUs for such DESIGNATED CPUs in accordance with Section 2.03.

## VII.  MISCELLANEOUS PROVISIONS

7.01  Nothing contained herein shall be construed as conferring by implication, estoppel or otherwise any license or right under any patent or trademark. However, in respect of patents under which AT&T can grant rights, AT&T grants to LICENSEE all such rights necessary for the use by LICENSEE, pursuant to the rights granted herein, of SOFTWARE PRODUCTS, except to the extent that such patents apply (i) independently of the use of any such SOFTWARE PRODUCT, (ii) because a DESIGNATED CPU is used in combination with other hardware or (iii) because any such SOFTWARE PRODUCT is modified from the version furnished hereunder to LICENSEE by AT&T or is used in combination with other software.

7.02  This Agreement shall prevail notwithstanding any conflicting terms or legends which may appear in a SOFTWARE PRODUCT.

Page 4 of 6

SCON0019957

004

SS-Soft. Corp.-030184

7.03  AT&T warrants that it is empowered to grant the rights granted hereunder. AT&T makes no other representations or warranties, expressly or impliedly. By way of example but not of limitation, AT&T makes no representations or warranties of merchantability or fitness for any particular purpose, or that the use of any SOFTWARE PRODUCT will not infringe any patent, copyright or trademark. AT&T shall not be held to any liability with respect to any claim by LICENSEE, or a third party on account of, or arising from, the use of any SOFTWARE PRODUCT.

7.04  LICENSEE agrees that it will not, without the prior written permission of AT&T, (i) use in advertising, publicity, packaging, labeling or otherwise any trade name, trademark, trade device, service mark, symbol or any other identification or any abbreviation, contraction or simulation thereof owned by AT&T (or a corporate affiliate thereof) or used by AT&T (or such an affiliate) to identify any of its products or services, or (ii) represent, directly or indirectly, that any product or service of LICENSEE is a product or service of AT&T (or such an affiliate), or is made in accordance with or utilizes any information or documentation of AT&T (or such an affiliate).

7.05  Neither the execution of this Agreement nor anything in it or in any SOFTWARE PRODUCT shall be construed as an obligation upon AT&T to furnish any person, including LICENSEE, any assistance of any kind whatsoever, or any information or documentation other than the SOFTWARE PRODUCTS to be furnished pursuant to Sections 3.01 and 3.02.

7.06  (a) LICENSEE agrees that it shall hold all parts of the SOFTWARE PRODUCTS subject to this Agreement in confidence for AT&T. LICENSEE further agrees that it shall not make any disclosure of any or all of such SOFTWARE PRODUCTS (including methods or concepts utilized therein) to anyone, except to employees of LICENSEE to whom such disclosure is necessary to the use for which rights are granted hereunder. LICENSEE shall appropriately notify each employee to whom any such disclosure is made that such disclosure is made in confidence and shall be kept in confidence by such employee. If information relating to a SOFTWARE PRODUCT subject to this Agreement at any time becomes available without restriction to the general public by acts not attributable to LICENSEE or its employees, LICENSEE'S obligations under this section shall not apply to such information after such time.

(b) Notwithstanding the provisions of Section 7.06(a), LICENSEE may distribute copies of a SOFTWARE PRODUCT, either in modified or unmodified form, to third parties having licenses of equivalent scope herewith from AT&T (or a corporate affiliate thereof) for the same SOFTWARE PRODUCT, provided that LICENSEE first verifies the status of any such third party in accordance with specific instructions issued by AT&T. Such instructions may be obtained on request from AT&T at the correspondence address specified in Section 7.11(b). LICENSEE may also obtain materials based on a SOFTWARE PRODUCT subject to this Agreement from such a third party and use such materials pursuant to this Agreement, provided that LICENSEE treats such materials as if they were part of such SOFTWARE PRODUCT.

Page 5 of 6

SCON0019958

005

SS-Soft, Corp.-030184

7.07  The obligations of LICENSEE and its employees under Section 7.06(a) shall survive and continue after any termination of rights under this Agreement or cessation of a SUBSIDIARY'S status as a SUBSIDIARY.

7.08  LICENSEE agrees that it will not use SOFTWARE PRODUCTS subject to this Agreement except as authorized herein and that it will not make, have made or permit to be made any copies of such SOFTWARE PRODUCTS except for use on DESIGNATED CPUs for such SOFTWARE PRODUCTS (including backup and archival copies necessary in connection with such use) and for distribution in accordance with Section 7.06(b). Each such copy shall contain the same copyright and/or proprietary notices or notice giving credit to a developer, which appear on or in the SOFTWARE PRODUCT being copied.

7.09  Neither this Agreement nor any rights hereunder, in whole or in part, shall be assignable or otherwise transferable by LICENSEE and any purported assignment or transfer shall be null and void.

7.10  Except as provided in Section 7.06(b), nothing in this Agreement grants to LICENSEE the right to sell, lease or otherwise transfer or dispose of a SOFTWARE PRODUCT in whole or in part.

7.11  (a) Payments to AT&T under this Agreement shall be made payable and sent to:

AT&T TECHNOLOGIES, INC.
P.O. Box 65080
Charlotte, North Carolina 28265

(b) Correspondence with AT&T relating to this Agreement shall be sent to:

AT&T TECHNOLOGIES, INC.
Software Sales and Marketing Organization
P.O. Box 25000
Greensboro, North Carolina 27420

(c) Any payment, statement, notice, request or other communication shall be deemed to be sufficiently given to the addressee and any delivery hereunder deemed made when sent by certified mail addressed to LICENSEE at its office specified in this Agreement or to AT&T at the appropriate address specified in this Section 7.11. Each party to this Agreement may change an address relating to it by written notice to the other party.

7.12  If LICENSEE is not a corporation, all references to LICENSEE'S SUBSIDIARIES shall be deemed deleted.

7.13  The construction and performance of this Agreement shall be governed by the law of the State of New York.

Page 6 of 6

SCON0019959

006

# EXHIBIT 17

SS-Sub.-030<sup> </sup>010385                    Agreement N   ber  SUB-000321A

# AT&T TECHNOLOGIES, INC.
## SUBLICENSING AGREEMENT

1.  AT&T TECHNOLOGIES, INC., a New York corporation ("AT&T"), having an office at 1 Oak Way, Berkeley Heights, New Jersey 07922, and  SEQUENT COMPUTER SYSTEMS, INC., a Delaware corporation

having an office at  14360 N. W. Science Park Drive, Portland, Oregon  97229,

for itself and its SUBSIDIARIES (collectively referred to herein as "LICENSEE") agree that, after execution of this Sublicensing Agreement by LICENSEE and acceptance of this Sublicensing Agreement by AT&T, the terms and conditions set forth on pages 1 through 9 of this Sublicensing Agreement shall apply to the SOFTWARE PRODUCTS subject to Software Agreement Number between AT&T and LICENSEE ("the Software Agreement").

2.  The discount percentage applicable to per-copy fees payable hereunder shall be     % during the initial period. The advance commitment for the initial period shall be $       (See Section 4.02).

3.  Except as otherwise specifically provided herein, all the provisions of the Software Agreement remain in full force and effect.

4.  This Sublicensing Agreement, together with the Software Agreement and its Supplement(s), sets forth the entire agreement and understanding between the parties as to the subject matter hereof and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings or representations with respect to such subject matter other than as expressly provided herein or as duly set forth on or subsequent to the effective date hereof in writing and signed by a proper and duly authorized representative of the party to be bound thereby. No provision appearing on any form originated by LICENSEE shall be applicable unless such provision is expressly accepted in writing by an authorized representative of AT&T.

Accepted by:

| SEQUENT COMPUTER SYSTEMS, INC. | AT&T TECHNOLOGIES, INC. |
|---|---|
| By _David P. Rodgers_  4/20/86 | By _O. L. Wilson_  JAN 2 8 1986 |
| (Signature)           (Date) | (Signature)           (Date) |
| DAVID P. RODGERS | O. L. WILSON |
| (Type or print name) | (Type or print name) |
| VICE-PRESIDENT | Manager, Software Sales and Marketing |
| (Title) | (Title) |

Page 1 of 9

SCON0019961

SS-Sub.-030?

# I. DEFINITIONS

1.01  The terms "CPU", "COMPUTER PROGRAM", "SOFTWARE PRODUCT" and "SUBSIDIARIES" are defined in the Software Agreement.

1.02  AUTHORIZED COPIER means a DISTRIBUTOR authorized by LICENSEE to make copies of SUBLICENSED PRODUCTS.

1.03  DISTRIBUTOR means an entity authorized by LICENSEE or another DISTRIBUTOR to receive copies of SUBLICENSED PRODUCTS from LICENSEE or another DISTRIBUTOR and furnish such copies to customers and/or other DISTRIBUTORS.

1.04  SUBLICENSED PRODUCT means (i) COMPUTER PROGRAMS in object-code format based on a SOFTWARE PRODUCT subject to the Software Agreement and (ii) any other materials identified in the "Sublicensing" section of the Schedule for such SOFTWARE PRODUCT.

# II.  GRANT OF RIGHTS

2.01  Notwithstanding any provisions to the contrary in the Software Agreement, AT&T grants to LICENSEE personal, nontransferable and nonexclusive rights:

(a)  to make copies of SUBLICENSED PRODUCTS and to furnish, either directly or through DISTRIBUTORS, such copies of SUBLICENSED PRODUCTS to customers anywhere in the world (subject to U.S. government export restrictions) for use on customer CPUs solely for each such customer's internal business purposes, provided that the entity (LICENSEE or a DISTRIBUTOR) furnishing the SUBLICENSED PRODUCTS obtains agreement as specified in Section 2.02 from such a customer, before or at the time of furnishing each copy of a SUBLICENSED PRODUCT, that:

   (i)  only a personal, nontransferable and nonexclusive right to use such copy of the SUBLICENSED PRODUCT on one CPU at a time is granted to such customer;

   (ii)  no title to the intellectual property in the SUBLICENSED PRODUCT is transferred to such customer;

   (iii)  such customer will not copy the SUBLICENSED PRODUCT except as necessary to use such SUBLICENSED PRODUCT on such one CPU;

Page 2 of 9

SCON0019962

002

SS-Sub.-030

(iv) such customer will not transfer the SUBLICENSED PRODUCT to any other party except as authorized by the entity furnishing the SUBLICENSED PRODUCT;

(v) such customer will not export or re-export the SUBLICENSED PRODUCT without the appropriate United States or foreign government licenses;

(vi) such customer will not reverse compile or disassemble the SUBLICENSED PRODUCT;

(b) to use SUBLICENSED PRODUCTS on LICENSEE'S CPUs solely for LICENSEE'S own internal business purposes; and

(c) to use, and to permit DISTRIBUTORS to use, SUBLICENSED PRODUCTS without fee solely for testing CPUs that are to be delivered to customers and for demonstrating SUBLICENSED PRODUCTS to prospective customers.

2.02   In the United States and in other jurisdictions where an enforceable copyright covering the COMPUTER PROGRAMS of the SUBLICENSED PRODUCT exists, the agreement specified in Section 2.01(a) may be a written agreement signed by the customer or a written agreement on the package containing the SUBLICENSED PRODUCT that is fully visible to the customer and that the customer accepts by opening the package. In all other jurisdictions such agreement must be a written agreement signed by the customer. AT&T does not undertake to inform LICENSEE of the jurisdictions where such copyright exists.

2.03   LICENSEE shall require each DISTRIBUTOR to enter into a written agreement with its supplier of SUBLICENSED PRODUCTS (LICENSEE or another DISTRIBUTOR) before any SUBLICENSED PRODUCT is furnished to such DISTRIBUTOR. Such agreement shall include provisions consistent with and containing the relevant substance of Sections 2.01, 2.02, 2.04, 2.07, this Section 2.03 and Section 3.05 of this Sublicensing Agreement. For a DISTRIBUTOR who is also to be an AUTHORIZED COPIER, such agreement shall also include provisions consistent with and containing the relevant substance of Sections 2.05, 2.08, 2.10 and 5.01 of this Sublicensing Agreement.

2.04   DISTRIBUTORS who are not also AUTHORIZED COPIERS may not make copies of SUBLICENSED PRODUCTS, but may furnish to customers copies of SUBLICENSED PRODUCTS furnished to such DISTRIBUTOR by LICENSEE or other DISTRIBUTORS. In such cases the product name appearing on such copies shall not be deleted or altered by such a DISTRIBUTOR.

SCON0019963

003

SS-Sub.-0301▽

.2.05 (a) A DISTRIBUTOR who is also an AUTHORIZED COPIER may modify and make copies of SUBLICENSED PRODUCTS, select a name for SUBLICENSED PRODUCTS to appear on such copies (consistent with the provisions of Section 2.10), and furnish such copies to customers and other DISTRIBUTORS.

(b) If an AUTHORIZED COPIER also has been granted a right to use a SOFTWARE PRODUCT, either as a licensee of AT&T (or of a corporate affiliate thereof) or as a contractor of LICENSEE (in accordance with requirements of AT&T), such AUTHORIZED COPIER may use such SOFTWARE PRODUCT to modify a SUBLICENSED PRODUCT derived from such SOFTWARE PRODUCT. If LICENSEE and such AUTHORIZED COPIER agree in writing that all right, title and interest in the resulting modifications belong to LICENSEE, then copies of such modified SUBLICENSED PRODUCT may be furnished to such customers and fees for such copies may be paid to AT&T pursuant to this Sublicensing Agreement. However, if all right, title and interest in the resulting modifications do not belong to LICENSEE then such AUTHORIZED COPIER must be a licensee of AT&T (or of a corporate affiliate thereof) for such SOFTWARE PRODUCT and copies of such modified SUBLICENSED PRODUCT must be furnished to customers and fees must be paid to AT&T only pursuant to a Sublicensing Agreement between AT&T and such AUTHORIZED COPIER, even if the version of such SOFTWARE PRODUCT used by such AUTHORIZED COPIER is furnished to such AUTHORIZED COPIER by LICENSEE. Regardless of which Sublicensing Agreement is involved in furnishing a copy of a SUBLICENSED PRODUCT to a customer, only one fee shall be collected by AT&T for such copy.

2.06  LICENSEE shall use its best efforts to enforce the agreements with DISTRIBUTORS and customers specified in this Sublicensing Agreement.

2.07  If a DISTRIBUTOR fails to fulfill one or more of its obligations under the agreement required by Section 2.03, AT&T may, upon its election and in addition to any other remedies that it may have, at any time notify LICENSEE in writing of such breach and require LICENSEE to terminate all the rights granted in such agreement by not less than two (2) months' written notice to such DISTRIBUTOR specifying any such breach, unless within the period of such notice all breaches specified therein shall have been remedied; upon such termination such DISTRIBUTOR shall within thirty (30) days immediately discontinue use of and return or destroy all copies of SUBLICENSED PRODUCTS in its possession.

2.08  (a) Any notice acknowledging a contribution of a third party appearing in a SOFTWARE PRODUCT shall be included in corresponding portions of SUBLICENSED PRODUCTS made by LICENSEE or AUTHORIZED COPIERS.

Page 4 of 9

SCON0019964

004

SS-Sub.-0301B–031984

(b) Each portion of a SUBLICENSED PRODUCT shall include an appropriate copyright notice. Such copyright notice may be the copyright notice or notices appearing in or on the corresponding portions of the SOFTWARE PRODUCT on which such SUBLICENSED PRODUCT is based or, if copyrightable changes are made in developing such SUBLICENSED PRODUCT, a copyright notice identifying the owner of such changes.

2.09  In certain cases AT&T may make copies of software materials available on appropriate media for purchase by LICENSEE for distribution by LICENSEE as SUBLICENSED PRODUCTS. However, purchase of such copies shall not relieve LICENSEE of its obligation to pay fees under this Sublicensing Agreement for such SUBLICENSED PRODUCTS.

2.10  No right is granted hereunder or under the Software Agreement to use any trademark of AT&T (or a corporate affiliate thereof) in the name of the SUBLICENSED PRODUCTS offered or furnished to customers by LICENSEE or DISTRIBUTORS. However, LICENSEE and DISTRIBUTORS may state in advertising, publicity, packaging, labeling or otherwise that a SUBLICENSED PRODUCT is derived from AT&T'S software under license from AT&T and identify such software (including any trademark, provided the proprietor of the trademark is appropriately identified). LICENSEE agrees, for itself and its DISTRIBUTORS, not to use a name or trademark for a SUBLICENSED PRODUCT that is confusingly similar to a name or trademark used by AT&T (or a corporate affiliate thereof).

### III.  TERM

3.01  This Sublicensing Agreement shall become effective for an initial period that expires one year from the end of the quarter (ending March 31st, June 30th, September 30th or December 31st) during which this Sublicensing Agreement is accepted.

3.02  Unless LICENSEE notifies AT&T in writing or AT&T notifies LICENSEE in writing at least thirty (30) days before the expiration date established in Section 3.01 that such party does not wish renewal, this Sublicensing Agreement shall be renewed automatically for an additional one-year period and shall continue to be renewed in such a manner from year to year. Alternatively, new one-year periods may be initiated as specified in Section 4.02(d).

3.03  If LICENSEE fails to fulfill one or more of its obligations under this Sublicensing Agreement or the Software Agreement, AT&T may, upon its election and in addition to any other remedies that it may have, at any time terminate all the rights granted by it hereunder and under the Software Agreement by not less than two (2) months' written notice to LICENSEE specifying any such breach, unless within the period of such notice all breaches specified therein shall have been remedied; upon such termination LICENSEE shall immediately discontinue use of and return or destroy all copies of SOFTWARE PRODUCTS covered by the Software Agreement and immediately discontinue distribution and use of and destroy all copies of SUBLICENSED PRODUCTS in its possession.

Page 5 of 9

SCON0019965

**005**

SS-Sub.-0803___031984

3.04  Neither the expiration of this Sublicensing Agreement nor the termination of LICENSEE'S rights hereunder shall relieve LICENSEE of its obligation to pay any fee hereunder. In the event of termination of LICENSEE'S rights hereunder, all fees that LICENSEE has become obligated to pay hereunder shall become immediately due and payable.

3.05  LICENSEE agrees that when a SUBSIDIARY'S or a DISTRIBUTOR'S relationship to LICENSEE changes so that it is no longer a SUBSIDIARY or a DISTRIBUTOR of LICENSEE, all rights of such former SUBSIDIARY or DISTRIBUTOR under this Sublicensing Agreement shall immediately cease, and such former SUBSIDIARY or DISTRIBUTOR shall return to LICENSEE or destroy all copies of SUBLICENSED PRODUCTS for which per-copy fees have not been paid to AT&T. However, such former SUBSIDIARY or DISTRIBUTOR may continue to use copies of SUBLICENSED PRODUCTS for which per-copy fees have been paid on the same basis that a customer may use copies of SUBLICENSED PRODUCTS pursuant to Section 2.01(a).

## IV.  FEES AND DISCOUNTS

4.01  (a) For rights granted under this Sublicensing Agreement, LICENSEE shall pay to AT&T, in the manner and at the times specified in Article V, any initial sublicensing fee specified for the SOFTWARE PRODUCT on which a SUBLICENSED PRODUCT is based and a per-copy fee for each copy of a SUBLICENSED PRODUCT either (i) furnished by LICENSEE to a customer or to a DISTRIBUTOR, (ii) made by an AUTHORIZED COPIER and furnished by such AUTHORIZED COPIER to a customer or to another DISTRIBUTOR or (iii) put into use by LICENSEE on a CPU of LICENSEE. The amounts of such sublicensing fees are listed in the Schedule for each SOFTWARE PRODUCT.

(b) Amounts paid to AT&T under this Sublicensing Agreement for a copy of a SUBLICENSED PRODUCT furnished to a particular customer shall not be creditable toward any fees payable under any agreement between AT&T (or between a corporate affiliate thereof) and such customer.

(c) Fees paid to AT&T under this Sublicensing Agreement shall not be creditable toward fees that become payable under the Software Agreement. Fees paid under the Software Agreement shall not be creditable toward fees that become payable under this Sublicensing Agreement.

(d) No additional fee is payable for the transfer of a SUBLICENSED PRODUCT from one customer to another customer in conjunction with the transfer of a CPU between such customers, provided that the first customer does not retain any portion of the SUBLICENSED PRODUCT after such transfer and that agreement of the second customer is obtained in accordance with Sections 2.01 and 2.02. Such transfer of a SUBLICENSED PRODUCT may result from, for example, a sale of a CPU by the first customer to the second customer or the termination of a lease with the first customer for a CPU and the execution of a new lease with the second customer for such CPU.

(e) No additional fee is payable for the transfer of a SUBLICENSED PRODUCT from one CPU of LICENSEE to another or the transfer of a SUBLICENSED PRODUCT from one CPU of a customer to another CPU of the same customer.

Page 6 of 9

SCON0019966

006

SS-Sub-0301k__31984

4.02  (a) The discount percentage applicable during the initial period referred to in Section 3.01 shall be based on LICENSEE'S advance commitment to pay a specified minimum total amount of discounted per-copy fees for SUBLICENSED PRODUCTS furnished or put into use during such initial period. If no such commitment is made, no discount shall be available during the initial period. The discount percentage and the advance commitment, if any, for the initial period are set forth on page 1 of this Sublicensing Agreement. The discount percentage applicable during each additional one-year period referred to in Section 3.02 shall be based either on LICENSEE'S advance commitment to pay a specified minimum total amount of discounted per-copy fees for such additional one-year period or on the actual total of such fees payable for the preceding period, as LICENSEE shall elect.

(b) Such discount percentage shall be two percent (2%) for each whole one hundred thousand dollars ($100,000.00) of either the advance commitment or the actual total for the preceding period, as the case may be, up to a maximum of sixty percent (60%).

(c) If LICENSEE elects to base its discount percentage for a forthcoming additional period on its advance commitment, LICENSEE shall notify AT&T in writing of the amount of such advance commitment before the end of the preceding period. If such notification is not received by such time, such discount percentage shall be based on the actual total of discounted per-copy fees payable for the preceding period.

(d) An advance commitment may not be reduced. However, LICENSEE may at any time request of AT&T in writing that the then-current initial period or additional one-year period be terminated and that a new one-year period be started, beginning with the next quarter, for which new period LICENSEE shall make an advance commitment corresponding to a higher discount percentage than that currently applicable. Such request will be subject to AT&T'S acceptance. In the case of such termination and start of a new period, the discount percentage for the terminated period shall apply to all transactions occurring before the end of such period.

4.03  The section of the Software Agreement relating to taxes shall apply to fees payable under this Sublicensing Agreement.

## V.  REPORTS AND PAYMENTS

5.01  (a) LICENSEE shall keep full, clear and accurate records of the number of copies of each SUBLICENSED PRODUCT furnished by it and AUTHORIZED COPIERS to other DISTRIBUTORS and customers and put into use on LICENSEE'S CPUs.

(b) Each AUTHORIZED COPIER shall keep full, clear and accurate records of the number of copies of each SUBLICENSED PRODUCT furnished by it to other DISTRIBUTORS and customers.

(c) Each AUTHORIZED COPIER shall furnish a statement at least quarterly to LICENSEE identifying the number of copies recorded according to Section 5.01(b) since the previous such statement was furnished.

(d) LICENSEE shall keep full, clear and accurate records of the identities and locations of AUTHORIZED COPIERS.

Page 7 of 9

SCON0019967

007

SS-Sub.-030184-03196

(e) AT&T shall have the right through its accredited auditing representatives to make an examination and audit, during normal business hours, not more frequently than annually, of all records kept pursuant to this Section by LICENSEE and AUTHORIZED COPIERS and such other records and accounts as may under recognized accounting practices contain information bearing upon the amounts of fees payable to it under this Sublicensing Agreement. Prompt adjustment shall be made by the proper party to compensate for any errors or omissions disclosed by such examination or audit. Neither such right to examine and audit nor the right to receive such adjustment shall be affected by any statement to the contrary, appearing on checks or otherwise, unless such statement appears in a letter, signed by the party having such right and delivered to the other party, expressly waiving such right.

5.02   (a) LICENSEE shall notify AT&T in writing at least thirty (30) days in advance of the date LICENSEE intends to begin furnishing copies of a SUBLICENSED PRODUCT to customers or DISTRIBUTORS or putting any such copies into use on LICENSEE'S CPUs. Before such date LICENSEE shall pay to AT&T any initial sublicensing fee specified for the SOFTWARE PRODUCT on which such SUBLICENSED PRODUCT is based. Discount percentages established under Section 4.02 do not apply to initial sublicensing fees.

(b) Within thirty (30) days after the end of each quarter ending on March 31st, June 30th, September 30th or December 31st, commencing with the quarter during which this Sublicensing Agreement first becomes effective, LICENSEE shall furnish to AT&T a statement, in form acceptable to AT&T, certified by an authorized representative of LICENSEE, identifying the number of copies of each SUBLICENSED PRODUCT furnished by it and AUTHORIZED COPIERS or put into use on LICENSEE'S CPUs, the SOFTWARE PRODUCT on which each such SUBLICENSED PRODUCT is based, the per-copy fees for such copies and the net fees payable after the applicable discount percentage is taken into account. If the per-copy fees for a particular SUBLICENSED PRODUCT are based on a characteristic such as number of users supported, information on such characteristic for the copies of such SUBLICENSED PRODUCT furnished or put into use shall also be included in such statement. Each SUBLICENSED PRODUCT for which LICENSEE has given notice to AT&T pursuant to Section 5.02(a) shall be covered by such statement. In each such statement, LICENSEE shall also fully identify any AUTHORIZED COPIER added or terminated during the quarter covered by such statement.

(c) Within such thirty (30) days LICENSEE shall, irrespective of its own business and accounting methods, pay to AT&T the net fees payable for such quarter as shown in the statement required by Section 5.02(b), except that if the applicable discount percentage is based on an advance commitment for a period, LICENSEE shall pay the net fees payable for such quarter plus any additional amount necessary for the total of amounts paid for such period after the first, second, third and fourth full quarters thereof to be, respectively, one-quarter, one-half, three-quarters and the full amount of such advance commitment. Any such additional amount paid during a period shall be creditable against net fees payable later in the same period, but no such additional amount remaining at the end of the fourth full quarter of a period shall be refunded or creditable against any other amounts payable to AT&T. If AT&T accepts a new one-year period pursuant to Section 4.02(d), no such additional amount remaining at the end of the last full quarter of the terminated period shall be refunded or creditable against any other amounts payable to AT&T.

Page 8 of 9

SCON0019968

008

SS-Sub.-03016-031984

(d) LICENSEE shall furnish whatever additional information AT&T may reasonably prescribe from time to time to enable AT&T to ascertain the amounts of fees payable pursuant hereto.

5.03  Payments provided for in this Sublicensing Agreement shall, when overdue, be subject to a late payment charge calculated at an annual rate of one percent (1%) over the posted prime rate or successive posted prime rates in effect in New York City during delinquency; provided, however, that if the amount of such late payment charge exceeds the maximum permitted by law for such charge, such charge shall be reduced to such maximum amount.

## VI.  MISCELLANEOUS PROVISIONS

6.01  Neither this Sublicensing Agreement nor any rights hereunder, in whole or in part, shall be assignable or otherwise transferable by LICENSEE and any purported assignment or transfer shall be null and void.

6.02  (a) Payments to AT&T under this Sublicensing Agreement shall be made payable and sent to:

AT&T TECHNOLOGIES, INC.
P.O. Box 65080
Charlotte, North Carolina 28265

(b) Correspondence with AT&T relating to this Sublicensing Agreement shall be sent to:

AT&T TECHNOLOGIES, INC.
Software Sales and Marketing Organization
P.O. Box 25000
Greensboro, North Carolina 27420

(c) Any payment, statement, notice, request or other communication shall be deemed to be sufficiently given to the addressee and any delivery hereunder deemed made when sent by certified mail addressed to LICENSEE at its office specified in this Sublicensing Agreement or to AT&T at the appropriate address specified in this Section 6.02. Each party to this Sublicensing Agreement may change an address relating to it by written notice to the other party.

6.03  The limited grant of rights under patents in the Software Agreement applies to any use permitted under Section 2.01 of this Sublicensing Agreement.

6.04  IF LICENSEE is not a corporation, all references to LICENSEE'S SUBSIDIARIES shall be deemed deleted.

6.05  The construction and performance of this Sublicensing Agreement shall be governed by the law of the State of New York.

Page 9 of 9

SCON0019969