# EXHIBIT 43

Dockets.Justia.com

FEB-27-1997 10:37          SCO, INC.                           +19087902402   P.02
Rev to Cash Reconciliation

**Revenue to Cash Reconciliation & Computation of Balances Due to SCO**
for Jan-97

| | | |
|---|---:|---:|
| Total SVRx Cash For Consideration for Period | | 4,889,628.72 |
| Plus Other non-Cash Offsets & Adjustments | 763,352.14 | |
| Plus Bank Fees | 74.84 | |
| Less Misdirected Payments | (1,722.00) | |
| Plus Cash Given to Novell in Error | 0.00 | |
| Plus Novell Retained Cash, Now Used | 851.29 | |
| Less Payments w/no Admin Fee | (39,230.70) | |
| Less Payments w/no Reports | 0.00 | |
| Total Adjustments to Cash | | 723,325.57 |
| **Basis of Administrative Fees** | | **5,612,954.29** |
| Total SVRx Revenue Booked for Period | 6,166,475.56 | |
| Prior Period SVRx Balances Due | 1,141,541.36 | |
| Total Revenue for Administrative Consideration for Period | | 7,308,016.92 |
| Adjustments to Revenue | | |
| Less unpaid, fee administered revenue | (1,695,062.63) | |
| Total Adjustments to Revenue | | (1,695,062.63) |
| **Total Adjusted Revenue for Period** | | **5,612,954.29** |
| Domestic Administrative Fee Calculation | | 280,647.71 |
| 3rd Party Royalty Reimbursement | | 37,362.84 |
| Japanese SVRx Administrative Fee | | 0.00 |
| Total Administrative Charges & 3rd Party Royalty Amounts | | 318,010.55 |
| **Total Payment due to Novell for Period** | | **4,571,618.17** |

Page 1                                                          26-02-97

Confidential - Subject to Protective Order,
SCO v. Novell, Civil Case No. 2:04CV00139 DAK

NOV 000007592

FEB-27-1997 10:37          SCO, INC.                    +19087902402    P.03

## Misdirected Cash

Cash Misdirected to SCO for Novell Retained Products                Jan-97

| Company | Product | Amount |
|---|---|---|
| Intergraph (Feb-97 Cash) | FACE | 576.60 |
| Mellillo (Feb-97 Cash) | MoOLIT | 220.00 |
| Mellillo (Feb-97 Cash) | MoOLIT | 200.00 |
| Intergraph (Feb-97 Cash) | FACE | 725.40 |
| **Total for Refund to Novell** | | **1,722.00** |

Page 1

Confidential - Subject to Protective Order,
SCO v. Novell, Civil Case No. 2:04CV00139 DAK

NOV 000007593

FEB-27-1997 10:38   SCO, INC.   +19087902402   P.05

## SCO Administration of SVRx Revenue: Cash & Other Offsets

| Customer | Balance Due SCO Admin Fee | Balance Due Novell Fee | Total Binary Fees | Admin Fee % | Total Pay't to Admin | Total Pay't to Novl Admin Fee | Bank Fees | Non-Cash Offsets to Bal due to Nov / 100 Admin Fee | Non-Cash Others Admin Fee | Novell Reported Cash to Admin Fee | Novell Related Cash w/ Admin Fee | End Balance Due SCO Admin Fee | End Balance Due NO Admin Fee | Cash On Account | Admin Fee Outbrkdwn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior Period Novell Invoice Balances Now Paid** | | | | | | | | | | | | | | | |
| Convurrent Computers | 16,600.97 | 0.00 | 16,600.97 | 1.00% | | | | | | | | 16,600.97 | 0.00 | 0.00 | 0.00 |
| Concurrent Computers Interest | 1,038.22 | 0.00 | 1,038.22 | 1.00% | | | | | | | | 1,038.22 | 0.00 | 0.00 | 0.00 |
| **Prior Period SCO Balance Due** | 17,639.19 | 0.00 | 17,639.19 | | 0.00 | | 0.00 | 0.00 | | 0.00 | | 17,639.19 | 0.00 | 0.00 | 0.00 |
| **Prior Period SCO Administered Invoices** | | | | | | | | | | | | | | | |
| AEG AKTIENGESELLSCHAFT | 1,171.60 | 0.00 | 1,171.60 | 5.00% | | | | | | | | 1,171.60 | 0.00 | 0.00 | 0.00 |
| ALCATEL | 0.00 | 34,678.18 | 34,678.18 | 5.00% | | | | 34,678.18 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| AMDAHL CORPORATION | 2,694.95 | 0.00 | 2,694.95 | 5.00% | | | | | | | | 2,694.95 | 0.00 | 0.00 | 0.00 |
| AMDAHL CORPORATION | 5,827.00 | 0.00 | 5,827.00 | 5.00% | | | | | | | | 5,827.00 | 0.00 | 0.00 | 0.00 |
| AT&T COMPUTER SYSTEMS DIVISION (I) | 64.89 | 0.00 | 64.89 | 5.00% | | | | | 64.89 | | | 0.00 | 0.00 | 0.00 | 4.24 |
| AT&T COMPUTER SYSTEMS DIVISION (I) | 465.80 | 0.00 | 465.80 | 5.00% | | | | | 465.80 | | | 0.00 | 0.00 | 0.00 | 23.29 |
| AUSPEX | 1,137.63 | 0.00 | 1,137.63 | 5.00% | | | | | | | | 1,137.63 | 0.00 | 0.00 | 0.00 |
| BULL AS | 955.48 | 0.00 | 955.48 | 5.00% | | | | | | | | 955.48 | 0.00 | 0.00 | 0.00 |
| BULL AS | 899.84 | 0.00 | 899.84 | 5.00% | | | | | | | | 899.84 | 0.00 | 0.00 | 0.00 |
| CETIA | 659.00 | 0.00 | 659.00 | 5.00% | | | | | | | | 659.00 | 0.00 | 0.00 | 0.00 |
| CHORUS SYSTEMES | 3,310.00 | 0.00 | 3,310.00 | 5.00% | | | | | | | | 3,310.00 | 0.00 | 0.00 | 0.00 |
| CHORUS SYSTEMES | 6,890.00 | 0.00 | 6,890.00 | 5.00% | | | | | | | | 6,890.00 | 0.00 | 0.00 | 0.00 |
| CHORUS SYSTEMES | 5,463.08 | 0.00 | 5,463.08 | 5.00% | | | | | | | | 5,463.08 | 0.00 | 0.00 | 16.00 |
| CHORUS SYSTEMES | 3,020.00 | 0.00 | 3,020.00 | 5.00% | | | | | | | | 3,020.00 | 0.00 | 0.00 | 0.00 |
| CONCURRENT COMPUTER CORPORATION | 9,921.73 | 0.00 | 9,921.73 | 5.00% | | | | | | | | 9,921.73 | 0.00 | 0.00 | 0.00 |
| CONCURRENT COMPUTER CORPORATION | 9,387.05 | 0.00 | 9,387.05 | 5.00% | | | | | | | | 9,907.05 | 0.00 | 0.00 | 0.00 |
| CONSENSYS COMPUTER | 168.37 | 0.00 | 168.37 | 5.00% | | | | | | | | 168.37 | 0.00 | 0.00 | 0.00 |
| CONVEX | 1,046.12 | 0.00 | 1,046.12 | 5.00% | | | | | | | | 1,046.12 | 0.00 | 0.00 | 0.00 |
| DANSK DATA | 9,650.43 | 0.00 | 9,650.43 | 5.00% | | | | | | | | 9,650.43 | 0.00 | 0.00 | 0.00 |
| DATA GENERAL | 10,971.90 | 0.00 | 10,971.90 | 5.00% | | | | | | | | 10,971.90 | 0.00 | (19.77) | 0.00 |
| DIGITAL EQUIPMENT CORP | 40,468.44 | 0.00 | 40,468.44 | 5.00% | | | 10,506.71 | | 7,220.70 | | | 0.00 | 0.00 | 0.00 | 2,023.26 |
| KICHPORT (?) | 0.00 | 48,451.40 | 48,451.40 | 5.00% | | | | | | | | 43,470.53 | 0.00 | 0.00 | 0.00 |
| MOTOROLA, INC | 43,670.53 | 0.00 | 43,670.53 | 5.00% | | | | | | | | 43,670.53 | 0.00 | 0.00 | 0.01 |
| NETWORK EQUIPMENT | 20.88 | 0.00 | 20.88 | 5.00% | 3.08 | | | | | | | 0.00 | 0.00 | 0.00 | 1,722.52 |
| NORTHERN TELECOM LIMITED | 0.00 | 34,456.62 | 34,456.62 | 5.00% | (34,456.62) | | | 34,456.62 | | | | 34,456.62 | (34,456.62) | 0.00 | 767.41 |
| NORTHERN TELECOM LIMITED | 16,146.18 | 0.00 | 16,146.18 | 5.00% | 34,456.62 | | | | | | | 0.00 | 0.00 | (19,356.44) | 0.00 |
| OLIVETTI | 110,670.06 | 0.00 | 110,670.06 | 5.00% | | | | | | | | 110,670.06 | 0.00 | 0.00 | 0.00 |
| OLIVETTI | 913,394.33 | 0.00 | 913,394.33 | 5.00% | | | | | | | | 913,394.38 | 0.00 | 0.00 | 0.00 |
| OLIVETTI (?) | 2,956.00 | 0.00 | 2,956.00 | 5.00% | 2,920.00 | | | | | | | 7,10.25 | 0.00 | 0.00 | 0.00 |
| OLIVETTI (?) | 44,917.60 | 0.00 | 44,917.60 | 5.00% | 10,263.75 | | | | 44,917.60 | | | 44,917.60 | 0.00 | 0.00 | 2,245.88 |
| PLB (?) | 97.75 | 0.00 | 97.75 | 5.00% | | | | | 97.75 | | | 0.00 | 0.00 | 0.00 | 4.89 |
| PLB ELECTRONICA SPA | 29.84 | 0.00 | 29.84 | 5.00% | | 29.84 | | | | | | 0.00 | 0.00 | 0.00 | 1.49 |
| PULSAR GmbH | 960.00 | 0.00 | 960.00 | 5.00% | | | | | | | | 960.00 | 0.00 | 0.00 | 0.00 |
| PULSAR GmbH | 1,050.00 | 0.00 | 1,050.00 | 5.00% | | | | | | | | 1,050.00 | 0.00 | 0.00 | 0.00 |
| SEQUENT COMPUTER SYS | 6,850.49 | 0.00 | 6,850.49 | 5.00% | | | | | | | | 6,850.49 | 0.00 | 0.00 | 0.00 |
| SIEMENS INDUSTRIAL AUTOMATION | 0.00 | 35,228.80 | 35,228.80 | 5.00% | | | | | | | | 31.31 | 35,228.80 | 0.00 | 0.00 |
| STRATUS COMPUTER, IN | 31.31 | 0.00 | 31.31 | 5.00% | | | | | | | | 10,674.00 | 0.00 | 0.00 | 677.27 |
| TEKTRONIX | 10,674.00 | 0.00 | 10,674.00 | 5.00% | | | | | | | | 2,938.00 | 0.00 | 0.00 | 12.36 |
| TELMAT INFORMATIQUE Total | 2,938.00 | 0.00 | 2,938.00 | 5.00% | | | | | 247.13 | | | 0.00 | 0.00 | 0.00 | 12.36 |
| UNISYS | 22,426.00 | 0.00 | 22,426.00 | 5.00% | 22,426.00 | | | | 247.13 | | | 42,823.19 | 0.00 | 0.00 | 0.00 |
| UNISYS CORPORATION | 42,823.19 | 0.00 | 42,823.19 | 5.00% | 10,263.75 | | | | | | | 79,545.34 | 0.00 | 11,344.05 | 0.00 |
| VENTURCOM | 217,456.34 | 0.00 | 217,456.34 | 5.00% | 226,821.00 | | | | | | | 64,881.70 | 33,228.80 | 0.00 | 0.00 |
| VENTURCOM, INC | 85,227.12 | 0.00 | 85,227.12 | 5.00% | | | | | | | | 10,674.00 | 0.00 | 0.00 | 0.00 |
| VERSYS INCORPORATED | 3,698.47 | 0.00 | 3,698.47 | 5.00% | 11,555.12 | | | | | | | 3,582.47 | 0.00 | 0.00 | 0.00 |
| ZETACO, INC | 4,198.00 | 0.00 | 4,198.00 | 5.00% | | | | | | | | 4,198.00 | 0.00 | 0.00 | 0.00 |
| **Prior Period SCO Invoice Total** | 1,123,932.17 | 124,831.00 | 1,248,624.10 | 5.00% | 282,001.41 | | 44.84 | 79,440.50 | 46,548.03 | | 7,220.70 | 616,460.10 | (1,270.00) | (19,493.21) | 16,410.00 |
| **Jan-97 Invoices** | | | | | | | | | | | | | | | |
| ADDISON WESLEY | 228.82 | 0.00 | 228.82 | 5.00% | | 228.82 | | | | | | 0.00 | 0.00 | 0.00 | 11.43 |
| AUSPEX SYSTEMS, INC. | 10,905.64 | 0.00 | 10,905.64 | 5.00% | 10,905.64 | | | | | | | 0.00 | 0.00 | 0.00 | 540.78 |
| CETIA | 2,978.34 | 0.00 | 2,978.34 | 5.00% | | | | | | | | 2,979.26 | 0.00 | 0.00 | 0.00 |
| CHORUS SYSTEMES | 1,650.00 | 0.00 | 1,650.00 | 5.00% | | | | | | | | 1,650.00 | 0.00 | 0.00 | 0.00 |
| CIBA CORNING | 22,426.00 | 0.00 | 22,426.00 | 5.00% | 22,426.00 | | | | | | | 0.00 | 0.00 | 0.00 | 1,121.25 |
| CONTROL DATA | 247.13 | 0.00 | 247.13 | 5.00% | 247.13 | | | | | | | 0.00 | 0.00 | 0.00 | 12.36 |
| CONVEX | 1,310.60 | 0.00 | 1,310.60 | 5.00% | 1,360.80 | | | | | | | 0.00 | 0.00 | 0.00 | 66.18 |
| ENCORE | 6,761.54 | 0.00 | 6,761.54 | 5.00% | 6,761.54 | | | | | | | 0.00 | 0.00 | 0.00 | 258.10 |
| (etc.) | 6,235,000.00 | | 6,235,000.00 | 6.00% | 4,515,000.00 | | | | 760,000.00 | | | | | | 263,250.00 |

Page 1

Cash & Other Offsets

Confidential - Subject to Protective Order,
SCO v. Novell, Civil Case No. 2:04CV00139 DAK

NOV 000007594

FEB-27-1997 10:39         SCO, INC.                    +19087902402    P.06

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| J3 EARNING | 5,644.50 | 0.00 | 5,644.50 | 5.00% | 5,644.50 | | | 0.00 | 242.23 |
| WELILO CONSULTING | (200.00) | 0.00 | (200.00) | 5.00% | (200.00) | | | 0.00 | (10.00) |
| MICROTEC RESEARCH, INC | 22,880.00 | 0.00 | 22,880.00 | 5.00% | 22,880.00 | | | 0.00 | 1,144.00 |
| NATIONAL SEMICONDUCTOR | 269.61 | 0.00 | 269.61 | 5.00% | | 269.61 | | 0.00 | 13.48 |
| NCR | 90,378.07 | 0.00 | 90,378.07 | 5.00% | 43.29 | 353.06 | 81,578.72 | 0.00 | 26.07 |
| NETWORK EQUIPMENT TECHNOLOGIES | 192.80 | 0.00 | 592.10 | 5.00% | 587.22 | 6.74 | 0.00 | (0.50) | 28.58 |
| OLIVETTI (6) | (44,917.59) | 0.00 | (44,917.59) | 5.00% | | (44,917.59) | 0.00 | 0.00 | (2,245.88) |
| ONSITE COMPUTER | 12,005.00 | 0.00 | 12,005.00 | 5.00% | 298.00 | | 11,729.09 | 0.00 | 14.40 |
| PLUS ELECTRONICA SPA (2) | 5,676.97 | 0.00 | 5,676.97 | 5.00% | | 302.76 | 6,343.21 | 0.00 | 16.64 |
| SEQUOIA | 6,290.00 | 0.00 | 5,290.00 | 5.00% | | | 5,290.00 | 0.00 | 0.00 |
| SNI | 405,273.12 | 0.00 | 405,273.12 | 5.00% | 90.00 | | 405,273.12 | 0.00 | 0.00 |
| STRATUS | 172,937.85 | 0.00 | 172,937.85 | 5.00% | | | 172,967.85 | 0.00 | 0.00 |
| UNISOFT | 19,906.44 | 0.00 | 19,906.44 | 5.00% | 12,186.16 | | 4,914.28 | 0.00 | 619.78 |
| UNISYS | 79,760.78 | 0.00 | 79,760.78 | 5.00% | | | 79,760.76 | 0.00 | 0.00 |
| All Totals | 6,165,075.54 | 0.00 | 6,165,475.55 | | 4,516,076.32 | 0.00 | 861,713.41 | (0.50) | 283,257.11 |
| | 7,108,016.92 | 124,821.93 | 7,432,838.66 | 0.00 | 4,590,657.10 | 30.00 | 717,788.11 | | 280,847.71 |
| Less Overpayments | | | | | 4,849,876.73 | 74.84 | 781,862.14 | | |
| Unallocated Novell Cash | | | | | (19,400.71) | 79,440.66 | 7,220.70 | | (19,400.71) |
| Payment w/out Admin Fee | | | | | 1,722.00 | | 65.29 | | |
| Missing Reports | | | | | 99,230.70 | | 1,595,662.83 | 1,270.00 | |

NOTES:  (1) Recommended writeoff since this division of AT&T is no longer around.
        (2) Foreign withholding, statement attached
        (3) Bill Satement Payment
        (4) Small Balance Write-Off
        (5) Credit to remove duplicate Invoice
        (6) X/95 November Report Duplicated in prior reporting of this revenue to Novell

Cash for Consideration         4,869,525.12

Page 2

Confidential - Subject to Protective Order,                                    NOV 000007595
SCO v. Novell, Civil Case No. 2:04CV00139 DAK

# EXHIBIT 45

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE DISTRICT OF UTAH
     -------------------------------x
4
     THE SCO GROUP, INC., a Delaware
5    corporation,

6            Plaintiff/Counterclaim Defendant,

7            against     Civil No. 2:03CV-0294 DAK

8    INTERNATIONAL BUSINESS MACHINES
     CORPORATION, a New York
9    corporation,

10           Defendant/Counterclaim-Plaintiff

11   -------------------------------x

12
                   CONFIDENTIAL
13

14          EDWARD S. CHATLOS, JR.

15            New York, New York

16         Wednesday, February 15, 2006

17

18

19

20

21

22

23   Reported by:  Steven Neil Cohen, RPR

24   Job No.: 181640

25

Page 100

1           Chatlos - Confidential
2    company would you ever ask a lawyer to type
3    up transaction documents for you?
4        A.    Yes.
5        Q.    Why would you do that?
6        A.    Because they are experts at that.
7        Q.    Because they are experts in doing
8    that?
9        A.    Right.
10       Q.    Because they have legal
11   experience, correct?
12       A.    Yes.
13       Q.    And legal training, correct?
14       A.    Yes.
15       Q.    That is why Novell would have
16   asked a lawyer to draft the APA, correct?
17             MR. NORMAND:  Objection to form.
18             THE WITNESS:  Yes.
19   BY MS. SORENSON:
20       Q.    Looking at paragraph 4.6A, page
21   24 of Exhibit 27, the Asset Purchase
22   Agreement --
23       A.    4.6.
24       Q.    I am sorry.  4.16.  Thank you.
25             Looking at 4.16 of Exhibit 27,

```
 1              Chatlos - Confidential
 2    page 24, specifically directing your
 3    attention to 4.16A, it states that, reading
 4    the first sentence, "Following the closing
 5    buyer shall administer the collection of
 6    all royalties, fees and other amounts due
 7    under all SVRX licenses (as listed in
 8    detail under item 6 of schedule 1.1(a)
 9    hereof and referred to herein as 'SVRX
10    royalties')."
11            Did I read that correctly?
12       A.   Yes.
13       Q.   Is it fair to say then to
14    understand SVRX licenses one has to look at
15    item 6 of the included assets at schedule
16    1.1(a)?
17            MR. NORMAND:  Objection to form.
18            THE WITNESS:  Yes.  Yes.
19    BY MS. SORENSON:
20       Q.   Turning to item 6 of the included
21    asset schedule to the APA, schedule 1.1(a),
22    item 6 states, "All contracts relating to
23    the SVRX licenses listed below:"
24            Did I read that correctly?
25       A.   Yes.
```

Page 102

1           Chatlos - Confidential
2      Q.    Then it lists a variety of UNIX
3   System V licenses underneath; is that
4   correct?
5      A.    No.
6      Q.    What does it list?
7      A.    A variety of UNIX System V
8   products.
9      Q.    Including licenses?
10          MR. NORMAND:  Objection to form.
11          Asked and answered.
12          THE WITNESS:  Including the
13      various licenses associated with those
14      products.
15  BY MS. SORENSON:
16     Q.    Would that include UNIX System V
17  licensing and sublicensing agreements?
18     A.    Yes.
19     Q.    Would that include source code
20  licensing and sublicensing UNIX System V
21  agreements?
22     A.    Schedule 1.1(a) includes those
23  contracts, yes.
24     Q.    The SVRX licenses listed below
25  under item 6 are those -- would those

Page 103

1           Chatlos - Confidential
2   include source as well as binary licenses?
3       A.    I believe so, yes.
4       Q.    What is the basis for your
5   understanding of the parties' intent that
6   section 4.16 of the APA, turning back to
7   page 24 of Exhibit 27, relates only to a
8   binary income stream?
9           MR. NORMAND: Object to form.
10  BY MS. SORENSON:
11      Q.    Let me make it clearer.
12          At paragraph 13 of your
13  declaration which is Exhibit 960, your
14  first sentence reads, "Paragraph 4.16 of
15  the APA was specifically designed and
16  intended to protect Novell's retained
17  binary product royalty stream."
18          My question is, what is the basis
19  for your understanding that section 4.16 of
20  the APA was designed and intended to
21  protect Novell's retained binary product
22  royalty stream?
23      A.    Two points are my basis.
24          One is my knowledge of the intent
25  during the discussions and as I read this

Page 104

1         Chatlos - Confidential
2   it is clear to me it is based on the
3   royalties associated with these products
4   that are being referenced here, the binary
5   royalties.
6        Q.   So the two things that comprise,
7   and if I am not stating your testimony
8   correctly say so, I am not trying to put
9   words in your mouth.
10            If I understand you correctly,
11  you are saying that your understanding of
12  the parties' intent -- strike that.
13            Your understanding is that
14  paragraph 4.16 of the AP was designed and
15  intended to protect Novell's retained
16  binary product royalty stream.  There are
17  two sources for that understanding; one,
18  your knowledge of the intent of the
19  parties; and, two, the fact that binary
20  royalties are being referenced here.
21            Did I state that correctly?
22       A.   Implicitly -- I mean, yes, you
23  stated that correctly, implicitly
24  referenced here.
25       Q.   By "implicitly referenced here"

Page 105

Chatlos - Confidential

1
2    you are referring to section 4.16 sub (a)
3    of the Asset Purchase Agreement; is that
4    correct?
5        A.    Yes.
6        Q.    You would agree with me that
7    section 4.16 of the Asset Purchase
8    Agreement does not state anything about
9    binary royalties, correct?
10           MR. NORMAND:  Objection to form.
11           THE WITNESS:  Not binary
12       royalties.
13   BY MS. SORENSON:
14       Q.    The words "binary royalties" does
15   not appear in section 4.16?
16       A.    Correct.
17       Q.    Is there anyone within Novell to
18   whom you can point as a source for your
19   knowledge regarding the parties' intent
20   regarding section 4.16 and its alleged
21   relationship only to a binary income
22   stream?
23           MR. NORMAND:  Objection to form.
24           THE WITNESS:  I don't understand
25       the question.

Page 202

1        Chatlos - Confidential
2        Q.   I just have a little bit of
3   recross.
4             Looking again at Exhibit 27, the
5   Asset Purchase Agreement, section 4.16,
6   SVRX licenses, paragraph A, the word
7   "binary" does not appear in section 4.16A
8   of the Asset Purchase Agreement, correct?
9        A.   Not explicitly.
10       Q.   In fact, the word "binary"
11  doesn't appear in section 4.16 at all?
12       A.   Not explicitly but it is implied
13  by the term SVRX.
14       Q.   The answer to my question is, no,
15  the word "binary" does not appear in
16  section 4.16 of the Asset Purchase
17  Agreement, correct?
18       A.   Correct.
19       Q.   SVRX royalties does not contain
20  the word "SVRX binary royalties," correct?
21       A.   Correct.
22       Q.   Under 4.16B, the first sentence,
23  the first two sentences read, "Buyer shall
24  not, and shall not have the authority to,
25  amend, modify or waive any right or assign

```
                                                     Page 203
 1                 Chatlos - Confidential

 2     any SVRX license without the prior written

 3     consent of seller.  In addition, at

 4     seller's sole discretion and direction

 5     buyer shall amend, supplement, modify or

 6     waive any rights under or shall assign any

 7     rights to any SVRX license to the extent so

 8     directed in any manner or respect by

 9     seller."

10             Did I read those two sentences of

11     4.16B correctly?

12        A.    Yes.

13        Q.    Those four sentences do not

14     contain the word "binary," correct?

15        A.    Correct.

16        Q.    The phrase says -- "SVRX binary

17     systems" does not appear in that language,

18     correct?

19        A.    Correct.

20        Q.    Schedule 1.1(a) of the Asset

21     Purchase Agreement, Exhibit 27, is it your

22     testimony that that is intended to be a

23     list of included assets to be transferred

24     to Santa Cruz in the transaction?

25        A.    What was the schedule number
```

Page 211

1          Chatlos - Confidential

2                CERTIFICATE

3   STATE OF NEW YORK )
                      : Ss
4   COUNTY OF NEW YORK)

5       I, Steven Neil Cohen, a Registered

6   Professional Reporter and Notary Public

7   within and for the State of New York, do

8   hereby certify: That EDWARD S. CHATLOS,

9   JR., the witness whose deposition is herein

10  before set forth, was duly sworn by me and

11  that such deposition is a true record of

12  the testimony given by such witness.

13      I further certify that I am not related

14  to any of the parties to this action by

15  blood or marriage and that I am in no way

16  interested in the outcome of this matter.

17      I further certify that neither

18  the deponent nor a party requested a review

19  of the transcript pursuant to Federal Rule

20  of Civil Procedure 30(e) before the

21  deposition was completed.

22      In witness whereof, I have hereunto set

23  my hand this 20th day of February, 2006.

24              _____

25              STEVEN NEIL COHEN, RPR