MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA 94105–2482
Telephone: (415) 268–7000
Facsimile: (415) 268–7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534–1700
Facsimile: (801) 364–7697

Attorneys for Novell, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, | |
| Plaintiff and Counterclaim-Defendant, | **NOTICE OF CONVENTIONAL FILING** |
| vs. | |
| NOVELL, INC., a Delaware corporation, | Case No. 2:04CV00139 |
| Defendant and Counterclaim-Plaintiff. | Judge Dale A. Kimball |

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has conventionally filed the original and one copy of the **MEMORANDUM IN SUPPORT OF NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FOURTH CLAIM FOR RELIEF** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*, and the original and one copy of the **DECLARATION OF KENNETH W. BRAKEBILL IN SUPPORT OF NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FOURTH CLAIM FOR RELIEF** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*.

The memorandum, declaration and accompanying exhibits have not been filed electronically because they contain confidential information. They have therefore been filed under seal with the Court and conventionally served on all parties.

DATED:   December 1, 2006

          ANDERSON & KARRENBERG

            /s/  Heather M. Sneddon
          Thomas R. Karrenberg
          John P. Mullen
          Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)

Attorneys for Novell, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2006, I caused a true and correct copy of the **NOTICE OF CONVENTIONAL FILING** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

*Via E-mail:*

Stuart H. Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301


Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

     /s/  Heather M. Sneddon