*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two copies of **SCO's Memorandum in Opposition to Novell's Motion For Partial Summary Judgment or Preliminary Injunction and in Support of SCO's Cross Motion For Summary Judgment or Partial Summary Judgment.**

This documents have not been filed electronically because:

___ it cannot be converted to electronic format

___ the electronic file size of this material exceeds 2 megabytes (MB)

___ the Court by order has excused electronic filing

_X_ it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents have been served conventionally on all parties.

DATED this 12th day of December, 2006.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand

By: /s/ Brent O. Hatch
*Counsel for The SCO Group, Inc.*