SCO Grp v. Novell Inc                          Doc. 179

Case 2:04-cv-00139-DAK-BCW  Document 179  Filed 12/12/2006  Page 1 of 2

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

   **PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original

and two copies of **Declaration of Brent O. Hatch.**

  This document has not been filed electronically because:

   ___  it cannot be converted to electronic format

   ___  the electronic file size of this material exceeds 2 megabytes (MB)

   ___  the Court by order has excused electronic filing

   _X_  it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy &
      Procedures Manual (*sealed document*)

  These documents have been served conventionally on all parties.

DATED this 12th day of December, 2006.

          HATCH, JAMES & DODGE, P.C.
          Brent O. Hatch
          Mark F. James

          BOIES, SCHILLER & FLEXNER LLP
          Robert Silver
          Stuart H. Singer
          Stephen N. Zack
          Edward Normand

     By:  /s/ Brent O. Hatch
        *Counsel for The SCO Group, Inc.*