Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **SCO'S CROSS MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT ON NOVELL'S THIRD, SIXTH, SEVENTH, EIGHTH AND NINTH COUNTERCLAIMS** <br><br> Case No. 2:04CV00139 <br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant, the SCO Group, Inc. ("SCO"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and for the reasons set forth in the Memorandum in Opposition to Defendant Novell, Inc.'s ("Novell's") Motion for Partial Summary Judgment or Preliminary Injunction and in Support of SCO's Cross Motion for Summary Judgment or Partial Summary Judgment, respectfully moves this Court to enter summary judgment for SCO on Novell's Sixth, Seventh, Eighth and Ninth Counterclaims, or, in the alternative, to enter partial summary judgment for SCO on Novell's Third, Sixth, Seventh, Eighth and Ninth Counterclaims.

SCO is entitled to summary judgment on Novell's Sixth, Seventh, Eighth and Ninth Counterclaims because the evidence of the parties' intent under the APA and Amendments thereto is undisputed in SCO's favor. In the alternative, SCO is entitled to partial summary judgment on Novell's counterclaims for a constructive trust and/or accounting under its Third, Sixth, Seventh, Eighth and Ninth causes of action on the grounds that Novell cannot satisfy the elements for such relief.

For the forgoing reasons, and as more fully set forth in the accompanying memorandum, this Court should enter summary judgment or partial summary judgment in favor of SCO.

DATED this 12th day of December, 2006.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand

        *Counsel for The SCO Group, Inc.*

        By: /s/ Brent O. Hatch

## CERTIFICATE OF SERVICE

      Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Cross Motion for Summary Judgment or Partial Summary Judgment on Novell's Third, Sixth, Seventh, Eighth and Ninth Counterclaims was served on Defendant, Novell, Inc., on this 12th day of December, 2006, via CM/ECF to the following:

      Thomas R. Karrenberg
      John P. Mullen
      Heather M. Sneddon
      ANDERSON & KARRENBERG
      700 Bank One Tower
      50 West Broadway
      Salt Lake City, UT 84101

      Michael A. Jacobs
      Matthew I. Kreeger
      MORRISON & FOERSTER
      425 Market Street
      San Francisco, CA 94105-2482


      /s/  Brent O. Hatch