Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION**<br><br><br>Case No. 2:04CV00139<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant The SCO Group, Inc. ("SCO") and Defendant/Counterclaim-Plaintiff Novell, Inc. ("Novell"), hereby stipulate that SCO may have a one day extension up to and including December 12, 2006 to file a memorandum in opposition to Novell's Motion for Partial Summary Judgment or Preliminary Injunction.  Pursuant to the parties' stipulation, SCO respectfully moves the Court for an Order permitting the request for leave to file its memorandum in opposition.  Novell does not oppose the motion.

DATED this 12th day of December, 2006.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand

*Counsel for The SCO Group, Inc.*

By: /s/  Brent O. Hatch

DATED this 12th day of December, 2006.

    MORRISON & FOERESTER LLP
Michael A. Jacobs
Kenneth W. Brakebill
David E. Melaugh

ANDERSON & KARRENBERG
Thomas R. Karenberg
John P. Mullen
Heather M. Sneddon

*Counsel for Novell,, Inc.*

By: /s/ Kenneth W. Brakebill
(*Signed by filing attorney with permission of Kenneth W. Brakebill*)