Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard—Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower—Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | **SCO'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN OPPOSITION TO NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PRELIMINARY INJUNCTION AND IN SUPPORT OF SCO'S CROSS MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Case No. 2:04cv139<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") hereby moves the

Court pursuant to District Court Rule 7-1(e) for an Order granting it leave to file SCO's

Memorandum in Opposition to Novell's Motion For Partial Summary Judgment or Preliminary Injunction and in Support of SCO's Cross Motion For Summary Judgment or Partial Summary Judgment (the "Memorandum in Opposition") that consists of 54 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

SCO's Motion is made upon the grounds that the Memorandum in Opposition of the indicated length is necessary given the complex nature of the issues raised by Novell's Motion for Partial Summary Judgment or Preliminary Injunction ("Novell's Motion") to the end that an Opposition to Novell's Motion of the same complexity was necessitated.

SCO has endeavored to be as concise as possible, but respectfully submits that the excess length is necessary to fully and fairly address the issues being placed before the Court.

SCO respectfully requests that it be allowed to file its Memorandum in Opposition containing 54 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

DATED this the 12th day of December, 2006.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand

By: /s/ Brent O. Hatch
*Counsel for The SCO Group, Inc.*