Brent O. Hatch (5715)                  Robert Silver (admitted pro hac vice)
Mark F. James (5295)                   Edward Normand (admitted pro hac vice)
HATCH, JAMES & DODGE                   BOIES, SCHILLER & FLEXNER LLP
10 West Broadway, Suite 400            333 Main Street
Salt Lake City, Utah 84101             Armonk, New York 10504
Telephone: (801) 363-6363              Telephone: (914) 749-8200
Facsimile: (801) 363-6666              Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)   Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP          BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard—Suite 1200  Bank of America Tower—Suite 2800
Ft. Lauderdale, Florida 33301          100 Southeast Second Street
Telephone: (954) 356-0011              Miami, Florida 33131
Facsimile: (954) 356-0022              Telephone: (305) 539-8400
                                       Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING SCO'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH SCO'S MEMORANDUM IN OPPOSITION TO NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PRELIMINARY INJUNCTION AND IN SUPPORT OF SCO'S CROSS MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Case No. 2:04cv139<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Dockets.Justia.com

This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") for Leave to File SCO's Over-length Memorandum in Opposition to Novell's Motion for Partial Summary Judgment or Preliminary Injunction and in Support of SCO's Cross Motion For Summary Judgment or Partial Summary Judgment (the "Memorandum in Opposition"). The Court, having considered the matter, hereby determines that good cause and exceptional circumstances exist and hereby ORDERS that SCO be granted leave to file its over-length Memorandum in Opposition consisting of 54 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

DATED:  _____, 2006

BY THE COURT:


_____

Honorable Dale A. Kimball