Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEADLINES** <br><br> Case No. 2:04CV00139 <br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

Dockets.Justia.com

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging deadlines to provide the parties with one additional week to file their respective opposition and reply papers relating to Novell's currently pending Motion for Partial Summary on Its Fourth Claim for Relief.  The new deadlines would be as follows:

1.      SCO's memorandum in opposition, currently due January 3, 2007, shall be due no later than January 10, 2007.

2.      Novell's reply memorandum, currently due on January 22, 2007, shall be due no later than February 5, 2007.

The parties submit concurrently herewith a proposed Order confirming these deadlines.

DATED this 18th day of December, 2006.

>
> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> BOIES, SCHILLER & FLEXNER LLP
> Robert Silver
> Stuart H. Singer
> Stephen N. Zack
> Edward Normand
>
> *Counsel for The SCO Group, Inc.*
>
> By:  /s/  Edward Normand

DATED this 18th day of December, 2006.

    MORRISON & FOERESTER LLP
Michael A. Jacobs
Kenneth W. Brakebill
David E. Melaugh

ANDERSON & KARRENBERG
Thomas R. Karenberg
John P. Mullen
Heather M. Sneddon

*Counsel for Novell,, Inc.*

By: /s/ Kenneth W. Brakebill
(*Signed by filing attorney with permission of Kenneth W. Brakebill*)

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Stipulation and [Proposed] Order to Enlarge Deadlines were served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on this 18th day of December, 2006, via CM/ECF to the following:

> Thomas R. Karrenberg
> John P. Mullen
> Heather M. Sneddon
> ANDERSON & KARRENBERG
> 700 Bank One Tower
> 50 West Broadway
> Salt Lake City, UT 84101
>
> Michael A. Jacobs
> Matthew I. Kreeger
> MORRISON & FOERSTER
> 425 Market Street
> San Francisco, CA 94105-2482

/s/ Edward Normand