Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Streets
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER TO ENLARGE DEADLINES** <br><br> Case No. 2:04CV00139 <br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

Pursuant to the Stipulation between Defendant/Counterclaim-Plaintiff Novell, Inc. ("Novell") and Plaintiff/Counterclaim-Defendant The SCO Group, Inc. ("SCO"), and good cause appearing, it is hereby

1

**ORDERED** to enlarge certain deadlines as follows:

1. SCO's memorandum in opposition to Novell's Motion for Partial Summary Judgment on Its Fourth Claim for Relief, currently due January 3, 2007, shall be due no later than January 10, 2007.

2. Novell's reply memorandum in support of its motion for summary judgment, currently due on January 22, 2007, shall be due no later than February 5, 2007.

DATED: December 19, 2006.

BY THE COURT:

_____
DALE A. KIMBALL
U. S. DISTRICT JUDGE