# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Devan V. Padmanabhan  
Business Address: Dorsey & Whitney LLP  
50 South Sixth Street  
Suite 1500  
Minneapolis, MN 55402

Telephone: (612)340-2600

Current bar memberships and date of admission:

| | |
|---|---|
| U.S. District Court - District of Minnesota | Admitted on 02/18/94 |
| State Courts of Minnesota | Admitted on 10/22/93 |
| United State Court of Appeals for the Federal Circuit | Admitted on 04/08/99 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?  
X No     ____Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:     _ none

Case Name: The SCO Group v. International Business Machines Corporation  
Case Number: 2:03-CV-0294 DAK  
Admission Date: 8/22/06

Signature                                           Date: Jan. 2, 2007

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.