Mark F. James (Utah Bar No. 5295)
HATCH JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84102
Telephone: (801) 363-6363

# UNITED STATES DISTRICT COURT
## District of Utah Central Division

| | | |
|---|---|---|
| The SCO Group, Inc. | * | Motion for Pro Hac Vice Admission and |
|    Plaintiff/Counterclaim-Defendant | * | Consent of Local Counsel |
| | * | |
|    v. | * | |
| Novell, Inc. | * | Case No. 2:04cv139 DAK/BCW |
|    Defendant/Counterclaim-Plaintiff | * | |

     Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of John J. Brogan as pro hac vice counsel for The SCO Group, Inc., Plaintiff/Counterclaim-Defendant, and consent to serve as local counsel. The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated     January 4, 2007

                                                                Signature of local counsel