UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | | |
|---|---|---|
| The SCO Group, Inc. | * | ORDER FOR PRO HAC VICE ADMISSION |
|     Plaintiff/Counterclaim-Defendant, | * | |
| | * | |
| v. | * | |
| Novell, Inc., | * | Case No. 2:04-CV-00139 DAK/BCW |
|     Defendant/Counterclaim-Plaintiff. | * | |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of John J. Brogan in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this _____ day of _____, 2007.

_____
U.S. District Judge