Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FOURTH COUNTERCLAIM FOR RELIEF** <br><br><br> Case No. 2:04CV00139 <br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

Plaintiff and Counterclaim-Defendant SCO Group, Inc. ("SCO"), through counsel, hereby moves the Court for an extension of time to respond to the Motion for Partial Summary Judgment on its Fourth Counterclaim for Relief filed by Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell").

SCO respectfully requests that it be granted an extension of time, to and including January 17, 2007, within which to file a response to Novell's motion. Counsel for SCO has conferred with counsel for Novell regarding the requested extension. Novell's counsel has not responded to SCO's request for an extension of the deadline to January 17, 2007. Due to SCO's reply briefs to the pending motions for summary judgment in the SCO v. IBM case due two days after the current due date, on January 12, 2007, the intervening holidays, and other commitments, the undersigned counsel respectfully requests an extension to January 17 to respond to Novell's motion.

DATED this 8th day of January, 2007.

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Edward Normand
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

*Counsel for Plaintiff/Counterclaim-Defendant
The SCO Group, Inc.*

## **CERTIFICATE OF SERVICE**

      Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that on this 8th day of January, 2007 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and delivered by CM/ECF to the following:

>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>ANDERSON & KARRENBERG
>700 Bank One Tower
>50 West Broadway
>Salt Lake City, UT 84101
>
>Michael A. Jacobs
>Matthew I. Kreeger
>MORRISON & FOERSTER
>425 Market Street
>San Francisco, CA 94105-2482

                                                                 /s/ Edward Normand
                                                                  Edward Normand