Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FOURTH COUNTERCLAIM FOR RELIEF** <br><br><br> Case No. 2:04CV00139 <br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

Based on the motion for extension of time filed by SCO, and for good cause appearing,

IT IS HEREBY ORDERED that SCO shall have until January 17, 2007, within which to file a response to Novell's Motion for Partial Summary Judgment on its Fourth Counterclaim for Relief.

Dated this _____ day of January, 2007

BY THE COURT

_____
Honorable Dale A. Kimball
United States District Court Judge

## CERTIFICATE OF SERVICE

      Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that on this 8th day of January, 2007 a true and correct copy of the foregoing were electronically filed with the Clerk of Court and delivered by CM/ECF to the following:

        Thomas R. Karrenberg
        John P. Mullen
        Heather M. Sneddon
        ANDERSON & KARRENBERG
        700 Bank One Tower
        50 West Broadway
        Salt Lake City, UT 84101

        Michael A. Jacobs
        Matthew I. Kreeger
        MORRISON & FOERSTER
        425 Market Street
        San Francisco, CA 94105-2482


                                /s/ Edward Normand
                                Edward Normand