SCO Grp v. Novell Inc                                                                                                          Doc. 198 Att.

**Exhibit A**

**COMPARISON OF MICROSOFT AGREEMENT TO ITEM VI OF SCHEDULE 1.1(A)**

| Microsoft Agreement<br><br>(Jacobs Decl., Ex. 11 at 12 (**\* REDACTED \***).) | Item VI of Schedule 1.1(a)<br><br>(Jacobs Decl., Ex. 1 at 059-60) |
|---|---|
| **\* REDACTED \*** | "All prior UNIX System releases and versions preceding UNIX System V Release 2.0" |
| **\* REDACTED \*** | "All prior releases and versions of UNIX System V Release 2.0" |
| **\* REDACTED \*** | "#All prior releases and versions of UNIX System V Release 2.0 International Editions" |
| **\* REDACTED \*** | "All prior releases and versions of UNIX System V Release 2.1" |
| **\* REDACTED \*** | "#All prior releases and versions of UNIX System V Release 2.1 International Editions" |
| **\* REDACTED \*** | "UNIX System V Release 3.0" |
| **\* REDACTED \*** | "#UNIX System V Release 3.0 International Edition" |
| **\* REDACTED \*** | "UNIX System V Release 3.1" |
| **\* REDACTED \*** | "#UNIX System V Release 3.1 International Edition" |
| **\* REDACTED \*** | "UNIX System V Release 3.2" |
| **\* REDACTED \*** | "#UNIX System V Release 3.2 International Edition" |
| **\* REDACTED \*** | "UNIX System V/386 Release 3.2" |
| **\* REDACTED \*** | "#UNIX System V/386 Release 3.2 International Edition" |
| **\* REDACTED \*** | "UNIX System V Release 4.0, Intel386 Version 1 Implementation" |
| **\* REDACTED \*** | "#UNIX System V Release 4.0 International Edition, Intel386 Version 1 Implementation" |
| **\* REDACTED \*\*** | "UNIX System V Release 4.0, Intel386 Version 2 Implementation" |
| **\* REDACTED \*** | "#UNIX System V Release 4.0 International Edition, Intel386 Version 2 Implementation" |

Dockets.Justia.com

## Exhibit A

| **Microsoft Agreement** <br><br> (Jacobs Decl., Ex. 11 at 12 (**\* REDACTED \***).) | **Item VI of Schedule 1.1(a)** <br><br> (Jacobs Decl., Ex. 1 at 059-60) |
|---|---|
| **\* REDACTED \*** | "UNIX System V Release 4.0, Intel386 Version 3 Implementation" |
| **\* REDACTED \*** | "#UNIX System V Release 4.0 International Edition, Intel386 Version 3 Implementation" |
| **\* REDACTED \*** | "#UNIX System V Release 4.0 International Edition, Intel386 Version 4 Implementation" |
| **\* REDACTED \*** | "UNIX System V Release 4.0 MP, Intel386 Version 4 Implementation" |
| **\* REDACTED \*** | "#UNIX System V Release 4.0 MP International Edition, Intel386 Version 4 Implementation" |
| **\* REDACTED \*** | "UNIX System V Release 4.0 MP, Intel386 Version 4 Implementation" |
| **\* REDACTED \*** | "#UNIX System V Release 4.0 MP International Edition, Intel386 Version 4 Implementation" |
| **\* REDACTED \*** | "UNIX System V Release 4.0 MP, Intel386 Implementation" |
| **\* REDACTED \*** | "UNIX System V Release 4.1 ES, Intel386 Implementation" |
| **\* REDACTED \*** | "#UNIX System V Release 4.1 ES International Edition, Intel386 Implementation" |
| **\* REDACTED \*** | "UNIX System V Release 4.2, Intel386 Implementation" |
| **\* REDACTED \*** | "#UNIX System V Release 4.2 International Edition, Intel386 Implementation" |
| **\* REDACTED \*** | "UNIX System V Release 4.2 MP, Intel386 Implementation" |
| **\* REDACTED \*** | "#UNIX System V Release 4.2 MP International Edition, Intel386 Implementation" |

# Exhibit A

## COMPARISON OF SUN AGREEMENT TO ITEM VI OF SCHEDULE 1.1(A)

| Sun Agreement<br><br>(Jacobs Decl., Ex. 9 at 11-12.) | Item VI of Schedule 1.1(a)<br><br>(Jacobs Decl., Ex. 1 at 059-60) |
|---|---|
| * REDACTED * | "All prior UNIX System releases and versions preceding UNIX System V Release 2.0" |
| * REDACTED * | "All prior releases and versions of UNIX System V Release 2.0" |
| * REDACTED * | "All prior releases and versions of UNIX System V Release 2.1" |
| * REDACTED * | "UNIX System V Release 3.0" |
| * REDACTED * | "UNIX System V Release 3.1" |
| * REDACTED * | "UNIX System V Release 3.2" |
| * REDACTED * | "UNIX System V/386 Release 3.2" |
| * REDACTED * | "UNIX System V Release 4.0, Intel386 Version 1 Implementation" |
| * REDACTED * | "UNIX System V Release 4.0, Intel386 Version 2 Implementation" |
| * REDACTED * | "UNIX System V Release 4.0, Intel386 Version 3 Implementation" |
| * REDACTED * | "UNIX System V Release 4.1 ES, Intel 386 Implementation" |
| * REDACTED * | "UNIX System V Release 4.2, Intel 386 Implementation" |
| * REDACTED * | "UNIX System V Release 4.2 MP, Intel386 Implementation" |