MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant. | **DECLARATION OF HEATHER M. SNEDDON IN SUPPORT OF NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PRELIMINARY INJUNCTION**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

sf-2251551

I, Heather M. Sneddon, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Utah and an associate at the law firm of Anderson & Karrenberg, counsel of record for Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell") in this action. I submit this declaration in support of Novell's Motion for Partial Summary Judgment or Preliminary Injunction. The statements made herein are based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the SCO Quarterly Report, Form 10-Q, for the quarter ended July 31, 2004, as downloaded from http://www.shareholder.com/common/edgar/1102542/1104659-04-27598/04-00.pdf.

3. Attached as Exhibit 2 is a true and correct copy of the Novell Quarterly Report, Form 10-Q, for the quarter ended April 30, 2006, as downloaded from http://www.novell.com/company/ir/filings/2006/2_2006.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of January, 2007 in Salt Lake City, Utah.

                                                    /s/ Heather M. Sneddon

                                                    Heather M. Sneddon