MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA 94105–2482
Telephone: (415) 268–7000
Facsimile: (415) 268–7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534–1700
Facsimile: (801) 364–7697

**Attorneys for Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,  Plaintiff and Counterclaim-Defendant,  vs.  NOVELL, INC., a Delaware corporation,  Defendant and Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING**  Case No. 2:04CV00139  Judge Dale A. Kimball |

2

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has conventionally filed the original and one copy of **NOVELL'S REPLY TO SCO'S OPPOSITION TO NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR PRELIMINARY INJUNCTION** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*.

The reply memorandum and accompanying exhibit have not been filed electronically because they contain confidential information. They have therefore been filed under seal with the Court and conventionally served on all parties.

DATED:   January 9, 2007

ANDERSON & KARRENBERG

_____*/s/  Heather M. Sneddon*_____
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)

**Attorneys for Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2007, I caused a true and correct copy of the foregoing **NOTICE OF CONTENTIONAL FILING** to be served via CM/ECF to the following

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101


Stuart H. Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301


Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504


             _/s/ Heather M. Sneddon_