```
                                                          FILED
                                                    U.S DISTRICT COURT
          UNITED STATES DISTRICT COURT              2007 JAN -8  P 3: 55
                 DISTRICT OF UTAH
                                                      DISTRICT OF UTAH
                                   *
The SCO Group, Inc.                *  ORDER FOR PRO HAC VICE ADMISSION
     Plaintiff/Counterclaim-Defendant, *              DEPUTY CLERK
                                   *
             v.                    *
Novell, Inc.,                      *  Case No. 2:04-CV-00139 DAK/BCW
     Defendant/Counterclaim-Plaintiff. *
```

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Devan V. Padmanabhan in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 7th day of January, 2007.

_____
U.S. District Judge

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Devan V. Padmanabhan          Telephone: (612)340-2600
Business Address: Dorsey & Whitney LLP
                  50 South Sixth Street
                  Suite 1500
                  Minneapolis, MN 55402

Current bar memberships and date of admission:

| | |
|---|---|
| U.S. District Court - District of Minnesota | Admitted on 02/18/94 |
| State Courts of Minnesota | Admitted on 10/22/93 |
| United State Court of Appeals for the Federal Circuit | Admitted on 04/08/99 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
X No          ___Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:          _ none

Case Name:       The SCO Group v. International Business Machines Corporation
Case Number:     2:03-CV-0294 DAK
Admission Date:  8/22/06

_____                    Jan. 2, 2007
Signature                                    Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.

Mark F. James (Utah Bar No. 5295)
HATCH JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84102
Telephone: (801) 363-6363

# UNITED STATES DISTRICT COURT
## District of Utah Central Division

| | | |
|---|---|---|
| The SCO Group, Inc. | * | Motion for Pro Hac Vice Admission and |
| Plaintiff/Counterclaim-Defendant | * | Consent of Local Counsel |
| v. | * | |
| Novell, Inc. | * | Case No. 2:04cv139 DAK/BCW |
| Defendant/Counterclaim-Plaintiff | * | |

    Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Devan V. Padmanabhan as pro hac vice counsel for The SCO Group, Inc., Plaintiff/Counterclaim-Defendant, and consent to serve as local counsel. The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated      January 4, 2007

_____
Signature of local counsel