MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
Maame A.F. Ewusi-Mensah (*pro hac vice*)
425 Market Street
San Francisco, CA  94105–2482
Telephone:  (415) 268–7000
Facsimile:  (415) 268–7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534–1700
Facsimile:  (801) 364–7697

**Attorneys for Novell, Inc.**

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Dockets.Justia.com

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has conventionally filed the original and one copy of the following documents:

1.      **NOVELL'S OPPOSITION TO SCO'S CROSS-MOTION FOR SUMMARY JUDGMENT ON NOVELL'S THIRD, SIXTH, SEVENTH, EIGHTH, AND NINTH CLAIMS FOR RELIEF** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*;

2.      **DECLARATION OF HEATHER M. SNEDDON IN SUPPORT OF NOVELL'S OPPOSITION TO SCO'S CROSS-MOTION FOR SUMMARY JUDGMENT ON NOVELL'S THIRD, SIXTH, SEVENTH, EIGHTH, AND NINTH CLAIMS FOR RELIEF** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*; and

3.      **NOVELL'S RESPONSE TO SCO'S STATEMENT OF FACTS IN ITS CROSS-MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*.

The foregoing documents have not been filed electronically because they contain confidential information and are subject to the August 2, 2006 Stipulated Protective Order. They have been conventionally filed under seal with the Court, and served on all parties.

DATED:        January 17, 2007

ANDERSON & KARRENBERG

_____/s/  Heather M. Sneddon_____
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
Maame A.F. Ewusi-Mensah (*pro hac vice*)

**Attorneys for Novell, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of January, 2007, I caused a true and correct copy of the foregoing **NOTICE OF CONTENTIONAL FILING** to be served via CM/ECF to the following:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY
50 S. Sixth Street, Suite 1500
Minneapolis, Minnesota  55402

Kevin P. McBride
MCBRIDE LAW P.C.
1299 Ocean Ave., Suite 900
Santa Monica, California  90401

_____ */s/ Heather M. Sneddon* _____