Brent O. Hatch (5715)  
Mark F. James (5295)  
HATCH, JAMES & DODGE  
10 West Broadway, Suite 400  
Salt Lake City, Utah 84101  
Telephone: (801) 363-6363  
Facsimile: (801) 363-6666  

Robert Silver (admitted pro hac vice)  
Edward Normand (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
333 Main Street  
Armonk, New York 10504  
Telephone: (914) 749-8200  
Facsimile: (914) 749-8300  

Stuart H. Singer (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
401 East Las Olas Boulevard—Suite 1200  
Ft. Lauderdale, Florida 33301  
Telephone: (954) 356-0011  
Facsimile: (954) 356-0022  

Stephen N. Zack (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
Bank of America Tower—Suite 2800  
100 Southeast Second Street  
Miami, Florida 33131  
Telephone: (305) 539-8400  
Facsimile: (305) 539-1307  

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILINGS** <br><br> Case No. 2:04cv139 <br><br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original

and two courtesy copies of the following documents:

1. **SCO's Memorandum in Opposition to Novell's Motion for Partial Summary Judgment on its Fourth Counterclaim for Relief, and in Support of SCO's Cross Motion for Summary Judgment** (the "Memorandum in Opposition")

2. **Declaration of Brent O. Hatch** (the "Declaration")

This Memorandum in Opposition and Declaration have not been filed electronically because:

___  it cannot be converted to electronic format

___  the electronic file size of this material exceeds 2 megabytes (MB)

___  the Court by order has excused electronic filing

_X_  they are exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents will be served conventionally on all parties.

DATED this 17th day of January, 2007.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand

By:   /s/ Brent O. Hatch
      *Counsel for The SCO Group, Inc.*