Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard—Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower—Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>     Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>     Defendant/Counterclaim-Plaintiff. | **MOTION FOR LEAVE TO FILE OVER LENGTH MEMORANDUM**<br><br><br>Case No. 2:04cv139<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") hereby moves the

Court pursuant to District Court Rule 7-1(e) for an Order granting it leave to file their

Memorandum in Opposition to Novell's Motion For Partial Summary Judgment on its

Dockets.Justia.com

Forth Counterclaim for Relief, and in Support of SCO's Cross Motion for Summary

Judgment (the "Memorandum in Opposition") that consists of $$ pages, exclusive of face

sheet, table of contents and authorities, appendixes and exhibits.

SCO's Motion is made upon the grounds that the Memorandum in Opposition of

the indicated length is necessary given the complex nature of the issues raised by

Novell's Motion for Partial Summary Judgment on its Fourth Counterclaim ("Novell's

Motion") to the end that an Opposition to Novell's Motion of the same complexity was

necessitated.

SCO has endeavored to be as concise as possible, but respectfully submits that the

excess length is necessary to fully and fairly address the issues being placed before the

Court.

SCO respectfully requests that it be allowed to file its Memorandum in

Opposition containing 80 pages, exclusive of face sheet, table of contents and authorities,

appendixes and exhibits.

DATED this the 17th day of January, 2007.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

2

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand


By: /s/ Brent O. Hatch
*Counsel for The SCO Group, Inc.*