Brent O. Hatch (5715)　　　　　　　　　　Robert Silver (admitted pro hac vice)
Mark F. James (5295)　　　　　　　　　　Edward Normand (admitted pro hac vice)
HATCH, JAMES & DODGE　　　　　　　BOIES, SCHILLER & FLEXNER LLP
10 West Broadway, Suite 400　　　　　　 333 Main Street
Salt Lake City, Utah 84101　　　　　　　　Armonk, New York 10504
Telephone: (801) 363-6363　　　　　　　 Telephone: (914) 749-8200
Facsimile: (801) 363-6666　　　　　　　　Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)　　Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP　　BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard—Suite 1200　Bank of America Tower—Suite 2800
Ft. Lauderdale, Florida 33301　　　　　　100 Southeast Second Street
Telephone: (954) 356-0011　　　　　　　 Miami, Florida 33131
Facsimile: (954) 356-0022　　　　　　　　Telephone: (305) 539-8400
　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>　　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>　　　Defendant/Counterclaim-Plaintiff. | [PROPOSED] **ORDER GRANTING SCO'S MOTION FOR LEAVE TO FILE OVER LENGTH MEMORANDUM**<br><br>Case No. 2:04cv139<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

　　　This matter comes before the Court on the Motion of Plaintiff/Counterclaim-

Defendant The SCO Group ("SCO") for Leave to File its over length Memorandum in

Opposition to Novell's Motion For Partial Summary Judgment on its Forth Counterclaim

Dockets.Justia.com

for Relief, and in Support of SCO's Cross Motion for Summary Judgment (the "Memorandum in Opposition"). The Court, having considered the matter, hereby determines that good cause and exceptional circumstances exist and hereby ORDERS that SCO be granted leave to file its over length Memorandum in Opposition consisting of 80 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

DATED: _____, 2007

BY THE COURT:

_____
Honorable Dale A. Kimball