Brent O. Hatch (5715)
Mark F. James (5295)
HATCH JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363

# UNITED STATES DISTRICT COURT
## District of Utah Central Division

| | | |
|---|---|---|
| THE SCO GROUP, INC., | * | |
| | * | Motion for Pro Hac Vice Admission and |
| Plaintiff/Counterclaim-Defendant | * | Consent of Local Counsel |
| | * | |
| v. | * | |
| NOVELL, INC., | * | Case No. 2:04cv139 |
| | * | |
| | * | Judge Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff | * | Magistrate Judge Brook C. Wells |
| | * | |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Sashi Bach Boruchow as pro hac vice counsel for Plaintiff, The SCO Group, Inc., and consent to serve as local counsel. The application for pro hac vice admission is attached as Exhibit A to this motion, an Electronic Case Filing Registration Form as Exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated January 22, 2007

_____
Signature of local counsel