# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Sashi Bach Boruchow     Telephone: (954) 356-0011
Firm Name: Boies Schiller & Flexner LLP
Business Address: 401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301

Current bar memberships and date of admission:

| | |
|---|---|
| Florida | Admitted on 10/20/2000 |
| | Admitted on |
| | Admitted on |
| | Admitted on |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
__X__ No      ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:     none

Case Name: The SCO Group, Inc. v. International Business Machines, Inc.
Case Number: 2:03cv294
Admission Date: January 9, 2007

(Attach list of other cases separately if more space is needed.)

_Sashi Bach Boruchow_          _Jan. 22, 2007_
Signature                                     Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.