UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | | |
|---|---|---|
| THE SCO GROUP, INC., | * * | |
| Plaintiff/Counterclaim-Defendant | * * * | ORDER FOR PRO HAC VICE ADMISSION |
| v. | * * | |
| NOVELL, INC. , | * * | Case No. 2:04cv139 |
| Defendant/Counterclaim-Plaintiff | * * * | Judge Dale A. Kimball Magistrate Judge Brook C. Wells |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Sashi Bach Boruchow in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this_____day of _____, 20_____.

_____
U.S. District Judge