FILED
U.S. DISTRICT COURT

2007 JAN 25  A 11: 29

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., | |
| Plaintiff/Counterclaim-Defendant | ORDER FOR PRO HAC VICE ADMISSION |
| v. | Case No. 2:04cv139 |
| NOVELL, INC., | |
| Defendant/Counterclaim-Plaintiff | Judge Dale A. Kimball<br>Magistrate Judge Brook C. Wells |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of <u>Sashi Bach Boruchow</u> in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 24th day of January, 2007.

_____
U.S. District Judge