Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard–Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower–Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff /Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant/Counterclaim-Plaintiff. | **STIPULATION FOR EXTENSION OF TIME**<br><br><br>Case No. 2:04CV00139<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant The SCO Group, Inc. ("SCO") and Defendant/Counterclaim-Plaintiff Novell, Inc. ("Novell"), hereby stipulate that this Court may enter an order permitting SCO to file a reply in support of SCO's Cross Motion for Summary Judgment or Partial Summary Judgment on Novell's Third, Sixth, Seventh, Eighth and Ninth Counterclaims on or before January 31, 2007.

DATED this 30th day of January, 2007.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand

        *Counsel for The SCO Group, Inc.*

        By __/s/ Edward Normand_____

DATED this 30th day of January, 2007.

        Thomas R. Karrenberg
        John P. Mullen
        Heather M. Sneddon
        ANDERSON & KARRENBERG

        Michael A. Jacobs
        Matthew I. Kreeger
        Kenneth W. Brakebill
        MORRISON & FOERSTER

        *Counsel for Novell, Inc.*

        By    /s/ David E. Melaugh    
        *(Signed by filing attorney with permission of David E. Melaugh)*

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Stipulation and Proposed Order was served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on this 30th day of January, 2007, via CM/ECF upon the following:

>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>ANDERSON & KARRENBERG
>700 Bank One Tower
>50 West Broadway
>Salt Lake City, UT 84101
>
>Michael A. Jacobs
>Matthew I. Kreeger
>Kenneth W. Brakebill
>MORRISON & FOERSTER
>425 Market Street
>San Francisco, CA 94105-2482

_____/s/ Edward Normand_____