| | |
|---|---|
| Brent O. Hatch (5715) | Robert Silver (admitted pro hac vice) |
| Mark F. James (5295) | Edward Normand (admitted pro hac vice) |
| HATCH, JAMES & DODGE | BOIES, SCHILLER & FLEXNER LLP |
| 10 West Broadway, Suite 400 | 333 Main Street |
| Salt Lake City, Utah 84101 | Armonk, New York 10504 |
| Telephone: (801) 363-6363 | Telephone: (914) 749-8200 |
| Facsimile: (801) 363-6666 | Facsimile: (914) 749-8300 |
| | |
| Stuart H. Singer (admitted pro hac vice) | Stephen N. Zack (admitted pro hac vice) |
| BOIES, SCHILLER & FLEXNER LLP | BOIES, SCHILLER & FLEXNER LLP |
| 401 East Las Olas Boulevard–Suite 1200 | Bank of America Tower–Suite 2800 |
| Ft. Lauderdale, Florida 33301 | 100 Southeast Second Street |
| Telephone: (954) 356-0011 | Miami, Florida 33131 |
| Facsimile: (954) 356-0022 | Telephone: (305) 539-8400 |
| | Facsimile: (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, | **[PROPOSED] ORDER FOR EXTENSION OF TIME** |
| Plaintiff /Counterclaim-Defendant, | |
| v. | Case No. 2:04CV00139 |
| | Honorable Dale A. Kimball |
| NOVELL, INC., a Delaware corporation, | Magistrate Judge Brooke C. Wells |
| Defendant/Counterclaim-Plaintiff. | |

Pursuant to the Stipulation between Plaintiff /Counterclaim-Defendant The SCO Group, Inc. ("SCO") and Defendant/Counterclaim-Plaintiff Novell, Inc. ("Novell"), and good cause appearing therefore, it is hereby

**ORDERED** that SCO may file a reply in support of SCO's Cross Motion for Summary Judgment or Partial Summary Judgment on Novell's Third, Sixth, Seventh, Eighth and Ninth Counterclaims on or before January 31, 2007.

DATED: _____, 2007.

                                                     BY THE COURT:

                                                     _____
                                                     DALE A. KIMBALL
                                                     U.S. DISTRICT COURT JUDGE