Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard—Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower—Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF SCO'S REPLY MEMORANDUM IN SUPPORT OF ITS CROSS MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT ON NOVELL'S THIRD, SIXTH, SEVENTH, EIGHTH AND NINTH COUNTERCLAIMS**<br><br>Case No. 2:04cv139<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff/Counterclaim Defendant, The SCO

Group, Inc., has conventionally filed the original and two courtesy copies of their *Reply*

*Memorandum in Support of Its Cross Motion for Summary Judgment or Partial Summary*

*Judgment on Novell's Third, Sixth, Seventh, Eighth and Ninth Counterclaims* (the "Reply Memorandum").

This Reply Memorandum has not been filed electronically because:

    ___ it cannot be converted to electronic format

    ___ the electronic file size of this material exceeds 2 megabytes (MB)

    ___ the Court by order has excused electronic filing

    _X_ it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

This document will be served conventionally on all parties.

DATED this 31st day of January, 2007.

                                                      HATCH, JAMES & DODGE, P.C.
                                                      Brent O. Hatch
                                                      Mark F. James

                                                      BOIES, SCHILLER & FLEXNER LLP
                                                      Robert Silver
                                                      Stuart H. Singer
                                                      Stephen N. Zack
                                                      Edward Normand

                                    By:    /s/ Brent O. Hatch
                                                     *Counsel for The SCO Group, Inc.*