ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Tel: (801) 534-1700
Fax: (801) 364-7697
**Attorneys for Novell, Inc.**

## UNITED STATES DISTRICT COURT
### District of Utah, Central Division

| | | |
|---|---|---|
| The SCO Group, Inc., | * | Motion for Pro Hac Vice Admission and |
| Plaintiff, | * | Consent of Local Counsel |
| | * | |
| v. | * | |
| Novell, Inc., | * | Case No. 2:04cv00139 |
| Defendant. | * | Judge Dale A. Kimball |

Pursuant to D.U. Civ Rule 83-1.1(d), I move for the admission of Grant L. Kim as pro hac vice counsel for Defendant Novell, Inc., and consent to serve as local counsel. The application for pro hac vice admission is attached as exhibit A to this motion, and a proposed Order as exhibit B. The $15.00 admission fee has been paid to the Court with the submission of this motion.

DATED: February 9, 2007

ANDERSON & KARRENBERG

*/s/ Heather M. Sneddon*
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2007, I caused a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION AND CONSENT OF LOCAL COUNSEL** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid:*

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Heather M. Sneddon*