# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: GRANT L. KIM          Telephone: (415) 268-7359
Firm Name: MORRISON & FOERSTER LLP
Business Address: 425 MARKET ST.
SAN FRANCISCO, CA 94105

Current bar memberships and date of admission:

| Bar | Admitted on |
|---|---|
| U.S. Supreme Court | March 8, 1993 |
| California Supreme Court | December 3, 1984 |
| U.S. Court of Appeals for the Federal Circuit | April 2, 1987 |
| U.S. Court of Appeals for the Ninth Circuit | March 4, 1985 |
| U.S. District Court, Northern District of Calif. | June 20, 1986 |
| U.S. District Court, Central District of Calif. | March 3, 1994 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
XX   No            ___ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:     XX   none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

_[Signature]_                          February 8, 2007
Signature                               Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.