MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA  94105–2482
Telephone:  (415) 268–7000
Facsimile:  (415) 268–7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534–1700
Facsimile:  (801) 364–7697

**Attorneys for Novell, Inc.**

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, | |
|     Plaintiff and Counterclaim-Defendant, | **NOTICE OF CONVENTIONAL FILING** |
| vs. | |
| NOVELL, INC., a Delaware corporation, | Case No. 2:04CV00139 |
|     Defendant and Counterclaim-Plaintiff. | Judge Dale A. Kimball |

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has conventionally filed the original and one copy of **NOVELL'S REPLY TO SCO'S OPPOSITION TO NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FOURTH CLAIM FOR RELIEF** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*.

The reply memorandum has not been filed electronically because it contains confidential information.  It has therefore been filed under seal with the Court and conventionally served on all parties.

DATED:     February 12, 2007

ANDERSON & KARRENBERG

_____*/s/  Heather M. Sneddon*_____
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)

**Attorneys for Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February, 2007, I caused a true and correct copy of the **NOTICE OF CONVENTIONAL FILING** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid:*

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

_____/s/  Heather M. Sneddon_____