ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101
Tel: (801) 534-1700
Fax: (801) 364-7697
**Attorneys for Novell, Inc.**

### UNITED STATES DISTRICT COURT
### District of Utah, Central Division

| | | |
|---|---|---|
| The SCO Group, Inc., | * | |
|     Plaintiff, | * | ORDER OF PRO HAC VICE ADMISSION |
| | * | |
| v. | * | |
| Novell, Inc., | * | Case No. 2:04cv00139 |
|     Defendant. | * | Judge Dale A. Kimball |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for admission pro hac vice of Grant L. Kim in the United States District Court, District of Utah in the subject case is GRANTED.

DATED:   February 13, 2007

_____
Hon. Dale A. Kimball
United States District Court Judge