MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA 94105–2482
Telephone: (415) 268–7000
Facsimile: (415) 268–7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534–1700
Facsimile: (801) 364–7697

**Attorneys for Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>  Defendant. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has conventionally filed the original and one copy of **NOVELL'S OPPOSITION TO SCO'S CROSS-MOTION FOR SUMMARY JUDGMENT ON NOVELL'S FOURTH CLAIM FOR RELIEF** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*; the **DECLARATION OF HEATHER M. SNEDDON IN SUPPORT OF NOVELL'S OPPOSITION TO SCO'S CROSS-MOTION FOR SUMMARY JUDGMENT ON NOVELL'S FOURTH CLAIM FOR RELIEF** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*; and **NOVELL'S RESPONSE TO SCO'S STATEMENT OF FACTS IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT ON NOVELL'S FOURTH CLAIM FOR RELIEF** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*.

The opposition, declaration and response have not been filed electronically because they contain confidential information. They have therefore been filed under seal with the Court and conventionally served on all parties.

DATED:     February 21, 2007

ANDERSON & KARRENBERG

　　　/s/ Heather M. Sneddon　　　
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)

**Attorneys for Novell, Inc.**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2007, I caused a true and correct copy of the foregoing **NOTICE OF CONVENTIONAL FILING** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid:*

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

/s/  Heather M. Sneddon