MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant & Counterclaim-Plaintiff. | **STIPULATION RE SCHEDULING**<br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), by and through its counsel, and Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), by and through its counsel, hereby stipulate as follows:

2

All currently-noticed depositions shall be completed by March 30, 2007.  Any documents subpoenaed from currently-noticed third-party deponents shall be produced in advance of their respective depositions.

The parties agree to the following expert discovery deadlines:

(a) The parties agree that the parties bearing the burden of proof on issues will designate and submit the reports of its expert witnesses on these issues, if any, by April 25, 2007.

(b) The deadline for submitting any opposing expert reports will be May 23, 2007.

(c) Any rebuttal expert reports must be served by June 8, 2007.

(d) Expert depositions shall commence no earlier than June 14, 2007 and shall be completed by June 22, 2007.  They will be taken where the expert resides unless otherwise agreed.

The deadline for dispositive motions shall be extended from March 14, 2007 to April 13, 2007.

The parties agree to the aforementioned deadlines with the intention of maintaining the September 17, 2007 trial date.

DATED: March 2, 2007

ANDERSON & KARRENBERG

_/s/  Heather M. Sneddon_
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**

DATED: March 2, 2007

                                                BOIES, SCHILLER & FLEXNER LLP

                                                */s/  Peter A. Gwynne*
                                                (*Signed by filing attorney with permission of Peter A. Gwynne*)
                                                Edward J. Normand
                                                Peter A. Gwynne
                                                **Attorneys for The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2007, I caused a true and correct copy of the foregoing **STIPULATION RE SCHEDULING** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Devan V. Padmanabhan
John F. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid:*

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

/s/  Heather M. Sneddon