MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>　　Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>　　Defendant & Counterclaim-Plaintiff. | **ORDER RE SCHEDULING**<br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based upon the parties' Stipulation re Scheduling and good cause appearing therefor, it is hereby ORDERED as follows:

2

All currently-noticed depositions shall be completed by March 30, 2007. Any documents subpoenaed from currently-noticed third-party deponents shall be produced in advance of their respective depositions.

The following expert discovery deadlines shall apply:

(a) The parties bearing the burden of proof on issues will designate and submit the reports of its expert witnesses on these issues, if any, by April 25, 2007.

(b) The deadline for submitting any opposing expert reports will be May 23, 2007.

(c) Any rebuttal expert reports must be served by June 8, 2007.

(d) Expert depositions shall commence no earlier than June 14, 2007 and shall be completed by June 22, 2007. They will be taken where the expert resides unless otherwise agreed.

The deadline for dispositive motions shall be extended from March 14, 2007 to April 13, 2007.

The September 17, 2007 trial date shall not change.

DATED:    March _____, 2007

BY THE COURT:

_____
Judge Dale A. Kimball
United States District Court Judge