Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br> Plaintiff /Counterclaim-Defendant, <br><br> v. <br><br> NOVELL, INC., a Delaware corporation, <br><br> Defendant/Counterclaim-Plaintiff. | **MOTION FOR EXTENSION OF TIME TO REPLY TO NOVELL'S OPPOSITION TO SCO'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT ON NOVELL'S FOURTH CLAIM FOR RELIEF** <br><br> Case No. 2:04CV00139 <br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

Dockets.Justia.com

Plaintiff/Counterclaim-Defendant The SCO Group, Inc. ("SCO"), through counsel, hereby moves the Court for an extension of time to reply to Novell's Opposition to SCO's Cross Motion for Partial Summary Judgment on Novell's Fourth Claim for Relief filed by Defendant/Counterclaim-Plaintiff Novell, Inc. ("Novell").

SCO respectfully requests that it be granted an extension of time, to and including March 16, 2007, within which to file a response to Novell's opposition. Counsel for SCO has conferred with counsel for Novell regarding the requested extension. Novell's counsel does not oppose SCO's request for an extension of the deadline to March 16, 2007.

DATED this 9th day of March, 2007.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand

*Counsel for The SCO Group, Inc.*

By   /s/ Edward Normand_____

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on this 9th day of March, 2007, via CM/ECF upon the following:

>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>ANDERSON & KARRENBERG
>700 Bank One Tower
>50 West Broadway
>Salt Lake City, UT 84101
>
>Michael A. Jacobs
>Matthew I. Kreeger
>Kenneth W. Brakebill
>MORRISON & FOERSTER
>425 Market Street
>San Francisco, CA 94105-2482

_____/s/ Edward Normand_____