Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff /Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO REPLY TO NOVELL'S OPPOSITION TO SCO'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT ON NOVELL'S FOURTH CLAIM FOR RELIEF**<br><br>Case No. 2:04CV00139<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Based on the motion for extension of time filed by SCO, and good cause appearing,

**IT IS HEREBY ORDERED** that SCO may have until March 16, 2007, within which to file a reply in support of SCO's Cross Motion for Partial Summary Judgment on Novell's Fourth Claim for Relief.

DATED this 12th day of March, 2007.

BY THE COURT:

_____
HONORABLE DALE A. KIMBALL
U.S. DISTRICT COURT JUDGE