Brent O. Hatch (5715)  
Mark F. James (5295)  
HATCH, JAMES & DODGE  
10 West Broadway, Suite 400  
Salt Lake City, Utah 84101  
Telephone: (801) 363-6363  
Facsimile: (801) 363-6666  

Robert Silver (admitted pro hac vice)  
Stuart H. Singer (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
401 East Las Olas Boulevard—Suite 1200  
Ft. Lauderdale, Florida 33301  
Telephone: (954) 356-0011  
Facsimile: (954) 356-0022  

Edward Normand (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
333 Main Street  
Armonk, New York 10504  
Telephone: (914) 749-8200  
Facsimile: (914) 749-8300  

Stephen N. Zack (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
Bank of America Tower—Suite 2800  
100 Southeast Second Street  
Miami, Florida 33131  
Telephone: (305) 539-8400  
Facsimile: (305) 539-1307  

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF THE SCO GROUP, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT ON NOVELL'S FOURTH COUNTERCLAIM and EXHIBITS THERETO; and DECLARATION OF MARK F. JAMES**<br><br>Case No. 2:04cv139<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two courtesy copies of the following documents:

1. **The SCO Group, Inc.'s Reply Memorandum in Support of its Cross Motion for Partial Summary Judgment on Novell's Fourth Counterclaim**

2. **Exhibits to The SCO Group, Inc.'s Reply in Support of its Cross Motion for Partial Summary Judgment on Novell's Fourth Counterclaim**

3. **Declaration of Mark F. James**

These documents have not been filed electronically because:

___   it cannot be converted to electronic format

_X_   the electronic file size of this material exceeds 2 megabytes (MB)

___   the Court by order has excused electronic filing

_X_   they are exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents will be served conventionally on all parties.

DATED this 16th day of March, 2007.

                        HATCH, JAMES & DODGE, P.C.
                        Brent O. Hatch
                        Mark F. James

                        BOIES, SCHILLER & FLEXNER LLP
                        Robert Silver
                        Stuart H. Singer
                        Stephen N. Zack
                        Edward Normand

                By:   /s/ Mark F. James
                        *Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing NOTICE OF CONVENTIONAL FILING was served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on this 16th Day of March, 2007, via CM/ECF to the following:

>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>ANDERSON & KARRENBERG
>70 Bank One Tower
>50 West Broadway
>Salt Lake City, Utah 84101
>
>Michael A. Jacobs
>Matthew I. Kreeger
>MORRISON & FOERSTER
>425 Market Street
>San Francisco, CA 94105-2482
>
>
>By:_____/s/Mark F. James_____