| | |
|---|---|
| Brent O. Hatch (5715)<br>Mark F. James (5295)<br>HATCH, JAMES & DODGE<br>10 West Broadway, Suite 400<br>Salt Lake City, Utah 84101<br>Telephone: (801) 363-6363<br>Facsimile: (801) 363-6666 | Robert Silver (admitted pro hac vice)<br>Stuart H. Singer (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard—Suite 1200<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 |
| Edward Normand (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, New York 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 | Stephen N. Zack (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>Bank of America Tower—Suite 2800<br>100 Southeast Second Street<br>Miami, Florida 33131<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>      Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>      Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE SCO'S OVER LENGTH RE MEMORANDUM IN SUPPORT OF ITS CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT ON NOVELL'S FOURTH COUNTERCLAIM**<br><br>Case No. 2:04cv139<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-

Defendant The SCO Group ("SCO") for Leave to File their over length Reply Memorandum in

Dockets.Justia.com

Support of its Cross Motion for Summary Judgment on Novell's Fourth Counterclaim (the

"Reply Memorandum").  The Court, having considered the matter, hereby determines that good

cause and exceptional circumstances exist and hereby ORDERS that SCO be granted leave to

file its over-length Reply Memorandum consisting of 20 pages, exclusive of face sheet, table of

contents and authorities, appendixes and exhibits.

   DATED:  _____, 2007

       BY THE COURT:


       _____
       Honorable Dale A. Kimball

<u>**CERTIFICATE OF SERVICE**</u>

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and

correct copy of the foregoing [PROPOSED] ORDER GRANTING EX PARTE MOTION FOR

LEAVE TO FILE SCO'S OVER LENGTH REPLY MEMORANDUM IN SUPPORT OF ITS

CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT ON NOVELL'S FOURTH

COUNTERCLAIM was served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on this 16th

Day of March, 2007, via CM/ECF and email to the following:


Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
ANDERSON & KARRENBERG
70 Bank One Tower
50 West Broadway
Salt Lake City, Utah 84101

Michael A. Jacobs
Matthew I. Kreeger
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482



By:_____/s/Mark F. James_____