| Brent O. Hatch (5715) | Robert Silver (admitted pro hac vice) |
| Mark F. James (5295) | Stuart H. Singer (admitted pro hac vice) |
| HATCH, JAMES & DODGE | BOIES, SCHILLER & FLEXNER LLP |
| 10 West Broadway, Suite 400 | 401 East Las Olas Boulevard—Suite 1200 |
| Salt Lake City, Utah 84101 | Ft. Lauderdale, Florida 33301 |
| Telephone: (801) 363-6363 | Telephone: (954) 356-0011 |
| Facsimile: (801) 363-6666 | Facsimile: (954) 356-0022 |
| Edward Normand (admitted pro hac vice) | Stephen N. Zack (admitted pro hac vice) |
| BOIES, SCHILLER & FLEXNER LLP | BOIES, SCHILLER & FLEXNER LLP |
| 333 Main Street | Bank of America Tower—Suite 2800 |
| Armonk, New York 10504 | 100 Southeast Second Street |
| Telephone: (914) 749-8200 | Miami, Florida 33131 |
| Facsimile: (914) 749-8300 | Telephone: (305) 539-8400 |
|  | Facsimile: (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| THE SCO GROUP, INC. | **ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE SCO'S OVER LENGTH RE MEMORANDUM IN SUPPORT OF ITS CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT ON NOVELL'S FOURTH COUNTERCLAIM** |
| Plaintiff/Counterclaim-Defendant, |  |
| v. |  |
| NOVELL, INC., |  |
| Defendant/Counterclaim-Plaintiff. | Case No. 2:04cv139 |
|  | Honorable Dale A. Kimball |
|  | Magistrate Judge Brooke C. Wells |

This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") for Leave to File their over length Reply Memorandum in

Support of its Cross Motion for Summary Judgment on Novell's Fourth Counterclaim (the "Reply Memorandum"). The Court, having considered the matter, hereby determines that good cause and exceptional circumstances exist and hereby ORDERS that SCO be granted leave to file its over-length Reply Memorandum consisting of 20 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

      DATED: March 19, 2007

                            BY THE COURT:

                            _____
                            Honorable Dale A. Kimball

                            United States District Judge