MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>　　　　Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>　　　　Defendant & Counterclaim-Plaintiff. | **STIPULATION RE SCO'S FIFTH CLAIM FOR RELIEF**<br><br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Whereas Plaintiff and Counterclaim-Defendant SCO pled a Fifth Claim for Relief for Unfair Competition in its Second Amended Complaint, filed February 3, 2006; Defendant and Counterclaim-Plaintiff Novell filed a Motion for a More Definite Statement of SCO's Unfair Competition Cause of Action ("Novell's Motion") on April 10, 2006; and SCO represented at the July 17, 2006 hearing on Novell's Motion that its Fifth Claim for Relief for Unfair Competition arises out of Utah law only;

Consistent with SCO's representation, SCO's Second Amended Complaint is hereby deemed amended to reflect that SCO's Fifth Claim for Relief arises out of Utah statutory and/or common law and Novell's Motion is mooted.

DATED:     March 20, 2007

          ANDERSON & KARRENBERG

            /s/ Heather M. Sneddon
          Thomas R. Karrenberg
          John P. Mullen
          Heather M. Sneddon
          **Attorneys for Novell, Inc.**

DATED:     March 20, 2007

          HATCH, JAMES & DODGE

            /s/ Brent O. Hatch
          *(Signed by filing attorney with permission of Brent O. Hatch)*
          Brent O. Hatch
          Mark F. James
          **Attorneys for The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2007, I caused a true and correct copy of the foregoing **STIPULATION RE SCO'S FIFTH CLAIM FOR RELIEF** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John F. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon