MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant & Counterclaim-Plaintiff. | **ORDER RE SCO'S FIFTH CLAIM FOR RELIEF**<br><br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

2

Based upon the parties' Stipulation Re SCO's Fifth Claim for Relief, and good cause appearing therefor, it is hereby

ORDERED that Plaintiff and Counterclaim-Defendant SCO's Second Amended Complaint is deemed amended to reflect that SCO's Fifth Claim for Relief arises out of Utah statutory and/or common law and Defendant and Counterclaim-Plaintiff Novell's Motion for a More Definite Statement of SCO's Unfair Competition Cause of Action is mooted.

DATED:    March _____, 2007

BY THE COURT:

_____
Judge Dale A. Kimball
United States District Court Judge

Approved as to form:

_____/s/  Brent O. Hatch_____
*(Signed by filing attorney with permission of Brent O. Hatch)*
Brent O. Hatch
Mark F. James
**Attorneys for The SCO Group, Inc.**