MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522


ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant/Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR ENTRY OF STIPULATED ADDENDUM TO PROTECTIVE ORDER**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Plaintiff and Counterclaim-Defendant The SCO Group, Inc. and Defendant and Counterclaim-Plaintiff Novell, Inc., pursuant to Federal Rule of Civil Procedure 26(c), hereby stipulate to and jointly move the Court for entry of the attached Stipulated Addendum to Protective Order in this matter, to provide for the production in this litigation of certain confidential financial information produced by IBM in *SCO v. IBM*, Case No. 03-0294 DAK-BCW.

Dated:   March 26, 2007                    HATCH, JAMES & DODGE, P.C.


By:  /s/  Brent O. Hatch

*Signed by filing attorney with
 permission from Brent O. Hatch*

Attorneys for The SCO Group, Inc.
10 West Broadway, Suite 400
Salt Lake City, UT  84101


ANDERSON & KARRENBERG


By:  /s/  Heather M. Sneddon

Attorneys for Novell, Inc.
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101