MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522


ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant/Counterclaim-Plaintiff Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATED ADDENDUM TO PROTECTIVE ORDER**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

WHEREAS, on August 1, 2006, this Court entered a Stipulated Protective Order ("Protective Order");

WHEREAS, Novell has requested that SCO produce in this litigation certain confidential financial information produced by IBM in *SCO v. IBM*, Case No. 03-0294 DAK-BCW;

WHEREAS, SCO has agreed to produce this material if IBM consents;

WHEREAS, IBM will consent to such production provided the parties execute an addendum to the Protective Order allowing for the designation of IBM's confidential financial material as **Outside Counsels' Eyes Only**;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff/Counterclaim-Defendant The SCO Group, Inc. and Defendant/Counterclaim-Plaintiff Novell, Inc. that the Protective Order shall be amended as follows, subject to the approval of the Court:

IBM may designate material as **Outside Counsels' Eyes Only**. Such material is entitled to the protections afforded by the Protective Order to the parties' **Confidential** material, with the following modifications:

i. "In-house counsel" is excised from the persons to whom disclosure is permitted under Protective Order paragraph 4(a).

ii. Disclosure is not permitted to the persons described in Protective Order paragraph 4(b).

iii. The Protective Order paragraph 8(a) designation for **Outside Counsels' Eyes Only** material shall be "**Confidential - OUTSIDE COUNSELS' EYES ONLY - Subject to Protective Order,** *SCO v. Novell***, Civil Case No. 2:04CV00139 DAK.**"

1

    iv.    These additional protections shall apply only to Novell. The protections applicable to SCO are those set forth in the September 16, 2003 Stipulated Protective Order entered in *SCO v. IBM*.

**STIPULATION**

Dated:  March 26, 2007      HATCH, JAMES & DODGE, P.C.

By: */s/  Brent O. Hatch*

*Signed by filing attorney with permission from Brent O. Hatch*

Attorneys for The SCO Group, Inc.
10 West Broadway, Suite 400
Salt Lake City, UT  84101

ANDERSON & KARRENBERG

By: */s/  Heather M. Sneddon*

Attorneys for Novell, Inc.
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101

**ORDER**

DATED:  March 27, 2007

_____
Hon. Dale A. Kimball
United States District Court Judge

2