MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>  Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>  Defendant & Counterclaim-Plaintiff. | **ORDER**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based upon the parties' Stipulation and good cause appearing therefor, it is hereby

ORDERED as follows:

2

The parties have until April 30, 2007 to complete all outstanding fact discovery. The parties' September 17, 2007 trial date will not change.

DATED:     April 3, 2007

BY THE COURT:

_____
Judge Dale A. Kimball
United States District Court Judge

Approved as to form:

BOIES, SCHILLER & FLEXNER LLP


    /s/  Edward J. Normand    
(*Signed by filing attorney with permission of Edward J. Normand*)
**Attorneys for The SCO Group, Inc.**

2