Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br>  Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> NOVELL, INC., a Delaware corporation, <br><br>  Defendant/Counterclaim-Plaintiff. | **DECLARATION OF EDWARD NORMAND IN SUPPORT OF SCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FIRST, SECOND, AND FIFTH CAUSES OF ACTION AND FOR SUMMARY JUDGMENT ON NOVELL'S FIRST COUNTERCLAIM** <br><br> Civil No.: 2:04CV00139 <br><br> Judge Dale A. Kimball <br> Magistrate Brooke C. Wells |

I, Edward Normand, declare as follows:

1. I am a citizen of the United States, am over the age of 21, and am competent to testify to the matters set forth herein.

2. I am an attorney at law admitted *pro hac vice* to the District of Utah and a member of the firm of Boies, Schiller & Flexner LLP, counsel for the Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., in the pending action.

3. Attached hereto and filed herewith are true and correct copies of the following documents:

| **EXHIBIT** | **DOCUMENT DESCRIPTION** |
| --- | --- |
| 1 | Asset Purchase Agreement between The Santa Cruz Operation, Inc. and Novell, Inc., dated September 19, 1995 |
| 2 | Amendment No. 1 to Asset Purchase Agreement, dated December 6, 1995 |
| 3 | Asset Purchase Agreement Bill of Sale, dated December 6, 1995 |
| 4 | Technology License Agreement, dated December 6, 1995 |
| 5 | Amendment No. 2 to the Asset Purchase Agreement, dated October 16, 1996 |
| 6 | Alok Mohan Deposition Transcript, dated February 7, 2007 |
| 7 | Robert Frankenberg Deposition Transcript, dated February 10, 2007 |
| 8 | Joint Press Release, dated September 20, 1995 |
| 9 | Ty Mattingly Deposition Transcript, dated January 19, 2007 |
| 10 | Declaration of Duff Thompson, dated November 9, 2006 |
| 11 | Duff Thompson Deposition Transcript, dated February 9, 2007 |
| 12 | Declaration of Ed Chatlos, dated October 1, 2004 |

| **EXHIBIT** | **DOCUMENT DESCRIPTION** |
|---|---|
| 13 | Ed Chatlos Deposition Transcript, dated March 22, 2007 |
| 14 | Burt Levine Deposition Transcript, dated March 23, 2007 |
| 15 | Declaration of William Broderick, dated December 11, 2006 |
| 16 | William Broderick Deposition Transcript, dated February 1, 2007 |
| 17 | Declaration of Doug Michels, dated November 9, 2006 |
| 18 | Doug Michels Deposition Transcript, dated March 28, 2007 |
| 19 | Declaration of Jim Wilt, dated November 23, 2004 |
| 20 | Jim Wilt Deposition Transcript, dated January 26, 2007 |
| 21 | Declaration of Kim Madsen, dated December 11, 2006 |
| 22 | Kim Madsen Deposition Transcript, dated February 13, 2007 |
| 23 | Copyright Registration Number TXU 510 028 |
| 24 | Copyright Registration Number TXU 516 704 |
| 25 | Copyright Registration Number TXU 516 705 |
| 26 | Declaration of Jay Petersen (Copyright Notices), dated November 10, 2006 |
| 27 | SCO UnixWare 2.1 CD Case |
| 28 | SCO UnixWare 2.1.3 Update CD Case |
| 29 | Maureen O'Gara Deposition Transcript, dated March 23, 2007 |
| 30 | Vertical Solution Agreement between The Santa Cruz Operation, Inc. and Integration Design |
| 31 | SCO UnixWare OEM Reseller Source for Support Agreement, dated May 20, 1997 |

| **EXHIBIT** | **DOCUMENT DESCRIPTION** |
|:---:|---|
| 32 | The Santa Cruz Operation, Inc., and Samsung Electronics Co. Ltd., Software Agreement F-SOFT-347 |
| 33 | Declaration of William Broderick, dated November 7, 2006 |
| 34 | Declaration of John Maciaszek, dated November 9, 2006 |
| 35 | Second Amended Complaint, SCO v. IBM, Case No. 03-0294 |
| 36 | Letter from J. Messman to D. McBride re: SCO's "Letter to Linux Customers", dated May 28, 2003 |
| 37 | Declaration of Darl McBride, dated November 10, 2006 |
| 38 | Novell Press Release: "Novell Statement on SCO Contract Amendment," dated June 6, 2003 |
| 39 | Gregory Jones Deposition Transcript, dated January 26, 2007 |
| 40 | Joseph LaSala Deposition Transcript, dated February 8, 2007 |
| 41 | Jack Messman Deposition Transcript, dated February 7, 2007 |

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of April, 2007.

                   _____/s/ Edward Normand_____
                     Edward Normand

**CERTIFICATE OF SERVICE**

      Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on this 9th day of April, 2007, via CM/ECF to the following:

>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>ANDERSON & KARRENBERG
>700 Bank One Tower
>50 West Broadway
>Salt Lake City, UT 84101
>
>Michael A. Jacobs
>Matthew I. Kreeger
>Kenneth W. Brakebill
>MORRISON & FOERSTER
>425 Market Street
>San Francisco, CA 94105-2482

      /s/  Edward Normand