# EXHIBIT 21

Dockets.Justia.com

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimiie: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., | |
| Plaintiff/Counterclaim Defendant, | **DECLARATION OF KIM MADSEN** |
| v. | |
| NOVELL, INC., | Case No. 2:04CV00139<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |
| Defendant/Counterclaim-Plaintiff. | |

I, KIM MADSEN, declare as follows:

1.      I submit this Declaration in connection with The SCO Group, Inc. v. Novell, Inc.,

Case No. 2:04CV00139DAK (D. Utah).  I have previously signed a Declaration in connection

with this lawsuit and with The SCO Group, Inc. v. International Business Machines Corporation,

Case No. 2:03CV0294DAK (D. Utah).

2.      I describe my education and work history in my previous Declaration, which I

incorporate and adopt here.

3.      In 1995, I was employed as a Manager in the Law and Corporate Affairs group at

The Santa Cruz Operation, Inc. ("Santa Cruz").  I worked with substantially with Steve Sabbath,

the General Counsel for Santa Cruz.

4.      As I explained in my previous Declaration, I participated in the negotiation of

Santa Cruz's acquisition of the UNIX and UnixWare business from Novell, Inc. ("Novell") as

support Santa Cruz's legal team.  I worked with and participated in several meetings and

teleconferences with the lead negotiators and others on both sides of the transaction.

5.      In this Declaration I explain Novell's retained interest in royalties paid under

certain existing agreements under the Asset Purchase Agreement ("APA) dated September 19,

1995, and Amendment No. 1 thereto dated December 6, 1995.  The negotiations and drafting of

the APA occurred under a compressed time schedule.  To avoid delay, the parties executed the

APA with the intent to clarify it, as necessary, through an amendment to be executed on the

closing date.  That amendment was Amendment No. 1 to the APA.

6.      Santa Cruz's intent and agreement under the APA and Amendment No. 1 was for

Novell to transfer the entire UNIX business, including the UNIX source code and copyrights, to

Santa Cruz except for binary royalties paid under the existing agreements pursuant to which

UNIX System V (or "SVRX") licensees were paying such royalties, and which Novell conveyed

to Santa Cruz under the APA as part of the UNIX business. Santa Cruz also intended and agreed

that it would pay part of its revenues earned from the ongoing UnixWare business if Santa Cruz

hit certain annual distribution or sales benchmarks through December 2002. Santa Cruz did not

intend or agree to remit any other fees, royalties, or amounts under any other existing or

prospective agreements.

7.      This binary royalty interest that Novell retained was simply a means to lower the

purchase price to SCO. My understanding was that Novell had no interest in continuing in the

UNIX business at all, and if Santa Cruz could have paid the full purchase price originally

proposed by Novell, Novell would not have retained the binary royalty stream or any rights to

protect that royalty stream. That context makes it clear that it was the intent of the APA and

Amendment No. 1 that Novell retained rights to protect that existing binary royalty stream, but

there was no reason or interest for Novell to have broader rights relative the UNIX business and

assets it sold Santa Cruz.

8.      The language of the APA and Amendment No. 1 reflects the foregoing intent and

agreement. Section 1.3(a)(i) of the APA states: "It is the intent of parties hereto that all of the

Business and all of Seller's backlog, if any, relating to the Business be transferred to Buyer."

Section 1.2(b) of the APA provides that Santa Cruz will pass through 100% of the "SVRX

Royalties" as defined and described in Section 4.16(a), and Novell will pay Santa Cruz an

administrative fee of 5%. Section 4.16(a), in turn, defines "SVRX Royalties" by reference to the

SVRX Licenses listed in the Schedule to the APA listing the assets transferred, Schedule 1.1(a).

Indeed, Section 1.2(b) specifies: "Seller and Buyer further acknowledge and agree that Seller is retaining all rights to the SVRX Royalties notwithstanding the transfer of SVRX Licenses to Buyer pursuant hereto, and that Buyer only has a legal title and not an equitable title in such royalties within the meaning of Section 541(d) of the Bankruptcy Code." (Emphasis added.) These provisions reflect Santa Cruz's intent that it would remit only the Royalties paid under the licenses transferred, not Royalties from future licenses not yet in existence (and thus not transferred).

9.     Section 4.16(a) includes this language: "Following the Closing, Buyer shall administer the collection of all royalties, fees and other amounts due under the SVRX Licenses (as listed in detail under Item VI of Schedule 1.1(a) hereof and referred to herein as 'SVRX Royalties')." Schedule 1.1(a) identifies the "SVRX Licenses" by product name and release, which reflected Santa Cruz's intent to refer to the specific product supplements that identified the licensed product and source code right-to-use fees, sublicensing fees, and per-copy distribution fees that applied to the licensed product, which fees were not identified in any other agreement signed by the licensee.

10.     As to the reference in Section 4.16(a) to "all royalties, fees and other amounts due under the SVRX Licenses," the parties addressed that part of Section 4.16(a) in Amendment No. 1, which added Section 1.2(e) to the APA. Section 1.2(e) clarified the four categories of fees that Santa Cruz retained notwithstanding Novell's right to receive the binary royalties due under the transferred SVRX Licenses:

- <u>Sections 1.2(e)(i) and 1.2(e)(iv)</u>.  Santa Cruz would not remit future revenues from contracts to provide support or maintenance to existing SVRX licensees, nor the binary royalties due under Santa Cruz's own SVRX licenses.

- <u>Section 1.2(e)(ii)</u>.  Santa Cruz would not remit source code fees paid under any amendment to an SVRX License granting an additional copy of the SVRX product or the right to use it on an additional CPU.

- <u>Section 1.2(e)(iii)</u>.  Santa Cruz would not remit source code fees paid under new SVRX licenses approved by Novell pursuant to Section 4.16(b) of the APA.

Novell had the right to approve new SVRX licenses solely to protect Novell's interest in the existing SVRX binary royalty stream, such as where Santa Cruz might have sold an SVRX licensee a new version of the product (not a UnixWare license) and thereby extinguished the binary royalties due to Novell.  If there were any ambiguity on that meaning of Section 1.2(e)(iii), Amendment No. 2 made clear, referring to the APA, that "Novell may not prevent SCO from exercising its rights with respect to SVRX source code in accordance with the Agreement."

11.    Amendment No. 1 made clear that Santa Cruz was not prohibited from amending or entering into new SVRX licenses as an incidental part of licensing UnixWare.  UnixWare products are built on the prior versions of the UNIX technology.  Accordingly, when Novell and its predecessors licensed a UnixWare product, they also licensed all prior products as an incidental part the license.  Amendment No. 1 reflected the parties' intent and understanding that Santa Cruz would continue to license the prior UnixWare and SVRX products with its UnixWare

licenses without additional approvals from Novell and without remitting any payments to Novell. This was simply consistent with the reality of licensing UnixWare.

12.    The APA and Amendments thereto thus reflect Santa Cruz's intent in entering into the APA:  Santa Cruz was obligated to remit to Novell only the binary royalties that were then being paid and that would continue to be paid under the existing agreements pursuant to which UNIX System V licensees were paying such royalties, and which Novell conveyed to Santa Cruz under the APA as part of the UNIX business.

13.    Novell's rights under the APA and Amendment No. 1 either to approve SVRX licenses or to require SCO to waive or take other actions relative to those licenses related solely to the existing licensees who were paying binary royalties that Santa Cruz would pass through to Novell.  Novell had no right to direct SCO to do anything regarding licenses or the UNIX business Novell sold to SCO except to protect the licensing stream that was in place in September 1995.

14.    I understand that Novell also takes the position that the interests it was granted in the APA and amendments thereto to protect the royalty stream it retained gave Novell protection from competition with respect to competitors such as Sun and Microsoft.  The APA and its amendments were never intended to afford Novell any such prospective protections.  There was never any discussion or agreement of any kind regarding any such competitive protections.  In fact, the only non-compete provision in the APA imposed restrictions on Novell to the benefit of Santa Cruz.

15.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed:  December 11, 2006

              Kimberlee Madsen
              Kimberlee Madsen

# EXHIBIT 22

Page 1

IN THE UNITED STATES DISTRICT COURT

   FOR THE DISTRICT OF UTAH

   THE SCO GROUP, INC.,

Plaintiff/Counterclaim defendant,

vs.                                    CASE NO. 2:04CV00139

NOVELL, INC.,

   Defendants/Counterclaim-Plaintiff

DEPOSITION OF KIM MADSEN

Februrary 13, 2007

Pages 1 - 242

:

REPORTED BY

LAWRENCE PAUL NELSON, CSR 12144

JOB NO 191725

81afa2c8-43d2-4992-aff6-356a337d84e5

Page 70

1      Q. Why don't you turn to Exhibit 51, which is     11:56:28
2  your declaration, and I'll ask you to look at     11:56:31
3  whatever you feel comfortable to look at, but I     11:56:47
4  believe that paragraphs 8 -- 8 through 12 relate to     11:56:50
5  your beliefs concerning UNIX ownership.     11:57:03
6      A. Yes.     11:57:08
7          MR. NORMAND: Objection to form.     11:57:09
8  BY MR. BRAKEBILL:     11:57:16
9      Q. Is it a fair statement that -- well, let     11:57:17
10  me ask it this way. What, if any, other provisions     11:57:21
11  in the asset purchase agreement did you rely upon in     11:57:25
12  your belief in this declaration that UNIX copyrights     11:57:27
13  did transfer from Novell to Santa Cruz?     11:57:30
14      A. I don't know. I don't remember which     11:57:39
15  specific provisions. And I'd be happy to take the     11:57:41
16  time to review this document if you want me to do     11:57:46
17  that.     11:57:50
18      Q. I'll give you the opportunity in due     11:57:53
19  course. I'm trying to test your memory aside from     11:57:56
20  having the document in front of you right now. You     11:57:59
21  gave the declaration on UNIX ownership two months     11:58:02
22  ago; is that right?     11:58:06
23          MR. NORMAND: Asked and answered.     11:58:08
24          THE WITNESS: November 4th.     11:58:10
25  BY MR. BRAKEBILL:     11:58:11

Page 71

1      Q. In the last two to three months you gave a     11:58:11
2  declaration in which it was your personal belief     11:58:14
3  that UNIX copyrights did transfer from Novell to     11:58:17
4  Santa Cruz as part of is the asset purchase     11:58:21
5  agreement; correct?     11:58:23
6      A. Correct.     11:58:24
7      Q. And what provisions, if any, were you     11:58:24
8  relying upon for your personal belief that the UNIX     11:58:28
9  copyrights did transfer?     11:58:31
10      A. Well, I relied on the description of the     11:58:33
11  business in 1.1(a) and the recital A. I don't     11:58:39
12  recall what other provisions I may have relied on,     11:58:48
13  but I also relied on my recollection of the     11:58:54
14  transaction and the negotiations surrounding the     11:58:59
15  transaction, the conversations with Novell as to     11:59:03
16  what they were conveying and the internal     11:59:06
17  conversations as to what we believed we were buying.     11:59:09
18      Q. So to make sure that I understand your     11:59:16
19  testimony, the provisions that you right now can     11:59:19
20  point to in support of your belief that UNIX     11:59:26
21  copyrights did transfer from Novell to Santa Cruz     11:59:30
22  are recital A in section 1.1(a) of the asset     11:59:33
23  purchase agreement; is that correct?     11:59:39
24          MR. NORMAND: Objection to form.     11:59:42
25          THE WITNESS: The provisions that I can     11:59:46

Page 72

1  point to in the absence of reading the agreement     11:59:49
2  afresh, yes.     11:59:53
3  BY MR. BRAKEBILL:     11:59:56
4      Q. And how, if at all, do you believe that     12:00:07
5  recital A and section 1.1(a) of the asset purchase     12:00:09
6  agreement --     12:00:14
7      A. And schedule 1.1(a), which is referenced     12:00:15
8  in section 1.1(a).     12:00:20
9      Q. How do you believe that recital A, section     12:00:23
10  1.1(a), and schedule 1.1(a) influenced your personal     12:00:27
11  belief that UNIX copyrights did transfer from Novell     12:00:34
12  to Santa Cruz?     12:00:44
13      A. Because all right, title, and interest --     12:00:44
14  let me get the language here, in and to the assets     12:00:48
15  relating to the business, which is UNIX and     12:00:52
16  UnixWare, were being conveyed to SCO. And included     12:00:58
17  in that would have, of course, been the copyrights.     12:01:03
18      Q. And did you understand that in section     12:01:07
19  1.1(a) of the asset purchase agreement that -- I'll     12:01:10
20  refer you to the last sentence, that notwithstanding     12:01:16
21  schedule 1.1(a) the assets to be so purchased shall     12:01:21
22  not include the assets set forth on the schedule     12:01:24
23  1.1(b)?     12:01:28
24          MR. NORMAND: Objection to form.     12:01:29
25          THE WITNESS: Yes.     12:01:30

Page 73

1  BY MR. BRAKEBILL:     12:01:31
2      Q. And notwithstanding the excluded assets     12:01:32
3  provision from section 1.1(a), is it still your     12:01:36
4  personal belief that the UNIX copyrights did     12:01:40
5  transfer?     12:01:42
6      A. Yes.     12:01:43
7      Q. From Novell to Santa Cruz?     12:01:44
8      A. Yes.     12:01:46
9      Q. And why is that?     12:01:46
10          MR. NORMAND: Objection to form, asked and     12:01:55
11  answered.     12:01:58
12          THE WITNESS: Because it's clear --     12:01:58
13  BY MR. BRAKEBILL:     12:01:58
14      Q. Let me put it this way. Aside from     12:02:02
15  recital A --     12:02:06
16      A. Yes.     12:02:06
17      Q. -- aside from section 1.1(a) in schedule     12:02:07
18  1.1(a), is there any other reason for why you     12:02:11
19  believe that the assets to be so purchased shall not     12:02:14
20  include the assets set forth in schedule 1.1(b)?     12:02:16
21      A. I didn't understand the question.     12:02:23
22      Q. Aside from recital A, aside from section     12:02:24
23  1.1(a), and aside from schedule 1.1(a), is there any     12:02:28
24  other basis for your opinion that schedule 1.1(b)     12:02:36
25  does not operate -- that schedule 1.1(b) does not     12:02:42

19 (Pages 70 to 73)

81afa2c8-43d2-4992-aff6-356a337d84e5

Page 74

1  excluded UNIX copyrights from the assets to be sold?    12:02:47
2      MR. NORMAND: Objection to form, asked and    12:02:51
3  answered.                12:02:55
4      THE WITNESS: Yes. As I said before, I    12:02:55
5  also recall the conversations and discussions with    12:02:59
6  Novell as to what the intent of the transaction was,    12:03:03
7  what they intended to convey, what SCO intended to    12:03:13
8  purchase.                12:03:18
9  BY MR. BRAKEBILL:            12:03:20
10      Q. And what did Novell convey to you    12:03:21
11  regarding what was going to be conveyed to Santa    12:03:24
12  Cruz with regard specifically to UNIX copyrights?    12:03:28
13      MR. NORMAND: Objection to form.    12:03:32
14      THE WITNESS: I do not recall a specific    12:03:36
15  conversation regarding copyrights, but Novell    12:03:39
16  conveyed that they were clearly divesting themselves    12:03:47
17  of the UNIX business. They had no interest in the    12:03:52
18  UNIX business in retaining any interest in the UNIX    12:03:59
19  business except to the extent that it related to    12:04:02
20  Netware.                12:04:02
21      And they were very clear about what they    12:04:08
22  were not conveying, which were the patents. And    12:04:16
23  they were clear about a transaction that they had    12:04:26
24  entered into with X/Open regarding the trademark so    12:04:29
25  at no point did they say, "Oh, by the way, we're not    12:04:34

Page 75

1  giving you the copyrights."        12:04:39
2      Q. At any point in time did Novell, anyone    12:04:40
3  from Novell, say to you, "We're going to transfer    12:04:43
4  the UNIX copyrights to Santa Cruz"?    12:04:47
5      A. No I don't recall that. It was assumed by    12:04:52
6  everyone that, of course, the copyrights were    12:04:55
7  accompanying.                12:04:59
8      Q. There were no express words from anyone    12:05:00
9  from Novell to you saying Novell is going to    12:05:03
10  transfer the UNIX copyrights to Santa Cruz; correct?    12:05:08
11      MR. NORMAND: Objection, asked and    12:05:13
12  answered.                12:05:14
13      THE WITNESS: That's correct.    12:05:14
14  BY MR. BRAKEBILL:            12:05:16
15      Q. Now, you mentioned patents. If you could    12:05:17
16  turn to schedule 1.1(b) of Exhibit 1 and look at    12:05:22
17  Roman V on Exhibit 2. Roman V(b) says "all    12:05:47
18  patents." Do you see that? Is it your    12:05:51
19  understanding that that relates to all UNIX patents?    12:05:53
20      MR. NORMAND: Objection to form.    12:05:57
21      THE WITNESS: I don't remember which    12:06:00
22  patents there were. I remember a conversation with    12:06:02
23  Ed Chatlos and I believe Burt Levine that they would    12:06:07
24  not be transferring any patents. And there was an    12:06:11
25  issue because, you know -- SCO wasn't interested in    12:06:20

Page 76

1  the patents to begin with, but I remember them    12:06:25
2  taking the pains that they wouldn't be transferring    12:06:29
3  patents. And some of the patents had been retained    12:06:30
4  by AT&T, the original owner of the UNIX technology,    12:06:32
5  so they weren't Novell's to transfer.    12:06:38
6  BY MR. BRAKEBILL:            12:06:42
7      Q. Do you believe that Novell had no rights    12:06:42
8  in UNIX patents at the time it was entered into the    12:06:44
9  Novell-Santa Cruz transaction?        12:06:48
10      MR. NORMAND: Objection to form.    12:06:49
11      THE WITNESS: I don't know. I know that    12:06:50
12  some were retained by AT&T but I don't know that    12:06:52
13  some may have been transferred to Novell. I don't    12:06:55
14  recall that.                12:06:58
15  BY MR. BRAKEBILL:            12:06:58
16      Q. But it is your understanding that no UNIX    12:06:59
17  patents were being transferred from Novell to Santa    12:07:01
18  Cruz?                    12:07:06
19      MR. NORMAND: Objection to form,    12:07:06
20  mischaracterizes her testimony.        12:07:09
21      THE WITNESS: I'm not sure what you mean by    12:07:09
22  patents. No patents relating to specific areas of    12:07:11
23  the UNIX technology. There is no, to my knowledge    12:07:16
24  no broad patent over all of UNIX. It wouldn't be    12:07:19
25  patentable, I don't believe, but there were no    12:07:23

Page 77

1  patents relating to the UNIX assets being    12:07:27
2  transferred, being conveyed to SCO.    12:07:32
3  BY MR. BRAKEBILL:            12:07:37
4      Q. If someone were to make a statement that    12:07:37
5  Novell transferred all UNIX intellectual property to    12:07:40
6  Santa Cruz, is it your understanding that that    12:07:43
7  statement would be incorrect?        12:07:45
8      A. I'm sorry?                12:07:47
9      Q. If someone were to make the statement that    12:07:48
10  Novell transferred all UNIX intellectual property to    12:07:52
11  Santa Cruz, would that be an incorrect statement?    12:07:57
12      MR. NORMAND: Objection to form, calls for    12:08:02
13  speculation.                12:08:13
14      THE WITNESS: I don't understand the    12:08:13
15  question.                12:08:14
16  BY MR. BRAKEBILL:            12:08:16
17      Q. If someone were to say that Novell    12:08:16
18  transferred all intellectual property relating to    12:08:21
19  UNIX to Santa Cruz, do you have a view as to whether    12:08:25
20  or not that statement would be correct?    12:08:29
21      MR. NORMAND: Objection to form, calls for    12:08:31
22  speculation.                12:08:51
23      THE WITNESS: I don't think I can answer    12:08:51
24  that question. I don't know which patents there may    12:08:52
25  have been. So if you're including that in your    12:09:02

Esquire Deposition Services
216 E. 45th STREET  .  NEW YORK, NY 10017  .  1-800-944-9454

81afa2c8-43d2-4992-aff6-356a337d84e5

Page 78

1  definition of intellectual property, then that would    12:09:05
2  have been excluded.  But I believe Novell also, we    12:09:08
3  licensed back to them certain rights.    12:09:13
4      So I don't know if that fits into your    12:09:17
5  definition of conveyance of intellectual property.    12:09:19
6  So I'm sorry.  I can't answer that.    12:09:22
7  BY MR. BRAKEBILL:    12:09:28
8      Q. Is it your understanding that the business    12:09:28
9  that was being sold was a UNIX business?    12:09:30
10     A. Yes.    12:09:32
11     Q. And could you turn to attachment D of    12:09:33
12  Exhibit 1?  It ends in the number on the right-hand    12:09:44
13  corner 977.    12:09:50
14     A. Uh-huh.    12:10:06
15     Q. Do you see that this is a document    12:10:07
16  entitled "Seller's Patents and Patent Applications    12:10:10
17  Affecting the Business"?    12:10:13
18     A. Uh-huh.    12:10:14
19     Q. Do you have any understanding as to    12:10:14
20  whether these are patents or patent applications    12:10:16
21  affecting the UNIX business that was being sold to    12:10:19
22  Santa Cruz?    12:10:23
23     MR. NORMAND: Objection to form.    12:10:27
24     THE WITNESS:  Yes, I believe they were.  I    12:10:32
25  don't have any specific recollection about the    12:10:36

Page 79

1  individual patents, though.    12:10:39
2  BY MR. BRAKEBILL:    12:10:42
3      Q. I take it you would agree that none of    12:10:42
4  these patents were transferred to Santa Cruz as part    12:10:44
5  of the deal?    12:10:48
6      MR. NORMAND: Objection to form.    12:10:49
7      THE WITNESS:  I believe that's correct.    12:10:53
8  BY MR. BRAKEBILL:    12:11:25
9      Q. Now, in your declaration which is on    12:11:27
10  Exhibit 51 --    12:11:29
11     A. Uh-huh.    12:11:30
12     Q. -- in paragraph 8 you say, "It was never    12:11:34
13  agreed or even discussed that Novell would be    12:11:39
14  retaining any copyrights to UNIX."  Do you see that?    12:11:42
15     A. Yes.    12:11:45
16     Q. Again, you didn't have any discussions    12:11:46
17  with anyone at Novell where they told you that UNIX    12:11:48
18  copyrights were being transferred; correct?    12:11:51
19     MR. NORMAND: Objection to form and asked    12:11:54
20  and answered.    12:11:58
21     THE WITNESS:  I don't recall any    12:11:58
22  conversations with Novell pertaining to copyrights.    12:12:00
23  BY MR. BRAKEBILL:    12:12:17
24     Q. Were you part of any conversation between    12:12:17
25  Santa Cruz representatives and Novell    12:12:23

Page 80

1  representatives where Santa Cruz put the question to    12:12:25
2  Novell, "Can you transfer the UNIX copyrights to    12:12:28
3  us?"    12:12:33
4      MR. NORMAND: Objection to form.    12:12:35
5      THE WITNESS:  No, I don't recall that.    12:12:42
6  BY MR. BRAKEBILL:    12:12:45
7      Q. Are you aware of any conversations that    12:13:18
8  may have taken place between Santa Cruz    12:13:23
9  representatives and Novell representatives where    12:13:25
10  anyone from Santa Cruz asked Novell to give them the    12:13:29
11  UNIX copyrights as part of this deal?    12:13:37
12     MR. NORMAND: Objection to form.    12:13:42
13     THE WITNESS:  No, I do not recall any    12:13:44
14  conversation regarding the copyrights.  It was    12:13:47
15  assumed that the copyrights came with the business,    12:13:51
16  but I do not have any specific recollection about a    12:13:57
17  conversation regarding copyrights.    12:14:01
18  BY MR. BRAKEBILL:    12:14:03
19     Q. So it's fair to say that you were assuming    12:14:03
20  that the UNIX copyrights were being transferred?    12:14:05
21     MR. NORMAND: Objection to form.    12:14:08
22     THE WITNESS:  I don't believe that was my    12:14:09
23  assumption alone, but yes, I was assuming that.    12:14:11
24  BY MR. BRAKEBILL:    12:14:15
25     Q. And I take it it's your view that other    12:14:22

Page 81

1  members of the Santa Cruz negotiating team were    12:14:26
2  assuming that the UNIX copyrights were being    12:14:28
3  transferred to Santa Cruz; is that correct?    12:14:31
4      MR. NORMAND: Objection to form, calls for    12:14:34
5  speculation.    12:14:37
6      THE WITNESS:  I believe it was the    12:14:37
7  understanding of SCO and Novell that the copyrights    12:14:38
8  would follow with the business.    12:14:41
9  BY MR. BRAKEBILL:    12:14:41
10     Q. I'm just asking about Santa Cruz right    12:14:44
11  now, okay?  Is it fair to say that it's your view    12:14:46
12  that other members of the Santa Cruz negotiation    12:14:53
13  team were assuming that the UNIX copyrights were    12:14:56
14  being transferred to Santa Cruz?    12:15:00
15     A. Yes, that's my understanding.    12:15:02
16     Q. Now, are you aware that Santa Cruz    12:15:20
17  before -- -- strike that.    12:15:24
18     At the time of the asset purchase agreement    12:15:25
19  Santa Cruz had an SVRX license with Novell?    12:15:30
20     MR. NORMAND: Objection to form.    12:15:36
21     THE WITNESS:  No.    12:15:43
22  BY MR. BRAKEBILL:    12:15:44
23     Q. So is it your understanding that prior to    12:15:48
24  the execution of the asset purchase agreement, Santa    12:15:52
25  Cruz had no rights relating to UNIX System V?    12:15:56

21 (Pages 78 to 81)

81afa2c8-43d2-4992-aff6-356a337d84e5

# EXHIBIT 23

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

TX   510 028

**EFFECTIVE DATE OF REGISTRATION**

MAR 25 1992

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

UNIX ®Operating System, Edition 5 and Instruction Manual

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

American Telephone & Telegraph Company

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NOTE

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Computer program

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1973

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Day ▶    Year ▶

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Unix System Laboratories, Inc.
190 River Road
Summit, NJ 07901-1412

MAR 25 1992

MAR 25 1992

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author assigned the interest in this work to claimant by written assignment.

MORE ON BACK ▶

EXAMINED BY    *ORM*    FORM TX

CHECKED BY

☑ CORRESPONDENCE
    Yes

☐ DEPOSIT ACCOUNT
    FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TXu 510 028

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    AT&T                                    Account Number ▼    DA031 3716

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
R. A. Ryan
131 Morristown Road
Basking Ridge, NJ 07920-1650

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶ (408) 204-8413

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    UNIX SYSTEM LABORATORIES, INC.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
R. A. Ryan                                                                    date▶ March 24, 1992

👉 Handwritten signature (X) ▼
    *R.A.R.*

**10**

**MAIL CERTIFICATE TO**

Name ▼
    R. A. Ryan
Number/Street/Apartment Number ▼
    131 Morristown Road
City/State/ZIP ▼
    Basking Ridge, NJ 07920-1650

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

Certificate
will be
mailed in
window
envelope

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. Government Printing Office: 1989 268-826-8000

June 1989—100,000

# EXHIBIT 24

# FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX                    TXU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

UNIX® Operating System, Edition 32V and Instruction Manual

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**a**

NAME OF AUTHOR ▼

American Telephone & Telegraph Company

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Computer Program

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1978 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month ▶          Day ▶          Year ▶
ONLY if this work has been published.                                          ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

UNIX System Laboratories, Inc.
190 River Road
Summit, NJ  07901-1412

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Author assigned the interest in this work to claimant by written assignment.

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.          DO NOT WRITE HERE

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| ☐ DEPOSIT ACCOUNT<br>☐ FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
X Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
X This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ TXu 511 236   Year of Registration ▼ 1992

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
This work is derived from UNIX Operating System, Edition 5, Registration No TXu 510 028;
issued 1992; UNIX Operating System Edition 6, for which the registration number (cont.)
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised program.

**7**

Section 6a contd.                    **—space deleted—**

is specified in Space 5 above and UNIX Operating System, Edition 7, an unpublished work,
an application for registration of which is being filed concurrently with the instant
application.

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a **8**
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **9**
Name ▼                              Account Number ▼
AT&T                                DA0313716

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
R. A. Ryan
131 Morristown Road
Basking Ridge, NJ 07920-1650
Area Code & Telephone Number ▶ 908-204-8413

**CERTIFICATION** I, the undersigned, hereby certify that I am the **10**
☐ author
☐ other copyright claimant
Check one ▶ ☐ owner of exclusive right(s)
X authorized agent of UNIX System Laboratories, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
R. A. Ryan                                                date ▶ 5/15/92

Handwritten signature (X) ▼
R. A. R.

**MAIL CERTIFICATE TO** **11**
Name ▼
R. A. Ryan
Number/Street/Apartment Number ▼
131 Morristown Road
City/State/ZIP ▼
Basking Ridge, NJ 07920-1650

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu    516 704

| TX | TXU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

**MAY 15 1992**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

UNIX® Operating System, Edition 32V and Instruction Manual

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a  American Telephone & Telegraph Company

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law the "author" of a

**NATURE OF AUTHORSHIP** Briefly describe the nature of the material created by this author in which copyright is claimed. ▼
Computer Program

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe the nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe the nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1978    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

UNIX System Laboratories, Inc.
190 River Road
Summit, NJ  07901-1412

APPLICATION RECEIVED
MAY 15 1992
ONE DEPOSIT RECEIVED
MAY 15 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Author assigned the interest in this work to claimant by written assignment.

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

TXu    516 704

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |

☐ CORRESPONDENCE
    Yes

☐ DEPOSIT ACCOUNT
    FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**    Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes    ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**    TXu 511 236    **Year of Registration ▼**    1992

**5**

**DERIVATIVE WORK OR COMPILATION**    Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**    Identify any preexisting work or works that this work is based on or incorporates. ▼

This work is derived from UNIX Operating System, Edition 5, Registration No TXu 510 028
issued 1992; UNIX Operating System Edition 6, for which the registration number    (cont.)

b. **Material Added to This Work**    Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised program.

**6**

See instructions
before completing
this space

Section 6a contd.

**—space deleted—**

is specified in Space 5 above and UNIX Operating System, Edition 7, an unpublished work,
an application for registration of which is being filed concurrently with the instant
application.

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**    If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**    AT&T        **Account Number ▼**    DA0313716

**CORRESPONDENCE**    Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

R. A. Ryan
131 Morristown Road
Basking Ridge, NJ    07920-1650

Area Code & Telephone Number ▶    908-204-8413

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***    I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    UNIX System Laboratories, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼**    If this is a published work, this date must be the same as or later than the date of publication given in space 3.

R. A. Ryan        date ▶    5/15/92

Handwritten signature (X) ▼

R. A. R.

**10**

**MAIL
CERTIFI-
CATE TO**

| Name ▼ |
| R. A. Ryan |
| Number/Street/Apartment Number ▼ |
| 131 Morristown Road |
| City/State/ZIP ▼ |
| Basking Ridge, NJ    07920-1650 |

**Certificate
will be
mailed in
window
envelope**

**Have you:**
• Completed all necessary
  spaces?
• Signed your application in space
  10?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights*?
• Enclosed your deposit material
  with the application and fee?

**MAIL TO:** Register of Copyrights
Library of Congress, Washington,
D.C. 20559.

**11**

• 17 U.S.C. § 506(e)   Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# EXHIBIT 25

# FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

UNIX® Operating System, Edition 7 and Instruction Manual

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**

American TElephone & Telegraph Company

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Computer Program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1978 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

UNIX SYSTEM LABORATORIES, INC.
190 River Road
Summit, NJ  07901-1412

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE*
*OFFICE USE ONLY*

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Author assigned the interest in this work to claimant by written assignment.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

TXu 511 236    1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Present work is a revision of an earlier registered work entitled UNIX Operating System Edition 6 the registration for which is identified in space 5, and the earlier work is (cont.)

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised program

See instructions
before completing
this space.

**7**

**—space deleted—**

Section 6 Contd.

in turn, a revision of a still earlier work entitled UNIX Operating System Edition 5, which was registered in 1992 as Registration No. TXu 510 028.

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  AT&T    Account Number ▼  DA0313716

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

R. A. Ryan
131 Morristown Road
Basking Ridge, NJ 07920-1650

Area Code & Telephone Number ▶  908-204-8413

Be sure to
give your
daytime phone
number

**10**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  UNIX SYSTEM LABORATORIES, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

R. A. Ryan    date ▶  5/15/92

Handwritten signature (X) ▼

*R. A. Ry*

**11**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
R. A. Ryan

Number Street Apartment Number ▼
131 Morristown Road

City/State ZIP ▼
Basking Ridge, New Jersey 07920-1650

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu    516 705

TX    TXU

EFFECTIVE DATE OF REGISTRATION

MAY 15 1992
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

UNIX® Operating System, Edition 7 and Instruction Manual

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**

American TElephone & Telegraph Company

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Computer Program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1978 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

UNIX SYSTEM LABORATORIES, INC.
190 River Road
Summit, NJ 07901-1412

APPLICATION RECEIVED
MAY 15 1992
ONE DEPOSIT RECEIVED
MAY 15 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Author assigned the interest in this work to claimant by written assignment.

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

**DO NOT WRITE HERE**

TXu    **516 705**

TXu 516 705

<table>
<tr><td>EXAMINED BY</td><td></td><td>FORM TX</td></tr>
<tr><td>CHECKED BY</td><td></td><td></td></tr>
</table>

| | |
|---|---|
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| ☐ DEPOSIT ACCOUNT<br>FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  TXu 511 236    **Year of Registration** ▼  1992

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Present work is a revision of an earlier registered work entitled UNIX Operating System Edition 6 the registration for which is identified in space 5, and the earlier work is (cont.)

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised program

**6**

See instructions before completing this space.

**—space deleted—**

**7**

Section 6 Contd.

in turn, a revision of a still earlier work entitled UNIX Operating System Edition 5, which was registered in 1992 as Registration No. TXu 510 028.

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  AT&T        Account Number ▼  DA0313716

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

R. A. Ryan

131 Morristown Road

Basking Ridge, NJ  07920-1650

Area Code & Telephone Number ▶  908-204-8413

Be sure to give your daytime phone ◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  UNIX SYSTEM LABORATORIES, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

R. A. Ryan        date ▶ 5/15/92

Handwritten signature (X) ▼  R. A. Ryan

**MAIL CERTIFI-CATE TO**

Certificate will be mailed in window envelope

Name ▼  R. A. Ryan

Number/Street/Apartment Number ▼  131 Morristown Road

City/State/ZIP ▼  Basking Ridge, New Jersey  07920-1650

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

★U.S. Government Printing Office: 1988: 202-133 80,003

June 1988—150,000



| | FORM TX |
|---|---|
| This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records. | UNITED STATES COPYRIGHT OFFICE |

REGISTRATION NUMBER

TXu   516 705



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

| TX | TXU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

MAY 15 1992
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

UNIX® Operating System, Edition 7 and Instruction Manual

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a** NAME OF AUTHOR ▼

American TElephone & Telegraph Company

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  [ ] Yes [ ] No
Pseudonymous?  [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Computer Program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  [ ] Yes [ ] No
Pseudonymous?  [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  [ ] Yes [ ] No
Pseudonymous?  [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼




YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1978  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

UNIX SYSTEM LABORATORIES, INC.
190 River Road
Summit, NJ  07901-1412

See instructions before completing this space.

APPLICATION RECEIVED
MAY 15 1992
ONE DEPOSIT RECEIVED
MAY 15 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Author assigned the interest in this work to claimant by written assignment.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.     DO NOT WRITE HERE

TXu  516 705

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  TXu 511 236    **Year of Registration** ▼  1992

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates.
Present work is a revision of an earlier registered work entitled UNIX Operating System
Edition 6 the registration for which is identified in space 5, and the earlier work is (cont.)

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised program

**6**

**—space deleted—**

**7**

Section 6 Contd.
    in turn, a revision of a still earlier work entitled UNIX Operating System Edition 5,
    which was registered in 1992 as Registration No. TXu 510 028.

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼  AT&T                **Account Number** ▼  DA0313716

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
R. A. Ryan
131 Morristown Road
Basking Ridge, NJ  07920-1650
**Area Code & Telephone Number** ▶  908-204-8413

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  UNIX SYSTEM LABORATORIES, INC.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
R. A. Ryan                                    date ▶  5/15/92

**Handwritten signature (X)** ▼

**10**

**MAIL
CERTIFI-
CATE TO**

**Name** ▼  R. A. Ryan
**Number Street Apartment Number** ▼  131 Morristown Road
**City State ZIP** ▼  Basking Ridge, New Jersey  07920-1650

Certificate
will be
mailed in
window
envelope

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  10?
● Enclosed check or money order
  for $10 payable to *Register of
  Copyrights*?
● Enclosed your deposit material
  with the application and fee?

**MAIL TO:** Register of Copyrights.
Library of Congress. Washington.
D C 20559

**11**

* 17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

# EXHIBIT 26

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **DECLARATION OF JAY PETERSEN (COPYRIGHT NOTICES)**<br><br>Case No. 2:03CV-0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

I, Jay Petersen, declare as follows:

1.  I submit this declaration in connection with <u>The SCO Group, Inc. v. International Business Machines Corporation</u>, Civil Action No. 2:03CV-0294 DAK (D. Utah 2003).  I make this declaration based upon personal knowledge.

2.  I have been employed at The SCO Group, Inc. and its predecessor entities since 1986 in various different engineering positions.  In my capacity as a Director at SCO during the years 1998 through 2001, I was intimately involved in the operation of SCO.

3.  Counsel for SCO has asked me to examine the source code of the UNIX product that Santa Cruz developed following Santa Cruz's acquisition of the UNIX business from Novell in 1995.  Accordingly, I have examined the source code of UnixWare Version 7, which first shipped in 1998.  The source code throughout the product contains this repeated reservation of rights:  "Copyright (c) 1998 The Santa Cruz Operation, Inc. All Rights Reserved".

November 10, 2006

_____
Jay Petersen

1

# EXHIBIT 27



**Included on this CD** Additional information inside

The following SCO UnixWare configurations are included on this single CD. Depending on the configuration you've purchased, one (or more) of the following SCO products are licensed for use:

**SCO UnixWare Application Server**

**SCO UnixWare Personal Edition**

To activate additional product services you must obtain a separate SCO License and Activation Key from an SCO authorized supplier.

Other SCO UnixWare products which are currently available for purchase include:

**SCO UnixWare Online Data Manager**

**SCO UnixWare Software Development Kit**

SCO, the SCO logo, The Santa Cruz Operation, SCO OpenServer and UnixWare are trademarks or registered trademarks of The Santa Cruz Operation, Inc. in the U.S.A. and other countries. UNIX is a registered trademark in the U.S.A. and other countries, licensed exclusively through X/Open Company Limited. All other brand and product names are or may be trademarks of, and are used to identify products or services of their respective owners. © 1996 The Santa Cruz Operation, Inc. All Rights Reserved.