SCO Grp v. Novell Inc                                                                                          Doc. 261

MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Plaintiff and Counterclaim-Defendant The SCO Group, Inc., through its undersigned counsel, and Defendant and Counterclaim-Plaintiff Novell, Inc., through its undersigned counsel, hereby stipulate and jointly move the Court to extend the deadline to file dispositive motions as follows:

The deadline to file dispositive motions shall be extended by one week to April 20, 2007. This extension does not change the September 17, 2007 trial date.

DATED: April 9, 2007

                                        ANDERSON & KARRENBERG

                                        */s/ Heather M. Sneddon*  
                                        Thomas R. Karrenberg  
                                        John P. Mullen  
                                        Heather M. Sneddon  
                                        **Attorneys for Novell, Inc.**

DATED: April 9, 2007

                                        BOIES, SCHILLER & FLEXNER LLP

                                        */s/ Edward J. Normand*  
                                        *(Signed by filing attorney with permission of Edward J. Normand)*  
                                        Edward J. Normand  
                                        **Attorneys for The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2007, I caused a true and correct copy of the foregoing **STIPULATION AND JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Devan V. Padmanabhan
John F. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

/s/  Heather M. Sneddon