Brent O. Hatch (5715)
Mark F. James (5295)
HATCH JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363

## UNITED STATES DISTRICT COURT
### District of Utah, Central Division

| | | |
|---|---|---|
| THE SCO GROUP, INC., | * | |
| | * | Motion for Pro Hac Vice Admission |
| Plaintiff/Counterclaim-Defendant | * | and Consent of Local Counsel |
| v. | * | |
| NOVELL, INC. | * | Case No. 2:04CV139 |
| | * | |
| | * | Judge Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff | * | Magistrate Judge Brook C. Wells |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of <u>David Boies</u> as pro hac vice counsel for Plaintiff, The SCO Group, Inc., and consent to serve as local counsel. The application for pro hac vice admission is attached as Exhibit A to this motion, an Electronic Case Filing Registration Form as Exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated: April 10, 2007

_____
Signature of local counsel