MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>        Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>        Defendant and Counterclaim-Plaintiff. | **ORDER EXTENDING DISPOSITIVE MOTION DEADLINE**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based upon the parties' Stipulation and Joint Motion to Extend Dispositive Motion

Deadline, and good cause appearing therefor, it is hereby ORDERED as follows:

The deadline to file dispositive motions shall be extended by one week to April 20, 2007.

This extension does not change the September 17, 2007 trial date.

DATED:          April 10, 2007

                              BY THE COURT:


                              _____
                              Judge Dale A. Kimball
                              United States District Court Judge


Approved as to form:


        /s/  Edward J. Normand
(*Signed by filing attorney with permission*
*of Edward J. Normand*)
Edward J. Normand
**Attorney for The SCO Group, Inc.**