MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION TO EXTEND ALL EXPERT DISCOVERY DEADLINES**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

      Plaintiff and Counterclaim-Defendant The SCO Group, Inc., through its undersigned counsel, and Defendant and Counterclaim-Plaintiff Novell, Inc., through its undersigned counsel, hereby stipulate and jointly move the Court to extend all expert discovery deadlines by two weeks as follows:

(a) The deadline for parties bearing the burden of proof on issues to designate and submit the reports of its expert witnesses on those issues, if any, shall be extended to May 14, 2007.

(b) The deadline for submitting any opposing expert reports shall be extended to June 11, 2007.

(c) The deadline for submitting any rebuttal expert reports shall be extended to June 26, 2007.

(d) Expert depositions shall commence no earlier than July 2, 2007, and shall be completed by July 10, 2007. All expert depositions will be taken where the expert resides, unless otherwise agreed.

The September 17, 2007 trial date shall not change.

DATED: April 19, 2007

ANDERSON & KARRENBERG

_/s/  Heather M. Sneddon_
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**

DATED: April 19, 2007

BOIES, SCHILLER & FLEXNER LLP

_/s/  Edward J. Normand_
*(Signed by filing attorney with permission of Edward J. Normand)*
Edward J. Normand
**Attorneys for The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2007, I caused a true and correct copy of the foregoing **STIPULATION AND JOINT MOTION TO EXTEND ALL EXPERT DISCOVERY DEADLINES** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

/s/  Heather M. Sneddon