**MORRISON & FOERSTER LLP**
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **ORDER EXTENDING ALL EXPERT DISCOVERY DEADLINES**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based upon the parties' Stipulation and Joint Motion to Extend All Expert Discovery Deadlines, and good cause appearing therefor, it is hereby ORDERED as follows:

(a) The deadline for parties bearing the burden of proof on issues to designate and submit the reports of its expert witnesses on those issues, if any, shall be extended to May 14, 2007.

(b) The deadline for submitting any opposing expert reports shall be extended to June 11, 2007.

(c) The deadline for submitting any rebuttal expert reports shall be extended to June 26, 2007.

(d) Expert depositions shall commence no earlier than July 2, 2007, and shall be completed by July 10, 2007. All expert depositions will be taken where the expert resides, unless otherwise agreed.

The September 17, 2007 trial date shall not change.

DATED: April _____, 2007

BY THE COURT:

_____
Judge Dale A. Kimball
United States District Court Judge

Approved as to form:


_____/s/  Edward J. Normand_____
*(Signed by filing attorney with permission of Edward J. Normand)*
Edward J. Normand
**Attorney for The SCO Group, Inc.**