MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br>    Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> NOVELL, INC., a Delaware corporation, <br><br>    Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR ENTRY OF SECOND STIPULATED ADDENDUM TO PROTECTIVE ORDER** <br><br> Case No. 2:04CV00139 <br><br> Judge Dale A. Kimball |

Plaintiff and Counterclaim-Defendant The SCO Group, Inc. and Defendant and Counterclaim-Plaintiff Novell, Inc., pursuant to Federal Rule of Civil Procedure 26(c), hereby stipulate to and jointly move the Court for entry of the attached Second Stipulated Addendum to Protective Order in this matter, to provide for the production in this litigation of certain confidential information by third-party CA, Inc.

Dated:   April 19, 2007   BOIES, SCHILLER & FLEXNER LLP


By: */s/ Edward J. Normand*

*(Signed copy of document bearing signature of Edward J. Normand is being maintained in the office of filing attorney)*

Attorneys for The SCO Group, Inc.
10 West Broadway, Suite 400
Salt Lake City, UT  84101


ANDERSON & KARRENBERG


By: */s/ Heather M. Sneddon*

Attorneys for Novell, Inc.
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2007, I caused a true and correct copy of the foregoing **STIPULATION AND JOINT MOTION FOR ENTRY OF SECOND STIPULATED ADDENDUM TO PROTECTIVE ORDER** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

_/s/ Heather M. Sneddon_