MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant/Counterclaim-Plaintiff. | **SECOND STIPULATED ADDENDUM TO PROTECTIVE ORDER**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

WHEREAS, on August 1, 2006, this Court entered a Stipulated Protective Order ("Protective Order");

WHEREAS, Novell, Inc. has requested that third-party CA, Inc. (formerly Computer Associates International) produce documents in response to a subpoena issued on February 1, 2007;

WHEREAS, CA, Inc. will consent to such production provided the parties execute an addendum to the Protective Order allowing for the designation of CA, Inc.'s confidential and proprietary material as **Outside Counsels' Eyes Only**;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff/Counterclaim-Defendant The SCO Group, Inc. and Defendant/Counterclaim-Plaintiff Novell, Inc. that the Protective Order shall be amended as follows, subject to the approval of the Court:

CA, Inc. may designate as **Outside Counsels' Eyes Only** those documents that could otherwise have been designated as **Confidential** under the Protective Order. Such material is entitled to the protections afforded by the Protective Order to the parties' **Confidential** material, with the following modifications:

i. "In-house counsel" is excised from the persons to whom disclosure is permitted under Protective Order paragraph 4(a).

ii. Disclosure is not permitted to the persons described in Protective Order paragraph 4(b).

iii. The Protective Order paragraph 8(a) designation for **Outside Counsels' Eyes Only** material shall be "**Confidential - OUTSIDE COUNSELS' EYES ONLY - Subject to Protective Order,** *SCO v. Novell***, Civil Case No. 2:04CV00139 DAK.**"

**STIPULATION**

Dated:   April 19, 2007                              BOIES, SCHILLER & FLEXNER LLP


By:  */s/  Edward J. Normand*

*(Signed copy of document bearing signature of Edward J. Normand is being maintained in the office of filing attorney)*

Attorneys for The SCO Group, Inc.
10 West Broadway, Suite 400
Salt Lake City, UT  84101


ANDERSON & KARRENBERG


By:  */s/  Heather M. Sneddon*

Attorneys for Novell, Inc.
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101


**ORDER**


DATED:  April 20, 2007

_____
Hon. Dale A. Kimball
United States District Court Judge