SENT BY:  9-19-95 ; 4:30 ;  → 908+522+5032;# 2/ 3



# Memorandum

| | |
|---|---|
| To: | Ed Chatlos |
| From: | David Bradford |
| cc: | Ty Mattingly and Ed Smith |
| Date: | September 19, 1995 |
| Subject: | Asset Purchase Agreement between Novell & Santa Cruz Operations, Inc. |

Unless otherwise indicated or obvious from the nature of this memo, the information contained in this memo is privileged, confidential, and intended only for the identified recipient(s). Any dissemination, distribution, duplication or use of this memo is strictly forbidden except in accordance with the instructions of the sender. If you receive this memo in error, please immediately notify the author by telephone. The author will pay for any expenses you incur in calling, destroying or returning the memo.

Dear Ed:

I am now in receipt of the final Asset Purchase Agreement between Novell and SCO. Simultaneous to my receipt of this contract, you have been faxed an identical copy.

The purpose of this memorandum is to let you know that I have reviewed the final document and find the same to be an accurate reflection of the business and legal terms and conditions negotiated between the parties. I THEREFORE APPROVE THIS ASSET PURCHASE AGREEMENT FOR FINAL SIGNATURE BY BOB FRANKENBERG. You have indicated that you will let him know of my approval.

Let me also congratulate you for the efforts you expended in putting this deal together. Your attention to detail and long hours were invaluable to Novell throughout this process.

Regards,
David R. Bradford

P.S. In case you need it, attached is a signature page already executed by Bob. Please note the page number would need revision.

From the desk of...

David R. Bradford
Sr. Vice President
& General Counsel
Novell, Inc.
1555 N. Technology Way
A-313
Orem, Utah 84057
Ph: 801-222-4441
Fax: 801-222-4478

NOV 000043434