09/18/95    05:20    USL LEGAL DEPT → 4154936811

# ▨NOVELL

## NOVELL LEGAL GROUP
## FAX COVER SHEET
## PRIVILEGED & CONFIDENTIAL

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE SHOWN BELOW. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE. ANY REVIEW, DISSEMINATION OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE ORIGINAL TO US AT THE ADDRESS BELOW.

**To:** *Aaron Alter, Esq.*

**Location:** *Wilson, Insini, Goodrich & Rosati*

**Telephone:** _____ (Voice)

*(415) 493- 6811* (Fax)

**From:** Burt Levine
Legal Department

**Location:** Novell, Inc.
180 Park Avenue
Florham Park, New Jersey 07932

**Telephone:** 201-443-5072
**Fax:** 201-443-6082

**Comments:** *See - next page.*

**Sent by:** ☐ Same

**Other:** Rebecca Schuckman
**Phone:** 201-443-6667

**Today's Date:** *9/18/95*

**Number of Pages (including cover):** *31*

NOV 000040608

Dockets.Justia.com

09/18/95    05:21    USL LEGAL DEPT → 4154533841

Aaron:

Attached are copies of the following:

(A) Suggested markups of certain pages in
Schedules 1.1(a) and 1.1(b);
(B) an additional paragraph re the UNIX Trademark to go into the Seller Disclosure Statement;
and
© the cleanest copies I could find of the pages I marked up as Attachments A-F of the Seller
Disclosure Statement.

Burt

NOV 000040609

09/18/95     05:21     USL LEGAL DEPT → 4154958011

# DRAFT

7/14/95

## Schedule 1.1(a)

### Assets

I.   All rights and ownership of UNIX and UnixWare, including but not limited to all versions of UNIX and UnixWare and all copies of UNIX and UnixWare (including revisions and updates in process), and all technical, design, development, installation, operation and maintenance information concerning UNIX and UnixWare, including source code, source documentation, source listings and annotations, engineering notebooks, test data and test results, as well as all reference manuals and support materials normally distributed by Seller to end-users and potential end-users in connection with the distribution of UNIX and UnixWare, such assets to include without limitation the following:

### UNIX Source Code Products

A.   UnixWare 2.0 as described in the UnixWare 2.0 Licensing Schedule and those products listed as "prior" products on such schedule (includes source code updates where appropriate - i.e. UnixWare product family).

B.   UNIX SVR4.1 ES as described in the UNIX SVR4.1 ES Licensing Schedule and those products listed as "prior" products on such schedule

C.   UNIX SVR4.0MP as described in the UNIX SVR4.0 MP Licensing Schedule and those products listed as "prior" products on such schedule.

D.   Ancillary SVRx Products ~~(such as ?? ??, ??)~~ *To be discussed* ✓

### Binary Product Releases

A.   UnixWare 2.01 Product Family as described by the Novell UnixWare 2.01 Part/Price List

B.   UnixWare 2.0.x update releases

C.   UnixWare 1.1 Product Family as described by the Novell UnixWare 1.1 Part/Price List

D.   UnixWare 1.1.x - update releases

### Products Under Development

A.   UnixWare 2.1 (Eiger) - contains NetWare UNIX Client and Server capabilities

B.   UnixWare 2.1 Oracle Parallel Server (OPS)

C.   UnixWare 2.03 - maintenance update under development

D.   UnixWare 2.0.x/2.1 Enhanced Mode Merge

E.   UnixWare 2 Internet Server

NOV 000040610

09/18/95    05:21    USL LEGAL DEPT → 4154936811

*FROM SCHEDULE 1.1(a)*



**DRAFT**

### Other Technology

A. UnixWare system/HBA/etc. Test/Certification Suites Used by Novell Labs
B. UnixWare "OS Branding" Test Suites
C. UnixWare "OS Compatible" Requirements
D. Gaede Performance Test suite
E. ARTUS, Bart, Buster Internal UNIX Test suites and test harnesses
F. UnixWare Training/Education Courseware
G. Requirements, Design, and Test Specifications for UnixWare 2
H. Technical Support Update Manager
I. Marketing collateral/information in electronic form
J. ODI Transmogrification software

II. All of Seller's claims arising after the Closing Date against any parties relating to any right, property or asset included in the Business.

III. All of Seller's rights pertaining to UNIX and UnixWare under any software development contracts, licenses and any other contracts to which Seller is a party or by which it is bound and which pertain to the Business (to the extent that such contracts are assignable), including without limitation:

   A. Joint Development with third parties:

      1. In-Process development agreements
      2. Past development agreements with on-going pricing discounts
      3. Past development agreements without ongoing pricing discounts
      4. Joint development agreements in which Seller didn't get full rights to the code developed.

   *software license agreements*

   B. Third party ~~~~ applications - Those agreements in which Seller pays per copy fees for technology/products which are shipped with or to be used with UNIX System and/or UnixWare.

   C. Joint marketing agreements - Marketing programs with customers.

   D. End user MLA agreements - Agreements to allow end users to copy binary products for internal use only. Associated with these agreements are support requirements.

   E. UNIX-only VAR agreements - UNIX Masters VARs

   F. Support agreements - End user support agreements (i.e., TMAC, NALCOMIS)

-2-

SDW::ODMA\PCDOCS\SQL1\19406\1

NOV 000040611

09/18/95   05:22   USL LEGAL DEPT → 4154955611

*From SCHEDULE 1.1(a)*

**DRAFT**



G. Microsoft agreement (Xenix Agreement) - Xenix compatibility and per copy fee agreement. Seller will agree to discuss with SCO Seller's interpretation of this agreement.

H. Microsoft Agreement (Extra-Ordinary Discount) - Microsoft's additional discount beyond 80%.

I. Strategic Relationship Agreements (i.e. MTA, BCPA, MBA, etc.)

J. Out-sourced development (i.e., India) - Development agreements with third parties (Wipro and HCL) and India Development Center. IDC is a Seller subsidiary.

K. Out-sourced Support Agreements

L. Software and Sublicensing Agreements - This includes the source code and sublicensing agreements that Seller has with its OEM, End User and Educational customers. The total number of these agreements is approximately 30,000.

M. OEM Binary Licensing Agreements - OEM distribution of UnixWare with Seller's agreement to include some OEM added value into future releases of UnixWare.

IV. All copies of UNIX and UnixWare, wherever located, owned by Seller.

V. Intellectual property:     *and to the extent*

    A. Trademarks UNIX and UnixWare as held by Seller

VI. All contracts relating to the SVRX Licenses listed below:

- UNIX System V Release 4.2 MP, Intel386 Implementation
- #UNIX System V Release 4.2 MP International Edition, Intel386 Implementation
- UNIX System V Release 4.2, Intel386 Implementation
- #UNIX System V Release 4.2 International Edition, Intel386 Implementation
- UNIX System V Release 4.1 ES, Intel386 Implementation
- #UNIX System V Release 4.1 ES International Edition, Intel386 Implementation
- UNIX System V Release 4.0 MP, Intel386 Implementation
- #UNIX System V Release 4.0 MP International Edition, Intel386 Implementation
- UNIX System V Release 4.0 MP, Intel386 Version 4 Implementation
- #UNIX System V Release 4.0 International Edition, Intel386 Version 4 Implementation
- UNIX System V Release 4.0, Intel386 Version 3 Implementation
- #UNIX System V Release 4.0 International Edition, Intel386 Version 3 Implementation
- UNIX System V Release 4.0, Intel386 Version 2 Implementation
- #UNIX System V Release 4.0 International Edition, Intel386 Version 2 Implementation

-3-

SDW:\ODMA\PCDOCS\SQL\28940\1

NOV 000040612

09/18/95   05:22   USL LEGAL DEPT → 4154530011

*FROM SCHEDULE 1.1(b)*

# DRAFT

*95 and 72 The degree held by seller*

V.    Intellectual Property:

~~A.    Patent Licenses (i.e., Tiks and all others associated with the UNIX System)~~

B.    All copyrights and trademarks, except for the trademarks UNIX and UnixWare

C.    All Patents

VI.    Existing Master License Agreements with end users which include, in addition to other products of Seller, integrated delivery of UnixWare

VII.    All accounts receivable or rights to payment concerning the Assets arising prior to the Closing Date

SDW::ODMA\PCDOCS\SQL\28937511

-2-

NOV 000040613

09/18/95    05:23    USL LEGAL DEPT → 4154935811

## for SELLER DISCLOSURE STATEMENT

Seller is presently a party to a May 12, 1994 Trademark Relicensing Agreement with X/Open Company Ltd. Under this Agreement, Seller granted to X/Open Ltd. an exclusive and, subject to the condition stated below, perpetual right to grant to third parties the right to use the trademark UNIX on products. The grant is subject to a reservation of a license by Seller to continue to use the mark UNIX (alone or as part of the designation "UNIX WARE") in the Business under certain circumstances, including the payment of royalties for the mark UNIX (not UNIX WARE) after an initial three year period. The rights granted to X/Open are subject to termination for material breach unless and until X/Open exercises an option granted under the Agreement (for no additional fee) to acquire ownership of the trademark UNIX. Such option is exercisable after a three year initial period of the Agreement.

NOV 000040614

3.1(l)(iii) **Pursuant to § 3.1(l)(iii) agreements under which USL received 1992 or anticipates 1993 royalties of $1,500,000 or more, or pursuant to which USL has granted most favored nation pricing or exclusive marketing rights**

USL has not searched its files to find every agreement which grants most favored nation pricing or exclusive marketing rights for any USL product. To USL's knowledge, the following agreements do grant most favored nation pricing or exclusive marketing rights:

- Master Agreement by and between Novell Joint Venture Holding, Inc. and USL Joint Venture Holding, Inc.

- Master Agreement by and between UNIX System Laboratories, Inc. and Steria, S.A.

- Joint Venture Contract between Shenzhen Comtec Software, Ltd., China National Computer Software & Technology Service Corporation, China Great Wall Computer Group Co., Langchao Electronic Information Industrial Group Corporation, Changjiang Computer Union Corporation (Group), Beijing Modern Information Development Center, Dascom (Holdings) Ltd., and UNIX System Laboratories, Inc. for the Establishment of: UNIX System Technologies China Company, Ltd. for the Establishment of: UNIX System Technologies China Company, Ltd.

- Sales Agency Agreement between AUDIOLOG (France) and UNIX System Laboratories, Inc.

- Publication Agreement between UNIX System Laboratories, Inc. and Addison-Wesley Publishing Company, Inc.

- Publication Agreement dated December 17, 1986 by and between AT&T Information Systems Inc. and Prentice-Hall, Inc., as amended.

Attached is a list of agreements under which USL received 1992 or anticipates 1993 royalties of $1,500,000 or more

Registrations Issued for UNIX and Related Marks
since January 1994
April 21, 1995

| Trademark | Country | Reg. Date | Class | Locator Number |
|---|---|---|---|---|
| UNIX AND DESIGN (CRESTED WAVE) | Malta | 01/06/94 | 9 | 09062-TM5336 |
| UNIX AND DESIGN (CRESTED WAVE) | Colombia | 02/23/94 | 9 | 09062-TM5300 |
| UNIX | Egypt | 02/23/94 | 9 | 09062-TM5186 |
| UNIX | Japan | 01/31/95 | 11 (National Class) | 09062-TM5482 |
| UNIX | Japan | 02/28/95 | 41 | 09062-TM5216 |
| UNIX (KATAKANA VERSION) | Japan | 03/31/95 | 41 | 09062-TM5417 |

NOV 000040616

Unix System Laboratories, Inc.
Pending Trademark Applications for UNIX
April 21, 1995

| Trademark | Country | Filing Date | Class | Locator Number | Status |
|-----------|---------|-------------|-------|----------------|--------|
| UNIX | Croatia | 09/27/92 | 9 | 09062-TMS179 | Filed |
| UNIX | Greece | 11/17/92 | 38 | 09062-TMS196 | Accepted |
| UNIX | Japan | 09/01/92 | 42 | 09062-TMS217 | Filed |
| UNIX | Kenya | 09/13/94 | 9 | 09062-TMS476 | Filed |
| UNIX | Macau | 06/17/86 | 16 | 09062-TMS223 | Published |
| UNIX | Nigeria | 03/21/86 | 9 | 09062-TMS236 | Accepted |
| UNIX | Pakistan | 04/01/86 | 16 | 09062-TMS239 | Filed |
| UNIX | Portugal | 06/17/86 | 16 | 09062-TMS252 | Filed |
| UNIX | South Africa | 02/07/86 | 16 | 09062-TMS257 | Filed |
| UNIX | Spain | 05/07/84 | 9 | 09062-TMS258 | Filed |
| UNIX | Sudan | 01/05/88 | 9 | 09062-TMS261 | Filed |
| UNIX | United Arab Emi | 03/19/95 | 9 | 09062-TMS278 | Filed |
| UNIX | Venezuela | 09/26/85 | 26 | 09062-TMS283 | Filed |

NOV 000040617



| Trademark | Country | Status | Class(es) | Filing Date | Reg. Date | Locator Number |
|-----------|---------|--------|-----------|-------------|-----------|----------------|
| UNIVEL | United States | Allowed | 9 | 11/20/91 | | 09062-TM4031 |
| UNIVELL | United States | Abandoned | 9 | 11/20/91 | | 09061-TM4022 |
| UNIX | Argentina | Registered | 9 | 01/22/96 | 01/31/91 | 09062-TM5185 |
| UNIX | Argentina | Registered | 42 | 05/15/86 | 07/04/89 | 09062-TM5177 |
| UNIX | Argentina | Registered | 38 | 01/21/86 | 04/03/90 | 09062-TM5184 |
| UNIX | Australia | Registered | 42 | 01/08/83 | 02/08/83 | 09062-TM5162 |
| UNIX | Australia | Registered | 9 | 01/08/83 | 01/08/83 | 09062-TM5148 |
| UNIX | Australia | Registered | 38 | 01/08/83 | 01/08/83 | 09062-TM5133 |
| UNIX | Australia | Registered | 9 | 01/08/83 | 07/08/83 | 09062-TM5153 |
| UNIX | Austria | Registered | 9,16,37,41,42 | 04/13/84 | 07/17/84 | 09062-TM5163 |
| UNIX | Austria | Registered | 9,38 | 03/15/87 | 04/28/87 | 09062-TM4243 |
| UNIX | Benelux | Registered | 38,42 | 02/01/83 | 02/01/83 | 09062-TM5164 |
| UNIX | Benelux | Registered | 9,16 | 03/06/84 | 07/06/84 | 09062-TM5166 |
| UNIX | Denmark | Registered | 9 | 02/17/89 | 11/04/94 | 09062-TM5159 |
| UNIX | Bolivia | Registered | 38 | 02/13/86 | 11/04/86 | 09062-TM5167 |
| UNIX | Bolivia | Registered | 9 | 04/13/83 | 07/22/84 | 09062-TM5170 |
| UNIX | Brazil | Registered | 9 | 01/29/86 | 06/23/87 | 09062-TM5172 |
| UNIX | Brazil | Registered | 38 | 03/20/86 | 07/25/87 | 09062-TM5160 |
| UNIX | Brazil | Registered | 9 | 03/19/86 | 06/26/87 | 09062-TM5171 |
| UNIX | Canada | Registered | | 03/19/86 | 10/16/92 | 09062-TM5179 |
| UNIX | Chile | Registered | 9,38 | | 10/16/86 | 09062-TM5134 |
| UNIX | China | Registered | 16 | | 12/12/89 | 09062-TM5176 |
| UNIX | Colombia | Registered | 38 | 02/18/86 | 12/08/88 | 09062-TM5175 |
| UNIX | Colombia | Registered | 9 | 03/18/87 | 11/27/90 | 09062-TM5138 |
| UNIX | Costa Rica | Registered | 38 | 12/21/94 | 04/21/95 | 09062-TM5177 |
| UNIX | Costa Rica | Registered | 9 | | | 09062-TM5135 |
| UNIX | Croatia | Proposed | 9 | | | 09062-TM5180 |
| UNIX | Cyprus | Registered | 9,38 | 05/13/86 | 05/21/86 | 09062-TM5110 |
| UNIX | Dominican Repub | Registered | 38 | 06/30/94 | 02/15/95 | 09062-TM5141 |
| UNIX | Dominican Repub | Registered | 09 | 06/30/94 | 03/15/95 | 09062-TM5142 |
| UNIX | Ecuador | Registered | 38 | 02/08/90 | 04/16/90 | 09062-TM5143 |
| UNIX | Ecuador | Registered | 9 | 05/08/90 | 09/08/95 | 09062-TM5186 |

NOV 000040618



| Trademark | Country | Status | Class(es) | Filing Date | Reg. Date | Docket Number |
|---|---|---|---|---|---|---|
| UNIX | Liechtenstein | Registered | 9,38 | 01/13/86 | 10/31/91 | 08063-TM4221 |
| UNIX | Kenya | Registered | 38 | 11/13/87 | 11/13/91 | 08068-TM5324 |
| UNIX | Macau | Registered | 9 | 12/17/87 | 12/12/91 | 08068-TM5322 |
| UNIX | Macau | Published | 16 | 08/11/86 | | 09063-TM5273 |
| UNIX | Macau | | | 02/02/86 | | 09063-TM5321 |
| UNIX | Malaysia | Registered | 9 | 07/21/86 | 07/31/86 | 09063-TM4316 |
| UNIX | Malta | Registered | 9 | 07/13/86 | 06/12/87 | 09062-TM4319 |
| UNIX | Mexico | Registered | 35 | 07/15/86 | 06/24/87 | 09063-TM5327 |
| UNIX | Mexico | Registered | 9 | 07/13/86 | 12/24/86 | 09061-TM5326 |
| UNIX | Mexico | Registered | | 03/08/86 | 03/20/86 | 09063-TM5310 |
| UNIX | Monaco | Registered | 9,38 | 01/08/86 | 01/28/86 | 09062-TM5321 |
| UNIX | Morocco | Registered | 9,16,38 | 10/09/86 | 10/09/86 | 09062-TM5124 |
| UNIX | New Zealand | Registered | 9 | 06/17/86 | 06/25/86 | 09062-TM5127 |
| UNIX | New Zealand | Registered | 9 | 06/17/86 | 06/17/86 | 09063-TM4353 |
| UNIX | New Zealand | Registered | 9 | 06/16/86 | 06/02/87 | 09063-TM5125 |
| UNIX | Nicaragua | Registered | 9 | 03/21/86 | | 09063-TM5126 |
| UNIX | Nigeria | Filed | 9 | | | 09062-TM5177 |
| UNIX | Norway | Registered | 9,38 | 04/11/86 | 12/22/87 | 09063-TM5212 |
| UNIX | Pakistan | Registered | 9 | 04/01/86 | 04/01/86 | 09063-TM5313 |
| UNIX | Pakistan | Filed | 16 | 04/01/86 | | 09062-TM5128 |
| UNIX | Panama | Registered | 9 | 09/10/87 | 07/29/88 | 09063-TM5211 |
| UNIX | Panama | Registered | 9 | 01/06/86 | 01/07/87 | 09062-TM5315 |
| UNIX | Papua New Guinea | Registered | 38 | 09/08/87 | 06/08/87 | 09062-TM4115 |
| UNIX | Papua New Guinea | Registered | 9 | 04/03/86 | 04/03/86 | 09062-TM5318 |
| UNIX | Paraguay | Registered | 9 | 12/16/86 | 07/16/86 | 01118-TM5316 |
| UNIX | Paraguay | Registered | 16 | 12/27/86 | 10/07/87 | 09063-TM5315 |
| UNIX | Paraguay | Registered | 9 | 12/16/83 | 03/13/84 | 09063-TM5144 |
| UNIX | Peru | Abandoned | 19 | 12/13/83 | 04/14/86 | 08061-TM4128 |
| UNIX | Peru | Registered | 9 | 12/12/83 | 04/24/86 | 09062-TM5347 |
| UNIX | Philippines | Registered | 9 | 04/17/86 | 08/25/86 | 09062-TM5316 |
| UNIX | Poland | Registered | 38 | 01/13/91 | 09/24/93 | 09062-TM5316 |
| UNIX | Portugal | Registered | 38 | 01/28/86 | 07/22/91 | 09062-TM5283 |
| UNIX | Portugal | Filed | 16 | 04/11/86 | | 09061-TM5283 |
| UNIX | Portugal | Registered | 9 | 04/18/86 | 07/22/91 | 09062-TM5284 |
| UNIX | Ras-al-Khaimah | Registered | 9 | 04/16/86 | 12/18/87 | 09062-TM5304 |
| UNIX | | Registered | 9,38 | 07/01/86 | 07/11/86 | 09062-TM5282 |

NOV 000040620



| Trademark | Country | Status | Class(es) | Filing Date | Reg. Date | Locator Number |
|---|---|---|---|---|---|---|



NOV 000040622

| Trademark | Country | Status | Class(es) | Filing Date | Reg. Date | Locator Number |
|---|---|---|---|---|---|---|
| UNIX AND DESIGN (CREATED WAVE) | Egypt | Filed | 9 | 02/29/93 | | 01062-TED305 |
| UNIX AND DESIGN (CREATED WAVE) | El Salvador | Proposed | 9 | 04/07/93 | | 01062-TES306 |
| UNIX AND DESIGN (CREATED WAVE) | Estonia | Filed | 9 | | | 01062-TES307 |
| UNIX AND DESIGN (CREATED WAVE) | Finland | Filed | 9 | 03/10/93 | | 01062-TES308 |
| UNIX AND DESIGN (CREATED WAVE) | France | Proposed | | | | 01062-TFS309 |
| UNIX AND DESIGN (CREATED WAVE) | Georgia | Filed | 9 | 04/29/93 | | 01062-TES310 |
| UNIX AND DESIGN (CREATED WAVE) | Germany | Registered | 9,16,42 | 02/18/93 | 11/21/93 | 01062-TES311 |
| UNIX AND DESIGN (CREATED WAVE) | Greece | Filed | 9 | 07/12/93 | | 01062-TES312 |
| UNIX AND DESIGN (CREATED WAVE) | Guatemala | Filed | 42 | 03/17/93 | | 01062-TES32A |
| UNIX AND DESIGN (CREATED WAVE) | Guatemala | Filed | 9 | 03/31/93 | | 01062-TES313 |
| UNIX AND DESIGN (CREATED WAVE) | Honduras | Proposed | 9 | | | 01062-TES313 |
| UNIX AND DESIGN (CREATED WAVE) | Hong Kong | Filed | 9 | 05/11/93 | | 01062-TES316 |
| UNIX AND DESIGN (CREATED WAVE) | Hungary | Registered | 9,16,42 | 02/17/93 | 08/20/93 | 01062-TES317 |
| UNIX AND DESIGN (CREATED WAVE) | Iceland | Registered | 9 | 02/05/93 | 05/27/93 | 01062-TES318 |
| UNIX AND DESIGN (CREATED WAVE) | India | Filed | 9 | 02/11/93 | | 01062-TES319 |
| UNIX AND DESIGN (CREATED WAVE) | Indonesia | Proposed | | | | 01062-TED320 |
| UNIX AND DESIGN (CREATED WAVE) | Ireland | Filed | 9 | 02/05/93 | | 01062-TES321 |
| UNIX AND DESIGN (CREATED WAVE) | Israel | Filed | 9 | 01/08/93 | | 01062-TES322 |
| UNIX AND DESIGN (CREATED WAVE) | Italy | Filed | 9,42 | 02/28/93 | | 01062-TES323 |
| UNIX AND DESIGN (CREATED WAVE) | Jamaica | Proposed | 9 | | | 01062-TES324 |
| UNIX AND DESIGN (CREATED WAVE) | Japan | Filed | 41 | 05/13/93 | | 01062-TES327 |
| UNIX AND DESIGN (CREATED WAVE) | Japan | Filed | 42 | 04/13/93 | | 01062-TES326 |
| UNIX AND DESIGN (CREATED WAVE) | Japan | Filed | 9 | 04/16/93 | | 01062-TES325 |
| UNIX AND DESIGN (CREATED WAVE) | Kazakhstan | Proposed | | | | 01062-TES328 |
| UNIX AND DESIGN (CREATED WAVE) | Korea, South | Filed | 39 | 02/13/93 | | 01062-TES329 |
| UNIX AND DESIGN (CREATED WAVE) | LATVIA | Filed | 9 | 03/08/93 | | 01062-TES330 |
| UNIX AND DESIGN (CREATED WAVE) | Liberia | Filed | | 02/15/93 | | 01062-TES331 |
| UNIX AND DESIGN (CREATED WAVE) | Liechtenstein | Registered | 9 | 08/12/93 | | 01062-TES331A |
| UNIX AND DESIGN (CREATED WAVE) | Lithuania | Filed | 9 | 03/29/93 | | 01062-TES333 |
| UNIX AND DESIGN (CREATED WAVE) | Macau | Published | 9 | 03/11/93 | | 01062-TES334 |
| UNIX AND DESIGN (CREATED WAVE) | Malaysia | Filed | 9 | 07/14/93 | | 01062-TES348 |
| UNIX AND DESIGN (CREATED WAVE) | Malta | Registered | 9 | 08/02/93 | 11/04/94 | 01062-TES340 |
| UNIX AND DESIGN (CREATED WAVE) | Mexico | Proposed | 9 | | | 01062-TES377 |
| UNIX AND DESIGN (CREATED WAVE) | Moldova | Proposed | 9 | | | 01062-TES3XX |
| UNIX AND DESIGN (CREATED WAVE) | Monaco | Registered | 9 | 02/12/93 | 02/12/93 | 01062-TES336 |

NOV 000040623

| Trademark | Country | Status | Class(es) | Filing Date | Reg. Date | Docket Number |
|---|---|---|---|---|---|---|
| UNIX AND DESIGN (CRESTED WAVE) | Morocco | Registered | 9 | 03/22/93 | 07/21/93 | 09067-INT240 |
| UNIX AND DESIGN (CRESTED WAVE) | New Zealand | Filed | 9 | 02/18/93 | | 09063-US0341 |
| UNIX AND DESIGN (CRESTED WAVE) | Nicaragua | Proposed | 9 | | | 09063-US0342 |
| UNIX AND DESIGN (CRESTED WAVE) | Nigeria | Registered | 9 | 05/24/93 | 06/17/93 | 09063-INT341 |
| UNIX AND DESIGN (CRESTED WAVE) | Norway | Filed | 9,42 | 03/19/93 | | 09063-US0344 |
| UNIX AND DESIGN (CRESTED WAVE) | Pakistan | Filed | 9 | 03/30/93 | | 09063-US0345 |
| UNIX AND DESIGN (CRESTED WAVE) | Panama | Proposed | | | | 09063-US0346 |
| UNIX AND DESIGN (CRESTED WAVE) | Paraguay | Filed | 9 | 03/10/93 | | 09063-US0347 |
| UNIX AND DESIGN (CRESTED WAVE) | Peru | Abandoned | 9 | 03/18/93 | | 09063-US0348 |
| UNIX AND DESIGN (CRESTED WAVE) | Poland | Filed | 9 | 02/05/93 | | 09063-US0349 |
| UNIX AND DESIGN (CRESTED WAVE) | Portugal | Filed | 9 | 03/12/93 | | 09063-US0350 |
| UNIX AND DESIGN (CRESTED WAVE) | Singapore | Filed | 9 | 03/30/93 | | 09063-US0351 |
| UNIX AND DESIGN (CRESTED WAVE) | Slovenia | Filed | 9 | 04/22/93 | | 09063-US0352 |
| UNIX AND DESIGN (CRESTED WAVE) | South Africa | Filed | 9 | 04/01/93 | | 09063-US0353 |
| UNIX AND DESIGN (CRESTED WAVE) | Spain | Published | 16 | 03/16/93 | | 09063-US0356 |
| UNIX AND DESIGN (CRESTED WAVE) | Spain | Published | 35 | 03/16/93 | | 09063-US0357 |
| UNIX AND DESIGN (CRESTED WAVE) | Spain | Published | 38 | 03/16/93 | | 09063-US0358 |
| UNIX AND DESIGN (CRESTED WAVE) | Spain | Published | 42 | 03/16/93 | | 09063-US0359 |
| UNIX AND DESIGN (CRESTED WAVE) | Sri Lanka | Filed | 9 | 04/01/93 | | 09063-US0338 |
| UNIX AND DESIGN (CRESTED WAVE) | Sudan | Filed | 9 | 10/30/93 | | 09063-US0360 |
| UNIX AND DESIGN (CRESTED WAVE) | Surinam | Proposed | 9 | | | 09063-US0362 |
| UNIX AND DESIGN (CRESTED WAVE) | Sweden | Registered | 9 | 02/08/93 | 11/26/93 | 09063-US0363 |
| UNIX AND DESIGN (CRESTED WAVE) | Switzerland | Registered | 9 | 02/11/93 | | 09063-US0363 |
| UNIX AND DESIGN (CRESTED WAVE) | Syrian Arab | Filed | 9 | 02/26/93 | | 09063-US0364 |
| UNIX AND DESIGN (CRESTED WAVE) | Taiwan | Proposed | 9 | | | 09063-US0365 |
| UNIX AND DESIGN (CRESTED WAVE) | Tanzania | Filed | 9 | 03/23/93 | | 09063-US0366 |
| UNIX AND DESIGN (CRESTED WAVE) | Thailand | Proposed | 9 | | | 09063-US0367 |
| UNIX AND DESIGN (CRESTED WAVE) | Tunisia | Registered | 9 | 04/13/93 | 04/27/93 | 09063-US0368 |
| UNIX AND DESIGN (CRESTED WAVE) | Turkey | Filed | 9 | 02/18/93 | | 09063-US0369 |
| UNIX AND DESIGN (CRESTED WAVE) | Ukraine | Filed | 9 | 04/23/93 | | 09063-US0370 |
| UNIX AND DESIGN (CRESTED WAVE) | United Arab | Proposed | 9 | | | 09063-US0371 |
| UNIX AND DESIGN (CRESTED WAVE) | United Kingdom | Filed | 9 | | | 09063-US0372 |
| UNIX AND DESIGN (CRESTED WAVE) | Uruguay | Filed | 9 | 02/17/93 | | 09063-US0373 |
| UNIX AND DESIGN (CRESTED WAVE) | Uzbekistan | Filed | 9 | 04/30/93 | | 09063-US0374 |

NOV 000040624



NOV 000040625



| Trademark | Country | Status | Class(es) | Filing Date | Reg. Date | Locator Number |
|---|---|---|---|---|---|---|
| UNIX MAXI | United States | Abandoned | 9 | 02/08/91 | | 09063-TM4926 |
| UNIX LABS | United States | Abandoned | 9 | 06/11/90 | | 09063-TM4927 |
| UNIX LABS | United States | Abandoned | 41 | 06/11/90 | | 09063-TM4928 |
| UNIX LITE | United States | Abandoned | 9 | 07/08/91 | | 09063-TM4929 |
| UNIX PRESS | United States | Registered | 16 | 05/11/90 | 12/01/91 | 09063-TM4930 |
| UNIX STRA.E AND SERVER | United States | Published | 9 | 16/03/92 | | 09063-TM4931 |
| UNIX SYSTEM LABORATORIES | Japan | Proposed | | 01/01/90 | | 09063-TM4932 |
| UNIX SYSTEM LABORATORIES | United States | Abandoned | 42 | 03/01/93 | | 09063-TM4933 |
| UNIX SYSTEM LABORATORIES | United States | Abandoned | 9 | 06/01/90 | 07/06/93 | 09063-TM4932 |
| UNIX SYSTEM LABORATORIES | United States | Registered | 9 | | | 09063-TM4934 |
| UNIX SYSTEM TECHNOLOGIES | France | Registered | 9,16,38 | 10/08/92 | 10/08/93 | 09063-TM4934 |
| UNIX UNIVERSITY | United States | Allowed | 41 | 04/07/92 | | 09063-TM4935 |
| UNIX WARE | Germany | Registered | 9,16,37,38,42 | 02/05/93 | 05/12/93 | 09063-TM5446 |
| UNIX WARE (STYLES) | Germany | Registered | 9,16,37,38,42 | 04/02/93 | 04/12/93 | 09063-TM5447 |
| UNIX WIZARD | United States | Published | 9 | 06/04/92 | | 09063-TM5815 |
| UNIXMASTER | Germany | Registered | 9,16,37,38,43 | 13/11/92 | 06/30/93 | 09063-TM5815 |
| UNIXWARE | Denmark | Filed | 9 | 06/14/93 | | 09063-TM5816 |
| UNIXWARE | France | Proposed | | | | 09063-TM5816 |
| UNIXWARE | Germany | Registered | 9,16,37,38,42 | 01/05/93 | 04/29/93 | 09063-TM5816 |
| UNIXWARE | Italy | Filed | 9 | 12/05/93 | | 09063-TM5816 |
| UNIXWARE | Sweden | Filed | 9 | 13/18/93 | | 09063-TM5816 |
| UNIXWARE | Norway | Filed | 9 | 06/12/93 | | 09063-TM5816 |
| UNIXWARE | Spain | Published | 42 | 13/30/93 | | 09063-TM5816 |

NOV 000040626



NOV 000040627

09/18/95   05:30   USL LEGAL DEPT → 4154536811                          NO.387   021
FEB- 3-83 WED 11:52    IP LAW/D.L. PADILLA          FAX NO. 9085806728          P.06

## USL's INTELLECTUAL PROPERTY

I.  PATENTS/APPLICATIONS

| INVENTOR/ COUNTRY | STATUS | SERIAL/ PATENT NO. | DATE |
|---|---|---|---|
| **A. Owned by USL** | | | |
| 1. Wong 1 | | | |
| USA | Filed | 07/814,854 | 12/30/91 |
| Canada | Mailed | | 11/12/92 |
| **B. Assigned by AT&T to USL on the Effective Date** | | | |
| 1. Rays 1 | | | |
| USA | Patented | 4,580,218 | 4/1/86 |
| Italy | Patented | 1,205,650 | 3/23/89 |
| W. Ger. | Patented | 0155284 | 11/22/90 |
| Gr. Brit. | Patented | 0155284 | 11/22/90 |
| France | Patented | 0155284 | 11/22/90 |
| Japan | Filed | 503,183/84 | 6/6/84 |
| 2. Wehr 2 | | | |
| USA | | 7/374,380 | 6/30/92 |
| Unintentionally Abandoned To Be Revived | | | |
| Canada | Filed | 2,018,319-5 | 6/5/90 |
| Japan | Filed | 170,411 | 6/29/90 |
| Belgium | Filed | 90306750.2 | 6/20/90 |
| France | Filed | 90306750.2 | 6/20/90 |
| Gr. Brit. | Filed | 90306750.2 | 6/20/90 |
| West Germany | Filed | 90306750.2 | 6/20/90 |
| Italy | Filed | 90306750.2 | 6/20/90 |
| Netherlands | Filed | 90306750.2 | 6/20/90 |
| Sweden | Filed | 90306750.2 | 6/20/90 |

NOV 000040628

09/18/95   05:30   USL LEGAL DEPT → 4154505811
FEB 3-85 WED 11:55   IP LAW D. L. PADILLA   FAX NO. 0085808728

NO. 387   P.07
P. 07

| INVENTOR/ COUNTRY | STATUS | SERIAL/ PATENT NO. | DATE |
|---|---|---|---|
| **3.  Alecci** | | | |
| 1-1-1 | Abandoned | 07/468,435 | 8/1/91 |
| Alecci | | | |
| 2-2-2 | Continuation Under Rule 1.62 of Alecci 1,1-1 | 07/742,149 | 1/14/93 |
| | | | |
| Canada | Filed | 2030438-3 | 11/21/90 |
| Italy | Filed | 90313205.8 | 12/5/90 |
| Sweden | Filed | 90313205.8 | 12/5/90 |
| Spain | Filed | 90313205.8 | 12/5/90 |
| Germany | Filed | 90313205.8 | 12/5/90 |
| Gr. Brit. | Filed | 90313205.8 | 12/5/90 |
| France | Filed | 90313205.8 | 12/5/90 |
| Japan | Filed | 16791/91 | 1/18/91 |
| | | | |
| **4.  Andrade** | | | |
| 1-1-1 | | | |
| USA | Filed | 07/524,182 | 3/29/90 |
| Canada | Filed | 2038433-9 | 3/22/91 |
| Japan | Filed | 089094 | 3/29/91 |
| Germany | Filed | 91302438.6 | 3/20/91 |
| Italy | Filed | 91302438.6 | 3/20/91 |
| Gr. Brit. | Filed | 91302438.6 | 3/20/91 |
| France | Filed | 91302438.6 | 3/20/91 |
| | | | |
| **5.  R.C. Pike\*** One-Half Individed Interest | Patented | 4,655-,775 | 11/26/85 |

\*Note:  AT&T believes the Pike Patent is being infringed by
third parties and certain of such parties have alleged that
said patent is invalid.

NOV 000040629

09/18/95    05:31    USL LEGAL DEPT → 4154936811                      NO. 587    023

## USL COPYRIGHTS

### PUBLICATIONS

| TITLE OF THIS WORK | REGISTRATION NUMBER |
|---|---|
| SYSTEM V BINARY COMPATIBILITY SPECIFICATION | TX 2 824 712 |
| UNIX® SYSTEM V BINARY INTERFACE: WE® 32000 Processor Supplement | TX 2 824 713 |
| SYSTEM V APPLICATION BINARY INTERFACE Intel386™ Processor Supplement | TXu 498 197 |
| UNIX® SYSTEM V/386 RELEASE 4: Mouse Driver Administrator's Guide | TXu 455 747 |
| UNIX SYSTEM V/386 RELEASE 4 Network User's and Administrator's Guide | TX 2-943-774 |
| UNIX SYSTEM V/386 RELEASE 4 PC-Interface Administrator's Guide | TX 2-900-957 |
| UNIX SYSTEM V/386 RELEASE 4 Programmer's Guide: SCSI Driver Interface | TX 2 902 863 |
| UNIX SYSTEM V APPLICATION BINARY INTERFACE Motorola 88000 Processor Supplement | TX 2 902 556 |
| UNIX SYSTEM V/386 RELEASE 4 MULTIBUS® Reference Manual | TX 2 902 542 |
| UNIX® SYSTEM V RELEASE 4: Product Overview and Master Index | TX 2 902 862 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER's GUIDE: XWIN™ Graphical Windowing System The X Toolkit | TX 2 902 861 |
| UNIX® SYSTEM V RELEASE 4 Programmer's Guide: XWIN™ Graphical Windowing System Xlib-C Language Interface | TX 2-900-958 |
| UNIX® SYSTEM V RELEASE 4 Programmer's Guide: XWIN™ Graphical Windowing System Addenda: Technical Papers | TX 2-901-148 |
| UNIX SYSTEM V/386 RELEASE 4 Integrated Software Development Guide | TX 2 931 646 |

NOV 000040630

| | |
|---|---|
| UNIX® SYSTEM V/386 RELEASE 4: Product Overview and Master Index | TX 2 925 901 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER'S GUIDE: X11/NeWS® Graphical Windowing System NeWS | TX 2-946-827 |
| UNIX® SYSTEM V RELEASE 4 Programmer's Guide: X11/NeWS® Graphical Windowing System tNt Technical Reference Manual | TX 2-900-956 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER'S GUIDE: X11/NeWS® Graphical Windowing System Server Guide | TX 2 902 864 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER'S GUIDE: X11/NeWS® Graphical Windowing System XVIEW™ | TX 2 907 117 |
| UNIX® SYSTEM SOFTWARE READINGS | TXu 300 346 |
| UNIX® SYSTEM V RELEASE 4 Programmer's Reference Manual Operating System API for Intel Processors | TX 3 218 268 |
| UNIX® SYSTEM V RELEASE 4 User's Reference Manual/System Administer's Reference Manual for Intel Processors,Commands m-z | TX 3 221 656 |
| UNIX® SYSTEM V RELEASE 4 Integrated Software Development Guide for Intel Processors | TX 3 221 657 |
| UNIX SYSTEM V RELEASE 4 User's Reference Manual/System Administrator's Reference Manual for Intel Processors, Commands, a-l | TX 3 227 639 |
| UNIX® SYSTEM V RELEASE 4 Programmers Guide:Streams for Intel Processors | TX 3 218 286 |
| UNIX® SYSTEM V RELEASE 4 Device Driver Interface/Driver Kernel Interface Reference Manual for Intel Processors | TX 3 232 578 |
| UNIX® SYSTEM V RELEASE 4 Master Index for Motorola Processors | TX 3 221 653 |
| UNIX SYSTEM V RELEASE 4 Device Driver Interface/Driver Kernel Interface Reference Manual for Motorola Processors | TX 3 220 500 |

-2-

NOV 000040631

| | |
|---|---|
| UNIX® SYSTEM V RELEASE 4 User's Reference Manual/System Administrator's Reference Manual for Motorola Processors Commands a-l | TX 3 220 331 |
| UNIX® SYSTEM V UTITLITIES RELEASE NOTES | TX 2 123 158 |
| UNIX® SYSTEM V STREAMS PROGRAMMERS GUIDE | TX 2 123 157 |
| UNIX® SYSTEM V STREAMS PRIMER | TX 2-120-499 |
| UNIX® SYSTEM V PROGRAMMER'S GUIDE | TX 2-120-502 |
| UNIX SYSTEM V/386 RELEASE 4 MULTIBUS® Installation and Configuration Guide | TX 2 902 541 |
| UNIX SYSTEM V/386 RELEASE 4 Transport Application Interface Guide | TX 2 881 542 |
| UNIX SYSTEM V/386 RELEASE 4 Device Interface/Driver Kernel, Interface (DDI/DKI) Reference Manual | TX 2-883-235 |
| UNIX SYSTEM V/386 RELEASE 4 Migration Guide | TX 2-890-470 |
| UNIX SYSTEM V/386 RELEASE 4 System Administrator's Reference Manual | TX 2 881 543 |
| UNIX SYSTEM V/386 RELEASE 4 PROGRAMMER'S REFERENCE MANUAL | TX 2-853-760 |
| UNIX SYSTEM V/386 RELEASE 4 User's Reference Manual | TX 2-890-471 |
| UNIX SYSTEM V APPLICATIONS BINARY INTERFACE: SPARC™ Processor Supplement | TX 2 862 662 |
| UNIX SYSTEM V APPLICATION BINARY INTERFACE: Motorola 68000 Processor Family Supplement | TX 2 870 036 |
| UNIX® SYSTEM V RELEASE 4 User's Reference Manual | TX 2 820 791 |
| UNIX® SYSTEM V RELEASE 4 USER'S GUIDE | TX 2 832 010 |
| UNIX® SYSTEM V RELEASE 4 ANSI C TRANSITION GUIDE | TX 2 820 798 |

-3-

NOV 000040632

09/18/95    05:32    USL LEGAL DEPT → 4154936811                                    NO.387    026

| | |
|---|---|
| UNIX SYSTEM V RELEASE 3.2 SYSTEM ADMINISTRATOR'S GUIDE | TX 2 832 116 |
| UNIX® SYSTEM V RELEASE 4 DEVICE DRIVER INTERFACE/DRIVER KERNEL INTERFACE(DDI/DKI) REFERENCE MANUAL | TX 2 820 792 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER'S GUIDE:POSIC conformance | TX 2 820 885 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER'S GUIDE:Streams | TX 2 833 114 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER'S REFERENCE MANUAL | TX 2 832 009 |
| UNIX® SYSTEM V RELEASE 4 NETWORK USER'S AND ADMINISTRATOR'S GUIDE | TX 2 832 008 |
| UNIX® SYSTEM V RELEASE 4 SYSTEM ADMINISTRATOR'S REFERENCE MANUAL | TX 2 830 989 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER'S GUIDE:Ansi C and Programming Support Tools | TX 2 820 849 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMERS GUIDE:System and Application Packaging Tools | TX 2 825 383 |
| UNIX® SYSTEM V RELEASE 4 MIGRATION GUIDE | TX 2 820 886 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER'S GUIDE:Character User Interface (FMLI and ETT) | TX 2 825 299 |
| UNIX® SYSTEM V RELEASE 4 BSD/ XENIX® COMPATABILITY GUIDE | TX 2-878-051 |
| UNIX® SYSTEM V RELEASE 4 PROGRAMMER'S GUIDE:Networking Interfaces | TX 2 838 313 |
| SYSTEM V APPLICATION BINARY INTERFACE | TX 2 847 222 |
| AT&T UNIX System V/386, Release 3.2 Utilities Release Notes | TX 2 454 845 |

-4-

NOV 000040633

| | |
|---|---|
| AT&T UNIX SYSTEM V/386 Release 3.2 Streams Primer | TX 2 454 847 |
| UNIX SYSTEM V/386 Release 3.2 User's Guide | TX 2-488-749 |
| AT&T UNIX SYSTEM V/386: Programmer's Guide, Vol. II | TX 2 454 884 |
| UNIX SYSTEM v/386 Release 3.2 programmer's Reference Manual | TX 2 494 658 |
| UNIX SYSTEM V/386 Release 3.2 Streams Programmer's Guide | TX 2 497 054 |
| UNIX SYSTEM V/386: Network Programmer's Guide | TX 2 366 625 |
| UNIX® SYSTEM V/386: Programmer's Reference Manual | TX 2 373 759 |
| UNIX® SYSTEM V/386: User's Guide, 2nd edition | TX 2-363-829 |
| UNIX® SYSTEM V/386:User's Reference Manual | TX 2 365 627 |
| UNIX® SYSTEM V/386: System Administrator's Reference Manual | TX 2-371-952 |
| UNIX® SYSTEM V/386: Streams Programmer's Guide | TX 2-367-657 |
| UNIX® SYSTEM V/386: Programmer's Guide | TX 2-400-593 |
| UNIX® SYSTEM V/386: Streams Primer | TX 2 366 645 |
| UNIX® SYSTEM V/386: System Administrator's Guide | TX 2 378 091 |
| UNIX® SYSTEM V/386: Utilities Release Notes | TX 2 366 532 |
| UNIX® SYSTEM V NETWORK PROGRAMMERS GUIDE | TX 2 117 799 |
| UNIX® SYSTEM V: User's Guide, 2/E | TX 2 052 293 |
| UNIX® SYSTEM V RELEASE 3.2: Framed Access Command Environment [FACE] User's Guide | TX 2 611 527 |

-5-

NOV 000040634

| | |
|---|---|
| UNIX® SYSTEM V RELEASE 3.2: Form and Menu Language Interpreter (FMLI) Programmer's Guide | TX 2 605 294 |
| UNIX® SYSTEM V RELEASE 3.2: Utilities Release Notes | TX 2-611-984 |
| UNIX® SYSTEM V RELEASE 3.2: Programmer's Guide, Volume II | TX 2 593 940 |
| UNIX® SYSTEM V RELEASE 3.2: System Administrator's Reference Manual | TX 2-611-860 |
| UNIX® SYSTEM V RELEASE 3.2: User's Guide | TX 2-611-861 |
| UNIX® SYSTEM V RELEASE 3.2: Programmer's Guide, Volume I | TX 2-611-862 |
| UNIX® SYSTEM V BINARY COMPATIBILITY SPECIFICATION:WE® 32000 Processor Supplement | TX 2 824 711 |
| UNIX® SYSTEM V RELEASE 4: OPEN LOOK™ Graphical User Interface Programmer's Reference Manual | TX 2-900-893 |
| UNIX® SYSTEM V RELEASE 4: Programmer's Guide: OPEN LOOK™ Graphical User Interface | TM 2-900-966 |
| UNIX® SYSTEM V RELEASE 4 OPEN LOOK™ GRAPHICAL USER INTERFACE USER'S GUIDE | TX 2-901-147 |
| UNIX® SYSTEM V RELEASE 3.2: System Administrator's Guide | TX 2 611 530 |
| UNIX® SYSTEM V RELEASE 3.2: Streams Programmer's Guide | TX 2 604 382 |
| UNIX® SYSTEM V RELEASE 3.2: Programmer's Reference Manual | TX 2 605 292 |
| UNIX SYSTEM V: Documentor's Workbench, Reference Manual | TX 2 986 119 |
| UNIX SYSTEM V: Documentor's Workbench, User's Guide | TX 2 986 118 |
| UNIX System V/386 Release 3.2 System Administrator's Guide | TX 2 454 792 |

-6-

NOV 000040635

09/18/95     05:33     USL LEGAL DEPT → 4154936811     NO.551   P25

| | |
|---|---|
| AT&T UNIX System V/386 Release 3.2 Network Programmer's Guide | TX 2 454 846 |
| THE UNIX™ SYSTEMS USER's GUIDE | TX 1 788 418 |
| UNIX® SYSTEM V RELEASE 3.2: Programmer's Guide, Volume I | TX 2-611-862 |
| UNIX SYSTEM V/386: Programmer's Guide, Vol. II | TX 2 454 884 |
| UNIX® SYSTEM V RELEASE 4 User's Reference Manual/System Administrator's Reference Manual for Motorola Processors,Commands m-z | TX 3 218 267 |
| UNIX® SYSTEM V RELEASE 4 System Files and Devices Reference Manual for Motorola Processors | TX 3 221 654 |
| UNIX® SYSTEM V RELEASE 4 Programmer's Reference Manual:Operating System API for Motorola Processors | TX 3 221 655 |
| TUXEDO® SYSTEM RELEASE 4.1 TRANSACTION MANAGER:Reference Manual | TX 3 218 265 |
| TUXEDO® SYSTEM RELEASE 4.I:Product Overview and Master Index | TX 3 223 727 |
| TUXEDO® SYSTEM RELEASE 4.1:Application Development | TX 3 237 343 |
| TUXEDO® SYSTEM RELEASE 4.1 TRANSACTION MANAGER:Administrator's Guide | TX 3 220 497 |

COMPUTER SOFTWARE

| | |
|---|---|
| Operating System Utility Programs | TXu 301 868 |
| UNIX® Operating System Edition 5 and Instruction Manual | TXu 510 028 |
| UNIX® Operating System Edition 6 and Instruction Manual | TXu 511 236 |
| UNIX® Operating System Edition 32V and Instruction Manual | TXu 516 704 |
| UNIX® Operating System Edition 7 and Instruction Manual | TXu 516 705 |

-7-

NOV 000040636

09/18/95     05:33     USL LEGAL DEPT → 4154936611

## ATTACHMENT E

## THIRD PARTY ROYALTY OBLIGATIONS

| THIRD PARTY VENDOR | PRODUCTS [OR COMPONENTS OF PRODUCT(S)] ON WHICH ROYALTY IS DUE | PAYMENT BASED ON | Pymnt > $1M for 12 month period |
|---|---|---|---|
| (1) Microsoft | SVR3/SVR4/UW tgt hw of 386/486 PE, AS | binary units binary units | Yes, since 92 at least |
| (2) Veritas | Veritas products AS, ODM | source/binary revenue binary units | Yes, 94 |
| (3) Computer Associates (Legent/Lachman) | SVR4 TCP/IP component PE, TCP/IP+NFS, AS | binary revenue binary units | No |
| (4) OSF | Motif product PE, AS, MOTIF KIT, SDK | source/binary units reference binary units binary units | $1M commitment thru 1997 (buy-out) |
| (5) Locus | Locus Merge 3.1 PE, AS, ADVMRG, SRVMRG | binary units binary units | Yes, 1994, 1995 ($1M, $1.7M respectively) |
| (6) ICS | Graphics Development Set SDK | binary units binary units | No |
| (7) EDG | EDG Compiler rel 2.0 | source revenue | No |
| (8) Sirius | Fingertip Librarian 4.2 PU, AS, SDK (1.1 only) | binary units binary units | No |

newuwroy.wbw

18-Sep-95

NOV 000040637

09/18/95    05:33    USL LEGAL DEPT → 4154938811

## Attachement E

### Selected OEM Customers of Seller

Sun Microsystems
Microsoft
AT&T
Hewlett-Packard
Fujitsu
NEC
Hitachi
Siemens-Nixdorf
ICL
Digital Equipment
IBM
Motorola
Silicon Graphics
Data General
NeXT Computer

NOV 000040638