MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
Grant L. Kim (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant and Counterclaimant Novell, Inc.**

---

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, | **NOTICE OF CONVENTIONAL FILING** |
| Plaintiff and Counterclaim-Defendant, | |
| vs. | Case No. 2:04CV00139 |
| NOVELL, INC., a Delaware corporation, | Judge Dale A. Kimball |
| Defendant and Counterclaim-Plaintiff. | |

Dockets.Justia.com

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has conventionally filed the original and one copy of each of the following:

1. **MEMORANDUM IN SUPPORT OF NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON SCO'S NON-COMPETE CLAIM IN ITS SECOND CLAIM FOR BREACH OF CONTRACT AND FIFTH CLAIM FOR UNFAIR COMPETITION** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*;

2. **MEMORANDUM IN SUPPORT OF NOVELL'S MOTION FOR SUMMARY JUDGMENT ON SCO'S FIRST CLAIM FOR SLANDER OF TITLE AND THIRD CLAIM FOR SPECIFIC PERFORMANCE** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*;

3. **MEMORANDUM IN SUPPORT OF NOVELL'S MOTION FOR SUMMARY JUDGMENT ON SCO'S FIRST CLAIM FOR SLANDER OF TITLE BASED ON FAILURE TO ESTABLISH SPECIAL DAMAGES** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*;

4. **DECLARATION OF KENNETH W. BRAKEBILL** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*; and

5. **DECLARATION OF KENNETH W. BRAKEBILL** *[REDACTED pursuant to the August 2, 2006 Stipulated Protective Order]*.

The foregoing documents have not been filed electronically because they either contain confidential information subject to the August 2, 2006 Stipulated Protective Order, and thus have been filed under seal, or they are oversized. These documents have therefore been filed with the Court and conventionally served on all parties.

DATED:        April 20, 2007

ANDERSON & KARRENBERG

By:        */s/  Heather M. Sneddon*

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
Grant L. Kim (pro hac vice)

**Attorneys for Defendant and
Counterclaim-Plaintiff Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April, 2007, I caused a true and correct copy of the foregoing **NOTICE OF CONVENTIONAL FILING** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

*/s/  Heather M. Sneddon*