ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101
Tel: (801) 534-1700
Fax: (801) 364-7697
**Attorneys for Novell, Inc.**

## UNITED STATES DISTRICT COURT
### District of Utah, Central Division

| | | |
|---|---|---|
| The SCO Group, Inc., | * | Motion for Pro Hac Vice Admission and |
|     Plaintiff and Counterclaim-Defendant, | * | Consent of Local Counsel |
| v. | * | |
| | * | |
| Novell, Inc., | * | Case No. 2:04cv00139 |
|     Defendant and Counterclaim-Plaintiff | * | Judge Dale A. Kimball |

Pursuant to D.U. Civ Rule 83-1.1(d), I move for the admission of Marc J. Pernick as pro hac vice counsel for Defendant and Counterclaim-Plaintiff Novell, Inc., and consent to serve as local counsel.  The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration form as exhibit B, and a proposed Order as exhibit C.  The $15.00 admission fee has been paid to the Court with the submission of this motion.

DATED:     April 24, 2007

ANDERSON & KARRENBERG

*/s/ Heather M. Sneddon*
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2007, I caused a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION AND CONSENT OF LOCAL COUNSEL** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon