# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Marc J. Pernick    Telephone: (650) 813-5600
Firm Name: Morrison & Foerster LLP
Business Address: 755 Page Mill Road
Palo Alto, CA 94304

Current bar memberships and date of admission:

| Bar | Date |
|---|---|
| Supreme Court for the State of California | Admitted on Dec. 14, 1992 |
| U.S. Court of Appeals for the Ninth Circuit | Admitted on Dec. 14, 1992 |
| U.S. District Court for the Northern District of California | Admitted on Dec. 14, 1992 |
| U.S. Court of Claims | Admitted on June 22, 1995 |
| U.S. Court of Appeals for the Federal Circuit | Admitted on July 22, 1997 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
__X__ No         ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:         __X__ none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

Signature         Date: 4/23/07

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.