# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

## ELECTRONIC CASE FILING REGISTRATION FORM

**Attorneys who are active or current pro hac vice members of the District of Utah's Bar may register for the District of Utah Electronic Filing System** by (i) completing the required training and (ii) signing and returning this form to the Court. Please review carefully the registration conditions set forth below before signing.

| | |
|---|---|
| Marc J. Pernick | Morrison & Foerster LLP |
| Name - First   Middle   Last | Firm Name |
| 755 Page Mill Road | Palo Alto, CA 94304 |
| Mailing Address | City, State, Zip |
| | (650) 813-5742 |
| Utah State Bar # (if applicable) | Telephone Number |

By signing this form, I understand and consent to the following:
- Pursuant to Fed. R. Civ. P. 5(b)(2)(D), I will receive all items required to be served under Fed.R.Civ.P. 5(a) and 77(d) and Fed. R. Crim P. 49 by either (i) notice of electronic filing, or (ii) e-mail transmission;
- Such electronic service will constitute service and notice of entry as required by those rules;
- I waive my right to service by USPS mail;
- I will abide by all Court rules, orders, and procedures governing the use of the electronic filing system;
- The combination of user ID and password issued by this Court will serve as the equivalent of my signature when I file documents using the District of Utah's electronic filing system;
- I will carefully examine all documents prior to filing them electronically with this Court to either (i) redact sensitive and private information pursuant to DUCiv R , or (ii) move that the filing be sealed;
- I will secure and protect my Court-issued password against unauthorized use or compromise; and
- I will notify the Clerk of this Court within 24 hours when I (i) have a change of name, firm, address, or e-mail address to ensure proper and timely service, or (ii) learn that my password has been compromised.

**Email Address(es):**
Primary E-mail address __mpernick@mofo.com__

Up to two additional e-mail addresses 1) _____,
2) _____

**Notice Method:** [X] Separate Notice for each filing ( 1 email for each filing made) **(default)**
(check one)      [ ] Daily Summary Report ( 1 email notification showing summary of all daily filings)

**To receive a login, you must complete one of these four options. Please check appropriate box.**

| | |
|---|---|
| [ ] | I have attended the CMECF Training for Attorneys given by the Court. |
| [ ] | I have completed the CMECF Training for Attorneys given by an in-house trainer in my firm. |
| [ ] | I have completed the CMECF Online Computer-Based Training modules on the court website. |
| [X] | I have an ECF account in the Utah Bankruptcy Court or in another Federal District Court.   District:   Northern District of California |

Date: 4/23/07        Signature: _/s/_

Please mail this completed form to: **United States District Court, Office of the Clerk, ATTN: CM/ECF Registration, 350 S. Main St., Suite 150, Salt Lake City, Utah 84101**

After this Court processes this form, you will receive by email or US Mail your user ID and password that will enable you to access the system. The User Guide and administrative procedures for system use may be downloaded at: http://www.utd.uscourts.gov/cmecf/documents/ecfpage.html. Please call the Clerk's Office Help Desk at (801) 524-3248 if you have questions concerning registration, training, or use of the electronic filing system.