MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
Grant L. Kim (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant and Counterclaimant Novell, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>      Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>      Defendant and Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has conventionally filed the original and one copy of each of the following:

1. **MEMORANDUM IN SUPPORT OF NOVELL'S OPPOSITION TO SCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON SCO'S FIRST, SECOND AND FIFTH CAUSES OF ACTION AND FOR SUMMARY JUDGMENT ON NOVELL'S FIRST COUNTERCLAIM (COPYRIGHT OWNERSHIP)** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*;

2. **SUPPLEMENTAL DECLARATION OF KENNETH W. BRAKEBILL IN OPPOSITION TO SCO'S MOTION FOR SUMMARY JUDGMENT** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*; and

3. **SUPPLEMENTAL DECLARATION OF KENNETH W. BRAKEBILL IN OPPOSITION TO SCO'S MOTION FOR SUMMARY JUDGMENT** *[REDACTED pursuant to the August 2, 2006 Stipulated Protective Order]*.

The foregoing documents have not been filed electronically because they either contain confidential information subject to the August 2, 2006 Stipulated Protective Order, and thus have been filed under seal, or they are oversized. These documents have therefore been filed with the Court and conventionally served on all parties.

DATED:    May 14, 2007

ANDERSON & KARRENBERG

By: /s/  Heather M. Sneddon

    Thomas R. Karrenberg
    John P. Mullen
    Heather M. Sneddon

    -and-

    MORRISON & FOERSTER LLP
    Michael A. Jacobs (pro hac vice)
    Kenneth W. Brakebill (pro hac vice)
    Grant L. Kim (pro hac vice)

    **Attorneys for Defendant and**
    **Counterclaim-Plaintiff Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2007, I caused a true and correct copy of the foregoing **NOTICE OF CONVENTIONAL FILING** to be served to the following:

*Via CM/ECF*:

> Brent O. Hatch
> Mark F. James
> HATCH JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah  84101

> Stuart H. Singer
> William T. Dzurilla
> Sashi Bach Boruchow
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Blvd., Suite 1200
> Fort Lauderdale, Florida  33301

> David Boies
> Edward J. Normand
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, New York  10504

> Devan V. Padmanabhan
> John J. Brogan
> DORSEY & WHITNEY, LLP
> 50 South Sixth Street, Suite 1500
> Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid*:

> Stephen Neal Zack
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida  33131

>             /s/  Heather M. Sneddon