# EXHIBIT 89

Dockets.Justia.com

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower — Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> NOVELL, INC., a Delaware corporation, <br><br> Defendant/Counterclaim-Plaintiff. | DECLARATION OF SANDEEP GUPTA IN SUPPORT OF SCO'S OPPOSITION TO NOVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT <br><br> Civil No.: 2:04CV00139 <br><br> Judge Dale A. Kimball <br> Magistrate Brooke C. Wells |

## DECLARATION OF SANDEEP GUPTA

1.  My name is Sandeep Gupta and I am Vice President of Engineering and Chief
    Technology Officer for The SCO Group, Inc. My office is located at SCO's offices at
    430 Mountain Avenue, Murray Hill, New Jersey 07974. This declaration is based upon
    my personal knowledge. To the best of my knowledge, information, and belief, the facts
    set forth herein are true and correct.

2.  I submit this Declaration in connection with the lawsuit entitled The SCO Group, Inc. v.
    Novell, Inc., Civil No. 2:04CV00139, before the United states District Court for the
    District of Utah.

3.  I was asked to examine the copyright notices found in UNIX and UnixWare that was
    transferred to the Santa Cruz Operation by Novell in 1995 after Santa Cruz purchased the
    UNIX assets from Novell. The UnixWare source code evolved from the Unix
    SVR4.2MP code base.

4.  I directed Dean Flamberg, a build engineer with much UNIX experience and who has
    been with SCO and its predecessors since 1988 to assist me with this investigation.

5.  Mr. Flamberg and I discovered modification request (MR) number ul95-30606 (See
    report attached as Exhibit A). A modification request is a typical way of documenting
    requests for changes to the source code. The request contained in this particular
    modification report was made by Novell on November 2, 1995 as the UNIX and
    UnixWare businesses were in the process of being transitioned to SCO.

6.  The modification report contains a request for Novell engineers to modify the copyright
    notice in UnixWare 2.1 (code named Eiger) to reflect the change in ownership of the
    copyrights in UNIX and UnixWare from Novell to SCO.

2

7.  The UnixWare MR Review Board (MRRB) approved this request as stated in the MR report.

8.  Mr. Flamberg and I confirmed that the copyright notices were changed by Novell engineers. (See report attached as Exhibit C). We obtained confirmation by checking the references created from the modification request and the corresponding change in the source tree. We noted that the packages relating to UNIX and UnixWare were changed to contain a SCO copyright. These changes were made by Novell engineers and were made on preexisting UNIX and UnixWare code.

9.

# REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

May 18th, 2007

_____

Sandeep Gupta

3

List of Exhibits

Exhibit A

Exhibit ul95-30606  Novell project change report, created on November 2, 1995, to change the UnixWare source to reflect SCO copyrights

Exhibit B

ul95-30606.history; A more detailed version of this change report showing the full CMTS history.

Exhibit C

ul95-30606.files;  Output from Source control showing deltas done by Novell engineers in 1995 to sources file using this change report number.

Exhibit D

The copyright notices time stamped 1995 on the UW2.1 for all packages with few exceptions such as Netware/NUC related packages and third party components like Merge.

4

Exhibit A

REDACTED

**Exhibit B**

REDACTED

Exhibit C

REDACTED

REDACTED

Exhibit D

REDACTED

REDACTED

REDACTED

REDACTED