MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

Attorneys for Defendant Counterclaim-Plaintiff Novell, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiff. | REPLY DECLARATION OF JAMES MCKENNA IN SUPPORT OF NOVELL'S MOTION FOR SUMMARY JUDGMENT ON SCO'S FIRST CLAIM FOR SLANDER OF TITLE AND THIRD CLAIM FOR SPECIFIC PERFORMANCE (COPYRIGHT OWNERSHIP)<br><br>Case No. 2:04-CV-00139<br><br>Judge Dale A. Kimball |

I, James McKenna, declare as follows:

1. I am the Firmwide Litigation Technology Manager for Morrison & Foerster LLP, counsel of record for Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell") in *The SCO Group, Inc. v. Novell, Inc.* From time to time, my responsibilities include assisting counsel in this action. The statements made herein are based on my personal knowledge.

2. I previously submitted a declaration, filed 5/14/07, PACER No. 293, in support of Novell's Opposition to SCO's Motion For Partial Summary Judgment on SCO's First, Second, and Fifth Causes of Action and for Summary Judgment on Novell's First Counterclaim. That declaration is incorporated herein by reference.

3. In my prior declaration, I described various copyright notices mentioning Novell on three CDs that I was given by the attorneys at Morrison & Foerster LLP, labeled as follows:

- "SCO UnixWare Release 2.1," denominated SCON0114233;

- "SCO UnixWare Release 2.1.3 Installation CD," denominated SCON0114234; and

- "SCO UnixWare Release 2.1.3 Supplemental CD," denominated SCON0114235.

4. The attorneys at Morrison & Foerster have now asked me to read the Declaration of Jay Petersen, dated May 18, 2007, submitted by SCO in this litigation. In that declaration, Mr. Petersen states, "UnixWare 2.1 contained Novell Netware source code (which was not transferred to SCO under the 1995 transaction) that SCO agreed to ship as part of UnixWare as part of the 1995 transaction. SCO's understanding was that the presence of such code in UnixWare required Novell's copyright notice." The attorneys at Morrison & Foerster LLP have asked me to further examine the copyright notices on the SCO UnixWare Release 2.1 CD and the SCO UnixWare Release 2.1.3 Installation CD in response to Mr. Petersen's declaration.

1

**Copyright Notices on Netware Directories**

5. On the SCO UnixWare Release 2.1 CD, I observed that the documents entitled "copyright" in what appear to be NetWare directories ("\NWMERGE\INSTALL," "\NWNET\INSTALL," "NWS\INSTALL," "NWSCLNT\INSTALL," "NWSDOCS\INSTALL," "NWSRVR\INSTALL," "NWSUP\INSTALL," and "NWSWINV\INSTALL") each contained one of the following two copyright notices:

> *Copyright (c) 1995 Novell, Inc. All Rights Reserved.*
>
> or
>
> *Copyright (c) 1984-1995 Novell, Inc. All Rights Reserved.*

6. On the SCO UnixWare Release 2.1.3 Installation CD, I observed that the documents entitled "COPYRIGH" in what appear to be NetWare directories ("\NWMERGE\INSTALL," "\NWNET\INSTALL," "NWS\INSTALL," "NWSCLNT\INSTALL," "NWSDOCS\INSTALL," "NWSRVR\INSTALL," "NWSUP\INSTALL," and "NWSWINV\INSTALL") each contained one of the two copyright notices described above in Paragraph 5.

**Copyright Notices Referring to Third Parties**

7. On the SCO UnixWare Release 2.1 CD, I observed that several documents entitled "copyright" contained copyright notices that referred to companies other than Novell or the Santa Cruz Operation. For example:

- The document entitled "copyright" in the "\DEMERGE\INSTALL," "\DOSMERGE\INSTALL," "\ESMERGE\INSTALL" and "\JAMERGE\INSTALL" directories contain the following copyright notice:

    > *Copyright (C) 1992-1995 Novell Inc. All Rights Reserved.*
    > *Copyright (C) 1985-1995 Locus Computing Corporation*
    > *All Rights Reserved.*

- The document entitled "copyright" in the "\DYNATEXT\INSTALL" directory contains the following copyright notice:

2

> *Copyright (c) 1994-1995 Novell, Inc. All Rights Reserved.*
> *Copyright (c) 1994-1995 Electronic Book Technologies, Inc. All Rights Reserved.*
> *(C) Copyright 1996 The Santa Cruz Operation, Inc. All rights reserved.*

8. On the SCO UnixWare Release 2.1.3 Installation CD, I observed that several documents entitled "COPYRIGH" contained copyright notices that referred to companies other than Novell or the Santa Cruz Operation. For example:

- The document entitled "COPYRIGH" in the "\DEMERGE\INSTALL," "\ESMERGE\INSTALL" and "\JAMERGE\INSTALL" directories contain the following copyright notice:

  > *Copyright (C) 1992-1995 Novell Inc. All Rights Reserved.*
  > *Copyright (C) 1985-1995 Locus Computing Corporation All Rights Reserved.*

- The document entitled "COPYRIGH" in the "\DOSMERGE\INSTALL" directory contains the following copyright notice:

  > *Copyright (C) 1995 Novell Inc. All Rights Reserved.*
  > *Copyright (C) 1985-1994 Locus Computing Corporation All Rights Reserved.*

- The document entitled "COPYRIGH" in the "\DYNATEXT\INSTALL" directory contains the following copyright notice:

  > *Copyright (c) 1994-1995 Novell, Inc. All Rights Reserved.*
  > *Copyright (c) 1994-1995 Electronic Book Technologies, Inc. All Rights Reserved.*
  > *(C) Copyright 1996 The Santa Cruz Operation, Inc. All rights reserved.*

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 24 day of May, 2007 in San Francisco, California.

_____
James McKenna

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2007, I caused a true and correct copy of the foregoing **REPLY DECLARATION OF JAMES MCKENNA IN SUPPORT OF NOVELL'S MOTION FOR SUMMARY JUDGMENT ON SCO'S FIRST CLAIM FOR SLANDER OF TITLE AND THIRD CLAIM FOR SPECIFIC PERFORMANCE (COPYRIGHT OWNERSHIP)** to be served to the following:

*Via CM/ECF:*

    Brent O. Hatch
    Mark F. James
    HATCH JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101
    (*and via Hand Delivery*)

    Stuart H. Singer
    William T. Dzurilla
    Sashi Bach Boruchow
    BOIES, SCHILLER & FLEXNER LLP
    401 East Las Olas Blvd., Suite 1200
    Fort Lauderdale, Florida 33301
    (*and via Overnight Mail*)

    David Boies
    Edward J. Normand
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, New York 10504

    Devan V. Padmanabhan
    John J. Brogan
    DORSEY & WHITNEY, LLP
    50 South Sixth Street, Suite 1500
    Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid:*   Stephen Neal Zack
    BOIES, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131

                                              /s/ *Heather M. Sneddon*