# Copyright Search Records Results

Registered Works Database (Claimant Search)
**Search For:** SCO/SCO GROUP, INC
**Items 1 - 14 of 14**
For a list of commonly used abbreviations that appear in the catalog record, click here.

[ Conduct Another Search ]

| | |
|---|---|
| 1. Registration Number: | SRu-256-647 |
| Title: | King beaters. |
| Description: | Sound cassette. |
| Claimant: | (c) (p) on words, music, production & performance; acMartin G. Reynolds, 1968- (a.k.a. acHo-Flo) & acRichard Marshall, 1967- (a.k.a. acSCO) |
| Created: | 1993 |
| Registered: | 15Mar93 |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 37/N |

| | |
|---|---|
| 2. Registration Number: | SRu-257-149 |
| Title: | State of the Union. |
| Description: | Sound cassette. |
| Note: | Add. ti.: Left sounds. |
| Claimant: | (c) (p) Martin Reynolds, Richard Marshall |
| Created: | 1993 |
| Registered: | 15Mar92 |
| Author on © Application: | words, music, production, performance: Eric Paul Reese, 1969- a.k.a. EPR, employer for hire; words, performance: acMartin G. Reynolds, 1968- a.k.a. acHo-Flo & acRichard Marshall, 1967- a.k.a. acSCO. |
| Special Codes: | 37/N |

| | |
|---|---|
| 3. Registration Number: | SRu-447-315 |
| Title: | ASCAP snippet CD. |
| Description: | Compact disc. |
| Claimant: | (c) on music; acMichael R. Scovell, 1973-, a.k.a. acSCO |
| Created: | 2000 |
| Registered: | 19Mar01 |
| Special Codes: | 3/M/D |

| | |
|---|---|
| 4. Registration Number: | TX-5-705-356 |
| Title: | UNIX system V, release 4.1ES. |
| Description: | Computer program. |
| Note: | Printout (20 p.) only deposited. |
| Claimant: | the SCO Group, Inc. |
| Created: | |

|   |   |
|---|---|
| | 1991 |
| Published: | 27Jun91 |
| Registered: | 30Jun03 |
| Author on © Application: | UNIX System Laboratories, Inc., employer for hire. |
| Previous Related Version: | Prev. reg. 1992, TXu 510-028, et al. |
| Claim Limit: | NEW MATTER: revisions. |
| Special Codes: | 1/C |

|   |   |
|---|---|
| 5. Registration Number: | TX-5-750-268 |
| Title: | UNIX system V release 3.2/386. |
| Description: | Computer program. |
| Note: | Printout (20 p.) only deposited. |
| Claimant: | the SCO Group, Inc. |
| Created: | 1988 |
| Published: | 18Jul88 |
| Registered: | 9Jul03 |
| Author on © Application: | AT&T, employer for hire. |
| Previous Related Version: | Prev. reg. 1992, TXu 510-028. |
| Claim Limit: | NEW MATTER: revisions. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/C |

|   |   |
|---|---|
| 6. Registration Number: | TX-5-750-269 |
| Title: | UNIX system V : release 3.1. |
| Description: | Computer program. |
| Note: | Printout (source code) only deposited. |
| Claimant: | the SCO Group, Inc. |
| Created: | 1987 |
| Published: | 30Apr87 |
| Registered: | 7Jul03 |
| Author on © Application: | computer program: AT&T (employer for hire) |
| Previous Related Version: | Prev. reg. 1992, TXu 510-028. |
| Claim Limit: | NEW MATTER: revisions. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/C |

|   |   |
|---|---|
| 7. Registration Number: | TX-5-750-270 |
| Title: | UNIX system V : release 3.0. |
| Description: | Computer program. |
| Note: | Printout (source code) only deposited. |
| Claimant: | the SCO Group, Inc. |
| Created: | 1986 |
| Published: | 23May86 |
| Registered: | 7Jul03 |
| Author on © Application: | computer program: AT&T (employer for hire) |
| Previous Related Version: | Prev. reg. 1992, TXu 510-028. |
| Claim Limit: | NEW MATTER: revisions. |

|  |  |
|---|---|
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/C |

| 8. Registration Number: | TX-5-750-271 |
|---|---|
| Title: | UNIX system V : release 3.2. |
| Description: | Computer program. |
| Note: | Printout (source code) only deposited. |
| Claimant: | the SCO Group, Inc. |
| Created: | 1988 |
| Published: | 14Apr88 |
| Registered: | 7Jul03 |
| Author on © Application: | computer program: AT&T (employer for hire) |
| Previous Related Version: | Prev. reg. 1992, TXu 510-028. |
| Claim Limit: | NEW MATTER: revisions. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/C |

| 9. Registration Number: | TX-5-762-234 |
|---|---|
| Title: | UNIX System V : release 4.1. |
| Description: | Computer program. |
| Note: | Printout (20 p.) only deposited. |
| Claimant: | SCO Group, Inc. |
| Created: | 1991 |
| Published: | 27Jun91 |
| Registered: | 3Jul03 |
| Author on © Application: | UNIX System Laboratories, Inc. (employer for hire) |
| Previous Related Version: | Prev. reg. 1992, TXu 510-028 et al. |
| Claim Limit: | NEW MATTER: revision. |
| Special Codes: | 1/C |

| 10. Registration Number: | TX-5-762-235 |
|---|---|
| Title: | UNIX System V : release 4.2. |
| Description: | Computer program. |
| Note: | Printout (20 p.) only deposited. |
| Claimant: | SCO Group, Inc. |
| Created: | 1992 |
| Published: | 25Jun92 |
| Registered: | 3Jul03 |
| Author on © Application: | UNIX System Laboratories, Inc. (employer for hire) |
| Previous Related Version: | Prev. reg. 1992, TXu 510-028 et al. |
| Claim Limit: | NEW MATTER: revision. |
| Special Codes: | 1/C |

| 11. Registration Number: | TX-5-776-217 |
|---|---|
| Title: | UNIX system V : release 4.0. |
| Description: | Computer program. |
| Note: | Printout only deposited. |

|  |  |
|---|---|
| Claimant: | SCO Group, Inc. |
| Created: | 1989 |
| Published: | 3Nov89 |
| Registered: | 16Jul03 |
| Author on © Application: | UNIX System Laboratories, Inc., employer for hire. |
| Previous Related Version: | Prev. reg. 1992, TXu 510-028. |
| Claim Limit: | NEW MATTER: rev. computer program. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/C |

|  |  |
|---|---|
| 12. Registration Number: | TX-5-787-679 |
| Title: | UnixWare 7.1.3. |
| Description: | Software package. |
| Note: | Printout also deposited. |
| Claimant: | acSCO Group, Inc. |
| Created: | 2002 |
| Published: | 5Dec02 |
| Registered: | 11Jun03 |
| Previous Related Version: | Prev. reg. 1987, TXu 300-346. |
| Claim Limit: | NEW MATTER: rev. computer program. |
| Special Codes: | 1/C |

|  |  |
|---|---|
| 13. Registration Number: | TX-5-972-097 |
| Title: | UNIX System V release 4.2MP. |
| Note: | Printout (20 p. source code) only deposited. |
| Claimant: | SCO Group, Inc. |
| Created: | 1992 |
| Published: | 22Dec92 |
| Registered: | 29Jun04 |
| Date in © Notice: | notice: 1990 |
| Author on © Application: | computer program: UNIX Systems Laboratories, Inc., employer for hire. |
| Previous Related Version: | Prev. reg. 1992, TXu 510-028, et al. |
| Claim Limit: | NEW MATTER: rev. computer program. |
| Special Codes: | 1/C |

|  |  |
|---|---|
| 14. Registration Number: | TX-6-008-305 |
| Title: | SCO OpenServer : release 5.0.5. |
| Description: | Computer program. |
| Note: | Printout only deposited. |
| Claimant: | SCO Group, Inc. |
| Created: | 1998 |
| Published: | 1Aug98 |
| Registered: | 31Aug04 |
| Author on © Application: | program: Santa Cruz Operation, Inc., employer for hire. |
| Previous Related Version: | Prev. reg. 2003, TX 5-750-268 & 1992, TXu 510-028 et al. |
| Claim Limit: | NEW MATTER: revisions. |
| Special Codes: | 1/C |

Home　|　Contact Us　|　Legal Notices　|　Freedom of Information Act (FOIA)　|　Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000