Registered Works Database (Author Search)
**Search For:** SCO/SCO GROUP, INC
**Items 1 - 4 of 4**
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

Conduct Another Search

| | |
|---|---|
| 1. Registration Number: | SRu-256-647 |
| Title: | King beaters. |
| Description: | Sound cassette. |
| Claimant: | (c) (p) on words, music, production & performance; acMartin G. Reynolds , 1968-  (a.k.a. acHo-Flo) & acRichard Marshall , 1967- (a.k.a. acSCO) |
| Created: | 1993 |
| Registered: | 15Mar93 |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 37/N |

| | |
|---|---|
| 2. Registration Number: | SRu-257-149 |
| Title: | State of the Union. |
| Description: | Sound cassette. |
| Note: | Add. ti.: Left sounds. |
| Claimant: | (c) (p) Martin Reynolds, Richard Marshall |
| Created: | 1993 |
| Registered: | 15Mar92 |
| Author on © Application: | words, music, production, performance: Eric Paul Reese , 1969- a.k.a. EPR, employer for hire; words, performance: acMartin G. Reynolds , 1968- a.k.a. acHo-Flo & acRichard Marshall , 1967- a.k.a. acSCO. |
| Special Codes: | 37/N |

| | |
|---|---|
| 3. Registration Number: | SRu-447-315 |
| Title: | ASCAP snippet CD. |
| Description: | Compact disc. |
| Claimant: | (c) on music; acMichael R. Scovell , 1973- , a.k.a. acSCO |
| Created: | 2000 |
| Registered: | 19Mar01 |
| Special Codes: | 3/M/D |

| | |
|---|---|
| 4. Registration Number: | TX-5-787-679 |
| Title: | UnixWare 7.1.3. |
| Description: | Software package. |
| Note: | Printout also deposited. |
| Claimant: | acSCO Group, Inc. |
| Created: | |

|  |  |
|---|---|
|  | 2002 |
| Published: | 5Dec02 |
| Registered: | 11Jun03 |
| Previous Related Version: | Prev. reg. 1987, TXu 300-346. |
| Claim Limit: | NEW MATTER: rev. computer program. |
| Special Codes: | 1/C |

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000