

### Search Records Results

Documents Database (PTY1/ Search)
**Search For:** SANTA CRUZ OPERATION, INC
**Item 1 of 1**

|  |  |
|---|---|
| Item 1 OF 1 | V3511 P553 (COHD) |
| Date Recorded: | 14Jun04 |
| Date Executed: | as of 7May01; 30Apr01; date of cert.: 30Jan04 |
| Party 1: | Santa Cruz Operation, Inc. |
| Party 2: | Caldera International, Inc. |
| Note: | UnixWare 7 source code product family as described in SCO's UnixWare 7 licensing schedules & 120 other titles. Intellectual property assignment. |
| Document Location: | (V3511 D553 P1-26) |

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000