**Documents Database (PTY2/ Search)**
**Search For:** SANTA CRUZ OPERATION, INC
**Items 1 - 5 of 5**
For a list of commonly used abbreviations that appear in the catalog record, click here.

Conduct Another Search

| | |
|---|---|
| Item 1 OF 5 | V3499 P806 (COHD) |
| Date Recorded: | 23Jun03 |
| Date Executed: | as of 19Sep95; date of cert.: 6Jun03 |
| Party 1: | Novell, Inc. |
| Party 2: | Santa Cruz Operation, Inc. |
| Note: | UnixWare 2.0 & 295 other titles. Titles appear in V3499 D809-810. Asset purchase agreement. |
| Document Location: | (In V3499 D806-810 P1-121) |

| | |
|---|---|
| Item 2 OF 5 | V3499 P807 (COHD) |
| Date Recorded: | 23Jun03 |
| Date Executed: | as of 19Sep95; date of cert.: 6Jun03 |
| Party 1: | Novell, Inc. |
| Party 2: | Santa Cruz Operation, Inc. |
| Note: | UnixWare 2.0 & 295 other titles. Titles appear in V3499 D809-810. Asset purchase agreement. |
| Document Location: | (In V3499 D806-810 P1-121) |

| | |
|---|---|
| Item 3 OF 5 | V3499 P808 (COHD) |
| Date Recorded: | 23Jun03 |
| Date Executed: | as of 19Sep95; date of cert.: 6Jun03 |
| Party 1: | Novell, Inc. |
| Party 2: | Santa Cruz Operation, Inc. |
| Note: | UnixWare 2.0 & 295 other titles. Asset purchase agreement. |
| Document Location: | (In V3499 D806-810 P1-121) |

| | |
|---|---|
| Item 4 OF 5 | V3499 P809 (COHD) |
| Date Recorded: | 23Jun03 |
| Date Executed: | as of 19Sep95; date of cert.: 6Jun03 |
| Party 1: | Novell, Inc. |
| Party 2: | Santa Cruz Operation, Inc. |
| Note: | UnixWare 2.0 & 295 other titles. Asset purchase agreement. |
| Document Location: | (In V3499 D806-810 P1-121) |

| | |
|---|---|
| Item 5 OF 5 | V3499 P810 (COHD) |
| Date Recorded: | 23Jun03 |
| Date Executed: | as of 19Sep95; date of cert.: 6Jun03 |
| Party 1: | Novell, Inc. |

|  |  |
|---|---|
| Party 2: | Santa Cruz Operation, Inc. |
| Note: | UnixWare 2.0 & 295 other titles. Asset purchase agreement. |
| Document Location: | (In V3499 D806-810 P1-121) |

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000