This is Your Open Enterprise™    Choose Country - English    Search

**Products & Solutions**    **Services & Support**    **Partners & Communities**    Download    Login

## Novell's Unique Legal Rights
Documents

- Linux Indemnification Home
- Linux Indemnification Program
- Indemnified Linux Products
- How to Buy
- Linux Products Price List
- Unique Legal Rights

**800-529-3400**
Find local contacts
Request call
Buy

### Novell's UNIX copyright registrations

Below is a list of the individual PDF files. Download them all in this ZIP file.

- UNIX System V, Release 4.2MP
- UNIX System V, Release 4.2/386
- UNIX System V, Release 4.2
- UNIX System V, Release 4.1ES/386
- UNIX System V, Release 4.1ES
- UNIX System V, Release 4.1
- UNIX System V, Release 4.0/386, Version 4
- UNIX System V, Release 4.0/386, Version 3
- UNIX System V, Release 4.0
- UNIX System V, Release 3.2/386
- UNIX System V, Release 3.2
- UNIX System V, Release 3.1
- UNIX System V, Release 3.0/386
- UNIX System V, Release 3.0
- UNIX System V, Release 2.0

### Novell's correspondence with the SCO Group

Below is a list of the individual PDF files. Download them all in this ZIP file.

| View | Date | From | To | Regarding |
|---|---|---|---|---|
| pdf | 12 May 2003 | SCO | Novell | "Letter to Linux Customers" and SCO's lawsuit against IBM |
| pdf | 28 May 2003 | Novell | SCO | SCO's "Letter to Linux Customers" |
| pdf | 06 Jun 2003 | SCO | Novell | Novell's May 28, 2003 Press Release |
| pdf | 06 Jun 2003 | Novell | SCO | Letter of June 6 |

| | | | | |
|---|---|---|---|---|
| pdf | 09 Jun 2003 | Novell | SCO | IBM SVRX Licenses |
| pdf | 11 Jun 2003 | SCO | Novell | Response to June 9 Letter |
| pdf | 12 Jun 2003 | Novell | SCO | Asset Purchase Agreement between the Santa Cruz Operation, Inc. and Novell, Inc., September 19, 1995 |
| pdf | 12 Jun 2003 | Novell | SCO and IBM | IBM SVRX Licenses |
| pdf | 18 Jun 2003 | Novell | SCO | Asset Purchase Agreement between the Santa Cruz Operation, Inc. and Novell, Inc., September 19, 1995 |
| pdf | 24 Jun 2003 | Novell | SCO | Asset Purchase Agreement between the Santa Cruz Operation, Inc. and Novell, Inc., September 19, 1995 |
| pdf | 26 Jun 2003 | Novell | SCO | Asset Purchase Agreement between the Santa Cruz Operation, Inc. and Novell, Inc., September 19, 1995 |
| pdf | 08 Jul 2003 | Novell | SCO | Communications with Former Novell Executives |
| pdf | 11 Jul 2003 | Novell | SCO | Demand for Outstanding Royalty Reports and Payments, and Notice of Audit, under the Asset Purchase Agreement Between the Santa Cruz Operation, Inc. and Novell, Inc., September 19, 1995 |
| pdf | 17 Jul 2003 | SCO | Novell | Royalty Payments and Audit Request pursuant to Asset Purchase Agreement dated September 19, 1995 |
| pdf | 04 Aug 2003 | Novell | SCO | Follow-up to Novell's Letter of June 26, 2003, Novell Disputes SCO's Ownership of UNIX Copyrights |
| pdf | 07 Aug 2003 | Novell | SCO | Royalty Payments and Audit Request pursuant to Asset Purchase Agreement dated September 19, 1995 |
| pdf | 20 Aug 2003 | Novell | SCO | Source and binary code due Novell under the Asset Purchase Agreement (the "APA"), dated September 19, 1995, and the Technology License Agreement (the "TLA"), executed December 6, 1995, both between Novell and the Santa Cruz Operation, Inc. |
| pdf | 10 Sep 2003 | SCO | Novell | Response to Letters of August 4, 2003, and August 20, 2003 |
| pdf | 07 Oct 2003 | Novell | SCO | IBM Code Contributed to AIX |
| pdf | 07 Oct 2003 | Novell | SCO | Silicon Graphics, Inc. |
| pdf | 07 Oct 2003 | Novell | SCO | Technology License Agreement |
| pdf | 09 Oct 2003 | SCO | Novell | Technology License Agreement<br>Silicon Graphics, Inc.<br>IBM Code Contributed to AIX |
| pdf | 10 Oct 2003 | Novell | SCO and IBM | IBM Code |
| pdf | 10 Oct 2003 | Novell | SCO and SGI | Silicon Graphics, Inc. |
| | 13 Oct 2003 | SCO | Novell | Technology License Agreement |

| | Date | From | To | Description |
|---|---|---|---|---|
| pdf | | | | Silicon Graphics, Inc. IBM Code Contributed to AIX |
| pdf | 19 Nov 2003 | Novell | SCO | Asset Purchase Agreement |
| pdf | 21 Nov 2003 | Novell | SCO | Request for Information in furtherance of ongoing Audit of SCO obligations under Asset Purchase Agreement dated September 19, 1995 |
| pdf | 23 Dec 2003 | Novell | SCO | SVRX Licenses |
| pdf | 29 Dec 2003 | Novell | SCO | Request for Information in furtherance of ongoing Audit of SCO obligations under Asset Purchase Agreement dated September 19, 1995 |
| pdf | 02 Jan 2004 | SCO | Novell | Response to Letter of December 23, 2003 |
| pdf | 07 Jan 2004 | SCO | Novell | Response to Letter of December 23, 2003 |
| pdf | 04 Feb 2004 | Novell | SCO | Continuing Request for Information in furtherance of ongoing Audit of SCO obligations under Asset Purchase Agreement dated September 19, 1995 |
| pdf | 05 Feb 2004 | SCO | Novell | 4 February 2004 Letter |
| pdf | 06 Feb 2004 | Novell | SCO and IBM | Sequent Computer Systems |
| pdf | 06 Feb 2004 | Novell | SCO and IBM | Sequent Computer Systems (first enclosure to 6 February 2004 letter) |
| pdf | 06 Feb 2004 | Novell | SCO and IBM | Sequent Computer Systems (second enclosure to 6 February 2004 letter) |
| pdf | 11 Feb 2004 | Novell | SCO | Failure to Respond to Letter of 6 February 2004 |



Corporate Governance | Legal & Export | Privacy | Subscribe | Feedback | Glossary | RSS   © 2007 Novell, Inc. All Rights Reserved.