Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

--oOo--



THE SCO GROUP, INC.,

    Plaintiff/Counterclaim Defendant,

vs.                                  No. 2:04CV00139

NOVELL, INC.,

    Defendant/Counterclaim Plaintiff,

_____/

Videotaped Rule 30 (b)(6) Deposition of

MICHAEL J. DANAHER

Friday, April 27, 2007

Reported by:

Leslie Rockwood

CSR No. 3462

Job No. 193580

Esquire Deposition Services
216 E. 45th STREET . NEW YORK, NY 10017 . 1-800-944-9454

Page 76

| Time | Line | Text |
|---|---|---|
| 11:46:49 | 1 | have talked to the Novell team about this without getting |
| 11:46:54 | 2 | permission from the client. |
| 11:46:56 | 3 | Q. And would it have been a conflict, in your |
| 11:46:58 | 4 | view, for the Wilson Sonsini team in 2000 to read and |
| 11:47:03 | 5 | interpret the 1995 transaction documents -- |
| 11:47:07 | 6 | A. And give advice to SCO? |
| 11:47:09 | 7 | Q. Right. And then give advice to SCO? |
| 11:47:12 | 8 | A. Yeah, yeah, that would be a conflict. And it |
| 11:47:14 | 9 | would be unwise for us; right? To be giving advice to |
| 11:47:18 | 10 | both sides on what something meant. It would be a |
| 11:47:20 | 11 | conflict and it would be unwise. |
| 11:47:22 | 12 | Q. And is that something that occurred to you at |
| 11:47:24 | 13 | the time in 2000 or 2001? |
| 11:47:28 | 14 | MR. PARNES: Lacks foundation. |
| 11:47:30 | 15 | You can answer. |
| 11:47:31 | 16 | THE WITNESS: I don't think we were ever |
| 11:47:33 | 17 | asked to read it. You know, this was Steve Sabbath had |
| 11:47:38 | 18 | handled all this without -- (indicating) on his side |
| 11:47:41 | 19 | without help from Wilson, was handling the IP licensing |
| 11:47:45 | 20 | part of the Caldera transaction without our help. So he |
| 11:47:47 | 21 | wouldn't have asked for my interpretation of that. |
| 11:47:49 | 22 | Q. BY MR. NORMAND: So the phrasing of the |
| 11:47:51 | 23 | question was -- I understand what counsel's objecting |
| 11:47:53 | 24 | to -- is this something you thought of? |
| 11:47:56 | 25 | A. No, I didn't. I didn't. |

Page 77

```
11:47:57   1          Q.  It didn't come up?
11:47:58   2          A.  It didn't come up.  And I didn't know the
11:48:01   3   details of whatever the agreement was between SCO and
11:48:04   4   Novell.  In my mind, you know, the higher level would
11:48:10   5   have been whatever SCO's rights are go in that bucket
11:48:14   6   that are being transferred over to Caldera, and whatever
11:48:16   7   they are they are.  You know, other people can read that
11:48:19   8   and figure it out.
11:48:23   9          Q.  And was your -- were you willing to take that
11:48:29  10   approach that you just described in your answer as a
11:48:32  11   function of confidence you had in Steve Sabbath and his
11:48:35  12   team or were there other factors at play?
11:48:38  13          A.  Well, confidence -- first, he's the one
11:48:46  14   running the show, number one.  Number 2, they're the ones
11:48:50  15   with -- whose responsibility it was in this transaction,
11:48:52  16   handling the license and IP part.  Number 3, what SCO was
11:48:58  17   essentially representing to you here is we're describing
11:49:00  18   to you everything we have that's being transferred.
11:49:04  19   Here's all the patent numbers, here's all the third-party
11:49:08  20   agreements, et cetera.  Go and read them.
11:49:10  21              And that's -- and so it wasn't that SCO
11:49:15  22   was -- here I'm going to go partly into what's in a
11:49:19  23   typical transaction.  You're just telling the buyer
11:49:21  24   here's all the stuff you need to be aware of and here's
11:49:24  25   what you're getting, here's a list of agreements, there's
```

Page 78

| | | |
|---|---|---|
| 11:49:28 | 1 | **correspondence if you need to see it, et cetera, and you** |
| 11:49:30 | 2 | **make that information available to the buyer. And you** |
| 11:49:33 | 3 | **try to avoid interpreting particular things, if you can.** |
| 11:49:39 | 4 | **You just say it is what it is, you know, this is our** |
| 11:49:42 | 5 | **business.** |
| 11:49:42 | 6 | Q. I mean, this goes to something we discussed |
| 11:49:47 | 7 | earlier, but I think it's a distinct issue. You must |
| 11:49:50 | 8 | come across clients who you say we have to do everything |
| 11:49:53 | 9 | for them. I mean, it's a small company, or they're just |
| 11:49:56 | 10 | not competent. |
| 11:49:57 | 11 | A. Okay. |
| 11:49:57 | 12 | Q. So what I'm trying to explore is: Why, with |
| 11:50:00 | 13 | respect to Santa Cruz, if I've understood what you've |
| 11:50:02 | 14 | said, were there categories of these transaction |
| 11:50:05 | 15 | documents that Wilson Sonsini did not get involved with? |
| 11:50:09 | 16 | Why were you comfortable on behalf of the firm with that |
| 11:50:14 | 17 | scenario? |
| 11:50:15 | 18 | MR. PARNES: Counsel, it's been asked and |
| 11:50:17 | 19 | answered several times. |
| 11:50:17 | 20 | THE WITNESS: Yeah, it's our responsibility |
| 11:50:19 | 21 | to serve SCO and to play the role they want us to play |
| 11:50:24 | 22 | and not to run up the bill. So we do what -- you know, |
| 11:50:32 | 23 | how the client wants the task allocated. |
| 11:50:36 | 24 | Q. BY MR. NORMAND: What if you have a client |
| 11:50:38 | 25 | that is saying the same things, but you think they're |

Page 101

| Time | Line | |
|---|---|---|
| 12:25:36 | 1 | Q. BY MR. BRAKEBILL: Turn your attention to |
| 12:25:38 | 2 | page 39. |
| 12:25:46 | 3 | A. Bates Numbered 39? |
| 12:25:47 | 4 | Q. The page 39 of the proxy statement. |
| 12:25:50 | 5 | A. Okay. |
| 12:25:50 | 6 | Q. And at the very bottom, it says "Dissenter's |
| 12:25:54 | 7 | Rights"? |
| 12:25:54 | 8 | A. Okay. |
| 12:25:54 | 9 | Q. If you could take a quick moment to look at |
| 12:25:57 | 10 | that. |
| 12:25:57 | 11 | A. Yes. |
| 12:25:57 | 12 | Q. Does this refresh your memory that Santa Cruz |
| 12:26:00 | 13 | was provided dissenter's rights -- |
| 12:26:02 | 14 | A. Yeah, Santa Cruz shareholders. |
| 12:26:03 | 15 | Q. Santa Cruz shareholders were provided |
| 12:26:06 | 16 | dissenter's rights? |
| 12:26:08 | 17 | A. Yes, yes. |
| 12:26:08 | 18 | Q. As you sit here today, do you have any |
| 12:26:11 | 19 | understanding as to why dissenter's rights were given to |
| 12:26:15 | 20 | Santa Cruz shareholders? |
| 12:26:15 | 21 | A. It would have been required by the corporate |
| 12:26:17 | 22 | code. |
| 12:26:18 | 23 | Q. Do you know why it would have been required |
| 12:26:19 | 24 | by the corporate code? |
| 12:26:21 | 25 | A. Because it was a sale of substantially all of |

Page 102

| | | |
|---|---|---|
| 12:26:23 | 1 | **the assets of the business.** |
| 12:26:25 | 2 | MR. BRAKEBILL: No more questions. |
| 12:26:26 | 3 | MR. NORMAND: I have no questions. |
| 12:26:30 | 4 | MR. PARNES: All right, gentlemen. |
| 12:26:33 | 5 | THE VIDEOGRAPHER: This concludes today's |
| 12:26:38 | 6 | proceedings. The number of videotapes used was two. We |
| 12:26:42 | 7 | are now going off the video record. The time is |
| 12:26:48 | 8 | 12:26 p.m. |
| | 9 | (The deposition concluded at 12:26 p.m.) |
| | 10 | --oOo-- |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1                REPORTER'S CERTIFICATE
 2      I certify that the witness in the forgoing
 3  deposition,
 4
 5  was by me duly sworn to tell the truth, the whole truth
 6  and nothing but the truth in the within-entitled cause;
 7  that said deposition was taken at the time and place
 8  herein named; that the testimony of said witness was
 9  reported by me, a duly certified shorthand reporter and
10  a disinterested person, and was thereafter transcribed
11  under my direction into typewriting.
12      I further certify that I am not of counsel or
13  attorney for either or any of the parties to said
14  deposition, nor in any way interested in the outcome of
15  the cause named in said caption.
16      Dated
17
18
19                    _Leslie Rockwood_
20                    Leslie Rockwood
                      Certified Shorthand Reporter
                      State of California
21                    Certificate No. 3462
22
23
24
25
```