```
            IN THE UNITED STATES DISTRICT COURT
            DISTRICT OF UTAH, CENTRAL DIVISION


THE SCO GROUP, INC., a          )
Delaware corporation,           ) Deposition of:
                                )
    Plaintiff,                  ) CHRIS SONTAG
                                )
vs.                             )
                                )
NOVELL, INC., a Delaware        ) Case No. 2:04CV00139
corporation,                    )
                                ) Judge Dale A. Kimball
    Defendants.                 )




             MARCH 14, 2007 * 9:30 a.m.




     Location:   Anderson & Karrenberg
                 700 Chase Tower
                 50 West Broadway
                 Salt Lake City, Utah  84101



     Reporter:  Diana Kent, CSR, RPR, CRR
     Notary Public in and for the State of Utah
         Videographer:  Max Nelson, CLVS
```

1  the SCOsource umbrella.
2       Q.    Okay.  I think we were talking about who
3  else over time has devoted a substantial portion of
4  their time to SCOsource and you mentioned Bill
5  Broderick, and you mentioned Larry Gasparro I think
6  headed a sales team?
7       A.    Uh-huh (affirmative).
8       Q.    Any other individuals?
9       A.    Jay Peterson, who was kind of my technical
10 lead for gathering source code on repositories or
11 answering technical questions for various customers
12 and so on.
13      Q.    Did he have anyone working with him?
14      A.    No, he did not.
15      Q.    Okay.  And what about Larry Gasparro; who
16 was on his team?
17      A.    I can't remember.  He had two or three
18 people working for him.  Greg Pettit was one that I
19 can remember.  And then I can't remember the name.
20 At least one other person that was working for Larry.
21      Q.    And what were Bill Broderick's main areas
22 of responsibility for SCOsource?
23      A.    Contracts administration.
24      Q.    And what does that mean?
25      A.    He was responsible for kind of doing the

1  day-to-day negotiations on contracts or drafting of
2  contracts that in many cases were ultimately reviewed
3  by the legal team.  But he would be the day-to-day
4  contracts administrator.
5      Q.   Did he have anyone working under him on
6  SCOsource tasks?
7      A.   No, he did not.
8      Q.   And when you say "the legal team," is that
9  in-house or outside counsel?
10     A.   Both.
11     Q.   Who would that encompass?
12     A.   It would involve Ryan Tibbitts, a number
13 of attorneys from the Boies, Schiller & Flexner law
14 firm, as well as Kevin McBride.
15     Q.   And who was most involved in talking
16 directly with potential licensees under the SCOsource
17 initiatives?
18          MS. BORUCHOW:  Object to form.
19     A.   Can you be more specific?
20     Q.   Well, who at SCO -- you've mentioned a
21 number of people who had areas of responsibility in
22 SCOsource.  Whose job would it be to be talking
23 actually with potential licensees?
24     A.   That would have been myself, along with
25 Larry Gasparro and his team.

1  under oath?
2      A.   Yes.
3      Q.   Anything you need to correct or clarify
4  from this morning?
5      A.   No, I don't believe so.
6      Q.   Okay.  So can you tell me again when was
7  the first time you think anyone came up with numbers
8  in terms of projections for the revenue that
9  SCOsource would generate?
10     A.   I think by April or May of 2003, we
11 started developing some kind of high level
12 projections of what we expected to be able to be
13 accomplished with the SCOsource right-to-use
14 licensing program.  And it was based on the
15 projections of commercial use of Linux and servers
16 that was somewhere on the order of, by that time,
17 about 2 million commercial servers.  But we believed
18 that number could be substantially higher because
19 there wasn't really effective reporting mechanisms,
20 and that it was having a fairly high growth rate.  So
21 by this time now, it's on the order of 10 to 20
22 million installed servers as of 2007.
23          But based on our pricing that we had, we
24 viewed that ultimately we should be able to get a
25 hundred percent adoption of our UNIX or our

Christoper Sontag   *   March 14, 2007

1  right-to-use license with the commercial use of
2  Linux.  So whatever the current installed base is, we
3  thought we should be able to get the entire
4  commercial use licensed appropriately.  It's just how
5  quickly that could occur.
6         Q.    Which is the right-to-use license, again?
7         A.    The license -- the right-to-use license
8  for Linux.
9         Q.    The IP license?
10        A.    Well, no.  The right-to-use license for
11 Linux that provided the covenant not to sue.
12        Q.    Is that the Microsoft Sun type
13 arrangement?
14        A.    No.  That was the license for Linux users.
15        Q.    And that was entities such as -- who took
16 those licenses?
17        A.    Any commercial user who --
18        Q.    No.  Who actually took them?
19        A.    EV1 was a licensee.  Questar Gas
20 ultimately was a licensee.  A number of retailers and
21 a few others, many of whom I no longer remember the
22 names of.
23        Q.    You were saying before that the IP was
24 such a valuable asset, and protecting that was the
25 primary goal of SCOsource.  I mean, if that's true,

```
 1                REPORTER'S CERTIFICATE
 2
     STATE OF UTAH          )
 3                          ) ss.
     COUNTY OF SALT LAKE    )
 4
 5           I, Diana Kent, Registered Professional
     Reporter and Notary Public in and for the State of
 6   Utah, do hereby certify:
 7           That prior to being examined, the witness,
     Christopher S. Sontag, was by me duly sworn to tell
 8   the truth, the whole truth, and nothing but the
     truth;
 9
             That said deposition was taken down by me
10   in stenotype on March 14, 2007, at the place therein
     named, and was thereafter transcribed and that a true
11   and correct transcription of said testimony is set
     forth in the preceding pages;
12
             I further certify that, in accordance with
13   Rule 30(e), a request having been made to review the
     transcript, a reading copy was sent to Attorney Sashi
14   Boruchow for the witness to read and sign before a
     notary public and then return to me for filing with
15   Attorney Mark Pernick.
16           I further certify that I am not kin or
     otherwise associated with any of the parties to said
17   cause of action and that I am not interested in the
     outcome thereof.
18
             WITNESS MY HAND AND OFFICIAL SEAL this
19   27th day of March, 2007.
20
21
22
23           _____
24           Diana Kent, RPR, CRR
             Notary Public
25           Residing in Salt Lake County
```