SCO Grp v. Novell Inc Doc. 337 Att. 5
Definition of require - Merriam-Webster Online Dictionary    Page 1 of 2
Case 2:04-cv-00139-DAK-BCW    Document 337-6    Filed 05/25/2007    Page 1 of 2



SAVE TIME - SHOP ONLINE
Choose your color  Black, Pink, Blue, or Silver   GET IT NOW

Also Visit | Unabridged Dictionary | Learner's Dictionary | Word Central for Kids | Collegiate Diction

○ Dictionary  ○ Thesaurus  ○ Spanish/English

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

### require

One entry found.

require

Main Entry: **re·quire** 
Pronunciation: \ri-ˈkwī(-ə)r\
Function: *verb*
Inflected Form(s): **re·quired**; **re·quir·ing**
Etymology: Middle English *requeren,* from Anglo-French *requere,* from Vulgar Latin *\*requaerere* to seek for, need, require, alteration of Latin *requirere,* from *re-* + *quaerere* to seek, ask
Date: 14th century

*transitive verb*
**1 a** : to claim or ask for by right and authority  **b** *archaic* : REQUEST
**2 a** : to call for as suitable or appropriate <the occasion *requires* formal dress>
**b** : to demand as necessary or essential : have a compelling need for <all living beings *require* food>
**3** : to impose a compulsion or command on : COMPEL
**4** *chiefly British* : to feel or be obliged — used with a following infinitive <one does not *require* to be a specialist — Elizabeth Bowen>
*intransitive verb*
*archaic* : ASK

**synonyms** see DEMAND

Learn more about "require" and related topics at Britannica.com

Find more about "require" instantly with Live Search

**Ads by Google**

**Top 5 W32 Removal Tools**
Compare and Download Up to 5 Top W32 Worm Virus Removers for Free.
SpywareRemoversReviewed.com

**Perl Job**
Find a cutting edge Tech Job. Search 80K+ Job listings at Dice.

www.Dice.com

**Blaster Worm Removal Tool**
Remove Blaster Worm. Fast & Easy. 5 Star Rated - Download 100% Free!
AntiSpywareBot.com

**Pronunciation Symbols**



SAVE TIME - SHOP ONLINE
GET IT NOW
Choose your color  Black, Pink, Blue, or Silver

Products   Premium Services   Company Info   Contact Us   Advertising Info   P

© 2006-2007 Merriam-Webster, Incorporated