MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
Grant L. Kim (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant and Counterclaimant Novell, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **ORDER GRANTING NOVELL INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDA**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

This matter comes before the Court on Novell, Inc.'s *Ex Parte* Motion for Leave to File Overlength Reply Memoranda.  The Court, having considered the matter, and good cause and exceptional circumstances appearing, hereby ORDERS that Novell, Inc. be granted leave to file the following overlength reply memoranda in support of its summary judgment motions:

- Reply in Support of Novell's Motion for Partial Summary Judgment on the Copyright Ownership Portions of SCO's Second Claim for Breach of Contract and Fifth Claim for Unfair Competition;

- Reply in Support of Novell's Motion for Partial Summary Judgment on SCO's Non-Compete Claim in its Second Claim for Breach of Contract and Fifth Claim for Unfair Competition;

- Reply in Support of Novell's Motion for Summary Judgment on SCO's First Claim for Slander of Title and Third Claim for Specific Performance (Copyright Ownership); and

- Reply Memorandum in Support of Novell's Motion for Summary Judgment on SCO's First Claim for Slander of Title Based on Failure to Establish Special Damages.

DATED this 29th day of May, 2007.

BY THE COURT:

_____
Judge Dale A. Kimball
United States District Court Judge