Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, Plaintiff/Counterclaim-Defendant, vs. NOVELL, INC., a Delaware corporation, Defendant/Counterclaim-Plaintiff. | **SUPPLEMENTAL DECLARATION OF EDWARD NORMAND** Civil No.: 2:04CV00139 Judge Dale A. Kimball Magistrate Brooke C. Wells |

I, Edward Normand, declare as follows:

1. I am a citizen of the United States, am over the age of 21, and am competent to testify to the matters set forth herein.

2. I am an attorney at law admitted *pro hac vice* to the District of Utah and a member of the firm of Boies, Schiller & Flexner LLP, counsel for the Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., in the pending action.

3. Attached hereto and filed herewith are true and correct copies of the following documents:

| **EXHIBIT** | **DOCUMENT DESCRIPTION** |
|---|---|
| 1 | Strategic Development Agreement ("SDA") between Novell and Santa Cruz dated December 6, 1995 |
| 2 | Document titled "SCO/Novell Documentation Transition Issues" dated October 16, 1995 |
| 3 | Declaration of Sandeep Gupta dated May 29, 2007 |
| 4 | Excerpts from the Wilson Sonsini 30(b)(6) Deposition Transcript of Michael Danaher dated April 27, 2007 |
| 5 | Excerpts from the Wilson Sonsini 30(b)(6) Deposition Transcript of Aaron Alter dated April 27, 2007 |
| 6 | Letter from J. Kingston to the U.S Department of Justice dated September 19, 1996 |
| 7 | The Santa Cruz Operation, Inc. EU Complaint dated January 31, 1997 |
| 8 | Article titled "Microsoft Applauds European Commission Decision to Close Santa Cruz Operation Matter" dated November 24, 1997 |
| 9 | MSBC NewsSource article titled "Still More Legal Battles, CCIA & Dole back the DoJ and a Ms-owned Company Sues Itself" dated December 1, 1997 |

| **EXHIBIT** | **DOCUMENT DESCRIPTION** |
|---|---|
| 10 | Article titled "A Tale of Two Press Releases" dated November 25, 1997 |
| 11 | Memorandum from D. Bradford to K. Rekhl dated November 19, 1993 |
| 12 | Declaration of Steven Sabbath dated November 19, 2004 |
| 13 | Excerpts from the Deposition Transcript of Steven Sabbath dated February 12, 2007 |
| 14 | Excerpts from the Deposition Transcript of Kim Madsen, dated February 13, 2007 |
| 15 | Agreement and Plan of Reorganization between The Santa Cruz Organization and Caldera dated August 1, 2000 |
| 16 | Intellectual Property Assignment ("IP Assignment') dated May 1, 2001 |
| 17 | Declaration of Troy Keller dated May 18, 2007 |
| 18 | Declaration of Ralph Yarro dated May 17, 2007 |
| 19 | Excerpts from the Deposition Transcript of Doug Michels dated March 28, 2007 |
| 20 | Excerpts from the Novell 30(b)(6) Deposition Transcript of Greg Jones dated May 10, 2007. |
| 21 | Excerpt from the Deposition Transcript of Lawrence Bouffard dated February 16, 2007 |
| 22 | Declaration of Chris Sontag dated November 4, 2006 |
| 23 | Excerpts from the Deposition Transcript of Burt Levine dated March 23, 2007 |
| 24 | Excerpts from the Novell 30(b)(6) Deposition Transcript of Joseph LaSala dated May 16, 2007 |
| 25 | Declaration of Greg Jones dated September 6, 2006 |
| 26 | Excerpts from the Deposition Transcript of Greg Jones dated January 26, 2007 |

| **EXHIBIT** | **DOCUMENT DESCRIPTION** |
|---|---|
| 27 | Excerpts from the Deposition Transcript of Joseph LaSala dated February 8, 2007 |
| 28 | Excerpts from the Deposition Transcript of Robert Frankenberg dated February 10, 2007 |
| 29 | Wall Street Journal article titled "Novell to Cede Control of Unix to 2 Companies" dated September 20, 1995 |
| 30 | Excerpts from the Deposition Transcript of Duff Thompson dated February 9, 2007 |
| 31 | Excerpts from the Deposition Transcript of Ed Chatlos dated March 22, 2007 |
| 32 | Excerpts from the Deposition Transcript of Ty Mattingly dated January 19, 2007 |
| 33 | Excerpts from the Deposition Transcript of Jim Wilt dated January 26, 2007 |
| 34 | Excerpt from The Santa Cruz Operation, Inc. Form 10-K for the Fiscal Year Ending September 30, 1996 |

4.  I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of May, 2007.

/s/ Edward Normand
Edward Normand

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on this 29th day of May, 2007, via CM/ECF to the following:

>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>ANDERSON & KARRENBERG
>700 Bank One Tower
>50 West Broadway
>Salt Lake City, UT 84101
>
>Michael A. Jacobs
>Matthew I. Kreeger
>Kenneth W. Brakebill
>MORRISON & FOERSTER
>425 Market Street
>San Francisco, CA 94105-2482

/s/  Edward Normand