Brent O. Hatch (5715)                           David Boies (admitted pro hac vice)
Mark F. James (5295)                            Robert Silver (admitted pro hac vice)
HATCH, JAMES & DODGE                            Edward Normand (admitted pro hac vice)
10 West Broadway, Suite 400                     BOIES, SCHILLER & FLEXNER LLP
Salt Lake City, Utah 84101                      333 Main Street
Telephone: (801) 363-6363                       Armonk, New York 10504
Facsimile: (801) 363-6666                       Telephone: (914) 749-8200
                                                Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)        Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP                   BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard—Suite 1200          Bank of America Tower—Suite 2800
Ft. Lauderdale, Florida 33301                   100 Southeast Second Street
Telephone: (954) 356-0011                       Miami, Florida 33131
Facsimile: (954) 356-0022                       Telephone: (305) 539-8400
                                                Facsimile: (305) 539-1307

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
*Attorneys for Plaintiff, The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | **SCO'S EX PARTE MOTION FOR LEAVE TO FILE ITS REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FIRST, SECOND, AND FIFTH CAUSES OF ACTION AND FOR SUMMARY JUDGMENT ON NOVELL'S FIRST COUNTERCLAIM**<br><br>Case No. 2:04cv139<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") hereby moves the Court pursuant to District Court Rule 7-1(e) for an Order granting it leave to file *SCO's Reply Memorandum in Further Support of its Motion for Partial Summary Judgment on its First, Second, and Fifth Causes of Action and for Summary Judgment on Novell's First Counterclaim* (the "Reply Memorandum") that consists of 48 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

SCO's Motion is made upon the grounds that the Reply Memorandum of the indicated length is necessary given the complex nature of the issues raised by Novell's Opposition to SCO's Motion for Partial Summary Judgment on SCO's First, Second, and Fifth Causes of Action and for Summary Judgment on Novell's First Counterclaim (the "Opposition") to the end that a Reply to Novell's Opposition of the same complexity was necessitated.

SCO has endeavored to be as concise as possible, but respectfully submits that the excess length is necessary to fully and fairly address the issues being placed before the Court.

SCO respectfully requests that it be allowed to file its Reply Memorandum containing 48 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

DATED this the 29th day of May, 2007.

                      HATCH, JAMES & DODGE, P.C.
                      Brent O. Hatch
                      Mark F. James

                      BOIES, SCHILLER & FLEXNER LLP
                      Robert Silver
                      Stuart H. Singer
                      Stephen N. Zack
                      Edward Normand


By: /s/ Edward Normand
*Counsel for The SCO Group, Inc.*