Brent O. Hatch (5715)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
John J. Brogan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF SUPPLEMENTAL DECLARATION OF MARK F. JAMES**<br><br>Case No. 2:04cv139<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff/Counterclaim Defendant, The SCO Group, Inc., has conventionally filed the original and two courtesy copies of their *Supplemental Declaration of Mark F. James* (the "Supplemental Declaration").

This Supplemental Declaration has not been filed electronically because:

    ___ it cannot be converted to electronic format

    ___ the electronic file size of this material exceeds 2 megabytes (MB)

    ___ the Court by order has excused electronic filing

    _X_ it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

This document will be served conventionally on all parties.

DATED this 30th day of May, 2007.

                HATCH, JAMES & DODGE, P.C.
                Brent O. Hatch
                Mark F. James

                BOIES, SCHILLER & FLEXNER LLP
                Robert Silver
                Stuart H. Singer
                Stephen N. Zack
                Edward Normand

        By:   /s/ Mark F. James
              *Counsel for The SCO Group, Inc.*