SCO Grp v. Novell Inc                                                                Doc. 352

MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiff. | **NOVELL'S MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF MARK F. JAMES ATTACHING EXPERT REPORTS AND DECLARATIONS**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Dockets.Justia.com

Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell") hereby moves the Court for an Order striking the Supplemental Declaration of Mark F. James, submitted by Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO") and attaching expert reports and declarations, as untimely.

Despite the fact that SCO's opposition materials to Novell's April 20, 2007 summary judgment motions were due on May 18, 2007, SCO submitted the Supplemental Declaration of Mark F. James today, May 30, 2007, in support of its oppositions to Novell's motions. The declaration, attaching new evidence in the form of two expert reports, is untimely under the Federal Rules of Civil Procedure, the Local Rules of this Court, and the parties' agreed-upon briefing schedule for Novell's motions. Accordingly, it should be stricken.

The grounds for this motion are more fully set forth in the Memorandum in Support filed concurrently herewith.

DATED: May 30, 2007

ANDERSON & KARRENBERG

    /s/ Heather M. Sneddon
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)

**Attorneys for Novell, Inc.**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2007, I caused a true and correct copy of **NOVELL'S MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF MARK F. JAMES ATTACHING EXPERT REPORTS AND DECLARATIONS** to be served to the following:

*Via CM/ECF*:

>Brent O. Hatch
>Mark F. James
>HATCH JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah  84101

>Stuart H. Singer
>William T. Dzurilla
>Sashi Bach Boruchow
>BOIES, SCHILLER & FLEXNER LLP
>401 East Las Olas Blvd., Suite 1200
>Fort Lauderdale, Florida  33301

>David Boies
>Edward J. Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York  10504

>Devan V. Padmanabhan
>John J. Brogan
>DORSEY & WHITNEY, LLP
>50 South Sixth Street, Suite 1500
>Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid*:

>Stephen Neal Zack
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida  33131

>>>/s/  Heather M. Sneddon

2