| | |
|---|---|
| Brent O. Hatch (5715)<br>Mark F. James (5295)<br>HATCH, JAMES & DODGE PC<br>10 West Broadway, Suite 400<br>Salt Lake City, Utah 84101<br>Telephone: (801) 363-6363<br>Facsimile: (801) 363-6666 | Robert Silver (admitted pro hac vice)<br>Edward Normand (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, New York 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| Stuart H. Singer (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard – Suite 1200<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 | Stephen N. Zack (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>Bank of America Tower – Suite 2800<br>100 Southeast Second Street<br>Miami, Florida 33131<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff.<br><br>    Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF SCO'S MEMORANDUM IN OPPOSITION TO NOVELL'S EVIDENTIARY OBJECTIONS TO SCO'S EXHIBITS SUBMITTED IN SUPPORT OF ITS SUMMARY JUDGMENT OPPOSITIONS FILED MAY 18, 2007 INCORPORATING BY REFERENCE NOVELL'S EVIDENTIARY OBJECTIONS TO SCO'S SUMMARY JUDGMENT EXHIBITS**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two copies of the following documents:

**SCO'S MEMORANDUM IN OPPOSITION TO NOVELL'S EVIDENTIARY OBJECTIONS TO SCO'S EXHIBITS SUBMITTED IN SUPPORT OF ITS SUMMARY JUDGMENT OPPOSITIONS FILED MAY 18, 2007 (DOCKET NO. 350, SCO V. IBM CASE)**

These documents have not been filed electronically because:

\_\_\_   it cannot be converted to electronic format

\_\_\_   the electronic file size of this material exceeds 2 megabytes (MB)

_X_   the Court by order has excused electronic filing

\_\_\_   it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents have been served conventionally on all parties.

DATED this 18th day of June, 2007.

                                          HATCH, JAMES & DODGE, P.C.
                                          Brent O. Hatch
                                          Mark F. James

                                          BOIES, SCHILLER & FLEXNER LLP
                                          Robert Silver
                                          Stuart H. Singer
                                          Stephen N. Zack
                                          Edward Normand

                            By:   /s/ Mark F. James
                                  *Counsel for The SCO Group, Inc.*

## **CERTIFICATE OF SERVICE**

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on the 18th day of June, 2007, via U.S. Mail, first class postage prepaid, addressed to:

>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>ANDERSON & KARRENBERG
>700 Bank One Tower
>50 West Broadway
>Salt Lake City, UT 84101
>
>Michael A. Jacobs
>Matthew I. Kreeger
>Kenneth W. Brakebill
>MORRISON & FOERSTER
>425 Market Street
>San Francisco, CA 94105-2482

/s/ Mark F. James