Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, Plaintiff/Counterclaim-Defendant, vs. NOVELL, INC., a Delaware corporation, Defendant/Counterclaim-Plaintiff. | **SCO'S EX PARTE MOTION FOR LEAVE TO FILE ITS MEMORANDUM IN OPPOSITION TO NOVELL'S EVIDENTIARY OBJECTIONS TO SCO'S EXHIBITS SUBMITTED IN SUPPORT OF ITS SUMMARY JUDGMENT OPPOSITIONS FILED MAY 18, 2007, INCORPORATING BY REFERENCE NOVELL'S EVIDENTIARY OBJECTIONS TO SCO'S SUMMARY JUDGMENT EXHIBITS**<br><br>Civil No.: 2:04CV00139<br>Judge Dale A. Kimball<br>Magistrate Brooke C. Wells |

Dockets.Justia.com

Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") hereby moves the Court pursuant to District Court Rule 7-1(e) for an Order granting it leave to file its *Memorandum in Opposition to Novell's Evidentiary Objections to SCO's Exhibits Submitted in Support of Its Summary Judgment Oppositions Filed May 18, 2007, incorporating by reference Novell's Evidentiary Objections to SCO's Summary Judgment Exhibits* (the "Opposition Memorandum") that consists of 134 pages, exclusive of face sheet, tables of contents and authorities, appendixes and exhibits.

SCO's Motion is made upon the grounds that the Opposition Memorandum of the indicated length is necessary given the complex nature of the issues raised by *Novell's Evidentiary Objections to SCO's Exhibits Submitted in Support of Its Summary Judgment Oppositions Filed May 18, 2007* (the "Objections") to the end that an Opposition to Novell's Objections of the same complexity was necessitated.

SCO has endeavored to be as concise as possible, but respectfully submits that the excess length is necessary to fully and fairly address the issues being placed before the Court.

SCO respectfully requests that it be allowed to file its Opposition Memorandum containing 134 pages, exclusive of face sheet, tables of contents and authorities, appendixes and exhibits.

DATED this 20th day of June, 2007.

                         HATCH, JAMES & DODGE, P.C.
                         Brent O. Hatch
                         Mark F. James

                         BOIES, SCHILLER & FLEXNER LLP
                         David Boies
                         Robert Silver
                         Stuart H. Singer
                         Stephen N. Zack
                         Edward Normand

                         DORSEY & WHITNEY LLP
                         Devan V. Padmanabhan


                         *Counsel for The SCO Group, Inc.*

                         By:  /s/  Edward Normand

## **CERTIFICATE OF SERVICE**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant, Novell, Inc., on this 20th day of June, 2007, via CM/ECF to the following:

>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>ANDERSON & KARRENBERG
>700 Bank One Tower
>50 West Broadway
>Salt Lake City, UT 84101
>
>Michael A. Jacobs
>Matthew I. Kreeger
>Kenneth W. Brakebill
>MORRISON & FOERSTER
>425 Market Street
>San Francisco, CA 94105-248

/s/  Edward Normand