| | |
|---|---|
| Brent O. Hatch (5715) | Stephen N. Zack (admitted pro hac vice) |
| Mark F. James (5295) | BOIES, SCHILLER & FLEXNER LLP |
| HATCH, JAMES & DODGE, PC | Bank of America Tower – Suite 2800 |
| 10 West Broadway, Suite 400 | 100 Southeast Second Street |
| Salt Lake City, Utah 84101 | Miami, Florida 33131 |
| Telephone: (801) 363-6363 | Telephone: (305) 539-8400 |
| Facsimile: (801) 363-6666 | Facsimile: (305) 539-1307 |
| | |
| David Boies (admitted pro hac vice) | Stuart Singer (admitted pro hac vice) |
| Robert Silver (admitted pro hac vice) | BOIES, SCHILLER & FLEXNER LLP |
| Edward Normand (admitted pro hac vice) | 401 East Las Olas Blvd. |
| BOIES, SCHILLER & FLEXNER LLP | Suite 1200 |
| 333 Main Street | Fort Lauderdale, FL 33301 |
| Armonk, New York 10504 | Telephone: (954) 356-0011 |
| Telephone: (914) 749-8200 | Facsimile: (954) 356-0022 |
| Facsimile: (914) 749-8300 | |

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Plaintiff, The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>　　Plaintiff/Counterclaim-Defendant,<br><br>　　vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>　　Defendant/Counterclaim-Plaintiff. | [PROPOSED] **ORDER GRANTING SCO'S EX PARTE MOTION FOR LEAVE TO FILE ITS MEMORANDUM IN OPPOSITION TO NOVELL'S EVIDENTIARY OBJECTIONS TO SCO'S EXHIBITS SUBMITTED IN SUPPORT OF ITS SUMMARY JUDGMENT OPPOSITIONS FILED MAY 18, 2007, INCORPORATING BY REFERENCE NOVELL'S EVIDENTIARY OBJECTIONS TO SCO'S SUMMARY JUDGMENT EXHIBITS**<br><br>Civil No.: 2:04CV00139<br>Judge Dale A. Kimball<br>Magistrate Brooke C. Wells |

   This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") for Leave to File its over-length *Memorandum in Opposition to Novell's Evidentiary Objections to SCO's Exhibits Submitted in Support of Its Summary Judgment Oppositions Filed May 18, 2007, incorporating by reference Novell's Evidentiary Objections to SCO's Summary Judgment Exhibits* (the "Opposition Memorandum"). The Court, having considered the matter, hereby determines that good cause and exceptional circumstances exist and hereby ORDERS that SCO be granted leave to file its over-length Opposition Memorandum consisting of 134 pages, exclusive of face sheet, tables of contents and authorities, appendixes and exhibits.

  DATED:  _____, 2007

               BY THE COURT:

               _____
               Honorable Dale A. Kimball