MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522


ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,　　Plaintiff & Counterclaim-Defendant,　vs.　NOVELL, INC., a Delaware corporation,　　Defendant & Counterclaim-Plaintiff. | **STIPULATION RE PRETRIAL SCHEDULE**　　Case No. 2:04CV00139　Judge Dale A. Kimball |

　　　　Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), by and through its counsel, and Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), by and through its counsel, hereby stipulate as follows:

The parties agree to the following pretrial schedule:

(a) The parties shall file and serve their respective Rule 26(a)(3) Pretrial Disclosures by August 2, 2007.

(b) A Final Pretrial Order shall be entered by August 9, 2007.

(c) The parties shall file and serve any Proposed Jury Instructions by August 16, 2007.

(d) The Special Attorney Conference and Settlement Conference shall be held on August 21, 2007.

(e) The parties shall file and serve any motions in limine by August 22, 2007.

(f) Any oppositions to motions in limine shall be filed and served by August 29, 2007.

(g) Any *Daubert* hearing (subject to the Court's agreement to conduct one) shall be held on September 11, 2007.

(h) A Final Pretrial Conference shall be held on September 11, 2007.

(i) The trial of this action shall commence on September 17, 2007.

DATED:     July 10, 2007

ANDERSON & KARRENBERG

_____/s/ Heather M. Sneddon_____
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**

DATED: July 10, 2007

                HATCH, JAMES & DODGE

                /s/ Mark F. James
*(Signed by filing attorney with permission from Mark F. James)*
Brent O. Hatch
Mark F. James
**Attorneys for The SCO Group, Inc.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2007, I caused a true and correct copy of the foregoing **STIPULATION RE PRETRIAL SCHEDULE** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon