MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522


ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>      Plaintiff & Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>      Defendant & Counterclaim-Plaintiff. | **ORDER RE PRETRIAL SCHEDULE**<br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Based upon the parties' Stipulation Re Pretrial Schedule, and good cause appearing, the

Court hereby enters the following pretrial schedule:

Dockets.Justia.com

(a)    The parties shall file and serve their respective Rule 26(a)(3) Pretrial Disclosures by August 2, 2007.

(b)    A Final Pretrial Order shall be entered by August 9, 2007.

(c)    The parties shall file and serve any Proposed Jury Instructions by August 16, 2007.

(d)    The Special Attorney Conference and Settlement Conference shall be held on August 21, 2007.

(e)    The parties shall file and serve any motions in limine by August 22, 2007.

(f)    Any oppositions to motions in limine shall be filed and served by August 29, 2007.

(g)    Any *Daubert* hearing (subject to the Court's agreement to conduct one) shall be held on September 11, 2007.

(h)    A Final Pretrial Conference shall be held on September 11, 2007.

(i)    The trial of this action shall commence on September 17, 2007.


Dated this _____ day of July, 2007.

BY THE COURT:


_____
Honorable Dale A. Kimball
U.S. District Court Judge

Approved as to form and content:


_____ */s/ Mark F. James* _____
*(Signed by filing attorney with permission from Mark F. James)*
Brent O. Hatch
Mark F. James
**Attorneys for The SCO Group, Inc.**

2