MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
Grant L. Kim (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>  Defendant and Counterclaim-Plaintiff. | **NOVELL'S RULE 26 PRETRIAL DISCLOSURES**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Novell hereby makes the following disclosures:

**Federal Rule of Civil Procedure 26(a)(3)(A):** Please see Exhibits A-1 and A-2.

**Federal Rule of Civil Procedure 26(a)(3)(B):** Please see Exhibit B. Please note that this exhibit designates deposition testimony from both this action and from depositions in *SCO v. IBM*, Case No. 2:03CV294 DAK.

**Federal Rule of Civil Procedure 26(a)(3)(C):** Please see Exhibit C.

Novell notes that: SCO recently produced over 1,000 pages of third-party production SCO claims is relevant to this litigation; expert discovery is not complete; the parties have various evidentiary and summary judgment motions pending; and the parties are continuing to meet and confer regarding certain outstanding discovery issues. Novell therefore reserves the right to supplement or otherwise modify these disclosures.

DATED:     August 2, 2007

ANDERSON & KARRENBERG

_/s/ Heather M. Sneddon_
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (*pro hac vice*)
Kenneth W. Brakebill (*pro hac vice*)

**Attorneys for Novell, Inc.**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2007, I caused a true and correct copy of **NOVELL'S RULE 26 PRETRIAL DISCLOSURES** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid:*

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon