# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Eric M. Acker          Telephone: (858) 720-5100
Firm Name: Morrison & Foerster LLP
Business Address: 12531 High Bluff Drive, Suite 100
                  San Diego, CA  92130-2040

Current bar memberships and date of admission:

State Bar of California                              Admitted on December 1988
District of Columbia Bar                             Admitted on December 1990

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
X No          ___ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:          X none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

_[signature: Eric M Acker]_                          August 2, 2007
Signature                                            Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee.  All other attorneys must pay a fee of $15.00 concurrent with this application.  This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.