Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  (801) 363-6363
Facsimile:  (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> a Delaware corporation, <br><br>    Plaintiff/Counterclaim-Defendant, <br><br><br>    vs. <br><br> NOVELL, INC., <br><br> a Delaware corporation, <br><br>    Defendant/Counterclaim-Plaintiff. | **SCO'S AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURES** <br><br><br> **Civil No.:  2:04CV00139** <br><br> Judge Dale A. Kimball <br> Magistrate Brooke C. Wells |

In accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiff, The

SCO Group, Inc. ("SCO"), respectfully submits to the Court and provides to Defendant, Novell,

Inc. ("Novell"), SCO's Amended Pretrial Disclosures, consisting of the following information

regarding the evidence that SCO may present at trial other than solely for impeachment

purposes.[1]

### 1.      Rule 26(a)(3)(A)-(B) – WITNESSES

The following chart contains the name and, if not previously provided or known to

Novell, the address and telephone number of each witness whom SCO expects to present at trial

or may call at trial.  The chart also includes a designation of witnesses whose testimony SCO

expects to present by means of a deposition.

| Person | Expect/May Call | Presented Live or By Deposition | Contact Information |
|---|---|---|---|
| Acheson, Jean | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>355 South 520 West<br>Suite 100<br>Lindon, UT 84042-1911<br>Phone: (801) 765-4999 |

---

[1]       In a letter dated June 28, 2007, counsel for SCO informed counsel for Novell that it has waived the attorney-client privilege with respect to many documents listed as entries on Novell's privilege logs, including documents that Novell produced in redacted form and documents that Novell has withheld entirely.  With respect to most of these documents, the parties appear to be in disagreement as to whether there has been any waiver and, if so, the extent of its scope and the potential relevance of the referenced documents, but the parties are continuing to meet and confer on the issue.  SCO reserves the right to supplement the information provided in its Pretrial Disclosures with any additional documents that Novell has improperly redacted or withheld based on its privilege objection, as well as with the names and contact information of any other witnesses identified through any such documents.

| Person | Expect/May Call | Presented Live or By Deposition | Contact Information |
|---|---|---|---|
| Botosan, Christine | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>1645 E. Campus Center Drive<br>Room 101<br>David Eccles School of Business<br>University of Utah<br>Salt Lake City, UT  84112<br>Phone: (901) 581-8695 |
| Bradford, David | May | Live | Known to Novell |
| Broderick, William | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>430 Mountain Avenue<br>Third Floor<br>Murray Hill, NJ 07974-0004<br>Phone: (908) 790-2200 |
| Cargill, Tom | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>7892 Edelweiss Court<br>Boulder, CO 80303<br>Phone: (303) 499-5940 |
| Chatlos, Ed | Expect | Live | Contact through<br>Goodwin Procter LLP<br>Albert J. Solecki, Esq.<br>Phone: (212) 813-8833<br><br>7 Forest View Drive<br>Chester, NJ 07930<br>Phone: (908) 879-5527 |
| Danaher, Michael | May | Deposition | By Deposition |

| Person | Expect/May Call | Presented Live or By Deposition | Contact Information |
|---|---|---|---|
| Davis, Gervaise | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>1150 Alta Mesa Road<br>Monterey, CA 93940<br>Phone: (408) 299-1200 |
| Dulin, Terry | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>18 Lindale Road<br>Ringoes, NJ 08551<br>Phone: (908) 284-0613 |
| Frankenberg, Robert | Expect | Live | Contact through<br>Fillmore & Spencer LLC<br>William L. Fillmore, Esq.<br>Phone: (801) 426-8200<br><br>701 E. Sunburst Lane<br>Alpine, UT 84114 |
| Gasparro, Larry | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>9776 Erin Woods Drive<br>Dublin, OH 43017<br>Phone: (614) 799-1806 |
| Gupta, Sandy | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>355 South 520 West<br>Suite 100<br>Lindon, UT 84042-1911<br>Phone: (801) 765-4999 |
| Hunsaker, Jeff | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>355 South 520 West<br>Suite 100<br>Lindon, UT 84042-1911<br>Phone: (801) 765-4999 |

| Person | Expect/May Call | Presented Live or By Deposition | Contact Information |
|---|---|---|---|
| Jones, Greg | May | Live (in 30(b)(6) Capacity) | Known to Novell |
| Keller, Troy | Expect | Live | 496 Hidden Lane<br>North Sale Lake, Utah 84054<br>Phone: (801) 936-1282 |
| Langer, Philip | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>333 North Jefferson Street, Apt. 203<br>Chicago, IL 60661<br>Phone:  (312) 559-0689 |
| LaSala, Joseph | Expect | Live | Known to Novell |
| LaSala, Joseph | May | Live (in 30(b)(6) Capacity) | Known to Novell |
| Levine, Burt | Expect | Deposition | By Deposition |
| Maciaszek, John | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>430 Mountain Avenue<br>Third Floor<br>Murray Hill, NJ 07974-0004<br>Phone: (908) 790-2200 |
| Madsen, Kim | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>344 Laurent Street<br>Santa Cruz, CA 95060<br>Phone: (831) 588-1159 |
| Mattingly, Ty | Expect | Live | 22 West 620 South<br>Orem, UT 84058<br>Phone: (801) 368-2000 |

| Person | Expect/May Call | Presented Live or By Deposition | Contact Information |
|---|---|---|---|
| McBride, Darl | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>355 South 520 West<br>Suite 100<br>Lindon, UT 84042-1911<br>Phone: (801) 765-4999 |
| Messman, Jack | Expect | Deposition | By Deposition |
| Michels, Doug | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>4717 Branciforte Drive<br>Santa Cruz, CA 95065<br>Phone: (831) 459-0781 |
| Mohan, Alok | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>85 Pasatiempo Drive<br>Santa Cruz, CA 95060<br>Phone:  (831) 588-7000 |
| Moxley, Paul | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>Holme Roberts & Owen LLP<br>299 South Main Street, Suite 1800<br>Salt Lake City, Utah  84111<br>Phone: (801) 521-5800 |
| O'Gara, Maureen | Expect | Live | Contact through<br>Carolyn K. Foley, Esq.<br>Davis Wright Tremaine LLP<br>Phone: (212) 603-6472<br><br>G2 Computer Intelligence, Inc.<br>11 Danis Avenue<br>Glen Cove, NY 11542<br>Phone: (516) 759-7025 |

| Person | Expect/May Call | Presented Live or By Deposition | Contact Information |
|--------|------------------|----------------------------------|---------------------|
| Olson, Michael | May | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>355 South 520 West<br>Suite 100<br>Lindon, UT 84042-1911<br>Phone: (801) 765-4999 |
| Pettit, Greg | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>10 Clover Terrace<br>Natick, MA 01760<br>Phone: (508) 651-7579 |
| Pisano, Gary | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>Harvard Business School<br>Morgan Hall 417<br>Boston, MA  02163<br>Phone: (617) 495-6562 |
| Sabbath, Steve | May | Deposition | By Deposition |
| Sontag, Chris | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>355 South 520 West<br>Suite 100<br>Lindon, UT 84042-1911<br>Phone: (801) 765-4999 |
| Stone, Chris | Expect | Deposition | By Deposition |
| Thompson, Duff | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>355 South 520 West<br>Suite 100<br>Lindon, UT 84042-1911<br>Phone: (801) 765-4999 |

| Person | Expect/May Call | Presented Live or By Deposition | Contact Information |
|---|---|---|---|
| Wilt, Jim | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>P.O. Box 681908<br>Franklin, TN 37068<br>Phone: (615) 771-0949 |
| Yarro, Ralph | Expect | Live | Contact through Boies, Schiller & Flexner LLP<br><br>The SCO Group, Inc.<br>355 South 520 West<br>Suite 100<br>Lindon, UT 84042-1911<br>Phone: (801) 765-4999 |

2.    **Rule 26(a)(3)(C) – EXHIBITS**

The following chart identifies the exhibits that SCO expects to offer at trial or may offer

at trial, identifying for each document its respective designation.

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| 1710015630 | 1710015632 | | 5/20/1996 | May offer |
| 1710015659 | 17010015660 | 1/17/2007 Hatch Decl. Ex. 28 | 8/28/1996 | May offer |
| 1710031647 | 1710031655 | | 2/1/1985 | May offer |
| 1710123085 | 1710123090 | 1/17/2007 Hatch Decl. Ex. 57 | 2/1/1985 | May offer |
| AA 00775 | AA 00776 | | 1/20/2000 | May offer |
| AA 00777 | AA 00779 | | 1/21/2000 | May offer |
| AA 00784 | AA 00787 | | 3/10/2000 | May offer |
| CAN000514 | CAN000514 | | 3/13/2003 | Expect to offer |
| DEL 00008 | DEL 00013 | Deposition Exhibit No. 1121 | 7/2/2003 | May offer |
| DEL 00026 | DEL 00027 | Deposition Exhibit No. 1122 | 7/2/2003 | May offer |
| DEL 00037 | DEL 00037 | Deposition Exhibit No. 1123 | 7/5/2003 | May offer |
| EY 000621 | EY 000622 | | 1/31/1996 | May offer |
| EY 000624 | EY 000630 | | 10/26/1996 | Expect to offer |
| INTEL00001 | INTEL00003 | Deposition Exhibit No. 1015 | 7/16/2003 | May offer |
| ISCO 0003333 | ISCO 0003529 | | 10/15/2004 | May offer |
| ISCO 0015435 | ISCO 0015436 | | 3/23/2004 | May offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| JPHQ 00267 | JPHQ 00297 | | 00/00/1999 | May offer |
| JPHQ 00394 | JPHQ 00406 | | 12/13/1995 | May offer |
| JPHQ 00407 | JPHQ 00532 | | 9/19/1995 | May offer |
| NOV 000000100 | NOV 000000100 | | 10/10/1995 | May offer |
| NOV 000000134 | NOV 000000154 | | N/A | May offer |
| NOV 000000240 | NOV 000000241 | 5/18/2007 James Decl. Ex. 119 | 1/22/1996 | Expect to offer |
| NOV 000000376 | NOV 000000413 | Deposition Exhibit No. 1073 | 12/6/1995 | May offer |
| NOV 000000451 | NOV 000000452 | | 12/11/1995 | May offer |
| NOV 000000453 | NOV 000000454 | | 12/6/1995 | May offer |
| NOV 000000455 | NOV 000000457 | | 12/6/1995 | May offer |
| NOV 000000730 | NOV 000000732 | | 10/8/1996 | May offer |
| NOV 000000997 | NOV 000001003 | | 12/6/1995 | Expect to offer |
| NOV 000001272 | NOV 000001273 | | 9/19/1995 | May offer |
| NOV 000001452 | NOV 000001491 | | 00/00/1995 | Expect to offer |
| NOV 000001799 | NOV 000001801 | | 5/31/1996 | Expect to offer |
| NOV 000001932 | NOV 000001934 | | 12/6/1995 | Expect to offer |
| NOV 000002075 | NOV 000002084 | | 12/6/1995 | May offer |
| NOV 000002260 | NOV 000002272 | | 11/16/1995 | May offer |
| NOV 000002538 | NOV 000002545 | 5/18/2007 James Decl. Ex. 91 | 12/4/1995 | Expect to offer |
| NOV 000002695 | NOV 000002700 | | 11/16/1995 | Expect to offer |
| NOV 000002805 | NOV 000002817 | | 11/15/1995 | May offer |
| NOV 000002828 | NOV 000002834 | | 12/7/1995 | May offer |
| NOV 000003531 | NOV 000003531 | | 8/27/1995 | Expect to offer |
| NOV 000003777 | NOV 000003778 | | 9/18/1999 | May offer |
| NOV 000003818 | NOV 000003819 | | N/A | May offer |
| NOV 000003940 | NOV 000003948 | | 9/19/1995 | May offer |
| NOV 000003949 | NOV 000003956 | | 9/19/1995 | Expect to offer |
| NOV 000004907 | NOV 000004907 | | 3/6/1998 | Expect to offer |
| NOV 000005831 | NOV 000005831 | Deposition Exhibit No. 1059 | 6/2/1997 | May offer |
| NOV 000007409 | NOV 000007427 | | 3/27/1996 | May offer |
| NOV 000007442 | NOV 000007462 | | 10/26/1996 | Expect to offer |
| NOV 000007592 | NOV 000007595 | 1/17/2007 Hatch Decl. Ex. 37 | 01/00/1997 | Expect to offer |
| NOV 000008756 | NOV 000008758 | | 1/31/1996 | Expect to offer |
| NOV 000008778 | NOV 000008780 | | 10/2/1995 | May offer |
| NOV 000008791 | NOV 000008792 | | 4/29/1996 | May offer |
| NOV 000008813 | NOV 000008813 | Deposition Exhibit No. 74 | 8/9/1995 | Expect to offer |
| NOV 000010141 | NOV 000010162 | Deposition Exhibit No. 26 | N/A | |
| NOV 000011858 | NOV 000011880 | | 3/17/1994 | Expect to offer |
| NOV 000015338 | NOV 000015342 | | 11/16/1995 | Expect to offer |
| NOV 000016011 | NOV 000016017 | Deposition Exhibit No. 73 | 8/1/1995 | Expect to offer |
| NOV 000025342 | NOV 000025391 | | N/A | Expect to offer |
| NOV 000030195 | NOV 000030195 | Deposition Exhibit No. 1016 | 1/13/2004 | Expect to offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| NOV 000030412 | NOV 000030415 | 5/18/2007 James Decl. Ex. 45 | 1/13/2004 | Expect to offer |
| NOV 000036839 | NOV 000036842 | | 4/26/1996 | Expect to offer |
| NOV 000038120 | NOV 000038121 | | 3/6/1998 | Expect to offer |
| NOV 000038150 | NOV 000038151 | Deposition Exhibit No. 1058 | 3/8/1997 | May offer |
| NOV 000038163 | NOV 000038164 | | 4/7/1996 | Expect to offer |
| NOV 000038347 | NOV 000038349 | | 5/20/1996 | May offer |
| NOV 000038350 | NOV 000038352 | | 6/14/1996 | May offer |
| NOV 000038353 | NOV 000038354 | | 7/24/1996 | May offer |
| NOV 000038594 | NOV 000038596 | | 4/4/1996 | Expect to offer |
| NOV 000038601 | NOV 000038601 | | 5/7/1996 | Expect to offer |
| NOV 000038608 | NOV 000038609 | | 6/12/1996 | May offer |
| NOV 000039601 | NOV 000039602 | | 9/22/2003 | Expect to offer |
| NOV 000039603 | NOV 000039604 | | N/A | Expect to offer |
| NOV 000039605 | NOV 000039606 | | 9/22/2003 | Expect to offer |
| NOV 000039607 | NOV 000039608 | | 10/14/2003 | May offer |
| NOV 000039609 | NOV 000039610 | | 10/14/2003 | Expect to offer |
| NOV 000039611 | NOV 000039612 | | 10/14/2003 | Expect to offer |
| NOV 000039613 | NOV 000039614 | | 10/14/2003 | Expect to offer |
| NOV 000039615 | NOV 000039616 | | 10/14/2003 | Expect to offer |
| NOV 000039617 | NOV 000039618 | | 10/14/2003 | Expect to offer |
| NOV 000039619 | NOV 000039620 | | 12/10/2003 | Expect to offer |
| NOV 000039621 | NOV 000039622 | | 10/14/2003 | Expect to offer |
| NOV 000039623 | NOV 000039624 | | 10/14/2003 | Expect to offer |
| NOV 000039627 | NOV 000039628 | | 10/14/2003 | Expect to offer |
| NOV 000039693 | NOV 000039694 | | N/A | Expect to offer |
| NOV 000040587 | NOV 000040588 | Deposition Exhibit No. 1072 | 5/1/1996 | Expect to offer |
| NOV 000040745 | NOV 000040762 | 5/18/2007 James Decl. Ex. 84 | 10/4/1995 | Expect to offer |
| NOV 000040965 | NOV 000040965 | | 9/2/1995 | May offer |
| NOV 000041254 | NOV 000041254 | | 9/11/1995 | May offer |
| NOV 000041350 | NOV 000041369 | | 10/4/1995 | Expect to offer |
| NOV 000041521 | NOV 000041541 | | 09/00/1995 | May offer |
| NOV 000042308 | NOV 000042308 | Deposition Exhibit No. 70 | 12/6/1995 | |
| NOV 000042319 | NOV 000042319 | | 12/6/1995 | Expect to offer |
| NOV 000043025 | NOV 000043049 | 5/18/2007 James Decl. Ex. 46 | 7/16/2004 | Expect to offer |
| NOV 000043051 | NOV 000043052 | Deposition Exhibit No. 1021 | 5/12/2003 | Expect to offer |
| NOV 000043053 | NOV 000043055 | Deposition Exhibit No. 1012 | 5/28/2003 | Expect to offer |
| NOV 000043056 | NOV 000043057 | Deposition Exhibit No. 1027 | 6/6/2003 | Expect to offer |
| NOV 000043058 | NOV 000043059 | Deposition Exhibit No. 1014 | 6/6/2003 | Expect to offer |
| NOV 000043059 | NOV 000043059 | 1/17/2007 Hatch Decl. Ex. 40 | 6/6/2003 | Expect to offer |
| NOV 000043060 | NOV 000043060 | Deposition Exhibit No. 1017 | 6/9/2003 | Expect to offer |
| NOV 000043066 | NOV 000043067 | Deposition Exhibit No. 1018 | 6/12/2003 | Expect to offer |
| NOV 000043068 | NOV 000043069 | Deposition Exhibit No. 1019 | 6/12/2003 | Expect to offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| NOV 000043070 | NOV 000043070 | Deposition Exhibit No. 1020 | 6/18/2003 | Expect to offer |
| NOV 000043072 | NOV 000043074 | Deposition Exhibit No. 1038 | 6/24/2003 | Expect to offer |
| NOV 000043075 | NOV 000043075 | Deposition Exhibit No. 1022 | 6/26/2003 | Expect to offer |
| NOV 000043076 | NOV 000043076 | Deposition Exhibit No. 1039 | 7/8/2003 | Expect to offer |
| NOV 000043080 | NOV 000043080 | Deposition Exhibit No. 1023 | 8/4/2003 | Expect to offer |
| NOV 000043089 | NOV 000043090 | Deposition Exhibit No. 1034 | 10/7/2003 | Expect to offer |
| NOV 000043107 | NOV 000043107 | | 12/23/2003 | May offer |
| NOV 000043114 | NOV 000043115 | Deposition Exhibit No. 1033 | 2/6/2004 | Expect to offer |
| NOV 000043165 | NOV 000043165 | Deposition Exhibit No. 270 | 9/10/2003 | Expect to offer |
| NOV 000043173 | NOV 000043174 | Deposition Exhibit No. 271 | 10/9/2003 | Expect to offer |
| NOV 000043736 | NOV 000043737 | | N/A | May offer |
| NOV 000044067 | NOV 000044156 | | 11/00/1992 | Expect to offer |
| NOV 000046014 | NOV 000046077 | | 7/31/2004 | May offer |
| NOV 000046898 | NOV 000046900 | | 7/9/1996 | May offer |
| NOV 000046904 | NOV 000046905 | | 7/15/1996 | Expect to offer |
| NOV 000046912 | NOV 000046913 | | 6/26/1996 | Expect to offer |
| NOV 000046920 | NOV 000046921 | | 7/15/1996 | Expect to offer |
| NOV 000046926 | NOV 000046927 | | 6/27/1996 | May offer |
| NOV 000046928 | NOV 000046929 | | 7/23/1996 | May offer |
| NOV 000046930 | NOV 000046931 | | 6/18/1996 | May offer |
| NOV 000046936 | NOV 000046937 | | 7/15/1996 | Expect to offer |
| NOV 000046942 | NOV 000046943 | | 6/27/1996 | May offer |
| NOV 000046956 | NOV 000046956 | | 6/27/1996 | May offer |
| PWC 1354 | PWC 1390 | | 00/00/1998 | Expect to offer |
| Recall 0000132 | Recall 0000185 | | 10/23/1998 | May offer |
| Recall 0001164 | Recall 0001165 | 5/18/2007 James Decl. Ex. 83 | 11/19/1993 | May offer |
| Recall 0001816 | Recall 0001834 | 5/29/2007 Normand Decl. Ex. 7 | 1/31/1997 | Expect to offer |
| Recall 0002391 | Recall 0002393 | | 11/25/1997 | May offer |
| Recall 0002629 | Recall 0002637 | 5/18/2007 James Decl. Ex. 103 | 9/19/1996 | May offer |
| Recall 0005357 | Recall 0005385 | | 00/00/1996 | Expect to offer |
| Recall 0005636 | Recall 0005662 | | N/A | Expect to offer |
| Recall 0005672 | Recall 0005685 | | N/A | Expect to offer |
| Recall 0005688 | Recall 0005688 | Deposition Exhibit No. 1030 | 9/20/1995 | Expect to offer |
| Recall 0005722 | Recall 0005733 | | 10/3/1995 | Expect to offer |
| Recall 0006023 | Recall 0006050 | 5/18/2007 James Decl. Ex. 115 | 06/00/1996 | Expect to offer |
| Recall 0007097 | Recall 0007111 | | 12/31/1996 | Expect to offer |
| Recall 0007246 | Recall 0007285 | 5/18/2007 James Decl. Ex. 82 | 00/00/1996 | Expect to offer |
| ROY 00000444 | ROY 00000446 | | 6/6/2006 | May offer |
| SCO0977740 | SCO0977771 | 3/16/2007 James Decl. Ex. 11 | 3/14/1997 | Expect to offer |
| SCO0977791 | SCO0977791 | 12/12/2006 Hatch Decl. Ex. 38 | 5/6/1997 | Expect to offer |
| SCO0977802 | SCO0977802 | | 5/12/1997 | May offer |
| SCO0977892 | SCO0977892 | 12/12/2006 Hatch Decl. Ex. 43 | 6/30/1997 | Expect to offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCO0984268 | SCO0984272 | 12/01/2006 Brakebill Decl. Ex. 18 | 2/13/1986 | May offer |
| SCO0988493 | SCO0988497 | 1/17/2007 Hatch Decl. Ex. 54 | 1/4/1990 | May offer |
| SCO0988502 | SCO0988515 | 12/01/2006 Brakebill Decl. Ex. 22 | 11/9/1989 | May offer |
| SCO1033461 | SCO1033465 | 12/01/2006 Brakebill Decl. Ex. 21 | 8/31/1988 | May offer |
| SCO1040150 | SCO1040150 | 1/17/2007 Hatch Decl. Ex. 15 | 2/13/1996 | Expect to offer |
| SCO1041481 | SCO1041494 | 4/09/2007 Normand Decl. Ex. 30 | 1/7/1997 | May offer |
| SCO1041736 | SCO1041746 | 4/09/2007 Normand Decl. Ex. 31 | 5/20/1997 | May offer |
| SCO1042254 | SCO1042259 | 4/09/2007 Normand Decl. Ex. 32 | 11/4/1997 | May offer |
| SCO1142022 | SCO1142030 | 12/01/2006 Brakebill Decl. Ex. 19 | 8/20/1986 | May offer |
| SCO1142031 | SCO1142034 | 12/01/2006 Brakebill Decl. Ex. 20 | 5/28/1987 | May offer |
| SCO1151750 | SCO1151754 | 3/16/2007 James Decl. Ex. 9 | 11/29/1988 | Expect to offer |
| SCO1152813 | SCO1152845 | 12/01/2006 Brakebill Decl. Ex. 11 | 12/6/1988 | May offer |
| SCO1166932 | SCO1166932 | | 1/26/1996 | Expect to offer |
| SCO1167886 | SCO1167886 | | 1/26/1996 | Expect to offer |
| SCO1175928 | SCO1175931 | 1/17/2007 Hatch Decl. Ex. 14 | 4/11/1996 | Expect to offer |
| SCO1185456 | SCO1185458 | | 12/10/1997 | Expect to offer |
| SCO1185461 | SCO1185473 | | 11/24/1997 | Expect to offer |
| SCO1185893 | SCO1185990 | Deposition Exhibit No. 1 | 9/19/1995 | Expect to offer |
| SCO1186000 | SCO1186017 | Deposition Exhibit No. 1026 | 12/6/1995 | Expect to offer |
| SCO1186018 | SCO1186022 | Deposition Exhibit No. 1008 | 12/6/1995 | Expect to offer |
| SCO1228501 | SCO1228506 | | 9/20/1995 | May offer |
| SCO1230548 | SCO1230568 | 5/18/2007 James Decl. Ex. 70 | 11/16/1995 | Expect to offer |
| SCO1234107 | SCO1234116 | Deposition Exhibit No. 1002 | 10/16/1996 | Expect to offer |
| SCO1234265 | SCO1234265 | Deposition Exhibit No. 1062 | 3/28/1996 | Expect to offer |
| SCO1234295 | SCO1234314 | 12/01/2006 Brakebill Decl. Ex. 10 | 2/15/1988 | May offer |
| SCO1268486 | SCO1268488 | 1/17/2007 Hatch Decl. Ex. 38 | 1/28/2000 | Expect to offer |
| SCO1268521 | SCO1268569 | | 3/4/2004 | May offer |
| SCO1268841 | SCO1268849 | | 12/3/2003 | May offer |
| SCO1269019 | SCO1269126 | Deposition Exhibit No. 1067 | 8/1/2000 | Expect to offer |
| SCO1270695 | SCO1270700 | Deposition Exhibit No. 1080 | 5/28/2003 | Expect to offer |
| SCO1274576 | SCO1274580 | | 2/24/2003 | May offer |
| SCO1277300 | SCO1277302 | Deposition Exhibit No. 218 | 1/22/2003 | Expect to offer |
| SCO1287184 | SCO1287186 | | 8/20/2003 | Expect to offer |
| SCO1287208 | SCO1287221 | | 2/25/2003 | Expect to offer |
| SCO1288978 | SCO1288980 | | 6/8/1995 | Expect to offer |
| SCO1290675 | SCO1290676 | Deposition Exhibit No. 1063 | 4/10/1996 | Expect to offer |
| SCO1298082 | SCO1298083 | Deposition Exhibit No. 1046 | 4/23/1996 | Expect to offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCO1298084 | SCO1298085 | Deposition Exhibit No. 1064 | 4/19/1996 | Expect to offer |
| SCO1298086 | SCO1298087 | 1/17/2007 Hatch Decl. Ex. 23 | 4/19/1996 | Expect to offer |
| SCO1299904 | SCO1299904 | 1/17/2007 Hatch Decl. Ex. 13 | 12/4/1995 | Expect to offer |
| SCO1299904 | SCO1299934 | | 12/4/1995 | May offer |
| SCO1299938 | SCO1299982 | 1/17/2007 Hatch Decl. Ex. 11 | 2/15/1996 | Expect to offer |
| SCO1300026 | SCO1300046 | | 7/31/2003 | May offer |
| SCO1328534 | SCO1328535 | 12/01/2006 Brakebill Decl. Ex. 38 | 8/14/2003 | May offer |
| SCO1448008 | SCO1448008 | | 1/12/2004 | May offer |
| SCO1448009 | SCO1448009 | 5/18/2007 James Decl. Ex. 49 | 1/22/2004 | May offer |
| SCO1451873 | SCO1451875 | Deposition Exhibit No. 1009 | 10/16/1996 | Expect to offer |
| SCO1463149 | SCO1463175 | | N/A | May offer |
| SCO1463814 | SCO1463818 | 4/20/2007 Brakebill Decl. Ex. 56 | 8/28/2003 | May offer |
| SCO1501628 | SCO1501631 | 1/17/2007 Hatch Decl. Ex. 27 | 6/27/1996 | Expect to offer |
| SCO1501699 | SCO1501699 | | 5/6/1997 | May offer |
| SCO1512026 | SCO1512029 | | 6/12/2003 | May offer |
| SCO1555782 | SCO1555783 | 1/17/2007 Hatch Decl. Ex. 56 | 10/10/2003 | Expect to offer |
| SCO1556043 | SCO1556044 | 12/01/2006 Brakebill Decl. Ex. 32 | 6/16/2003 | May offer |
| SCO1578447 | SCO1578456 | | 2/9/2001 | May offer |
| SCO1578583 | SCO1578608 | Deposition Exhibit No. 1068 | 5/7/2001 | Expect to offer |
| SCO1578984 | SCO1578988 | 12/12/2006 Hatch Decl. Ex. 9 | 5/29/1998 | Expect to offer |
| SCO1579207 | SCO1579211 | Deposition Exhibit No. 1001 | 10/16/1996 | Expect to offer |
| SCO1579298 | SCO1579298 | Deposition Exhibit No. 1061 | 10/18/1995 | Expect to offer |
| SCO1603611 | SCO1603615 | Deposition Exhibit No. 1070 | N/A | Expect to offer |
| SCO1604953 | SCO1604953 | | 9/1/1995 | May offer |
| SCO1604957 | SCO1604979 | | 10/19/1995 | Expect to offer |
| SCO1605019 | SCO1605022 | 5/29/2007 Normand Decl. Ex. 2 | 10/16/1995 | Expect to offer |
| SCO1605380 | SCO1605393 | | 4/29/2003 | May offer |
| SCO1616531 | SCO1616531 | | 00/00/2003 | May offer |
| SCO1626825 | SCO1626826 | Deposition Exhibit No. 1069 | N/A | Expect to offer |
| SCO1627071 | SCO1627099 | 1/16/2007 Sneddon Decl. Ex. 3 | 3/3/1996 | May offer |
| SCO1627105 | SCO1627134 | 1/16/2007 Sneddon Decl. Ex. 2 | 3/3/1995 | May offer |
| SCO1634414 | SCO1634418 | | 9/13/2000 | May offer |
| SCO1634444 | SCO1634447 | | 12/12/2000 | May offer |
| SCO1641437 | SCO1641437 | 1/17/2007 Hatch Decl. Ex. 39 | 7/7/1997 | Expect to offer |
| SCO1642206 | SCO1642225 | | 10/16/1995 | May offer |
| SCO1642722 | SCO1642722 | | 11/4/1995 | Expect to offer |
| SCO1642723 | SCO1642725 | | 11/3/1995 | Expect to offer |
| SCO1643179 | SCO1643189 | | 10/9/1995 | Expect to offer |
| SCO1647427 | SCO1647427 | | 5/8/1996 | May offer |
| SCO1647459 | SCO1647462 | | 5/1/1996 | May offer |
| SCO1647466 | SCO1647466 | | 4/30/1996 | May offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCO1685280 | SCO1685281 | | 8/31/2004 | May offer |
| SCO1689380 | SCO1689405 | | 12/00/2004 | May offer |
| SCO1690946 | SCO1690948 | 5/18/2007 Hatch Decl. Ex. 47 | 12/19/2003 | May offer |
| SCO1750290 | SCO1750290 | | N/A | May offer |
| SCO1760640 | SCO1760640 | | 2/10/2003 | Expect to offer |
| SCO1769390 | SCO1769433 | | 09/00/2000 | May offer |
| SCO1783978 | SCO1783980 | 5/18/2007 James Decl. Ex. 79 | 00/00/2004 | May offer |
| SCO1783980 | SCO1783980 | | 4/6/2004 | May offer |
| SCO1786913 | SCO1786933 | | 6/26/2003 | May offer |
| SCO1788878 | SCO1788878 | | 8/29/1996 | May offer |
| SCO1788879 | SCO1788879 | 1/16/2007 Sneddon Decl. Ex. 5 | 4/26/1996 | May offer |
| SCO1788880 | SCO1788884 | Deposition Exhibit No. 1011 | 2/27/2003 | May offer |
| SCON0000106 | SCON0000108 | 12/01/2006 Brakebill Decl. Ex. 25 | 3/6/2003 | May offer |
| SCON0000672 | SCON0000715 | 12/01/2006 Brakebill Decl. Ex. 12 | 01/00/1989 | May offer |
| SCON0011987 | SCON0011990 | 12/01/2006 Brakebill Decl. Ex. 26 | 5/29/2003 | May offer |
| SCON0019909 | SCON0019928 | 12/01/2006 Brakebill Decl. Ex. 5 | 2/1/1985 | May offer |
| SCON0019930 | SCON0019938 | 12/01/2006 Brakebill Decl. Ex. 6 | 2/1/1985 | May offer |
| SCON0019940 | SCON0019940 | 12/01/2006 Brakebill Decl. Ex. 7 | 2/1/1985 | May offer |
| SCON0019942 | SCON0019952 | 12/01/2006 Brakebill Decl. Ex. 8 | 2/1/1985 | May offer |
| SCON0020898 | SCON0020949 | 4/20/2007 Brakebill Decl. Ex. 13 | 9/30/2001 | May offer |
| SCON0024112 | SCON0024113 | | 5/12/2003 | May offer |
| SCON0024148 | SCON0024148 | | 6/26/2003 | May offer |
| SCON0024157 | SCON0024159 | 12/1/2006 Brakebill Decl. Ex. 33 | 10/7/2003 | Expect to offer |
| SCON0024164 | SCON0024165 | 4/20/2007 Brakebill Decl. Ex. 19 | 10/7/2003 | May offer |
| SCON0025787 | SCON0025785 | | 1/28/1986 | May offer |
| SCON0029957 | SCON0029962 | | N/A | May offer |
| SCON0036444 | SCON0036455 | | 11/1/1989 | May offer |
| SCON0036494 | SCON0036505 | | 6/13/1996 | May offer |
| SCON0037073 | SCON0037231 | | 2/12/1993 | May offer |
| SCON0037232 | SCON0037234 | | 1/29/2004 | May offer |
| SCON0048419 | SCON0048419 | | N/A | May offer |
| SCON0048531 | SCON0048538 | | 8/11/2003 | May offer |
| SCON0055173 | SCON0055173 | | 3/7/2003 | May offer |
| SCON0055196 | SCON0055198 | | 5/28/2003 | May offer |
| SCON0055254 | SCON0055254 | | 1/15/2004 | May offer |
| SCON0087822 | SCON0087827 | 1/17/2007 Hatch Decl. Ex. 16 | 3/25/1996 | Expect to offer |
| SCON0098857 | SCON0098869 | | 12/21/1999 | Expect to offer |
| SCON0114012 | SCON0114017 | | 5/21/2004 | May offer |
| SCON0122780 | SCON0122782 | | 3/22/1996 | Expect to offer |
| SCOR0000509 | SCOR0000511 | | 11/4/2003 | May offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCOR0004240 | SCOR0004244 | | 5/29/2003 | May offer |
| SCOR0004245 | SCOR0004248 | | 7/3/2003 | May offer |
| SCOR0004249 | SCOR0004252 | | 6/30/2003 | May offer |
| SCOR0004253 | SCOR0004256 | | 7/3/2003 | May offer |
| SCOR0004261 | SCOR0004264 | | 7/7/2003 | May offer |
| SCOR0004265 | SCOR0004273 | | 7/7/2003 | May offer |
| SCOR0004274 | SCOR0004303 | | 7/2/2003 | May offer |
| SCOR0004304 | SCOR0004331 | | 6/27/2003 | May offer |
| SCOR0004332 | SCOR0004361 | | 7/2/2003 | May offer |
| SCOR0004362 | SCOR0004391 | | 7/2/2003 | May offer |
| SCOR0004392 | SCOR0004422 | | 7/8/2003 | May offer |
| SCOR0004423 | SCOR0004453 | | 7/3/2003 | May offer |
| SCOR0004454 | SCOR0004483 | | 7/3/2003 | May offer |
| SCOR0004484 | SCOR0004512 | | 7/3/2003 | May offer |
| SCOR10729 | SCOR10729 | | 2/20/2003 | May offer |
| SCOTR000001 | SCOTR000005 | | 00/00/2005 | May offer |
| SCOTR000006 | SCOTR000044 | | 4/00/2001 | May offer |
| SCOTR000045 | SCOTR000047 | | 4/25/2005 | May offer |
| SCOTR000048 | SCOTR000101 | | 4/00/1980 | May offer |
| SCOTR000102 | SCOTR000124 | | 6/00/2003 | May offer |
| SCOTR000125 | SCOTR000126 | | 6/07/2003 | May offer |
| SCOTR000127 | SCOTR000128 | | 5/29/2003 | May offer |
| SCOTR000129 | SCOTR000130 | | N/A | May offer |
| SCOTR000131 | SCOTR000164 | | N/A | May offer |
| SCOTR000165 | SCOTR000172 | | 3/6/2003 | May offer |
| SCOTR000173 | SCOTR000175 | | 4/21/2003 | May offer |
| SCOTR000176 | SCOTR000201 | | 10/14/2003 | May offer |
| SCOTR000202 | SCOTR000203 | | 12/23/2003 | May offer |
| SCOTR000204 | SCOTR000205 | | 6/6/2005 | May offer |
| SCOTR000206 | SCOTR000286 | | 8/8/2003 | May offer |
| SCOTR000287 | SCOTR000288 | | 10/18/2003 | May offer |
| SCOTR000289 | SCOTR000290 | | 5/28/2003 | May offer |
| SCOTR000291 | SCOTR000291 | | 5/29/2003 | May offer |
| SCOTR000292 | SCOTR000293 | | N/A | May offer |
| SCOTR000294 | SCOTR000534 | | 00/00/1994 | May offer |
| SCOTR000535 | SCOTR000536 | | 00/00/2005 | May offer |
| SCOTR000537 | SCOTR000538 | | 8/8/2003 | May offer |
| SCOTR000539 | SCOTR000541 | | N/A | May offer |
| SCOTR000542 | SCOTR000544 | | N/A | May offer |
| SCOTR000545 | SCOTR000550 | | N/A | May offer |
| SCOTR000551 | SCOTR000554 | | N/A | May offer |
| SCOTR000555 | SCOTR000559 | | N/A | May offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCOTR000560 | SCOTR000576 | | N/A | May offer |
| SCOTR000577 | SCOTR000588 | | N/A | May offer |
| SCOTR000589 | SCOTR000590 | | N/A | May offer |
| SCOTR000591 | SCOTR000597 | | N/A | May offer |
| SCOTR000598 | SCOTR000603 | | N/A | May offer |
| SCOTR000604 | SCOTR000611 | | N/A | May offer |
| SCOTR000612 | SCOTR000617 | | N/A | May offer |
| SCOTR000618 | SCOTR000627 | | N/A | May offer |
| SCOTR000628 | SCOTR000636 | | N/A | May offer |
| SCOTR000637 | SCOTR000645 | | N/A | May offer |
| SCOTR000646 | SCOTR000650 | | N/A | May offer |
| SCOTR000651 | SCOTR000661 | | N/A | May offer |
| SCOTR000662 | SCOTR000668 | | N/A | May offer |
| SCOTR000669 | SCOTR000676 | | N/A | May offer |
| SCOTR000677 | SCOTR000686 | | N/A | May offer |
| SCOTR000687 | SCOTR000694 | | N/A | May offer |
| SCOTR000695 | SCOTR000701 | | N/A | May offer |
| SCOTR000702 | SCOTR000707 | | N/A | May offer |
| SCOTR000708 | SCOTR000717 | | N/A | May offer |
| SCOTR000718 | SCOTR000724 | | N/A | May offer |
| SCOTR000725 | SCOTR000731 | | N/A | May offer |
| SCOTR000732 | SCOTR000736 | | N/A | May offer |
| SCOTR000737 | SCOTR000739 | | N/A | May offer |
| SCOTR000740 | SCOTR000748 | | N/A | May offer |
| SCOTR000749 | SCOTR000756 | | N/A | May offer |
| SCOTR000757 | SCOTR000767 | | N/A | May offer |
| SCOTR000768 | SCOTR000784 | | N/A | May offer |
| SCOTR000785 | SCOTR000804 | | N/A | May offer |
| SCOTR000805 | SCOTR000805 | | N/A | May offer |
| SCOTR000856 | SCOTR000861 | | N/A | May offer |
| SCOTR000862 | SCOTR000863 | | N/A | May offer |
| SCOTR000864 | SCOTR000865 | | N/A | May offer |
| SCOTR000866 | SCOTR000867 | | N/A | May offer |
| SCOTR000868 | SCOTR000869 | | N/A | May offer |
| SCOTR000870 | SCOTR000872 | | N/A | May offer |
| SCOTR000873 | SCOTR000874 | | N/A | May offer |
| SCOTR000875 | SCOTR000876 | | N/A | May offer |
| SCOTR000877 | SCOTR000878 | | N/A | May offer |
| SCOTR000879 | SCOTR000880 | | N/A | May offer |
| SCOTR000881 | SCOTR000882 | | N/A | May offer |
| SCOTR000883 | SCOTR000884 | | N/A | May offer |
| SCOTR000885 | SCOTR000886 | | N/A | May offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCOTR000887 | SCOTR000888 | | N/A | May offer |
| SCOTR000889 | SCOTR000890 | | N/A | May offer |
| SCOTR000891 | SCOTR000892 | | N/A | May offer |
| SCOTR000893 | SCOTR000894 | | N/A | May offer |
| SCOTR000895 | SCOTR000900 | | N/A | May offer |
| SCOTR000901 | SCOTR000902 | | N/A | May offer |
| SCOTR000903 | SCOTR000904 | | N/A | May offer |
| SCOTR000905 | SCOTR000906 | | N/A | May offer |
| SCOTR000907 | SCOTR000908 | | N/A | May offer |
| SCOTR000909 | SCOTR000910 | | N/A | May offer |
| SCOTR000911 | SCOTR000912 | | N/A | May offer |
| SCOTR000913 | SCOTR000914 | | N/A | May offer |
| SCOTR000915 | SCOTR000915 | | N/A | May offer |
| SCOTR000916 | SCOTR000916 | | N/A | May offer |
| SCOTR000917 | SCOTR000929 | | N/A | May offer |
| SCOTR000930 | SCOTR000932 | | N/A | May offer |
| SCOTR000933 | SCOTR000934 | | N/A | May offer |
| SCOTR000935 | SCOTR000938 | | N/A | May offer |
| SCOTR000939 | SCOTR000942 | | N/A | May offer |
| SCOTR000943 | SCOTR000998 | | 00/00/20005 | May offer |
| SCOTR000999 | SCOTR000999 | | 12/2/2003 | May offer |
| SCOTR001000 | SCOTR001001 | | 11/19/2004 | May offer |
| SCOTR001002 | SCOTR001003 | | 1/6/2005 | May offer |
| SCOTR001004 | SCOTR001016 | | 2/16/2006 | May offer |
| SCOTR001017 | SCOTR001028 | | 11/6/2006 | May offer |
| SCOTR001029 | SCOTR001038 | | 2/2/2007 | May offer |
| SCOTR001039 | SCOTR001051 | | 2/8/2007 | May offer |
| SCOTR001052 | SCOTR001055 | | 2/18/2004 | May offer |
| SCOTR001056 | SCOTR001063 | | 2/18/2004 | May offer |
| SCOTR001064 | SCOTR001065 | | 2/20/2007 | May offer |
| SCOTR001066 | SCOTR001067 | | 1/2/2002 | May offer |
| SCOTR001068 | SCOTR001069 | | N/A | May offer |
| SCOTR001070 | SCOTR001095 | | 10/14/2003 | May offer |
| SCOTR001096 | SCOTR001119 | | 04/00/2005 | May offer |
| SCOTR001120 | SCOTR001132 | | 11/00/2004 | May offer |
| SCOTR001133 | SCOTR001135 | | 5/14/2004 | May offer |
| SCOTR001136 | SCOTR001439 | | 05/00/2006 | May offer |
| SCOTR001440 | SCOTR001477 | | 10/13/1997 | May offer |
| SCOTR001478 | SCOTR001497 | | 5/10/1999 | May offer |
| SCOTR001498 | SCOTR001696 | | 6/8/2001 | May offer |
| SCOTR001697 | SCOTR001720 | | 7/24/2006 | May offer |
| SCOTR001721 | SCOTR001721 | | 10/00/1997 | May offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCOTR001722 | SCOTR001725 | | 3/16/2004 | May offer |
| SCOTR001726 | SCOTR001763 | | 12/00/2005 | May offer |
| SCOTR001764 | SCOTR001771 | | 12/00/2004 | May offer |
| SCOTR001772 | SCOTR001807 | | 02/00/2007 | May offer |
| SCOTR001808 | SCOTR001814 | | 08/00/2005 | May offer |
| SCOTR001815 | SCOTR001815 | | 2/21/2006 | May offer |
| SCOTR001816 | SCOTR001829 | | 06/00/2001 | May offer |
| SCOTR001830 | SCOTR001831 | | 10/00/2006 | May offer |
| SCOTR001832 | SCOTR001843 | | N/A | May offer |
| SCOTR001844 | SCOTR001847 | | 4/16/2001 | May offer |
| SCOTR001848 | SCOTR001850 | | 1/3/1995 | May offer |
| SCOTR001851 | SCOTR001957 | | 08/00/1999 | May offer |
| SCOTR001958 | SCOTR001959 | | N/A | May offer |
| SCOTR001960 | SCOTR001960 | | 11/00/1981 | May offer |
| SCOTR001961 | SCOTR001981 | | 06/00/1986 | May offer |
| SCOTR001982 | SCOTR001983 | | 11/1/1995 | May offer |
| SCOTR001984 | SCOTR001993 | | 12/00/2006 | May offer |
| SCOTR001994 | SCOTR001998 | | 5/14/2007 | May offer |
| SCOTR001999 | SCOTR002007 | | 10/12/2006 | May offer |
| SCOTR002008 | SCOTR002088 | | 12/23/2003 | May offer |
| SCOTR002089 | SCOTR002091 | | 9/15/2005 | May offer |
| SCOTR002092 | SCOTR002128 | | 4/27/2004 | May offer |
| SCOTR002129 | SCOTR002129 | | 11/17/2006 | May offer |
| SCOTR002166 | SCOTR002169 | | N/A | May offer |
| SCOTR002170 | SCOTR002171 | | 3/3/2003 | May offer |
| SCOTR002172 | SCOTR002182 | | 11/23/2004 | May offer |
| SCOTR002183 | SCOTR002186 | | 00/00/2003 | May offer |
| SCOTR002187 | SCOTR002201 | | 5/17/2004 | May offer |
| SCOTR002202 | SCOTR002205 | | 04/00/2004 | May offer |
| SCOTR002206 | SCOTR002208 | | 2/24/2007 | May offer |
| SCOTR002209 | SCOTR002209 | | 7/19/2002 | May offer |
| SCOTR002210 | SCOTR002210 | | N/A | May offer |
| SCOTR002211 | SCOTR002211 | | N/A | May offer |
| SCOTR002212 | SCOTR002216 | | N/A | May offer |
| SCOTR002217 | SCOTR002315 | | N/A | Expect to offer |
| SCOTR002316 | SCOTR002418 | | 00/00/2003 | Expect to offer |
| SCOTR002419 | SCOTR002537 | | 00/00/2004 | Expect to offer |
| SCOTR002538 | SCOTR002690 | | 00/00/2005 | Expect to offer |
| SCOTR002691 | SCOTR002780 | | 00/00/2006 | May offer |
| SCOTR002781 | SCOTR002792 | | 00/00/2001 | May offer |
| SCOTR002793 | SCOTR002847 | | 00/00/2002 | May offer |
| SCOTR002848 | SCOTR002943 | | 00/00/2002 | May offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCOTR002944 | SCOTR003151 | | 00/00/2002 | May offer |
| SCOTR003152 | SCOTR003317 | | 00/00/2007 | May offer |
| SCOTR003318 | SCOTR003328 | | 00/00/2004 | May offer |
| SCOTR003329 | SCOTR003432 | | 00/00/0004 | May offer |
| SCOTR003433 | SCOTR003530 | | 00/00/2005 | May offer |
| SCOTR003531 | SCOTR003569 | | 00/00/2006 | May offer |
| SCOTR003570 | SCOTR003603 | | 1/31/2001 | May offer |
| SCOTR003604 | SCOTR003637 | | 1/31/2002 | May offer |
| SCOTR003638 | SCOTR003706 | | 1/31/2003 | May offer |
| SCOTR003707 | SCOTR003767 | | 1/31/2004 | May offer |
| SCOTR003768 | SCOTR003777 | | 1/31/2004 | May offer |
| SCOTR003778 | SCOTR003845 | | 1/31/2005 | May offer |
| SCOTR003846 | SCOTR003893 | | 1/31/2005 | May offer |
| SCOTR003894 | SCOTR003941 | | 1/31/2006 | May offer |
| SCOTR003942 | SCOTR003981 | | 1/31/2007 | May offer |
| SCOTR003982 | SCOTR004017 | | 4/30/2001 | May offer |
| SCOTR004018 | SCOTR004060 | | 4/30/2002 | May offer |
| SCOTR004061 | SCOTR004139 | | 4/30/2003 | May offer |
| SCOTR004140 | SCOTR004212 | | 4/30/2004 | May offer |
| SCOTR004213 | SCOTR004220 | | 4/30/2004 | May offer |
| SCOTR004221 | SCOTR004284 | | 4/30/2005 | May offer |
| SCOTR004285 | SCOTR004335 | | 4/30/2005 | May offer |
| SCOTR004336 | SCOTR004386 | | 4/30/2006 | May offer |
| SCOTR004387 | SCOTR004420 | | 4/30/2007 | May offer |
| SCOTR004421 | SCOTR004425 | | 7/31/2001 | May offer |
| SCOTR004426 | SCOTR004462 | | 7/31/2002 | May offer |
| SCOTR004463 | SCOTR004534 | | N/A | May offer |
| SCOTR004535 | SCOTR004609 | | 7/31/2003 | May offer |
| SCOTR004610 | SCOTR004675 | | 7/31/2004 | May offer |
| SCOTR004676 | SCOTR004739 | | 7/31/2004 | May offer |
| SCOTR004740 | SCOTR004791 | | 7/31/2005 | May offer |
| SCOTR004792 | SCOTR004793 | | 7/31/2006 | May offer |
| SCOTR004794 | SCOTR004795 | | N/A | Expect to offer |
| SCOTR004796 | SCOTR004797 | | 7/27/1987 | Expect to offer |
| SCOTR004798 | SCOTR004799 | | 5/9/1990 | Expect to offer |
| SCOTR004800 | SCOTR004801 | | 5/9/1990 | Expect to offer |
| SCOTR004802 | SCOTR004803 | | 5/10/1990 | Expect to offer |
| SCOTR004804 | SCOTR004805 | | 5/10/1990 | Expect to offer |
| SCOTR004806 | SCOTR004807 | | 5/9/1990 | Expect to offer |
| SCOTR004808 | SCOTR004809 | | 8/27/1990 | Expect to offer |
| SCOTR004810 | SCOTR004810 | | 9/11/1990 | Expect to offer |
| SCOTR004811 | SCOTR004812 | | 11/22/1991 | Expect to offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCOTR004813 | SCOTR004814 | | 12/19/1991 | Expect to offer |
| SCOTR004815 | SCOTR004816 | | 12/19/1991 | Expect to offer |
| SCOTR004817 | SCOTR004818 | | 12/19/1991 | May offer |
| SCOTR004819 | SCOTR004820 | | 6/30/2003 | May offer |
| SCOTR004821 | SCOTR004822 | | 7/9/2003 | May offer |
| SCOTR004823 | SCOTR004824 | | 7/7/2003 | May offer |
| SCOTR004825 | SCOTR004826 | | 7/7/2003 | May offer |
| SCOTR004827 | SCOTR004828 | | 7/7/2003 | May offer |
| SCOTR004829 | SCOTR004830 | | 7/3/2003 | May offer |
| SCOTR004831 | SCOTR004832 | | 7/3/2003 | May offer |
| SCOTR004833 | SCOTR004834 | | 7/16/2003 | May offer |
| SCOTR004835 | SCOTR004836 | | 6/11/2003 | May offer |
| SCOTR004837 | SCOTR004838 | | 6/29/2004 | Expect to offer |
| SCOTR004839 | SCOTR004840 | | 11/25/1987 | Expect to offer |
| SCOTR004841 | SCOTR004842 | | 3/25/1992 | Expect to offer |
| SCOTR004843 | SCOTR004844 | | 4/21/2006 | Expect to offer |
| SCOTR004845 | SCOTR004848 | | 4/7/1992 | Expect to offer |
| SCOTR004849 | SCOTR004852 | | 5/15/1992 | Expect to offer |
| WSGR01167 | WSGR01169 | | N/A | May offer |
| WSGR02008 | WSGR02010 | | N/A | May offer |
| WSGR02011 | WSGR02016 | | N/A | May offer |
| WSGR02077 | WSGR02101 | | N/A | May offer |
| N/A | N/A | 1/17/2007 Hatch Decl. Ex 35 | N/A | May offer |
| N/A | N/A | 1/17/2007 Hatch Decl. Ex. 41 | 11/5/2003 | May offer |
| N/A | N/A | 1/17/2007 Hatch Decl. Ex. 42 | 3/25/2004 | May offer |
| N/A | N/A | 1/17/2007 Hatch Decl. Ex. 58 | 3/23/2004 | Expect to offer |
| N/A | N/A | 12/1/2006 Brakebill Decl. Ex. 28 | 6/11/2003 | Expect to offer |
| N/A | N/A | 12/1/2006 Brakebill Decl. Ex. 36 | 10/13/2003 | Expect to offer |
| N/A | N/A | 12/1/2006 Brakebill Decl. Ex. 40 | N/A | Expect to offer |
| N/A | N/A | 12/1/2006 Brakebill Decl. Ex. 41 | 2/11/2004 | Expect to offer |
| N/A | N/A | 12/12/2006 Hatch Decl. Ex. 1 | 10/28/1995 | Expect to offer |
| N/A | N/A | 12/12/2006 Hatch Decl. Ex. 2 | 10/26/1996 | Expect to offer |
| N/A | N/A | 12/12/2006 Hatch Decl. Ex. 3 | 1/27/1996 | Expect to offer |
| N/A | N/A | 12/12/2006 Hatch Decl. Ex. 4 | 4/27/1996 | Expect to offer |
| N/A | N/A | 12/12/2006 Hatch Decl. Ex. 44 | 6/8/2000 | Expect to offer |
| N/A | N/A | 12/12/2006 Hatch Decl. Ex. 45 | 6/26/2003 | Expect to offer |
| N/A | N/A | 12/12/2006 Hatch Decl. Ex. 46 | 8/22/2006 | Expect to offer |
| N/A | N/A | 12/12/2006 Hatch Decl. Ex. 5 | 7/27/1996 | Expect to offer |
| N/A | N/A | 3/16/2007 James Decl. Ex. 10 | 7/13/1995 | Expect to offer |
| N/A | N/A | 4/9/2007 Normand Decl. Ex. 23 | 3/25/1992 | Expect to offer |
| N/A | N/A | 4/9/2007 Normand Decl. Ex. 25 | 5/15/1992 | Expect to offer |
| N/A | N/A | 4/9/2007 Normand Decl. Ex. 27 | 00/00/1996 | Expect to offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| N/A | N/A | 4/9/2007 Normand Decl. Ex. 28 | 00/00/1997 | Expect to offer |
| N/A | N/A | 5/18/2007 James Decl. Ex. 116 | 11/24/1997 | May offer |
| N/A | N/A | 5/18/2007 James Decl. Ex. 117 | 12/1/1997 | May offer |
| N/A | N/A | 5/18/2007 James Decl. Ex. 24 | 5/15/1992 | Expect to offer |
| N/A | N/A | 5/18/2007 James Decl. Ex. 53 | 12/22/2003 | May offer |
| N/A | N/A | 5/18/2007 James Decl. Ex. 54 | 3/16/2004 | Expect to offer |
| N/A | N/A | 5/18/2007 James Decl. Ex. 55 | 3/16/2004 | May offer |
| N/A | N/A | 5/29/2007 Normand Decl. Ex. 10 | 11/25/1997 | May offer |
| N/A | N/A | 5/29/2007 Normand Decl. Ex. 34 | 9/30/1996 | Expect to offer |
| N/A | N/A | 9/26/2006 Jacobs Decl. Ex. 6 | 10/31/2000 | May offer |
| N/A | N/A | 9/29/2006 Jacobs Decl. Ex. 15 | 1/7/2004 | Expect to offer |
| N/A | N/A | Deposition Exhibit No. 1010 | 00/00/2004 | Expect to offer |
| N/A | N/A | Deposition Exhibit No. 1013 | 5/28/2003 | Expect to offer |
| N/A | N/A | Deposition Exhibit No. 1028 | 9/20/1995 | Expect to offer |
| N/A | N/A | Deposition Exhibit No. 1071 | 4/27/2001 | Expect to offer |
| N/A | N/A | Deposition Exhibit No. 1093 | 11/25/1996 | Expect to offer |
| N/A | N/A | Deposition Exhibit No. 1096 | 12/6/1995 | Expect to offer |
| N/A | N/A | Deposition Exhibit No. 1103 | N/A | Expect to offer |
| N/A | N/A | Deposition Exhibit No. 1114 | N/A | Expect to offer |
| N/A | N/A | Deposition Exhibit No. 12 | 7/21/2003 | May offer |
| N/A | N/A | Deposition Exhibit No. 13 | 8/5/2003 | May offer |
| N/A | N/A | Deposition Exhibit No. 43 | 10/28/1994 | Expect to offer |
| SCOTR004864 | SCOTR004864 | First and last 25 pages of UNIX 5th Edition Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004853 | SCOTR004853 | UNIX 6th Edition Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004853 | SCOTR004853 | UNIX 7th Edition Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004860 | SCOTR004860 | UNIX SVr3.1 Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004861 | SCOTR004861 | UNIX SVr3.2 Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |

| BEGINNING BATES | ENDING BATES | OTHER DOCUMENT IDENTIFIER (SJ OR DEPOSITION EXHIBIT) | DOCUMENT DATE | EXPECT TO OFFER/ MAY OFFER |
|---|---|---|---|---|
| SCOTR004859 | SCOTR004859 | UNIX SVr3.2/386 Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004859 | SCOTR004859 | UNIX SVr4.0/i386 Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004859 | SCOTR004859 | UNIX SVr4.0v3/386 Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004863 | SCOTR004863 | UNIX SVr4.1 Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004855 | SCOTR004855 | UNIX SVr4.1-ES Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004856 | SCOTR004856 | UNIX SVr4.2-ES-MP Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004854 | SCOTR004854 | UnixWare 2.0.1 Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |
| SCOTR004857 | SCOTR004857 | UnixWare 2.1 Operating System (Source Code), considered by Thomas Cargill in his May 29, 2007 expert report. | N/A | May offer |

DATED this 6th day of August, 2007.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
David Boies
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand

DORSEY & WHITNEY LLP
Devan V. Padmanabhan

*Counsel for The SCO Group, Inc.*

By:  ___/s/ Edward Normand_____

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing SCO's Amended Rule 26(a)(3) Pretrial Disclosures was served on Defendant, Novell, Inc., on this 6th of August, 2007, by email and/or CM-ECF to:

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
ANDERSON & KARRENBERG
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101

Michael A. Jacobs
Matthew I. Kreeger
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482

_____/s/ Edward Normand_____