Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,  Plaintiff/Counterclaim-Defendant, vs. NOVELL, INC., a Delaware corporation,  Defendant/Counterclaim-Plaintiff. | **STIPULATION AND [PROPOSED] ORDER EXTENDING PRE-TRIAL RULE 26(a)(3) DISCLOSURE OBJECTIONS**  Civil No.: 2:04CV00139  Judge Dale A. Kimball  Magistrate Brooke C. Wells |

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc. ("SCO"), and Defendant/Counterclaim-Plaintiff Novell, Inc. ("Novell"), hereby stipulate that the deadline to file objections to the Pre-Trial Rule 26(a)(3) Disclosures is extended up to and including August 31, 2007.

The parties submit herewith a proposed Order confirming this deadline.

DATED this 8th day of August, 2007.

                                          HATCH, JAMES & DODGE, P.C.
                                          Brent O. Hatch
                                          Mark F. James

                                          BOIES, SCHILLER & FLEXNER LLP
                                          David Boies
                                          Robert Silver
                                          Stuart H. Singer
                                          Stephen N. Zack
                                          Edward Normand

                                          DORSEY & WHITNEY LLP
                                          Devan V. Padmanabhan

                                          *Counsel for The SCO Group, Inc.*

                                          By: /s/ Edward Normand

*Signatures continued on following page.*

DATED this 8th day of August, 2007.

                    MORRISON & FOERSTER LLP
Michael A. Jacobs
Kenneth W. Brakebill
David E. Melaugh

ANDERSON & KARRENBERG
Thomas R. Karenberg
John P. Mullen
Heather M. Sneddon

*Counsel for Novell, Inc.*

By: /s/  David E. Melaugh
(*Signed by filing attorney with permission of David E. Melaugh*)

**CERTIFICATE OF SERVICE**

      Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing *Stipulation and [Proposed] Order Extending Pre-Trial Rule 26(a)(3) Disclosure Objections* was served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on this 8th day of August, 2007, via CM/ECF to the following:

      Thomas R. Karrenberg
      John P. Mullen
      Heather M. Sneddon
      ANDERSON & KARRENBERG
      700 Bank One Tower
      50 West Broadway
      Salt Lake City, UT 84101

      Michael A. Jacobs
      Matthew I. Kreeger
      Kenneth W. Brakebill
      David E. Melaugh
      MORRISON & FOERSTER
      425 Market Street
      San Francisco, CA 94105-2482

      /s/  Edward Normand