Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  (801) 363-6363
Facsimile:  (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Plaintiff, The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> NOVELL, INC., a Delaware corporation, <br><br> Defendant/Counterclaim-Plaintiff. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT PRE-TRIAL ORDER** <br><br> Civil No.:  2:04CV00139 <br><br> Judge Dale A. Kimball <br><br> Magistrate Brooke C. Wells |

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc. ("SCO"), and Defendant/Counterclaim-Plaintiff Novell, Inc. ("Novell"), hereby stipulate that the deadline to submit the Pre-Trial Order is extended up to and including August 17, 2007.

The parties submit herewith a proposed Order confirming this deadline.

DATED this 9th day of August, 2007.

                      HATCH, JAMES & DODGE, P.C.
                      Brent O. Hatch
                      Mark F. James

                      BOIES, SCHILLER & FLEXNER LLP
                      David Boies
                      Robert Silver
                      Stuart H. Singer
                      Stephen N. Zack
                      Edward Normand

                      DORSEY & WHITNEY LLP
                      Devan V. Padmanabhan

                      *Counsel for The SCO Group, Inc.*

                      By: /s/ Edward Normand

*Signatures continued on following page.*

DATED this 9th day of August, 2007.

    MORRISON & FOERSTER LLP
Michael A. Jacobs
Kenneth W. Brakebill
David E. Melaugh

ANDERSON & KARRENBERG
Thomas R. Karenberg
John P. Mullen
Heather M. Sneddon

*Counsel for Novell, Inc.*

By: /s/ David E. Melaugh
(*Signed by filing attorney with permission of David E. Melaugh*)

## CERTIFICATE OF SERVICE

      Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing *Stipulation and [Proposed] Order Extending Time to Submit Pre-Trial Order* was served on Defendant/Counterclaim-Plaintiff, Novell, Inc., on this 9th day of August, 2007, via CM/ECF to the following:

    Thomas R. Karrenberg
    John P. Mullen
    Heather M. Sneddon
    ANDERSON & KARRENBERG
    700 Bank One Tower
    50 West Broadway
    Salt Lake City, UT 84101

    Michael A. Jacobs
    Matthew I. Kreeger
    Kenneth W. Brakebill
    David E. Melaugh
    MORRISON & FOERSTER
    425 Market Street
    San Francisco, CA 94105-2482

/s/  Edward Normand