MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant and Counterclaim-Plaintiff Novell, Inc.**

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>　　　Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>　　　Defendant and Counterclaim-Plaintiff. | **NOVELL'S FIRST AMENDED RULE 26 PRETRIAL DISCLOSURES**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

In light of the Court's August 10, 2007 Memorandum Decision and Order, the parties have agreed to exchange amended pretrial disclosures. Pursuant to Federal Rule of Civil Procedure 26(a)(3), Novell hereby makes the following amended disclosures:

**Federal Rule of Civil Procedure 26(a)(3)(A):** Please see Exhibits A-1 and A-2.

**Federal Rule of Civil Procedure 26(a)(3)(B):** Please see Exhibit B. Please note that this exhibit designates deposition testimony from both this action and from depositions in *SCO v. IBM*, Case No. 2:03CV294 DAK.

**Federal Rule of Civil Procedure 26(a)(3)(C):** Please see Exhibit C. Please note that, due to the considerably reduced size of this disclosure, Novell has renumbered the exhibits. Exhibit C also discloses 185 exhibits that were not disclosed on Novell's August 2, 2007 Rule 26(a)(3) disclosures. Roughly three quarters of these exhibits are material that Novell only intends to use in the event SCO advances any new theory of SCOsource revenue apportionment, to support Novell's own apportionment of those revenues.

These disclosures are made on the basis of the Court's August 10 Order and the parties' August 17 Joint Statement. Novell notes that the parties are continuing to meet and confer regarding certain outstanding discovery issues as well as possibilities for further narrowing of the scope of trial. Novell also intends to bring a motion for a bench trial. Novell reserves the right to supplement or otherwise modify these disclosures.

(*Signature page follows*)

2

DATED:	August 22, 2007

                                        ANDERSON & KARRENBERG

                                        */s/  Heather M. Sneddon*

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*

**Attorneys for Novell, Inc.**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2007, I caused a true and correct copy of **NOVELL'S FIRST AMENDED RULE 26 PRETRIAL DISCLOSURES** to be served to the following:

*Via CM/ECF:*

>Brent O. Hatch
>Mark F. James
>HATCH JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

>Stuart H. Singer
>William T. Dzurilla
>Sashi Bach Boruchow
>BOIES, SCHILLER & FLEXNER LLP
>401 East Las Olas Blvd., Suite 1200
>Fort Lauderdale, Florida 33301

>David Boies
>Edward J. Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

>Devan V. Padmanabhan
>John J. Brogan
>DORSEY & WHITNEY, LLP
>50 South Sixth Street, Suite 1500
>Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid:*

>Stephen Neal Zack
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

/s/ Heather M. Sneddon

3