**SCO v. Novell, Case No. 2:04CV00139 -- Exhibit A-1**

*First Amended Novell FRCP 26(a)(3)(A) Disclosure: Witnesses Whom Novell Expects to Present*

| Last Name | First Name | Contact Information |
|---|---|---|
| Bready | Mike | Please contact via Morrison & Foerster LLP. |
| Jones | Gregory | Please contact via Morrison & Foerster LLP. |
| LaSala | Joseph | Please contact via Morrison & Foerster LLP. |
| McBride | Darl | Contact information known to SCO. |
| Musika | Terry | Please contact via Morrison & Foerster LLP. |
| Sontag | Chris | Contact information known to SCO. |
| Wright | David | Please contact via Morrison & Foerster LLP. |



Dockets.Justia.com

**SCO v. Novell, Case No. 2:04CV00139 -- Exhibit A-2**

*First Amended Novell FRCP 26(a)(3)(A) Disclosure: Witnesses Whom Novell May Present*

| Last Name | First Name | Contact Information |
|---|---|---|
| Acheson | Jean | Contact information known to SCO. |
| Anderer | Michael | David W. Scofield<br>Peters Scofield & Price<br>111 East Broadway, Suite 400<br>Salt Lake City, Utah 84111<br>801.322.2002 |
| Carlton | Kellie | Please contact via Morrison & Foerster LLP. |
| Collier | Greg | Please contact via Morrison & Foerster LLP. |
| Ludwick | James | Please contact via Morrison & Foerster LLP. |
| Marsh | Robert | Michael T. Robbins<br>Doyle Restrepo Harvin & Robbins LLP<br>3700 J.P. Morgan Chase Tower, 600 Travis<br>Houston, Texas 77002<br>713.228.5100 |
| Welker | Steve | Jennifer N. Byde<br>Questar Gas<br>180 East 100 South<br>Salt Lake City, Utah 84145<br>801.324.5392 |

**SCO v. Novell, Case No. 2:04CV00139 -- Exhibit B**

*First Amended Novell FRCP 26(a)(3)(B) Disclosure: Presentation by Deposition*

| Last Name | First Name |
|---|---|
| Dulin | Theresa |
| Gasparro | Larry |
| Hunsaker | Jeffrey |
| Pettit | Greg |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-1 | SCO 1185893-1185990 | 1 Mattingly, 11 Stowell | Normand 01 - 04/09/07, James 001 - 05/18/07, Hatch 03 - 01/17/07, Brakebill 02 - 04/20/07, Jacobs 01 - 09/29/06, Brakebill 01 - 12/01/06 Braham 02 - 04/19/07 | 9/19/1995 | Will | No |
| NOV-EX-2 | SCO 1159699-1159704 | | | 8/3/1984 | May | No |
| NOV-EX-3 | SCO 1045025-1045033 | | | 4/17/1986 | May | No |
| NOV-EX-4 | SCO 1085925-1085939 | | | 10/1/1990 | May | No |
| NOV-EX-5 | NOV 11858-11880 | | Jacobs 10 - 09/29/06 | 1/1/1994 | Will | No |
| NOV-EX-6 | SCO 1286972-1287020 | | | 3/4/1994 | May | Yes |
| NOV-EX-7 | SCO 1641758 | | | 9/13/1995 | May | No |
| NOV-EX-8 | SCO 1641762 | | | 9/13/1995 | May | No |
| NOV-EX-9 | SCO 1186181-1186191 | 137 Chatlos | | 9/26/1995 | Will | No |
| NOV-EX-10 | SCO 1186000-1186017 | 34 Broderick, 1026 Messman | Normand 02 - 04/09/07, James 002 - 05/18/07, Hatch 49 - 01/17/07, Jacobs 02 - 09/29/06, Brakebill 03 - 12/01/06, Brakebill 26 - 04/20/07 | 12/6/1995 | May | No |
| NOV-EX-11 | NOV 376-413 | 1073 Alter | Normand 01 - 05/29/07 | 12/6/1995 | May | No |
| NOV-EX-12 | NOV 42308, SCO 1185881 | 70 Mohan | Brakebill 27 - 04/20/07, James 003 - 05/18/07, Normand 03 - 04/09/07 | 12/6/1995 | May | No |
| NOV-EX-13 | NOV 10141-10162, SCO 1186023-1186044 | 26 Wilt, 358 Broderick | Hatch 06 - 12/12/06, Hatch 10 - 01/17/07, James 031 - 05/18/07, Hatch 06 - 12/12/06, Brakebill 02 - 12/01/06, Brakebill 22 - 04/20/07 | 12/6/1995 | May | No |
| NOV-EX-14 | NOV 7828-7831 | | | 2/1/1996 | May | Yes |
| NOV-EX-15 | NOV 7797-7800 | | | 3/1/1996 | May | Yes |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-16 | NOV 437-438 | | Sneddon 18 - 01/16/07 | 3/12/1996 | Will | No |
| NOV-EX-17 | NOV 11290 | | | 3/18/1996 | Will | No |
| NOV-EX-18 | SCO 1640426-1640428 | 242 Michels | | 4/1/1996 | May | No |
| NOV-EX-19 | NOV 7770-7774 | | | 4/1/1996 | May | Yes |
| NOV-EX-20 | SCO 1647507-1647510 | 46 Sabbath | | 4/8/1996 | May | No |
| NOV-EX-21 | SCO 1647498-1647503 | 47 Sabbath, 132 Maciaszek, 356 Broderick | | 4/9/1996 | May | No |
| NOV-EX-22 | SCO 1647505-1647506 | 48 Sabbath | | 4/9/1996 | May | No |
| NOV-EX-23 | SCO 1788879 | 41 Broderick, 114 Acheson | Sneddon 05 - 01/16/07 | 4/26/1996 | May | No |
| NOV-EX-24 | NOV 9378-9381 | | | 5/1/1996 | May | Yes |
| NOV-EX-25 | SCO 1642825-1642826 | 54 Madsen | Sneddon 03 - 02/20/07 | 5/15/1996 | May | No |
| NOV-EX-26 | SCO 1642822-1642823 | 136 Maciaszek | | 5/15/1996 | May | No |
| NOV-EX-27 | NOV 11119 | | Sneddon 01 - 02/20/07 | 5/20/1996 | Will | No |
| NOV-EX-28 | NOV 11120 | | | 5/20/1996 | Will | No |
| NOV-EX-29 | NOV 11121 | | | 5/20/1996 | Will | No |
| NOV-EX-30 | NOV 11393 | 40 Broderick, 359 Broderick | Sneddon 02 - 02/20/07 | 5/26/1996 | Will | No |
| NOV-EX-31 | NOV 11395 | | | 5/26/1996 | Will | No |
| NOV-EX-32 | NOV 9331-9340 | | | 6/1/1996 | May | Yes |
| NOV-EX-33 | NOV 11289 | | | 6/2/1996 | Will | No |
| NOV-EX-34 | SCON 89548-89554 | | | 7/1/1996 | May | Yes |
| NOV-EX-35 | SCON 89502-89510 | | | 8/1/1996 | May | Yes |
| NOV-EX-36 | NOV 7640 | | | 9/1/1996 | May | Yes |
| NOV-EX-37 | NOVTR 4978-5027 | | | 9/30/1996 | May | Yes |
| NOV-EX-38 | NOV 7619 | | | 10/1/1996 | May | Yes |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-39 | SCO 1579207-1579211 | 1001 Jones, 357 Broderick | Reply 07 - 01/31/07, James 030 - 05/18/07, Brakebill 44 - 12/01/06, Hatch 30 - 01/17/07 | 10/4/1996 | May | No |
| NOV-EX-40 | SCO 1451873-1451875 | 1009 Stone | Normand 05 - 04/09/07, James 005 - 05/18/07, Hatch 08 - 01/17/07, Jacobs 03 - 09/29/06, Brakebill 04 - 12/01/06, Brakebill 28 - 04/20/07 | 10/16/1996 | May | No |
| NOV-EX-41 | NOV 9958-9960 | 42 Broderick, 116 Acheson | Brakebill 14 - 12/01/06, Sneddon 26 - 01/16/07, Hatch 36 - 01/17/07 | 11/1/1996 | Will | No |
| NOV-EX-42 | NOV 7598 | | | 11/1/1996 | May | Yes |
| NOV-EX-43 | SCON 91091-91114 | | | 12/1/1996 | May | Yes |
| NOV-EX-44 | NOV 4479 | | | 1/1/1997 | May | Yes |
| NOV-EX-45 | SCON 90935-90944 | | | 2/1/1997 | May | Yes |
| NOV-EX-46 | NOV 7592-7595 | | Brakebill 43 - 12/01/06, Sneddon 27 - 01/16/07, Hatch 37 - 01/17/07 | 2/26/1997 | Will | No |
| NOV-EX-47 | NOV 7564-7575 | | | 3/1/1997 | May | Yes |
| NOV-EX-48 | NOV 11338 | | | 3/3/1997 | Will | No |
| NOV-EX-49 | SCON 90777-90785 | | | 4/1/1997 | May | Yes |
| NOV-EX-50 | NOV 38284-38285 | | | 4/24/1997 | Will | No |
| NOV-EX-51 | SCON 90730-90739 | | | 5/1/1997 | May | Yes |
| NOV-EX-52 | SCON 90653-90663 | | | 6/1/1997 | May | Yes |
| NOV-EX-53 | NOV 7537-7545 | | | 7/1/1997 | May | Yes |
| NOV-EX-54 | NOV 7526-7536 | | | 8/1/1997 | May | Yes |
| NOV-EX-55 | NOV 7510-7525 | | | 9/1/1997 | May | Yes |
| NOV-EX-56 | NOVTR 5028-5076 | | | 9/30/1997 | May | Yes |
| NOV-EX-57 | SCON 95319-95331 | | | 10/1/1997 | May | Yes |
| NOV-EX-58 | SCON 95299-95318 | | | 11/1/1997 | May | Yes |
| NOV-EX-59 | NOV 17167-17176 | | | 12/1/1997 | May | Yes |
| NOV-EX-60 | NOV 7947-7958 | | | 1/1/1998 | May | Yes |
| NOV-EX-61 | NOV 7959-7970 | | | 2/1/1998 | May | Yes |
| NOV-EX-62 | NOV 35305 | | Sneddon 09 - 01/16/07 | 2/10/1998 | May | No |
| NOV-EX-63 | NOV 35305 | | | 2/10/1998 | Will | Yes |
| NOV-EX-64 | NOV 35307 | | | 2/11/1998 | Will | Yes |
| NOV-EX-65 | NOV 35336-35337 | 118 Acheson | Sneddon 07 - 01/16/07 | 2/16/1998 | May | No |
| NOV-EX-66 | NOV 7971-7985 | | | 3/1/1998 | May | Yes |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-67 | NOV 36170 | 263 Dulin | | 3/5/1998 | May | No |
| NOV-EX-68 | SCON 98366-98367 | 261 Dulin, 353 Acheson | | 3/6/1998 | May | No |
| NOV-EX-69 | SCO 978317-978325 | | | 3/30/1998 | Will | Yes |
| NOV-EX-70 | SCO 1043323-1043337 | | | 3/30/1998 | Will | Yes |
| NOV-EX-71 | NOV 7986-7997 | | | 4/1/1998 | May | Yes |
| NOV-EX-72 | NOV 7998-8009 | | | 5/1/1998 | May | Yes |
| NOV-EX-73 | NOV 8010-8021 | | | 6/1/1998 | May | Yes |
| NOV-EX-74 | NOV 8022-8033 | | | 7/1/1998 | May | Yes |
| NOV-EX-75 | NOV 8034-8046 | | | 8/1/1998 | May | Yes |
| NOV-EX-76 | NOV 8047-8060 | | | 9/1/1998 | May | Yes |
| NOV-EX-77 | NOVTR 5077-5127 | | | 9/30/1998 | May | Yes |
| NOV-EX-78 | NOV 8061-8070 | | | 10/1/1998 | May | Yes |
| NOV-EX-79 | NOV 8071-8080 | | | 11/1/1998 | May | Yes |
| NOV-EX-80 | NOV 8081-8089 | | | 12/1/1998 | May | Yes |
| NOV-EX-81 | NOV 8090-8100 | | | 1/1/1999 | May | Yes |
| NOV-EX-82 | NOV 8101-8111 | | | 2/1/1999 | May | Yes |
| NOV-EX-83 | NOV 8112-8121 | | | 3/1/1999 | May | Yes |
| NOV-EX-84 | SCON 98318-98323 | 117 Acheson | | 3/2/1999 | May | No |
| NOV-EX-85 | NOV 8122-8133 | | | 4/1/1999 | May | Yes |
| NOV-EX-86 | NOV 8134-8148 | | | 5/1/1999 | May | Yes |
| NOV-EX-87 | NOV 8149-8160 | | | 6/1/1999 | May | Yes |
| NOV-EX-88 | NOVTR 128-131 | | | 6/15/1999 | May | No |
| NOV-EX-89 | NOV 8161-8172 | | | 7/1/1999 | May | Yes |
| NOV-EX-90 | NOV 8173-8184 | | | 8/1/1999 | May | Yes |
| NOV-EX-91 | NOV 8185-8195 | | | 9/1/1999 | May | Yes |
| NOV-EX-92 | NOVTR 5128-5171 | | | 9/30/1999 | May | Yes |
| NOV-EX-93 | NOV 8196-8207 | | | 10/1/1999 | May | Yes |
| NOV-EX-94 | NOV 8208-8222 | | | 11/1/1999 | May | Yes |
| NOV-EX-95 | NOV 8223-8231 | | | 12/1/1999 | May | Yes |
| NOV-EX-96 | NOV 8232-8243 | | | 1/1/2000 | May | Yes |
| NOV-EX-97 | NOV 8244-8255 | | | 2/1/2000 | May | Yes |
| NOV-EX-98 | NOV 8256-8266 | | | 3/1/2000 | May | Yes |
| NOV-EX-99 | NOV 8267-8277 | | | 4/1/2000 | May | Yes |
| NOV-EX-100 | NOV 8278-8288 | | | 5/1/2000 | May | Yes |
| NOV-EX-101 | SCO 1296544-1296564 | | | 5/8/2000 | Will | Yes |
| NOV-EX-102 | NOV 8289-8299 | | | 6/1/2000 | May | Yes |
| NOV-EX-103 | NOV 8300-8310 | | | 7/1/2000 | May | Yes |
| NOV-EX-104 | SC0 1627058-1627064 | | Sneddon 01 - 01/16/07 | 8/1/2000 | Will | No |
| NOV-EX-105 | NOV 8311-8322 | | | 8/1/2000 | May | Yes |
| NOV-EX-106 | NOV 8323-8334 | | | 9/1/2000 | May | Yes |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-107 | NOVTR 5172-5244 | | | 9/30/2000 | May | Yes |
| NOV-EX-108 | NOV 8335-8346 | | | 10/1/2000 | May | Yes |
| NOV-EX-109 | NOV 8347-8358 | | | 11/1/2000 | May | Yes |
| NOV-EX-110 | NOV 8359-8370 | | | 12/1/2000 | May | Yes |
| NOV-EX-111 | NOV 8371-8382 | | | 1/1/2001 | May | Yes |
| NOV-EX-112 | NOV 8383-8394 | | | 2/1/2001 | May | Yes |
| NOV-EX-113 | NOV 8395-8405 | | | 3/1/2001 | May | Yes |
| NOV-EX-114 | AA 7265-7735 | 80 Mohan | | 3/26/2001 | May | No |
| NOV-EX-115 | NOV 8406-8416 | | | 4/1/2001 | May | Yes |
| NOV-EX-116 | NOV 8417-8427 | | | 5/1/2001 | May | Yes |
| NOV-EX-117 | NOV 8428-8438 | | | 6/1/2001 | May | Yes |
| NOV-EX-118 | NOV 8439-8449 | | | 7/1/2001 | May | Yes |
| NOV-EX-119 | NOV 8450-8460 | | | 7/1/2001 | May | Yes |
| NOV-EX-120 | NOV 8461-8471 | | | 8/1/2001 | May | Yes |
| NOV-EX-121 | NOV 8472-8482 | | | 8/1/2001 | May | Yes |
| NOV-EX-122 | NOV 8483-8493 | | | 9/1/2001 | May | Yes |
| NOV-EX-123 | NOV 8494-8504 | | | 9/1/2001 | May | Yes |
| NOV-EX-124 | NOVTR 5245-5298 | | | 9/30/2001 | May | Yes |
| NOV-EX-125 | NOV 8505-8515 | | | 10/1/2001 | May | Yes |
| NOV-EX-126 | NOV 8516-8526 | | | 10/1/2001 | May | Yes |
| NOV-EX-127 | NOV 8527-8537 | | | 11/1/2001 | May | Yes |
| NOV-EX-128 | NOV 8538-8548 | | | 12/1/2001 | May | Yes |
| NOV-EX-129 | NOV 8549-8557 | | Sneddon 15 - 01/16/07 | 1/1/2002 | May | No |
| NOV-EX-130 | NOV 8549-8557 | | | 1/1/2002 | May | Yes |
| NOV-EX-131 | NOV 8558-8566 | | | 2/1/2002 | May | Yes |
| NOV-EX-132 | NOV 8567-8577 | | | 3/1/2002 | May | Yes |
| NOV-EX-133 | SCON 101963-101969 | | | 3/4/2002 | May | No |
| NOV-EX-134 | NOV 8578-8588 | | | 4/1/2002 | May | Yes |
| NOV-EX-135 | NOV 8589-8599 | | | 5/1/2002 | May | Yes |
| NOV-EX-136 | NOV 8600-8608 | | | 6/1/2002 | May | Yes |
| NOV-EX-137 | NOV 8609-8617 | | | 7/1/2002 | May | Yes |
| NOV-EX-138 | NOV 8618-8626 | | | 8/1/2002 | May | Yes |
| NOV-EX-139 | SCO 1269208-1269209 | 209 McBride | | 8/12/2002 | May | No |
| NOV-EX-140 | SCO 1272238-1272239 | 210 McBride | | 8/13/2002 | May | No |
| NOV-EX-141 | NOV 8627-8635 | | | 9/1/2002 | May | Yes |
| NOV-EX-142 | NOVTR 5299-5362 | | | 9/30/2002 | May | Yes |
| NOV-EX-143 | SCO 1287696-1287706 | 211 McBride | | 10/1/2002 | Will | No |
| NOV-EX-144 | NOV 8636-8644 | | | 10/1/2002 | May | Yes |
| NOV-EX-145 | SCO 1272401-1272402 | 208 McBride | | 10/2/2002 | Will | No |
| NOV-EX-146 | NOVTR 337-431 | 113 Acheson | | 10/3/2002 | Will | No |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-147 | SCO 1461500-1461501 | 82 Sontag | | 10/22/2002 | Will | No |
| NOV-EX-148 | NOV 8645-8655 | | | 11/1/2002 | May | Yes |
| NOV-EX-149 | NOV 39586 | 1041 LaSala | | 11/15/2002 | Will | No |
| NOV-EX-150 | NOV 39578 | 213 McBride | Brakebill 09 - 05/14/07 | 11/20/2002 | Will | No |
| NOV-EX-151 | NOV 39583 | 1043 LaSala | | 11/21/2002 | Will | No |
| NOV-EX-152 | NOV 39593 | | | 11/21/2002 | Will | No |
| NOV-EX-153 | NOV 39581 | | | 11/21/2002 | Will | No |
| NOV-EX-154 | NOV 39591-39592 | | | 11/22/2002 | Will | No |
| NOV-EX-155 | NOV 8656-8666 | | | 12/1/2002 | May | Yes |
| NOV-EX-156 | NOV 39579-39580 | 1044 LaSala | Brakebill 10 - 05/14/07 | 12/4/2002 | Will | No |
| NOV-EX-157 | NOV 39589-39590 | | | 12/5/2002 | Will | No |
| NOV-EX-158 | NOV 39587-39588 | | | 12/6/2002 | Will | No |
| NOV-EX-159 | SCO 1270120-1270123 | 83 Sontag | | 12/11/2002 | Will | No |
| NOV-EX-160 | SCO 1270136-1270139 | 84 Sontag | | 12/11/2002 | Will | No |
| NOV-EX-161 | SCO 1270095-1270096 | 216 McBride | | 12/11/2002 | Will | No |
| NOV-EX-162 | SCO 1275727-1275746 | | | 12/11/2002 | Will | No |
| NOV-EX-163 | SCO 1270160-1270163 | | | 12/11/2002 | Will | No |
| NOV-EX-164 | SCO 1326902-1326910 | 217 McBride | | 12/16/2002 | May | No |
| NOV-EX-165 | NOV 8667-8677 | | | 1/1/2003 | May | Yes |
| NOV-EX-166 | SCO 1272179 | 162 Anderer, 215 McBride | Brakebill 12 - 05/14/07 | 1/4/2003 | Will | No |
| NOV-EX-167 | SCO 1272214-1272215 | 163 Anderer | | 1/5/2003 | Will | No |
| NOV-EX-168 | SCO 1270678-1270679 | 79 Mohan, 92 Sontag | Brakebill 32 - 04/20/07 | 1/13/2003 | May | No |
| NOV-EX-169 | S2 1031-1044 | 107 Sontag | | 1/13/2003 | Will | No |
| NOV-EX-170 | SCH 1403-1404 | | | 1/14/2003 | May | No |
| NOV-EX-171 | SCO 1616993-1616994 | 108 Sontag | | 1/15/2003 | Will | No |
| NOV-EX-172 | S2 2675-2677 | 158 Anderer | | 1/17/2003 | Will | No |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-173 | NOVTR 453 | 6 Stowell | | 1/22/2003 | Will | No |
| NOV-EX-174 | SCON 41017-41019 | | | 1/22/2003 | Will | No |
| NOV-EX-175 | NOV 8678-8688 | | | 2/1/2003 | May | Yes |
| NOV-EX-176 | S2 142-146 | 159 Anderer | | 2/5/2003 | Will | No |
| NOV-EX-177 | SCON 80535 | | | 2/5/2003 | Will | Yes |
| NOV-EX-178 | SCON 79495-79498 | 85 Sontag | | 2/20/2003 | Will | No |
| NOV-EX-179 | SCO 1616944-1616945 | | | 2/21/2003 | May | Yes |
| NOV-EX-180 | SUN 91-118 | | | 2/24/2003 | Will | Yes |
| NOV-EX-181 | NOV 39595-39596 | 219 McBride, 1025 Stone | Brakebill 13 - 05/14/07 | 2/25/2003 | Will | No |
| NOV-EX-182 | SCH 2003-2004 | | | 2/26/2003 | May | No |
| NOV-EX-183 | SCO 1537786-1537805 | | | 2/26/2003 | Will | No |
| NOV-EX-184 | NOV 8689-8699 | | | 3/1/2003 | May | Yes |
| NOV-EX-185 | NOVTR 467-468 | | | 3/3/2003 | Will | No |
| NOV-EX-186 | NOVTR 4976 | | | 3/7/2003 | May | Yes |
| NOV-EX-187 | SCO 1287208-1287221 | 86 Sontag | | 3/25/2003 | Will | No |
| NOV-EX-188 | NOV 8700-8710 | | | 4/1/2003 | May | Yes |
| NOV-EX-189 | SCO 1300033-1300046 | 38 Broderick, 87 Sontag, 160 Anderer | Jacobs 11 - 09/29/06 | 4/29/2003 | Will | No |
| NOV-EX-190 | NOVTR 472-514 | 121 Acheson | | 4/30/2003 | May | No |
| NOV-EX-191 | NOV 8711-8721 | | | 5/1/2003 | May | Yes |
| NOV-EX-192 | SCO 164748-164749 | 88 Sontag, 250 Hunsaker | | 5/12/2003 | Will | No |
| NOV-EX-193 | NOVTR 515-516 | | Jacobs 08 - 09/29/06 | 5/12/2003 | May | No |
| NOV-EX-194 | SCON 24112-24113 | | | 5/12/2003 | Will | No |
| NOV-EX-195 | QC 69-70 | | | 5/12/2003 | May | No |
| NOV-EX-196 | SCO 1287995-1287996 | | | 5/14/2003 | Will | No |
| NOV-EX-197 | NOVTR 517 | | | 5/14/2003 | Will | No |
| NOV-EX-198 | SCO 1451513 | | Jacobs 27 - 09/29/06 | 5/19/2003 | Will | No |
| NOV-EX-199 | NOVTR 523-528 | 106 Sontag | | 5/22/2003 | Will | No |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-200 | SCO 1264336-1264339 | | | 5/26/2003 | May | No |
| NOV-EX-201 | NOV 43053-43055 | 1012 Stone | Normand 36 - 04/09/07, James 036 - 05/18/07 | 5/28/2003 | May | No |
| NOV-EX-202 | NOVTR 533-535 | 1013 Stone | | 5/28/2003 | Will | No |
| NOV-EX-203 | NOVTR 4656-4658 | | | 5/28/2003 | Will | No |
| NOV-EX-204 | SCON 44303-44305 | 105 Sontag | | 5/29/2003 | Will | No |
| NOV-EX-205 | NOV 8722-8730 | | | 6/1/2003 | May | Yes |
| NOV-EX-206 | SCH 6505-6507 | | | 6/6/2003 | Will | No |
| NOV-EX-207 | SCO 1273118-1273318 | 165 Anderer | | 6/7/2003 | Will | No |
| NOV-EX-208 | S2 160 | 166 Anderer | | 6/10/2003 | May | No |
| NOV-EX-209 | SCO 1787265-1787267 | 37 Broderick | | 6/11/2003 | May | No |
| NOV-EX-210 | NOV 39458-39462 | 1024 Stone | Brakebill 17 - 05/14/07 | 6/12/2003 | Will | No |
| NOV-EX-211 | NOVTR 562-604 | | Jacobs 26 - 09/29/06, Brakebill 09 - 04/20/07 | 6/12/2003 | May | No |
| NOV-EX-212 | NOV 39555-39556 | | | 6/12/2003 | Will | No |
| NOV-EX-213 | SCO 1273506-1273507 | | | 6/16/2003 | Will | Yes |
| NOV-EX-214 | SCO 1300031 | | | 6/23/2003 | Will | No |
| NOV-EX-215 | NOV 43072-43074 | 1038 LaSala | | 6/24/2003 | Will | No |
| NOV-EX-216 | SCO 1786913-1786933 | | | 6/26/2003 | May | No |
| NOV-EX-217 | NOV 39299-39309 | | | 7/1/2003 | May | Yes |
| NOV-EX-218 | NOVTR 4977 | | | 7/10/2003 | Will | Yes |
| NOV-EX-219 | SCO 1513275 | | | 7/10/2003 | May | Yes |
| NOV-EX-220 | NOV 43077-43078 | 1040 LaSala | LaSala 01 - 09/14/06 | 7/11/2003 | Will | No |
| NOV-EX-221 | SCO 1300030 | | | 7/14/2003 | Will | No |
| NOV-EX-222 | NOVTR 612 | | LaSala 02 - 09/14/06 | 7/17/2003 | Will | No |
| NOV-EX-223 | SCO 1300028-1300029 | | | 7/20/2003 | Will | No |
| NOV-EX-224 | NOVTR 613-621 | 224 McBride | | 7/21/2003 | May | No |
| NOV-EX-225 | SCO 1556045-1556047 | 225 McBride | | 7/21/2003 | Will | No |
| NOV-EX-226 | SCO 1269328-1269330 | 227 McBride | | 7/29/2003 | Will | No |
| NOV-EX-227 | SCO 1529803-1529805 | | | 7/31/2003 | Will | No |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-228 | SCO 1300026-1300027 | | | 7/31/2003 | Will | No |
| NOV-EX-229 | NOV 39314-39327 | | | 8/1/2003 | May | Yes |
| NOV-EX-230 | SCO 164161-164183 | 235 McBride | | 8/3/2003 | Will | No |
| NOV-EX-231 | SCO 1452761-1452762 | 13 Stowell, 234 McBride | Brakebill 54 - 04/20/07 | 8/5/2003 | Will | No |
| NOV-EX-232 | NOV 34817 | | | 8/5/2003 | May | No |
| NOV-EX-233 | SCO 1594858 | | | 8/6/2003 | Will | Yes |
| NOV-EX-234 | NOV 39575-39576 | | | 8/7/2003 | Will | No |
| NOV-EX-235 | MS-NOV_SCO 87-88 | | | 8/8/2003 | May | Yes |
| NOV-EX-236 | NOVTR 648 | 14 Stowell | | 8/11/2003 | Will | No |
| NOV-EX-237 | SCO 1443955-1443962 | 317 Sontag | | 8/11/2003 | Will | No |
| NOV-EX-238 | MS-NOV_SCO 148-149 | | | 8/12/2003 | May | Yes |
| NOV-EX-239 | SCON 41046-41057 | | | 8/14/2003 | May | Yes |
| NOV-EX-240 | HP 16-20 | | | 8/15/2003 | Will | Yes |
| NOV-EX-241 | NOV 34821-34824 | | | 8/18/2003 | May | No |
| NOV-EX-242 | NOV 34797 | | | 8/25/2003 | May | No |
| NOV-EX-243 | NOV-CA 1 | | | 8/26/2003 | Will | No |
| NOV-EX-244 | SCO 1463814-1463818 | | Brakebill 56 - 04/20/07 | 8/28/2003 | Will | No |
| NOV-EX-245 | SCON 39944-39951 | | | 8/28/2003 | Will | No |
| NOV-EX-246 | S2 2 | 167 Anderer | | 8/29/2003 | May | No |
| NOV-EX-247 | MS-NOV_SCO 49-50 | | | 8/29/2003 | Will | Yes |
| NOV-EX-248 | MS-NOV_SCO 16-17 | | | 8/29/2003 | Will | Yes |
| NOV-EX-249 | SCO 1769390-1769433 | | | 9/1/2003 | Will | No |
| NOV-EX-250 | NOV 39249-39272 | | | 9/1/2003 | May | Yes |
| NOV-EX-251 | MS-NOV_SCO 105-106 | | | 9/4/2003 | Will | Yes |
| NOV-EX-252 | SCO 1616508-1616531 | 95 Sontag | | 9/11/2003 | May | No |
| NOV-EX-253 | NOVTR 651-723 | | Jacobs 04 - 09/29/06 | 9/11/2003 | May | No |
| NOV-EX-254 | SCON 48406-48422 | | | 9/11/2003 | May | No |
| NOV-EX-255 | SCO 1306750-1306751 | | | 9/25/2003 | May | No |
| NOV-EX-256 | SCO 1484222 | | | 9/25/2003 | May | No |
| NOV-EX-257 | NOV-CDM 1-11 | | | 9/29/2003 | Will | Yes |
| NOV-EX-258 | NOVTR 5363-5459 | | | 9/30/2003 | May | Yes |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-259 | NOV 39226-39244 | | | 10/1/2003 | May | Yes |
| NOV-EX-260 | SCO 1484360-1484361 | | | 10/2/2003 | May | No |
| NOV-EX-261 | SCONR 61-62 | | | 10/7/2003 | May | No |
| NOV-EX-262 | SCO 1484495-1484496 | | | 10/8/2003 | May | No |
| NOV-EX-263 | SCO 1484533 | | | 10/15/2003 | May | No |
| NOV-EX-264 | NOV-L&P 2 | | | 10/23/2003 | May | No |
| NOV-EX-265 | NOVTR 802-888 | | | 10/31/2003 | May | No |
| NOV-EX-266 | NOV 39183-39192 | | | 11/1/2003 | May | Yes |
| NOV-EX-267 | NOV 39512-39514 | | | 11/21/2003 | Will | No |
| NOV-EX-268 | NOV 39201-39221 | | | 12/1/2003 | May | Yes |
| NOV-EX-269 | SCO 1596163-1596165 | | | 12/4/2003 | May | No |
| NOV-EX-270 | SCON 48484-48487 | | | 12/11/2003 | May | No |
| NOV-EX-271 | SCO 1537619-1537621 | | | 12/15/2003 | May | No |
| NOV-EX-272 | SCO 1690946-1690948 | | | 12/19/2003 | Will | No |
| NOV-EX-273 | SCO 1464116-1464118 | | | 12/19/2003 | Will | No |
| NOV-EX-274 | SCO 1627622-1627624 | | | 12/19/2003 | Will | No |
| NOV-EX-275 | NOV-PLA 22-30 | | | 12/19/2003 | Will | No |
| NOV-EX-276 | NOVTR 900-902 | 16 Stowell | | 12/22/2003 | Will | No |
| NOV-EX-277 | QC 16 | 334 Acheson | | 12/22/2003 | Will | No |
| NOV-EX-278 | NOVTR 904-913 | | | 12/22/2003 | May | No |
| NOV-EX-279 | NOV 39515 | | | 12/23/2003 | May | No |
| NOV-EX-280 | NOVTR 923 | | Jacobs 14 - 09/29/06 | 12/29/2003 | Will | No |
| NOV-EX-281 | NOV 39159-39176 | | | 1/1/2004 | May | Yes |
| NOV-EX-282 | NOVTR 925 | | Jacobs 15 - 09/29/06 | 1/7/2004 | Will | No |
| NOV-EX-283 | NOV 39533 | | | 1/9/2004 | Will | No |
| NOV-EX-284 | NOVTR 939-940 | 18 Stowell | | 1/15/2004 | Will | No |
| NOV-EX-285 | HPNOV 26-28 | | | 1/15/2004 | May | No |
| NOV-EX-286 | SCO 1448558-1448565 | 314 Sontag | | 1/16/2004 | Will | No |
| NOV-EX-287 | SCO 1485564-1485566 | | | 1/16/2004 | May | No |
| NOV-EX-288 | SCO 1627625 | | | 1/16/2004 | May | No |
| NOV-EX-289 | QC 2 | | | 1/19/2004 | May | No |
| NOV-EX-290 | NOVTR 948-1154 | | Jacobs 07 - 09/29/06, Brakebill 23 - 12/01/06 | 1/28/2004 | May | No |
| NOV-EX-291 | SCON 23450 | | | 1/30/2004 | Will | No |
| NOV-EX-292 | NOV 39131-39150 | | | 2/1/2004 | May | Yes |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-293 | NOVTR 1157 | | Jacobs 16 - 09/29/06 | 2/4/2004 | Will | No |
| NOV-EX-294 | NOV 39468-39469 | 272 Tibbitts | | 2/5/2004 | Will | No |
| NOV-EX-295 | NOV-PLA-448-450 | | | 2/13/2004 | May | No |
| NOV-EX-296 | NOVTR 1176-1177 | 20 Stowell | | 3/1/2004 | Will | No |
| NOV-EX-297 | NOV 43118 | 1045 LaSala | Jacobs 17 - 09/29/06 | 3/1/2004 | Will | No |
| NOV-EX-298 | SCO 1701963 | | | 3/1/2004 | May | No |
| NOV-EX-299 | NOV 39104-39129 | | | 3/1/2004 | May | Yes |
| NOV-EX-300 | SCO 1783954-1783962 | | | 3/2/2004 | Will | No |
| NOV-EX-301 | NOV-PLA-451-462 | 316 Sontag | | 3/31/2004 | Will | No |
| NOV-EX-302 | NOV 39064-39084 | | | 4/1/2004 | May | Yes |
| NOV-EX-303 | NOVTR 1218 | | Jacobs 18 - 09/29/06 | 4/2/2004 | Will | No |
| NOV-EX-304 | NOV 45931-46013 | | | 4/30/2004 | Will | Yes |
| NOV-EX-305 | NOV 39041-39059 | | | 5/1/2004 | May | Yes |
| NOV-EX-306 | NOV 38809-38826 | | | 6/1/2004 | May | Yes |
| NOV-EX-307 | NOV-PLA 451-462 | | | 6/8/2004 | Will | No |
| NOV-EX-308 | NOV 38791-38804 | | | 7/1/2004 | May | Yes |
| NOV-EX-309 | SCO 1784213-1784224 | | | 7/30/2004 | Will | No |
| NOV-EX-310 | SCO 1784207-1784214 | | | 7/30/2004 | Will | No |
| NOV-EX-311 | NOV 38772-38787 | | | 8/1/2004 | May | Yes |
| NOV-EX-312 | SCO 1784558-1784563 | 313 Sontag | | 8/10/2004 | Will | No |
| NOV-EX-313 | NOVTR 1278-1343 | | Sneddon 01 - 01/08/07 | 9/1/2004 | Will | No |
| NOV-EX-314 | NOV 38753-38767 | | | 9/1/2004 | May | Yes |
| NOV-EX-315 | NOV 38737-38752 | | | 10/1/2004 | May | Yes |
| NOV-EX-316 | NOV 38716-38732 | | | 11/1/2004 | May | Yes |
| NOV-EX-317 | NOVTR 1360-1361 | | Jacobs 19 - 09/29/06 | 11/17/2004 | Will | No |
| NOV-EX-318 | NOVTR 5645-5646 | | | 11/18/2004 | Will | Yes |
| NOV-EX-319 | NOV 38709-38710; NOV 39085-39099 | | | 12/1/2004 | May | Yes |
| NOV-EX-320 | SCO 1783933-1783945 | | | 12/13/2004 | May | No |
| NOV-EX-321 | NOV 38692-38708 | | | 1/1/2005 | May | Yes |
| NOV-EX-322 | SCO 1784862-1784867 | 315 Sontag | | 1/31/2005 | Will | No |
| NOV-EX-323 | NOV 38671-38687 | | | 2/1/2005 | May | Yes |
| NOV-EX-324 | NOV 38664-38666 | | | 3/1/2005 | May | Yes |
| NOV-EX-325 | NOV 38658-38659 | | | 4/1/2005 | May | Yes |
| NOV-EX-326 | NOVTR 1474-1475 | | | 4/13/2005 | Will | No |
| NOV-EX-327 | SCO 1761055-1761063 | 233 McBride | | 4/15/2005 | Will | Yes |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-328 | NOV 38655-38656 | | | 5/1/2005 | May | Yes |
| NOV-EX-329 | NOV 38649-38651 | | | 6/1/2005 | May | Yes |
| NOV-EX-330 | NOV 38645-38647 | | | 7/1/2005 | May | Yes |
| NOV-EX-331 | NOV 38640-38642 | | | 8/1/2005 | May | Yes |
| NOV-EX-332 | NOV 38637-38638 | | | 9/1/2005 | May | Yes |
| NOV-EX-333 | SCON 111770-111790 | | | 10/1/2005 | May | Yes |
| NOV-EX-334 | NOV 38633-38635 | | | 11/1/2005 | May | Yes |
| NOV-EX-335 | NOV 38620-38630 | | | 12/1/2005 | May | Yes |
| NOV-EX-336 | SCO 1677692-1677702 | | | 12/29/2005 | Will | Yes |
| NOV-EX-337 | NOV 38617-38618 | | | 1/1/2006 | May | Yes |
| NOV-EX-338 | NOVTR 1638-1667 | | Jacobs 20 - 09/29/06 | 1/27/2006 | Will | No |
| NOV-EX-339 | NOVTR 1668-1770 | | Jacobs 21 - 09/29/06 | 1/27/2006 | May | No |
| NOV-EX-340 | NOV 38616 | | | 2/1/2006 | May | Yes |
| NOV-EX-341 | NOVTR 4974-4975 | | | 2/22/2006 | Will | Yes |
| NOV-EX-342 | NOV 38614 | | | 3/1/2006 | May | Yes |
| NOV-EX-343 | NOVTR 1771-1818 | | Jacobs 22 - 09/29/06 | 3/17/2006 | May | No |
| NOV-EX-344 | NOVTR 1819-1825 | | Brakebill 11 - 05/25/07 | 3/21/2006 | May | No |
| NOV-EX-345 | NOV 38613 | | | 4/1/2006 | May | Yes |
| NOV-EX-346 | NOVTR 1826-1878 | 100 Sontag | | 4/5/2006 | May | No |
| NOV-EX-347 | NOV-FB 44-49 | | | 4/10/2006 | May | No |
| NOV-EX-348 | SCON 111988-112000 | | | 5/1/2006 | May | Yes |
| NOV-EX-349 | NOV-FB 50-55 | | | 5/17/2006 | Will | No |
| NOV-EX-350 | SCON 33697-33835 | | | 5/19/2006 | Will | Yes |
| NOV-EX-351 | SCON 112120-112141 | | | 6/1/2006 | May | Yes |
| NOV-EX-352 | NOV-L&P 3 | | | 6/14/2006 | Will | No |
| NOV-EX-353 | SCON 112142-112164 | | | 7/1/2006 | May | Yes |
| NOV-EX-354 | NOVTR 5526-5644 | | | 7/17/2006 | Will | Yes |
| NOV-EX-355 | SCON 112165-112195 | | | 8/1/2006 | May | Yes |
| NOV-EX-356 | SCON 34094-34222 | | | 8/28/2006 | Will | Yes |
| NOV-EX-357 | SCON 112196-112218 | | | 9/1/2006 | May | Yes |
| NOV-EX-358 | SCON 65802-65892 | | | 9/6/2006 | Will | Yes |
| NOV-EX-359 | NOVTR 2631-2682 | | Jacobs 23 - 09/29/06, Sneddon 28 - 01/16/07 | 9/13/2006 | May | No |
| NOV-EX-360 | SCON 112219-112241 | | | 10/1/2006 | May | Yes |
| NOV-EX-361 | NOVTR 2750-2832 | | Brakebill 29 - 04/20/07, Brakebill 13 - 05/25/07 | 10/31/2006 | May | No |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-362 | SCON 112242-112266 | | | 11/1/2006 | May | Yes |
| NOV-EX-363 | SCON 31082-31090 | | | 11/10/2006 | May | No |
| NOV-EX-364 | NOVTR 3124-3189 | | | 11/11/2006 | May | No |
| NOV-EX-365 | NOVTR 3190-3337 | 332 Acheson | | 12/28/2006 | Will | No |
| NOV-EX-366 | NOVTR 3339-3348 | 308 Sontag | | 1/29/2007 | May | No |
| NOV-EX-367 | NOVTR 3349-3370 | | Brakebill 60 - 04/20/07 | 4/6/2007 | May | No |
| NOV-EX-368 | NOVTR 4299-301 | | | 5/29/2007 | Will | No |
| NOV-EX-369 | NOVTR 4302-9 | | | 5/29/2007 | Will | No |
| NOV-EX-370 | NOVTR 4310-39 | | | 5/29/2007 | Will | No |
| NOV-EX-371 | NOVTR 4340 | | | 5/29/2007 | Will | No |
| NOV-EX-372 | NOVTR 4341 | | | 5/29/2007 | Will | No |
| NOV-EX-373 | NOVTR 4342 | | | 5/29/2007 | May | No |
| NOV-EX-374 | NOVTR 4343 | | | 5/29/2007 | May | No |
| NOV-EX-375 | NOVTR 4344 | | | 5/29/2007 | May | No |
| NOV-EX-376 | NOVTR 4345-4347 | | | 5/29/2007 | Will | No |
| NOV-EX-377 | NOVTR 4348-4350 | | | 5/29/2007 | Will | No |
| NOV-EX-378 | NOVTR 4354-4358 | | | 5/29/2007 | May | No |
| NOV-EX-379 | NOVTR 4390-4405 | | | 5/29/2007 | May | No |
| NOV-EX-380 | NOVTR 3373-3426 | | | 5/29/2007 | May | No |
| NOV-EX-381 | NOVTR 3427-3572 | | | 6/19/2007 | May | No |
| NOV-EX-382 | NOVTR 3598-4031 | | | 7/12/2007 | May | No |
| NOV-EX-383 | NOVTR 4032-4255 | | | 7/12/2007 | May | No |
| NOV-EX-384 | NOVTR 4256-4261 | | | 7/12/2007 | May | No |
| NOV-EX-385 | NOVTR 5498-5525 | | | 7/20/2007 | Will | Yes |
| NOV-EX-386 | NOVTR 5460-5497 | | | 7/24/2007 | Will | Yes |
| NOV-EX-387 | NOVTR 4262-4273 | | | 7/31/2007 | Will | No |
| NOV-EX-388 | NOVTR 4949-4960 | | | 7/31/2007 | Will | Yes |
| NOV-EX-389 | NOVTR 4961-4962 | | | 7/31/2007 | May | Yes |
| NOV-EX-390 | NOVTR 4963 | | | 7/31/2007 | Will | Yes |
| NOV-EX-391 | NOVTR 4964 | | | 7/31/2007 | Will | Yes |
| NOV-EX-392 | NOVTR 4965 | | | 7/31/2007 | May | Yes |
| NOV-EX-393 | NOVTR 4966 | | | 7/31/2007 | May | Yes |
| NOV-EX-394 | NOVTR 4967 | | | 7/31/2007 | May | Yes |
| NOV-EX-395 | NOVTR 4968-4970 | | | 7/31/2007 | Will | Yes |
| NOV-EX-396 | NOVTR 4971-4973 | | | 7/31/2007 | Will | Yes |
| NOV-EX-397 | NOV 43212-43213 | 120 Acheson | | | May | No |
| NOV-EX-398 | SCON 24095-24179 | 212 McBride | | | May | No |
| NOV-EX-399 | NOV 34813 | | Sneddon 08 - 01/16/07 | | Will | No |
| NOV-EX-400 | SCON 61295 | 324 Sontag | | | Will | No |

**2:04CV00139 -- Exhibit C**

*First Amended Novell FRCP 26(a)(3)(C) Disclosure: Exhibits That Novell Expects to or May Offer*

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Date | Status | New? |
|---|---|---|---|---|---|---|
| NOV-EX-401 | SCON 23455 | 325 Sontag | | | May | No |
| NOV-EX-402 | SCO 1759896-1759900 | 346 Acheson | | | Will | No |
| NOV-EX-403 | NOVTR 4351-4353 | | | | May | No |
| NOV-EX-404 | SCO 164912-164926 | | | | May | No |
| NOV-EX-405 | SCO 164695-164709 | | | | May | No |
| NOV-EX-406 | NOV 31922 | | | | May | No |
| NOV-EX-407 | SCON 61295 | | | | Will | No |
| NOV-EX-408 | NOV 39385-39402 | | | | May | No |
| NOV-EX-409 | SCO 1750290-1750297 | | | | May | No |
| NOV-EX-410 | SCO 1787004 | | | | May | No |
| NOV-EX-411 | SCO 1462188-1462247 | | | | May | No |
| NOV-EX-412 | SCON 50611-50619 | | | | May | No |
| NOV-EX-413 | SCO 164030-164054 | | | | May | No |
| NOV-EX-414 | NOVTR 4631 | | | | Will | No |
| NOV-EX-415 | NOVTR 4632-4639 | | | | Will | No |
| NOV-EX-416 | NOV 34702-34704 | | | | May | No |
| NOV-EX-417 | SCON 101936-101956 | | | | Will | Yes |
| NOV-EX-418 | MS-NOV_SCO 90-92 | | | | Will | Yes |
| NOV-EX-419 | MS-NOV_SCO 111-113 | | | | Will | Yes |