MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522


ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant & Counterclaim-Plaintiff. | **SUPPLEMENTAL JOINT STATEMENT**<br><br><br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), by and through its counsel, and Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), by and through its counsel, hereby submit the following statement supplementing the parties' August 17, 2007 Joint Statement:

The parties report that they have agreed that Novell shall dismiss its Second and Fifth Claims for Relief without prejudice to renewing these claims should there be any subsequent adjudication or trial in this action or any enlargement of the issues for this trial beyond that contemplated by the August 17, 2007 Joint Statement.

DATED:   August 24, 2007

                                        ANDERSON & KARRENBERG

                                        */s/ Heather M. Sneddon*
                                        Thomas R. Karrenberg
                                        John P. Mullen
                                        Heather M. Sneddon
                                        **Attorneys for Novell, Inc.**

DATED:   August 24, 2007

                                        **BOIES, SHILLER & FLEXNER, LLP**

                                        */s/ Edward J. Normand*
                                        *(Signed by filing attorney with permission from Edward J. Normand)*
                                        Edward J. Normand
                                        **Attorneys for The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2007, I caused a true and correct copy of the foregoing **SUPPLEMENTAL JOINT STATEMENT** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131

/s/  Heather M. Sneddon