MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

Attorneys for Defendant and Counterclaim-Plaintiff Novell, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>  Defendant and Counterclaim-Plaintiff. | **NOVELL'S MOTION TO STRIKE SCO'S JURY DEMAND**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

## MOTION

Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell") hereby moves this Court to strike SCO's jury demand.

For the reasons set forth in Novell's opening brief, filed herewith, Novell requests that this Court grant this motion.

DATED:   August 24, 2007

          ANDERSON & KARRENBERG

          By:   */s/ Heather M. Sneddon*

           Thomas R. Karrenberg
           John P. Mullen
           Heather M. Sneddon

           -and-

           MORRISON & FOERSTER LLP
           Michael A. Jacobs, *pro hac vice*
           Eric M. Acker, *pro hac vice*
           Kenneth W. Brakebill, *pro hac vice*
           Marc J. Pernick, *pro hac vice*
           David E. Melaugh, *pro hac vice*

           Attorneys for Defendant and
           Counterclaim-Plaintiff Novell, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2007, I caused a true and correct copy of NOVELL'S MOTION TO STRIKE SCO'S JURY DEMAND to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid:*

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon