MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

Attorneys for Defendant and Counterclaim-Plaintiff Novell, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>        Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>        Defendant and Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING NOVELL'S MOTION *IN LIMINE* NO. 1 TO PRECLUDE SCO FROM CHALLENGING QUESTIONS ALREADY DECIDED AS A MATTER OF LAW**<br><br>Case No. 2:04CV00139<br><br>Honorable Dale A. Kimball |

This ____ day of _____, 2007, defendant and counterclaim plaintiff Novell, Inc. ("Novell") having filed a Motion *in Limine* to bar SCO from introducing evidence or argument that run contrary to the Court's Order,

Good cause appearing, IT IS HEREBY ORDERED that Novell's Motion *in Limine* No. 1 is granted.

_____
Honorable Dale A. Kimball
United States District Court Judge

1