MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
Grant L. Kim (pro hac vice)
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant and Counterclaimant Novell, Inc.**

---

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, | |
|     Plaintiff and Counterclaim-Defendant, | **NOTICE OF CONVENTIONAL FILING** |
| vs. | Case No. 2:04CV00139 |
| NOVELL, INC., a Delaware corporation, | Judge Dale A. Kimball |
|     Defendant and Counterclaim-Plaintiff. | |

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has

conventionally filed the original and one copy of each of the following:

1. **DECLARATION OF DAVID E. MELAUGH IN SUPPORT OF NOVELL'S MOTIONS *IN LIMINE* NOS. 1-3** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*; and

2. **OPENING BRIEF IN SUPPORT OF NOVELL'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE SCO FROM INTRODUCING NEW EVIDENCE OR ARGUMENT REGARDING APPORTIONMENT OF SCOSOURCE REVENUE** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*.

The foregoing documents have not been filed electronically because they contain

confidential information subject to the August 2, 2006 Stipulated Protective Order, and thus have

been filed under seal.    These documents have therefore been filed with the Court and

conventionally served on all parties.

DATED:        August 24, 2007

ANDERSON & KARRENBERG

By:    */s/  Heather M. Sneddon*

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs (pro hac vice)
Kenneth W. Brakebill (pro hac vice)
Grant L. Kim (pro hac vice)

**Attorneys for Defendant and
Counterclaim-Plaintiff Novell, Inc.**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2007, I caused a true and correct

copy of the foregoing **NOTICE OF CONVENTIONAL FILING** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101


Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
(*and via Overnight Mail*)


David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504


Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55401


*Via U.S. Mail, postage prepaid*:      Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131


＿＿＿＿＿*/s/  Heather M. Sneddon*＿＿＿＿＿