# EXHIBIT 2
# FILED UNDER SEAL

Dockets.Justia.com