**MORRISON & FOERSTER LLP**
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant & Counterclaim-Plaintiff. | **JOINT STATEMENT REGARDING TRIAL LENGTH**<br><br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Pursuant to the Court's August 10, 2007 Memorandum Decision and Order directing the parties to inform the Court as to "the anticipated length of the trial," Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), by and through its counsel, and Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), by and through its counsel, hereby submit the following joint statement:

The parties currently estimate the length of trial at 4-5 days, depending in part on whether the case is tried to a jury or the bench.

DATED:   August 29, 2007

        ANDERSON & KARRENBERG

        _/s/ Heather M. Sneddon_
        Thomas R. Karrenberg
        John P. Mullen
        Heather M. Sneddon
        **Attorneys for Novell, Inc.**

DATED:   August 29, 2007

        BOIES, SCHILLER & FLEXNER

        _/s/ Edward J. Normand_
        Edward J. Normand
        **Attorneys for The SCO Group, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2007, I caused a true and correct copy of the foregoing **JOINT STATEMENT REGARDING TRIAL LENGTH** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon