MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>  Defendant and Counterclaim-Plaintiff. | **MOTION TO WITHDRAW MATTHEW I. KREEGER, JOHNATHAN MANSFIELD AND MAAME A.F. EWUSI-MENSAH AS COUNSEL FOR NOVELL, INC.**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant and Counterclaimant Novell, Inc. ("Novell"), through its undersigned counsel and pursuant to DUCivR 83-1.4, hereby moves the Court for the withdrawal of Matthew I. Kreeger, Johnathan Mansfield and Maame A.F. Ewusi-Mensah as counsel for Novell.  None of these attorneys are currently performing any work in connection with this matter, and Novell still retains counsel of record from Morrison & Foerster LLP and Anderson & Karrenberg, P.C.

The grounds for this motion are more fully set forth in the supporting memorandum filed concurrently herewith.

DATED:	August 29, 2007

ANDERSON & KARRENBERG

        */s/ Heather M. Sneddon*
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2007, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW MATTHEW I. KREEGER, JOHNATHAN MANSFIELD AND MAAME A.F. EWUSI-MENSAH AS COUNSEL FOR NOVELL, INC.** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon