MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW MATTHEW I. KREEGER, JOHNATHAN MANSFIELD AND MAAME A.F. EWUSI-MENSAH AS COUNSEL FOR NOVELL, INC.**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant and Counterclaimant Novell, Inc. ("Novell"), through its undersigned counsel and pursuant to DUCivR 83-1.4, hereby submits the following Memorandum in Support of Motion to Withdraw Matthew I. Kreeger, Johnathan Mansfield and Maame A.F. Ewusi-Mensah as Counsel for Novell, Inc.

Mr. Kreeger has not been involved in this case for quite some time, and is not currently performing any work in connection with this matter. Mr. Mansfield and Ms. Ewusi-Mensah have left the firm of Morrison & Foerster LLP and, therefore, are no longer performing any work in connection with this matter. Novell still retains other counsel of record from Morrison & Foerster LLP, as well as Anderson & Karrenberg, P.C., to represent Novell in this case. Accordingly, Novell asks the Court to remove Mr. Kreeger, Mr. Mansfield and Ms. Ewusi-Mensah as counsel of record for Novell.

DATED:   August 29, 2007

ANDERSON & KARRENBERG

_/s/ Heather M. Sneddon_
Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
**Attorneys for Novell, Inc.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2007, I caused a true and correct copy of the foregoing **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW MATTHEW I. KREEGER, JOHNATHAN MANSFIELD AND MAAME A.F. EWUSI-MENSAH AS COUNSEL FOR NOVELL, INC.** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon