MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone:  (801) 534-1700
Facsimile:  (801) 364-7697

**Attorneys for Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **ORDER GRANTING MOTION TO WITHDRAW MATTHEW I. KREEGER, JOHNATHAN MANSFIELD AND MAAME A.F. EWUSI-MENSAH AS COUNSEL FOR NOVELL, INC.**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

2

Pursuant to the Motion to Withdraw Matthew I. Kreeger, Johnathan Mansfield and Maame A.F. Ewusi-Mensah as Counsel for Novell, Inc., and good cause appearing,

IT IS HEREBY ORDERED that Matthew I. Kreeger, Johnathan Mansfield and Maame A.F. Ewusi-Mensah are granted leave to withdraw as counsel of record for Novell, Inc. in the above-captioned matter.

Dated this 30th day of August, 2007.

BY THE COURT:

*[signature: Dale A. Kimball]*

Honorable Dale A. Kimball
U.S. District Court Judge