MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant and Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiff. | **NOVELL'S OPPOSITION TO SCO'S MOTION *IN LIMINE* TO EXCLUDE ALL EVIDENCE RELATED TO OTHER LITIGATION AND COMMENTARY THEREON**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Defendant and Counterclaimant Novell, Inc. ("Novell'), through its undersigned counsel, hereby submits its Opposition to SCO's Motion *In Limine* to Exclude All Evidence Related to Other Litigation and Commentary Thereon.

**ARGUMENT**

I.     **A TOTAL BAR ON REFERENCES TO *SCO V. IBM* IS OVERBROAD AND UNNECESSARY.**

Novell does not anticipate that the *SCO v. IBM* litigation will play a significant role in the upcoming trial in this matter.[1] Novell does not intend to introduce or rely on any of the Court's rulings in that litigation. Nevertheless, a blanket prohibition against *any* mention of the *SCO v. IBM* litigation is unwarranted and would potentially bar various legitimate references to that litigation. For example, Novell may seek to:

- Use statements made by SCO or its employees in declarations, depositions, or briefing in the *SCO v. IBM* litigation;
- Introduce exhibits that reference the *SCO v. IBM* litigation, such as SCO's financial filings;
- If SCO witnesses attempt to minimize the value or importance of the Sun SCOsource license, cross-examine witnesses concerning the damages claims SCO made in *SCO v. IBM*.[2]

---

[1] Novell reserves the right to revisit this issue should there be any subsequent adjudication or trial in this action or any enlargement of the issues for trial beyond that contemplated by the August 17, 2007 Joint Statement.

[2] IBM and Sun both bought out their ongoing SVRX royalty obligations over a decade ago. In 2003, Sun bought a SCOsource license so that Sun could open source the SVRX source code in its "OpenSolaris" product without breaching confidentiality restrictions from the 1994 agreement. SCO accused IBM of doing essentially the same thing (releasing confidential code to the public by way of open source products), and sought hundreds of millions of dollars in damages. SCO's argument, and its expert analysis of its purported IBM damages, are therefore relevant impeachment evidence should SCO attempt to minimize the significance of the provisions lifting confidentiality restrictions in the Sun SCOsource license.

For this reason, Novell opposes a total bar on references to *SCO v. IBM* and proposes instead to proceed on a case-by-case basis, with the shared understanding that the *SCO v. IBM* litigation will not feature prominently in either side's case.

II. **NOVELL DOES NOT INTEND TO ELICIT TESTIMONY CONCERNING COMMENTARY ON THIS LITIGATION.**

Novell does not share SCO's view of the commentary concerning the *SCO v. IBM* litigation. (Mot. at ¶ 4 (complaining of "anti-SCO bias").) To the contrary, the close scrutiny the Linux community — Groklaw in particular — has brought to bear on SCO's litigation is a testament to the power of open source ideals and their potential for application to spheres outside software.

That said, Novell does not intend to introduce evidence or elicit testimony concerning the commentary on this litigation. Should the Court find it appropriate, Novell would not oppose an order barring such testimony, provided it applies equally to both parties.[3] Any such order should, however, be clear that it has no application to, for example, news articles containing admissions by SCO executives even if such articles otherwise contain "commentary" on the *SCO v. IBM* litigation.

**CONCLUSION**

For the reasons stated above, Novell requests that the Court deny SCO's Motion *In Limine* to Exclude All Evidence Related to Other Litigation and Commentary Thereon as it concerns the *SCO v. IBM* litigation and does not oppose the motion as it concerns third-party commentary on that litigation.

---

[3] Novell reserves the right to revisit this issue should there be any subsequent adjudication or trial in this action or any enlargement of the issues for trial beyond that contemplated by the August 17, 2007 Joint Statement.

DATED: August 31, 2007

ANDERSON & KARRENBERG

By:    /s/ Heather M. Sneddon

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*

**Attorneys for Defendant and Counterclaim-Plaintiff Novell, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August, 2007, I caused a true and correct copy of **NOVELL'S OPPOSITION TO SCO'S MOTION *IN LIMINE* TO EXCLUDE ALL EVIDENCE RELATED TO OTHER LITIGATION AND COMMENTARY THEREON** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid:*

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon