*SCO v. Novell*, Case No. 2:04CV00139

## Attachment A: Novell Supplemental Exhibits

| Type | Novell Exhibit Nos. |
|---|---|
| SCO monthly SVRX Royalty reports (*) | 014; 015; 019; 024; 032; 034; 035; 036; 038; 042; 043; 044; 045; 047; 049; 051; 052; 053; 054; 055; 057; 058; 059; 060; 061; 066; 071; 072; 073; 074; 075; 076; 078; 079; 080; 081; 082; 083; 085; 086; 087; 089; 090; 091; 093; 094; 095; 096; 097; 098; 099; 100; 102; 103; 105; 106; 108; 109; 110; 111; 112; 113; 115; 116; 117; 118; 119; 120; 121; 122; 123; 125; 126; 127; 128; 130; 131; 132; 134; 135; 136; 137; 138; 141; 144; 148; 155; 165; 175; 184; 188; 191; 205; 217; 229; 250; 259; 266; 268; 281; 292; 299; 302; 305; 306; 308; 311; 314; 315; 316; 319; 321; 323; 324; 325; 328; 329; 330; 331; 332; 333; 334; 335; 337; 340; 342; 345; 348; 351; 353; 355; 357; 360; 362 |
| SCO charts collecting information from monthly reports (*) | 336; 417 |
| SCO expert reports from *SCO v. IBM* (*) | 1899; 1900 |
| SCO 10Q or 10K filings | 037; 056; 077; 092; 107; 124; 142; 258; 304 |
| Terry Musika's supplemental expert report | 388; 389; 390; 391; 392; 393; 394; 395; 396 |
| Microsoft SCOsource license negotiations, emails | 219; 235; 238; 247; 248; 251; 418; 419 |
| Microsoft SCOsource license press | 213 |
| Sun SCOsource license negotiations, emails | 180; 233; 327 |
| Sun SCOsource license press | 218; 318; 341 |
| SCO-Novell 1998 audit correspondence | 063; 064 |
| SCOsource license | 257 |
| SCO and HP release | 240 |
| Summary of Novell-Sun agreements | 006 |
| IBM expert report, deposition transcript | 354; 358 |
| SCO expert reports in this litigation | 385; 386 |

(*): Designated for use only in the event SCO advances a new apportionment theory.