**MORRISON & FOERSTER LLP**
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant and Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>   Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>   Defendant and Counterclaim-Plaintiff. | **NOVELL'S OBJECTIONS TO SCO'S RULE 26 DISCLOSURE**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Novell responds to SCO's Rule 26 disclosures as follows:

The attached Exhibit A contains Novell's objections to the admissibility of exhibits identified in SCO's Rule 26 disclosure.  Pursuant to Federal Rule of Civil Procedure 26(a)(3), Exhibit A does not include Novell's Federal Rule of Evidence 402 or 403 objections, which Novell expressly reserves.  Novell notes also that SCO's disclosures contain, as separate exhibits, numerous multi-stage contracts (*e.g.*, an initial contract followed by amendments or supplements).  In the event SCO introduces less than all the parts of such a contract, Novell reserves the right to raise an objection pursuant to Federal Rule of Evidence 106.  Novell also reserves the right to revisit these objections should there be any subsequent adjudication or trial in this action or any enlargement of the issues for trial beyond that contemplated by the August 17, 2007 Joint Statement.

DATED:   August 31, 2007

ANDERSON & KARRENBERG

By:  _____/s/ *Heather M. Sneddon*_____

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon

-and-

MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*

**Attorneys for Defendant and Counterclaim-Plaintiff Novell, Inc.**

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2007, I caused a true and correct copy of **NOVELL'S OBJECTIONS TO SCO'S RULE 26 DISCLOSURE** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid:*

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon