**2:04CV00139 -- Exhibit A**

*Novell's Objections to SCO's Rule 26 Disclosure*

| Beginning Bates | Ending Bates | Depo Exhibit No. | SJ Exhibit No. | Objections |
|---|---|---|---|---|
| | | | 4/9/2007 Normand Decl. Ex. 25 | 901 |
| | | | 5/18/2007 James Decl. Ex. 24 4/9/2007 Normand Decl. Ex. 24 | 901 |
| SCO1288978 | SCO1288980 | | | 901 |
| NOV 000040965 | NOV 000040965 | | | 106 |
| NOV 000041254 | NOV 000041254 | | | 106 |
| JPHQ 00407 | JPHQ 00532 | | | 802, 901 (as to press release) |
| Recall 0005688 | Recall 0005688 | Deposition Exhibit No. 1030 | 5/29/2007 Normand Decl. Ex. 29 | 802 |
| SCO1228501 | SCO1228506 | | | 802, 901 |
| | | Deposition Exhibit No. 1028 | | 802, 901 |
| NOV 000008778 | NOV 000008780 | | | 802 |
| SCO1605019 | SCO1605022 | | 5/29/2007 Normand Decl. Ex. 2 | 802 |
| SCO1579298 | SCO1579298 | Deposition Exhibit No. 1061 | 1/17/2007 Hatch Decl. Ex. 12 5/18/2007 James Decl. Ex. 93 | 802 |
| SCO1604957 | SCO1604979 | | | 106, 802 |
| NOV 000002538 | NOV 000002545 | | 5/18/2007 James Decl. Ex. 91 | 106 |
| SCO1299904 | SCO1299934 | | | 106 |
| JPHQ 00394 | JPHQ 00406 | | | 802 |
| SCO1299938 | SCO1299982 | | 1/17/2007 Hatch Decl. Ex. 11 | 106 |
| SCON0122780 | SCON0122782 | | | 106, 802 |
| SCO1234265 | SCO1234265 | Deposition Exhibit No. 1062 | 1/17/2007 Hatch Decl. Ex. 21 5/18/2007 James Decl. Ex. 95 | Standstill |
| NOV 000038594 | NOV 000038596 | Deposition Exhibit No. 1000 | | Standstill |
| NOV 000038163 | NOV 000038164 | | | 802 |
| SCO1290675 | SCO1290676 | Deposition Exhibit No. 1063 | 5/18/2007 James Decl. Ex. 96 | Standstill |
| SCO1298084 | SCO1298085 | Deposition Exhibit No. 1064 | 5/18/2007 James Decl. Ex. 98 1/17/2007 Hatch Decl. Ex. 24 | Standstill |
| SCO1298086 | SCO1298087 | | 1/17/2007 Hatch Decl. Ex. 23 5/18/2007 James Decl. Ex. 97 | Standstill |
| SCO1298082 | SCO1298083 | Deposition Exhibit No. 1046 | 1/17/2007 Hatch Decl. Ex. 25 5/18/2007 James Dec. Ex. 99 | Standstill |

**2:04CV00139 -- Exhibit A**

*Novell's Objections to SCO's Rule 26 Disclosure*

| Beginning Bates | Ending Bates | Depo Exhibit No. | SJ Exhibit No. | Objections |
|---|---|---|---|---|
| NOV 000036839 | NOV 000036842 | Deposition Exhibit No. 355 | | Standstill |
| NOV 000008791 | NOV 000008792 | Deposition Exhibit No. 1047 | | Standstill |
| SCO1647466 | SCO1647466 | | | Standstill, 802 |
| NOV 000040587 | NOV 000040588 | Deposition Exhibit No. 1072 | | Standstill, 802 |
| SCO1647459 | SCO1647462 | | | Standstill, 802 |
| NOV 000038601 | NOV 000038601 | | | Standstill, 802 |
| SCO1647427 | SCO1647427 | | | Standtstill, 802 |
| 1710015630 | 1710015632 | | | Standstill |
| NOV 000038347 | NOV 000038349 | | | Standstill |
| NOV 000038608 | NOV 000038609 | | | Standstill |
| SCON0036494 | SCON0036505 | | | Standstill, 802, 901 |
| NOV 000038350 | NOV 000038352 | | | Standstill |
| NOV 000046930 | NOV 000046931 | | | Standstill, 802 |
| NOV 000046912 | NOV 000046913 | | | Standstill |
| NOV 000046926 | NOV 000046927 | | | Standstill, 802 |
| NOV 000046942 | NOV 000046943 | | | Standstill, 802 |
| NOV 000046956 | NOV 000046956 | | | Standstill, 106, 901 |
| SCO1501628 | SCO1501631 | | 1/17/2007 Hatch Decl. Ex. 27 5/18/2007 James Decl. Ex. 101 | Standstill |
| NOV 000046898 | NOV 000046900 | | | Standstill, 901 |
| NOV 000046904 | NOV 000046905 | | | Standstill, 802, 901 (as to hadnwriting) |
| NOV 000046920 | NOV 000046921 | | | Standstill, 802 |
| NOV 000046936 | NOV 000046937 | | | Standstill, 802, 901 (as to hadnwriting) |
| NOV 000046928 | NOV 000046929 | | | Standstill, 802, 901 (as to hadnwriting) |
| NOV 000038353 | NOV 000038354 | | | Standstill |
| 1710015659 | 17010015660 | | 1/17/2007 Hatch Decl. Ex. 28 | Standstill |
| Recall 0002629 | Recall 0002637 | | 5/18/2007 James Decl. Ex. 103 | 802 |
| | | | 5/29/2007 Normand Decl. Ex. 34 | 106 |

**2:04CV00139 -- Exhibit A**

*Novell's Objections to SCO's Rule 26 Disclosure*

| Beginning Bates | Ending Bates | Depo Exhibit No. | SJ Exhibit No. | Objections |
|---|---|---|---|---|
| SCO1579207 | SCO1579211 | Deposition Exhibit No. 1001 Deposition Exhibit No. 357 | 1/31/2007 SCO Reply Ex. 7 5/18/2007 James Decl. Ex. 30 12/1/2006 Brakebill Decl. Ex. 44 1/17/2007 Hatch Decl. Ex. 30 | 408 |
| Recall 0007097 | Recall 0007111 | | | 106 |
| SCO1041481 | SCO1041494 | | 4/9/2007 Normand Decl. Ex. 30 | 802 |
| Recall 0001816 | Recall 0001834 | | 5/29/2007 Normand Decl. Ex. 7 | 802 |
| SCO1041736 | SCO1041746 | | 4/9/2007 Normand Decl. Ex. 31 | 802 |
| SCO0977892 | SCO0977892 | | 12/12/2006 Hatch Decl. Ex. 43 | 802 |
| SCO1042254 | SCO1042259 | | 4/9/2007 Normand Decl. Ex. 32 | 802 |
| SCO1185461 | SCO1185473 | | | 106, 802, 901 (as to handwriting) |
| | | | 5/18/2007 James Decl. Ex. 116 | 802 |
| Recall 0002391 | Recall 0002393 | | | 802 |
| | | | 5/29/2007 Normand Decl. Ex. 10 5/18/2007 James Decl. Ex. 118 | 802 |
| | | | 5/18/2007 James Decl. Ex. 117 | 802 |
| SCO1185456 | SCO1185458 | | | 106, 802 |
| NOV 000004907 | NOV 000004907 | Deposition Exhibit No. 261 Deposition Exhibit No. 353 | | 106 |
| SCO1578984 | SCO1578988 | | 12/12/2006 Hatch Decl. Ex. 9 | 802 |
| SCON0098857 | SCON0098869 | | | 106 |
| | | | 12/12/2006 Hatch Decl. Ex. 44 | 802 |
| SCO1269019 | SCO1269126 | Deposition Exhibit No. 1067 | 5/29/2007 Normand Decl. Ex. 15 5/18/2007 James Decl. Ex. 104 | 106, 802 |
| | | Deposition Exhibit No. 1071 | | 802 |
| SCON0020898 | SCON0020949 | | 4/20/2007 Brakebill Decl. Ex. 13 | 106 |
| SCO1760640 | SCO1760640 | | | 802 |
| CAN000514 | CAN000514 | | | 106, 802, 901 |
| SCO1605380 | SCO1605393 | | | 106 |

**2:04CV00139 -- Exhibit A**

*Novell's Objections to SCO's Rule 26 Disclosure*

| Beginning Bates | Ending Bates | Depo Exhibit No. | SJ Exhibit No. | Objections |
|---|---|---|---|---|
| SCO1270695 | SCO1270700 | Deposition Exhibit No. 1080 | | 802 |
| SCO1556043 | SCO1556044 | | 12/1/2006 Brakebill Decl. Ex. 32 | 802 |
| | | | 12/12/2006 Hatch Decl. Ex. 45 | 802 |
| NOV 000030195 | NOV 000030195 | Deposition Exhibit No. 1016 | | 802 |
| | | | 5/18/2007 James Decl. Ex. 54 | 802 |
| | | | 5/18/2007 James Decl. Ex. 55 | 802 |
| ISCO 0003333 | ISCO 0003529 | | | 106, 802 |
| | | | 12/12/2006 Hatch Decl. Ex. 46 | 802 |
| Recall 0005357 | Recall 0005385 | | | 802, 901 |
| | | | 4/9/2007 Normand Decl. Ex. 27 | 106 |
| | | | 4/9/2007 Normand Decl. Ex. 28 | 106 |
| JPHQ 00267 | JPHQ 00297 | | | 106, 802, 901 |
| | | Deposition Exhibit No. 1010 | 5/18/2007 James Decl. Ex. 51 | 802, 901 |
| Recall 0006023 | Recall 0006050 | | 5/18/2007 James Decl. Ex. 115 | 802, 901 |
| NOV 000000134 | NOV 000000154 | | | 901 |
| NOV 000003818 | NOV 000003819 | | | 802 |
| Recall 0005672 | Recall 0005685 | | | 106 |
| SCO 1603611 | SCO 1603615 | Exhibit No. 1070 | | 106 |
| SCO1603611 | SCO1603615 | Deposition | | 106 |
| SCO1626825 | SCO1626826 | Deposition Exhibit No. 1069 | | 106 |
| SCON0029957 | SCON0029962 | | | 106 |
| WSGR01167 | WSGR01169 | | | 106 |
| WSGR02008 | WSGR02010 | | | 106 |
| WSGR02011 | WSGR02016 | | | 106 |
| WSGR02077 | WSGR02101 | | | 106 |
| | | Deposition Exhibit No. 337 | 1/17/2007 Hatch Decl. Ex 35 | 106 |
| | | | 12/1/2006 Brakebill Decl. Ex. 40 | 802 |
| | | Deposition Exhibit No. 1103 | | 106 |
| | | Deposition Exhibit No. 1114 | | 106 |