**MORRISON & FOERSTER LLP**
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant & Counterclaim-Plaintiff Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>  Plaintiff & Counterclaim-Defendant,<br><br>v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>  Defendant & Counterclaim-Plaintiff. | **JOINT STATEMENT REGARDING AMENDED JURY INSTRUCTIONS**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

Pursuant to the Court's August 10, 2007 Memorandum Decision and Order, Defendant and Counterclaim-Plaintiff Novell, Inc. ("Novell"), by and through its counsel, and Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), by and through its counsel, filed a joint statement regarding jury instructions on August 29, 2007.  Due to technical difficulties, not all of the parties' edits to the proposed instructions were incorporated into the final exhibits.  The parties therefore submit this statement attaching amended proposed instructions.

As before, Exhibit 1 contains instructions as to which Novell and SCO were able to agree.  Where the parties' proposed instruction involves a change to the Court's stock instruction, that change is noted in bold.  If a stock instruction is not included in this list, the parties agree that such an instruction is not necessary in this matter.

Also as before, Exhibit 2 is a chart conveying each party's proposed instruction on the substantive issues in the case, along with citation to authority for the proposed instruction.

The parties are not in agreement on the substantive instructions.  As a threshold matter, the parties are divided on the effect of the Court's August 10 order on the instructions and the relative burdens of proof on apportionment.

The parties commit to working together to craft joint instructions after resolution of these threshold questions.

DATED: August 31, 2007

                                                ANDERSON & KARRENBERG

                                                  */s/ Heather M. Sneddon*
                                                  Thomas R. Karrenberg
                                                  John P. Mullen
                                                  Heather M. Sneddon
                                                  **Attorneys for Novell, Inc.**

                                                              (*Signatures continue.*)

DATED:   August 31, 2007

                              BOIES, SCHILLER & FLEXNER

                              */s/  Edward J. Normand*
                              Edward J. Normand
                              **Attorneys for The SCO Group, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August, 2007, I caused a true and correct copy of the foregoing **JOINT STATEMENT REGARDING AMENDED JURY INSTRUCTIONS** to be served to the following:

*Via CM/ECF:*

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid:*

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon

3