**NOTICE OF CORRECTED FILING:** Due to a filing error, Docket No. 440 was inadvertently linked to the incorrect docket entry. Please refer to Docket No. 442 for the correct docket entry for *SCO's Reply Memorandum in Further Support of its Motion to Exclude Testimony of Terry L. Musika.*