Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES SCHILLER & FLEXNER, LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 south Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted Pro Hac Vice)
BOIES SCHILLER & FLEXNER LLP
Bank of America Tower, suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES SCHILLER & FLEXNER, LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING**<br><br>Civil No. 2:04 CV-00139<br><br>Judge Dale A. Kimball<br>Magistrate Brooke C. Wells |

Dockets.Justia.com

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two

copies of the following document:

**SCO'S REPLY MEMORANDUM IN FURTHER SUPPORT OF SCO'S MOTION IN LIMINE REGARDING APPORTIONMENT OF 2003 MICROSOFT AND SUN AGREEMENTS**

     This document has not been filed electronically because:

     \_\_\_\_\_ it cannot be converted to electronic format

     \_\_\_\_\_ the electronic file size of this material exceeds 2 megabytes (MB)

     \_\_\_\_\_ the Court by order has excused electronic filing

     \_\_X\_\_ it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

     This document has been served conventionally on all parties.

DATED this 4th day of September, 2007.

           HATCH, JAMES & DODGE, P.C.
           Brent O. Hatch
           Mark F. James

           BOIES, SCHILLER & FLEXNER LLP
           David Boies
           Robert Silver
           Stuart H. Singer
           Stephen N. Zack
           Edward Normand

           DORSEY & WHITNEY LLP
           Devan V. Padmanabhan

           By:  /s/ Edward Normand_____ \_\_\_\_

**<u>CERTIFICATE OF SERVICE</u>**

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that on

this 4th day of September, 2007 a true and correct copy of the foregoing was served on

Defendant/Counterclaim-Plaintiff, Novell, Inc., via CM/ECF to the following:

Thomas R. Karrenberg
John P. Mullen
Heather M. Sneddon
ANDERSON & KARRENBERG
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101

Michael A. Jacobs
Matthew I. Kreeger
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482


By:  /s/ Edward Normand