Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Plaintiff, The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>    vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING SCO'S EX PARTE MOTION FOR LEAVE TO FILE ITS REPLY MEMORANDUM IN FURTHER SUPPORT OF SCO'S MOTION IN LIMINE REGARDING APPORTIONMENT OF THE MICROSOFT AND SUN AGREEMENTS**<br><br>Civil No.: 2:04CV00139<br>Judge Dale A. Kimball<br>Magistrate Brooke C. Wells |

      This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-Defendant The SCO Group, Inc. ("SCO") for Leave to File its over-length Reply Memorandum in Further Support of SCO's Motion in Limine Regarding Apportionment of the Microsoft and Sun Agreements (the "Apportionment Reply Memorandum"). The Court, having considered the matter, hereby determines that good cause and exceptional circumstances exist and hereby ORDERS that SCO be granted leave to file its over-length Apportionment Reply Memorandum consisting of 12 pages, exclusive of face sheet, tables of contents and authorities, appendixes and exhibits.

      DATED: September 5, 2007

BY THE COURT:

_____
Honorable Dale A. Kimball