SCO v. Novell: 2:04CV00139

# EXHIBIT A

## SCO's Objections to Novell's Rule 26 Disclosure

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| NOV-EX-0006 | SCO 1286972-1287020 | | | 802, Best Evidence |
| NOV-EX-0007 | SCO 1641758 | | | 106, 802, Best Evidence |
| NOV-EX-0008 | SCO 1641762 | | | 106 |
| NOV-EX-0009 | SCO 1186181-1186191 | 137 Chatlos | | Best Evidence |
| NOV-EX-0014 | NOV 7828-7831 | | | 901 (handwriting) |
| NOV-EX-0015 | NOV 7797-7800 | | | 901 (handwriting) |
| NOV-EX-0016 | NOV 437-438 | | Sneddon 18 - 01/16/07 | Best Evidence |
| NOV-EX-0017 | NOV 11290 | | | 106, Best Evidence |
| NOV-EX-0018 | SCO 1640426-1640428 | 242 Michels | | 802, Best Evidence |
| NOV-EX-0019 | NOV 7770-7774 | | | 901 (handwriting) |
| NOV-EX-0020 | SCO 1647507-1647510 | 46 Sabbath 47 | | 802, Best Evidence |
| NOV-EX-0021 | SCO 1647498-1647503 | Sabbath, 132 Maciaszek, 356 Broderick | | 802, Best Evidence |
| NOV-EX-0022 | SCO 1647505-1647506 | 48 Sabbath 41 | | 802, Best Evidence |
| NOV-EX-0023 | SCO 1788879 | 41 Broderick, 114 Acheson | Sneddon 05 - 01/16/07 | 802, Best Evidence |
| NOV-EX-0024 | NOV 9378-9381 | | | 901 (handwriting) |
| NOV-EX-0025 | SCO 1642825-1642826 | 54 Madsen | Sneddon 03 - 02/20/07 | 802, Best Evidence |
| NOV-EX-0026 | SCO 1642822-1642823 | 136 Maciaszek | | 802, Best Evidence |

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| NOV-EX-0027 | NOV 11119 | | Sneddon 01 - 02/20/07 | 106, 802, Best Evidence |
| NOV-EX-0028 | NOV 11120 | | | 106, 802, Best Evidence |
| NOV-EX-0029 | NOV 11121 | 40 | | 106, 802, 901, Best Evidence |
| NOV-EX-0030 | NOV 11393 | Broderick, 359 Broderick | Sneddon 02 - 02/20/07 | 106, 802, Best Evidence |
| NOV-EX-0031 | NOV 11395 | | | 106, 802, Best Evidence |
| NOV-EX-0032 | NOV 9331-9340 | | | 901 (handwriting) |
| NOV-EX-0033 | NOV 11289 | | | 802, Best Evidence |
| NOV-EX-0034 | SCON 89548-89554 | | | 901 (handwriting) |
| NOV-EX-0035 | SCON 89502-89510 | | | 901 (handwriting) |
| NOV-EX-0036 | NOV 7640 | | | 901 (handwriting) |
| NOV-EX-0037 | NOVTR 4978-5027 | | | 106, 802, Best Evidence |
| NOV-EX-0038 | NOV 7619 | | | 901 (handwriting) |
| NOV-EX-0041 | NOV 9958-9960 | 42 Broderick, 116 Acheson | Brakebill 14 - 12/01/06, Sneddon 26 - 01/16/07, Hatch 36 -01/17/07 | 901 (handwriting) |
| NOV-EX-0042 | NOV 7598 | | | 901 (handwriting) |
| NOV-EX-0043 | SCON 91091-91114 | | | 901 (handwriting) |
| NOV-EX-0044 | NOV 4479 | | | 901 (handwriting) |
| NOV-EX-0045 | SCON 90935-90944 | | | 901 (handwriting) |
| NOV-EX-0047 | NOV 7564-7575 | | | 901 (handwriting) |
| NOV-EX-0048 | NOV 11338 | | | 106, 802, Best Evidence |
| NOV-EX-0049 | SCON 90777-90785 | | | 901 (handwriting) |
| NOV-EX-0050 | NOV 38284-38285 | | | 106, 802, 901 (handwriting), Best Evidence |
| NOV-EX-0051 | SCON 90730-90739 | | | 901 (handwriting) |
| NOV-EX-0052 | SCON 90653-90663 | | | 901 (handwriting) |
| NOV-EX-0053 | NOV 7537-7545 | | | 901 (handwriting) |

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| NOV-EX-0054 | NOV 7526-7536 | | | 901 (handwriting) |
| NOV-EX-0055 | NOV 7510-7525 | | | 901 (handwriting) |
| NOV-EX-0056 | NOVTR 5028-5076 | | | 106, 802, Best Evidence |
| NOV-EX-0057 | SCON 95319-95331 | | | 901 (handwriting) |
| NOV-EX-0058 | SCON 95299-95318 | | | 901 (handwriting) |
| NOV-EX-0062 | NOV 35305 | | Sneddon 09 - 01/16/07 | 802, Best Evidence |
| NOV-EX-0063 | NOV 35305 | | | 802, Best Evidence |
| NOV-EX-0064 | NOV 35307 | | | 802, Best Evidence |
| NOV-EX-0068 | SCON 98366-98367 | 261 Dulin, 353 Acheson | | 802, Best Evidence |
| NOV-EX-0077 | NOVTR 5077-5127 | | | 106, 802, Best Evidence |
| NOV-EX-0084 | SCON 98318-98323 | 117 Acheson | | 802, 901 (handwriting), Best Evidence |
| NOV-EX-0092 | NOVTR 5128-5171 | | | 106, 802, Best Evidence |
| NOV-EX-0107 | NOVTR 5172-5244 | | | 106, 802, Best Evidence |
| NOV-EX-0114 | AA 7265-7735 | 80 Mohan | | 106, 802, 901 (handwriting), Best Evidence |
| NOV-EX-0124 | NOVTR 5245-5298 | | | 106, 802, Best Evidence |
| NOV-EX-0133 | SCON 101963-101969 | | | 802, Best Evidence |
| NOV-EX-0140 | SCO 1272238-1272239 | 210 McBride | | 106, 802, Best Evidence |
| NOV-EX-0142 | NOVTR 5299-5362 | | | 106, 802, Best Evidence |
| NOV-EX-0143 | SCO 1287696-1287706 | 211 McBride | | 901 (handwriting) |
| NOV-EX-0145 | SCO 1272401-1272402 | 208 McBride | | 802, Best Evidence |
| NOV-EX-0146 | NOVTR 337-431 | 113 Acheson | | 106, 802, Best Evidence |

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| NOV-EX-0149 | NOV 39586 | 1041 LaSala | | 802 |
| NOV-EX-0150 | NOV 39578 | 213 McBride | Brakebill 09 - 05/14/07 | 802 |
| NOV-EX-0151 | NOV 39583 | 1043 LaSala | | 106 |
| NOV-EX-0152 | NOV 39593 | | | 106 |
| NOV-EX-0153 | NOV 39581 | | | 106 |
| NOV-EX-0154 | NOV 39591-39592 | | | 106 |
| NOV-EX-0156 | NOV 39579-39580 | 1044 LaSala | Brakebill 10 - 05/14/07 | 106, 802 |
| NOV-EX-0157 | NOV 39589-39590 | | | 106, 802 |
| NOV-EX-0158 | NOV 39587-39588 | | | 106, 802, Best Evidence |
| NOV-EX-0159 | SCO 1270120-1270123 | 83 Sontag | | 802 |
| NOV-EX-0160 | SCO 1270136-1270139 | 84 Sontag | | 802 |
| NOV-EX-0161 | SCO 1270095-1270096 | 216 McBride | | 802 |
| NOV-EX-0162 | SCO 1275727-1275746 | | | 802 |
| NOV-EX-0163 | SCO 1270160-1270163 | | | 802, Best Evidence |
| NOV-EX-0164 | SCO 1326902-1326910 | 217 McBride | | 802, 901 |
| NOV-EX-0166 | SCO 1272179 | 162 Anderer, 215 McBride | Brakebill 12 - 05/14/07 | 802, Best Evidence |
| NOV-EX-0167 | SCO 1272214-1272215 | 163 Anderer | | 802 |
| NOV-EX-0168 | SCO 1270678-1270679 | 79 Mohan, 92 Sontag | Brakebill 32 - 04/20/07 | 802 |
| NOV-EX-0170 | SCH 1403-1404 | | | 802, Best Evidence |

4

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| NOV-EX-0172 | S2 2675-2677 | 158 Anderer | | 802, Best Evidence |
| NOV-EX-0173 | NOVTR 453 | 6 Stowell | | 802, Best Evidence |
| NOV-EX-0174 | SCON 41017-41019 | | | 802, Best Evidence |
| NOV-EX-0176 | S2 142-146 | 159 Anderer | | 802 |
| NOV-EX-0177 | SCON 80535 | | | 901 |
| NOV-EX-0178 | SCON 79495-79498 | 85 Sontag | | 802, Best Evidence |
| NOV-EX-0179 | SCO 1616944-1616945 | | | 901 |
| NOV-EX-0180 | SUN 91-118 | | | 802, 901 |
| NOV-EX-0181 | NOV 39595-39596 | 219 McBride, 1025 Stone | Brakebill 13 - 05/14/07 | 802, Best Evidence |
| NOV-EX-0182 | SCH 2003-2004 | | | 802 |
| NOV-EX-0183 | SCO 1537786-1537805 | | | 802, Best Evidence |
| NOV-EX-0185 | NOVTR 467-468 | | | 802 |
| NOV-EX-0186 | NOVTR 4976 | | | 802, 901, Best Evidence |
| NOV-EX-0190 | NOVTR 472-514 | 121 Acheson | | 106, 802, Best Evidence |
| NOV-EX-0192 | SCO 164748-164749 | 88 Sontag, 250 Hunsaker | | 802, Best Evidence |
| NOV-EX-0193 | NOVTR 515-516 | | Jacobs 08 - 09/29/06 | 802, Best Evidence |
| NOV-EX-0194 | SCON 24112-24113 | | | 802, Best Evidence |
| NOV-EX-0195 | QC 69-70 | | | 802, 901 (handwriting), Best Evidence |
| NOV-EX-0196 | SCO 1287995-1287996 | | | Best Evidence |
| NOV-EX-0197 | NOVTR 517 | | | Best Evidence |
| NOV-EX-0198 | SCO 1451513 | | Jacobs 27 - 09/29/06 | 802, Best Evidence |
| NOV-EX-0199 | NOVTR 523-528 | 106 Sontag | | 802, Best Evidence |

5

| **Exhibit Number** | **Bates Range** | **Depo Exhibit** | **Motion Exhibit** | **Objections** |
|---|---|---|---|---|
| NOV-EX-0200 | SCO 1264336-1264339 | | | 802, 901, Best Evidence |
| NOV-EX-0201 | NOV 43053-43055 | 1012 Stone | Normand 36 - 04/09/07, James 036 -05/18/07 | 802, Best Evidence |
| NOV-EX-0202 | NOVTR 533-535 | 1013 Stone | | 802 (as to letter to SCO), Best Evidence |
| NOV-EX-0204 | SCON 44303-44305 | 105 Sontag | | 802, 901, Best Evidence |
| NOV-EX-0424 | NOVTR 5647-5663 | | | 802, 901 |
| NOV-EX-0206 | SCH 6505-6507 | | | 802, Best Evidence |
| NOV-EX-0207 | SCO 1273118-1273318 | 165 Anderer | | 802 |
| NOV-EX-0208 | S2 160 | 166 Anderer | | 802, 901 |
| NOV-EX-0209 | SCO 1787265-1787267 | 37 Broderick | | 802, Best Evidence |
| NOV-EX-0210 | NOV 39458-39462 | 1024 Stone | Brakebill 17 - 05/14/07 | 802, Best Evidence |
| NOV-EX-0211 | NOVTR 562-604 | | Jacobs 26 - 09/29/06, Brakebill 09 - 04/20/07 | 106, 802, Best Evidence |
| NOV-EX-0212 | NOV 39555-39556 | | | 802, Best Evidence |
| NOV-EX-0213 | SCO 1273506-1273507 | | | 802, Best Evidence |
| NOV-EX-0215 | NOV 43072-43074 | 1038 LaSala | | Best Evidence |
| NOV-EX-0216 | SCO 1786913-1786933 | | | 802, 901, Best Evidence |
| NOV-EX-0218 | NOVTR 4977 | | | 802, Best Evidence |
| NOV-EX-0219 | SCO 1513275 | | | 106, 802, Best Evidence |
| NOV-EX-0220 | NOV 43077-43078 | 1040 LaSala | LaSala 01 - 09/14/06 | 802, Best Evidence |
| NOV-EX-0222 | NOVTR 612 | | LaSala 02 - 09/14/06 | 106 |
| NOV-EX-0224 | NOVTR 613-621 | 224 McBride | | 802, 901, Best Evidence |
| NOV-EX-0225 | SCO 1556045-1556047 | 225 McBride | | 802, Best Evidence |

| **Exhibit Number** | **Bates Range** | **Depo Exhibit** | **Motion Exhibit** | **Objections** |
|---|---|---|---|---|
| NOV-EX-0226 | SCO 1269328-1269330 | 227 McBride | | 802, 901, Best Evidence, Previously withdrawn as work product |
| NOV-EX-0227 | SCO 1529803-1529805 | | | Best Evidence |
| NOV-EX-0230 | SCO 164161-164183 | 235 McBride | | 802, Best Evidence |
| NOV-EX-0231 | SCO 14527611452762 | 13 Stowell, 234 McBride | Brakebill 54 - 04/20/07 | Best Evidence |
| NOV-EX-0234 | NOV 39575-39576 | | | Best Evidence |
| NOV-EX-0235 | MS-NOV_SCO 87-88 | | | 802 |
| NOV-EX-0236 | NOVTR 648 | 14 Stowell | | 802 |
| NOV-EX-0238 | MS-NOV_SCO 148149 | | | 802 |
| NOV-EX-0239 | SCON 41046-41057 | | | 802, Best Evidence |
| NOV-EX-0241 | NOV 34821-34824 | | | 106 |
| NOV-EX-0242 | NOV 34797 | | | 901 (handwriting) |
| NOV-EX-0244 | SCO 1463814-1463818 | | Brakebill 56 - 04/20/07 | 802, Best Evidence |
| NOV-EX-0246 | S2 2 | 167 Anderer | | 802 |
| NOV-EX-0247 | MS-NOV_SCO 49-50 | | | 106 |
| NOV-EX-0248 | MS-NOV_SCO 16-17 | | | 802 |
| NOV-EX-0249 | SCO 1769390-1769433 | | | 802, Best Evidence |
| NOV-EX-0420 | ROY 53-82 | | | 802, Best Evidence |
| NOV-EX-0251 | MS-NOV_SCO 105106 | | | 802 |
| NOV-EX-0253 | NOVTR 651-723 | | Jacobs 04 - 09/29/06 | 106, 802, Best Evidence |

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| NOV-EX-0254 | SCON 48406-48422 | | | 802 |
| NOV-EX-0255 | SCO 1306750-1306751 | | | 802 |
| NOV-EX-0256 | SCO 1484222 | | | 802 |
| NOV-EX-0257 | NOV-CDM 1-11 | | | 901 (handwriting), Best Evidence |
| NOV-EX-0258 | NOVTR 5363-5459 | | | 106, 802, Best Evidence |
| NOV-EX-0260 | SCO 1484360-1484361 | | | 106 |
| NOV-EX-0261 | SCONR 61-62 | | | 802 |
| NOV-EX-0262 | SCO 1484495-1484496 | | | 106, 802 |
| NOV-EX-0263 | SCO 1484533 | | | 802 |
| NOV-EX-0265 | NOVTR 802-888 | | | 106, 802, Best Evidence |
| NOV-EX-0267 | NOV 39512-39514 | | | Best Evidence |
| NOV-EX-0270 | SCON 48484-48487 | | | 802 |
| NOV-EX-0271 | SCO 1537619-1537621 | | | 901 |
| NOV-EX-0272 | SCO 1690946-1690948 | | | 901, Best Evidence |
| NOV-EX-0273 | SCO 1464116-1464118 | | | 901, Best Evidence |
| NOV-EX-0274 | SCO 1627622-1627624 | | | 901, Best Evidence |
| NOV-EX-0275 | NOV-PLA 22-30 | | | Best Evidence |
| NOV-EX-0276 | NOVTR 900-902 | 16 Stowell | | Best Evidence |
| NOV-EX-0279 | NOV 39515 | | | Best Evidence |
| NOV-EX-0282 | NOVTR 925 | | Jacobs 15 - 09/29/06 | Best Evidence |
| NOV-EX-0284 | NOVTR 939-940 | 18 Stowell | | Best Evidence |
| NOV-EX-0289 | QC 2 | | | 106 |

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| NOV-EX-0290 | NOVTR 948-1154 | | Jacobs 07 - 09/29/06, Brakebill 23 - 12/01/06 | 106, 802, Best Evidence |
| NOV-EX-0421 | SCO 1534896-1534934 | | | 802, Best Evidence |
| NOV-EX-0293 | NOVTR 1157 | | Jacobs 16 - 09/29/06 | Best Evidence |
| NOV-EX-0294 | NOV 39468-39469 | 272 Tibbitts | | Best Evidence |
| NOV-EX-0296 | NOVTR 1176-1177 | 20 Stowell | | 802, Best Evidence |
| NOV-EX-0297 | NOV 43118 | 1045 LaSala | Jacobs 17 - 09/29/06 | Best Evidence |
| NOV-EX-0303 | NOVTR 1218 | | Jacobs 18 - 09/29/06 | 802 |
| NOV-EX-0304 | NOV 45931-46013 | | | 106, 802, Best Evidence |
| NOV-EX-0309 | SCO 1784213-1784224 | | | 901 |
| NOV-EX-0310 | SCO 1784207-1784214 | | | 901 |
| NOV-EX-0313 | NOVTR 1278-1343 | | Sneddon 01 - 01/08/07 | 106, 802, Best Evidence |
| NOV-EX-0314 | NOV 38753-38767 | | | 901 (handwriting) |
| NOV-EX-0316 | NOV 38716-38732 | | | 901 (handwriting) |
| NOV-EX-0317 | NOVTR 1360-1361 | | Jacobs 19 - 09/29/06 | 802, Best Evidence |
| NOV-EX-0318 | NOVTR 5645-5646 | | | 802, Best Evidence |
| NOV-EX-0326 | NOVTR 1474-1475 | | | 802, Best Evidence |
| NOV-EX-0327 | SCO 1761055-1761063 | 233 McBride | | 802, 901, Best Evidence |
| NOV-EX-0338 | NOVTR 1638-1667 | | Jacobs 20 - 09/29/06 | 106 |
| NOV-EX-0339 | NOVTR 1668-1770 | | Jacobs 21 - 09/29/06 | 106, 802, Best Evidence |
| NOV-EX-0341 | NOVTR 4974-4975 | | | 802, Best Evidence |
| NOV-EX-0343 | NOVTR 1771-1818 | | Jacobs 22 - 09/29/06 | 106, 802, Best Evidence |

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| NOV-EX-0346 | NOVTR 1826-1878 | 100 Sontag | | 802, Best Evidence |
| NOV-EX-0347 | NOV-FB 44-49 | | | 802, Best Evidence |
| NOV-EX-0349 | NOV-FB 50-55 | | | 802 |
| NOV-EX0-350 | SCON 33697-33835 | | | 106, 802, Best Evidence |
| NOV-EX-0352 | NOV-L&P 3 | | | 901 (handwriting) |
| NOV-EX-0354 | NOVTR 5526-5644 | | | 106, 802, Best Evidence |
| NOV-EX-0356 | SCON 34094-34222 | | | 106, 802, Best Evidence |
| NOV-EX-0358 | SCON 65802-65892 | | | 802, Best Evidence |
| NOV-EX-0359 | NOVTR 2631-2682 | | Jacobs 23 - 09/29/06, Sneddon 28 -01/16/07 | 106, 802, Best Evidence |
| NOV-EX-0361 | NOVTR 2750-2832 | | Brakebill 29 - 04/20/07, Brakebill 13 -05/25/07 | 106, 802, Best Evidence |
| NOV-EX-0364 | NOVTR 3124-3189 | | | 802, Best Evidence |
| NOV-EX-0365 | NOVTR 3190-3337 | 332 Acheson | | 802, Best Evidence |
| NOV-EX-0367 | NOVTR 3349-3370 | | Brakebill 60 - 04/20/07 | 802, Best Evidence |
| NOV-EX-0368 | NOVTR 4299-301 | | | 802, Best Evidence |
| NOV-EX-0369 | NOVTR 4302-9 | | | 802, Best Evidence |
| NOV-EX-0370 | NOVTR 4310-39 | | | 802, Best Evidence |
| NOV-EX-0371 | NOVTR 4340 | | | 802, Best Evidence |
| NOV-EX-0372 | NOVTR 4341 | | | 802, Best Evidence |
| NOV-EX-0373 | NOVTR 4342 | | | 802, Best Evidence |
| NOV-EX0-374 | NOVTR 4343 | | | 802, Best Evidence |
| NOV-EX-0375 | NOVTR 4344 | | | 802, Best Evidence |
| NOV-EX-0376 | NOVTR 4345-4347 | | | 802, Best Evidence |
| NOV-EX-0377 | NOVTR 4348-4350 | | | 802, Best Evidence |
| NOV-EX-0378 | NOVTR 4354-4358 | | | 802, Best Evidence |
| NOV-EX-0379 | NOVTR 4390-4405 | | | 802, Best Evidence |
| NOV-EX-0380 | NOVTR 3373- | | | 802, Best Evidence |

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| | 3426 | | | |
| NOV-EX-0382 | NOVTR 3598-4031 | | | 802, Best Evidence |
| NOV-EX-0383 | NOVTR 4032-4255 | | | 802, Best Evidence |
| NOV-EX-0384 | NOVTR 4256-4261 | | | 802, Best Evidence |
| NOV-EX-0385 | NOVTR 5498-5525 | | | 802, Best Evidence |
| NOV-EX-0386 | NOVTR 5460-5497 | | | 802, Best Evidence |
| NOV-EX-0387 | NOVTR 4262-4273 | | | 802, Best Evidence |
| NOV-EX-0388 | NOVTR 4949-4960 | | | 802, Best Evidence |
| NOV-EX-0389 | NOVTR 4961-4962 | | | 802, Best Evidence |
| NOV-EX-0390 | NOVTR 4963 | | | 802, Best Evidence |
| NOV-EX-0391 | NOVTR 4964 | | | 802, Best Evidence |
| NOV-EX-0392 | NOVTR 4965 | | | 802, Best Evidence |
| NOV-EX-0393 | NOVTR 4966 | | | 802, Best Evidence |
| NOV-EX-0394 | NOVTR 4967 | | | 802, Best Evidence |
| NOV-EX-0395 | NOVTR 4968-4970 | | | 802, Best Evidence |
| NOV-EX-0396 | NOVTR 4971-4973 | | | 802, Best Evidence |
| NOV-EX-0397 | NOV 43212-43213 | 120 Acheson | | 901, 901 (handwriting) |
| NOV-EX-0398 | SCON 24095-24179 | 212 McBride | | 802, Best Evidence |
| NOV-EX-0399 | NOV 34813 | | Sneddon 08 - 01/16/07 | 901, 901 (handwriting) |
| NOV-EX-0403 | NOVTR 4351-4353 | | | 802, Best Evidence |
| NOV-EX-0406 | NOV 31922 | | | 802, 901, Best Evidence |
| NOV-EX-0408 | NOV 39385-39402 | | | 802, 901 (handwriting) |
| NOV-EX-0412 | SCON 50611-50619 | | | 802, Best Evidence |
| NOV-EX-0413 | SCO 164030-164054 | | | 802, Best Evidence |
| NOV-EX-0414 | NOVTR 4631 | | | 802, Best Evidence |
| NOV-EX-0415 | NOVTR 4632-4639 | | | 802, Best Evidence |
| NOV-EX-0416 | NOV 34702-34704 | | | 802, 901 |

| Exhibit Number | Bates Range | Depo Exhibit | Motion Exhibit | Objections |
|---|---|---|---|---|
| NOV-EX-0417 | SCON 101936101956 | | | 901 |
| NOV-EX-0418 | MS-NOV_SCO 90-92 | | | 802, 901 |
| NOV-EX-0419 | MS-NOV_SCO 111113 | | | 802, 901 |

12