IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

THE SCO GROUP, INC., a           )
Delaware corporation,            ) Deposition of:
                                 )
    Plaintiff,                   ) JEAN ACHESON
                                 )
vs.                              )
                                 )
NOVELL, INC., a Delaware         ) Case No. 2:04CV00139
corporation,                     )
                                 ) Judge Dale A. Kimball
    Defendants.                  )


MARCH 20, 2007 * 9:30 a.m.



Location:   Anderson & Karrenberg
            700 Chase Tower
            50 West Broadway
       Salt Lake City, Utah  84101



Reporter:  Diana Kent, CSR, RPR, CRR
Notary Public in and for the State of Utah
   Videographer:  Max Nelson, CLVS

Dockets.Justia.com

Jean Acheson    *    March 20, 2007

1    then if anything is found in the test the scope is

2    widened.  So she worked with them on things on that

3    order.

4         Q.    What do you mean they wanted to audit 100

5    percent and Terry negotiated down to 10?  What does

6    that mean?

7         A.    Well, usually audits are not done auditing

8    every transaction that occurs.  An audit is usually

9    done by selecting a test group, and then if nothing

10   is wrong in the test group, then it is assumed that

11   all transactions are correct.  If something is found

12   wrong, then you widen the scope of the audit to test

13   more and to see if maybe this is just one aberration

14   or if it's a trend throughout.

15        Q.    So what do you remember on that subject,

16   the test size or sample size?  What do you remember

17   on that?

18        A.    They selected a lot.  They selected I

19   believe several from each monthly report.

20        Q.    And when you say they selected a lot, they

21   did what?  What do you mean?

22        A.    Well, they would just check it off and

23   say, "Okay, I want to see these ten customer reports

24   from this report, five from the next one."  That kind

25   of thing.  And then we would pull the documentation

Jean Acheson   *   March 20, 2007

1  for them.  And since it was original documentation,

2  they stayed in our offices to review it.

3       Q.    And by that, you mean the underlying

4  customer reports that had been sent to SCO?

5       A.    That's correct.

6       Q.    But initially Novell's auditors had asked

7  for a hundred percent?

8       A.    I believe, yes.

9       Q.    And did you discuss that with Terry?

10      A.    Terry told me about it.  But she was the

11  one who negotiated the -- what the audit selection

12  was going to be with them.

13      Q.    And what was the ultimate resolution on

14  that?

15      A.    I don't remember.  Probably about 10 to 20

16  percent.

17      Q.    And did you consider that high?

18      A.    I'm not -- no.  I mean, it was a lot of

19  documents, yes, because there were a lot of

20  transactions at that time.

21      Q.    What was the discussion between you and

22  Ms. Dulin when Novell had asked for 100 percent at

23  the beginning?

24      A.    Terry had been a C.P.A. and had been an

25  auditor, and she did not feel it was anywhere near

Jean Acheson    *    March 20, 2007

1    recollection, in that audit, the Novell

2    representatives never asked for anything other than

3    the reports of the SVRX binary licenses that existed

4    at the time of the APA, and never asked about

5    licensing of source code." Do you see that?

6         A.    Yes, I do.

7         Q.    What was that?

8         A.    I just said yes, I do.

9         Q.    All right. Let me ask you about the first

10   part of that where you say that in that audit the

11   Novell representatives never asked for anything other

12   than the reports of the SVRX binary licenses that

13   existed at the time of the APA. Do you mean

14   literally that the only information Novell sought in

15   this audit were those reports?

16        A.    Well, that's basically what they asked for

17   from me. They gave me the reports with the OEMs

18   checked off that they wanted to see the underlying

19   documentation from.

20        Q.    But are you saying Novell didn't ask for

21   any other information whatsoever in this audit?

22        A.    No. They asked of me. I mean, they did

23   ask Terry for proof on the 40 percent test. But as

24   far as the royalty reports or the source code

25   licenses were concerned, this is all they asked me

Jean Acheson   *   March 20, 2007

1    for in relation to those, that I know of.

2         Q.    Okay.

3         A.    I mean, they probably also asked for maybe

4    some copies of checks, although those would have been

5    part of the royalty packet that we would have given

6    to them.

7         Q.    Who asked you for these reports?

8         A.    Well, I believe either they had, or we

9    sent a set of the monthly reports to the auditors.

10   They checked off what they wanted and it came back

11   through Terry, and then Terry gave it to me, and then

12   I pulled the documentation and worked with the

13   auditors on the reconciliation of them.

14        Q.    So what was the process, to your

15   knowledge?  Can you go over that again?

16        A.    Okay.  Novell took the monthly reports.

17        Q.    That they already had?

18        A.    I'm not sure if they took the ones they

19   already had or if they asked us for another set of

20   them.  I know on the second audit they asked us for

21   another set because they couldn't get them together

22   from their company.  So either they already had or we

23   supplied them with a set of the monthly reports.

24              They took them, reviewed them, checked off

25   what it was they wanted to review, and then probably

Jean Acheson    *    March 20, 2007

1    sent that back through Terry, since she was the one

2    negotiating the audit, who then gave it to me.  I, in

3    conjunction with my people, probably pulled the

4    documentation, made sure that we could tie everything

5    back to the reports, and then supplied Novell with

6    the documentation for the report, for what they

7    wanted to test.

8        Q.    And what kind of documentation was that?

9        A.    It was the customer quarterly reports.

10       Q.    Now, you said they never asked for

11   anything other than the reports of the SVRX binary

12   licenses that existed at the time of the APA?

13       A.    Uh-huh (affirmative).

14       Q.    Did they use those words or are you saying

15   they asked more broadly for the reports and that's

16   all there were?  What do you mean?

17       A.    I don't remember.  Basically they handed

18   me back the reports and marked off what they wanted

19   to see, and that's what I gave them.

20       Q.    But no one from Novell said, or did they,

21   "We'd like the reports of the SVRX binary licenses

22   that existed at the time of the APA"?

23       A.    What else would they have been looking at

24   except to audit that the reports that we gave them

25   were correct, and that is what was on those reports?

Jean Acheson    *    March 20, 2007

1                    REPORTER'S CERTIFICATE
2

STATE OF UTAH              )
3                             )  ss.
COUNTY OF SALT LAKE        )

4
5            I, Diana Kent, Registered Professional
Reporter and Notary Public in and for the State of
6    Utah, do hereby certify:
7            That prior to being examined, the witness,
JEAN ACHESON, was by me duly sworn to tell the truth,
8    the whole truth, and nothing but the truth;
9            That said deposition was taken down by me
in stenotype on March 20, 2007, at the place therein
10    named, and was thereafter transcribed and that a true
and correct transcription of said testimony is set
11    forth in the preceding pages;.
12            I further certify that, in accordance with
Rule 30(e), a request having been made to review the
13    transcript, a reading copy was sent to Jean Acheson
for the witness to read and sign before a notary
14    public and then return to me for filing with Attorney
Mark Pernick.
15
            I further certify that I am not kin or
16    otherwise associated with any of the parties to said
cause of action and that I am not interested in the
17    outcome thereof.
18            WITNESS MY HAND AND OFFICIAL SEAL this
30th day of March, 2007.
19
20
21
22

23                         _____

                         Diana Kent, RPR, CRR
24                         Notary Public
                         Residing in Salt Lake County
25

CitiCourt, LLC
801.532.3441