Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br>a Delaware corporation,<br> Plaintiff/Counterclaim-Defendant,<br><br>  vs.<br><br>NOVELL, INC.,<br>a Delaware corporation,<br> Defendant/Counterclaim-Plaintiff. | **SCO'S EX PARTE MOTION FOR LEAVE TO FILE ITS REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR RECONSIDERATION OR CLARIFICATION OF THE COURT'S AUGUST 10, 2007 ORDER**<br><br>Civil No.: 2:04CV00139<br>Judge Dale A. Kimball<br>Magistrate Brooke C. Wells |

Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") hereby moves the Court pursuant to District Court Rule 7-1(e) for an Order granting it leave to file its Reply Memorandum in Further Support of its Motion For Reconsideration or Clarification of The Court's August 10, 2007 Order (the "Reply Memorandum") that consists of 10 pages, exclusive of face sheet, tables of contents and authorities, appendixes and exhibits.

SCO's Motion is made upon the grounds that the Reply Memorandum of the indicated length is necessary given the complex nature of the issues raised by Novell's Opposition to SCO's Motion For Reconsideration or Clarification of The Court's August 10, 2007 Order (the "Opposition") to the end that a Reply Memorandum to Novell's Opposition of the same complexity was necessitated.

SCO has endeavored to be as concise as possible, but respectfully submits that the excess length is necessary to fully and fairly address the issues being placed before the Court.

SCO respectfully requests that it be allowed to file its Reply Memorandum containing 10 pages, exclusive of face sheet, tables of contents and authorities, appendixes and exhibits.

DATED this 12th day of September, 2007.

                                          HATCH, JAMES & DODGE, P.C.
                                          Brent O. Hatch
                                          Mark F. James

                                          BOIES, SCHILLER & FLEXNER LLP
                                          David Boies
                                          Robert Silver
                                          Stuart H. Singer
                                          Stephen N. Zack
                                          Edward Normand

                                          DORSEY & WHITNEY LLP
                                          Devan V. Padmanabhan


                                          *Counsel for The SCO Group, Inc.*

                                          By: /s/ Edward Normand

## **CERTIFICATE OF SERVICE**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant, Novell, Inc., on this 12th day of September, 2007, via CM/ECF to the following:

>Thomas R. Karrenberg
>John P. Mullen
>Heather M. Sneddon
>ANDERSON & KARRENBERG
>700 Bank One Tower
>50 West Broadway
>Salt Lake City, UT 84101
>
>Michael A. Jacobs
>Matthew I. Kreeger
>Kenneth W. Brakebill
>MORRISON & FOERSTER
>425 Market Street
>San Francisco, CA 94105-248

>/s/  Edward Normand