# EXHIBIT 1

Dockets.Justia.com

SS-SOFT Corp.Supp.-A-030184-100791

Licensee: UNISYS CORPORATION

Agreement Number: SOFT-00989

Supplement Number: 202

UNIX SYSTEM LABORATORIES, INC.

SOFTWARE AGREEMENT SUPPLEMENT

The CPU(s) listed below are hereby made DESIGNATED CPU(s) for the following SOFTWARE PRODUCT: Intel 386*/486 Implementation of UNIX® System V Release 4 Multi-Processor Version 1, subject to the referenced Agreement. A Schedule for such SOFTWARE PRODUCT is attached to this Supplement.

| Location | DESIGNATED Type | CPU(s) Serial No. | Fee |
|---|---|---|---|
| ATTACHMENT A | ATTACHMENT A | ATTACHMENT A | $455,000.00* |

*This fee consists of the Initial DESIGNATED CPU fee of $50,000 plus $405,000 for 135 (one hundred thirty-five) additional DESIGNATED CPUs. This fee is waived pursuant to the May 15, 1991 Letter Agreement between Unisys Corporation and USL relating to "License for Pre-release and Commercial Implementations of UNIX System V Release 4 Symmetric Multiprocessing Version for Intel 80386, 80486 and 80860 Implementations", and covers all DESIGNATED CPUs listed on Attachment A to this Supplement No 202. Waiver of this fee is contingent upon LICENSEE executing and returning this Supplement No. 202 prior to September 30, 1992.

The Initial Sublicensing Fee for the above listed SOFTWARE PRODUCT shall be waived if and only if LICENSEE executes and returns this Supplement No. 202 prior to December 31, 1991.

---

\* Intel386 is a trademark of Intel Corporation.

AT&T agreement(s) referred to herein have been assumed by, and are being administered in the name of UNIX System Laboratories, Inc.

CONFIDENTIAL

SS-SOFT Corp.Supp.-A-030184-100791

This Supplement shall also constitute written notice by USL to LICENSEE, of termination of the licenses granted, for DELIVERABLE LOADS containing ENHANCEMENTS contained in UNIX System V Release 4 Multi-Processor Version 1, under the April 17, 1990 Enhancement Load Access Agreement ("ELAA") between USL and LICENSEE pursuant to Section 7, Action Upon License Expiration, of the ELAA. Such termination shall be effective January 6, 1992.

As of such termination date, and pursuant to Section 7, Action Upon License Expiration, of the ELAA, LICENSEE shall discontinue all use of any DELIVERABLE LOAD (as defined in the ELAA), supplied to LICENSEE by USL up to the termination date, containing ENHANCEMENTS which have been included in UNIX System V Release 4 Multi-Processor Version 1. Within ten days after such termination date, LICENSEE shall (i) transmit to USL all copies of such DELIVERABLE LOADS in LICENSEE's possession, custody or control, or any portion thereof, or (ii) destroy all such copies and certify to USL in writing that such destruction has taken place; provided, however, that if this Supplement is executed and returned to USL by LICENSEE no later than such termination date, LICENSEE's obligations to return or destroy each DELIVERABLE LOAD shall not apply to any portion of such DELIVERABLE LOAD that constitutes a version of the SOFTWARE PRODUCT covered by this Supplement.

Execution and acceptance of this Supplement follow.

UNISYS CORPORATION

By _____

DAVID G SCHULTZ
(Print or Type Name)

MANAGER OEM CONTRACTS
(Title)

OCTOBER 31, 1991
(Date)

UNIX SYSTEM LABORATORIES, INC.

By _____

for   A. R. DeGiralamo

Director, Licensing and Operations

10-31-91
(Date)

40083(1947)

CONFIDENTIAL

SCO1062341

ATTACHMENT A

UNISYS CORPORATION                    Software Agreement No. SOFT-00989
                                      Supplement No. 202

| Address CPU Serial Number | CPU Manufacturer | CPU Model |
|---|---|---|
| 30800 Telegraph Road, Suite 3901, Birmingham, Michigan  48010 | | |
| 330521 | | U6000/51 |
| 3001 Metro Drive, Suite 115, Bloomington, Minnesota  55420 | | |
| 100146 | Sperry | 5000/40 |
| 11054 | Sperry | 5000/60 |
| FXA2475 | | 11/780 |
| Township Line Road Blue Bell, PA  19424 | | |
| BT06786 | | 11/750 |
| Township Line & Union Mtg. Rd. Blue Bell, PA  19422 | | |
| 25410SJ92 | | 5000/60 |
| J1539 | | 7000/52 |
| 1777 Conestoga Street Boulder, CO  80301 | | |
| 5149 | Pyramid | 90X |
| 6655 Lookout Road Boulder, CO  80301 | | |
| 10005 | Nat'l Semiconductor | Sys. 32 |
| 82F43609N | | 11/750 |
| BT07848 | | 11/750 |
| FX01212 | | 11/780 |
| Computer Room, 6655 Lookout Road, Boulder, CO  80301 | | |
| P07117 | Intel | 82-86 |
| Unisys CAD/CAM, Inc. 3970 Wilderness Place Boulder, CO  80301 | | |
| 0-4-3-385 | Unisys | Model 1450 |
| Convergent Tech. (UK), Ltd. Amersham Buchs,     England | | |
| P-10023 | | Miniframe Plus |
| UK Office, Amersham, Buckinghamshire,     England | | |
| 200039-2MT | | MightFrame |
| W100363 | | NGEN |
| 747 Calle Plano Drive Camarillo, CA  93010 | | |
| 346469752 | | B25 |

CONFIDENTIAL                    SCO1062342

ATTACHMENT A

UNISYS CORPORATION

Software Agreement No. SOFT-00989
Supplement No. 202

| Address<br>CPU Serial Number | CPU Manufacturer | CPU Model |
|---|---|---|
| 5151 Camino Ruiz<br>Camarillo, CA  93011 | | |
| 322296047 | Burroughs | XE550 |
| 630C1712 | SUN | 3/160 |
| R & D Computer Center Facility, 5151 Camino Ruiz,<br>Camarillo, CA  93010 | | |
| WN2LY53 | | 11/70 |
| Foundation Computer Systems<br>8000 Regency Parkway<br>Cary, NC  27511 | | |
| 0000657 | Sperry | 5000/50 |
| 84Q27122X | | 11/780 |
| 84S90897U | | 11/750 |
| Cumbernauld Facility, One Burroughs Place,<br>Detroit, MI  48232 | | |
| 322285180 | Burroughs | XE550 |
| Boot Road, Building #8,<br>Downingtown, PA  19335 | | |
| 331544890 | | B28 |
| Boot Road, P.O. Box 235,<br>Downingtown, PA  19335 | | |
| 322268210 | Burroughs | XE550 |
| SDG/Downingtown, Bldg. #8, P.O. Box 235,<br>Downingtown, PA  19335 | | |
| 2773 | Motorola | Exormacs |
| PROTOTYPE | | B9700 |
| Unisys Park, 3333 Pilot Knob Road,<br>Eagan, MN  55121 | | |
| 60909403 | DEC | MicroVax II |
| Eagan Mkt Support Center, 3333 Pilot Knob Road,<br>Eagan, Minnesota  55121 | | |
| 0001522 | | 5000/50 |

Page 2 of 8

CONFIDENTIAL

SCO1062343

ATTACHMENT A

UNISYS CORPORATION

Software Agreement No. SOFT-00989
Supplement No. 202

| Address CPU Serial Number | CPU Manufacturer | CPU Model |
|---|---|---|
| Great Neck, NY | | |
| 10111 | | V77/800 |
| 269 | | V77/600 Minicomputr |
| 4 Lorenzo | | |
| Irvine, CA  92714 | | |
| 00036190C | Unisys | IT PC |
| 33 Technology Drive | | |
| Irvine, CA  92718 | | |
| N37782722 | | PW2A83301-BAS |
| P37782646 | | PW2A83301-BAS |
| P37784176 | | PW2A82501-BAS |
| ID Field Support Services, Sperry Centre, Brentfields, | | |
| London,  NW10 8LS  England | | |
| 001103 | | 7000/40 |
| 0100191 | | 5000/40 |
| 2010051 | | 5000/80 |
| Essex Building, 7929 West Park Drive, | | |
| McLean, Virginia  22102 | | |
| FX02983 | | 11/785 XD-BE |
| Unisys Europe Africa Limited | | |
| Bakers Court, Bakers Road, Uxbridge, | | |
| Middlesex,  UB8 1RG  England | | |
| CQ-1340-5 | | U6000/50 |
| 1301 Industrial Boulevard | | |
| Minneapolis, Minnesota  55413 | | |
| 3572/3654 | Sperry | 1100/62 |
| 25801 Obrero Street, No. 10 | | |
| Mission Viejo, CA  92691 | | |
| P37784176 | | PW2 800/25 |
| 25725 Jeronimo Road | | |
| Mission Viejo, CA  92691 | | |
| 23979 | Advanced Logic Res. | DART Model 10 |
| 336923875 | | A-15 |

CONFIDENTIAL                    SCO1062344

ATTACHMENT A

UNISYS CORPORATION                          Software Agreement No. SOFT-00989
                                            Supplement No. 202

Address
    CPU Serial Number          CPU Manufacturer       CPU Model

The Wollongong Group
1135A San Antonio Road
Palo Alto, CA  94303
    1163                       Sperry                 System 80 T3045

Paoli Research Center, Rt. 252 & Central Ave, Rm G312,
Paoli, PA  19301
    81020480K                                         11/780

Route 252 & Central Avenue
Paoli, PA  19301
    85011083X                                         11/785

Custom Products Group/GLV-2,,  2018, 70 E Swedesford Rd.,
Paoli, PA  19301
    322280348    .             Burroughs              XE550
    N/A                        Motorola               68010

70 E. Swedesford Road
Paoli, PA  19301
    BT03101FA                                         11/750
    BT08197                                           11/750
    BT08552                                           11/750
    P0102                      Unisys                 PW2 800 series

70 E. Swedesford Road, GVL 3,
Paoli, PA  19301
    825015162                  Gould                  9005

2476 Swedesford Road
Paoli, PA  19301
    336900824                                         A-15
    N50013840                                         PW2 800/33

2476 Swedesford Road
Paoli, PA
    83012055X                                         11/750
    83024787X                                         11/750

(P.O. Box 517)
Paoli, PA  19301
    TBD                                               11/750
    TBD                                               11/750

21111 N. 19th Avenue
Phoenix, Arizona  85027
    1                                                 Micro 9800

Page 4 of 8
CONFIDENTIAL                                       SCO1062345

ATTACHMENT A

UNISYS CORPORATION                    Software Agreement No. SOFT-00989
                                      Supplement No. 202

Address
   CPU Serial Number              CPU Manufacturer      CPU Model


DCEC Facility, 1860 Wiehle Avenue,
Reston, VA  22090-5500
   85049391X1                                           11/750

2276 Highcrest Road
Roseville, MN  55113
   10982761/10980798                                    A10H (Dual Proc.)
   320/680                                              1100/92

1500 W. Country Road, R-2,
Roseville, MN  55113
   870C10950338                    AT&T                  3B2/500

1500 West County, Road B2,
Roseville, MN  55113
   0011552-0C                      AT&T                  3B2/300

322 North 2200 West
Salt Lake City, Utah  84116
   1010235                                              5000/90
   1102                                                 7000/50
   2010086                                              5000/90
   227593-P                                             U 6000/50 (ethyl)
   302577                                               6000/50
   306886                                               6000/30
   371881467                                            6000/50
   377824180                                            PW2-800/25
   E0037270C                                            3B2/400

210 North Sperry Way, Building R,
Salt Lake City, Utah  84116
   2010213                         Unisys               Model 5000/90

Network Standards Corp.
4203 Woodcock Drive, Suite 252,
San Antonio, Texas  78228
   215086-105                                           5000/50C

Rancho Bernardo, 16464 Via Esprillo,
San Diego, CA  92127
   81021788H                                            11/780

2310 North First Street
San Jose, CA  95150
   PR0027                          Motorola              Platform 88

Convergent Technologies
2310 North First Street, Building #9,
San Jose, CA  95150
   AC200314                                             NGEN
   AF100900                                             NGEN

CONFIDENTIAL                        SCO1062346

ATTACHMENT A

UNISYS CORPORATION.

Software Agreement No. SOFT-00989
Supplement No. 202

Address
    CPU Serial Number              CPU Manufacturer      CPU Model
Convergent Technologies
2314 North First Street, Building #10,
San Jose, CA  95150
    10484                                                MiniFrame
    108060                                               MightyFrame
    225710                                               SPC-MOBY
    301716                                               SPC-DV2
    302210                                               SPC-DV1
    302572                                               SPC-OSCAR
    306188                                               SPC-UNIX 386
    A1011                                                MightyFrame
    A1026                                                MightyFrame
    A1027                                                MightyFrame

Convergent Technologies, Inc.
2314 North First Street
San Jose, CA  95131
    01997                                                MegaFrame
    105115-08A                                           MegaFrame
    204870-1NT                                           MightyFrame
    A-1003                                               MightyFrame

Unisys/Convergent
2700 North First Street
San Jose, CA  95150-6685
    371853789                                            6000/50
    PR0020                         Motorola              Platform/88

2700 North First Street
San Jose, CA  95150-6685
    PR0038                         Motorola              Platform 88

Convergent Technologies
2700 North First St.
San Jose, CA  95150-6685
    AW202633                                             NGEN

TSS Computer Center, 333 Pilot Knob Road,
Eagan, MN  55121
    196                            Sperry                1100/83
    2104                           Sperry                1100/71
    907                            Sperry                1100/83
    954                            Sperry                1100/83

(S & G SG Division), Marcus Avenue,
Great Neck, NY  11020
    80078                          Tadpole Technologies TP-20

CONFIDENTIAL                                    SCO1062347

ATTACHMENT A

UNISYS CORPORATION

Software Agreement No. SOFT-00989
Supplement No. 202

Address

| CPU Serial Number | CPU Manufacturer | CPU Model |
|---|---|---|
| 86020250K | | 11/750 |

2525 Colorado Avenue
Santa Monica, CA  90406

| | | |
|---|---|---|
| 86020250K | | 11/750 |
| 86022301K(ET16474) | | 11/750 |

Burroughs Company, Ltd.
Eng. Dev. Ctr., 1157 Natsukari, Hotozawa, Gotemba City,
Shizuoka Pref.,      412 Japan

| | | |
|---|---|---|
| 322283102 | | 5000/70 |

Naval Intelligence Command I, 4600 Silver Hill Road,
Suitland, MD  20389

| | | |
|---|---|---|
| 83047570X | | 11/780 |

Prologic Corporation
28 Bedford Road
Summit, NJ  07901

| | | |
|---|---|---|
| 4836AQ3B0129 | Compaq | 386/20 |

Navicom

Suitland, MD

| | | |
|---|---|---|
| 83047560X | | 11/780 |

Racal-Milgo
1601 N. Harrison Pkwy.
Sunrise, FL  33323-2899

| | | |
|---|---|---|
| 386010071 | Gould | 9082 |

8006 Sloan Avenue
Taylor, Michigan  48180

| | | |
|---|---|---|
| 371861816 | | 6000/50 |

Nippon univax Kaisha Ltd.
2-17-51 Akasaka, Minato-ku,
Tokyo 107,      Japan

| | | |
|---|---|---|
| 1027 | | 7000/40 |

41100 Plymouth Road
Plymouth, MI  48170

| | | |
|---|---|---|
| 372008516 | | U6000/55 |

12010 Sunrise Valley Dr.
Reston, VA  22091

| | | |
|---|---|---|
| 726E6600 | SUN | 3/280 |

CONFIDENTIAL

SCO1062348

ATTACHMENT A

UNISYS CORPORATION                    Software Agreement No. SOFT-00989
                                      Supplement No. 202

| Address CPU Serial Number | CPU Manufacturer | CPU Model |
|---|---|---|
| Nihon Unisys Co., Ltd. 2-23 Shinoniyabi-cho, Shinyuku-ku, Tokyo, 162,      Japan | | |
| 0-11-8-142 | Unisys/Masscomp | SS-7 |
| 001100028 | Unisys | U5000/85-T3185-00 |
| 371861675 | Unisys | U6000/50 |
| Engineering Research Associate 1595 Spring Hill Road Vienna, VA  22180 | | |
| Z-1110037-085 | | 5000/85 |
| 445 Devon Park Drive Wayne, PA  19087 | | |
| 371849464 | | 6000/50 |
| 445 Devon Park Road, Devon Industrial Park, Wayne, PA  19087 | | |
| 11-00186 | | XE550 |
| 371849464 | | 6000/50 |
| Convergent Technologies, GMBH Mainzer Strasse 6200 Weisbaden,      West Germany | | |
| 209378-2MT | | S320 Model |
| 227658-P | | SPC Model 200 |
| 1500 West County, Road B2, Roseville, MN  55113 | | |
| 0011552-0C | At&t | 3b2/300 |
| A110120834 | pw2/800 | 16 |
| Arete Systems Corporation 2040 Hartog Drive San Jose, CA  95131 | | |
| 181 | Arete | Model 1200 |
| 2005 De La Cruz Boulevard, No. 200, Santa Clara, CA  95050 | | |
| BT09063 | | 11/750 |
| 2500 Colorado Avenue Santa Monica, CA  90406 | | |
| 80020655K | | 11/750 |
| 83024786K | | 11/750 |
| 83024816K | | 11/750 |
| BT05578 | | 11/750 |
| 2502 Colorado Avenue Santa Monica, CA  90404 | | |
| 86020250K | | 11/750 |

Page 8 of 8

CONFIDENTIAL                    SCO1062349

Schedule for the
Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

## 1. Definitions

The following definitions apply in this schedule:

(a)  COMPUTER PROGRAM — Defined in USL Software Agreement

(b)  DESIGNATED CPU — Defined in USL Software Agreement.

(c)  LICENSEE — Defined in USL Software Agreement

(d)  LIMITED USER CONFIGURATION is any collection of devices for display, entry, retrieval or processing of information, provided that such collection does not include more than two (2) devices of any given type (e. g., terminals, printers, mouses.)

(e)  LIMITED USE SYSTEM is a SUBLICENSED PRODUCT which at no time supports more than a LIMITED USER CONFIGURATION whether directly, or through an application, or through a network or by any other means.

(f)  MODEL is any group of computer systems having a particular sales or marketing designation, each of which meets the following criteria:

   (1)  has the identical CPU(s) (except for the clock speed) and number of CPUs;

   (2)  has the identical CPU bus(es) and number of CPU buses;

   (3)  has the identical I/O peripheral bus(es) and number of I/O peripheral buses

   (4)  runs the identical binary operating system (e.g., same binary code with the exception of driver modifications necessary to support additional peripherals, same documentation, same price) which must be generally available for each computer system in the group;

   (5)  is readily available for purchase by LICENSEE's customers; and

   (6)  has a list price which is no higher than

      (i)   three times that of the lowest priced computer system in the group, or

      (ii)  $100,000 higher than the lowest priced computer system in the group,

   whichever is less;

   provided, however, that different computer systems having the same sales or marketing designation and the same list price shall not be included in more than one MODEL.

(g)  MULTI-PROCESSOR SUBLICENSED PRODUCT — a SUBLICENSED PRODUCT configured to allow a specified maximum number of CPUs to execute the SUBLICENSED PRODUCT on a defined MODEL or VIRTUAL MODEL.

(h)  MULTI-PROCESSOR UPGRADE — For a particular computer system as defined in a MODEL, components (including MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT) that increases the number of CPUs that are capable of executing a MULTI-PROCESSOR SUBLICENSED PRODUCT. Such components include the additional number of CPUs which can so execute as defined in a MODEL. (The computer system prior to the MULTI-PROCESSOR UPGRADE must be defined as a MODEL and the resultant computer system must also be defined as a MODEL.)

CONFIDENTIAL

Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

(i) MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT — SUBLICENSED PRODUCT that allows the end user to increase the number of CPUs capable of executing the MULTI-PROCESSOR SUBLICENSED PRODUCT on an existing computer system as defined by a MODEL. Such MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT may not alter or provide any other capability of the existing MULTI-PROCESSOR SUBLICENSED PRODUCT on the computer system.

(j) MULTI-PROCESSOR UPGRADE LIST PRICE — is the manufacturer's suggested retail (list) price of a MULTI-PROCESSOR UPGRADE, before any discounts are applied.

The list price for such MULTI-PROCESSOR UPGRADE is the US list price if such MULTI-PROCESSOR UPGRADE is sold in the US. If such MULTI-PROCESSOR UPGRADE is not sold in the US, then the list price used shall be that of such MULTI-PROCESSOR UPGRADE in the country specified in LICENSEE's address shown in LICENSEE's Software Agreement. List price changes shall be reflected to USL quarterly. The list price shall be converted to US dollars at the exchange rate posted on the last day of the reporting quarter.

(k) MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT LIST PRICE is defined as the manufacturer's suggested retail (list) price — before any discounts are applied — for the end user version of MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT that allows the end user the ability to use existing SUBLICENSED PRODUCT on a MULTI-PROCESSOR UPGRADE in an existing computer system as defined in a MODEL. The list price used is that of the end user version of the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT in the United States, if a version of the end user MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT is distributed in the United States. If an end user version of the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT is not distributed in the United States, then the list price used is that of the end user version of the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT in the country specified in LICENSEE's address as shown in LICENSEE's Software Agreement. List price changes for the end user version of the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT shall be reflected to USL quarterly. The list price shall be converted to US dollars at the exchange rate posted on the last day of a reporting quarter. The version of the product used in the calculation must be readily available for license by LICENSEE's customers. For the end user version of SUBLICENSED PRODUCTs where a monthly charge applies (or a combination of an initial charge plus monthly charges) rather than a one-time charge, the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT LIST PRICE is calculated as the sum of all charges that would apply in a 20-month installation.

(l) NETWORK OF CPUs is a collection of one or more remote CPUs and one or more DESIGNATED CPUs connected via a network. Such network may not exceed a 50-mile radius (80 kilometers).

(m) RUN TIME COPIES — means copies of SUBLICENSED PRODUCT based on Graphics Services Version 4i, OPEN LOOK® Graphical User Interface Release 4i or XWIN® Graphical Windowing System Release 4i which LICENSEE packages with an application computer program for use solely with that single application. For example, a word processor vendor may package such SUBLICENSED PRODUCT to run only with its word processor application and with no other application.

CONFIDENTIAL                                    SCO1062351

Schedule for the
Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

(n)  SOFTWARE LIST PRICE is defined as the manufacturer's suggested retail (list) price —
     before any discounts are applied — for the end user version of a SUBLICENSED PRODUCT,
     where such SUBLICENSED PRODUCT is configured for some number of CPUs which may
     be able to execute the SUBLICENSED PRODUCT. The list price used is that of the end
     user version of the SUBLICENSED PRODUCT in the United States, if a version of the end
     user SUBLICENSED PRODUCT is distributed in the United States. If an end user version
     of the SUBLICENSED PRODUCT is not distributed in the United States, then the list price
     used is that of the end user version of the SUBLICENSED PRODUCT in the country
     specified in LICENSEE's address as shown in LICENSEE's Software Agreement. List price
     changes for the end user version of the SUBLICENSED PRODUCT shall be reflected to USL
     quarterly. The list price shall be converted to US dollars at the exchange rate posted on the
     last day of a reporting quarter. The version of the product used in the calculation must be
     readily available for license by LICENSEE's customers. For the end user version of
     SUBLICENSED PRODUCTs where a monthly charge applies (or a combination of an initial
     charge plus monthly charges) rather than a one-time charge, the SOFTWARE LIST PRICE is
     calculated as the sum of all charges that would apply in a 20-month installation.

(o)  SOFTWARE PRODUCT — Defined in USL Software Agreement and consisting of the
     software identified in the title of this schedule and, if licensed together with such software,
     Graphics Services Version 4i software.

(p)  STANDARD SYSTEM is a SUBLICENSED PRODUCT that at least meets the following
     specifications:

     (i)   Implements and conforms to Volumes 1, 2, and 3 of the *X/OPEN™ Portability Guide
           Issue 3 (XPG3)*, or later version.

     (ii)  Implements and conforms to STREAMS I/O interfaces as defined in the *STREAMS
           Manual Pages* furnished with the SOFTWARE PRODUCT, and SUBLICENSED
           PRODUCT must support the Driver Kernel Interfaces (DKI) as defined in the *Device
           Driver Interface/Driver-Kernel Interface (DDI/DKI) Reference Manual* furnished with
           the SOFTWARE PRODUCT.

     (iii) Is packaged as a single software offering.

(q)  SUBLICENSED PRODUCT — Defined in USL Sublicensing Agreement and based on this
     SOFTWARE PRODUCT.

CONFIDENTIAL                                      SCO1062352

Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

(r)  SYSTEM LIST PRICE of a computer system is the manufacturer's suggested retail (list) price, before any discounts are applied, of

   (i)  such computer system; or

   (ii)  any computer system included in the MODEL to which such computer system belongs; or

   (iii)  any computer system included in the VIRTUAL MODEL to which such computer system belongs.

Such computer system must, at a minimum, include processor, random access memory, fixed disk and removable disk or tape storage devices (except for diskless workstations, where a network connection is included instead), system console, and SUBLICENSED PRODUCT for use with the computer system, where some number of CPUs is defined in the SUBLICENSED PRODUCT which may execute the SUBLICENSED PRODUCT. The list price for such computer system is the US list price if such computer system is sold in the US. If such computer system is not sold in the US, then the list price used shall be that of such computer system in the country specified in LICENSEE's address shown in LICENSEE's Software Agreement. List price changes shall be reflected to USL quarterly. The list price shall be converted to US dollars at the exchange rate posted on the last day of the reporting quarter.

(s)  UNLIMITED USE SYSTEM is a SUBLICENSED PRODUCT which does not meet the requirements of a LIMITED USE SYSTEM.

(t)  USER is any device for display, entry, retrieval or processing of information.

(u)  VIRTUAL MODEL is any group of MODELs all of whose included computer systems meet criteria 1 through 6 of a MODEL; provided, however, that no such computer system is included in more than one VIRTUAL MODEL.

CONFIDENTIAL                    SCO1062353

Schedule for the
Intel386™/486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

*2. Right-to-Use and Distribution Fees Pursuant to the Software Agreement*

The Right-to-Use-Fees listed below for Graphics Services Version 4i (GS4i) are applicable if and only if GS4i is licensed in conjunction with UNIX System V Release 4 Multi-Processor Version 1 under this Schedule.

| | | | Release 4 MP | GS4i |
|---|---|---|---|---|
| (a) | | Right-to-Use-Fees: | | |
| | (i) | Initial DESIGNATED CPU | US$ 150,000 | US$ 15,000 |
| | (ii) | Initial DESIGNATED CPU for LICENSEEs who have previously licensed any implementation of UNIX System V Release 4 or another implementation of UNIX System V Release 4 Multi-Processor Version 1 | US$ 50,000 | US$ 15,000 |
| | (iii) | Each additional DESIGNATED CPU | US$ 5,000 | No Fee |
| | (iv) | Upgrade fee from any previous release of UNIX System V Release 4.0 for each additional DESIGNATED CPU | US$ 3,000 | No Fee |
| | (v) | Each NETWORK OF CPUs for which LICENSEE has acquired rights under a Schedule for UNIX System V Release 4.0 | US$ 30,000 | No Fee |
| | (vi) | Each other NETWORK OF CPUs | US$ 50,000* | No Fee |
| | (vii) | Fees for items in (iii), (iv), (v) and (vi), above do not cover distribution of a copy of this SOFTWARE PRODUCT. | | |
| (b) | | Distribution fee for each additional copy of this SOFTWARE PRODUCT | US$ 3,000 | US$ 2,000 |

(c) A DESIGNATED CPU licensed for one UNIX System V Release 4 Multi-Processor Version 1 implementation is deemed a DESIGNATED CPU for any other UNIX System V Release 4 Multi-Processor Version 1 implementation for which LICENSEE has acquired rights.

(d) An additional DESIGNATED CPU for UNIX System V Release 4 Multi-Processor Version 1 is considered an additional DESIGNATED CPU for Graphics Services Version 4i if LICENSEE has paid the Initial DESIGNATED CPU Right-to-Use fee for Graphics Services Version 4i under this Schedule.

---

* This fee is payable in addition to the initial DESIGNATED CPU right-to-use fee, and includes right-to-use for this SOFTWARE PRODUCT on one (1) properly identified additional DESIGNATED CPU. Such additional DESIGNATED CPU may be, but need not be, part of the NETWORK OF CPUs.

CONFIDENTIAL

SCO1062354

Schedule for the

Intel386™ /486 Implementation of

UNIX® System V Release 4 Multi-Processor Version 1

and

UNIX® System V Release 4 Multi-Processor Version 1 International Edition

October 4, 1991

## 3. Materials Comprising this SOFTWARE PRODUCT

COMPUTER PROGRAMs and Documentation listed in this Section 3 will be supplied on 60MB cartridge tape.

(a)  COMPUTER PROGRAMs furnished with this SOFTWARE PRODUCT

    (i)  A detailed listing of the files furnished with UNIX System V Release 4 Version 1 can be found in the *UNIX System V Release 4 Multi-Processor Technology File Mapping Guide* for this implementation of the product.

       **NOTE: The ''crypt'' command, scripts, and library functions are not included in UNIX System V Release 4 Multi-Processor Version 1 International Edition due to export restrictions.**

    (ii)  A detailed listing of the files furnished with Graphics Services Version 4i can be found in the *Graphics Services 4i File Mapping Guide*

(b)  The following hard-copy and on-line documentation and software formatting tools are furnished with this SOFTWARE PRODUCT:

    (i)  On-line documentation furnished with:

       UNIX System V Release 4 Multi-Processor Version 1:

— + BSD/XENIX® Compatibility Guide
— + Programmer's Guide: Character User Interface (FMLI and ETI)
— + Programmer's Guide: Networking Interfaces
— + Programmer's Guide: System Services and Application Packaging Tools
— MULTIBUS Reference Manual
— + Network User's and Administrator's Guide
— + Programmer's Guide: SCSI Driver Interface (SDI)
— Programmer's Reference Manual
— System Administrator's Reference Manual
— + Transport Application Interface Guide
— User's Reference Manual
— DDI/DKI Reference Manual
— Installation Guide
— Product Overview and Master Index
— + Programmer's Guide: STREAMS
— + Programmer's Supplement
— + System Administrator's Supplement
— * Programmer's Guide: Writing File System Types
— * Programmer's Guide: Porting the Kernel
— Migration Guide
— * Read Me First
— * Source Code Product Build Instructions
— * Source Code Product MRD Release Notes
— * Software Notes
— * Technology File Mapping Guide
— * Documenter's Toolset User's Guide
— * USL Documentation Style Guide

CONFIDENTIAL

Schedule for the

Intel386™ /486 Implementation of

UNIX® System V Release 4 Multi-Processor Version 1

and

UNIX® System V Release 4 Multi-Processor Version 1 International Edition

October 4, 1991

Graphics Services 4i:

— Programmer's Guide: OPEN LOOK® Graphical User Interface
— OPEN LOOK GUI User's Guide
— XWIN® Programmer's and User's Guide
— *Documentation Formating and Printing Tools

(ii)   Hard-copy documentation:

UNIX System V Release 4 Multi-Processor Version 1:

— * Read-Me-First
— * Software Notes
— * Source Code Product Build Instructions
— * Source Code Product MRD Release Notes

Graphics Services 4i:

— Graphics Services Version 4i Read Me First
— Graphics Services 4i Documentation Notes
— *Graphics Services Version 4i Software Notes
— *Graphics Services Version 4i Installation and Build Instructions
— *Graphics Services Version 4i File Mapping Guide
— OPEN LOOK Graphical User Interface Trademark Guide
— OPEN LOOK Graphical User Interface Functional Specification
— OPEN LOOK Graphical User Interface Application Style Guide

(iii)   Software tools furnished with this product:

— * Documentation Formatting and Printing Tools

(c)   LICENSEE may produce printed and on-line copies of documentation for use with DESIGNATED CPUs.

(d)   Documentation and software marked with an asterisk (*) in the list contain USL proprietary information and are only available to source code licensees for UNIX System V Release 4 Multi-Processor Version 1 or Graphics Services Version 4i. **These items may not be distributed with a SUBLICENSED PRODUCT.**

(e)   The UNIX System V Release 4 Multi-Processor Version 1 documentation marked with a plus (+) in the list includes only manual pages. The complete documents are available under a license for UNIX System V Release 4 Multi-Processor Version 1 Documentation Reproduction Provision.

NOTE: The documents listed above are general in nature and may not completely describe the COMPUTER PROGRAMs referred to in Section 3(a).

SCO1062356

Schedule for the
Intel386™/486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

*4. Sublicensing Fees*

| | Release 4 MP | GS4i |
|---|---|---|
| (a) Initial Sublicensing Fee (Applicable once for all UNIX System V Release 4 Multi-Processor Version 1 implementations) | US$ 25,000 | No Fee |

(b) Per-Copy Fees:

    (i) X/OPEN Standardization Option—See Sections 5 and 6

    (ii) Technology Licensing Option—See Sections 5 and 7

    (iii) TCP/IP Protocol Software—See Sections 5 and 8

*5. Sublicensing*

(a) Options

There are two sublicensing alternatives available with this SOFTWARE PRODUCT:

    (i) *X/OPEN Standardization Option*

The *X/OPEN Standardization Option* is available for a SUBLICENSED PRODUCT that contains portions of UNIX System V Release 4 Multi-Processor Version 1 that meet the requirements of a STANDARD SYSTEM.

Industry standards are crucial to the success of "Open Systems". USL endorses industry standards and as a demonstration of our commitment to Open Systems and support of X/OPEN, USL offers incentives to LICENSEEs that provide SUBLICENSED PRODUCTs that adhere to these standards.

    (ii) *Technology Licensing Option*

The *Technology Licensing Option* is available for any SUBLICENSED PRODUCT.

(b) Determination of Per-Copy Fee Base

Subject to the last paragraph of this Section 5(b), the per-copy fee base (i.e., SYSTEM LIST PRICE or SOFTWARE LIST PRICE) to be used for determining the per-copy fee under Section 6 or 7 below, as applicable, for a SUBLICENSED PRODUCT distributed by LICENSEE shall be SOFTWARE LIST PRICE or MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT LIST PRICE, whichever is applicable; provided however, that if such SUBLICENSED PRODUCT

    (i) Operates only on computer systems manufactured and/or distributed by LICENSEE or

    (ii) is sold only with computer systems manufactured and/or distributed by LICENSEE

the per-copy fee base shall be the SYSTEM LIST PRICE or MULTI-PROCESSOR UPGRADE LIST PRICE as appropriate.

The per copy fee base to be used for determining the applicable per copy fee for a SUBLICENSED PRODUCT constituting a MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT that provides additional functionality to an existing MULTI-PROCESSOR SUBLICENSED PRODUCT shall, where MULTI-PROCESSOR UPGRADE

SCO1062357

Schedule for the
Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

SUBLICENSED PRODUCT LIST PRICE is the applicable measure, be the SOFTWARE LIST PRICE applicable to a MULTI-PROCESSOR SUBLICENSED PRODUCT having such additional functionality and configured for the increased number of CPUs made possible by the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT; and where MULTI-PROCESSOR UPGRADE LIST PRICE is the measure, the SYSTEM LIST PRICE applicable to a computer system having such additional functionality and such increased number of CPUs.

(c) The components listed in Sections 6, 7, and 8 are defined by source file mappings and documentation (Manual Pages) listed in the *UNIX® System V Release 4 Multi-Processor Version 1 Technology File Mapping Guide* for the implementation specific to this Schedule and the Graphics Services Version 4i File Mapping Guide.

(d) **Use of any portion of any component requires full payment of the fee due for that component.**

(e) The term $(N)$ used in per-copy fee calculations in Sections 6, 7, and 8 represents the maximum number of CPUs for which the MULTI-PROCESSOR SUBLICENSED PRODUCT is configured in a system consistent with such MODEL or VIRTUAL MODEL definition.

(f) The term $(M)$ used in per-copy fee calculations in Sections 6, 7, and 8 represents the additional number of CPUs which, by virtue of the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT, are capable of executing MULTI-PROCESSOR SUBLICENSED PRODUCT in a computer system consistent with such MULTI-PROCESSOR UPGRADE defintion.

(g) Unless LICENSEE has paid the UNLIMITED USE SYSTEM fee for a SUBLICENSED PRODUCT, an end user shall not be given the ability to increase a SUBLICENSED PRODUCT's capabilities for a LIMITED USE SYSTEM to the capabilities of an UNLIMITED USE SYSTEM, except by explicit upgrade. In the event of such upgrade, the undiscounted per-copy fees owed by the LICENSEE to USL will equal the difference between the undiscounted per-copy fee applicable after upgrade and the undiscounted per-copy fee applicable prior to upgrade. If the end user is given the ability to increase the SUBLICENSED PRODUCT's capabilities to UNLIMITED USE SYSTEM capabilities without an explicit upgrade, an UNLIMITED USE SYSTEM fee is due to USL.

(h) Unless LICENSEE has paid the per copy fee for a specified maximum number of CPUs for a MULTI-PROCESSOR SUBLICENSED PRODUCT configured for such, an end user shall not be given the ability to increase a MULTI-PROCESSOR SUBLICENSED PRODUCT's capabilities, except by explicit upgrade. In the event of such upgrade, the undiscounted per copy fees owed by the LICENSEE to USL will equal the undiscounted per copy fee applicable for such upgrade. If the end user is given the ability to increase the MULTI-PROCESSOR SUBLICENSED PRODUCT's capabilities by an additional number of CPUs without an explicit upgrade, a per copy fee for such is due to USL.

(i) Technology Percent is the percentage used in the calculation of per-copy fees for SUBLICENSED PRODUCTS that combine components of UNIX System V Release 4 Multi-Processor Version 1 with another operating system.

CONFIDENTIAL

Schedule for the
Intel386<sup>TM</sup> /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

*6. Sublicensing Per-Copy Fees Applicable to X/OPEN Standardization Option*

A STANDARD SYSTEM may include any portion of any or all of the following UNIX System V Release 4 Multi-Processor Version 1 components as defined in the *UNIX® System V Release 4 Multi-Processor Version 1 Technology File Mapping Guide* for the UNIX System V Release 4 Multi-Processor Version 1 implementation specific to this Schedule:

- Base System,
- Kernel Extension,
- Basic Utilities Extension,
- Advanced Utilities Extension,
- Administered Systems Extension,
- Terminal Interface Extension.

The *X/OPEN Standardization Option* applies only to SUBLICENSED PRODUCT that meets the requirements of a STANDARD SYSTEM. Sections 7 and 8 contain per-copy fees for all other SUBLICENSED PRODUCTs.

(a) When any individual component or combination of components is designed to run on STANDARD SYSTEMs, the per-copy fees shall be:

- 1% of SYSTEM LIST PRICE, or
- 10% of SOFTWARE LIST PRICE,

subject to a minimum and maximum defined by the components or portions thereof from Groups A, B, and/or C contained in the SUBLICENSED PRODUCT. The method for calculating the minimum and maximum is defined below:

The minimum is the sum of applicable Group minimums: the minimum for Group A is the **LIMITED** or **UNLIMITED** *Initial* CPU minimum plus the product of *(N-1)* and the minimum for *Incremental* CPUs; the minimums for Groups B and C are those specified for the *Initial* CPU only.

The maximum is $12,000 plus an additional $3,000 if components from Group B are included in the SUBLICENSED PRODUCT for the *Initial* CPU added to the product of *(N-1)* and $7,500 for *Incremental* CPUs.

Schedule for the
Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

**TABLE 1.** Group Minimums and Maximums for SUBLICENSED PRODUCT as part of the *X/Open Standardization Option*

| XOpen Standardization Option<br>Minimum and Maximum Binary Per Copy Fees | | | | |
|---|---|---|---|---|
| | Initial CPU | | Incremental CPU | |
| Component | Minimum | Maximum<br>($12,000) | Minimum | Maximum<br>($7,500) |
| **Group A Components** | | | | |
| LIMITED USE SYSTEMS<br>UNLIMITED USE SYSTEMS<br>  Base System<br>  Kernel Extension<br>  Basic Utilities<br>  Advanced Utilities Extension<br>  Administered Systems Extension<br>  Terminal Interface Extension | $60<br>$170 | +$0 | $40<br>$85 | +$0 |
| **Group B Components** | | | | |
| *Either* - LIMITED or UNLIMITED<br>  Real-Time Services Extension<br>  Software Development Extension<br>  Remote Services Extension<br>  Internet Services | $40 | +$3,000 | N/A‡ | N/A‡ |
| **Group C Components** | | | | |
| *Either* - LIMITED or UNLIMITED<br>  Graphics Services 4i*† | $30 | +$0 | N/A‡ | N/A‡ |

(b) For MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT— where the previously licensed product was eligible for the *X/OPEN Standardization Option* and remains so with this product, the per-copy fee before discounts is:

  - 1% of MULTI-PROCESSOR UPGRADE LIST PRICE, or
  - 10% of MULTI-PROCESSOR UPGRADE SOFTWARE LIST PRICE,

subject to a minimum and maximum defined by the selected components from Groups A, B, and/or C for the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT.

**NOTE:** In the event that the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT in question provides additional functionality to the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT, the applicable per copy fee base contemplated in

---

\* Not ordinarily supplied as a deliverable with SVR4 MP V1. It is shown here to allow LICENSES to report GS4i products as SVR4 MP if they license GS4i under this Schedule.

† No Per Copy Fees apply for RUN-TIME COPIES of Graphics Services Version 4i, OPEN LOOK Graphical User Interface Release 4i or XWIN Graphical Windowing System Release 4i.

‡ N/A means Not Applicable

Schedule for the
Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

the last sentence of Section 5 (b) shall be used in place of MULTI-PROCESSOR UPGRADE LIST PRICE or MULTI-PROCESSOR UPGRADE SOFTWARE LIST PRICE, whichever is appropriate.

The Minimum is the product of $M$ with the applicable Group A minimum for the *Incremental* CPUs.

The Maximum is the product of $M$ with $7,500.

(c) For a SUBLICENSED PRODUCT that combines components listed in Section 6 with an operating system not covered by this Schedule, and such SUBLICENSED PRODUCT meets the specifications of a STANDARD SYSTEM as defined in Section 1(p), the per-copy fees are determined by using the method of calculation in Sections 7(a)(iii) or 7(b)(iii): provided, however, that in carrying out such method of calculation, the 2% and 20% as set forth in Sections 7(a)(i) and 7(b)(i), will be changed to 1% and 10% respectively.

7. *Sublicensing Per-Copy Fees Applicable to Technology Licensing Option*

(a) The *Technololgy Licensing Option* is available for any SUBLICENSED PRODUCT. Within this option there are three fee alternatives depending on the composition of the SUBLICENSED PRODUCT: (i) the product contains components from Groups A, B, and/or C; (ii) the product contains components from Groups A, B, and/or C, and is sold as an Add-On to a STANDARD SYSTEM; and, (iii) the product contains components from Groups A, B, and/or C which are bundled with an operating system not covered by this Schedule. The fee structures associated with each of these alternatives is described below.

   (i) For SUBLICENSED PRODUCT containing components of UNIX System V Release 4 Multi-Processor Version 1 from Groups A, B, or C, the per-copy fee before discount is:

   • 2% of SYSTEM LIST PRICE, or
   • 20% of SOFTWARE LIST PRICE,

   subject to a minimum and maximum defined by the selected components from Groups A, B, and/or C as defined in Table 2.

   The Minimum is the sum of the minimums for selected components from within each Group for the *Initial* implementation plus the product of *(N-1)* and the sum of the corresponding minimums for *Incremental* CPUs.

   The Maximum is US$15,000 for the *Initial* CPU added to the product of *(N-1)* and the sum of US$9,000 for *Incremental* CPUs.

   (ii) For SUBLICENSED PRODUCT consisting of any component from Groups A, B, and/or C or combination of components designed as an add-on to STANDARD SYSTEMs, the per-copy fee before discounts is:

   • 1% of SYSTEM LIST PRICE, or
   • 10% of SOFTWARE LIST PRICE,

   subject to a minimum and maximum defined by the selected components from Groups A, B, and/or C, and calculated as in (i) above.

CONFIDENTIAL

SCO1062361

Schedule for the
                  Intel386™ /486 Implementation of
            UNIX® System V Release 4 Multi-Processor Version 1
                              and
      UNIX® System V Release 4 Multi-Processor Version 1 International Edition
                         October 4, 1991


(iii)  For a SUBLICENSED PRODUCT that combines components from Groups A, B,
       and/or C listed in Table 2 with an operating system not covered by this schedule, the
       per-copy fees are determined by the following steps:

       1.  Sum the applicable Technology Percents for selected components (not to exceed
           100%).
       2.  Multiply the SUBLICENSED PRODUCT per-copy fee as determined in Section
           7(a)(i) above by the percentage calculated in Step 1.
       3.  The per-copy fee before discount is the amount calculated in Step 2 subject to a
           minimum and maximum as calculated in 7(a)(i) above using Table 2.

       NOTE:  Payment pursuant to this Section 7(a)(iii) is in addition to the per copy fee (if
       any) otherwise payable to USL for such other operating system.

Table 2 shows the basic technology minimums maximums and percents for the *Initial* CPU
and *Incremental* CPUs for .

Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

**TABLE 2.** Technology Licensing Minimums, Maximums and Technology Percents

| Component | Initial CPU | | Incremental CPU | | Technology Percent |
|---|---|---|---|---|---|
| *Technology Licensing Option* *Binary Per-Copy Fee Minimums and Maximums* | Minimum | Maximum ($15,000) | Minimum | Maximum ($9,000) | |
| **Group A Components** | | | | | |
| POSIX OS | $50 | +$0 | $30 | +$0 | 85% |
| Base System | | | | | |
|   Virtual File Subsystem | $30 | | $20 | | 30% |
|   STREAMS I/O Subsystem | $30 | | $20 | | 25% |
|   Entire Base System | $50 | | $40 | | 90% |
| Kernel Extension | | | | | |
|   Virtual Memory Subsystem | $30 | | $20 | | 25% |
|   Entire Kernel Extension | $50 | | $30 | | 35% |
| Basic Utilities Extension | $50 | | +$0 | | 20% |
| Advanced Utilities Extension | | | | | |
|   UUCP | $20 | | | | 10% |
|   Entire Advanced Utilities Extension | $60 | | | | 35% |
| Administered Systems Extension | $50 | | | | 35% |
| Terminal Interface Extension | $45 | | | | 15% |
| **Group B Components** | | | | | |
| Real-Time Services Extension | $30 | +$0 | N/A‡ | N/A‡ | 25% |
| Software Development Extension | $75 | | | | 20% |
| Remote Services Extension | $40 | | | | 10% |
| Internet Services | $35 | | | | 10% |
| **Group C Components** | | | | | |
| Graphics Services 4i* † | $40 | +$0 | N/A‡ | N/A‡ | N/A‡ |
|   OPEN LOOK Graphical User Interface R4i | $35 | | | | |
|   XWIN Graphical Windowing System R4i | $20 | | | | |

(b) The *Technololgy Licensing Option* also applies to MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT. The MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT may not alter the original composition of the MULTI-PROCESSOR SUBLICENSED PRODUCT. Again with this option all three fee alternatives apply: (i) the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT contains components

---

\* Not ordinarily supplied as a deliverable with SVR4 MP V1. It is shown here to allow licensees to report GS4i products as SVR4 MP if they license GS4i under this Schedule.

† No Per Copy Fees apply for RUN-TIME COPIES of Graphics Services Version 4i, OPEN LOOK Graphical User Interface Release 4i or XWIN Graphical Windowing System Release 4i.

‡ N/A means Not Applicable

CONFIDENTIAL

Schedule for the
Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

from Groups A, B, and/or C; (ii) the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT contains components from Groups A, B, and/or C, and is sold as an Add-On to a STANDARD SYSTEM; and, (iii) the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT contains components from Groups A, B, and/or C and was bundled with an operating system not covered by this Schedule. The fee structures associated with each of these alternatives for the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT product is described below.

(i) For MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT for which the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT contains components from Groups A, B, or C, the per-copy fee before discount is:

- 2% of MULTI-PROCESSOR UPGRADE LIST PRICE, or
- 20% of MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT LIST PRICE,

subject to a minimum and maximum defined by the selected components from Groups A, B, and/or C of the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT, and $M$.

NOTE: In the event that the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT in question provides additional functionality to the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT, the applicable per copy fee base contemplated in the last sentence of Section 5 (b) shall be used in place of MULTI-PROCESSOR UPGRADE LIST PRICE or MULTI-PROCESSOR UPGRADE SOFTWARE LIST PRICE, whichever is appropriate.

The Minimum is the product of $M$ and the sum of the selected component minimums for the *Incremental* CPUs.

The Maximum is the product of $M$ and US$9,000.

(ii) For MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT for previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT containing selected components from Groups A, B, and/or C or combination of components designed as an Add-on to STANDARD SYSTEMs, the per-copy fee before discounts is:

- 1% of MULTI-PROCESSOR UPGRADE LIST PRICE, or
- 10% of MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT LIST PRICE,

subject to a minimum and maximum defined by the selected components from Groups A, B, and/or C of the MULTI-PROCESSOR SUBLICENSED PRODUCT. The minimum and maximum are calculated as described in (i) above.

NOTE: In the event that the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT in question provides additional functionality to the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT, the applicable per copy fee base contemplated in the last sentence of Section 5 (b) shall be used in place of MULTI-PROCESSOR UPGRADE LIST PRICE or MULTI-PROCESSOR UPGRADE SOFTWARE LIST PRICE, whichever is appropriate.

CONFIDENTIAL

SCO1062364

Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

(iii) For MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT for previously
licensed MULTI-PROCESSOR SUBLICENSED PRODUCT that contains or combines
components from Groups A, B, and/or C listed in Table 2 with an operating system not
covered by this schedule, the per-copy fees are determined by the following steps:

1. Take the sum of the applicable Technology Percents (not to exceed 100%).
2. Multiply the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT per-
copy fee as determined in Section 7(b)(i) above by the percentage calculated in
Step 1.
3. The per-copy fee before discount is the amount calculated in Step 2 subject to a
maximum and a minimum as calculated in 7(b)(i).

NOTE: Payment pursuant to this Section 7(b)(iii) is in addition to the per copy fee (if
any) otherwise payable to USL for such other operating system.

*8. Sublicensing Per-Copy Fees Applicable to TCP/IP Protocol Software*

If TCP/IP Protocol Software is included in a SUBLICENSED PRODUCT, then the applicable per-
copy fees shall be in addition to any per-copy fee calculated in Sections 6 or 7.

(a) The per-copy fee for TCP/IP Protocol Software included in a SUBLICENSED PRODUCT
that contains other components of this SOFTWARE PRODUCT is determined by
multiplying the per-copy fee determined in Section 6 or 7, whichever applies by the
Component Percent shown in Table 3 below, subject to the minimum. The Minimum for
TCP/IP is $20 for the *Initial* CPU plus the product of *(N-1)* and $15 for each *Incremental*
CPU.

| Component | *Initial* CPU Minimum | *Incremental* CPU Minimum | Component Percent |
|---|---|---|---|
| TCP/IP Protocol Software | $20 | $15 | 10% |

**TABLE 3.** TCP/IP Protocol Software Binary Per-Copy Fees

(b) For MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT the per copy fee is
determined by multiplying the per-copy fee determined in Section 6 or 7, whichever applies
by the Component Percent shown in Table 3 above subject to the minimum. The Minimum
is determined by the product of $15 and *M* as defined above.

(c) If the only UNIX System V Release 4 Multi-Processor Version 1 technology included in a
SUBLICENSED PRODUCT is TCP/IP Protocol Software, then the per-copy fee before
discounts is 1% of SYSTEM LIST PRICE or 10% of SOFTWARE LIST PRICE, subject to
the above minimum.

CONFIDENTIAL                                              SCO1062365

Schedule for the
Intel386™/486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

*9. Discount Program*

Notwithstanding discount provisions in the Sublicensing Agreement, the following will apply with regard to UNIX System V Release 4 Multi-Processor Version 1:

(a) DISCOUNT PERCENTAGE will be subject to a maximum of 60%.

(b) GROSS AMOUNT for the calculation of the DISCOUNT PERCENTAGE for UNIX System V Release 4 Multi-Processor Version 1 per-copy fees may only include per-copy fees for UNIX System V Release 4 Multi-Processor Version 1, and UNIX System V Release 4 Multi-Processor Version 1 Documentation Reproduction Provision; and it may optionally include:

(i) UNIX System V Release 4.0 and UNIX System V Release 4.0 Documentation Reproduction Provision if they are reported under the UNIX System V Release 4 Multi-Processor Version 1 and UNIX System V Release 4 Multi-Processor Version 1 Documentation Reproduction Provision, in which case, the per-copy fees in this Schedule apply; or

(ii) Graphics Services Version 4i and Graphics Services Version 4i Document Reproduction Provision if and only if LICENSEE has licensed such under this Schedule.

This GROSS AMOUNT may not be included in GROSS AMOUNTs used to calculate the DISCOUNT PERCENTAGE for any other SUBLICENSED PRODUCT.

*10. Materials Which May Be Included in a SUBLICENSED PRODUCT*

(a) A SUBLICENSED PRODUCT based on UNIX System V Release 4 Multi-Processor Version 1 or UNIX System V Release 4 Multi-Processor Version 1 International Edition, may include COMPUTER PROGRAMs in **object-code format**.

The following text and data files and directories may be treated as object code:

| | |
|---|---|
| usr/src/cmd/spell/american | usr/src/cmd/spell/list |
| usr/src/cmd/spell/british | usr/src/cmd/spell/local |
| usr/src/cmd/spell/extra | usr/src/cmd/spell/stop |

The files contained in the usr/src/head directory may be treated as object-code in a SUBLICENSED PRODUCT that includes the Software Development Extension.

(b) Not more than two hard-copies or one hard-copy and a formatted on-line version of the non-proprietary documentation that describes only the software components in the SUBLICENSED PRODUCT may be reproduced and distributed with each SUBLICENSED PRODUCT. Additional copies may be reproduced and distributed only upon execution of a Supplement for UNIX System V Release 4 Multi-Processor Version 1 Documentation Reproduction Provision and payment of the appropriate fees. All copies must include a notice stating that the documents include a portion or all of USL's copyrighted documentation, which is being reproduced with permission.

(c) **The Documentation Formatting and Printing Tools contain USL proprietary information and may not be distributed with a SUBLICENSED PRODUCT.**

CONFIDENTIAL

SCO1062366

Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

*11. Additional Terms and Conditions*

(a) Each remote CPU on a NETWORK OF CPUs shall be deemed to be a DESIGNATED CPU
subject to all the terms and conditions of the Software Agreement and Sublicensing
Agreement, including fees; Provided, however, that no Additional DESIGNATED CPU right-
to-use fee shall be payable for any such remote CPU if, and only if, (i) the only access of such
remote CPU to the SOFTWARE PRODUCT is from a DESIGNATED CPU of such network,
for which the applicable DESIGNATED CPU right-to-use fee has been paid, (ii) the radius of
such network does not exceed 50-miles (80 kilometers), (iii) any applicable SUBLICENSED
PRODUCT per-copy fee has been paid for any remote CPU executing a copy of the
SOFTWARE PRODUCT, and (iv) the NETWORK OF CPUs right-to-use fee has been paid
for such network.

Notwithstanding the above paragraph, identification and registration of remote CPUs to USL
is not required.

If a SOFTWARE PRODUCT resides on a remote CPU independent of the network, such
CPU is a DESIGNATED CPU and requires payment of the applicable DESIGNATED CPU
right-to-use fee.

(b) If a copy of Graphics Services Version 4i is licensed in conjunction with UNIX System V
Release 4 Multi-Processor Version 1 and is put into use by LICENSEE on a DESIGNATED
CPU which acts as a file server to and is interconnected with, one or more CPUs
("PERIPHERAL CPUS") in hard-wired fashion through a local area network, and if such
network is so configured that no such PERIPHERAL CPU is located more than fifty (50)
miles (80 kilometers) from the DESIGNATED CPU, LICENSEE may, at no additional fee,
download Graphics Services Version 4i, in source code form, from the DESIGNATED CPU to
any of the PERIPHERAL CPUS. No right is granted to LICENSEE to compile, on a
PERIPHERAL CPU, any copy of Graphics Services Version 4i so downloaded.

(c) Documentation for the a SUBLICENSED PRODUCT must contain the following clearly
displayed statements:

  1. Notification that the SUBLICENSED PRODUCT "is derived from UNIX System
     Laboratories' UNIX® System V Release 4 Multi-Processor Version 1" and/or "Graphics
     Services Version 4i," if the later is included in the SUBLICENSED PRODUCT.

  2. Acknowledgement that "UNIX is a Registered Trademark of UNIX System
     Laboratories, Inc. in the United States and other countries."

  3. Acknowledgement that "OPEN LOOK and XWIN are Registered Trademarks of UNIX
     System Laboratories, Inc. in the United States and other countries," if used in the
     SUBLICENSED PRODUCT.

(d) For each MULTI-PROCESSOR SUBLICENSED PRODUCT distributed, the information
that LICENSEE must report to USL pursuant to the reporting and payment obligations of
the Sublicensing Agreement shall include:

  (i) Specific UNIX System V Release 4 Multi-Processor Version 1 implementation (e.g.,
      386/486) from which the SUBLICENSED PRODUCT was derived.

CONFIDENTIAL                                    SCO1062367

Schedule for the
Intel386$^{TM}$ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

    (ii)  Target hardware architecture on which the SUBLICENSED PRODUCT is intended to run.

  (iii)  SYSTEM LIST PRICE or SOFTWARE LIST PRICE used in determining per-copy fee.

  (iv)  The maximum number of CPUs for which the MULTI-PROCESSOR SUBLICENSED PRODUCT is configured.

    (v)  If SYSTEM LIST PRICE is used to determine per-copy fee, computer system model name or number.

  (vi)  List of components included in the SUBLICENSED PRODUCT under any of the following circumstances:

      — Technology Licensing Option is exercised.

      — A component is sub-licensed in conjunction with a STANDARD SYSTEM.

      — A component is sub-licensed separately but designed to run on a STANDARD SYSTEM.

      — TCP/IP Protocols are sublicensed.

(e)  For each MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT distributed, the information that LICENSEE must report to USL pursuant to the reporting and payment obligations of the Sublicensing Agreement shall include:

    (i)  Specific UNIX System V Release 4 Multi-Processor Version 1 implementation (e.g., 386/486) from which the SUBLICENSED PRODUCT was derived.

    (ii)  Target hardware architecture on which the SUBLICENSED PRODUCT is intended to run.

  (iii)  MULTI-PROCESSOR UPGRADE LIST PRICE or MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT LIST PRICE used in determining per-copy fee.

      NOTE: In the event that the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT in question provides additional functionality to the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT, the applicable per copy fee base contemplated in the last sentence of Section 5 (b) shall be used in place of MULTI-PROCESSOR UPGRADE LIST PRICE or MULTI-PROCESSOR UPGRADE SOFTWARE LIST PRICE, whichever is appropriate.

  (iv)  The number of CPUs by which the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT will increase the maximum number of CPUs in the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT.

    (v)  If MULTI-PROCESSOR UPGRADE LIST PRICE is used to determine per-copy fee,

      — the MULTI-PROCESSOR UPGRADE name; or

      — the computer system model name or number before the MULTI-PROCESSOR UPGRADE was added, and the computer system model name or number after the MULTI-PROCESSOR UPGRADE was added.

CONFIDENTIAL

SCO1062368

100491                           Schedule for the                    Page 20 of 23
                         Intel386™ /486 Implementation of
                  UNIX® System V Release 4 Multi-Processor Version 1
                                      and
              UNIX® System V Release 4 Multi-Processor Version 1 International Edition
                                 October 4, 1991

   (vi) List of components included in the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT for which this MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT is intended under any of the following circumstances:

     — Technology Licensing Option is exercised.

     — A component is sub-licensed in conjunction with a STANDARD SYSTEM.

     — A component is sub-licensed separately but designed to run on a STANDARD SYSTEM.

     — TCP/IP Protocols are sublicensed.

   (vii) Additional functionality, if any, added by the MULTI-PROCESSOR UPGRADE SUBLICENSED PRODUCT beyond that existing in the previously licensed MULTI-PROCESSOR SUBLICENSED PRODUCT.

(f) Right-to-use, distribution, initial sublicensing, and the minimum and maximum binary per-copy fees are subject to change upon ninety (90) days written notice to LICENSEE. Such changes will be limited to increases in the Unadjusted Consumer Price Index for all Urban Consumers as published by the Bureau of Labor Statistics, U.S. Department of Labor, at the start of any calendar year. The percentage increase in such fees at any one time shall not exceed the cumulative percentage increase in the Unadjusted Consumer Price Index for all Urban Consumers since the time that the last such increase (if any) was made effective. If the per-copy fees are increased, LICENSEE may continue to pay the per-copy fee in effect at the beginning of LICENSEE's then-current period until the end of such period.

(g) A SUBLICENSED PRODUCT based on UNIX System V Release 4 Multi-Processor Version 1 or UNIX System V Release 4 Multi-Processor Version 1 International Edition, may be used to furnish a time-sharing service to third parties.

(h) Exchange of source code that is derived from a particular UNIX System V Release 4 Multi-Processor Version 1 implementation requires that the receiving party be licensed for that implementation. However, files identified as exchangeable in the *UNIX® System V Release 4 Multi-Processor Version 1 Technology File Mapping Guide* may be exchanged with parties licensed for any Release 4 Multi-Processor Version 1 implementation.

(i) A subset of the UNIX System V AT&T C++ Translator, Release 1.2 (cfront) is being provided for assistance in compilation and porting of the new **sdb** which is written in C++. Right to use the AT&T C++ Translator, Release 1.2 supplied with UNIX System V Release 4 Multi-Processor Version 1 is limited to such compilation and porting of sdb. No rights are granted to create derivative works or distribute a SUBLICENSED PRODUCT based on the AT&T C++ Translator, Release 1.2. Such rights may be obtained pursuant to execution of a Supplement for USL's C++ Language System and payment of the appropriate fees.

(j) USL shall have the right through its accredited auditing representatives to make an examination and audit, during normal business hours, not more frequently than annually, of all records by LICENSEE relating to each copy of UNIX System V Release 4 Multi-Processor Version 1 and/or Graphics Services Version 4i in LICENSEE's possession, custody or control, and such other records and accounts as may under recognized accounting practices contain information bearing upon the amounts of fees payable to it under this Agreement. Prompt adjustment shall be made by the proper party to compensate for any errors or omissions

Schedule for the
Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

disclosed by such examination or audit. Neither such right to examine and audit nor the right to receive such adjustment shall be affected by any statement to the contrary, appearing on checks or otherwise, unless such statement appears in a letter, signed by the party having such right and delivered to the other party, expressly waiving such right. Further, USL shall have the right, upon reasonable notice to LICENSEE and through USL's accredited auditing representative, to make an on-site inspection during normal business hours, not more frequently than annually, of all of LICENSEE's CPUs to determine that UNIX System V Release 4 Multi-Processor Version 1 and/or Graphics Services Version 4i is being used solely on DESIGNATED CPUs as authorized under the Software Agreement.

(k)   Under the licenses granted by this Schedule, the products listed below may be used in the United States on DESIGNATED CPUs for this UNIX System V Release 4 Multi-Processor Version 1 implementation and sublicensed for use in the United States as if they were that product. Such products may be used outside the United States on DESIGNATED CPUs for this UNIX System V Release 4 Multi-Processor Version 1 International Edition implementation and sublicensed for use outside the United States as if they were that product. Only those products marked with a pound symbol (#) may be shipped outside the United States by USL. Versions of the products listed below, except those marked with an asterisk (*), are available from USL at USL's then-current rate for such distribution.

   - UNIX System V Release 4.0, Intel386 Version 3 implementation
   - # UNIX System V Release 4.0 International Edition, Intel386 Version 3 implementation
   - UNIX System V/386 Release 3.2
   - # UNIX System V/386 Release 3.2 International Edition
   - UNIX System V, Release 3.2
   - # UNIX System V, Release 3.2 International Edition
   - UNIX System V, Release 3.1
   - # UNIX System V, Release 3.1 International Edition
   - UNIX System V, Release 3.0
   - # UNIX System V, Release 3.0 International Edition
   - All prior releases and versions of UNIX System V Release 2.1
   - # All prior releases and versions of UNIX System V Release 2.1 International Editions
   - All prior releases and versions of UNIX System V Release 2.0
   - # All prior releases and versions of UNIX System V Release 2.0 International Editions
   - UNIX System V, Release 1.1
   - UNIX System V, Release 1.0
   - * UNIX System III
   - * UNIX 32V Time-Sharing System, Version 1.0
   - * UNIX Time-Sharing System, Seventh Edition
   - * UNIX Time-Sharing System, Sixth Edition
   - * UNIX Programmer's Workbench System, Edition 1.0
   - * UNIX Mini Time-Sharing System, Version 6

(l)   A subset of the UNIX System V Release 4 Multi-National Language Supplement is being provided for assistance in compilation and porting of Graphics Services Version 4i. The specific subset of UNIX System V Release 4 Multi-National Language Supplement is

SCO1062370

Schedule for the

Intel386$^{TM}$ /486 Implementation of

UNIX® System V Release 4 Multi-Processor Version 1

and

UNIX® System V Release 4 Multi-Processor Version 1 International Edition

October 4, 1991

contained in the following directories and files:

| | | |
|---|---|---|
| /inc | /port/wansi/wctomb.c | /port/wstring |
| /inc/_locale.h | /port/wansi/wcstombs.c | /port/wstring/makefile |
| /inc/_wchar.h | /port/wctype | /port/wstring/strtows.c |
| /inc/pcode.h | /port/wctype/iswctype.c | /port/wstring/wscat.c |
| /inc/synonyms.h | /port/wctype/loadtab.c | /port/wstring/wschr.c |
| /libw.mk | /port/wctype/makefile | /port/wstring/wscmp.c |
| /port | /port/wctype/trwctype.c | /port/wstring/wscpy.c |
| /port/formatio | /port/wmisc | /port/wstring/wscspn.c |
| /port/formatio/fprintf.c | /port/wmisc/makefile | /port/wstring/wslen.c |
| /port/formatio/makefile | /port/wmisc/mbftowc.c | /port/wstring/wsncat.c |
| /port/formatio/printf.c | /port/wmisc/getwidth.c | /port/wstring/wsncmp.c |
| /port/formatio/sprintf.c | /port/wmisc/scrwidth.c | /port/wstring/wsncpy.c |
| /port/formatio/print.h | /port/wmisc/wisprint.c | /port/wstring/wsntostr.c |
| /port/formatio/scanf.c | /port/wstdio | /port/wstring/wspbrk.c |
| /port/formatio/stdiom.h | /port/wstdio/fgetwc.c | /port/wstring/wsrchr.c |
| /port/formatio/vfprintf.c | /port/wstdio/fgetws.c | /port/wstring/wssize.c |
| /port/formatio/vprintf.c | /port/wstdio/fputwc.c | /port/wstring/wsspn.c |
| /port/formatio/vsprintf.c | /port/wstdio/fputws.c | /port/wstring/wstok.c |
| /port/formatio/doprnt.c | /port/wstdio/getwchar.c | /port/wstring/wstostr.c |
| /port/formatio/doscan.c | /port/wstdio/getws.c | /head |
| /port/makefile | /port/wstdio/makefile | /head/widec.h |
| /port/wansi | /port/wstdio/putwchar.c | /head/xctype.h |
| /port/wansi/makefile | /port/wstdio/putws.c | /head/wctype.h |
| /port/wansi/mbstowcs.c | /port/wstdio/ungetwc.c | /head/sys |
| /port/wansi/mbtowc.c | /port/wstdio/ungetwc.c.b | /head/sys/euc.h |

Right to use the UNIX System V Release 4 Multi-National Language Supplement supplied with Graphics Services Version 4i is limited to such compilation and porting of Graphics Services Version 4i. No rights are granted to create derivative works or distribute a SUBLICENSED PRODUCT based on the UNIX system V Release 4 Multi-National Language Supplement. Such rights may be obtained pursuant to execution of a Supplement for UNIX System V Release 4 Multi-National Language Supplement and payment of the appropriate fees.

(m) Rights to sublicense Helvetica$^{TM}$ and Times$^{TM}$ screen fonts are limited to screen display only. LICENSEE shall not extract, inspect, or reverse engineer font data from the Helvetica or Times screen fonts.

When Helvetica screen fonts are sublicensed, LICENSEE shall provide a legally sufficient, clearly displayed trademark notice on the SUBLICENSED PRODUCT as follows:

Helvetica is a trademark of Linotype AG and/or its Subsidiaries.

Schedule for the
Intel386™ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

If Times screen fonts are sublicensed, LICENSEE shall provide a legally sufficient, clearly displayed trademark notice on the SUBLICENSED PRODUCT as follows:

Times is a trademark of Linotype AG and/or its Subsidiaries.


Intel386 is a trademark of Intel Corporation.
Helvetica is a trademark of Linotype AG and/or its Subsidiaries.
OPEN LOOK is a registered trademark of UNIX System Laboratories, Inc.
Times is a trademark of Linotype AG and/or its Subsidiaries.
UNIX is a registered trademark of UNIX System Laboratories, Inc. in the United States and other countries.
XENIX is a registered trademark of Microsoft Corporation.
X/OPEN is a licensed trademark of the X/OPEN Group Members.
XWIN is a registered trademark of UNIX System Laboratories, Inc.

SCO1062372

100491

Schedule for the
Intel386<sup>TM</sup> /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

## CONTENTS

1. Definitions . . . . . . . . . . . . . . . . . . . . . . .   1

2. Right-to-Use and Distribution Fees Pursuant to the Software Agreement  . . . . .   5

3. Materials Comprising this SOFTWARE PRODUCT . . . . . . . . . . . .   6

4. Sublicensing Fees  . . . . . . . . . . . . . . . . . . . .   8

5. Sublicensing . . . . . . . . . . . . . . . . . . . . . . .   8

6. Sublicensing Per-Copy Fees Applicable to *X/OPEN Standardization Option*  . . . .   10

7. Sublicensing Per-Copy Fees Applicable to *Technology Licensing Option* . . . . . .   12

8. Sublicensing Per-Copy Fees Applicable to *TCP/IP Protocol Software* . . . . . . .   16

9. Discount Program  . . . . . . . . . . . . . . . . . . . .   17

10. Materials Which May Be Included in a SUBLICENSED PRODUCT  . . . . . . .   17

11. Additional Terms and Conditions  . . . . . . . . . . . . . . . . .   18

- i -

CONFIDENTIAL                                    SCO1062373

100401

Schedule for the
Intel386$^{TM}$ /486 Implementation of
UNIX® System V Release 4 Multi-Processor Version 1
and
UNIX® System V Release 4 Multi-Processor Version 1 International Edition
October 4, 1991

## LIST OF TABLES

TABLE 1.  Group Minimums and Maximums for SUBLICENSED PRODUCT as part of the
X/Open Standardization Option . . . . . . . . . . . . . . . . . . .  11

TABLE 2.  Technology Licensing Minimums, Maximums and Technology Percents . . . .  14

TABLE 3.  TCP/IP Protocol Software Binary Per-Copy Fees . . . . . . . . . . . .  16

CONFIDENTIAL

SCO1062374