MORRISON & FOERSTER LLP
Michael A. Jacobs, *pro hac vice*
Eric M. Acker, *pro hac vice*
Kenneth W. Brakebill, *pro hac vice*
Marc J. Pernick, *pro hac vice*
David E. Melaugh, *pro hac vice*
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDERSON & KARRENBERG
Thomas R. Karrenberg, #3726
John P. Mullen, #4097
Heather M. Sneddon, #9520
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

**Attorneys for Defendant and Counterclaimant Novell, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELL, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 2:04CV00139<br><br>Judge Dale A. Kimball |

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Novell, Inc. has conventionally filed the original and one copy of **NOVELL'S TRIAL BRIEF** *[FILED UNDER SEAL pursuant to the August 2, 2006 Stipulated Protective Order]*.

The foregoing document has not been filed electronically because it contains confidential information subject to the August 2, 2006 Stipulated Protective Order. The document has therefore been filed with the Court under seal and conventionally served on all parties.

DATED:   September 14, 2007

                ANDERSON & KARRENBERG

                By:   /s/ Heather M. Sneddon

                Thomas R. Karrenberg
                John P. Mullen
                Heather M. Sneddon

                -and-

                MORRISON & FOERSTER LLP
                Michael A. Jacobs, *pro hac vice*
                Eric M. Acker, *pro hac vice*
                Kenneth W. Brakebill, *pro hac vice*
                Marc J. Pernick, *pro hac vice*
                David E. Melaugh, *pro hac vice*

                **Attorneys for Defendant and**
                  **Counterclaim-Plaintiff Novell, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September, 2007, I caused a true and correct copy of the foregoing **NOTICE OF CONVENTIONAL FILING** to be served to the following:

*Via CM/ECF*:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stuart H. Singer
William T. Dzurilla
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301

David Boies
Edward J. Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Devan V. Padmanabhan
John J. Brogan
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55401

*Via U.S. Mail, postage prepaid*:

Stephen Neal Zack
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

/s/ Heather M. Sneddon